UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
IN RE:                                                       :
:                           ORDER
TERRORIST ATTACKS ON                                         :
SEPTEMBER 11, 2001                                           :           03 MDL 1570 (GBD) (SN)
:
:
------------------------------------------------------------x

This document relates to:

> *Federal Insurance Co., et al. v. al Qaida, et al.*, No. 03-cv-6978
> *Vigilant Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 03-cv-8591
> *Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-9849
> *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-1922
> *Continental Casualty Co., et al. v. Al Qaeda, et al.*, No. 04-cv-5970
> *Cantor Fitzgerald Assocs., et al. v. Akida Inv. Co., et al.*, No. 04-cv-7065
> *Pacific Employers Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-7216
> *Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 04-cv-7279
> *Beazley Furlonge Ltd. v. Saudi Binladin Group, Inc., et al.*, No. 16-cv-7456
> *Bowrosen, et al. v. Kingdom of Saudi Arabia*, No. 16-cv-8070
> *McCarthy, et al. v. Kingdom of Saudi Arabia*, No. 16-cv-8884
> *Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-9663
> *Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-9937
> *Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-117
> *DeSimone v. Kingdom of Saudi Arabia*, No. 17-cv-348
> *Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-450
> *Ashton, et al. v. Kingdom of Saudi Arabia*, No. 17-cv-2003
> *The Underwriting Members of Lloyd's Syndicate 53, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-2129
> *The Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-2651
> *General Reinsurance Corp., et al. v. Kingdom of Saudi Arabia*, No. 17-cv-3810
> *Abarca, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-3887
> *Arrowood Indemnity Co. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-3908
> *Abrams, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-4201
> *Abtello, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-5174
> *Aasheim, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-5471

GEORGE B. DANIELS, United States District Judge:

This order sets out the motion briefing schedule on the motions to dismiss from Defendants Kingdom of Saudi Arabia and Dallah Avco ("Defendants") and the parties' related *Daubert* motions.

Plaintiffs and Defendants' simultaneous *Daubert* motions are due by May 1, 2023.

Plaintiffs and Defendants' simultaneous oppositions to *Daubert* motions are due by June 15, 2023.

Plaintiffs and Defendants' simultaneous replies in support of *Daubert* motions are due by July 24, 2023.

Defendants' motions to dismiss are due by October 6, 2023.

Plaintiffs' oppositions to Defendants' motions to dismiss are due by December 8, 2023.

Defendants' replies in support of their motions to dismiss are due by January 19, 2024.

Any further applications with regard to the parties' submissions shall be directed to Magistrate Judge Sarah Netburn, who will address any applications and issue any further orders related to this briefing schedule.

Dated: March 2, 2023
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge

2