Exhibit 3

Musanadat Aljehad LBI 58
In the name of God, the most compassionate, the most merciful
Islamic Benevolence Committee                    Internal Memo
In---Date---No.---Subject---To---Division---From---Division---

I received in person at the time brother                    10,000
    Abul Bara'a traveled
I received from Sajjad, owner of Abul Bara'a              21,000
    house for the price of two (UI-PH)
I received from Abul Ridha-a debt he took                 27,000
    from Abul Bara'a

I received from Asif-a debt he took from                   4,000
    Abul Bara'a

I received from brother Abul Bara'a at the                 6,600
    time of his trip for tickets (balance             _____
    of 39,000)
68,600
I received from Asif-balance of ticket price               1,400
    for Dr. Mustapha's ticket                          _____
                                                         70,000

Expenditures:

On the House of Friday, the Friday/balancing account    17,979

Al-Fitr alms                                               1,000
Sacrifice during EID vigil, 30 Ramadhan          (1)      1,500
    by Abdul Malik     #1

With Reedy Gul and Shair in moving the House/              1,000
On Abul Ridha given by Abdul Sabir/ will be               3,000
    paid by Abu hajir
    (The whole item above is crossed throughout.
    Nos.in ()indicate (3) sacrifices.Trans. Note.)
I paid to Mohammed Al-faith on April 30, 1990            38,000
    A loan from brother Abul Bara'a (UI-PH)
Sacrifice for a martyr in Sada on 4th. Shawal (month       950
    following Ramadhan) by Abdul Ghaffar #2      (2)
Sacrifice at the camp by me                #3        (3)   1,400
Feast thrown by Haji Gul Afreedi-house owner              2,000
He withdrew from me in person on April 30                 5,000
                                                        _____
                        (is crossed out)---------63,829
                        (" " " " " " ")---------- 45,850
1171 (this # is circled) 58,754 (this # " " ")---------68,829
-500                    20,754 (" " " " " " )
  671 will be expenses for Shair and Reedy Gul
Six hundred seventy one
_____

Copy to:

BOS000394

D:/BIF/SINGLECD/MUSADATALJEHADLBI/34/Musanadat ALjehad LBI 58 Page 1

بسم الله الرحمن الرحيم

لجنة البر الإسلامية

مذكرة داخلية

| | |
|---|---|
| إلى : | الموافق : |
| قسم : | رقم : |
| من : | الموضوع : |
| قسم : | |

النص :

الدخل :

| | |
|---|---|
| ١٠,٠٠٠ | استلمتها بيدي وقت سفر الأخ أبو البراء [illegible] |
| ٢١٠٠٠ | = من [illegible] صاحب بيت = محمد [illegible] |
| ٢٧٠٠٠ | = من [illegible] دينار = |
| ٤٠٠٠ | = من [illegible] |
| ٦٦٠٠ | = من [illegible] أبو البراء [illegible] ... [illegible] |
| | = من [illegible] |
| ٦٨٦٠٠ | |

المصروفات :

| | |
|---|---|
| ٩٩٩٩٨ [illegible] | على بيت [illegible] |
| ١٠٠٠ | زكاة الفطر [illegible] رقم (١) |
| ١٥٠٠ | ذبيحة وليمة العيد ٢٠ [illegible] |
| ١٠٠٠ | [illegible] نقل الست [illegible] غسيل الستائر |
| ~~[illegible]~~ | ~~[illegible]~~ |
| ٢٨٠٠٠ | [illegible] في ٣٠ [illegible] دية عم الأخ أبو البراء [illegible] |
| ٩٥٠ | ذبيحة [illegible] في [illegible] [illegible] عبد الغفار رقم (٢) |
| ١٢٠٠ | = في [illegible] رقم (٣) |
| ٢٠٠٠ | عزيمة [illegible] صاحب البيت |
| ٥٠٠٠ | [illegible] بيده [illegible] ١٢ |

[illegible]

٩٩٩٨٩

المتبقي : ٦٨٨٣٩

(١١٧١)

صورة إلى : [illegible]

BOS000395

Musanadat Aljehad LBI 59
In the name of God, the most compassionate and the most merciful

In:--------- Date:----------No.----------------Subject---------
To:--------- Division------------From----------Division--------

Islamic Benevolence Committee                     Internal Memo

I have received 50,000 from brother Abu Al-Bara'a in two
installments (24,000/26,000) at the beginning of founding the
House of Friday, the Friday.

Expenditures:

| | |
|---|---:|
| Spent on Friday, the Friday old expenses from the old house that was taken by Abu Firas | 4,204 |
| Shaikh Adil took from me at the airport | 500 |
| Three-month wages beginning April 1, 1990 | 24,000 |
| Wages for Shair for the month of April | 1,500 |
| Expenses of Shair for the month of April | 500 |
| Expenses of Shair for the month of April | 100 |
| New National air conditioner for guest room | 14,800 |
| Small washing machine | 1,150 |
| Kitchen utensils | 18,500 |
| Expenses of Shair for the month of May | 525 |

" " " " " " " " " " " " " " " " " "    " " "
              600
" " " " " " " " " " " " " " " " " " "                                      100

| | |
|---|---:|
| Wages for Shair for the month of May | 1,500 |
| (Scribbles UI)" " " " " " " | (Scribbles UI) |
| Paid Shair in person around June 6, 1990 | 500 |

                                              68,479
A number that is crossed out------------------------ 67,979

Copy to:

BOS000396



لجنةالبـــرالإسلامية

مذكـرة داخليــة

| | إلى : | للرقم: | في : |
|---|---|---|---|
| | قسم : | | رقـم : |
| | من : | | الموضوع : |
| | قسم : | | |

الفقر : ٥٠٬٠٠٠   تـــــكلفة مشروع أبوالبنك في دفتين ت ...ليه
روائـك بناية تأـــــسيس بيت لجنة البـر .

المصروفـــــات :

| ٤٥٠٤ | في لجنة البر معدين شدية مع البيت القديم الذي ... أبراش |
| ٥٠٠ | أخذها في بلديج عامل مع المنظاف... |
| ٤٤٠٠٠ | دفعت أجرة الروشة أشهر مارس وأبريل ١٩٩٤ |
| ١٥٠٠ | ما جش سيد مع شهر ٤ |
| ٥٠٠ | نصف |
| ١٠٠ | |
| ٢٨٠٠ | مكتب أبو سعد ناسيونال لشركة الشريف |
| ١١٥٠ | عامل تحت صيانة |
| ١٨٥٠٠ | عدة مطبخ |
| ٥٢٥ | معدن شهر مع شهر ٤ |
| ٦٠٠ | معدن سيد عم شهر ٤ |
| ١٠٠ | معدن شهر عم شهر ٤ |
| ١٥٠٠ | دكتر شهر مارس ٤ |
| ٥٠٠ | بيسه في ١-٦/٩٤ |

٦٨٧١

صورة إلى :

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **Musadat Aljehad LBI/36/Musanadat Aljehad LBI 60**)*

In the name of God, the most Compassionate, the most Merciful

Islamic Al-Birr Committee
(The World Assembly of Muslim Youth)

Internal Memo

| On: | Corresponding with: | To: |
|---|---|---|
| Number: | | Section: |
| Subject: | | From: |
| | | Section: |

Text: 100,000 a payment from Abu Al-Baraa to the Jihad Department:

<u>Expenses:</u>

| | |
|---|---|
| 70,000 | Seventy Thousand for Abu Asim the Yemenis' Camp with coordination with Sheikh Adel |
| 5000 | Jlebeeb purchasing tents with the knowledge of Abu Al-Baraa |
| 4000 | For Abu Wael, "     *      "      *      "      *      "      * |
| 3400 | Truck rental and it's expenses to Cooz *(or, Coz, phonetic)* for the blankets     *      "     "*(with the knowledge of Abu AL-Baraa)* |
| 1500 | Sheer's salary month <u>3</u> |
| 3200 | Abdel Saboor Wounded and transportation |
| 2700 | Expenses in Abdel Ghafar's possession in two payments 1500 1200 |
| 2100 | Abdel Ghafar's salary in addition to three other days for month <u>3</u> |
| 650 | The cost of transporting the blankets to the warehouse |
| 500 | Miram Kul (on Usama's *(illegible)* account) *(crossed out)* |
| 3421 | Expenses of the Al-Khiyam *(the tents)* trip |

2724    Martyr's funeral from our project in Abdel Saboor's possession 6 Shawwal $(10^{th}$ month in the Islamic calendar)

-99195
Copy to: (number is illegible, crossed-out)

BOS000399



لجنة البر الإسلامية

مذكـرة داخليـة

| | الى : | المرفقات: | لـ : |
| --- | --- | --- | --- |
| | قسم : | | رقـم : |
| | من : | | الموضوع : |
| | قسم : | | |

قمـ : ١٠٠٠٠٠ دفعـة من أبو البراء لبدارة الجهاد:

المصروفات :

٧٠١٠٠ سيمن الفاسد يوتام مسكن الجنين بتسمية الشيخ عادل
٥٠٠٠ جليسيب شراءطيم مبرية اشرط أبو البراء
٤٠٠٠ قربوزائل
٢٤٠٠ أجرة شاحنة ونصف باتجاه حوز للكف
١٥٠٠ معشو شير شهري
٢٤٠٠ عبد الصبور جركا وتقديرت
٥٧٠ مصاديق بعلاد السفارئ دننى لسبة
٤١٠٠ عما شريعه الفنار وح كلرشاتيج أخرى ودذلتهم شريع
٦٥٠ تكلفة نقل الف إلى المستودع
٥٠ عينهل دين سبحا أحسابة الوطيع
٢٤٤١ مضنا سنوة الخيم
٥٧٤٤ نافنة شهر مشروعنا بعبد الصبور جمول

١٢٥ ٩٩ ـ