

AL-QUDS AL-ARABI

**DECLARATION OF PUBLICATION**

**NOTICE : of Filing of Complaints**

**The undersigned says:**

**I am the Business Manager and Company Secretary of Al-Quds Al-Arabi Publishing & Advertising ( Overseas ) Ltd and is duly authorized to make this affidavit.**

**The Notice , a true copy of which is attached , was published on the following dates : Thursday December 23rd, 2004, Thursday December 30th 2004, Thursday January 6th 2005 and Thursday January 13th 2005.**

**PAT SUNDRAM ( MRS )**
**BUSINESS MANAGER**
**MARCH 11TH 2005**

Patricia Sundram

**SWORN BEFORE ME ON THIS** 14th **DAY OF** March **2005**

I THE UNDERSIGNED MANUEL FLOREZ VALCARCEL, Notary Public, practising at 130 King Street, London W6 0QU, England, hereby CERTIFY that the signature written at the end of the preceding document in my presence is the true and authentic signature, of Mrs. PATRICIA SUNDRAM, also known as PAT SUNDRAM as declared by her, of full age, who signed it in my presence having identified her by her British passport No. 094358024 valid until 23.04.2014 produced by her to me for her personal identification. ------------------------------------------------
IN WITNESS WHEREOF I sign this Certificate in London, England, today the fourteenth day of March two thousand and five.

M FLOREZ VALCARCEL

MANUEL FLOREZ VALCARCEL
Notary Public

AL-QUDS AL-ARABI PUBLISHING & ADVERTISING (OVERSEAS) LIMITED
TEL: 0208-741 8008 • FAX: 0208-741- 8902 • 0208-748 7637 • E mail: alquds@alquds.co.uk • Website: www.alquds.co.uk
REGISTERED ADDRESS: 164-166 KING STREET • HAMMERSMITH • LONDON W6 0QU • REGISTERED NUMBER: 2604233• VAT REG NO: 538 9427 04



السنة السادسة عشرة ـ العدد 4863 الخميس 13 كانون الثاني (يناير) 2005 ـ 2 ذو الحجة 1425 هـ

# إعلان قانوني

# إلى المدعى عليهم المذكورين والمدرجة أسمائهم أدناه:

## الملحق أ

وكالة آران لخدمات تحويل الأموال، إنك
عباس عبد العلي
عبد الهادي العراقي
عبد الصمد الطائش
عبد المحسن الليبي
عبد الرحيم الناشري
عبد الرحمن الارناؤوط أبو الأجر المعروف ايضاً بابو عبيد
عبد الباري
عبد الحسين المعروف ايضاً بتركة عبد الحسين
عبد الغني مزودي
عبد الحليم رماضنة المعروف أيضاً بعبد الحليم رمضانة حاسد
عبد الكريم حسين محمد الناصر
عبد العزيز علي
عبد الرازق عدن
عبد العزيز الإبراهيم المعروف أيضاً بعبد العزيز بن إبراهيم الإبراهيم
عبد الفتاح زمار
عبد الرحمن العمودي
عبد الرحمن ياسين
عبد الرحيم محمد حسين
عبد الله بن لادن
عبد الله العبيد
عبد الله بن خالد الثاني
عبد الله أحمد عبد الله
عبد الله بن عبد المحسن التركي
عبد الله بن سعيد
عبد الله بن صالح العبيد
عبد الله م. المهدي
عبد الله عمر ناصيف المعروف ايضاً بعبد الله عمر
عبد الله قاسم
عبد الله حسين كاهي
عبد الرحمن حسن شربتلي
أبو المغني علي الدين
شركة أبراش
أبو عبد الرحمن المعروف ايضاً بأبو عبد الرحمن أمين
أبو عجب
أبو المائد
أبو حفص الموريتاني
أبو هاجر العراقي
أبو حمزة المصري
أبو إبراهيم المصري
أبو مصعب الزرقاوي
أبو قطادة الفلسطيني
أبو رضا السوري المعروف ايضاً بمحمد لؤي بايازيد
مجموعة أبو سياف
أبو سليمان
أبو وائل المعروف أيضاً بسعدون عبد اللطيف
أبو زبيدة
عادل بن سلطان
عادل محمد صادق بن كاظم
عدنان باشا
لجنة الإصلاح والنصح
افاميا، إس. ل.
لجنة الدعم الأفغانية
أغوس بوديمان
أحمد عجاج
أحمد الحربي
أحمد إبراهيم المغسل
أحمد سعيد القدر
أحمد صلاح المعروف أيضاً بسليم
أحمد حسني رارابو
أحمد إبراهيم النجار
أحمد خلفان غيلاني
أحمد خليل إبراهيم سمير العنج
احمد محمد حامد المعروف ايضاً باحمد محمد حامد علي
احمد نور على جمعالي
أحمد رسام
أحمد زكي اليماني
بنك العقيدة الخاص المحدود
شركة العقيدة للاستثمار المحدودة
الأمن الداخلي
الأمن الخارجي
الأنواء المعروفة أيضاً بالأنواء يو إس إي، إنك.
البركة للتحويلات ال ال سي، المعروفة أيضاً بالبركة للتحويلات ال ال سي
بنك البركات المعروف أيضاً ببنك البركة
مسجد الفاروق
الجماعة الإسلامية المعروفة ايضاً بالجماعة الإسلامية
الشركة الخليجية لترويج الصادرات والتسويق
القاعدة المعروفة ايضاً بجيش القاعدة الإسلامي
الشمال للاستثمار والتنمية
بنك الشمال الإسلامي المعروف أيضا بشمال بنك والمعروف أيضاً بشامل بنك والمعروف ايضا ببنك الشمر
شركة التقوى للتجارة والعقارات والصناعة المحدودة
مجموعة التقوى/ندى المعروفة أيضاً مجموعة التقوى/ندى لإدارة الأعمال
التوحيد
البركات
بنك البركات الصومالي بى أس اس)
مجموعة البركات للتمويل
شركة البركات المالية القابضة المعروفة أيضاً بشركة البركات المالية
البركات العالمية للاتصالات السلكية واللاسلكية
مجموعة شركات البركات الصومالية المحدودة المعروفة أيضاً بمجموعة شركات البركات والمعروفة أيضاً بمجموعة البركات
البركات انترناشيونال المعروفة ايضا بباراكو كومبانى
البركات للاستثمار
منظمة البر السعودية
البر
مخابز الحماتي للحلويات
مؤسسة الحرمين الإسلامية المعروفة أيضاً بالحرمين والمعروفة ايضاً بمؤسسة الحرمين والمعروفة أيضاً بالوزير
الهجرة للتعمير والتنمية المحدودة
الاتحاد الإسلامي AIAI
مجموعة المستقبل
محلات النور لصافي العسل المعروفة أيضاً بمركز النور للعسل
صندوق الرشيد
الشيخ العراقي
مصافي عسل الشفاء للصناعة والتجارة
الوطنية للدواجن
البرت فردريك أرمان هوبير
الجماعة الإسلامية الجزائرية المسلحة
علي عطوة
علي غالب همات
على سعيد بن علي الحوري
امين الحق
انس الليبي المعروف أيضاً بانس الليبي والمعروف أيضاً بناظم الراجحي والمعروف ايضاً بنزيه عبد الحمد الراجحى والمعروف أيضاً بانس الصابئي
انصار الإسلام
عقيل العقيل المعروف ايضاً بعقيل عبد العزيز العقيل
شركة الأسمنت العربي
عرفات الأساهي
مجموعة أري
صندوق أصات
صندوق أصات المسجل
عصبة الأنصار
عيادي شفيق بن محمد
أيمن الظواهري
مركز عزام للخدمات
با تقوى للتجارة والعقارات المحدودة
بكر م. بن لادن
بنك التقوى المحدود المعروف أيضاً ببنك التقوى المحدود والمعروف أيضاً ببنك التقوى
شركة بركة للتجارة
بركات بوسطن
شركة بركات للبناء
مؤسسة بركات
مجموعة شركات بركات
بركات نورث أمريكا، إنك.
بركات البحر الأحمر للاتصالات السلكية واللاسلكية
شركة بركات للاتصالات السلكية واللاسلكية صوماليا
بنك بركات والتحويلات
بركات لاستشارات الكمبيوتر BCC
مجموعة بركات الاستشارية BCG
شركة بركات العالمية للهواتف
شركات بركات الدولية BICO
بركات بوست إكسبرس BPE
شركة بركات للمشروبات
شركة بركات للاتصالات السلكية واللاسلكية
ليمتد BTELCO
شركة بركات للتحويلات السلكية المعروفة ايضاً بخدمات بركات السلكية
شركة باراكوا التجارية LLC
مستشفى البشاش
بسام دالاني ستاتوت
صندوق البر الدولي
مؤسسة البر الدولية المعروفة أيضاً بالبر الدولية والمعروفة بمؤسسة البر الدولية ـ كندا والمعروفة أيضاً بمؤسسة البر الدولية ـ الولايات المتحدة الأمريكية
بن صياح بالقاسم
بلال بن مروان
مؤسسة الإغاثة المباركة
بوسنكا ايديلنا فيوتورا
فرع البوسنة والهرسك لمؤسسة الحرمين الإسلامية
إبراهيم بن هدلي حمامي
مؤسسة سمستيل إمبكس
شهيب بن محمد أياري
كوبيس
كونتراتاس جيوما
ظاهر عبيد الله عويس
شركة دلة أفكو ترانس أريبيا المحدودة
الدكتور محمود دخيل
الدكتور محمد علي الجاري
بنك دبي الإسلامي
الجهاد الإسلامي المصري
عصام الريدي
يوروكوفيا أوبراس، إس.أ.
فهد الثوميري
فهد محمد علي مسلم
فاروق الحجازي
فازيه أحد
فزول عبد الله محمد
فتحي بن ربيع مصري
فوزي جندوبي
جارد جاما
غصوب الأبرش غليون المعروف أيضاً بأبو مصعب
المصدر العالمي للماس المعروف ايضاً بشركة المصادر العالمية للماس
مؤسسة الإعانة العالمية المعروفة أيضاً بمؤسسة سيكورس مونديال
جلب الدين حكمتيار
الغرفة الخليجية والأفريقية
المركز الخليجى أس. أر. آل.
شركة الصمغ العربي المحدودة
حبيب فارس عبد الله المعموري
حبيب وداني
حاج عبد المنان اغا
حاج محمد أكرم
حمد حسيني
حماس
هاني رمضان
حسن عز الدين
هاشم عبد الرحمن
حسن أ.أ. بحفظ الله
حسن ضاهر عويس
حسن الترابي
حيدر محمد بن لادن
حازم رجب
ساعدوا الشعب الأفريقي
حياة العليا
الحزب الإسلامي
هشام أرناؤوط
جمعية القلق الإنساني الدولية المعروفة أيضاً بالقلق الإنساني الدولي
حسين محمود عبد القادر
ابن الشيخ الليبي
إبراهيم باه
إبراهيم بن عبد العزيز
مؤسسة إبراهيم بن عبد العزيز الإبراهيم
إبراهيم حسب الله
إبراهيم محمد أفندي
إبراهيم س. عبد الله
إبراهيم صالح محمد اليعقوب
إيهاب علي
عماد الدين بركات ياركز والمعروف أيضاً بأبو دحدح
عماد مغنية
أينفوكس تك الماليزية
معهد ميلان المعروف أيضاً بإنستيتوتو كولتورالي إسلاميكو دو ميلانو إنترناشيونال والمعروف أيضاً بمرسي
وكالة المخابرات العراقية المعروفة ايضاً بالمخابرات والمعروفة أيضاً بالفدائيين والمعروفة أيضاً بالقاري والمعروفة أيضاً بوحدة 99 والمعروفة أيضاً بعمليات خاصة م-8
وكالة الإغاثة الإسلامية الأفريقية
جيش عدن الإسلامي
المركز الثقافي الإسلامي في جنيف
المعهد الثقافي الإسلامي لميلان
اللواء الإسلامي الدولي المعروف ايضاً باللواء الإسلامي الدولي لحفظ السلام
حركة أوزبكستان الإسلامية
عز الدين السيد المعروف ايضاً بعز الدين السيد محمد
جيش محمد
جليل شنواري
جمال أحمد محمد
جمال البدوي
جمال نيربه
جميل قاسم سعيد المعروف أيضاً بجميل قاسم سعيد محمد
جمعية التعاون الإسلامية المعروفة ايضاً بسوسايتي أوف إسلاميك كووبريشن
منظمة الجماعة الإسلامية
خالد بن محفوظ
خالد نوري
خالد شيخ محمد
خليل جرايه
لاشكار أي جانجهفى
لاشكار ريديان الإسلامي
لاشكار الطيبيى
لازهار بن محمد تليلي
حزب الله اللبناني المعروف أيضاً بحزب الله والمعروف أيضاً بحزب الله
ليبان حسين
لايونيل ديومونت
لجين الإيمان
شركة م. م. بادكوك لخدمات تقديم الطعام والتجارة
مهدي شارمان سافهي
محمود جاب الله
مكتب الخدمات
ممدوح محمود سليم المعروف أيضاً بأبو هاجر العراقي
مامون دارخزانلي
شركة مامون دارخزانلي للاستيراد والتصدير
منصور ثائر
منصوري القاضي
مسجد المدينة المنورة
مولاي عبد الكبير
مازن م. هـ باحارث
ميندي كمون
وكالة الرحمة للإغاثة الدولية
ميجا ـ الماليزي السويسري، المعروف ايضاً بمنظمة ميجا ـ الماليزي السويسري أس. أ.
الخليج والغرفة الإفريقية
محمد بايازد
محمد البنى
محمد س. محمد
محمد المصري
محمد العيسى
محمد الشوربجي
محمد علي حسن المؤيد
محمد علي سيد مشيط
محمد أمين عقلي
محمد باحارث
محمد بن عبد الله الجميح
محمد بن فارس
مؤسسة محمد بن لادن
محمد شحادة
محمد حسين العمودي
محمد إقبال عبد الرحمن
محمد جمال خليفة
محمد خير السقا المعروف ايضاً بابو الدرداء
محمد خطيب
محمد منصور
محمد نور رحمي
محمد عميش
محمد عمر الحرازي
محمد شرقاوي
محرز أمدوني
منذر بزاوي
جبهة مورو للتحرير الإسلامي
منير بن حبيب جراية
منير التصدق
موسى بن عمرو السعدي
مفتي محمد رشيد
مفتي رشيد أحمد لاديهيانوي
محمد أبو إسلام
محمد الحماتي
محمد عاطف المعروف أيضاً بتركة محمد عاطف
محمد عمر
محمد صلاح
محمد غالب خلاجه زويدي المعروف أيضاً بابو طلحة
محمد ج. فقيهي
محمد مهدي صلاح
محسن موسى متولي عطوة
الملا كاكشار
مؤسسة مشايط للتجارة
الأخوة المسلمين
مصطفى أحمد الحيساوي المعروف أيضاً بشيخ سعيد والمعروف أيضاً بشيخ سعيد والمعروف أيضاً بمصطفى محمد أحمد
مصطفى القادر
مصطفى محمد فاضل
معتصم عبد الرحيم
مؤسسة موفق المعروفة أيضاً بمؤسسة الإغاثة المباركة
مظفر خان
نبيل بن عطية
ندى انترناشونال انستالت
منظمة ندى الإدارية
منظمة ندى الإدارية، أس. أ.
نجيب عواز
ناسكو للخدمات أس. أر. آل.
ناسكو نصر الدين القابضة أ. أس.
ناسكوتكس أس. أ.
شركة نصر الدين ناسكو أس. أ. أس. دي
احمد أدريس نصر الدين أي. سي.
مؤسسة نصر الدين
مجموعة نصر الدين القابضة الدولية المحدودة
مجموعة نصر الدين الدولية القابضة المحدودة
بنك التنمية الوطني
الصندوق القومي للتأمين الاجتماعي
الجبهة الإسلامية الوطنية
مركز الاستشارات والإدارة القومي
نضال صالح المعروف أيضاً بهيثم
نيو دايامونـد القابضة
نور جليل
نورجامان رضوان اسم الدين المعروف أيضاً بالحمبلي
عمر أبو عمر
عمر البيومي
عمر م. بن لادن
أسامة باسنان
الجهاد الإسلامي الفلسطيني
شركة باركا التجارية
دواجن بيدمونت
بروموسيونيز إي كونستركيونيز تيتيون بريكوت، أس. أ.
برويكتوس إديسبان
برويكتوس إي بروموسيونيز ايزو
برويكتوس إي بروموسيونيز بارديز .أس. ل.
كوين سيتي للسجائر والحلوى
ربيع حداد
رشيد فيهار المعروف أيضاً برشيد فيطار
رائد حجازي
رمزي محمد عبد الله بن الشيبه المعروف أيضاً برمزي محمد عبد الله عمر
شركة بركات البحر الأحمر المحدودة
كتيبة شهداء الشيشان رياض الصالحين للاستطلاع والتخريب
س. م. طفيل
مؤسسة صعر
صابر لامار
صدام حسين
صفر الحوالي
سعيد بهاجي
سيف العادل
سيف الإسلام المصري
مجموعة السلفيين للدعوة والقتال
صلاح باداغ
صلاح سليمان
صالح الحسين
صالح قزاز
صالح محمد بن لادن
سالم بن لادن
سلمان العودة
سامي عمر الحسين
سمير كشك
سمير صلاح
سنابل إنك.
سنابل الخير إنك.
سنابل الخير
سنور صلاح
صقر الصداوي
مجموعة بن لادن السعودية
شركة بن لادن السعودية الدولية
شركة الأسمنت السعودية بالدمام
البنك السعودي السوداني
سيف العدل
سعد الشريف
شهير عبد الرؤوف باترجي
شيخ سعيد المعروف ايضاً بمصطفى محمد أحمد
شيخ عادل جليل باترجي المعروف أيضاً بعادل عبد الجليل باترجي
شيخ عبد الله عزام المعروف أيضاً بأبو محمد
شيخ عبد العزيز ناجي
شيخ أحمد سليم سويدان
شيخ عمر بكري محمد
شيخ يوسف القرضاوي
سليمان ?ـ س. البث
فرع الصومال لمؤسسة الحرمين الإسلامية
الشركة الصومالية للإنترنت
فوج الإسلام للاغراض الخاصة
مؤسسة النجاح
سليمان العلي
سيد سليمان أحمر
طابا للاستثمارات
بنك التضامن الإسلامي المعروف أيضاً ببنك التضامن
طه ياسين رمضان
مجموعة الطيبة للمعونة الدولية
طلال محمد بادكوك
تانزانيت كنج
طارق أيوبي
طارق م. بن لادن
طارق م. السويدان
طارق أنور السيد أحمد
منظمة العلماء للمعونة
لجنة الدفاع عن الحقوق الشرعية
تركة مروان الشهبي
تركة فايز أحمد المعروف أيضاً ببني حماد فايز
تركة أحمد الغمدي
تركة حمزة الغمدي
تركة محاد الشهري
تركة صطام م. أ. الصوقامي
تركة عبد العزيز العمري
تركة وليد م. الشهري
تركة وائل الشهري
تركة محمد عطا
تركة خالد المذار
تركة نواف الحزمي
تركة هاني حنجور
تركة سالم الحزمي
تركة ماجد موكد
تركة زايد سمير جراح
تركة أحمد إبراهيم أ. الحزناوي
تركة سعيد الغمدي
تركة أحمد النامي
تركي قصي حسين
تركة عدي حسين
الطالبان
ثروة صلاح شحاتة
حركة تركستان الإسلامية
اتحاد علماء أفغانستان
عمر فاروق
أمة تامير ـ أ ـ ناو يو تى ان )
اسامة بن لادن المعروف أيضاً باسامة بن لادن
وادي العقيق
منظمة الوفاء الإنسانية
وليد السروري
ياسين القاضي
ياسين شكوري
ياسر السري المعروف ايضاً بعمار
يزيد سوفات بكوالالمبور ماليزيا
إسلام م. بن لادن
يوسف جميل
يوسف عبداوي
يوسف م. ندى وشركاه جيزلشافت MBH
مؤسسة يوسف م. ندى
يوسف ندى المعروف أيضاً بيوسف مصطفى ندى
يوسف أحمد علي
ركزيا موساوي
زاهر . ?كاظمي
زكريا الصبار
لجنة الزكاة
زياد خليل

في المحكمة المحلية الأمريكية للمقاطعة الجنوبية لولاية نيويورك، إجراءات قانونية مجمعة معروفة كونها متعلقة بموضوع الهجمات الإرهابية الواقعة في 11 سبتمبر (أيلول) 2001، قضية رقم (RCC) 03 MDL 1570؛ إعلان تقديم الشكاوي، أصدر القاضي ريتشارد سي. كيزي أمرَ تبليغ بالنشر في الصحف في 15 سبتمبر (أيلول) ,2004 ولقد تمَّ الأمر بنشر الإجراء القانوني المعنون أعلاه في الصحف مرة في الأسبوع لمدة أربعة أسابيع متتالية بالإنكليزية، في جريدتي إنترناشيونال هيرالد تريبيون ويو إس إي توداي، وباللغة العربية في جريدة عربية واحدة على الأقل تُنشر على نحو واسع في الشرق الأوسط، وكذلك إدراج الشكاوي الوثيقة الصلة بالموضوع على موقع الإنترنت .www.september11terrorlitigation.com ولقد تمّ تبليغ الإعلان بموجب هذه الوثيقة إلى المدعى عليهم المدرجة أسمائهم أعلاه. ويؤمر المدعى عليهم ويُطلب منهم بموجب هذه الوثيقة أن يبلغوا كاتب المحكمة، المحكمة المحلية الأمريكية للمقاطعة الجنوبية لولاية نيويورك، 500 بيرل ستريت، نيويورك، نيويورك (The Clerk of the Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007) عن الجواب على الشكاوي خلال مدة ستين (60) يوماً من نشر الإعلان. في حال أخفق المدعى عليهم القيام بهذا، سيصدر حكم غيابي ضد المدعى عليهم من أجل الإعانة المطلوبة في كل من الشكاوي المجمعة تحت القضية رقم 03 MDL 1570. تلتمس الشكاوي الحصول على أضرار تعويضية، وتاديبية وقيمتها ثلاثة أضعاف حجم الأضرار، أتعاب المحامين، التكاليف، وإعانات أخرى من أجل الوفاة الجائرة، الإصابات الشخصية، أضرار بالممتلكات، خسائر نتيجة لتوقف الأعمال، خسائر في الأرباح، انتهاك حرمة الملكية، ابتزاز الأموال وإصابات أخرى سببها هجوم 11 سبتمبر (أيلول) 2001 الإرهابي على الولايات المتحدة.