```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
IN RE TERRORIST ATTACKS ON          :
SEPTEMBER 11, 2001                  :
                                    :          03-MDL 1570 (RCC)
This document relates to:           :          ECF CASE
                                    :
THOMAS BURNETT, et al,              :
                                    :          03 CV 9849 (RCC)
            v.                      :
                                    :
AL BARAKA INVESTMENT &              :
DEVELOPMENT CORP., et al.           :
-------------------------------X
THOMAS BURNETT, et al,              :
                                    :          03 CV 5738 (RCC)
            v.                      :
                                    :
AL BARAKA INVESTMENT &              :
DEVELOPMENT CORP., et al.           :
-------------------------------X
KATHLEEN ASHTON, et al,             :
                                    :          02 CV 6977 (RCC)
            v.                      :
                                    :
AL QAEDA ISLAMIC ARMY, et al.       :
-------------------------------X
```

**AFFIDAVIT OF DAVID F. GENESON**

DAVID F. GENESON, being duly sworn, deposes and says:

    1.    I am an attorney with the firm Hunton & Williams LLP, attorneys herein for defendant Yassin Abdullah Kadi. I submit this Affidavit in support of my application to be admitted to practice before this court and represent defendant Yassin Abdullah Kadi, *pro hac vice*.

2. I am a member in good standing of the Bar of the District of Columbia, having been admitted to practice before that bar in June 1979. A certificate of good standing from that bar is attached.

3. I am also a member in good standing of the Bar of the State of Virginia, having been admitted to practice before that bar in November 1993. A certificate of good standing from that bar is also attached.

4. I am also a member in good standing of the Bar of the State of Florida, having been admitted to practice before that bar in May 1974. A certificate of good standing from that bar is also attached.

5. I am not presently nor have I ever been suspended, disbarred, or otherwise disciplined in any of the courts or jurisdictions where I have been admitted to practice.

6. I have obtained a copy of the Local Rules of the Southern District of New York and am familiar with those Rules.

7. I hereby consent to be subject to the jurisdiction and rules of the State of New York governing professional conduct.

_____
David F. Geneson

STATE OF DISTRICT OF COLUMBIA    )    to wit:

Subscribed and sworn to before me this 9th day of February 2005.

_____
Notary Public

My Commission Expires: 12-14-2008

# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### DAVID FRANKLIN GENESON

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **May 10, 1974,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this March 29, 2005.*

*Barbara Harley-Price*
Deputy Clerk
_____
**Clerk of the Supreme Court of Florida.**

# Supreme Court of Virginia

**AT RICHMOND**

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

**DAVID FRANKLIN GENESON**

was admitted to practice as an attorney and counsellor at the bar of this Court on November 4, 1993.

I further certify that so far as the records of this office are concerned, DAVID FRANKLIN GENESON is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 29th day of March
A.D. 2005

By: _____
Deputy Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

DAVID FRANKLIN GENESON

was on the 1ST day of JUNE, 1979 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 29, 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk