**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

)
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001      )      No. 03 MDL 1570 (RCC)
)      ECF Case
_____)

This document relates to:

ASHTON, *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*, Case No. 02-CV-6977;

CONTINENTAL CASUALTY CO.*, et al.* v. AL QAEDA ISLAMIC ARMY*, et al.*, Case No. 04-CV-05970;

FEDERAL INSURANCE CO.*, et al.* v. AL QAIDA*, et al.*, Case No. 03-CV-6978; and

NEW YORK MARINE AND GENERAL INSURANCE CO. v. AL QAIDA*, et al.*, Case No. 04-CV-6105.

**NOTICE OF DR. ADNAN BASHA'S**
**CONSOLIDATED MOTION TO DISMISS**

PLEASE TAKE NOTICE that, pursuant to Rule 12(b), Fed. R. Civ. P., defendant Dr.

Adnan Basha, by and through undersigned counsel, hereby makes a limited appearance for the

purpose of moving the Court, before the Honorable Richard C. Casey, United States District

Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New

York, New York 10007, at a date and time to be determined by the Court, for an order

dismissing, pursuant to Rules 12(b)(2), 12(b)(5), and 12(b)(6), Fed. R. Civ. P., the plaintiffs'

complaints in the following four cases, Ashton, *et al.* v. Al Qaeda Islamic Army, *et al.*, Case No.

02-CV-6977; Continental Casualty Co.*, et al.* v. Al Qaeda Islamic Army*, et al.*, Case No. 04-CV-

05970; Federal Insurance Co., *et al.* v. Al Qaida, *et al.*, Case No. 03-CV-6978; and New York

Marine and General Insurance Co. v. Al Qaida*, et al.*, Case No. 04-CV-6105, on the basis of (1)

lack of personal jurisdiction, since Dr. Basha lacked contacts with the United States, either

generally, or specifically related to the allegations in the complaint; (2) failure to state a claim

upon which relief can be granted, and (3) improper service of process.  A memorandum of law,

with exhibits, in support of this Motion is attached hereto.

Respectfully submitted,

/s/ Lynne Bernabei

Lynne Bernabei, Esquire  (LB2489)
Alan R. Kabat, Esquire  (AK7194)
Bernabei & Katz, PLLC
1773 T Street, N.W.
Washington, D.C. 20009-7139
(202) 745-1942

Attorneys for Defendant
 Dr. Adnan Basha

DATED:  September 6, 2005