USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) <br> ECF Case |
|---|---|

*This document relates to: Burnett, et al., v. Al Baraka Investment & Dev. Corp., 1:03 CV 9849*

*This document is filed on behalf of those plaintiffs in the above-referenced case seeking un-liquidated damages for losses as they relate to personal injuries and deaths suffered by victims of the September 11, 2001 Attack. Those Plaintiffs are identified in Exhibit A attached hereto.*

### DEFAULT JUDGMENT

This action having been commenced on August 15, 2002 in the United States District Court for the District of Columbia by the filing of the Summons and Complaint; the Amended Complaint was filed on August 30, 2002, the Second Amended Complaint was filed on September 10, 2002, and the Third Amended Complaint filed on November 22, 2002; the case was transferred by the Judicial Panel on Multidistrict Litigation to the United States District Court for the Southern District of New York on January 2, 2004; each of the defendants listed in Exhibit B were served via publication pursuant to an order dated June 30, 2003 by Judge James Robertson of the United States District Court for the District of Columbia, and by order of this Court dated September 16, 2004 permitting service via publication, and proofs of such service thereof were filed on the dates identified in Exhibit B, the defendants not having answered the complaint, and the time for answering the complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs identified in Exhibit A as seeking un-liquidated damages for losses, have judgment against the defendants listed in Exhibit B, and shall be entitled to a hearing before this Court to establish the aggregate value of the Plaintiffs' un-liquidated damages.

Dated: New York, New York
April 7, 2006

_____
U.S.D.J.

This document was entered on the docket on

April 7, 2006