USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-7-06

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*In Re* Terrorist Attacks on September 11, 2001    )    03 MDL No. 1570 (RCC)
                                                    )    ECF Case

This document relates to:
BURNETT, *et al.* v. AL BARAKA INV. AND DEV. CORP., *et al.*, Case No. 03-CV-9849.

### STIPULATION AND ORDER VACATING THE DEFAULT ENTERED AGAINST ABDULLAH BIN KHALID AL-THANI

Plaintiffs in this action, and Abdullah Bin Khalid Al-Thani ("Sheikh Abdullah"), by and through their undersigned counsel, hereby STIPULATE AND AGREE as follows:

1. The order of default entered against Sheikh Abdullah in this "Burnett" action on April 7, 2006 shall be, and is, vacated.

2. Sheikh Abdullah hereby moves to dismiss the Burnett action. The moving papers already served and filed in support of and in opposition to Sheikh Abdullah's motion to dismiss in the Euro Brokers, Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 04-CV-7279 ("Euro Brokers"), New York Marine and Gen. Ins. Co. v. Al Qaida, et al., Case No. 04-CV-6105 ("NY Marine"), and World Trade Ctr. Props., LLC, et al. v. Inv. & Dev. Corp., et al., Case No. 04-CV-7280 ("WTCP") (03-MDL-1570) actions shall be deemed applicable to, and served and filed in, the Burnett action as well.[1]

---

[1] On April 11, 2006, Sheikh Abdullah filed a Motion to Dismiss in the Euro Brokers, NY Marine and WTCP actions (03 MDL 1570, Docket #s 1758-760), and on June 13, 2006, the plaintiffs in those three actions filed an Opposition to that motion (03 MDL 1570, Docket #1837). Sheikh Abdullah's reply in support of his motion to dismiss in those actions is scheduled to be served on or before July 13, 2006, and shall also be served by that date in this action.

3. Sheikh Abdullah's motion to dismiss this action is without prejudice to his position that he has not effectively been named or included as a defendant in this action, which position Sheikh Abdullah may assert in his reply papers in support of his motion to dismiss. To the extent that the assertion of that position raises arguments not raised in Sheikh Abdullah's previously filed moving papers in the Euro Brokers, NY Marine and WTCP cases, the Burnett plaintiffs may file, within seven days of service of the reply memorandum, a sur-reply not to exceed ten pages addressing such new arguments.

Dated: June 15, 2006

| MOTLEY RICE LLC | DLA PIPER RUDNICK GRAY CARY US LLP |
|---|---|
| By _____ | By _____ |
| Robert T. Haefele, Esq. (NJ058239; PA-57937) | David E. Nachman (DN-6684) |
| Ronald L. Motley, Esq. (SC Bar #4123) | 1251 Avenue of the Americas |
| Jodi Westbrook Flowers, Esq. (SC Bar #66300) | 29th Floor |
| Michael Elsner, Esq. (NY & VA Bar #ME-8337) | New York, NY 10020-1104 |
| 28 Bridge Boulevard | Telephone: (212) 835-6000 |
| P.O. Box 1792 | |
| Mount Pleasant, South Carolina 29465 | Sheldon Krantz (Admitted Pro Hac Vice) |
| Tel: (843) 216-9000 | Rachel Tausend (Admitted Pro Hac Vice) |
|  | 1200 Nineteenth Street, NW |
|  | Washington, DC 20036 |
|  | Telephone: (202) 861-3900 |
| *Attorneys for Plaintiffs* | *Attorneys for Abdullah Bin Khalid Al-Thani* |

SO ORDERED:

_____
U.S.D.J.

Dated: ~~June~~ July 7, 2006

2