UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                                                              MDL No. 1570

------------------------------------------------------------------x

THOMAS BURNETT, SR., *ET AL.*                                   Civ. Action No.
                                                                                        03 CV 9849 (RCC)
**Plaintiffs,**

-   **against**   -

AL BARAKA INVESTMENT & DEVELOPMENT
CORP., *ET AL.*,

                               **Defendants**
------------------------------------------------------------------x

### PLAINTIFFS' REMOVAL OF PARTIES PURSUANT TO CASE MANAGEMENT ORDER NO. 2 AND FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Case Management Order No. 2 and Federal Rule of Civil Procedure 15(d), the Plaintiffs listed on Attachment A are hereby dismissed without prejudice from this civil action.

Dated:  May 22, 2012                                    Respectfully submitted,

                                                                        __/S/_____
                                                                        Ronald L. Motley, Esq. (SC-4123)
                                                                        Jodi Westbrook Flowers, Esq. (SC-66300)
                                                                        Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
                                                                        Michael E. Elsner, Esq. (NY & VA-ME8337)
                                                                        Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                                                        Elizabeth Smith, Esq.
                                                                        MOTLEY RICE LLC
                                                                        28 Bridgeside Boulevard
                                                                        Mount Pleasant, South Carolina 29464
                                                                        Telephone:  (843) 216-9000