# ATTACHMENT A

DENISE PALAZZOTTO (P121)

EDWARD LOCHER (P710)

RICHARD M. GARBARINI (P1692)

STEVEN INCARNATO (P1837)

JEAN POWELL (P2190)

DOLORES C. QUIGLEY (P4913)

KATHERINE A. SOULAS (P5449)

WIFE DOE # 115 (AP244)