## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

THOMAS E. BURNETT, SR., individually as
the Parent of Thomas E. Burnett, Jr., Deceased

BEVERLY BURNETT, individually as the
Parent of Thomas E. Burnett, Jr., Deceased

DEENA BURNETT BAILEY, individually and
as the Administrator of the Estate of Thomas E.
Burnett, Jr., Deceased and on behalf of all
survivors of Thomas E. Burnett, Jr. and on
behalf of minor children H.B., A.C.B., and
M.B.

MARY MARGARET JURGENS, individually
as the Sibling of Thomas E. Burnett, Jr.,
Deceased

MARTHA BURNETT PETTEE, individually
as the Sibling of Thomas E. Burnett, Jr.,
Deceased

WILLIAM DOYLE, SR., individually and as
the Personal Representative of the Estate of
Joseph Michael Doyle, Deceased and on behalf
of all survivors of Joseph Michael Doyle

REPRESENTATIVE of the Estate of Camille
Doyle, Deceased, Parent of decedent Joseph
Michael Doyle

WILLIAM DOYLE, JR., individually as the
Sibling of Joseph Michael Doyle, Deceased

DOREEN LUTTER, individually as the Sibling
of Joseph Michael Doyle, Deceased

DR. STEPHEN J. ALDERMAN, individually
and as the Co-Administrator of the Estate of
Peter Craig Alderman, Deceased and on behalf
of all survivors of Peter Craig Alderman

ELIZABETH ALDERMAN, individually and
as the Co-Administrator of the Estate of Peter
Craig Alderman, Deceased and on behalf of all
survivors of Peter Craig Alderman

JANE ALDERMAN, individually as the
Sibling of Peter Craig Alderman, Deceased

ELAINE ABATE, individually as the Parent of

Civil Case No. 03-CV-9849 (GBD)(SN)

**PLAINTIFFS' AMENDED
COMPLAINT ADDING DEFENDANT
KINGDOM OF SAUDI ARABIA**

Andrew Anthony Abate, Jr., Deceased

CAROLYN CRUTCHFIELD, individually and as the Personal Representative of the Estate of Andrew Anthony Abate, Deceased and on behalf of all survivors of Andrew Anthony Abate

ELAINE ABATE, individually and as the Personal Representative of the Estate of Vincent Abate, Deceased and on behalf of all survivors of Vincent Abate

ANN M. ABRAHAMSON, individually and as the Personal Representative of the Estate of William F. Abrahamson, Deceased and on behalf of all survivors of William F. Abrahamson and on behalf of minor child E.A.A.

JOSEPHINE ACQUAVIVA, individually as the Parent of Paul Andrew Acquaviva, Deceased

KARA HADFIELD, individually as the Sibling of Paul Andrew Acquaviva, Deceased

COURTNEY LIZABETH ACQUAVIVA, individually and as the Personal Representative of the Estate of Paul Andrew Acquaviva, Deceased and on behalf of all survivors of Paul Andrew Acquaviva and on behalf of minor children P.A.A. and  S.L.A.

ALFRED ACQUAVIVA, individually as the Parent of Paul Andrew Acquaviva, Deceased

JEAN ADAMS, individually as the Parent of Donald L. Adams, Deceased

DOE 96, individually as spouse and as the Personal Representative of the ESTATE OF DOE 96, Deceased and on behalf of all survivors of DOE 96 and on behalf of minor child DOE 96

ROBERT C. ADAMS, individually as the Parent of Donald L. Adams, Deceased

DWIGHT D. ADAMS, individually as the Sibling of Donald L. Adams, Deceased

REPRESENTATIVE of the Estate of Anne B.

Adams, Deceased, Parent of decedent Stephen George Adams

JESSICA MURROW-ADAMS, individually and as the Personal Representative of the Estate of Stephen George Adams, Deceased and on behalf of all survivors of Stephen George Adams

LAWRENCE SCOTT ADAMS, individually as the Sibling of Stephen George Adams, Deceased

AFFIONG ADANGA, individually and as the Personal Representative of the Estate of Ignatius Udo Adanga, Deceased and on behalf of all survivors of Ignatius Udo Adanga and on behalf of minor children E.U.A., E.U.A., and N.U.A.

RITA ADDAMO, individually and as the Co-Administrator of the Estate of Christy A. Addamo, Deceased and on behalf of all survivors of Christy A. Addamo

DAWN ADDAMO, individually as the Sibling of Christy A. Addamo, Deceased

GREGORY ADDAMO, individually and as the Co-Administrator of the Estate of Christy A. Addamo, Deceased and on behalf of all survivors of Christy A. Addamo

ALICE FAY DOERGE ADLER, individually and as the Personal Representative of the Estate of Lee Alan Adler, Deceased and on behalf of all survivors of Lee Alan Adler and on behalf of minor child L.A.

STACEY AFFLITTO, individually and as the Personal Representative of the Estate of Daniel Thomas Afflitto, Sr., Deceased and on behalf of all survivors of Daniel Thomas Afflitto, Sr. and on behalf of minor children J.D.A. and D.A.

RITA AGNELLO, individually as the Parent of Joseph Agnello, Deceased

ROSARIA MARTINGANO, individually as the Sibling of Joseph Agnello, Deceased

VINNIE CARLA AGNELLO, individually and

as the Personal Representative of the Estate of Joseph Agnello, Deceased and on behalf of all survivors of Joseph Agnello and on behalf of minor children S.R.A. and V.J.A.

SALVATORE AGNELLO, individually as the Parent of Joseph Agnello, Deceased

ANTHONY AGNELLO, individually as the Sibling of Joseph Agnello, Deceased

DIANE B. AGUIAR, individually and as the Personal Representative of the Estate of Joao A. Aguiar, Jr., Deceased and on behalf of all survivors of Joao A. Aguiar, Jr.

TACIANA AGUIAR, individually as the Sibling of Joao A. Aguiar, Jr., Deceased

JOAO A. AGUIAR, SR., individually as the Parent of Joao A. Aguiar, Jr., Deceased

CATHERINE FRANCES JEZYCKI, individually as the Parent of Margaret Alario, Deceased

MICHAEL JOHN JEZYCKI, individually as the Sibling of Margaret Alario, Deceased

STEPHEN FRANK JEZYCKI, JR., individually as the Sibling of Margaret Alario, Deceased

REPRESENTATIVE of the Estate of Stephen Jezycki, Sr., Deceased, Parent of decedent Margaret Alario

JAMES ALARIO, SR., individually and as the Personal Representative of the Estate of Margaret Alario, Deceased and on behalf of all survivors of Margaret Alario and on behalf of minor children J.A. and D.A.

EDWARD ALBERT, individually as the Parent of Jon L. Albert, Deceased

LOUISA ALLEGRETTO, individually and as the Personal Representative of the Estate of Edward L. Allegretto, Deceased and on behalf of all survivors of Edward L. Allegretto and on behalf of minor children M.A. and E.A.

JENNIFER D'AURIA, individually and as the Co-Administrator of the Estate of Joseph R.

Allen, Deceased and on behalf of all survivors
of Joseph R. Allen

MICHAEL J. ALLEN, individually and as the
Co-Administrator of the Estate of Joseph R.
Allen, Deceased and on behalf of all survivors
of Joseph R. Allen

MADELYN GAIL ALLEN, individually and
as the Personal Representative of the Estate of
Richard Dennis Allen, Deceased and on behalf
of all survivors of Richard Dennis Allen

LYNN P. ALLEN, individually as the Sibling
of Richard Dennis Allen, Deceased

MARGUERITE G. ALLEN, individually as the
Sibling of Richard Dennis Allen, Deceased

JUDITH M. AIKEN, individually as the
Sibling of Richard Dennis Allen, Deceased

RICHARD D. ALLEN, individually as the
Parent of Richard Dennis Allen, Deceased

LUKE C. ALLEN, individually as the Sibling
of Richard Dennis Allen, Deceased

MATTHEW J. ALLEN, individually as the
Sibling of Richard Dennis Allen, Deceased

PATRICIA CLEARY ALLINGHAM,
individually as the Parent of Christopher
Edward Allingham, Deceased

PEGGY ALLINGHAM CICCARELLI,
individually as the Sibling of Christopher
Edward Allingham, Deceased

KATHARINE ALLINGHAM CLARK,
individually as the Sibling of Christopher
Edward Allingham, Deceased

DONNA ALLINGHAM, individually and as
the Personal Representative of the Estate of
Christopher Edward Allingham, Deceased and
on behalf of all survivors of Christopher
Edward Allingham and on behalf of minor
children C.T.A. and K.P.A.

JAMES JOSEPH ALLINGHAM, individually
as the Sibling of Christopher Edward
Allingham, Deceased

WILLIAM JOHN ALLINGHAM, JR.,
individually as the Sibling of Christopher
Edward Allingham, Deceased

WILLIAM J. ALLINGHAM, SR., individually
as the Parent of Christopher Edward
Allingham, Deceased

V. BLAKE ALLISON, individually and as the
Personal Representative of the Estate of Anna
Allison, Deceased and on behalf of all
survivors of Anna Allison

GIANINA ALVIAR, individually as the Child
of Cesar A. Alviar, Deceased

GEMMA ALVIAR, individually as the Child
of Cesar A. Alviar, Deceased

GRACE ALVIAR, individually and as the
Personal Representative of the Estate of Cesar
A. Alviar, Deceased and on behalf of all
survivors of Cesar A. Alviar

CHRISTOPHER ALVIAR, individually as the
Child of Cesar A. Alviar, Deceased

SHARON AMBROSE, individually and as the
Co-Administrator of the Estate of Paul Wesley
Ambrose, Deceased and on behalf of all
survivors of Paul Wesley Ambrose

KENNETH P. AMBROSE, individually and as
the Co-Administrator of the Estate of Paul
Wesley Ambrose, Deceased and on behalf of all
survivors of Paul Wesley Ambrose

MARIE L. ANAYA, individually and as the
Personal Representative of the Estate of Calixto
Anaya, Jr., Deceased and on behalf of all
survivors of Calixto Anaya, Jr. and on behalf of
minor children B.M.A, K.M.A, and R.R.A.

CHRISTINE A. ANCHUNDIA, individually
and as the Co-Administrator of the Estate of
Joseph P. Anchundia, Deceased and on behalf
of all survivors of Joseph P. Anchundia

ELIZABETH R. ANCHUNDIA, individually
as the Sibling of Joseph P. Anchundia,
Deceased

ELIAS A. ANCHUNDIA, individually and as

the Co-Administrator of the Estate of Joseph P. Anchundia, Deceased and on behalf of all survivors of Joseph P. Anchundia

ELIAS J. ANCHUNDIA, individually as the Sibling of Joseph P. Anchundia, Deceased

SELMA ANN VERSE, individually as the Sibling of Kermit C. Anderson, Deceased

JILL ELVA GRASHOF ANDERSON, individually and as the Personal Representative of the Estate of Kermit C. Anderson, Deceased and on behalf of all survivors of Kermit C. Anderson and on behalf of minor children D.J.A. and B.L.A.

EDWARD S. ANDREWS, individually and as the Personal Representative of the Estate of Michael Rourke Andrews, Deceased and on behalf of all survivors of Michael Rourke Andrews

KUI LIONG LEE, individually and as the Personal Representative of the Estate of Siew-Nya Ang, Deceased and on behalf of all survivors of Siew-Nya Ang and on behalf of minor children J.L. and W.L.

DONNA L. ANGELINI, individually and as the Personal Representative of the Estate of Joseph John Angelini, Jr., Deceased and on behalf of all survivors of Joseph John Angelini, Jr. and on behalf of minor children J.A., J.A., and J.A.

CLAIRE ANGELL MILLER, individually as the Sibling of David Lawrence Angell, Deceased

DOROTEA ANGILLETTA, individually and as the Co-Administrator of the Estate of Laura Angilletta, Deceased and on behalf of all survivors of Laura Angilletta

MARIA GARBARINO, individually as the Sibling of Laura Angilletta, Deceased

CARMELO ANGILLETTA, individually and as the Co-Administrator of the Estate of Laura Angilletta, Deceased and on behalf of all survivors of Laura Angilletta

AL ANGILLETTA, individually as the Sibling of Laura Angilletta, Deceased

RALPH ANGRISANI AND GINA GIOVANNIELLO, as the Co-Administrators of the Estate of Doreen J. Angrisani, Deceased and on behalf of all survivors of Doreen J. Angrisani, and as Co-Administrators of the Estate of Irene T. Angrisani, Deceased, Parent of decedent Doreen J. Angrisani

GINA GIOVANNIELLO, individually as the Sibling of Doreen J. Angrisani, Deceased

RALPH ANGRISANI, individually as the Sibling of Doreen J. Angrisani, Deceased

BRIAN WILKES, individually as the Fiancé of Lorraine Antigua, Deceased

CECILE M. APOLLO, individually and as the Co-Administrator of the Estate of Peter Paul Apollo, Deceased and on behalf of all survivors of Peter Paul Apollo

DENISE MAUTHE, individually as the Sibling of Peter Paul Apollo, Deceased

LISA CONSIGLIO, individually as the Sibling of Peter Paul Apollo, Deceased

REPRESENTATIVE of the Estate of Peter Apollo, Jr., Deceased, Parent of decedent Peter Paul Apollo

MARGARET APOSTOL, individually as the Sibling of Faustino Apostol, Deceased

CAROL ANN AQUILINO, individually as the Parent of Frank Thomas Aquilino, Deceased

TARA CHIARI, individually as the Sibling of Frank Thomas Aquilino, Deceased

JILL WALTON, individually as the Sibling of Frank Thomas Aquilino, Deceased

FRANK J. AQUILINO, individually and as the Personal Representative of the Estate of Frank Thomas Aquilino, Deceased and on behalf of all survivors of Frank Thomas Aquilino

LORI ANN ARCZYNSKI, individually and as the Personal Representative of the Estate of

Michael G. Arczynski, Deceased and on behalf of all survivors of Michael G. Arczynski and on behalf of minor children E.N.A., M.P.A., M.S.A., and S.E.A.

WANDALEE ARENA, individually and as the Personal Representative of the Estate of Louis Arena, Deceased and on behalf of all survivors of Louis Arena and on behalf of minor children N.A. and J.C.A.

LAUREN ARIAS LUCCHINI, individually as the Sibling of Adam P. Arias, Deceased

LORRAINE M. ARIAS-BELIVEAU, individually as the Sibling of Adam P. Arias, Deceased

DONALD C. ARIAS, individually as the Sibling of Adam P. Arias, Deceased

THOMAS ARIAS, individually as the Sibling of Adam P. Arias, Deceased

ANDREW ARIAS, individually as the Sibling of Adam P. Arias, Deceased

CATHERINE M. NOLAN, individually as the Fiancé of Michael Joseph Armstrong, Deceased

MARY E. ARMSTRONG, individually and as the Personal Representative of the Estate of Michael Joseph Armstrong, Deceased and on behalf of all survivors of Michael Joseph Armstrong

LAURA A. ARMSTRONG, individually as the Sibling of Michael Joseph Armstrong, Deceased

MARIAN ARMSTRONG, individually as the Sibling of Michael Joseph Armstrong, Deceased

GABRIEL ARMSTRONG, individually as the Parent of Michael Joseph Armstrong, Deceased

GERARD ARMSTRONG, individually as the Sibling of Michael Joseph Armstrong, Deceased

RUTH GREEN ARON, individually as the Parent of Joshua Todd Aron, Deceased

JULES PHELAN ARONSON, individually and as the Personal Representative of the Estate of Myra Joy Aronson, Deceased and on behalf of all survivors of Myra Joy Aronson

AYIKAILE ARYEE, individually as the Child of Japhet Aryee, Deceased

MARIA ARYEE, individually and as the Personal Representative of the Estate of Japhet Aryee, Deceased and on behalf of all survivors of Japhet Aryee and on behalf of minor child A.A.

TEIKO ARYEE, individually as the Child of Japhet Aryee, Deceased

AYITEY ARYEE, individually as the Child of Japhet Aryee, Deceased

VIVIAN ASCIAK, individually as the Parent of Michael Asciak, Deceased

ELAINE V. ASCIAK, individually and as the Personal Representative of the Estate of Michael Asciak, Deceased and on behalf of all survivors of Michael Asciak and on behalf of minor child L.A.

REPRESENTATIVE of the Estate of Ethel Asher, Deceased, Parent of decedent Michael Edward Asher

RACHEL ASHER, individually as the Child of Michael Edward Asher, Deceased

DANA ASHER, individually and as the Personal Representative of the Estate of Michael Edward Asher, Deceased and on behalf of all survivors of Michael Edward Asher

MARLENE ASHER as the Representative of the Estate of Stuart Asher, Deceased, Sibling of decedent Michael Edward Asher

JEREMY ASHER, individually as the Child of Michael Edward Asher, Deceased

DOE 15, individually as parent and as the Co-Administrator of the Estate of DOE 15, Deceased and on behalf of all survivors of DOE

DOE 15, individually as parent and as the Co-

Administrator of the Estate of DOE 15, Deceased and on behalf of all survivors of DOE 15

DOE 15, individually as the Sibling of DOE 15, Deceased

MARIA TRANSITO QUINTUNA SACTA, individually as the Parent of Manual Asitimbay, Deceased

WILSON ASITIMBAY, individually as the Child of Manual Asitimbay, Deceased

RICARDO ASITIMBAY, individually as the Child of Manual Asitimbay, Deceased

EDWIN ASITIMBAY, individually as the Child of Manual Asitimbay, Deceased

WILMER MIJIA, individually as the step-child of Manual Asitimbay, Deceased

JULIA ROCIA ASITIMBAY QUINTUNA, individually as the Sibling of Manual Asitimbay, Deceased

MARIA MACLOVIA ASITIMBAY QUINTUNA, individually as the Sibling of Manual Asitimbay, Deceased

ROSA ELENA ASITIMBAY QUINTUNA, individually as the Sibling of Manual Asitimbay, Deceased

CARMEN CECILIA MEJIA, individually and as the Personal Representative of the Estate of Manual Asitimbay, Deceased and on behalf of all survivors of Manual Asitimbay

ELAINE M. ATWOOD (SIBLING), individually as the Sibling of Gerald T. Atwood, Deceased

ELAINE M. ATWOOD (PARENT), individually as the Parent of Gerald T. Atwood, Deceased

JANE M. DUFFY, individually as the Sibling of Gerald T. Atwood, Deceased

GERALD ATWOOD, individually as the Parent of Gerald T. Atwood, Deceased

RAYMOND J. ATWOOD, individually as the

Sibling of Gerald T. Atwood, Deceased

GREGORY P. ATWOOD, individually as the
Sibling of Gerald T. Atwood, Deceased

JOHN G. ATWOOD, individually as the
Sibling of Gerald T. Atwood, Deceased

JUANA BACCHUS, individually and as the
Personal Representative of the Estate of
Eustace R. Bacchus, Deceased and on behalf of
all survivors of Eustace R. Bacchus and on
behalf of minor child C.B.

GRACE MARIE BADAGLIACCA,
individually as the Parent of John J.
Badagliacca, Deceased

JODI SCOLARO, individually as the Sibling of
John J. Badagliacca, Deceased

JOHN EDWARD BADAGLIACCA,
individually as the Parent of John J.
Badagliacca, Deceased

JOHN P. BAESZLER, individually and as the
Personal Representative of the Estate of Jane
Ellen Baeszler, Deceased and on behalf of all
survivors of Jane Ellen Baeszler

CHRISTINE GOGGINS, individually as the
Sibling of Andrew Joseph Bailey, Deceased

PAULA VIRGINIA BAILEY, individually as
the Sibling of Andrew Joseph Bailey, Deceased

VINCENT HENRY BAILEY, individually as
the Parent of Andrew Joseph Bailey, Deceased

JUDITH A. BAILEY, individually and as the
Personal Representative of the Estate of Brett
T. Bailey, Deceased and on behalf of all
survivors of Brett T. Bailey

YARAH BAILEY, individually as the Sibling
of Brett T. Bailey, Deceased

REPRESENTATIVE of the Estate of Kevin J.
Bailey, Deceased, Parent of decedent Brett T.
Bailey

YURIAH BAILEY, individually as the Sibling
of Brett T. Bailey, Deceased

KATHERINE BAILEY, individually and as the

Personal Representative of the Estate of Garnet Bailey, Deceased and on behalf of all survivors of Garnet Bailey

TODD G. BAILEY, individually as the Child of Garnet Bailey, Deceased

MARINA BAKALINSKAYA, individually as the Child of Tatyana Bakalinskaya, Deceased

NATALIE BAKALINSKAYA, individually as the Child of Tatyana Bakalinskaya, Deceased

ANATOLIY BAKALINSKIY, individually and as the Personal Representative of the Estate of Tatyana Bakalinskaya, Deceased and on behalf of all survivors of Tatyana Bakalinskaya

MARTHA BAKSH, individually as the Parent of Michael S. Baksh, Deceased

MARVINA BAKSH, individually as the Sibling of Michael S. Baksh, Deceased

MAUREEN BAKSH GRIFFIN, individually as the Sibling of Michael S. Baksh, Deceased

MICHELLE BAKSH, individually as the Sibling of Michael S. Baksh, Deceased

REPRESENTATIVE of the Estate of Morris Baksh, Deceased, Parent of decedent Michael S. Baksh

CHRISTINA BANE-HAYES, individually as the Sibling of Michael A. Bane, Deceased

TARA BANE, individually and as the Personal Representative of the Estate of Michael A. Bane, Deceased and on behalf of all survivors of Michael A. Bane

J. DONALD BANE, individually as the Parent of Michael A. Bane, Deceased

SOULTANA BANTIS, individually as the Parent of Katherine Bantis, Deceased

REPRESENTATIVE of the Estate of Evangelos Bantis, Deceased, Parent of decedent Katherine Bantis

ARISTIDES BANTIS, as the Personal Representative of the Estate of Katherine Bantis, Deceased and on behalf of all survivors

of Katherine Bantis

REPRESENTATIVE of the Estate of Gerard Jean-Baptiste, Deceased, Parent of decedent Gerard Baptiste

REPRESENTATIVE of the Estate of Gerard Baptiste, Deceased and on behalf of all survivors of Gerard Baptiste

ANNA M. GRANVILLE, individually as the Sibling of Walter Baran, Deceased

CAROL ANN BARAN, individually and as the Personal Representative of the Estate of Walter Baran, Deceased and on behalf of all survivors of Walter Baran and on behalf of minor children S.B. and S.B.

REPRESENTATIVE of the Estate of Carol Barbaro, Deceased, Parent of decedent Paul Barbaro

JACQUELINE VENEZIA, individually as the Sibling of Paul Barbaro, Deceased

KIM BARBARO, individually and as the Personal Representative of the Estate of Paul Barbaro, Deceased and on behalf of all survivors of Paul Barbaro and on behalf of minor children P.B. and J.B.

REPRESENTATIVE of the Estate of Nicholas Barbaro, Deceased, Parent of decedent Paul Barbaro

THOMAS BARBARO, individually as the Sibling of Paul Barbaro, Deceased

NICHOLAS BARBARO, JR., individually as the Sibling of Paul Barbaro, Deceased

NANCY SANTANA, individually and as the Personal Representative of the Estate of Victor Daniel Barbosa, Deceased and on behalf of all survivors of Victor Daniel Barbosa and on behalf of minor child S.B.

JO ANN MEEHAN, individually as the Parent of Colleen Ann Barkow, Deceased

DARYL JOSEPH MEEHAN, individually as the Sibling of Colleen Ann Barkow, Deceased

THOMAS JOSEPH MEEHAN, III,
individually as the Parent of Colleen Ann
Barkow, Deceased

ALAN M. MENNIE, individually and as the
Co-Administrator of the Estate of Melissa Rose
Barnes, Deceased and on behalf of all survivors
of Melissa Rose Barnes

AUDRIENE BARRY, individually and as the
Co-Administrator of the Estate of Arthur T.
Barry, Deceased and on behalf of all survivors
of Arthur T. Barry

KATHLEEN MEGAN POSS, individually as
the Sibling of Arthur T. Barry, Deceased

PATRICIA ANNE BARRY, individually as the
Sibling of Arthur T. Barry, Deceased

CLARE ELLEN SKARDA, individually as the
Sibling of Arthur T. Barry, Deceased

BERTRAND FRANCIS BARRY, individually
and as the Co-Administrator of the Estate of
Arthur T. Barry, Deceased and on behalf of all
survivors of Arthur T. Barry

BERTRAND ARTHUR BARRY, individually
as the Sibling of Arthur T. Barry, Deceased

REPRESENTATIVE of the Estate of Maureen
Barry, Deceased, Child of decedent Diane
Barry

BRIAN BARRY, individually as the Child of
Diane Barry, Deceased

KEVIN WILLIAM BARRY, individually as
the Child of Diane Barry, Deceased

EDMUND BARRY, individually and as the
Personal Representative of the Estate of Diane
Barry, Deceased and on behalf of all survivors
of Diane Barry

MARIANNE JOAN BARRY, individually and
as the Personal Representative of the Estate of
Maurice V. Barry, Deceased and on behalf of
all survivors of Maurice V. Barry and on behalf
of minor children C.B. and J-M.B.

GILA BARZVI, individually and as the
Personal Representative of the Estate of Guy

Barzvi, Deceased and on behalf of all survivors of Guy Barzvi

DOE 35, individually as the Sibling of DOE 35, Deceased

REPRESENTATIVE of the Estate of Arie Barzvi, Deceased, Parent of decedent Guy Barzvi

FRIMA KOGAN, individually as the Parent of Inna Basin, Deceased

JEAN BASNICKI, individually as the Parent of Kenneth William Basnicki, Deceased

MAUREEN ELIZABETH BASNICKI, individually and as the Personal Representative of the Estate of Kenneth William Basnicki, Deceased and on behalf of all survivors of Kenneth William Basnicki

BRENNAN BASNICKI, individually as the Child of Kenneth William Basnicki, Deceased

WILLIAM BASNICKI, individually as the Parent of Kenneth William Basnicki, Deceased

CHRIS BASNICKI, individually as the Sibling of Kenneth William Basnicki, Deceased

ROBERT J. BASNICKI, individually as the Sibling of Kenneth William Basnicki, Deceased

JOAN PUWALSKI, individually as the Fiancé of Steven J. Bates, Deceased

NARCISA G. CAPITO, individually as the Parent of Marlyn Capito Bautista, Deceased

ANISIA C. ABARABAR, individually as the Sibling of Marlyn Capito Bautista, Deceased

RUFINA C. COQUIA, individually as the Sibling of Marlyn Capito Bautista, Deceased

RAMESES GARCIA BAUTISTA, individually and as the Personal Representative of the Estate of Marlyn Capito Bautista, Deceased and on behalf of all survivors of Marlyn Capito Bautista

MARY BAVIS, individually and as the Personal Representative of the Estate of Mark Lawrence Bavis, Deceased and on behalf of all

survivors of Mark Lawrence Bavis

MARY ELLEN MORAN, individually as the Sibling of Mark Lawrence Bavis, Deceased

KELLY BAVIS MORRISSEY, individually as the Sibling of Mark Lawrence Bavis, Deceased

KATHLEEN M. SYLVESTER, individually as the Sibling of Mark Lawrence Bavis, Deceased

MICHAEL T. BAVIS, individually as the Sibling of Mark Lawrence Bavis, Deceased

PATRICK J BAVIS, individually as the Sibling of Mark Lawrence Bavis, Deceased

JOHN M. BAVIS, individually as the Sibling of Mark Lawrence Bavis, Deceased

MATTIE L. BAXTER, individually as the Parent of Jasper Baxter, Deceased

JUANITA WHATLEY, individually as the Sibling of Jasper Baxter, Deceased

DIANE BAXTER, individually as the Sibling of Jasper Baxter, Deceased

LILLIAN BAXTER, individually and as the Personal Representative of the Estate of Jasper Baxter, Deceased and on behalf of all survivors of Jasper Baxter

DONALD BAXTER, individually as the Sibling of Jasper Baxter, Deceased

DENNIS BAXTER, individually as the Sibling of Jasper Baxter, Deceased

LAWRENCE BAXTER, individually as the Sibling of Jasper Baxter, Deceased

JEDELLE BAXTER, JR., individually as the Sibling of Jasper Baxter, Deceased

BRENT MCINTOSH, individually as the Child of Jane Beatty, Deceased

DREW MCINTOSH, individually as the Child of Jane Beatty, Deceased

ROBERT W. BEATTY, individually and as the Personal Representative of the Estate of Jane Beatty, Deceased and on behalf of all survivors of Jane Beatty

THEODORE BECK, individually and as the Personal Representative of the Estate of Lawrence I. Beck, Deceased and on behalf of all survivors of Lawrence I. Beck

EDWARD C. WILLIAMS, individually and as the Personal Representative of the Estate of Manette M. Beckles, Deceased and on behalf of all survivors of Manette M. Beckles and on behalf of minor child B.W.

DOLORES BEDIGIAN, individually as the Parent of Carl Bedigian, Deceased

ROBERT BEDIGIAN, individually as the Sibling of Carl Bedigian, Deceased

JOSEPH J. BEDIGIAN, individually as the Sibling of Carl Bedigian, Deceased

THEODORA BEEKMAN, individually and as the Personal Representative of the Estate of Michael E. Beekman, Sr., Deceased and on behalf of all survivors of Michael E. Beekman, Sr. and on behalf of minor children T.N.B. and M.E.B.

INMACULADA BEHR, individually as the Parent of Maria Behr, Deceased

GEORGE BEHR, individually and as the Personal Representative of the Estate of Maria Behr, Deceased and on behalf of all survivors of Maria Behr

EMMA TISNOVSKIY, individually as the Parent of Helen Belilovsky, Deceased

LEONID TISNOVSKIY, individually as the Parent of Helen Belilovsky, Deceased

ROSTYSLAV TISNOVSKIY, individually as the Sibling of Helen Belilovsky, Deceased

BORIS BELILOVSKY, individually and as the Personal Representative of the Estate of Helen Belilovsky, Deceased and on behalf of all survivors of Helen Belilovsky and on behalf of minor child E.B.B.

SUZANNE ABENMOHA, individually as the Parent of Debbie Bellows, Deceased

SEAN BELLOWS, individually and as the

Personal Representative of the Estate of Debbie Bellows, Deceased and on behalf of all survivors of Debbie Bellows

REPRESENTATIVE of the Estate of Maria Giordano, Deceased, Parent of decedent Denise Lenore Benedetto

MARINA BENEDETTO, individually and as the Co-Administrator of the Estate of Denise Lenore Benedetto, Deceased and on behalf of all survivors of Denise Lenore Benedetto and on behalf of minor child D.B.

RINA RABINOWITZ, individually as the Sibling of Denise Lenore Benedetto, Deceased

MICHAEL GIORDANO, individually as the Sibling of Denise Lenore Benedetto, Deceased

JOHN BENEDETTO, individually and as the Co-Administrator of the Estate of Denise Lenore Benedetto, Deceased and on behalf of all survivors of Denise Lenore Benedetto and on behalf of minor child D.B.

ONDINA BENNETT, individually and as the Personal Representative of the Estate of Bryan Craig Bennett, Deceased and on behalf of all survivors of Bryan Craig Bennett

LOURDES BENNETT O'CONNOR, individually as the Sibling of Bryan Craig Bennett, Deceased

DOE 125, individually as spouse and as the Co-Administrator of the Estate of DOE 125, Deceased and on behalf of all survivors of DOE 125

DOE 125, individually as parent and as the Co-Administrator of the Estate of DOE 125, Deceased and on behalf of all survivors of DOE 125

DOE 125, individually as the Sibling of DOE 125, Deceased

SUZANNE J. BERGER, individually and as the Personal Representative of the Estate of James P. Berger, Deceased and on behalf of all survivors of James P. Berger and on behalf of

19

minor children A.M.B, C.D.B., and N.J.B.

GARY BERGER, individually as the Sibling of
Steven Howard Berger, Deceased

AGNES BERGIN, individually as the Parent of
John P. Bergin, Deceased

MARY ELLEN O'ROURKE, individually as
the Sibling of John P. Bergin, Deceased

GEORGE R. BERGIN, individually as the
Parent of John P. Bergin, Deceased

GEORGE M. BERGIN, individually as the
Sibling of John P. Bergin, Deceased

RENEE HOFFMAN, individually as the
Sibling of Alvin Bergsohn, Deceased

MICHELE ZAPKEN BERGSOHN,
individually and as the Personal Representative
of the Estate of Alvin Bergsohn, Deceased and
on behalf of all survivors of Alvin Bergsohn
and on behalf of minor children H.B. and S.B.

KENNETH BERGSOHN, individually as the
Parent of Alvin Bergsohn, Deceased

DOE 29, individually as the Child of DOE 29,
Deceased

DOE 29, individually as spouse and as the
Personal Representative of the Estate of DOE
29, Deceased and on behalf of all survivors of
DOE 29

DOE 29, individually as the Child of DOE 29,
Deceased

DOE 29, individually as the Child of DOE 29,
Deceased

REPRESENTATIVE of the Estate of Norma
Bernstein, Deceased, Parent of decedent
William M. Bernstein

REPRESENTATIVE of the Estate of Murray
Bernstein, Deceased, Parent of decedent
William M. Bernstein

DAVID M. BERNSTEIN, individually as the
Sibling of William M. Bernstein, Deceased

ROBERT J. BERNSTEIN, individually and as

the Personal Representative of the Estate of
William M. Bernstein, Deceased and on behalf
of all survivors of William M. Bernstein

KIMBERLY A. BERRY, individually as the
Child of Joseph John Berry, Deceased

EVELYN BERRY, individually and as the
Personal Representative of the Estate of Joseph
John Berry, Deceased and on behalf of all
survivors of Joseph John Berry

TODD P. BERRY, individually as the Child of
Joseph John Berry, Deceased

JOSEPH S. BERRY, individually as the Child
of Joseph John Berry, Deceased

JOAN C. BETTERLY, individually as the
Parent of Timothy D. Betterly, Deceased

JOANNE F. BETTERLY, individually and as
the Personal Representative of the Estate of
Timothy D. Betterly, Deceased and on behalf of
all survivors of Timothy D. Betterly and on
behalf of minor children C.B. and S.B.

REPRESENTATIVE of the Estate of Donald
A. Betterly, Deceased, Parent of decedent
Timothy D. Betterly

MARK BETTERLY, individually as the
Sibling of Timothy D. Betterly, Deceased

DONALD BETTERLY, JR., individually as
the Sibling of Timothy D. Betterly, Deceased

INDIRA BHUKHAN, individually as the
Parent of Bella J. Bhukhan, Deceased

JAGDISH BHUKHAN, individually and as the
Personal Representative of the Estate of Bella J.
Bhukhan, Deceased and on behalf of all
survivors of Bella J. Bhukhan

IRENE BILCHER, individually as the Parent of
Brian Bilcher, Deceased

TINA MARIE BILCHER, individually and as
the Personal Representative of the Estate of
Brian Bilcher, Deceased and on behalf of all
survivors of Brian Bilcher and on behalf of
minor child G.J.B.

MILES BILCHER, individually as the Parent of Brian Bilcher, Deceased

ALICE HOAGLAND, individually and as the Personal Representative of the Estate of Mark K. Bingham, Deceased and on behalf of all survivors of Mark K. Bingham

GERALD W. BINGHAM, individually as the Parent of Mark K. Bingham, Deceased

LILLIAN BINI, individually as the Parent of Carl Bini, Deceased

ROSEMARIE CORVINO, individually as the Sibling of Carl Bini, Deceased

LILLIAN BINI as Representative of the Estate of Raymond Bini, Deceased, Parent of decedent Carl Bini

BASMATTIE BISHUNDAT, individually and as the Co-Administrator of the Estate of Kris Romeo Bishundat, Deceased and on behalf of all survivors of Kris Romeo Bishundat

BHOLA P. BISHUNDAT, individually and as the Co-Administrator of the Estate of Kris Romeo Bishundat, Deceased and on behalf of all survivors of Kris Romeo Bishundat

HYACINTH BLACKMAN, individually and as the Co-Administrator of the Estate of Albert Balewa Blackman, Jr., Deceased and on behalf of all survivors of Albert Balewa Blackman, Jr.

ALBERT A. BLACKMAN, SR., individually and as the Co-Administrator of the Estate of Albert Balewa Blackman, Jr., Deceased and on behalf of all survivors of Albert Balewa Blackman, Jr.

JANE BLACKWELL, individually and as the Personal Representative of the Estate of Christopher Blackwell, Deceased and on behalf of all survivors of Christopher Blackwell and on behalf of minor children A.B., S.B., and R.B.

SALLY T. WHITE, individually as the Parent of Susan L. Blair, Deceased

LESLIE R. BLAIR, individually and as the

Personal Representative of the Estate of Susan L. Blair, Deceased and on behalf of all survivors of Susan L. Blair

DANIEL A. WALISIAK, individually as the Fiancé of Susan L. Blair, Deceased

SCOTT BLANEY, individually and as the Personal Representative of the Estate of Janice Blaney, Deceased and on behalf of all survivors of Janice Blaney

BARBARA LYNN BLASS, individually as the Parent of Craig Michael Blass, Deceased

BARBARA LYNN BLASS as Representative of the Estate of Neil Blass, Deceased, Parent of decedent Craig Michael Blass

KEITH BLASS, individually and as the Representative of the Estate of Craig Michael Blass, Deceased, and on behalf of all survivors of Craig Michael Blass

MICHELE BUFFOLINO, individually as the Child of Rita Blau, Deceased

NICOLE EFFRESS, individually as the Child of Rita Blau, Deceased

IRA BLAU, individually and as the Personal Representative of the Estate of Rita Blau, Deceased and on behalf of all survivors of Rita Blau

DEBORAH A. BORZA, individually and as the Co-Administrator of the Estate of Deora Frances Bodley, Deceased and on behalf of all survivors of Deora Frances Bodley

REPRESENTATIVE of the Estate of Derrill Bodley, Deceased, Parent of decedent Deora Frances Bodley

JOYCE BOLAND, individually as the Parent of Vincent M. Boland, Jr., Deceased

ERIN BOLAND, individually as the Sibling of Vincent M. Boland, Jr., Deceased

GREGORY BOLAND, individually as the Sibling of Vincent M. Boland, Jr., Deceased

VINCENT BOLAND, SR., individually and as

the Personal Representative of the Estate of
Vincent M. Boland, Jr., Deceased and on behalf
of all survivors of Vincent M. Boland, Jr.

DOE 118, individually as the Child of DOE
118, Deceased

DOE 20, individually as spouse and as the
Personal Representative of the Estate of DOE
20, Deceased and on behalf of all survivors of
DOE 20

WILLIAM BONDARENKO, individually as
the Child of Alan Bondarenko, Deceased

JOSEPH BONDARENKO, individually as the
Child of Alan Bondarenko, Deceased

ROXANE BONHEUR, individually and as the
Personal Representative of the Estate of Andre
Bonheur, Jr., Deceased and on behalf of all
survivors of Andre Bonheur, Jr. and on behalf
of minor children A.A.B. and M.P.B.

SONIA BONOMO, individually as the Parent
of Yvonne Bonomo, Deceased

JOHN BONOMO, individually and as the
Personal Representative of the Estate of
Yvonne Bonomo, Deceased and on behalf of all
survivors of Yvonne Bonomo

GEORGE BONOMO, individually as the
Sibling of Yvonne Bonomo, Deceased

ROSE ANN BOOKER, individually as the
Parent of Sean Booker, Deceased

SHARON BOOKER, individually and as the
Personal Representative of the Estate of Sean
Booker, Deceased and on behalf of all
survivors of Sean Booker and on behalf of
minor children D.B., D.B., and S.B.

RICHARD L. BOOMS, individually and as the
Personal Representative of the Estate of Kelly
Ann Booms, Deceased and on behalf of all
survivors of Kelly Ann Booms

DEANNA G. DEMOTTE, individually as the
Sibling of Canfield D. Boone, Deceased

LINDA K. BOONE, individually and as the
Personal Representative of the Estate of

24

Canfield D. Boone, Deceased and on behalf of all survivors of Canfield D. Boone

JASON BOONE, individually as the Child of Canfield D. Boone, Deceased

ANDREW BOONE, individually as the Child of Canfield D. Boone, Deceased

CHRISTOPHER BOONE, individually as the Child of Canfield D. Boone, Deceased

KRYSTYNA BORYCZEWSKI, individually and as the Personal Representative of the Estate of Martin Boryczewski, Deceased and on behalf of all survivors of Martin Boryczewski

MICHELE BORYCZEWSKI, individually as the Sibling of Martin Boryczewski, Deceased

JULIA BORYCZEWSKI, individually as the Sibling of Martin Boryczewski, Deceased

MICHELE BORYCZEWSKI and JULIA BORYCZEWSKI as Co-Administrators of the Estate of Michael Boryczewski, Deceased, Parent of decedent Martin Boryczewski

WILLIAM J. BOSCO, JR., individually as the Parent of Richard E. Bosco, Deceased

KENNETH E. DELLEFEMINE as the Representative of the Estate of Hope DelleFemine, Deceased, Parent of decedent Carol Marie Bouchard

KENNETH E. DELLEFEMINE, individually as the Sibling of Carol Marie Bouchard, Deceased

RICHARD E. DELLEFEMINE, individually as the Sibling of Carol Marie Bouchard, Deceased

FREDERICK EARL BOUCHARD, JR., individually and as the Personal Representative of the Estate of Carol Marie Bouchard, Deceased and on behalf of all survivors of Carol Marie Bouchard

DOE 119, individually as the Parent of DOE 119, Deceased

DOE 119, individually as spouse and as the Personal Representative of the Estate of DOE

119, Deceased and on behalf of all survivors of DOE 119 and on behalf of minor child DOE 119

DOE 119, individually as the Sibling of DOE 119, Deceased

SHEILAH L. BOWDEN, individually as the Parent of Thomas H. Bowden, Jr., Deceased

KATHRYN C. BOWDEN, individually as the Sibling of Thomas H. Bowden, Jr., Deceased

THOMAS H. BOWDEN, individually as the Parent of Thomas H. Bowden, Jr., Deceased and on behalf of minor sibling, M.B.

PAUL BOWDEN, individually as the Sibling of Thomas H. Bowden, Jr., Deceased

RUTH BOWMAN WHITE, individually as the Parent of Larry Bowman, Deceased

STEPHANIE AYN BOWSER, individually and as the Personal Representative of the Estate of Kevin Leah Bowser, Deceased and on behalf of all survivors of Kevin Leah Bowser and on behalf of minor children P.A.B. and K.L.B.

BELLA BOYARSKY, individually as the Parent of Gennady Boyarsky, Deceased

VLADIMIR BOYARSKY, individually as the Parent of Gennady Boyarsky, Deceased

LAURA ALESSI, individually and as the Personal Representative of the Estate of Pamela J. Boyce, Deceased and on behalf of all survivors of Pamela J. Boyce

GINA GRASSI, individually as the Sibling of Pamela J. Boyce, Deceased

DESIREE A. GERASIMOVICH, individually as the Sibling of Pamela J. Boyce, Deceased

DEANNA WIRTH, individually as the Child of Alfred J. Braca, Deceased

CHRISTINA CAMBEIS, individually as the Child of Alfred J. Braca, Deceased

DAVID JOHN BRACA, individually as the Child of Alfred J. Braca, Deceased

26

CHRISTOPHER JONATHAN BRACA,
individually as the Child of Alfred J. Braca,
Deceased

NELLY BRAGINSKY, individually and as the
Personal Representative of the Estate of
Alexander Braginsky, Deceased and on behalf
of all survivors of Alexander Braginsky

NANCY BRANDEMARTI, individually as the
Parent of Nicholas W. Brandemarti, Deceased

NICOLE BRANDEMARTI, individually as the
Sibling of Nicholas W. Brandemarti, Deceased

NICHOLAS M. BRANDEMARTI,
individually and as the Personal Representative
of the Estate of Nicholas W. Brandemarti,
Deceased and on behalf of all survivors of
Nicholas W. Brandemarti

JASON BRANDEMARTI, individually as the
Sibling of Nicholas W. Brandemarti, Deceased

DAVID B. BRANDHORST, individually and
as the Personal Representative of the Estate of
Daniel Raymond Brandhorst, Deceased and on
behalf of all survivors of Daniel Raymond
Brandhorst

MARY E. BRATTON, individually as the
Parent of Michelle Renee Bratton, Deceased

ERIN G. BRATTON, individually as the
Sibling of Michelle Renee Bratton, Deceased

CHRISTOPHER B. BRATTON, individually
as the Sibling of Michelle Renee Bratton,
Deceased

WILLIAM J. BRATTON, III, individually as
the Sibling of Michelle Renee Bratton,
Deceased

WILLIAM J. BRATTON, JR., individually and
as the Personal Representative of the Estate of
Michelle Renee Bratton, Deceased and on
behalf of all survivors of Michelle Renee
Bratton

PAOLA STORER, individually as the Parent of
Patrice Braut, Deceased

MICHEL BRAUT, individually as the Parent of

27

Patrice Braut, Deceased

ANTHONY BENGIVENGA, individually as the Fiancé of Lydia Bravo, Deceased

BARBARA H. BRENNAN, individually and as the Personal Representative of the Estate of Francis H. Brennan, Deceased and on behalf of all survivors of Francis H. Brennan

EILEEN WALSH, individually and as the Personal Representative of the Estate of Michael E. Brennan, Deceased and on behalf of all survivors of Michael E. Brennan

VERONICA BRENNAN, individually as the Sibling of Michael E. Brennan, Deceased

MARY M. WALSH, individually as the Sibling of Michael E. Brennan, Deceased

PATRICIA WALSH, individually as the Sibling of Michael E. Brennan, Deceased

MARGARET WALSH, individually as the Sibling of Michael E. Brennan, Deceased

REPRESENTATIVE of the Estate of Michael Brennan, Deceased, Parent of decedent Michael E. Brennan

BRIAN T. BRENNAN, individually as the Sibling of Michael E. Brennan, Deceased

MATTHEW J. WALSH, individually as the Sibling of Michael E. Brennan, Deceased

JAMES JOHN BRENNAN, individually as the Sibling of Michael E. Brennan, Deceased

CAROL A BRETHEL, individually and as the Personal Representative of the Estate of Daniel J Brethel, Deceased and on behalf of all survivors of Daniel J Brethel and on behalf of minor children K.M.B. and M.J.B.

JACQUELINE ISKOLS, individually as the Sibling of Mark Brisman, Deceased

MICHELE PRIEST, individually as the Sibling of Mark Brisman, Deceased

JULIETTE BRISMAN, individually and as the Personal Representative of the Estate of Mark Brisman, Deceased and on behalf of all

survivors of Mark Brisman

GERARD BRISMAN, individually as the Parent of Mark Brisman, Deceased

STEVEN A. BRISMAN, individually as the Sibling of Mark Brisman, Deceased

DOE 127, individually as the Parent of Paul Gary Bristow, Deceased

DOE 127, individually as Parent and as the Personal Representative of the Estate of DOE 127, Deceased and on behalf of all survivors of DOE 127

ISOLINE BROOMFIELD, individually as the Parent of Keith Broomfield, Deceased

SINITA BROWN, individually and as the Co-Administrator of the Estate of Bernard Curtis Brown, II, Deceased and on behalf of all survivors of Bernard Curtis Brown, II

BERNARD CURTIS BROWN, I, individually and as the Co-Administrator of the Estate of Bernard Curtis Brown, II, Deceased and on behalf of all survivors of Bernard Curtis Brown, II

EVERTON JAMES BROWN, individually as the Parent of Lloyd Brown, Deceased

CAROLYN M. NEGRON, individually as the Sibling of Patrick J. Brown, Deceased

MICHAEL EVERETT BROWN, individually and as the Personal Representative of the Estate of Patrick J. Brown, Deceased and on behalf of all survivors of Patrick J. Brown

SIGALIT BRUNN, individually and as the Personal Representative of the Estate of Andrew C. Brunn, Deceased and on behalf of all survivors of Andrew C. Brunn

CHARILYN S. BUCHANAN, individually as the Parent of Brandon J. Buchanan, Deceased

RONALD B. BUCHANAN, individually and as the Personal Representative of the Estate of Brandon J. Buchanan, Deceased and on behalf of all survivors of Brandon J. Buchanan

JOSEPHINE BUCK, individually as the Parent of Gregory J. Buck, Deceased

CATHERINE MORRISON BUCK, individually and as the Personal Representative of the Estate of Gregory J. Buck, Deceased and on behalf of all survivors of Gregory J. Buck

ERNST H. BUCK, individually as the Parent of Gregory J. Buck, Deceased

ERIC BUCK, individually as the Sibling of Gregory J. Buck, Deceased

REPRESENTATIVE of the Estate of Kathleen M. Buckley, Deceased, Parent of decedent Dennis Buckley

JANE MARIE SMITHWICK, individually as the Sibling of Dennis Buckley, Deceased

KATHLEEN M. BUCKLEY, individually and as the Personal Representative of the Estate of Dennis Buckley, Deceased and on behalf of all survivors of Dennis Buckley and on behalf of minor children M.E.B., M.K.B., and M.A.B.

JOHN C. BUCKLEY, individually as the Parent of Dennis Buckley, Deceased

CHARLES GAVIN MCNULTY as Executor of the Estate of Helen R. McNulty, Deceased, Parent of decedent Nancy Clare Bueche

REPRESENTATIVE of the Estate of Mary Ellen McNulty, Deceased, Sibling of decedent Nancy Clare Bueche

STEPHEN J. MCNULTY, individually as the Sibling of Nancy Clare Bueche, Deceased

MARTIN L. MCNULTY, individually as the Sibling of Nancy Clare Bueche, Deceased

JAMES T. BUECHE, individually and as the Personal Representative of the Estate of Nancy Clare Bueche, Deceased and on behalf of all survivors of Nancy Clare Bueche and on behalf of minor child B.B.

CHARLES GAVIN MCNULTY, individually as the Sibling of Nancy Clare Bueche, Deceased

FRAN (FRANCES) BULAGA, individually as the Parent of John E. Bulaga, Jr., Deceased

GAIL M. BULAGA, individually as the Sibling of John E. Bulaga, Jr., Deceased

MICHELLE A. BULAGA, individually and as the Personal Representative of the Estate of John E. Bulaga, Jr., Deceased and on behalf of all survivors of John E. Bulaga, Jr. and on behalf of minor children R.B. and A.B.

JOHN E. BULAGA, SR., individually as the Parent of John E. Bulaga, Jr., Deceased

PERSONAL REPRESENTATIVE of the Estate of Stephen Bunin, Deceased and on behalf of all survivors of Stephen Bunin; the REPRESENTATIVE of the Estate of Aseneth Bunin, Deceased, Spouse of decedent Stephen Bunin

CORINNE BUNIN, individually as the Parent of Stephen Bunin, Deceased

KITTY BUNIN, individually as the Sibling of Stephen Bunin, Deceased

ALICIA P. BURKE, individually as the Parent of Matthew J. Burke, Deceased

JOHN J. BURKE, individually and as the Personal Representative of the Estate of Matthew J. Burke, Deceased and on behalf of all survivors of Matthew J. Burke

CHRIS BURKE, individually as the Sibling of Thomas Daniel Burke, Deceased

JAMES M. BURKE, individually and as the Personal Representative of the Estate of William F. Burke, Jr., Deceased and on behalf of all survivors of William F. Burke, Jr.

REPRESENTATIVE of the Estate of Wendy Burlingame, Deceased, Child of decedent Charles F. Burlingame, III

DEBRA BURLINGAME, individually as the Sibling of Charles F. Burlingame, III, Deceased

MARK W. BURLINGAME, individually as the Sibling of Charles F. Burlingame, III, Deceased

BRADLEY M. BURLINGAME, individually
as the Sibling of Charles F. Burlingame, III,
Deceased

AGNES DELORES BURNS, individually as
the Parent of Keith James Burns, Deceased

COLLEEN COOPER, individually as the
Sibling of Keith James Burns, Deceased

LINDA ELLICOTT, individually as the Sibling
of Keith James Burns, Deceased

MAUREEN BURNS-DEWLAND, individually
as the Sibling of Keith James Burns, Deceased

DIANE MARIE SHEPHERD, individually as
the Sibling of Keith James Burns, Deceased

JENNIFER C. BURNS, individually and as the
Personal Representative of the Estate of Keith
James Burns, Deceased and on behalf of all
survivors of Keith James Burns

REPRESENTATIVE of the Estate of Bernard
J. Burns, Deceased, Parent of decedent Keith
James Burns

MICHAEL JOHN BURNS, individually as the
Sibling of Keith James Burns, Deceased

SANDRA BURNSIDE, individually and as the
Personal Representative of the Estate of John P.
Burnside, Deceased and on behalf of all
survivors of John P. Burnside

ANNE BYRNE, individually as the Parent of
Patrick D. Byrne, Deceased

JUDITH BYRNE, individually as the Sibling of
Patrick D. Byrne, Deceased

CATHRINE M. TOLINO, individually as the
Sibling of Patrick D. Byrne, Deceased

JOANNE FINN, individually as the Sibling of
Patrick D. Byrne, Deceased

WILLIAM J. BYRNE, individually as the
Sibling of Patrick D. Byrne, Deceased

THOMAS BYRNE, individually as the Sibling
of Patrick D. Byrne, Deceased

GARETT C. BYRNE, individually as the

Sibling of Patrick D. Byrne, Deceased

FRANCIS X. BYRNE, individually as the
Sibling of Patrick D. Byrne, Deceased

ROBERT G. BYRNE, JR., individually as the
Sibling of Patrick D. Byrne, Deceased

ROBERT G. BYRNE, SR., individually and as
the Personal Representative of the Estate of
Patrick D. Byrne, Deceased and on behalf of all
survivors of Patrick D. Byrne

VICTORIA CABEZAS, individually and as the
Personal Representative of the Estate of Jesus
Cabezas, Deceased and on behalf of all
survivors of Jesus Cabezas

JULIO CACERES, individually and as the
Personal Representative of the Estate of Lillian
Caceres, Deceased and on behalf of all
survivors of Lillian Caceres and on behalf of
minor child J.C.

GRACE KNESKI, individually and as the
Personal Representative of the Estate of Steven
Cafiero, Deceased and on behalf of all
survivors of Steven Cafiero

VERONICA CAGGIANO, individually and as
the Personal Representative of the Estate of
Richard M. Caggiano, Deceased and on behalf
of all survivors of Richard M. Caggiano

DOE 105 individually as the Sibling of DOE
105, Deceased

DOE 105 individually as the Sibling of DOE
105, Deceased

DOE 105 individually as the Sibling of DOE
105, Deceased

DOE 105 individually as the Sibling of DOE
105, Deceased

DOE 105 individually as the Sibling and as the
Personal Representative of the Estate of DOE
105, Deceased and on behalf of all survivors of
DOE 105

DOE 105 individually as the Sibling of DOE
105, Deceased

SHARON CAHILL CASTLE, individually and as the Personal Representative of the Estate of John B. Cahill, Deceased and on behalf of all survivors of John B. Cahill and on behalf of minor children S.C. and B.C.

EVELYN CAHILL, individually as the Parent of Michael Cahill, Deceased

DENISE TROISE, individually as the Sibling of Michael Cahill, Deceased

COLLEEN CAHILL, individually and as the Personal Representative of the Estate of Michael Cahill, Deceased and on behalf of all survivors of Michael Cahill and on behalf of minor children F.C. and C.C.

JAMES CAHILL, individually as the Parent of Michael Cahill, Deceased

ROSEMARY CAIN, individually and as the Personal Representative of the Estate of George C. Cain, Deceased and on behalf of all survivors of George C. Cain

DOE 67, individually as spouse and as the Personal Representative of the Estate of DOE 67, Deceased and on behalf of all survivors of DOE 67

GLORIA ESPERANZA CALDERON-GARCIA, individually and as the Personal Representative of the Estate of Jose Orlando Calderon-Olmedo, Deceased and on behalf of all survivors of Jose Orlando Calderon-Olmedo and on behalf of minor children V.C. and J.L.C.

JOAN E. CALLAHAN, individually and as the Personal Representative of the Estate of Liam Callahan, Deceased and on behalf of all survivors of Liam Callahan and on behalf of minor child B.J.C.

JAMES CALLAHAN, individually as the Child of Liam Callahan, Deceased

BRIDGET GANNELLO individually as the Child of Liam Callahan, Deceased

NORMA J. KELEHER, individually as the Parent of Suzanne M. Calley, Deceased

FRANK JENSEN, individually and as the
Personal Representative of the Estate of
Suzanne M. Calley, Deceased and on behalf of
all survivors of Suzanne M. Calley

REPRESENTATIVE of the Estate of Linda
Cammarata, Deceased, Parent of decedent
Michael F. Cammarata

KIMBERLY CAMMARATA, individually as
the Sibling of Michael F. Cammarata, Deceased

JOSEPH CAMMARATA, individually and as
the Co-Administrator of the Estate of Michael
F. Cammarata, Deceased and on behalf of all
survivors of Michael F. Cammarata

JOSEPH CAMMARATA, JR., individually as
the Sibling of Michael F. Cammarata, Deceased

CYNTHIA J. CAMPBELL, individually and as
the Personal Representative of the Estate of
David Otey Campbell, Deceased and on behalf
of all survivors of David Otey Campbell and on
behalf of minor children C.R.C. and T.W.C.

MALCOLM PHILLIP CAMPBELL,
individually and as the Personal Representative
of the Estate of Geoff Thomas Campbell,
Deceased and on behalf of all survivors of
Geoff Thomas Campbell

JEANNE M. MAURER, individually as the
Parent of Jill Marie Campbell, Deceased

LINDA MAURER, individually as the Sibling
of Jill Marie Campbell, Deceased

JOSEPH MAURER, individually as the Parent
of Jill Marie Campbell, Deceased

STEVEN T. CAMPBELL, individually and as
the Personal Representative of the Estate of Jill
Marie Campbell, Deceased and on behalf of all
survivors of Jill Marie Campbell

MARGARET CANAVAN, individually and as
the Personal Representative of the Estate of
Sean Canavan, Deceased and on behalf of all
survivors of Sean Canavan

KATHLEEN MCKEON, individually as the
Sibling of Sean Canavan, Deceased

TERESA MCCAFFERY, individually as the
Sibling of Sean Canavan, Deceased

ROSEMARY CELINE TRAYNOR,
individually as the Sibling of Sean Canavan,
Deceased

THOMAS CANAVAN, individually as the
Parent of Sean Canavan, Deceased

CIARAN CANAVAN, individually as the
Sibling of Sean Canavan, Deceased

HELEN JEFFREY CANGIALOSI,
individually as the Parent of Stephen J.
Cangialosi, Deceased

KATHLEEN CANGIALOSI RUE,
individually as the Sibling of Stephen J.
Cangialosi, Deceased

ELIZABETH ANNE DICKEY, individually as
the Sibling of Stephen J. Cangialosi, Deceased

KAREN D. CANGIALOSI, individually and as
the Personal Representative of the Estate of
Stephen J. Cangialosi, Deceased and on behalf
of all survivors of Stephen J. Cangialosi and on
behalf of minor children J.S.C., and P.T.C.

THOMAS JEROME CANGIALOSI,
individually as the Parent of Stephen J.
Cangialosi, Deceased

THOMAS J. CANGIALOSI, JR., individually
as the Sibling of Stephen J. Cangialosi,
Deceased

TERESA DIFATO, individually as the Parent
of Lisa Cannava, Deceased

ANTONIO DIFATO, individually as the Parent
of Lisa Cannava, Deceased

RICHARD CANNAVA, individually and as
the Personal Representative of the Estate of
Lisa Cannava, Deceased and on behalf of all
survivors of Lisa Cannava

CAROL CANNIZZARO, individually as the
Parent of Brian Cannizzaro, Deceased

SIMONE CANNIZZARO, individually as the
Parent of Brian Cannizzaro, Deceased

CHARLES CANNIZZARO, individually as the
Sibling of Brian Cannizzaro, Deceased

CRAIG CANNIZZARO, individually as the
Sibling of Brian Cannizzaro, Deceased

ERIN RYAN, individually as the Fiancé of
Michael R. Canty, Deceased

KATHRYN F. CANTY, individually as the
Parent of Michael R. Canty, Deceased

CATHERINE DEASY, individually as the
Sibling of Michael R. Canty, Deceased

MARY K. CANTY, individually as the Sibling
of Michael R. Canty, Deceased

EDWARD J. CANTY, individually and as the
Personal Representative of the Estate of
Michael R. Canty, Deceased and on behalf of
all survivors of Michael R. Canty

THOMAS P. CANTY, individually as the
Sibling of Michael R. Canty, Deceased

PETER M. CANTY, individually as the Sibling
of Michael R. Canty, Deceased

JAMES E. CANTY, individually as the Sibling
of Michael R. Canty, Deceased

TIMOTHY M. CANTY, individually as the
Sibling of Michael R. Canty, Deceased

JOHN W. CANTY, individually as the Sibling
of Michael R. Canty, Deceased

WILLIAM J. CANTY, individually as the
Sibling of Michael R. Canty, Deceased

PATRICIA CAPORICCI, individually as the
Parent of Louis A. Caporicci, Deceased

NICHOLAS CAPORICCI, individually as the
Parent of Louis A. Caporicci, Deceased

JOSEPH CAPORICCI, individually as the
Sibling of Louis A. Caporicci, Deceased

FRANK CAPORICCI, individually as the
Sibling of Louis A. Caporicci, Deceased

NICHOLAS F. CAPORICCI, JR., individually
as the Sibling of Louis A. Caporicci, Deceased

CLAUDIA CAPPELLO, individually as the

Parent of Jonathan Cappello, Deceased

JAMES CAPPELLO, individually as the
Sibling of Jonathan Cappello, Deceased

ROBERT E. CAPPELLO, JR., individually as
the Sibling of Jonathan Cappello, Deceased

ROBERT CAPPELLO, SR., individually and
as the Personal Representative of the Estate of
Jonathan Cappello, Deceased and on behalf of
all survivors of Jonathan Cappello

KATHLEEN CAPPERS, individually and as
the Personal Representative of the Estate of
James C. Cappers, Deceased and on behalf of
all survivors of James C. Cappers

DOLORES CAPRONI, individually as the
Parent of Richard M. Caproni, Deceased

LISA CAPRONI, individually as the Sibling of
Richard M. Caproni, Deceased

RICHARD A. CAPRONI, individually and as
the Personal Representative of the Estate of
Richard M. Caproni, Deceased and on behalf of
all survivors of Richard M. Caproni

CHRISTOPHER CAPRONI, individually as
the Sibling of Richard M. Caproni, Deceased

MICHAEL CAPRONI, individually as the
Sibling of Richard M. Caproni, Deceased

NICOLE T. CAREY, individually as the Child
of Dennis M. Carey, Deceased

JEAN CAREY, individually and as the
Personal Representative of the Estate of Dennis
M. Carey, Deceased and on behalf of all
survivors of Dennis M. Carey

DENNIS M. CAREY, JR., individually as the
Child of Dennis M. Carey, Deceased

PHYLLIS CARLO, individually as the Parent
of Michael Scott Carlo, Deceased

ROBERT D. CARLO, individually as the
Parent of Michael Scott Carlo, Deceased

ROBERT E. CARLO, individually and as the
Personal Representative of the Estate of
Michael Scott Carlo, Deceased and on behalf of

all survivors of Michael Scott Carlo

CRAIG D. CARLSON on behalf of minor children K.C., S.R.C., D.C., and J.D.C.

CATHERINE MARY ROSS, individually as the Parent of Jeremy Mark Carrington, Deceased

DOE 128, individually as the Sibling of DOE 128, Deceased

SARAH JANE CARRINGTON, individually as the Sibling of Jeremy Mark Carrington, Deceased

DOE 128, individually as the Parent of DOE 128, Deceased

MARY E. JONES, individually as the Parent of Christoffer Mikael Carstanjen, Deceased

MIKAEL CARSTANJEN, individually and as the Personal Representative of the Estate of Christoffer Mikael Carstanjen, Deceased and on behalf of all survivors of Christoffer Mikael Carstanjen

MICHELLE WRIGHT, individually as the Child of Sandra Wright Cartledge, Deceased

STEPHEN CARTLEDGE, individually and as the Personal Representative of the Estate of Sandra Wright Cartledge, Deceased and on behalf of all survivors of Sandra Wright Cartledge

TANGELA WILKES, individually as the Sibling of Sharon Ann Carver, Deceased

JANET CARVER, individually as the Sibling of Sharon Ann Carver, Deceased

VERONICA CARVER, individually as the Sibling of Sharon Ann Carver, Deceased

SYLVIA ANNETTE CARVER, individually and as the Personal Representative of the Estate of Sharon Ann Carver, Deceased and on behalf of all survivors of Sharon Ann Carver

REGINALD CARVER, individually as the Sibling of Sharon Ann Carver, Deceased

ARTHUR CARVER, individually as the

Sibling of Sharon Ann Carver, Deceased

DOE 06, individually as the spouse and as the Personal Representative of the Estate of DOE 06, Deceased and on behalf of all survivors of DOE 06

MAUREEN HUNT AND EILEEN ANN MOSCA as Co-Representatives of the Estate of Mary Ann Hunt, Deceased, Parent of decedent Kathleen Ann Hunt Casey

MAUREEN HUNT, individually as the Sibling of Kathleen Ann Hunt Casey, Deceased

EILEEN ANN MOSCA, individually as the Sibling of Kathleen Ann Hunt Casey, Deceased

ANNE T. HEFFERNAN, individually as the Parent of Neilie Anne Heffernan Casey, Deceased

MICHAEL W. CASEY, individually and as the Personal Representative of the Estate of Neilie Anne Heffernan Casey, Deceased and on behalf of all survivors of Neilie Anne Heffernan Casey and on behalf of minor child R.E.C.

MARGARET ANN CASHMAN, individually and as the Personal Representative of the Estate of William Joseph Cashman, Deceased and on behalf of all survivors of William Joseph Cashman

TERESA A. LANZISERO, individually as the Fiancé of Thomas A. Casoria, Deceased

DOE 30, individually as the Sibling of DOE 30, Deceased

DOE 30 individually and as the Personal Representative of the Estate of DOE 30, Deceased and on behalf of all survivors of DOE 30

DOE 30 as the Personal Representative of the Estate of DOE 30, Deceased, Parent of decedent DOE 30

DOE 30 as the Personal Representative of the Estate of DOE 30, Deceased, Parent of decedent DOE 30

LYNN M. CASTRIANNO, individually as the

Sibling of Leonard Castrianno, Deceased

ALISON GAIL HENDERSON, individually and as the Personal Representative of the Estate of Christopher Sean Caton, Deceased and on behalf of all survivors of Christopher Sean Caton

LINDA ALICIA CAVALIER, individually as the Parent of Judson Cavalier, Deceased

ANDREW CAVALIER, individually as the Sibling of Judson Cavalier, Deceased

BRADFORD CAVALIER, individually as the Sibling of Judson Cavalier, Deceased

GERARD C. CAVALIER, JR., individually and as the Personal Representative of the Estate of Judson Cavalier, Deceased and on behalf of all survivors of Judson Cavalier

MARGARET M. CAWLEY, individually as the Parent of Michael Joseph Cawley, Deceased

KRISTIN A. CAWLEY, individually as the Sibling of Michael Joseph Cawley, Deceased

JOHN J. CAWLEY, individually and as the Personal Representative of the Estate of Michael Joseph Cawley, Deceased and on behalf of all survivors of Michael Joseph Cawley

BRENDAN K. CAWLEY, individually as the Sibling of Michael Joseph Cawley, Deceased

SUZAN CAYNE, individually as the Parent of Jason David Cayne, Deceased

JORDAN CAYNE, individually as the Parent of Jason David Cayne, Deceased

DOE 50 individually as the Sibling of DOE 50, Deceased

DOE 50 individually as the Sibling of DOE 50, Deceased

DOE 50, individually as the Spouse and as the Personal Representative of the Estate of DOE 50, Deceased and on behalf of all survivors of DOE 50 and on behalf of minor children DOE 50 and DOE 50

41

LAKSHMI CHALASANI, individually and as the Co-Administrator of the Estate of Swarna Chalasani, Deceased and on behalf of all survivors of Swarna Chalasani

SUJANA CHALASANI, individually as the Sibling of Swarna Chalasani, Deceased

SANDHYA CHALASANI, individually as the Sibling of Swarna Chalasani, Deceased

NAGESWARARAO CHALASANI, individually and as the Co-Administrator of the Estate of Swarna Chalasani, Deceased and on behalf of all survivors of Swarna Chalasani

VENKATESWANANGO CHALASANI, individually as the Sibling of Swarna Chalasani, Deceased

MABLE CHALCOFF, individually and as the Personal Representative of the Estate of William Chalcoff, Deceased and on behalf of all survivors of William Chalcoff and on behalf of minor children B.C. and E.C.

HAIM CHALOUH, individually and as the Personal Representative of the Estate of Eli Chalouh, Deceased and on behalf of all survivors of Eli Chalouh

JULIA CHAN, individually and as the Personal Representative of the Estate of Charles L. Chan, Deceased and on behalf of all survivors of Charles L. Chan

JOHN OLAND CHAN, individually as the Parent of Charles L. Chan, Deceased

CHRISTOPHER J. CHAN, individually as the Sibling of Charles L. Chan, Deceased

MARK A. CHAN, individually as the Sibling of Charles L. Chan, Deceased

MATTHEW P. CHAN, individually as the Sibling of Charles L. Chan, Deceased

CRAIG A. CHAN, individually as the Sibling of Charles L. Chan, Deceased

GRACE ELAINE ELLIS, individually as the Child of Rosa M. Chapa, Deceased

ELZA M. MCGOWAN, individually and as the Executor of the Estate of Rosa M. Chapa, Deceased and on behalf of all survivors of Rosa M. Chapa

JULIE CHAPA FIELD, individually as the Child of Rosa M. Chapa, Deceased

JULIE CHAPA FIELD, as the Executor of the Estate of Jose Javier Chapa, Deceased, Spouse of decedent Rosa M. Chapa

DENISE REID CHAPA as the Representative of the Estate of John L. Chapa, Deceased, Child of decedent Rosa M. Chapa

ROGER A. CHAPA, individually as the Child of Rosa M. Chapa, Deceased

CHERYL A. DESMARAIS, individually and as the Personal Representative of the Estate of Mark L. Charette, Deceased and on behalf of all survivors of Mark L. Charette and on behalf of minor children A.C., J.C., and L.C.

DENISE BURGER, individually as the Sibling of David Michael Charlebois, Deceased

MARMILY CABRERA, individually and as the Personal Representative of the Estate of Pedro Checo, Deceased and on behalf of all survivors of Pedro Checo and on behalf of minor children J.C. and J.C.

SHARON RITCHIE MULLIN, individually as the Parent of Stephen Patrick Cherry, Deceased

MARY ELLEN CHERRY, individually and as the Personal Representative of the Estate of Stephen Patrick Cherry, Deceased and on behalf of all survivors of Stephen Patrick Cherry and on behalf of minor children B.S.C. and C.P.C.

DONALD R. CHERRY, individually as the Parent of Stephen Patrick Cherry, Deceased

SHAWN R. CHERRY, individually as the Sibling of Stephen Patrick Cherry, Deceased

ZENEIDA CHEVALIER, individually and as the Personal Representative of the Estate of Nestor Julio Chevalier, Jr., Deceased and on

43

behalf of all survivors of Nestor Julio
Chevalier, Jr.

MAURICIO CHEVALIER, individually as the
Sibling of Nestor Julio Chevalier, Jr., Deceased

NESTOR J. CHEVALIER, SR., individually as
the Parent of Nestor Julio Chevalier, Jr.,
Deceased

DOE 55, individually as the Parent and as the
Personal Representative of the Estate of DOE
55, Deceased and on behalf of all survivors of
DOE 55

DOE 55 individually as the Sibling of DOE 55,
Deceased

DOE 55 individually as the Sibling of DOE 55,
Deceased

VERNON F. CHEVALIER, JR., individually
as the Parent of Swede Joseph Chevalier,
Deceased

LISA MARIA DREHER, individually as the
Child of Dorothy J. Chiarchiaro, Deceased

IRENE ARGUELLES, individually as the
Sibling of Dorothy J. Chiarchiaro, Deceased

EVELYN DIAZ, individually as the Sibling of
Dorothy J. Chiarchiaro, Deceased

NICHOLAS JAMES CHIARCHIARO,
individually as the Child of Dorothy J.
Chiarchiaro, Deceased

NICHOLAS MARIO CHIARCHIARO, SR.,
individually and as the Personal Representative
of the Estate of Dorothy J. Chiarchiaro,
Deceased and on behalf of all survivors of
Dorothy J. Chiarchiaro

JOAN A. CHIOFALO, individually and as the
Personal Representative of the Estate of
Nicholas Paul Chiofalo, Deceased and on
behalf of all survivors of Nicholas Paul
Chiofalo and on behalf of minor child N.P.C.

EILEEN CHIPURA CELLA, individually as
the Sibling of John G. Chipura, Deceased

NANCY J. CHIPURA, individually as the

Sibling of John G. Chipura, Deceased

SUSAN G. COHEN, individually and as the Co-Administrator of the Estate of John G. Chipura, Deceased and on behalf of all survivors of John G. Chipura

GERARD M. CHIPURA, individually and as the Co-Administrator of the Estate of John G. Chipura, Deceased and on behalf of all survivors of John G. Chipura

CATHERINE DEBLIECK, individually as the Sibling of Peter Chirchirillo, Deceased

LIVIA CHIRCHIRILLO, individually as the Sibling of Peter Chirchirillo, Deceased

CLARA CHIRCHIRILLO, individually and as the Personal Representative of the Estate of Peter Chirchirillo, Deceased and on behalf of all survivors of Peter Chirchirillo

SYDNEY CHIRLS, individually as the Child of Catherine Ellen Chirls, Deceased

DYLAN CHIRLS, individually as the Child of Catherine Ellen Chirls, Deceased

NICHOLAS CHIRLS, individually as the Child of Catherine Ellen Chirls, Deceased

DAVID S. CHIRLS, individually and as the Personal Representative of the Estate of Catherine Ellen Chirls, Deceased and on behalf of all survivors of Catherine Ellen Chirls

YUREE CHO, individually and as the Personal Representative of the Estate of Kyung Hee Cho, Deceased and on behalf of all survivors of Kyung Hee Cho

MYUNG CHO, individually as the Sibling of Kyung Hee Cho, Deceased

JIN HEE CHO, individually as the Sibling of Kyung Hee Cho, Deceased

CHARLES CHRISTOPHE, individually and as the Personal Representative of the Estate of Kirsten L. Christophe, Deceased and on behalf of all survivors of Kirsten L. Christophe and on behalf of minor child G.D.C.

PUI LIN CHUNG, individually as the Parent of
Wai C. Chung, Deceased

WINNIE CHUNG, individually as the Sibling
of Wai C. Chung, Deceased

JULIE TAM, individually as the Sibling of Wai
C. Chung, Deceased

YING KWAN CHUNG, individually as the
Parent of Wai C. Chung, Deceased

STEVE CHUNG, individually as the Sibling of
Wai C. Chung, Deceased

RICHARD CHUNG, individually and as the
Personal Representative of the Estate of Wai C.
Chung, Deceased and on behalf of all survivors
of Wai C. Chung

THERESA A. CILENTE, individually and as
the Personal Representative of the Estate of
Frances Cilente, Deceased and on behalf of all
survivors of Frances Cilente

LYNNE CILLO-CAPALDO, individually and
as the Personal Representative of the Estate of
Elaine Cillo, Deceased and on behalf of all
survivors of Elaine Cillo

NUNZI C. CILLO, individually as the Parent of
Elaine Cillo, Deceased

GARY CILLO, individually as the Sibling of
Elaine Cillo, Deceased

ALICIA LEGUILLOW, individually and as the
Personal Representative of the Estate of Nestor
A. Cintron, Deceased and on behalf of all
survivors of Nestor A. Cintron

CHRISTOPHER J. CINTRON, individually as
the Sibling of Nestor A. Cintron, Deceased

FRED GONZALEZ, JR., individually as the
Sibling of Nestor A. Cintron, Deceased

JESSICA CIRRI, individually as the Child of
Robert D. Cirri, Sr., Deceased

EILEEN MARY CIRRI, individually and as the
Personal Representative of the Estate of Robert
D. Cirri, Sr., Deceased and on behalf of all
survivors of Robert D. Cirri, Sr. and as Parent

46

of as parent of Bianca I. Jerez, Kara L. Jerez,
and Francesca M. Jerez

ROBERT CIRRI, JR., individually as the Child
of Robert D. Cirri, Sr., Deceased

TRACEY CLARK BOURKE, individually and
as the Personal Representative of the Estate of
Sarah Miller Clark, Deceased and on behalf of
all survivors of Sarah Miller Clark

JOHN CLARKE, individually and as the
Personal Representative of the Estate of
Michael Clarke, Deceased and on behalf of all
survivors of Michael Clarke

JAMES CLARKE, individually as the Sibling
of Michael Clarke, Deceased

MARGARET ALEXANDRA CLARKE,
individually and as the Personal Representative
of the Estate of Suria R. E. Clarke, Deceased
and on behalf of all survivors of Suria R. E.
Clarke

THOMAS J.W. CLARKE, individually as the
Sibling of Suria R. E. Clarke, Deceased

JOHN A.G. CLARKE, individually as the
Sibling of Suria R. E. Clarke, Deceased

REPRESENTATIVE of the Estate of Betty B.
Cleere, Deceased, Parent of decedent James
Durward Cleere

JUDY CLEERE GORDON, individually as the
Sibling of James Durward Cleere, Deceased

PATRICIA CLEERE WILGUS, individually as
the Sibling of James Durward Cleere, Deceased

JAN CLEERE PEAVY, individually as the
Sibling of James Durward Cleere, Deceased

JEAN LORRAINE CLEERE, individually and
as the Personal Representative of the Estate of
James Durward Cleere, Deceased and on behalf
of all survivors of James Durward Cleere

A. SCOTT CLEERE, individually as the Child
of James Durward Cleere, Deceased

JEFFREY K. CLEERE, individually as the
Child of James Durward Cleere, Deceased

LESLIE BROWN, individually and as the Personal Representative of the Estate of Jeffrey Alan Coale, Deceased, and on behalf of all survivors of Jeffrey Alan Coale, and as the Personal Representative of the Estate of William Coale, Deceased, Parent of Jeffrey Alan Coale, Deceased

FRANCES M. COFFEY, individually and as the Personal Representative of the Estate of Daniel M. Coffey, Deceased and on behalf of all survivors of Daniel M. Coffey

KEVIN M. COFFEY, individually as the Child of Daniel M. Coffey, Deceased

DANIEL D. COFFEY, individually as the Child of Daniel M. Coffey, Deceased

FRANCES M. COFFEY, individually and as the Personal Representative of the Estate of Jason M. Coffey, Deceased and on behalf of all survivors of Jason M. Coffey

KEVIN M. COFFEY, individually as the Sibling of Jason M. Coffey, Deceased

DANIEL D. COFFEY, individually as the Sibling of Jason M. Coffey, Deceased

MARCIA ELAINE COHEN, individually as the Parent of Kevin Sanford Cohen, Deceased

BARRY COHEN, individually and as the Personal Representative of the Estate of Kevin Sanford Cohen, Deceased and on behalf of all survivors of Kevin Sanford Cohen

JEAN COLAIO STEINBACH, individually as the Sibling of Mark J. Colaio, Deceased

JUNE COPPOLA, individually and as the Personal Representative of the Estate of Mark J. Colaio, Deceased and on behalf of all survivors of Mark J. Colaio

VICTOR J. COLAIO, individually as the Parent of Mark J. Colaio, Deceased

VICTOR J. COLAIO as Executor of the Estate of Mary C. Colaio, Deceased, Parent of decedent Mark J. Colaio

DOE 120 individually as the Fiancé of DOE

120, Deceased

JEAN COLAIO STEINBACH, individually as the Sibling of Stephen J. Colaio, Deceased

VICTOR J. COLAIO, individually and as the Personal Representative of the Estate of Stephen J. Colaio, Deceased and on behalf of all survivors of Stephen J. Colaio, and as Executor of the Estate of Mary C. Colaio, Deceased, Parent of decedent Mark J. Colaio

KELLY COLASANTI, individually and as the Personal Representative of the Estate of Christopher Colasanti, Deceased and on behalf of all survivors of Christopher Colasanti

REPRESENTATIVE of the Estate of Marie Colbert, Deceased, Parent of decedent Michel P. Colbert

ELIZABETH J. TODD-COLBERT, individually as the Spouse of Michel P. Colbert, Deceased

WILLIAM J. NIELSEN, as the Co-Administrator of the Estate of Michel P. Colbert, Deceased and on behalf of all survivors of Michel P. Colbert

RAYMOND COLBERT, individually and as the Co-Administrator of the Estate of Michel P. Colbert, Deceased and on behalf of all survivors of Michel P. Colbert

JEAN COLEMAN, individually as the Parent of Keith Eugene Coleman, Deceased

DOE 60 individually as the Spouse and as the Personal Representative of the Estate of DOE 60, Deceased and on behalf of all survivors of DOE 60 and on behalf of minor children DOE 60 and DOE 60

NEIL KEITH COLEMAN, individually as the Parent of Keith Eugene Coleman, Deceased

TODD DOUGLAS COLEMAN, individually as the Sibling of Keith Eugene Coleman, Deceased

DOE 106 individually as the Fiancé of DOE 106, Deceased

JEAN COLEMAN, individually and as the Co-Administrator of the Estate of Scott Thomas Coleman, Deceased and on behalf of all survivors of Scott Thomas Coleman

NEIL KEITH COLEMAN, individually and as the Co-Administrator of the Estate of Scott Thomas Coleman, Deceased and on behalf of all survivors of Scott Thomas Coleman

TODD DOUGLAS COLEMAN, individually as the Sibling of Scott Thomas Coleman, Deceased

MARY E. COLL, individually as the Parent of Robert Joseph Coll, II, Deceased

ELIZABETH C. WEPPNER, individually as the Sibling of Robert Joseph Coll, II, Deceased

MARY JEAN TURANICA, individually as the Sibling of Robert Joseph Coll, II, Deceased

MARGARET COLL, individually as the Sibling of Robert Joseph Coll, II, Deceased

SUZANNE VALENTINO, individually as the Sibling of Robert Joseph Coll, II, Deceased

EILEEN COLL, individually as the Sibling of Robert Joseph Coll, II, Deceased

JENNIFER B. COLL, individually and as the Personal Representative of the Estate of Robert Joseph Coll, II, Deceased and on behalf of all survivors of Robert Joseph Coll, II and on behalf of minor children M.B.C. and R.J.C.

EDWARD A. COLL, III, individually as the Sibling of Robert Joseph Coll, II, Deceased

REPRESENTATIVE of the Estate of Edward Coll, Jr., Deceased, Parent of decedent Robert Joseph Coll, II

REPRESENTATIVE of the Estate of Anna E. Collins, Deceased, Parent of decedent John Michael Collins

PATRICIA AMO, individually as the Sibling of John Michael Collins, Deceased

EILEEN BYRNE, individually as the Sibling of John Michael Collins, Deceased

ANNE M. COLLINS, individually as the
Sibling of John Michael Collins, Deceased

MARTIN J. COLLINS, individually and as the
Personal Representative of the Estate of John
Michael Collins, Deceased and on behalf of all
survivors of John Michael Collins

MARTIN COLLINS, individually as the
Sibling of John Michael Collins, Deceased

MARY ANNE COLLINS, individually as the
Parent of Michael L. Collins, Deceased

NANCY M. KASAK, individually as the
Sibling of Michael L. Collins, Deceased

LISSA L. COLLINS, individually and as the
Personal Representative of the Estate of
Michael L. Collins, Deceased and on behalf of
all survivors of Michael L. Collins

RICHARD S. COLLINS, individually as the
Sibling of Michael L. Collins, Deceased

JAMES R. COLLINS, JR., individually as the
Parent of Michael L. Collins, Deceased

CARLOS R. COLON, individually and as the
Personal Representative of the Estate of Linda
M. Colon, Deceased and on behalf of all
survivors of Linda M. Colon and on behalf of
minor children C.N.C. and T.M.C.

LAUREN HANSEN, individually as the Child
of Ronald E. Comer, Deceased

DOE 63, individually as the Child of DOE 63,
Deceased

JOHN CONLON, individually and as the
Personal Representative of the Estate of Susan
Clancy Conlon, Deceased and on behalf of all
survivors of Susan Clancy Conlon

KIMBERLY P. CONLON, individually as the
Child of Susan Clancy Conlon, Deceased

VERA CLANCY, individually as the Parent of
Susan Clancy Conlon, Deceased

KEVIN STEVEN CLANCY, individually as
the Sibling of Susan Clancy Conlon, Deceased

CORNELIUS PATRICK CLANCY, III,

individually as the Sibling of Susan Clancy
Conlon, Deceased

KEVIN M. BURNS, as the Personal
Representative of the Estate of Francine Burns-
Christensen, Deceased, Sibling of decedent
Margaret Mary Conner

CORRINE E. BOUNTY, individually as the
Child of Margaret Mary Conner, Deceased

PATRICIA CUOZZO, individually as the
Sibling of Margaret Mary Conner, Deceased

KEVIN F. BURNS, individually as the Sibling
of Margaret Mary Conner, Deceased

ROBERT BURNS, individually as the Sibling
of Margaret Mary Conner, Deceased

MICHAEL A. CONNER, individually and as
the Personal Representative of the Estate of
Margaret Mary Conner, Deceased and on
behalf of all survivors of Margaret Mary
Conner

SHEILA CONNOLLY, individually as the
Parent of Cynthia Marie Connolly, Deceased

DONALD JACQUES POISSANT, individually
and as the Personal Representative of the Estate
of Cynthia Marie Connolly, Deceased and on
behalf of all survivors of Cynthia Marie
Connolly

DAWN A. CONNOLLY, individually and as
the Personal Representative of the Estate of
John E. Connolly, Jr., Deceased and on behalf
of all survivors of John E. Connolly, Jr. and on
behalf of minor children D.A.C., J.P.C., and
P.L.C.C.

KEVIN CONNOLLY, individually as the
Sibling of John E. Connolly, Jr., Deceased

JAYMEL E. CONNOR, individually and as the
Personal Representative of the Estate of James
L. Connor, Deceased and on behalf of all
survivors of James L. Connor

SYLVIA L. CONNORS, individually and as
the Personal Representative of the Estate of
Kevin P. Connors, Deceased and on behalf of

all survivors of Kevin P. Connors

WILLIAM K. CONNORS, individually as the Sibling of Kevin P. Connors, Deceased

DOUGLAS CONNORS, individually as the Sibling of Kevin P. Connors, Deceased

CHRISTOPHER CONNORS, individually as the Sibling of Kevin P. Connors, Deceased

DANA DONOHUE, individually as the Spouse of Dennis Cook, Deceased and on behalf of minor children S.C.C. and L.C.

MARY CHRISTINE COOMBS, individually and as the Personal Representative of the Estate of Jeffrey W. Coombs, Deceased and on behalf of all survivors of Jeffrey W. Coombs and on behalf of minor children J.C., M.C., and M.C.

ANGELA RAPOPORT, individually as the Child of Gerard J. Coppola, Deceased

CYNTHIA LOUISA COPPOLA, individually as the Sibling of Gerard J. Coppola, Deceased

PUI YEE (ALICE) COPPOLA, individually and as the Personal Representative of the Estate of Gerard J. Coppola, Deceased and on behalf of all survivors of Gerard J. Coppola and on behalf of minor child A.J.C.

GEORGE JOSEPH COPPOLA, JR., individually as the Sibling of Gerard J. Coppola, Deceased

GEORGE J. COPPOLA, JR. as the Executor of the Estate of George J. Coppola, Sr., Deceased, Parent of decedent Gerard J. Coppola

DIANN CORCORAN, individually and as the Personal Representative of the Estate of John J. Corcoran, III, Deceased and on behalf of all survivors of John J. Corcoran, III and on behalf of minor child J.J.C.

CAROLINE CORDICE, individually and as the Personal Representative of the Estate of Robert J. Cordice, Deceased and on behalf of all survivors of Robert J. Cordice

MARIE CORRIGAN, individually and as the Personal Representative of the Estate of James

J. Corrigan, Deceased and on behalf of all survivors of James J. Corrigan

J. BRENDAN CORRIGAN, individually as the Child of James J. Corrigan, Deceased

SEAN M. CORRIGAN, individually as the Child of James J. Corrigan, Deceased

DOE 21, individually as the Spouse and as the Personal Representative of the Estate of DOE 21, Deceased and on behalf of all survivors of DOE 21

CHARLES P. COSTA, individually and as the Personal Representative of the Estate of Delores M. Costa, Deceased and on behalf of all survivors of Delores M. Costa

NANCY E. COSTELLO, individually and as the Personal Representative of the Estate of Michael S. Costello, Deceased and on behalf of all survivors of Michael S. Costello

JAMES P. COSTELLO, individually as the Parent of Michael S. Costello, Deceased

TIMOTHY J. COSTELLO, individually as the Sibling of Michael S. Costello, Deceased

MICHELLE COTTOM, individually and as the Personal Representative of the Estate of Asia SiVon Cottom, Deceased and on behalf of all survivors of Asia SiVon Cottom

CLIFTON COTTOM, individually as the Parent of Asia SiVon Cottom, Deceased

SINEAD COUGHLAN, individually as the Child of Martin Coughlan, Deceased

DENISE COUGHLAN, individually as the Child of Martin Coughlan, Deceased

AILISH COUGHLAN, individually as the Child of Martin Coughlan, Deceased

ORLA BOWIE, individually as the Child of Martin Coughlan, Deceased

CATHERINE COUGHLAN, individually and as the Personal Representative of the Estate of Martin Coughlan, Deceased and on behalf of all survivors of Martin Coughlan

MAURA A. COUGHLIN, individually as the Spouse of Timothy J. Coughlin, Deceased and on behalf of minor children R.C., S.C., and R.C.

PRINCINA COX, individually as the Parent of Andre Cox, Deceased

GLENICE COX-ROACH, individually as the Sibling of Andre Cox, Deceased

WENDELL COX, individually as the Sibling of Andre Cox, Deceased

NIGEL COX, individually and as the Personal Representative of the Estate of Andre Cox, Deceased and on behalf of all survivors of Andre Cox

ANN DOUGLAS, individually and as the Co-Administrator of the Estate of Fred John Cox, Deceased and on behalf of all survivors of Fred John Cox

FREDERICK OSTERHOUDT COX, individually and as the Co-Administrator of the Estate of Fred John Cox, Deceased and on behalf of all survivors of Fred John Cox

MARILYN ELIZABETH CRAMER, individually as the Parent of Christopher Seton Cramer, Deceased

SUSAN LYNNE KINNEY, individually as the Sibling  and as the Personal Representative of the Estate of Christopher Seton Cramer, Deceased and on behalf of all survivors of Christopher Seton Cramer

MARILYN ELIZABETH CRAMER as Representative of the Estate of Walter S. Cramer, Deceased, Parent of decedent Christopher Seton Cramer

MARC SETON CRAMER, individually as the Sibling of Christopher Seton Cramer, Deceased

KEITH DOUGLAS CRAMER, individually as the Sibling of Christopher Seton Cramer, Deceased

WALTER HENRY CRAMER, individually as the Sibling of Christopher Seton Cramer,

Deceased

DOE 33, individually as the Spouse and as the Personal Representative of the Estate of DOE 33, Deceased and on behalf of all survivors of DOE 33, and on behalf of minor children DOE 33 and DOE 33

MARY ELIABETH CREGAN, individually as the Parent of Joanne Mary Cregan, Deceased

GRACE ELIZABETH CREGAN, individually as the Sibling of Joanne Mary Cregan, Deceased

RONALD BERNARD CREGAN, individually and as the Personal Representative of the Estate of Joanne Mary Cregan, Deceased and on behalf of all survivors of Joanne Mary Cregan

RONALD PATRICK CREGAN, individually as the Sibling of Joanne Mary Cregan, Deceased

MARIA CRIFASI, individually and as the Personal Representative of the Estate of Lucy Crifasi, Deceased and on behalf of all survivors of Lucy Crifasi

FRANCESCO CRIFASI, individually as the Sibling of Lucy Crifasi, Deceased

RAFFAELLA RITA CRISCI, individually and as the Personal Representative of the Estate of John A. Crisci, Deceased and on behalf of all survivors of John A. Crisci  and on behalf of minor child J.C. and M.E.C.

JOHN CRISCI, individually as the Child of John A. Crisci, Deceased

KEVIN F. KITTLE, individually and as the Personal Representative of the Estate of Helen P. Crossin-Kittle, Deceased and on behalf of all survivors of Helen P. Crossin-Kittle

DOE 14, individually as the Spouse and as the Personal Representative of the Estate of DOE 14, Deceased and on behalf of all survivors of DOE 14, and on behalf of minor children DOE 14, DOE 14, and DOE 14

PATRICIA M. CROTTY, individually as the

Parent of Thomas G. Crotty, Deceased

JOANNE C. CROTTY, individually and as the Personal Representative of the Estate of Thomas G. Crotty, Deceased and on behalf of all survivors of Thomas G. Crotty

THOMAS M. CROTTY, individually as the Parent of Thomas G. Crotty, Deceased

JOHN CROTTY, individually as the Sibling of Thomas G. Crotty, Deceased

KENNETH CROTTY, individually as the Sibling of Thomas G. Crotty, Deceased

JAMES G. CROTTY, individually as the Sibling of Thomas G. Crotty, Deceased

MARYANN CROWE, individually as the Sibling of John R. Crowe, Deceased

MARGARET RITA ZOCH, individually as the Sibling of John R. Crowe, Deceased

PAMELA M. CROWE, individually and as the Personal Representative of the Estate of John R. Crowe, Deceased and on behalf of all survivors of John R. Crowe

JEFFREY CROWE, individually as the Child of John R. Crowe, Deceased

BRIAN CROWE, individually as the Child of John R. Crowe, Deceased

ALISON REMY CROWTHER, individually as the Parent of Welles Remy Crowther, Deceased

PAIGE H. CROWTHER, individually as the Sibling of Welles Remy Crowther, Deceased

HONOR ELIZABETH CROWTHER, individually as the Sibling of Welles Remy Crowther, Deceased

JEFFERSON H. CROWTHER, individually and as the Personal Representative of the Estate of Welles Remy Crowther, Deceased and on behalf of all survivors of Welles Remy Crowther

DOROTHY PRISCILLA CUBAS, individually as the Parent of Kenneth J. Cubas, Deceased

REPRESENTATIVE of the Estate of Lawrence
Cubas, Deceased, Sibling of decedent Kenneth
J. Cubas

ALFONSO CUBAS, JR., individually as the
Sibling of Kenneth J. Cubas, Deceased

MARIA CUCCINELLO, individually as the
Child of Thelma Cuccinello, Deceased

LAURIE FOLCIK, individually as the Child of
Thelma Cuccinello, Deceased

CHERYL O'BRIEN, individually and as the
Co-Administrator of the Estate of Thelma
Cuccinello, Deceased and on behalf of all
survivors of Thelma Cuccinello

CHERYL O'BRIEN as the Representative of
the Estate of Albert C. Cuccinello, Deceased,
Spouse of decedent Thelma Cuccinello

GEORGIA CUDINA, individually and as the
Personal Representative of the Estate of
Richard J. Cudina, Deceased and on behalf of
all survivors of Richard J. Cudina

WILLIAM CUDINA, individually as the
Sibling of Richard J. Cudina, Deceased

CHRISTOPHER C. CUDINA, individually as
the Sibling of Richard J. Cudina, Deceased

MARCUS N. CUDINA, individually as the
Sibling of Richard J. Cudina, Deceased

DOE 129, individually as the Parent of DOE
129, Deceased

DOE 129, individually as the Sibling of DOE
129, Deceased

DOE 129, individually as the Parent and as the
Personal Representative of the Estate of DOE
129, Deceased and on behalf of all survivors of
DOE 129

DOE 129, individually as the Sibling of DOE
129, Deceased

DOE 129, individually as the Sibling of DOE
129, Deceased

BLAISE JOUDZEVICH, individually as the
Sibling of Joan Mcconnell Cullinan, Deceased

58

THOMAS CULLINAN, individually and as the
Personal Representative of the Estate of Joan
Mcconnell Cullinan, Deceased and on behalf of
all survivors of Joan Mcconnell Cullinan

MITCHUM KELVIN CUMMINGS,
individually and as the Personal Representative
of the Estate of Joyce Cummings, Deceased
and on behalf of all survivors of Joyce
Cummings

DEBORAH L. BARRETT, individually as the
Fiancé of Brian T. Cummins, Deceased

MAUREEN CUMMINS, individually and as
the Personal Representative of the Estate of
Brian T. Cummins, Deceased and on behalf of
all survivors of Brian T. Cummins

LAURENCE CUNNINGHAM, individually as
the Parent of Michael J. Cunningham,
Deceased

MARY ANN CURATOLO, individually as the
Parent of Robert Curatolo, Deceased

CAROLYN PICCIRILLO, individually as the
Sibling of Robert Curatolo, Deceased

KATHLEEN CURATOLO, individually as the
Sibling of Robert Curatolo, Deceased

CHRISTINE FRISCIA, individually as the
Sibling of Robert Curatolo, Deceased

DENA NELSON, individually as the Sibling of
Robert Curatolo, Deceased

CHRISTINE CURATOLO, individually and as
the Personal Representative of the Estate of
Robert Curatolo, Deceased and on behalf of all
survivors of Robert Curatolo

JOHN CURATOLO, individually as the
Sibling of Robert Curatolo, Deceased

WILLIAM CURATOLO, individually as the
Sibling of Robert Curatolo, Deceased

ANTHONY CURATOLO, JR., individually as
the Sibling of Robert Curatolo, Deceased

ANTHONY CURATOLO, SR., individually as
the Parent of Robert Curatolo, Deceased

REPRESENTATIVE of the Estate of Alice Curia, Deceased, Parent of decedent Laurence Curia

ALICE SCIUSCO, individually as the Sibling of Laurence Curia, Deceased

REPRESENTATIVE of the Estate of Joseph Curia, Deceased, Parent of decedent Laurence Curia

DANIEL CURIA, individually as the Sibling of Laurence Curia, Deceased

DOE 93, individually as the Sibling of DOE 93, Deceased

DOE 93, individually as the Spouse and as the Personal Representative of the Estate of DOE 93, Deceased and on behalf of all survivors of DOE 93 and on behalf of minor children DOE 93 and DOE 93

REPRESENTATIVE of the Estate of Louis Curioli, Deceased, Sibling of decedent Paul Dario Curioli

LAWRENCE CURIOLI, individually as the Sibling of Paul Dario Curioli, Deceased

DOROTHY LAVERNE GREEN, individually as the Parent of Beverly L. Curry, Deceased

DEBORAH MARSHELL CREW-JOHNSON, individually as the Sibling of Beverly L. Curry, Deceased

SHEILA ANNETTE LOLLIS, individually as the Sibling of Beverly L. Curry, Deceased

GENEE MARIE CHASE, individually as the Sibling of Beverly L. Curry, Deceased

FREDERICK E. CURRY, III, individually and as the Personal Representative of the Estate of Beverly L. Curry, Deceased and on behalf of all survivors of Beverly L. Curry

SUSANN BRADY, as the Personal Representative of the Estate of Gavin Cushny, Deceased and on behalf of all survivors of Gavin Cushny

RUPERT EALES-WHITE, individually as the

Sibling of Gavin Cushny, Deceased

SELENA DACK FORSYTH, individually as
the Parent of Caleb Arron Dack, Deceased

DOE 84, individually as the Spouse and as the
Personal Representative of the Estate of DOE
84, Deceased and on behalf of all survivors of
DOE 84 and on behalf of minor children DOE
84 and DOE 84

REPRESENTATIVE of the Estate of Sandra
Dahl, Deceased, Spouse of decedent Jason M.
Dahl

SHERYL CLARK STOLL, as the Personal
Representative of the Estate of Jason M. Dahl,
Deceased and on behalf of all survivors of
Jason M. Dahl

DOE 88, individually as the Sibling of DOE 88,
Deceased

RAQUEL D'AMADEO, individually and as the
Personal Representative of the Estate of
Vincent Gerard D'Amadeo, Deceased and on
behalf of all survivors of Vincent Gerard
D'Amadeo  and on behalf of minor child F.D.,
J.D., M.D., and V.D.

JENNIFER JEANNE DAMASKINOS,
individually and as the Personal Representative
of the Estate of Thomas Damaskinos, Deceased
and on behalf of all survivors of Thomas
Damaskinos and on behalf of minor child M.D.
and J.D.

CATHERINE ELIZABETH DAMIANI,
individually as the Parent of Jeannine Damiani-
Jones, Deceased

ROBERT DAMIANI, individually as the
Parent of Jeannine Damiani-Jones, Deceased

BRIAN ROBERT DAMIANI, individually as
the Sibling of Jeannine Damiani-Jones,
Deceased

SHAWN M. JONES, individually and as the
Personal Representative of the Estate of
Jeannine Damiani-Jones, Deceased and on
behalf of all survivors of Jeannine Damiani-

Jones

BARBARA E. DAMOTA, individually and as
the Personal Representative of the Estate of
Manuel DaMota, Deceased and on behalf of all
survivors of Manuel DaMota and on behalf of
minor child M.J.D. and C.D.

MARY-ANNE DWYER DANAHY,
individually as the Parent of Patrick William
Danahy, Deceased

MARYANNE DANAHY, individually as the
Sibling of Patrick William Danahy, Deceased

KATHLEEN A. DANAHY SAMUELSON,
individually as the Sibling of Patrick William
Danahy, Deceased

DENISE DANAHY DUFFY, individually as
the Sibling of Patrick William Danahy,
Deceased

JOHN M. DANAHY, individually as the
Sibling of Patrick William Danahy, Deceased

MICHAEL FRANCIS DANAHY, individually
as the Sibling of Patrick William Danahy,
Deceased

FRANCIS L. DANAHY, JR., individually as
the Parent of Patrick William Danahy,
Deceased

LOUISA D'ANTONIO, individually and as the
Personal Representative of the Estate of Mary
D'Antonio, Deceased and on behalf of all
survivors of Mary D'Antonio and on behalf of
minor child E.G.D.

LINDA D'ATRI-POTENZA, individually and
as the Personal Representative of the Estate of
Edward A. D'Atri, Deceased and on behalf of
all survivors of Edward A. D'Atri  and on
behalf of minor child A.J.D. and M.E.D.

NANCY DARIA CIMEI, individually and as
the Personal Representative of the Estate of
Michael D'Auria, Deceased and on behalf of all
survivors of Michael D'Auria

CHRISTINE RINALDI, individually as the
Sibling of Michael D'Auria, Deceased

CARMEN D'AURIA, individually as the
Parent of Michael D'Auria, Deceased

ELLEN R. DAVIDSON, individually and as
the Personal Representative of the Estate of
Michael A. Davidson, Deceased and on behalf
of all survivors of Michael A. Davidson

JEFFREY S. DAVIDSON, individually as the
Sibling of Michael A. Davidson, Deceased

AMY WATERS DAVIDSON, as the Personal
Representative of the Estate of Scott Davidson,
Deceased and on behalf of all survivors of Scott
Davidson and on behalf of minor children C.D.
and P.D.

CARLA DIMAGGIO, individually as the
Parent of Scott Davidson, Deceased

STEPHEN DAVIDSON, individually as the
Parent of Scott Davidson, Deceased

MICHAEL DAVIDSON, individually as the
Sibling of Scott Davidson, Deceased

ZENOVIA M. CUYLER, individually as the
Child of Ada M. Davis, Deceased

YOLANDA L. DAVIS, individually as the
Child of Ada M. Davis, Deceased

ROSSLYN D. DAVIS, individually as the
Child of Ada M. Davis, Deceased

CHRISTINE FLORENCE PATTERSON,
individually as the Sibling of Ada M. Davis,
Deceased

CLEMENTENE SUE DAVIS-
WESTMORELAND, individually as the
Sibling of Ada M. Davis, Deceased

GEORGIA DARLENE DAVIS-LEGGETT,
individually as the Sibling of Ada M. Davis,
Deceased

REPRESENTATIVE of the Estate of Norris
Davis, Deceased, Sibling of decedent Ada M.
Davis

REPRESENTATIVE of the Estate of Phillip
Davis, Deceased, Sibling of decedent Ada M.
Davis

REPRESENTATIVE of the Estate of William
M. Davis, Deceased, Sibling of decedent Ada
M. Davis

NOLTON CHRISTOPHER DAVIS,
individually as the Child of Ada M. Davis,
Deceased

SIMONE MITCHELL on behalf of minor child
J.M.D.

DAPHNE RACHELL DAVIS, individually and
as the Personal Representative of the Estate of
Clinton Davis, Sr., Deceased and on behalf of
all survivors of Clinton Davis, Sr. and on behalf
of minor children P.D.D. and C.D.

HELEN KATRINA DAWSON, individually
and as the Personal Representative of the Estate
of Anthony Richard Dawson, Deceased and on
behalf of all survivors of Anthony Richard
Dawson

BRIGITTE DAY, individually and as the
Personal Representative of the Estate of
Edward Day, Deceased and on behalf of all
survivors of Edward Day

JOAQUIM T. DE ARAUJO, individually and
as the Personal Representative of the Estate of
Dorothy Alma de Araujo, Deceased and on
behalf of all survivors of Dorothy Alma de
Araujo

REPRESENTATIVE of the Estate of Aurora de
la Torre, Deceased, Parent of decedent Azucena
de la Torre

GLADYS DE LA TORRE, individually as the
Sibling of Azucena de la Torre, Deceased

DIANA DE LA TORRE, individually and as
the Personal Representative of the Estate of
Azucena de la Torre, Deceased and on behalf of
all survivors of Azucena de la Torre

DOE 43, individually as the Spouse of DOE 43,
Deceased

PAUL DEANGELIS, individually and as the
Personal Representative of the Estate of Robert
J. DeAngelis, Jr., Deceased and on behalf of all

survivors of Robert J. DeAngelis, Jr.

CHRISTINE CAPUTO, individually as the Child of Thomas P. DeAngelis, Deceased

THOMAS JAMES DEANGELIS, individually as the Child of Thomas P. DeAngelis, Deceased

MARIA LUISA POCASANGRE, individually as the Parent of Ana Gloria deBarrera, Deceased

IVONNE POCASANGRE LOPEZ, individually as the Sibling of Ana Gloria deBarrera, Deceased

ALFREDO POCASANGRE, individually as the Parent of Ana Gloria deBarrera, Deceased

OMAR WILFREDO POCASANGRE, individually as the Sibling of Ana Gloria deBarrera, Deceased

PEDRO E. POCASANGRE, individually as the Sibling of Ana Gloria deBarrera, Deceased

JACQUES DAN-EL DEBEUNEURE, individually and as the Co-Administrator of the Estate of James D. Debeuneure, Deceased and on behalf of all survivors of James D. Debeuneure

GEORGE DEBIN, individually and as the Personal Representative of the Estate of Anna M. DeBin, Deceased and on behalf of all survivors of Anna M. DeBin and on behalf of minor child T.D.

DOE 32 individually as the Parent and as the Co-Administrator of the Estate of DOE 32, Deceased and on behalf of all survivors of DOE 32

DOE 32 individually as the Parent and as the Co-Administrator of the Estate of DOE 32, Deceased and on behalf of all survivors of DOE 32

VIRGINIA M. DECOLA, individually and as the Personal Representative of the Estate of Paul DeCola, Deceased and on behalf of all survivors of Paul DeCola

VITORA DEDVUKAJ, individually as the

Parent of Simon Marash Dedvukaj, Deceased

LINDA DEDVUKAJ, individually as the Sibling of Simon Marash Dedvukaj, Deceased

LISABETA DEDVUKAJ, individually as the Sibling of Simon Marash Dedvukaj, Deceased

DRANA VUKAJ, individually as the Sibling of Simon Marash Dedvukaj, Deceased

JOANNA DEDVUKAJ, individually as the Sibling of Simon Marash Dedvukaj, Deceased

ELIZABETA DEDVUKAJ, individually as the Spouse of Simon Marash Dedvukaj, Deceased

MARASH DEDVUKAJ, individually as the Parent of Simon Marash Dedvukaj, Deceased

KOLA DEDVUKAJ, individually as the Sibling of Simon Marash Dedvukaj, Deceased

MICHAEL DEDVUKAJ, individually as the Sibling of Simon Marash Dedvukaj, Deceased

NIK DEDVUKAJ, individually and as the Personal Representative of the Estate of Simon Marash Dedvukaj, Deceased and on behalf of all survivors of Simon Marash Dedvukaj

ROSE ANN DEFAZIO, individually as the Parent of Jason DeFazio, Deceased

MICHELE DEFAZIO, individually and as the Personal Representative of the Estate of Jason DeFazio, Deceased and on behalf of all survivors of Jason DeFazio

REPRESENTATIVE of the Estate of Michael DeFazio, Deceased, Sibling of decedent Jason DeFazio

JAMES CHRISTOPHER DEFAZIO, individually as the Parent of Jason DeFazio, Deceased

LUIS PEREZ, individually and as the Personal Representative of the Estate of Jennifer DeJesus, Deceased and on behalf of all survivors of Jennifer DeJesus

GRICEL G. ZAYAS-MOYER, individually and as the Co-Administrator of the Estate of Manuel Del Valle, Jr., Deceased and on behalf

of all survivors of Manuel Del Valle, Jr.

MANUEL DEL VALLE, SR., individually and
as the Co-Administrator of the Estate of
Manuel Del Valle, Jr., Deceased and on behalf
of all survivors of Manuel Del Valle, Jr.

LILLIAN RITA DELEO, individually as the
Parent of Vito Joseph Deleo, Sr., Deceased

SALLY DELEO, individually and as the
Personal Representative of the Estate of Vito
Joseph Deleo, Sr., Deceased and on behalf of
all survivors of Vito Joseph Deleo, Sr. and on
behalf of minor children K.L.D. and V.J.D.

MICHAEL DELEO, individually as the Sibling
of Vito Joseph Deleo, Sr., Deceased

KRISTEN DEMEO, individually as the Child
of Martin N. DeMeo, Deceased

JOAN DEMEO, individually and as the
Personal Representative of the Estate of Martin
N. DeMeo, Deceased and on behalf of all
survivors of Martin N. DeMeo and on behalf of
minor child N.D.

ROSEMARY DEMING-PHALON,
individually as the Sibling of Francis Deming,
Deceased and on behalf of minor child C.D.

BRIAN D. DEMING, individually as the Child
of Francis Deming, Deceased

CRAIG D. DEMING, individually as the Child
of Francis Deming, Deceased

CHRISTOPHER DEMING, individually as the
Child of Francis Deming, Deceased

ROBERT J. DEMING, individually as the
Sibling of Francis Deming, Deceased

PATRICIA BINGLEY, individually as the
Parent of Kevin Dennis, Deceased

MICHELE CAVIASCO, individually as the
Sibling of Jean C. Depalma, Deceased

DOE 114, individually as the Sibling and as the
Personal Representative of the Estate of DOE
114, Deceased and on behalf of all survivors of
DOE 114

67

ANGELINA MARY TRIMBOLI, individually
as the Parent of Edward DeSimone, III,
Deceased

MICHELE YOUNG, individually as the
Sibling of Edward DeSimone, III, Deceased

JOANNE DESIMONE, individually and as the
Personal Representative of the Estate of
Edward DeSimone, III, Deceased and on behalf
of all survivors of Edward DeSimone, III and
on behalf of minor children S.D. and E.D.

MARY ELLEN DESIMONE as Representative
of the Estate of Edward DeSimone, Jr.,
Deceased, Parent of decedent Edward
DeSimone, III

GRACE LIEBERMAN, individually and as the
Personal Representative of the Estate of
Michael Jude D'Esposito, Deceased and on
behalf of all survivors of Michael Jude
D'Esposito and on behalf of minor child
A.M.D.

RALPH D'ESPOSITO, individually as the
Parent of Michael Jude D'Esposito, Deceased

RUTH DE VERE, as Executor of the Estate of
Margaret H. Owen, Deceased, Parent of
decedent Melanie Louise de Vere

DOE 130, individually as the Sibling of DOE
130, Deceased

DAVID DE VERE, individually and as the Co-
Administrator of the Estate of Melanie Louise
de Vere, Deceased and on behalf of all
survivors of Melanie Louise de Vere

FREDERICK DE VERE, individually as the
Sibling of Melanie Louise de Vere, Deceased

WILLIAM G. DEWAN, individually as the
Sibling of Gerard P. Dewan, Deceased

MARIE CIRMIA, individually as the Sibling of
Debra Ann Di Martino, Deceased

CECILIA UCEDO DE RUIZ DIAZ,
individually as the Parent of Obdulio Ruiz
Diaz, Deceased

PETRONILO RUIZ DIAZ CANTERO,

individually as the Parent of Obdulio Ruiz
Diaz, Deceased

ARCELIA DIAZ, individually as the Parent of
Judith Berquis Diaz-Sierra, Deceased

LASHAWN DICKENS, individually and as the
Personal Representative of the Estate of
Rodney Alonzo Dickens, Deceased and on
behalf of all survivors of Rodney Alonzo
Dickens

ERIN R. DICKINSON, individually as the
Child of Lawrence Patrick Dickinson,
Deceased

HELENE JANICE DICKINSON, individually
as the Parent of Lawrence Patrick Dickinson,
Deceased

DEIRDRE DICKINSON SULLIVAN,
individually as the Sibling of Lawrence Patrick
Dickinson, Deceased

LINDA M. DICKINSON, individually and as
the Personal Representative of the Estate of
Lawrence Patrick Dickinson, Deceased and on
behalf of all survivors of Lawrence Patrick
Dickinson and on behalf of minor child P.J.D.

JOSEPH LAWRENCE DICKINSON,
individually as the Sibling of Lawrence Patrick
Dickinson, Deceased

LOISANNE DIEHL, individually and as the
Personal Representative of the Estate of
Michael D. Diehl, Deceased and on behalf of
all survivors of Michael D. Diehl and on behalf
of minor children J.D. and J.D.

TERESA DIFATO, individually as the Parent
of John DiFato, Deceased

SUSAN DIFATO, individually and as the
Personal Representative of the Estate of John
DiFato, Deceased and on behalf of all survivors
of John DiFato and on behalf of minor children
A.D., N.D., and J.D.

ANTONIO DIFATO, individually as the Parent
of John DiFato, Deceased

PATRICIA A. DIFAZIO, individually and as

the Personal Representative of the Estate of
Vincent Francis DiFazio, Deceased and on
behalf of all survivors of Vincent Francis
DiFazio and on behalf of minor children
D.M.D., G.M.D., and J.V.D.

CAROLE DIFRANCO, individually and as the
Personal Representative of the Estate of Carl A.
DiFranco, Deceased and on behalf of all
survivors of Carl A. DiFranco

NANCY DI FRANCO LEVY, individually as
the Sibling of Carl A. DiFranco, Deceased

CAROLE DIFRANCO as the Representative of
the Estate of Carmelo A. DiFranco, Deceased,
Parent of decedent Carl A. DiFranco

EDRICK DILLARD, individually as the Child
of Eddie Dillard, Deceased

ANGELA M. GUTERMUTH, individually as
the Fiancé of Christopher More Dincuff,
Deceased

GEORGIA ROSE DIPASQUALE, individually
as the Child of George DiPasquale, Deceased

MELISSA M. DIPASQUALE, individually and
as the Personal Representative of the Estate of
George DiPasquale, Deceased and on behalf of
all survivors of George DiPasquale and on
behalf of minor child G.R.D.

MARJORIE A. DITULLIO, individually and as
the Personal Representative of the Estate of
Donald A. DiTullio, Deceased and on behalf of
all survivors of Donald A. DiTullio

JOANNA M. COOK, individually as the
Sibling of Donald A. DiTullio, Deceased

JANICE L. FLEMING, individually as the
Sibling of Donald A. DiTullio, Deceased

EVELENA DOCTOR, individually as the
Parent of Johnnie Doctor, Jr., Deceased

JOANN DOCTOR, individually as the Sibling
of Johnnie Doctor, Jr., Deceased

EVON ARNOLD, individually as the Sibling
of Johnnie Doctor, Jr., Deceased

70

ELAINE DOCTOR MCGRAW, individually as the Sibling of Johnnie Doctor, Jr., Deceased

ANDREA GALE DOCTOR, individually and as the Personal Representative of the Estate of Johnnie Doctor, Jr., Deceased and on behalf of all survivors of Johnnie Doctor, Jr.

WILLIAM LAWRENCE DOCTOR, individually as the Sibling of Johnnie Doctor, Jr., Deceased

SHELDON DEWAYNE DOCTOR, individually as the Sibling of Johnnie Doctor, Jr., Deceased

LISA T. DOLAN, individually and as the Personal Representative of the Estate of Robert E. Dolan, Deceased and on behalf of all survivors of Robert E. Dolan and on behalf of minor children R.L.D. and R.E.D.

HELEN DOLLARD, individually and as the Personal Representative of the Estate of Neil M. Dollard, Deceased and on behalf of all survivors of Neil M. Dollard

DIANA E. DOLLARD, individually as the Sibling of Neil M. Dollard, Deceased

MARY K. DOLLARD, individually as the Sibling of Neil M. Dollard, Deceased

MEGAN FAJARDO, individually as the Sibling of Neil M. Dollard, Deceased

ANNE ZUCCHI, individually as the Sibling of Neil M. Dollard, Deceased

ROBERT M. DOLLARD, individually as the Parent of Neil M. Dollard, Deceased

PETER DOLLARD, individually as the Sibling of Neil M. Dollard, Deceased

MICHAEL J. DOLLARD, individually as the Sibling of Neil M. Dollard, Deceased

PUBLIC ADMINISTRATOR OF SUFFOLK COUNTY, as the Personal Representative of the Estate of Benilda Domingo, Deceased and on behalf of all survivors of Benilda Domingo and on behalf of minor children Y.D., D.D. and L.A.D.

71

FRANK DOMINGUEZ, individually and as
the Personal Representative of the Estate of
Jerome Dominguez, Deceased and on behalf of
all survivors of Jerome Dominguez

CECILIA E. DONNELLY, individually as the
Parent of Kevin W. Donnelly, Deceased

MARY CAY MARTIN, individually as the
Sibling of Kevin W. Donnelly, Deceased

MARY COUGHLIN, individually as the
Spouse of Kevin W. Donnelly, Deceased

BRIAN J. DONNELLY, individually as the
Sibling of Kevin W. Donnelly, Deceased

EDWARD L. DONNELLY, JR., individually
and as the Personal Representative of the Estate
of Kevin W. Donnelly, Deceased and on behalf
of all survivors of Kevin W. Donnelly

EDWARD L. DONNELLY, SR., individually
as the Parent of Kevin W. Donnelly, Deceased

MARION DONOVAN PUIIA, individually
and as the Co-Administrator of the Estate of
Jacqueline Donovan, Deceased and on behalf of
all survivors of Jacqueline Donovan

JEANINE WIESE, individually as the Sibling
of Jacqueline Donovan, Deceased

PATRICE KELLEHER, individually as the
Sibling of Jacqueline Donovan, Deceased

JAMES T. DONOVAN, individually and as the
Co-Administrator of the Estate of Jacqueline
Donovan, Deceased and on behalf of all
survivors of Jacqueline Donovan

MICHAEL DONOVAN, individually as the
Sibling of Jacqueline Donovan, Deceased

JAMES DONOVAN, JR., individually as the
Sibling of Jacqueline Donovan, Deceased

ELAINE MARIE DONOVAN, individually
and as the Personal Representative of the Estate
of William Howard Donovan, Deceased and on
behalf of all survivors of William Howard
Donovan and on behalf of minor children
K.E.D., B.D., and M.L.D.

ANN MARIE DORF, individually as the
Sibling of Stephen Scott Dorf, Deceased

LINDA SAMMUT, individually as the Sibling
of Stephen Scott Dorf, Deceased

MICHELLE DORF, individually and as the
Co-Administrator of the Estate of Stephen Scott
Dorf, Deceased and on behalf of all survivors
of Stephen Scott Dorf

REPRESENTATIVE of the Estate of Morris
Dorf, Deceased, Parent of decedent Stephen
Scott Dorf

ROBERT DORF, individually as the Sibling of
Stephen Scott Dorf, Deceased

JOSEPH DORF, individually as the Sibling of
Stephen Scott Dorf, Deceased

KERRI ANN DOWD, individually and as the
Personal Representative of the Estate of
Thomas Francis Dowd, Deceased and on behalf
of all survivors of Thomas Francis Dowd

DOE 78, individually as the Sibling of DOE 78,
Deceased

REPRESENTATIVE of the Estate of Adelaide
Maureen Driscoll, Deceased, Spouse of
decedent Patrick Joseph Driscoll

PAMELA MARIE GOULD, individually and
as the Executor of the Estate of Patrick Joseph
Driscoll, Deceased and on behalf of all
survivors of Patrick Joseph Driscoll

STEPHEN MICHAEL DRISCOLL,
individually as the Child of Patrick Joseph
Driscoll, Deceased

CHRISTOPHER JOHN DRISCOLL,
individually as the Child of Patrick Joseph
Driscoll, Deceased

PATRICK THOMAS DRISCOLL, individually
as the Child of Patrick Joseph Driscoll,
Deceased

JOHN M. DRISCOLL, individually as the
Sibling of Patrick Joseph Driscoll, Deceased

REPRESENTATIVE of the Estate of DOE 97,

Deceased, Parent of decedent DOE 97

DOE 97, individually as the Sibling of DOE 97, Deceased

DOE 97, individually as the Sibling of DOE 97, Deceased

DOE 97, individually as the Sibling of DOE 97, Deceased

DOE 97, individually as the Sibling of DOE 97, Deceased

ANN P. DRISCOLL, individually and as the Personal Representative of the Estate of Stephen Patrick Driscoll, Deceased and on behalf of all survivors of Stephen Patrick Driscoll and on behalf of minor child B.D.

REPRESENTATIVE of the Estate of DOE 97, Deceased, Parent of decedent DOE 97

DOE 97, individually as the Sibling of DOE 97, Deceased

ROBERT M. DUFFY, individually and as the Co-Administrator of the Estate of Gerard J. Duffy, Deceased and on behalf of all survivors of Gerard J. Duffy

THOMAS DUFFY, individually and as the Co-Administrator of the Estate of Gerard J. Duffy, Deceased and on behalf of all survivors of Gerard J. Duffy

DOE 121, individually as the Child of DOE 121, Deceased

DOE 121, individually as the Child of DOE 121, Deceased

DOE 86, individually as the Spouse and as the Personal Representative of the Estate of DOE 86, Deceased and on behalf of all survivors of DOE 86, and on behalf of minor child DOE 86

DIANA J. SAYEGH, individually as the Parent of Jackie Sayegh Duggan, Deceased

MITCHELL DUGGAN, individually and as the Personal Representative of the Estate of Jackie Sayegh Duggan, Deceased and on behalf of all survivors of Jackie Sayegh Duggan

74

REPRESENTATIVE of the Estate of George
A. Sayegh, Sr., Deceased, Parent of decedent
Jackie Sayegh Duggan

JOEL GARY SHAPIRO, individually and as
the Executor; Personal Representative of the
Estate of Sareve Dukat, Deceased and on behalf
of all survivors of Sareve Dukat

LAURA D. DUNSTAN, individually as the
Child of Richard A. Dunstan, Deceased

JANET A. DUNSTAN, individually and as the
Personal Representative of the Estate of
Richard A. Dunstan, Deceased and on behalf of
all survivors of Richard A. Dunstan

LAURA EATON, individually as the Parent of
Robert Douglas Eaton, Deceased

BARBARA J. STEPHENSON, individually as
the Sibling of Robert Douglas Eaton, Deceased

ANGELA RIDGE, individually as the Sibling
of Robert Douglas Eaton, Deceased

DOUGLAS EATON, individually as the Parent
of Robert Douglas Eaton, Deceased

JOHANNA L. KMETZ, individually as the
Sibling of Margaret R. Echtermann, Deceased

CHERYL OLIVIERI, individually as the
Fiancé of Paul R. Eckna, Deceased

AUDREY ECONOMOS, individually and as
the Personal Representative of the Estate of
Constantine Economos, Deceased and on
behalf of all survivors of Constantine
Economos

FRANK MICHAEL EDWARDS, individually
as the Child of Barbara Gollan Edwards,
Deceased

SCOTT C. EDWARDS, individually as the
Child of Barbara Gollan Edwards, Deceased

DOUGLAS C. EDWARDS, individually as the
Child of Barbara Gollan Edwards, Deceased

ELLEN R. JUDD, individually and as the
Personal Representative of the Estate of
Christine Egan, Deceased and on behalf of all

survivors of Christine Egan

DENISE EGAN, individually as the Sibling of Christine Egan, Deceased

PATRICIA EGAN, individually as the Parent of Martin Egan, Jr., Deceased

COLLEEN D'AMATO, individually as the Sibling of Martin Egan, Jr., Deceased

DIANE EGAN, individually and as the Personal Representative of the Estate of Martin Egan, Jr., Deceased and on behalf of all survivors of Martin Egan, Jr.

MARK EGAN, individually as the Sibling of Martin Egan, Jr., Deceased

MICHAEL EGAN, individually as the Sibling of Martin Egan, Jr., Deceased

MARTIN EGAN, SR., individually as the Parent of Martin Egan, Jr., Deceased

ANNA MARIA EGAN, individually and as the Personal Representative of the Estate of Michael Egan, Deceased and on behalf of all survivors of Michael Egan

JONATHAN J. EGAN, individually as the Child of Michael Egan, Deceased

MATTHEW B. EGAN, individually as the Child of Michael Egan, Deceased

PAULA SHAPIRO, individually and as the Co-Administrator of the Estate of Eric Adam Eisenberg, Deceased and on behalf of all survivors of Eric Adam Eisenberg

JOSEPHINE ELDER, individually as the Parent of Daphne Elder, Deceased

JIMMY PAUL ELDER, individually as the Parent of Daphne Elder, Deceased

MARY ELFERIS, individually as the Parent of Michael J. Elferis, Deceased

NANCY CHALMERS, individually as the Sibling of Michael J. Elferis, Deceased

ELIZABETH WILD, individually as the Sibling of Michael J. Elferis, Deceased

ROBERT E. ELFERIS, individually and as the Personal Representative of the Estate of Michael J. Elferis, Deceased and on behalf of all survivors of Michael J. Elferis

JOSEPH ELFERIS, individually as the Sibling of Michael J. Elferis, Deceased

ROBERT G. ELFERIS, individually as the Sibling of Michael J. Elferis, Deceased

IRINIE GUIGUIS, individually and as the Personal Representative of the Estate of Albert W. Elmarry, Deceased and on behalf of all survivors of Albert W. Elmarry and on behalf of minor child L.M.E.

DOE 68, individually as the Spouse and as the Personal Representative of the Estate of DOE 68, Deceased and on behalf of all survivors of DOE 68

ROGELIO R. ESCARCEGA, individually and as the Personal Representative of the Estate of Sarah Ali Escarcega, Deceased and on behalf of all survivors of Sarah Ali Escarcega

MARLYSE BOSLEY, individually as the Sibling of Jose Espinal, Deceased

MICHAEL ESPOSITO, individually and as the Personal Representative of the Estate of Bridget Ann Esposito, Deceased and on behalf of all survivors of Bridget Ann Esposito

DOROTHY HELEN ESPOSITO, individually as the Parent of Francis Esposito, Deceased

CATHERINE ESPOSITO, individually as the Sibling of Francis Esposito, Deceased

DAWN MARIE PICCIANO, individually and as the Personal Representative of the Estate of Francis Esposito, Deceased and on behalf of all survivors of Francis Esposito

MICHAEL A. ESPOSITO, individually as the Parent of Francis Esposito, Deceased

DOMINICK ESPOSITO, individually as the Sibling of Francis Esposito, Deceased

RICHARD ESPOSITO, individually as the Sibling of Francis Esposito, Deceased

VINCENT ESPOSITO, individually as the
Sibling of Francis Esposito, Deceased

ROSE ESPOSITO, individually as the Parent of
Michael Esposito, Deceased

SALVATORE ESPOSITO, individually as the
Sibling of Michael Esposito, Deceased

SIMONE ESPOSITO, individually as the
Sibling of Michael Esposito, Deceased

FRANK ESPOSITO, individually as the
Sibling of Michael Esposito, Deceased

JOSEPH ESPOSITO, individually as the
Sibling of Michael Esposito, Deceased

SIMONE ESPOSITO, SR., individually as the
Parent of Michael Esposito, Deceased

SUSAN ESPOSITO, individually as the Child
of William J. Esposito, Deceased

STEPHANIE ESPOSITO, individually and as
the Personal Representative of the Estate of
William J. Esposito, Deceased and on behalf of
all survivors of William J. Esposito

CRAIG ESPOSITO, individually as the Child
of William J. Esposito, Deceased

MARIA LUISA BEY, individually and as the
Personal Representative of the Estate of Ruben
Esquilin, Jr., Deceased and on behalf of all
survivors of Ruben Esquilin, Jr.

PRISCILLA ESQUILIN, individually as the
Sibling of Ruben Esquilin, Jr., Deceased

JEAN ETZOLD, individually and as the
Personal Representative of the Estate of
Barbara Etzold, Deceased and on behalf of all
survivors of Barbara Etzold

DAVID KONIGSBERG, individually as the
Fiancé of Barbara Etzold, Deceased

CORRINE J. EVANS, individually and as the
Co-Administrator of the Estate of Eric Brian
Evans, Deceased and on behalf of all survivors
of Eric Brian Evans

REPRESENTATIVE of the Estate of Charles
R. Evans, Deceased, Parent of decedent Eric

Brian Evans

CATHERINE EWART, individually as the
Parent of Meredith Emily June Ewart,
Deceased

JENNIFER EWART, individually and as the
Personal Representative of the Estate of
Meredith Emily June Ewart, Deceased and on
behalf of all survivors of Meredith Emily June
Ewart

ROBERT G. EWART, individually as the
Parent of Meredith Emily June Ewart,
Deceased

DIANE DOROTHY FAIRBEN, individually as
the Parent of Keith George Fairben, Deceased

KENNETH BRUCE FAIRBEN, individually
and as the Personal Representative of the Estate
of Keith George Fairben, Deceased and on
behalf of all survivors of Keith George Fairben

PATRICIA A. FALLON, individually and as
the Personal Representative of the Estate of
Jamie Lynn Fallon, Deceased and on behalf of
all survivors of Jamie Lynn Fallon

RUTH M. FANGMAN, individually and as the
Personal Representative of the Estate of Robert
John Fangman, Deceased and on behalf of all
survivors of Robert John Fangman

CAROLE L. RICCI, individually as the Sibling
of Robert John Fangman, Deceased

DEBORAH A. FANGMAN, individually as the
Sibling of Robert John Fangman, Deceased

THERESA M. FRAKES, individually as the
Sibling of Robert John Fangman, Deceased

STEPHEN G. FANGMAN, individually as the
Sibling of Robert John Fangman, Deceased

PAUL M. FANGMAN, individually as the
Sibling of Robert John Fangman, Deceased

MICHAEL W. FANGMAN, individually as the
Sibling of Robert John Fangman, Deceased

BEVERLY FARAGHER, individually as the
Parent of Kathleen Faragher, Deceased

MARY F. WATERMAN, individually as the
Sibling of Kathleen Faragher, Deceased

BETH ANN FARAGHER, individually and as
the Personal Representative of the Estate of
Kathleen Faragher, Deceased and on behalf of
all survivors of Kathleen Faragher

WILLIAM E. FARAGHER, individually as the
Parent of Kathleen Faragher, Deceased

JAMES A. FARAGHER, individually as the
Sibling of Kathleen Faragher, Deceased

WILLIAM FARAGHER, individually as the
Sibling of Kathleen Faragher, Deceased

MARIE A. FARRELL, individually as the
Parent of John G. Farrell, Deceased

JAMES F. FARRELL, individually and as the
Personal Representative of the Estate of John
G. Farrell, Deceased and on behalf of all
survivors of John G. Farrell

HELENORA M. FARRELL, individually and
as the Personal Representative of the Estate of
Terrence Patrick Farrell, Deceased and on
behalf of all survivors of Terrence Patrick
Farrell

REPRESENTATIVE of the Estate of Theresa
Farrelly, Deceased, Parent of decedent Joseph
Farrelly

STACEY FARRELLY, individually and as the
Personal Representative of the Estate of Joseph
Farrelly, Deceased and on behalf of all
survivors of Joseph Farrelly

RYAN FARRELLY, individually as the Child
of Joseph Farrelly, Deceased

DEVIN FARRELLY, individually as the Child
of Joseph Farrelly, Deceased

JOSEPH FARRELLY, individually as the
Parent of Joseph Farrelly, Deceased

PATRICK M. FARRELLY, individually as the
Sibling of Joseph Farrelly, Deceased

DENNIS FARRELLY, individually as the
Sibling of Joseph Farrelly, Deceased

MICHAEL FARRELLY, individually as the
Sibling of Joseph Farrelly, Deceased

LORNA CLELLAND MORRIS, individually
as the Parent of Wendy Ruth Faulkner,
Deceased

JEANETTE MORRIS-FRIEDRICH,
individually as the Sibling of Wendy Ruth
Faulkner, Deceased

GAY L. MORRIS, individually as the Sibling
of Wendy Ruth Faulkner, Deceased

ROSE JEAN NIELSEN, individually as the
Parent of Shannon Marie Fava, Deceased

FRANK JOSEPH FAVA, individually and as
the Personal Representative of the Estate of
Shannon Marie Fava, Deceased and on behalf
of all survivors of Shannon Marie Fava

DENNIS NIELSEN, JR., individually as the
Sibling of Shannon Marie Fava, Deceased

DENNIS JOSEPH NIELSEN, SR., individually
as the Parent of Shannon Marie Fava, Deceased

LINDA ANN FAVUZZA, individually and as
the Personal Representative of the Estate of
Bernard Favuzza, Deceased and on behalf of all
survivors of Bernard Favuzza

REPRESENTATIVE of the Estate of Felicia C.
Fazio, Deceased, Parent of decedent Robert
Fazio, Jr.

CAROLE LOVERO, individually as the
Sibling of Robert Fazio, Jr., Deceased

ROBERT FAZIO, SR., individually and as the
Personal Representative of the Estate of Robert
Fazio, Jr., Deceased and on behalf of all
survivors of Robert Fazio, Jr.

LAUREN MARIE FAZIO, individually as the
Child of Ronald C. Fazio, Sr., Deceased

JANET FAZIO, individually and as the
Personal Representative of the Estate of Ronald
C. Fazio, Sr., Deceased and on behalf of all
survivors of Ronald C. Fazio, Sr.

ROBERT FAZIO, individually as the Child of

Ronald C. Fazio, Sr., Deceased

RONALD C. FAZIO, JR., individually as the Child of Ronald C. Fazio, Sr., Deceased

ELIZABETH FEEHAN, individually as the Child of William M. Feehan, Deceased

TARA FEEHAN DAVAN, individually as the Child of William M. Feehan, Deceased

JOHN FEEHAN, individually as the Child of William M. Feehan, Deceased

WILLIAM B. FEEHAN, individually and as the Personal Representative of the Estate of William M. Feehan, Deceased and on behalf of all survivors of William M. Feehan

DOROTHY A. FERGUS, individually as the Parent of Edward Thomas Fergus, Jr., Deceased

ALLISON M. FERGUS, individually as the Sibling of Edward Thomas Fergus, Jr., Deceased

MAUREEN FERGUS SHEEHAN, individually as the Sibling of Edward Thomas Fergus, Jr., Deceased

ANNE MARIE FERGUS RAYHILL, individually as the Sibling of Edward Thomas Fergus, Jr., Deceased

LINDA FERGUS, individually and as the Personal Representative of the Estate of Edward Thomas Fergus, Jr., Deceased and on behalf of all survivors of Edward Thomas Fergus, Jr.

EDWARD T. FERGUS, SR., individually as the Parent of Edward Thomas Fergus, Jr., Deceased

DOE 09, individually as Parent and as the Personal Representative of the Estate of DOE 09, Deceased and on behalf of all survivors of DOE 09

DOE 09, individually as the Parent of DOE 09, Deceased

ROSANNA M. FERRUGIO, individually and as the Personal Representative of the Estate of

David Francis Ferrugio, Deceased and on behalf of all survivors of David Francis Ferrugio

MINNIE FERRO, individually and as Parent of Louis V. Fersini, Jr., Deceased

CATHY LYN FERSINI, individually and as the Personal Representative of the Estate of Louis V. Fersini, Jr., Deceased and on behalf of all survivors of Louis V. Fersini, Jr.

DOE 103, individually as the Parent of DOE 103, Deceased

DOE 103, individually as the Parent and as the Personal Representative of the Estate of DOE 103, Deceased and on behalf of all survivors of DOE 103

EVELYN L. FIALKO, individually and as the Co-Administrator of the Estate of Jennifer Louise Fialko, Deceased and on behalf of all survivors of Jennifer Louise Fialko

ROBERT J. FIALKO, individually and as the Co-Administrator of the Estate of Jennifer Louise Fialko, Deceased and on behalf of all survivors of Jennifer Louise Fialko

ANDREW C. FIALKO, individually as the Sibling of Jennifer Louise Fialko, Deceased

REPRESENTATIVE of the Estate of Isabel Fiedel, Deceased, Parent of decedent Kristen Nicole Fiedel

LINDSEY BETH FIEDEL, individually as the Child of Kristen Nicole Fiedel, Deceased

WARREN FIEDEL, individually and as the Co-Administrator of the Estate of Kristen Nicole Fiedel, Deceased and on behalf of all survivors of Kristen Nicole Fiedel

WILLIAM H. FIELDS, SR., individually and as the Personal Representative of the Estate of Amelia V. Fields, Deceased and on behalf of all survivors of Amelia V. Fields

LORETTA J. FILIPOV, individually and as the Personal Representative of the Estate of Alexander M. Filipov, Deceased and on behalf

of all survivors of Alexander M. Filipov

REPRESENTATIVE of the Estate of Madeline F. Fiore, Deceased, Parent of decedent Michael Curtis Fiore

LINDA S. FIORE, individually as the Sibling of Michael Curtis Fiore, Deceased

REPRESENTATIVE of the Estate of Michael Fiore, Deceased, Parent of decedent Michael Curtis Fiore

KAREN FIORITO, individually and as the Personal Representative of the Estate of John B. Fiorito, Deceased and on behalf of all survivors of John B. Fiorito

JEAN C. FISCHER, individually and as the Personal Representative of the Estate of John R. Fischer, Deceased and on behalf of all survivors of John R. Fischer

DOE 107, individually as the Spouse and as the Personal Representative of the Estate of DOE 107, Deceased and on behalf of all survivors of DOE 107

SERENA FISHER DUGAN, individually as the Child of Gerald Paul Fisher, Deceased

CHRISTINE KARAS FISHER, individually and as the Personal Representative of the Estate of Gerald Paul Fisher, Deceased and on behalf of all survivors of Gerald Paul Fisher

JONATHAN MICHAEL FISHER, individually as the Child of Gerald Paul Fisher, Deceased

DENISE DILEO FISHER on behalf of  minor children A.F. and D.F.

SUSAN M. FISHER, individually and as the Personal Representative of the Estate of Thomas J. Fisher, Deceased and on behalf of all survivors of Thomas J. Fisher and on behalf of minor child S.M.F.

MARY FRANCES BRACKEN, individually as the Parent of Lucy Fishman, Deceased

EDWARD P. BRACKEN, individually as the Sibling of Lucy Fishman, Deceased

DIANE KEATING, individually and as the Personal Representative of the Estate of Ryan D. Fitzgerald, Deceased and on behalf of all survivors of Ryan D. Fitzgerald

ROSEANNA FITZPATRICK, individually as the Parent of Thomas J. Fitzpatrick, Deceased

MARIANNE FITZPATRICK, individually and as the Personal Representative of the Estate of Thomas J. Fitzpatrick, Deceased and on behalf of all survivors of Thomas J. Fitzpatrick and on behalf of minor children C.F. and B.F.

MICHAEL J. FITZPATRICK, individually as the Parent of Thomas J. Fitzpatrick, Deceased

MICHAEL S. FITZPATRICK, individually as the Sibling of Thomas J. Fitzpatrick, Deceased

LORETTA A. PALISAY, individually as the Parent of Salvatore A. Fiumefreddo, Deceased

JOAN FIUMEFREDDO, individually and as the Personal Representative of the Estate of Salvatore A. Fiumefreddo, Deceased and on behalf of all survivors of Salvatore A. Fiumefreddo

MICHAEL E. FLAGG, individually and as the Co-Executor of the Estate of Darlene Embree Flagg, Deceased and on behalf of all survivors of Darlene Embree Flagg

MICHAEL E. FLAGG, individually as the Child of Wilson Falor Flagg, Deceased

LILA MAY WALKDEN FLOUNDERS, individually and as the Personal Representative of the Estate of Joseph W. Flounders, Deceased and on behalf of all survivors of Joseph W. Flounders

CHRISTIAN C. CRONER, as the Personal Representative of the Estate of Patricia V. Flounders, Deceased

MICHAEL THOMAS FODOR as the Representative of the Estate of Deborah Fodor, Deceased, Parent of decedent Michael N. Fodor

MICHAEL THOMAS FODOR, individually and as the Representative of the Estate of

Michael N. Fodor, Deceased and on behalf of all survivors of Michael N. Fodor and the Representative of the Estate of Deborah Fodor, Deceased, Parent of decedent Michael N. Fodor

JUDITH FODOR, individually as the Sibling of Michael N. Fodor, Deceased

REPRESENTATIVE of the Estate of Michael Fodor, Deceased, Parent of decedent Michael N. Fodor

ANDREW FODOR, individually as the Child of Michael N. Fodor, Deceased

SAMANTHA LEE FOO, individually as the Child of Chih Min Foo, Deceased

MARY LOU LEE, individually and as the Personal Representative of the Estate of Chih Min Foo, Deceased and on behalf of all survivors of Chih Min Foo

JASON LEE FOO, individually as the Child of Chih Min Foo, Deceased

DORRETTE WILLIAMS, individually as the Sibling of Del Rose Forbes-Cheatham, Deceased

DUNSTON FORBES, individually as the Parent of Del Rose Forbes-Cheatham, Deceased

CARLTON FORBES, individually as the Sibling of Del Rose Forbes-Cheatham, Deceased

CHRISTOPHER R. FORBES, individually and as the Personal Representative of the Estate of Del Rose Forbes-Cheatham, Deceased and on behalf of all survivors of Del Rose Forbes-Cheatham

CHERYL D. COOPER, individually as the Domestic Partner of Donald A. Foreman, Deceased

TESSIE MOLINA, individually and as the Personal Representative of the Estate of Christopher Hugh Forsythe, Deceased and on behalf of all survivors of Christopher Hugh Forsythe

MARION ROSETTE FOSTER, individually as the Parent of Noel John Foster, Deceased

JOHN ALFRED FOSTER, individually as the Parent of Noel John Foster, Deceased

MARY GRACE FOTI, individually and as the Personal Representative of the Estate of Robert Foti, Deceased and on behalf of all survivors of Robert Foti

DOE 94, individually as the Spouse and as the Personal Representative of the Estate of DOE 94, Deceased and on behalf of all survivors of DOE 94 and on behalf of minor children DOE 94, DOE 94, and DOE 94

MICHAEL J. FOX, individually as the Sibling of Jeffrey L. Fox, Deceased

ANNIE MARIE CARTER, individually as the Sibling of Virginia E. Fox, Deceased

KAREN M. CARLUCCI, individually as the Fiancé of Peter Christopher Frank, Deceased

HENRY LAMBERT, individually and as the Personal Representative of the Estate of Lillian Frederick-Lambert, Deceased and on behalf of all survivors of Lillian Frederick-Lambert

CAROL FREUND, individually as the Sibling of Peter Louis Freund, Deceased

BARBARA FREUND SALVADORE, individually as the Sibling of Peter Louis Freund, Deceased

MARY FROEHNER, individually and as the Personal Representative of the Estate of Gregg J. Froehner, Deceased and on behalf of all survivors of Gregg J. Froehner

REPRESENTATIVE of the Estate of Margaret Fumando, Deceased, Parent of decedent Clement Fumando

CATHERINE MAROTTE, individually as the Sibling of Clement Fumando, Deceased

KATHERINE MARIE FUMANDO, individually and as the Personal Representative of the Estate of Clement Fumando, Deceased and on behalf of all survivors of Clement

Fumando

STEPHEN FUMANDO, individually as the
Child of Clement Fumando, Deceased

GREGORY FUMANDO, individually as the
Child of Clement Fumando, Deceased

CARLO FUMANDO, individually as the
Sibling of Clement Fumando, Deceased

MARGARET FURMATO, individually as the
Parent of Paul Furmato, Deceased

CAROL MARGARET DEBENEDICTIS,
individually as the Sibling of Paul Furmato,
Deceased

JILL MARY KEOUGH, individually as the
Sibling of Paul Furmato, Deceased

CYNTHIA ANNE VELARDI, individually and
as the Personal Representative of the Estate
of Paul Furmato, Deceased and on behalf of all
survivors of Paul Furmato

MARK FURMATO, individually as the Sibling
of Paul Furmato, Deceased

JOSEPH FURMATO, JR., individually as the
Sibling of Paul Furmato, Deceased

JOSEPH FURMATO, SR., individually as the
Parent of Paul Furmato, Deceased

HAVEN A. FYFE-KIERNAN, individually
and as the Personal Representative of the Estate
of Karleton D. Fyfe, Deceased and on behalf of
all survivors of Karleton D. Fyfe

DOE 40, individually as the Parent and as the
Personal Representative of the Estate of DOE
40, Deceased and on behalf of all survivors of
DOE 40

KEVIN RICHARD GAFF, individually and as
the Personal Representative of the Estate of
Pamela Lee Gaff, Deceased and on behalf of all
survivors of Pamela Lee Gaff

PATRICIA A. HILL, individually as the
Sibling of Irving Vincent Gailliard, Deceased

MARGARET ANN MICCIULLI, individually
as the Parent of Deanna Micciulli Galante,

Deceased

TINA LOUISE MICCIULLI, individually as
the Sibling of Deanna Micciulli Galante,
Deceased

JOSEPH ANTHONY MICCIULLI,
individually as the Parent of Deanna Micciulli
Galante, Deceased

JOSEPH CHRISTOPHER MICCIULLI,
individually as the Sibling of Deanna Micciulli
Galante, Deceased

ANTHONY GALANTE, individually and as
the Personal Representative of the Estate of
Deanna Micciulli Galante, Deceased and on
behalf of all survivors of Deanna Micciulli
Galante

LUCREZIA IDA SUSCA, individually as the
Parent of Grace Catherine Galante, Deceased

CATHY MARIE CAVA, individually as the
Sibling of Grace Catherine Galante, Deceased

FRANCESCO SUSCA, individually as the
Parent of Grace Catherine Galante, Deceased

FRANK SUSCA, individually as the Sibling of
Grace Catherine Galante, Deceased

GIOVANNI GALANTE, individually and as
the Personal Representative of the Estate of
Grace Catherine Galante, Deceased and on
behalf of all survivors of Grace Catherine
Galante

PERSONAL REPRESENTATIVE, of the
Estate of Daniel James Gallagher, Deceased
and on behalf of all survivors of Daniel James
Gallagher.  REPRESENTATIVE of the Estate
of Regina E. Gallagher, Deceased, Parent of
decedent Daniel James Gallagher

MARYANN GAMBALE, individually as the
Parent of Giovanna G. Gambale, Deceased

ANTONIA GAMBALE, individually as the
Sibling of Giovanna G. Gambale, Deceased

ANTHONY J. GAMBALE, individually and as
the Personal Representative of the Estate of
Giovanna G. Gambale, Deceased and on behalf

of all survivors of Giovanna G. Gambale

MATTHEW GAMBALE, individually as the
Sibling of Giovanna G. Gambale, Deceased

MARIA REGINA MERWIN, individually and
as the Personal Representative of the Estate of
Ronald L. Gamboa, Deceased and on behalf of
all survivors of Ronald L. Gamboa

DOE 117, individually as the Spouse and as the
Personal Representative of the Estate of DOE
117, Deceased and on behalf of all survivors of
DOE 117, and on behalf of minor children
DOE 117, DOE 117, and DOE 117

REPRESENTATIVE of the Estate of Virginia
Garbarini, Deceased, Parent of decedent
Charles Garbarini

JOAN CUNEO, individually as the Sibling of
Charles Garbarini, Deceased

DONNA MARIE GARBARINI, individually
as the Sibling of Charles Garbarini, Deceased

BERYL ANN ZAWATSKY, individually as
the Sibling of Charles Garbarini, Deceased

CATHY JEAN KOSTIW, individually as the
Sibling of Charles Garbarini, Deceased

PEGGY MARY GARBARINI, individually as
the Sibling of Charles Garbarini, Deceased

JANET GARBARINI, individually as the
Sibling of Charles Garbarini, Deceased

ANDREA DEGEORGE GARBARINI,
individually and as the Personal Representative
of the Estate of Charles Garbarini, Deceased
and on behalf of all survivors of Charles
Garbarini

REPRESENTATIVE of the Estate of Charles
Garbarini, Deceased, Parent of decedent
Charles Garbarini

DOROTHY GARCIA, individually and as the
Executor of the Estate of Andrew Garcia,
Deceased and on behalf of all survivors of
Andrew Garcia

ANDREW T. GARCIA, individually as the

Child of Andrew Garcia, Deceased

CELESTE MARINO GARCIA, individually and as the Personal Representative of the Estate of Cesar R. Garcia, Deceased and on behalf of all survivors of Cesar R. Garcia

DEBORAH ANN GARCIA, individually and as the Personal Representative of the Estate of David Garcia, Deceased and on behalf of all survivors of David Garcia

SUSAN L. GARDNER, individually and as the Personal Representative of the Estate of Christopher S. Gardner, Deceased and on behalf of all survivors of Christopher S. Gardner and on behalf of minor child A.H.G.

JENNIFER RADDING GARDNER, individually and as the Personal Representative of the Estate of Douglas B. Gardner, Deceased and on behalf of all survivors of Douglas B. Gardner

JOSEPH W. GARDNER, individually and as Personal Representative of the Estate of Harvey J. Gardner, Deceased, Parent of decedent Harvey Joseph Gardner, III

JOSEPH W. GARDNER, individually as the sibling of Harvey Joseph Gardner, III, Deceased

JUDITH TOREA, individually and as the Personal Representative of the Estate of Harvey Joseph Gardner, III, Deceased and on behalf of all survivors of Harvey Joseph Gardner, III

ANTHONY GARDNER, individually as the Sibling of Harvey Joseph Gardner, III, Deceased

AMY GARDNER, individually and as the Personal Representative of the Estate of Jeffrey B. Gardner, Deceased and on behalf of all survivors of Jeffrey B. Gardner

ANTONIA GARGANO, individually and as the Personal Representative of the Estate of Rocco Nino Gargano, Deceased and on behalf of all survivors of Rocco Nino Gargano

DOE 145, individually as the Child of DOE
145, Deceased

DOE 145, individually as the Child of DOE
145, Deceased

DOE 145, individually as the Parent and as the
Personal Representative of the Estate of DOE
145, Deceased and on behalf of all survivors of
DOE 145

SUZANNE MASCITIS as the Representative
of the Estate of Rosemarie Gavagan, Deceased,
Parent of decedent Donald R. Gavagan, Jr.

SUZANNE MASCITIS, individually as the
Sibling of Donald R. Gavagan, Jr., Deceased

JACQUELINE S. GAVAGAN, individually
and as the Personal Representative of the Estate
of Donald R. Gavagan, Jr., Deceased and on
behalf of all survivors of Donald R. Gavagan,
Jr.

DONALD RICHARD GAVAGAN,
individually as the Parent of Donald R.
Gavagan, Jr., Deceased

JOSEPH BERNARD GAVAGAN, individually
as the Sibling of Donald R. Gavagan, Jr.,
Deceased

LINDA ROSE GAY, individually and as the
Personal Representative of the Estate of Peter
A. Gay, Sr., Deceased on behalf of minor child
L.L.G. and on behalf of all survivors of Peter
A. Gay, Sr.

TRACY M. GAZZANI, individually and as the
Co-Administrator of the Estate of Terence D.
Gazzani, Deceased and on behalf of all
survivors of Terence D. Gazzani

MAURIZIO D. GAZZANI, individually and as
the Co-Administrator of the Estate of Terence
D. Gazzani, Deceased and on behalf of all
survivors of Terence D. Gazzani

REPRESENTATIVE of the Estate of Patricia
M. Geidel, Deceased, Parent of decedent Gary
Paul Geidel

CHRISTINE ANN NORRIS, individually as

the Sibling of Gary Paul Geidel, Deceased

MATHILDA M. GEIDEL, individually and as the Personal Representative of the Estate of Gary Paul Geidel, Deceased and on behalf of all survivors of Gary Paul Geidel

PAUL ERNEST GEIDEL, individually as the Parent of Gary Paul Geidel, Deceased

MICHAEL GEORGE GEIDEL, individually as the Sibling of Gary Paul Geidel, Deceased

REPRESENTATIVE of the Estate of Ralph W. Geidel, Sr., Deceased, Sibling of decedent Gary Paul Geidel

SHELLY GENOVESE, individually as the Spouse of Steven G. Genovese, Deceased and on behalf of minor child J.G.

CAROLYN M. GEORGE, individually and as the Co-Administrator of the Estate of Linda George, Deceased and on behalf of all survivors of Linda George

RICHARD A. GEORGE, individually and as the Co-Administrator of the Estate of Linda George, Deceased and on behalf of all survivors of Linda George

HANS J. GERHARDT, individually and as the Co-Administrator of the Estate of Ralph Gerhardt, Deceased and on behalf of all survivors of Ralph Gerhardt

STEPHAN J. GERHARDT, individually as the Sibling of Ralph Gerhardt, Deceased

LORRAINE ADELE GERLICH, individually as the Sibling of Robert J. Gerlich, Deceased

ROCHELLE GERLICH, individually and as the Personal Representative of the Estate of Robert J. Gerlich, Deceased and on behalf of all survivors of Robert J. Gerlich

MATT GERLICH, individually as the Child of Robert J. Gerlich, Deceased

DANIEL GERLICH, individually as the Child of Robert J. Gerlich, Deceased

REPRESENTATIVE of the Estate of Anna

Gertsberg, Deceased, Parent of decedent
Marina Romanovna Gertsberg

ROMAN GERTSBERG, individually and as
the Personal Representative of the Estate of
Marina Romanovna Gertsberg, Deceased and
on behalf of all survivors of Marina
Romanovna Gertsberg

REPRESENTATIVE of the Estate of Jo Ann S.
Geyer, Deceased, Parent of decedent James G.
Geyer

GERALYN MARASCO, individually as the
Sibling of James G. Geyer, Deceased

GERALYN MARASCO AND JOHN E.
GEYER as Co-Fiduciaries of the Estate of
Philip G. Geyer, Deceased, Parent of decedent
James G. Geyer

PHILIP JOSEPH GEYER, individually as the
Sibling of James G. Geyer, Deceased

JOHN EDWARD GEYER, individually as the
Sibling of James G. Geyer, Deceased

THERESA GIAMMONA, individually and as
the Personal Representative of the Estate of
Vincent F. Giammona, Deceased and on behalf
of all survivors of Vincent F. Giammona

HEATHER GIBBON, individually as the Child
of Debra L. Gibbon, Deceased

J. FREDERICK GIBBON, on behalf of the
Estate of Adam Gibbon, Deceased, Child of
Decedent Debra L. Gibbon

ZACHARY GIBBON, individually as the
Child of Debra L. Gibbon, Deceased

J. FREDERICK GIBBON, individually as the
Spouse of Debra L. Gibbon, Deceased

SUSAN GIBERSON, individually and as the
Personal Representative of the Estate of James
Giberson, Deceased and on behalf of all
survivors of James Giberson

ERIC PATRICK GIBSON, individually as the
Child of Brenda Colbert Gibson, Deceased

JOSEPH MILTON GIBSON, III, individually

and as the Personal Representative of the Estate
of Brenda Colbert Gibson, Deceased and on
behalf of all survivors of Brenda Colbert
Gibson

JACQUELINE GILBERT, individually and as
the Personal Representative of the Estate of
Timothy Paul Gilbert, Deceased and on behalf
of all survivors of Timothy Paul Gilbert

JANE JONES on behalf of minor child H.G.

DEENA GILBEY, individually and as the
Personal Representative of the Estate of Paul
Stuart Gilbey, Deceased and on behalf of all
survivors of Paul Stuart Gilbey and on behalf of
minor children M.G. and M.G.

MARIA ACOSTA, individually as the
Domestic Partner of Paul John Gill, Deceased

GISELE JEAN-GILLES, individually and as
the Personal Representative of the Estate of
Mark Y. Gilles, Deceased and on behalf of all
survivors of Mark Y. Gilles

MYRIAM JEAN-GILLES, individually as the
Sibling of Mark Y. Gilles, Deceased

ELEANOR GILLETTE, individually and as the
Personal Representative of the Estate of Evan
Gillette, Deceased and on behalf of all
survivors of Evan Gillette

ASHLEY GILLIGAN, individually as the
Child of Ronald L. Gilligan, Deceased

AINSLEY GILLIGAN, individually as the
Child of Ronald L. Gilligan, Deceased

ELIZABETH GILLIGAN, individually and as
the Personal Representative of the Estate of
Ronald L. Gilligan, Deceased and on behalf of
all survivors of Ronald L. Gilligan

DHERRAN GILLIGAN, individually as the
Child of Ronald L. Gilligan, Deceased

RAYMOND L. GILLIGAN, individually as the
Sibling of Ronald L. Gilligan, Deceased

COLIN VINCENT GILLIGAN, individually as
the Sibling of Ronald L. Gilligan, Deceased

GERALDINE GILLIAM, individually as the Parent of Rodney C. Gillis, Deceased

RONALD C. GILLIS, individually as the Sibling of Rodney C. Gillis, Deceased

APRIL GRACE GINLEY, individually and as the Personal Representative of the Estate of John F. Ginley, Deceased and on behalf of all survivors of John F. Ginley

DOE 95, individually as the Spouse and as the Personal Representative of the Estate of DOE 95, Deceased and on behalf of all survivors of DOE 95, and on behalf of minor children DOE 95, DOE 95, and DOE 95

DOE 95, individually as the Parent of DOE 95, Deceased

REPRESENTATIVE of the Estate of Domenica Giovinazzo, Deceased, Parent of decedent Martin Giovinazzo

CONCETTA BONNER, individually as the Sibling of Martin Giovinazzo, Deceased

ANGELA CARMELA QUINN, individually as the Sibling of Martin Giovinazzo, Deceased

ROSEMARIE MAHONEY, individually as the Sibling of Martin Giovinazzo, Deceased

DOROTHY GIOVINAZZO, individually and as the Personal Representative of the Estate of Martin Giovinazzo, Deceased and on behalf of all survivors of Martin Giovinazzo and on behalf of minor children A.M.G., T.J.G., and A.D.G.

REPRESENTATIVE of the Estate of Martin Giovinazzo, Sr., Deceased, Parent of decedent Martin Giovinazzo

SALI GJONBALAJ, individually and as the Personal Representative of the Estate of Mon Gjonbalaj, Deceased and on behalf of all survivors of Mon Gjonbalaj

JAYNE MARIE MARX, individually as the Sibling of Dianne Gladstone, Deceased

HERBERT GLADSTONE, individually and as the Personal Representative of the Estate of

Dianne Gladstone, Deceased and on behalf of all survivors of Dianne Gladstone

VERONICA SQUEF, individually and as the Personal Representative of the Estate of Keith Alexander Glascoe, Deceased and on behalf of all survivors of Keith Alexander Glascoe and on behalf of minor children O.A.G, N.S.G., and K.A.G.

GLORIA OLIVER (MAIDEN) GLASCOE, individually as the Parent of Keith Alexander Glascoe, Deceased

BENJAMIN ALEXANDER GLASCOE, individually and as the Personal Representative of the Estate of Keith Alexander Glascoe, Deceased and on behalf of all survivors of Keith Alexander Glascoe

JUDITH M. GLICK, individually and as the Co-Administrator of the Estate of Barry H. Glick, Deceased and on behalf of all survivors of Barry H. Glick and on behalf of minor children C.G. and C.G.

MARI GLICK STUART, individually and as the Personal Representative of the Estate of Steven L. Glick, Deceased and on behalf of all survivors of Steven L. Glick

ALEESE MILLS HARTMANN, individually as the Fiancé of William Robert Godshalk, Deceased

GRACE M. PARKINSON-GODSHALK, individually and as the Personal Representative of the Estate of William Robert Godshalk, Deceased and on behalf of all survivors of William Robert Godshalk

DANIELA GOGLIORMELLA, individually and as the Personal Representative of the Estate of Michael Gogliormella, Deceased and on behalf of all survivors of Michael Gogliormella

MARILYN GOLDBERG, individually as the Parent of Brian F. Goldberg, Deceased

GERALD GOLDBERG, individually as the Parent of Brian F. Goldberg, Deceased

ASHLEY GOLDFLAM, individually as the
Child of Jeffrey Goldflam, Deceased

RISE GOLDFLAM, individually and as the
Personal Representative of the Estate of Jeffrey
Goldflam, Deceased and on behalf of all
survivors of Jeffrey Goldflam

JOSHUA GOLDFLAM, individually as the
Child of Jeffrey Goldflam, Deceased

CECILIA GOLDSTEIN, individually as the
Parent of Monica Goldstein, Deceased

ADRIENNE TRIGGS, individually as the
Sibling of Monica Goldstein, Deceased

MORRIS SONNY GOLDSTEIN, individually
as the Parent of Monica Goldstein, Deceased

ALYCE GOLDSTEIN, individually as the
Parent of Steven Ian Goldstein, Deceased

ROBERT JAY GOLDSTEIN, individually as
the Sibling of Steven Ian Goldstein, Deceased

SARA CLARK, individually as the Child of
Ronald F. Golinski, Deceased

MARCELLIA POTLER, individually as the
Child of Ronald F. Golinski, Deceased

AMANDA GOLINSKI, individually as the
Child of Ronald F. Golinski, Deceased

IRENE MARY GOLINSKI, individually and
as the Personal Representative of the Estate of
Ronald F. Golinski, Deceased and on behalf of
all survivors of Ronald F. Golinski

MIGDALIA COLEMAN, individually and as
the Personal Representative of the Estate of
Rosa J. Gonzalez, Deceased and on behalf of all
survivors of Rosa J. Gonzalez

ELLEN REYNOLDS GOODCHILD,
individually and as the Co-Administrator of the
Estate of Lynn Catherine Goodchild, Deceased
and on behalf of all survivors of Lynn
Catherine Goodchild

NEIL K. GOODCHILD, individually as the
Sibling of Lynn Catherine Goodchild,
Deceased

WILLIAM CLARK GOODCHILD, III,
individually and as the Co-Administrator of the
Estate of Lynn Catherine Goodchild, Deceased
and on behalf of all survivors of Lynn
Catherine Goodchild

HELENE W. NELSON, individually as the
Parent of Catherine C. Gorayeb, Deceased

CLAIRE A. GORAYEB, individually and as
the Personal Representative of the Estate of
Catherine C. Gorayeb, Deceased and on behalf
of all survivors of Catherine C. Gorayeb

JOSEPH GORAYEB, individually as the
Parent of Catherine C. Gorayeb, Deceased

CHRISTOPHER J. GORAYEB, individually as
the Sibling of Catherine C. Gorayeb, Deceased

ANDREW T. GORAYEB, individually as the
Sibling of Catherine C. Gorayeb, Deceased

THERESA RACHEL GORMAN, individually
as the Parent of Thomas E. Gorman, Deceased

THERESA MARY CREEDON, individually as
the Sibling of Thomas E. Gorman, Deceased

REPRESENTATIVE of the Estate of John
Edward Gorman, Deceased, Sibling of decedent
Thomas E. Gorman

EDWARD THOMAS GORMAN, individually
as the Parent of Thomas E. Gorman, Deceased

KATHRYN G. ANDERSON, individually and
as the Personal Representative of the Estate of
Michael Edward Gould, Deceased and on
behalf of all survivors of Michael Edward
Gould

ROBERT W. GOULD, individually as the
Sibling of Michael Edward Gould, Deceased

JESSICA GOWELL, individually as the Child
of Douglas A. Gowell, Deceased

BARBARA GOWELL, individually and as the
Personal Representative of the Estate of
Douglas A. Gowell, Deceased and on behalf of
all survivors of Douglas A. Gowell

MICHAEL GOWELL, individually as the

Child of Douglas A. Gowell, Deceased

PATRICK MICHAEL GRADY, individually and as the Representative of the Estate of Rita M. Grady, Deceased, Parent of decedent Christopher Michael Grady

DEIRDRE MARIE GRADY, individually as the Sibling of Christopher Michael Grady, Deceased

DOE 70, individually as Spouse and as the Personal Representative of the Estate of DOE 70, Deceased and on behalf of all survivors of DOE 70 and on behalf of minor children DOE 70 and DOE 70

BRENDAN MICHEAL GRADY, individually as the Sibling of Christopher Michael Grady, Deceased

RUTH GRAIFMAN, individually as the Parent of David Martin Graifman, Deceased

CHRISTINE R. HUHN, individually and as the Personal Representative of the Estate of David Martin Graifman, Deceased and on behalf of all survivors of David Martin Graifman

JULIUS GRAIFMAN, individually as the Parent of David Martin Graifman, Deceased

BRIAN DALE GRAIFMAN, individually as the Sibling of David Martin Graifman, Deceased

JACK A. GRANDCOLAS, individually and as the Personal Representative of the Estate of Lauren C. Grandcolas, Deceased and on behalf of all survivors of Lauren C. Grandcolas

JAMES S. GRAY, individually and as the Personal Representative of the Estate of Christopher Stewart Gray, Deceased and on behalf of all survivors of Christopher Stewart Gray

LISA ANNE GRAY, individually as the Child of Ian J. Gray, Deceased

ANNE MARGARET POLICELLI, individually as the Sibling of Ian J. Gray, Deceased

100

ANA M. RALEY, individually and as the Personal Representative of the Estate of Ian J. Gray, Deceased and on behalf of all survivors of Ian J. Gray

MARY MADDEN, individually as the Parent of James Michael Gray, Deceased

DOE 49, individually as the Sibling of DOE 49, Deceased

DOE 49, individually as the Spouse and as the Personal Representative of the Estate of DOE 49, Deceased and on behalf of all survivors of DOE 49 and on behalf of minor children DOE 49 and DOE 49

DOE 49, individually as the Parent of DOE 49, Deceased

TINA GRAZIOSO, individually and as the Personal Representative of the Estate of John Grazioso, Deceased and on behalf of all survivors of John Grazioso and on behalf of minor child M.J.G.

DANIELLE TIFFANY GREEN, individually as the Child of Wade Brian Green, Deceased

WILHELMINA MARY GREEN, individually as the Parent of Wade Brian Green, Deceased

ALICIA MARIE GOVIA, individually as the Sibling of Wade Brian Green, Deceased

ROXANNE GREEN, individually and as the Personal Representative of the Estate of Wade Brian Green, Deceased and on behalf of all survivors of Wade Brian Green

REPRESENTATIVE of the Estate of Thomas Green, Deceased, Parent of decedent Wade Brian Green

BARRY VINCENT GREEN, individually as the Sibling of Wade Brian Green, Deceased

ANTHONY GREEN, individually as the Sibling of Wade Brian Green, Deceased

REPRESENTATIVE of the Estate of Eva Greenstein, Deceased, Parent of decedent Eileen Greenstein

EDWARD W. GREENSTEIN, individually as the Sibling of Eileen Greenstein, Deceased

HOWARD GREENSTEIN, individually as the Sibling of Eileen Greenstein, Deceased

MICHAEL J. GREENSTEIN, individually and as the Personal Representative of the Estate of Eileen Greenstein, Deceased and on behalf of all survivors of Eileen Greenstein

AMANDA MARIE WALLING, individually as the Child of Donald H. Gregory, Deceased

SARA ELIZABETH CARPENTER, individually as the Child of Donald H. Gregory, Deceased

MAUREEN A. GREGORY, individually and as the Personal Representative of the Estate of Donald H. Gregory, Deceased and on behalf of all survivors of Donald H. Gregory

VICTORIA BLAKSLEY, individually and as the Personal Representative of the Estate of Pedro Grehan, Deceased and on behalf of all survivors of Pedro Grehan

REPRESENTATIVE of the Estate of Teresa L. Grimner, Deceased, Parent of decedent David Joseph Grimner

MARY ANN ELIZABETH PETERS, individually as the Sibling of David Joseph Grimner, Deceased

VIRGINIA MARGARET KWIATKOSKI, individually as the Sibling of David Joseph Grimner, Deceased

JUDITH A. GRIMNER, individually and as the Personal Representative of the Estate of David Joseph Grimner, Deceased and on behalf of all survivors of David Joseph Grimner

CHARLES GREGORY GRIMNER, individually as the Sibling of David Joseph Grimner, Deceased

ANN M. BROWNE, individually as the Sibling of Francis E. Grogan, Deceased

JOANNE GRZELAK, individually and as the Personal Representative of the Estate of Joseph

Grzelak, Deceased and on behalf of all survivors of Joseph Grzelak

PATRICIA GRZYMALSKI, individually and as the Personal Representative of the Estate of Matthew James Grzymalski, Deceased and on behalf of all survivors of Matthew James Grzymalski

CAI ZHANG, individually as the Parent of Liming Gu, Deceased

YUAU KU, individually as the Sibling of Liming Gu, Deceased

JIN LIU, individually and as the Personal Representative of the Estate of Liming Gu, Deceased and on behalf of all survivors of Liming Gu

FUSHAN GU, individually as the Parent of Liming Gu, Deceased

YU ZHOU GU, individually as the Sibling of Liming Gu, Deceased

REPRESENTATIVE of the Estate of Beatrice Josephine Guadagno, Deceased, Parent of decedent Richard J. Guadagno

LORI M. GUADAGNO, individually as the Sibling of Richard J. Guadagno, Deceased

JERRY F. GUADAGNO, individually and as the Personal Representative of the Estate of Richard J. Guadagno, Deceased and on behalf of all survivors of Richard J. Guadagno

ELISE S. GUADALUPE, individually and as the Personal Representative of the Estate of Jose Antonio Guadalupe, Deceased and on behalf of all survivors of Jose Antonio Guadalupe and on behalf of minor child A.J.G.

EDWIN H. YUEN, individually and as the Personal Representative of the Estate of Cindy Yanzhu Guan, Deceased and on behalf of all survivors of Cindy Yanzhu Guan

NAOEMI P. GULLICKSON, individually and as the Personal Representative of the Estate of Joseph P. Gullickson, Deceased and on behalf of all survivors of Joseph P. Gullickson

THOMAS GUZA, individually and as the
Personal Representative of the Estate of Philip
T. Guza, Deceased and on behalf of all
survivors of Philip T. Guza

ANTHONY C. GUZZARDO, individually as
the Child of Barbara Guzzardo, Deceased

ANTHONY GUZZARDO, SR., individually
and as the Personal Representative of the Estate
of Barbara Guzzardo, Deceased and on behalf
of all survivors of Barbara Guzzardo

MARJORIE ANN FARLEY, individually and
as the Personal Representative of the Estate of
Paige Farley Hackel, Deceased and on behalf of
all survivors of Paige Farley Hackel

ALLAN R. HACKEL, individually as the
Spouse of Paige Farley Hackel, Deceased

PATRICIA ANN THOMPSON-HAENTZLER,
individually and as the Personal Representative
of the Estate of Philip Haentzler, Deceased and
on behalf of all survivors of Philip Haentzler

MARYJANE HAGIS, individually as the
Parent of Steven M. Hagis, Deceased

STACY HAGIS BRUNO, individually as the
Sibling of Steven M. Hagis, Deceased

GLORIA HAGIS, individually and as the
Personal Representative of the Estate of Steven
M. Hagis, Deceased and on behalf of all
survivors of Steven M. Hagis

CHRISTOPHER HAGIS, individually as the
Sibling of Steven M. Hagis, Deceased

STEVE HAGIS, SR., individually as the Parent
of Steven M. Hagis, Deceased

ELIZABETH J. ADAMS, individually and as
the Personal Representative of the Estate of
Marylou Hague, Deceased and on behalf of all
survivors of Marylou Hague

CYNTHIA J. HAGUE, as the Personal
Representative of the Estate of Eugene T.
Hague, Jr., Deceased, Parent of decedent
Marylou Hague

GERALDINE HALDERMAN, individually

and as the Personal Representative of the Estate
of David Halderman, Deceased and on behalf
of all survivors of David Halderman

MARIANNE ANGELO, individually as the
Sibling of David Halderman, Deceased

YANIQUE HALL, individually as the Child of
Vaswald George Hall, Deceased

BEVERLY HALL, individually and as the
Personal Representative of the Estate of
Vaswald George Hall, Deceased and on behalf
of all survivors of Vaswald George Hall

REPRESENTATIVE of the Estate of Brenda
Halligan, Deceased, Parent of decedent Robert
John Halligan

LARA STACEY, individually as the Child of
Robert John Halligan, Deceased

SARAH JANE ROBBINS, individually as the
Child of Robert John Halligan, Deceased

EMMA LOUISE ARRO, individually as the
Child of Robert John Halligan, Deceased

MARY KATHLEEN LYNN, individually as
the Sibling of Robert John Halligan, Deceased

JERALDINE HALLIGAN, individually and as
the Personal Representative of the Estate of
Robert John Halligan, Deceased and on behalf
of all survivors of Robert John Halligan

JAMES E. HALLIGAN, individually as the
Child of Robert John Halligan, Deceased

TREVOR ANDREW HALLIGAN,
individually as the Child of Robert John
Halligan, Deceased

WILLIAM G. HALLIGAN, individually as the
Sibling of Robert John Halligan, Deceased

DAVID MITCHELL HALLIGAN,
individually as the Sibling of Robert John
Halligan, Deceased

MARY ALICE HALLORAN, individually as
the Parent of Vincent Gerard Halloran,
Deceased

MAUREEN RUTH HALVORSON,

individually and as the Personal Representative of the Estate of James D. Halvorson, Deceased and on behalf of all survivors of James D. Halvorson

LISA A. VENTURA, individually and as the Personal Representative of the Estate of Felicia Hamilton, Deceased and on behalf of all survivors of Felicia Hamilton

WALTER E. HAMILTON, individually as the Child of Felicia Hamilton, Deceased

ELIZABETH HAMILTON, individually and as the Personal Representative of the Estate of Robert Hamilton, Deceased and on behalf of all survivors of Robert Hamilton

SUE HAMMOND, individually as the Parent of Carl Max Hammond, Jr., Deceased

CYNTHIA SUE SUMNER, individually and as the Personal Representative of the Estate of Carl Max Hammond, Jr., Deceased and on behalf of all survivors of Carl Max Hammond, Jr.

CARL M. HAMMOND, SR., individually as the Parent of Carl Max Hammond, Jr., Deceased

PATRICIA ROSE HANLEY, individually as the Parent of Sean Hanley, Deceased

GERALD HANLEY, individually as the Parent of Sean Hanley, Deceased

GERALD T. HANLEY, individually as the Sibling of Sean Hanley, Deceased

KEVIN E. HANLEY, individually as the Sibling of Sean Hanley, Deceased

BRYAN T. HANLEY, individually and as the Personal Representative of the Estate of Sean Hanley, Deceased and on behalf of all survivors of Sean Hanley

NANCY ELIZABETH HANNAFORD, individually as the Parent of Kevin James Hannaford, Deceased

ELIZABETH L. SARACENO, individually as the Sibling of Kevin James Hannaford,

Deceased

EILEEN A. HANNAFORD, individually and as the Personal Representative of the Estate of Kevin James Hannaford, Deceased and on behalf of all survivors of Kevin James Hannaford

JAMES JOSEPH HANNAFORD, individually as the Parent of Kevin James Hannaford, Deceased

PATRICK GERARD HANNAFORD, individually as the Sibling of Kevin James Hannaford, Deceased

GAYE HANNON, individually as the Parent of Dana Rey Hannon, Deceased

KYLE HANNON, individually as the Sibling of Dana Rey Hannon, Deceased

PERSONAL REPRESENTATIVE, of the Estate of Dana Rey Hannon, Deceased and on behalf of all survivors of Dana Rey Hannon. REPRESENTATIVE of the Estate of Thomas Hannon, Deceased, Parent of decedent Dana Rey Hannon

C. LEE HANSON, individually and as the Personal Representative of the Estate of Christine Lee Hanson, Deceased and on behalf of all survivors of Christine Lee Hanson

EUNICE KATHERINE HANSON, individually as the Parent of Peter Burton Hanson, Deceased

KATHRYN LEE BARRERE, individually as the Sibling of Peter Burton Hanson, Deceased

C. LEE HANSON, individually and as the Personal Representative of the Estate of Peter Burton Hanson, Deceased and on behalf of all survivors of Peter Burton Hanson

JOHN HYUNSOOL KIM, individually and as the Personal Representative of the Estate of Sue Ju Hanson, Deceased and on behalf of all survivors of Sue Ju Hanson

JULIA K. HARAMIS, individually as the Child of Vassilios G. Haramis, Deceased

GLORIA HARAMIS, individually and as the
Personal Representative of the Estate of
Vassilios G. Haramis, Deceased and on behalf
of all survivors of Vassilios G. Haramis

GEORGE VASSILION HARAMIS,
individually as the Child of Vassilios G.
Haramis, Deceased

JUDITH KAY HARDACRE, individually and
as the Personal Representative of the Estate of
Gerald Hardacre, Deceased and on behalf of all
survivors of Gerald Hardacre

REPRESENTATIVE of the Estate of Lawrence
Hardacre, Deceased, Sibling of decedent Gerald
Hardacre

PATRICIA E. HARGRAVE, individually as
the Spouse of Timothy J. Hargrave, Deceased

CAROLINE ANNA HARLIN, individually as
the Parent of Daniel Edward Harlin, Deceased

JOAN PATRICIA HARLIN, individually as
the Sibling of Daniel Edward Harlin, Deceased

DEBRA A. HARLIN, individually and as the
Personal Representative of the Estate of Daniel
Edward Harlin, Deceased and on behalf of all
survivors of Daniel Edward Harlin

REPRESENTATIVE of the Estate of Wilbur
Harlin, Deceased, Parent of decedent Daniel
Edward Harlin

JAMES HARLIN, individually as the Sibling
of Daniel Edward Harlin, Deceased

ROBERT W. HARLIN, individually as the
Sibling of Daniel Edward Harlin, Deceased

ANDREA CALDARELLA, individually as the
Child of Frances Haros, Deceased

MARIA ANN GALEA, individually and as the
Personal Representative of the Estate of
Frances Haros, Deceased and on behalf of all
survivors of Frances Haros

NICHOLAS HAROS, JR., individually as the
Child of Frances Haros, Deceased

REPRESENTATIVE of the Estate of Miriam F.

Harrell, Deceased, Parent of decedent Harvey L. Harrell

MOLLY DUNE, individually as the Sibling of Harvey L. Harrell, Deceased

DOE 37, individually as the Sibling of DOE 37, Deceased

DAVID W. HARRELL, individually as the Sibling of Harvey L. Harrell, Deceased

REPRESENTATIVE of the Estate of Harvey L. Harrell, Sr., Deceased, Parent of decedent Harvey L. Harrell

REPRESENTATIVE of the Estate of Miriam F. Harrell, Deceased, Parent of decedent Stephen G. Harrell

MOLLY DUNE, individually as the Sibling of Stephen G. Harrell, Deceased

DOE 37, individually as the Sibling of DOE 36 Deceased

DAVID W. HARRELL, individually as the Sibling of Stephen G. Harrell, Deceased

REPRESENTATIVE of the Estate of Harvey L. Harrell, Sr., Deceased, Parent of decedent Stephen G. Harrell

ARVETTE DENISE HARRIS, individually and as the Personal Representative of the Estate of Aisha Ann Harris, Deceased and on behalf of all survivors of Aisha Ann Harris

MARCUS J. HARRIS, individually as the Sibling of Aisha Ann Harris, Deceased

REPRESENTATIVE of the Estate of Robert Harris, Jr., Deceased, Parent of decedent Aisha Ann Harris

MILDRED HARRIS, individually as the Parent of Stewart D. Harris, Deceased

REPRESENTATIVE of the Estate of Rubin Jay Harris, Deceased, Parent of decedent Stewart D. Harris

LLOYD HARRIS, individually as the Sibling of Stewart D. Harris, Deceased

REPRESENTATIVE of the Estate of Betty J. Mathwig, Deceased, Parent of decedent John P. Hart

CHRISTINE LOUISE REICHERT-HART, individually as the Sibling of John P. Hart, Deceased

MARY ELIZABETH MEIXELSPERGER, individually as the Sibling of John P. Hart, Deceased

SANDRA ELLEN SHELLEY, individually as the Sibling of John P. Hart, Deceased

JEANINE HART SEAMAN, individually as the Sibling of John P. Hart, Deceased

LAURIE SUE HART, individually and as the Personal Representative of the Estate of John P. Hart, Deceased and on behalf of all survivors of John P. Hart

REPRESENTATIVE of the Estate of James A. Hart, Jr., Deceased, Sibling of decedent John P. Hart

RITA A. HASHEM, individually and as the Personal Representative of the Estate of Peter Paul Hashem, Deceased and on behalf of all survivors of Peter Paul Hashem

GRACE SUSAN HATTON, individually as the Parent of Terence Sean Hatton, Deceased

GRACE SUSAN HATTON, individually as the Sibling of Terence Sean Hatton, Deceased

ELIZABETH PETRONE HATTON, individually and as the Personal Representative of the Estate of Terence Sean Hatton, Deceased and on behalf of all survivors of Terence Sean Hatton and on behalf of the minor child T.H.

KENNETH ROBERTS HATTON, individually as the Parent of Terence Sean Hatton, Deceased

ERIKA ANN HAUB, individually and as the Personal Representative of the Estate of Michael Haub, Deceased and on behalf of all survivors of Michael Haub and on behalf of minor child K.E.H.

SUSAN CONKLIN, individually as the Sibling

of Donald G. Havlish, Jr., Deceased

FIONA MICHAELA HAVLISH, individually
and as the Personal Representative of the Estate
of Donald G. Havlish, Jr., Deceased and on
behalf of all survivors of Donald G. Havlish, Jr.

WILLIAM HAVLISH, individually as the
Sibling of Donald G. Havlish, Jr., Deceased

DONALD G. HAVLISH, SR., individually as
the Parent of Donald G. Havlish, Jr., Deceased

ELIZABETH GAIL HAYDEN, individually
and as the Personal Representative of the Estate
of James E. Hayden, Deceased and on behalf of
all survivors of James E. Hayden

DEBORAH LYNN HAYES, individually and
as the Personal Representative of the Estate of
Robert Jay Hayes, Deceased and on behalf of
all survivors of Robert Jay Hayes and on behalf
of minor child R.A.H.

JANICE HAZELCORN, individually as the
Parent of Scott Hazelcorn, Deceased

CHARLES HAZELCORN, individually and as
the Personal Representative of the Estate of
Scott Hazelcorn, Deceased and on behalf of all
survivors of Scott Hazelcorn

ERIC HAZELCORN, individually as the
Sibling of Scott Hazelcorn, Deceased

BERNARD HEERAN, individually and as the
Co-Administrator of the Estate of Charles F.X.
Heeran, Deceased and on behalf of all survivors
of Charles F.X. Heeran

THOMAS P. HEIDENBERGER, individually
and as the Personal Representative of the Estate
of Michele M. Heidenberger, Deceased and on
behalf of all survivors of Michele M.
Heidenberger

DEBORA HEMSCHOOT, individually and as
the Personal Representative of the Estate of
Mark Hemschoot, Deceased and on behalf of
all survivors of Mark Hemschoot

DAVID C. HEMSCHOOT, individually as the
Child of Mark Hemschoot, Deceased

JEFFREY W. HEMSCHOOT, individually as
the Child of Mark Hemschoot, Deceased

DOE 11, individually as the Spouse and as the
Personal Representative of the Estate of DOE
11, Deceased and on behalf of all survivors of
DOE 11

PATRICIA A. HENRIQUE, individually as the
Parent of Michelle Marie Henrique, Deceased

CHRISTINA HENRIQUE, individually as the
Sibling of Michelle Marie Henrique, Deceased

GEORGE HENRIQUE, individually and as the
Personal Representative of the Estate of
Michelle Marie Henrique, Deceased and on
behalf of all survivors of Michelle Marie
Henrique

PAUL R. HENRIQUE, individually as the
Sibling of Michelle Marie Henrique, Deceased

MICHAEL HENRIQUE, individually as the
Sibling of Michelle Marie Henrique, Deceased

ALICE A. HENRY, individually and as the Co-
Administrator of the Estate of Joseph P. Henry,
Deceased and on behalf of all survivors of
Joseph P. Henry

KATHLEEN S. HENRY, individually as the
Sibling of Joseph P. Henry, Deceased

MARY HENRY, individually as the Sibling of
Joseph P. Henry, Deceased

EDWARD HENRY, individually and as the
Co-Administrator of the Estate of Joseph P.
Henry, Deceased and on behalf of all survivors
of Joseph P. Henry

MICHAEL HENRY, individually as the
Sibling of Joseph P. Henry, Deceased

DANIEL HENRY, individually as the Sibling
of Joseph P. Henry, Deceased

EDWARD HENRY, JR., individually as the
Sibling of Joseph P. Henry, Deceased

ETHEL M. HENRY, individually and as the
Personal Representative of the Estate of
William Henry, Deceased and on behalf of all

survivors of William Henry

ALLYSON HEPBURN, individually as the Child of Robert Allan Hepburn, Deceased

JENNIFER HEPBURN, individually as the Child of Robert Allan Hepburn, Deceased

THERESA LYNN HEPBURN, individually and as the Personal Representative of the Estate of Robert Allan Hepburn, Deceased and on behalf of all survivors of Robert Allan Hepburn

MARGARET MCCRANE, individually and as the Personal Representative of the Estate of Mary Herencia, Deceased and on behalf of all survivors of Mary Herencia

REPRESENTATIVE of the Estate of Peter Carr, Deceased, Sibling of decedent Mary Herencia

REPRESENTATIVE of the Estate of Kevin Carr, Deceased, Sibling of decedent Mary Herencia

JULIO HERENCIA, individually as the Child of Mary Herencia, Deceased

JOSEPH HERENCIA, individually as the Child of Mary Herencia, Deceased

CARMEN ENEIDA IRIZARRY, individually as the Parent of Claribel Hernandez, Deceased

MARIBEL TOPALTZAS, individually as the Sibling of Claribel Hernandez, Deceased

REPRESENTATIVE of the Estate of Jaime Villalobos, Deceased, Parent of decedent Claribel Hernandez

ESLYN HERNANDEZ, SR., individually and as the Personal Representative of the Estate of Claribel Hernandez, Deceased and on behalf of all survivors of Claribel Hernandez

JACQUELINE HERNANDEZ, individually as the Child of Norberto Hernandez, Deceased

CATHERINE HERNANDEZ, individually as the Child of Norberto Hernandez, Deceased

ALEJANDRINA FELICIANO, individually as the Parent of Norberto Hernandez, Deceased

MARISOL HERNANDEZ, individually as the
Sibling of Norberto Hernandez, Deceased

MIRIAM LUZ KHATRI, individually as the
Sibling of Norberto Hernandez, Deceased

LUZ MILAGROS LUNA, individually as the
Sibling of Norberto Hernandez, Deceased

MERQUIADES DIAZ, individually as the
Sibling of Norberto Hernandez, Deceased

EULOGIA HERNANDEZ, individually and as
the Personal Representative of the Estate of
Norberto Hernandez, Deceased and on behalf
of all survivors of Norberto Hernandez

WILLY ALBERTO HERNANDEZ,
individually as the Sibling of Norberto
Hernandez, Deceased

PABLO LUIS HERNANDEZ, individually as
the Sibling of Norberto Hernandez, Deceased

HECTOR LUIS HERNANDEZ, individually as
the Sibling of Norberto Hernandez, Deceased

VENANCIO HERNANDEZ, JR., individually
as the Sibling of Norberto Hernandez,
Deceased

VENANCIO HERNANDEZ, SR., individually
as the Parent of Norberto Hernandez, Deceased

ESLYN HERNANDEZ, SR., individually as
the Sibling of Norberto Hernandez, Deceased

LESLIE SUE HERSCH, individually and as the
Personal Representative of the Estate of Jeffrey
A. Hersch, Deceased and on behalf of all
survivors of Jeffrey A. Hersch

BARBARA MARILLE HETZEL, individually
as the Parent of Thomas J. Hetzel, Deceased

DORINE HETZEL, individually as the Sibling
of Thomas J. Hetzel, Deceased

DIANA HETZEL, individually and as the
Personal Representative of the Estate of
Thomas J. Hetzel, Deceased and on behalf of
all survivors of Thomas J. Hetzel and on behalf
of minor child A.C.H.

EGON HERMANN HETZEL, individually as

the Parent of Thomas J. Hetzel, Deceased

DANIEL HETZEL, individually as the Sibling of Thomas J. Hetzel, Deceased

ANA ROSARIO, individually as the Domestic Partner of Emencio Dario Hidalgo, Deceased

CAREN HIGGINS, individually and as the Personal Representative of the Estate of Timothy Higgins, Deceased and on behalf of all survivors of Timothy Higgins

RACHAEL HIGLEY, individually as the Sibling of Robert Dale Warren Higley, II, Deceased

REPRESENTATIVE of the Estate of Todd E.H. Higley, Deceased, Sibling of decedent Robert Dale Warren Higley, II

JOHN DOUGLAS HIGLEY, individually as the Parent of Robert Dale Warren Higley, II, Deceased

VIRGINIA A. HINDY, individually as the Parent of Mark D. Hindy, Deceased

GEORGE V. HINDY, individually and as the Personal Representative of the Estate of Mark D. Hindy, Deceased and on behalf of all survivors of Mark D. Hindy

GREGORY J. HINDY, individually as the Sibling of Mark D. Hindy, Deceased

SEAN MICHAEL HOBIN, as the Representative of the Estate of Sheila C. Hobin, Deceased, Spouse of decedent James J. Hobin

DONNA DIETRICH, individually as the Sibling of James J. Hobin, Deceased

SEAN MICHAEL HOBIN, individually and as the Representative of the Estate of James J. Hobin, Deceased and on behalf of all survivors of James J. Hobin

DERRICK J. HOBIN, individually as the Child of James J. Hobin, Deceased

JUDITH HOBSON, individually as the Parent of Robert Wayne Hobson, III, Deceased

LISA ANN HOPKINS, individually as the

Sibling of Robert Wayne Hobson, III, Deceased

LAURA J. DECOSTER, individually as the
Sibling of Robert Wayne Hobson, III, Deceased

CYNTHIA HOBSON MCNUTT, individually
and as the Personal Representative of the Estate
of Robert Wayne Hobson, III, Deceased and on
behalf of all survivors of Robert Wayne
Hobson, III

MATTHEW HOBSON, individually as the
Sibling of Robert Wayne Hobson, III, Deceased

BARBARA A. HOERNER, individually and as
the Personal Representative of the Estate of
Ronald George Hoerner, Deceased and on
behalf of all survivors of Ronald George
Hoerner

DOE 03, individually as the Child of DOE 03,
Deceased

DOE 03, individually as the Parent of DOE 03,
Deceased

DOE 03, individually as the Sibling of DOE 03,
Deceased

DOE 03, individually as the Sibling of DOE 03,
Deceased

DOE 03, individually as the Sibling of DOE 03,
Deceased

DOE 03, individually as the Spouse and as the
Personal Representative of the Estate of DOE
03, Deceased and on behalf of all survivors of
DOE 03

DOE 03, individually as the Child of DOE 03,
Deceased

DOE 03, individually as the Child of DOE 03,
Deceased

DOE 03, individually as the Child of DOE 03,
Deceased

DOE 03, individually as the Sibling of DOE 03,
Deceased

DOE 03, individually as the Sibling of DOE 03,
Deceased

116

ALICIA HOFER, individually as the Child of John Hofer, Deceased

BILLIE ANN HOFER, individually as the Parent of John Hofer, Deceased

SUSAN CANESO, individually as the Sibling of John Hofer, Deceased

REBECCA HOFER, individually and as the Personal Representative of the Estate of John Hofer, Deceased and on behalf of all survivors of John Hofer

RICHARD HOFER, individually as the Sibling of John Hofer, Deceased

DOE 76, individually as the Parent of DOE 76, Deceased

DOE 76, individually as the Sibling of DOE 76, Deceased

DOE 76, individually as the Sibling of DOE 76, Deceased

DOE 76, individually as the Sibling of DOE 76, Deceased

DOE 76, individually as the Sibling of DOE 76, Deceased

DOE 76, individually as the Sibling of DOE 76, Deceased

DOE 76, individually as the Spouse and as the Personal Representative of the Estate of DOE 76, Deceased and on behalf of all survivors of DOE 76 and on behalf of minor child DOE 76

REPRESENTATIVE of the Estate of DOE 76, Deceased, Parent of decedent DOE 76

DOE 76, individually as the Sibling of DOE 76, Deceased

DOE 76, individually as the Sibling of DOE 76, Deceased

DOE 76, individually as the Sibling of DOE 76, Deceased

DOE 76, individually as the Sibling of DOE 76, Deceased

DOE 76, individually as the Sibling of DOE 76,

Deceased

DOE 76, individually as the Sibling of DOE 76,
Deceased

GAIL HOFFMANN, individually and as the
Personal Representative of the Estate of
Frederick Hoffmann, Deceased and on behalf
of all survivors of Frederick Hoffmann

GAIL HOFFMANN, individually and as the
Personal Representative of the Estate of
Michele Hoffmann, Deceased and on behalf of
all survivors of Michele Hoffmann

PERSONAL REPRESENTATIVE, of the
Estate of Judith Florence Hofmiller, Deceased
and on behalf of all survivors of Judith
Florence Hofmiller

RICHARD J. WINKIS as the Representative of
the Estate of Robert Thomas Winkis, Deceased,
Domestic Partner of decedent Judith Florence
Hofmiller

ROBIN HOHLWECK, individually as the
Child of Thomas Warren Hohlweck, Jr.,
Deceased

RANDOLPH T. HOHLWECK, individually as
the Child of Thomas Warren Hohlweck, Jr.,
Deceased

TODD W. HOHLWECK, individually as the
Child of Thomas Warren Hohlweck, Jr.,
Deceased

JESSICA LIN HIDALGO HOLLAND,
individually as the Child of Cora Hidalgo
Holland, Deceased

STEPHANIE DENISE HIDALGO
HOLLAND-BRODNEY, individually as the
Child of Cora Hidalgo Holland, Deceased

MARIA Y. ALDACO, individually as the
Sibling of Cora Hidalgo Holland, Deceased

REPRESENTATIVE of the Estate of Gonzalo
A. Hidalgo, Deceased, Sibling of decedent Cora
Hidalgo Holland

NATHANIEL K. HOLLAND, individually as
the Child of Cora Hidalgo Holland, Deceased

118

ERNIE HIDALGO, individually as the Sibling of Cora Hidalgo Holland, Deceased

STEPHEN K. HOLLAND, individually and as the Personal Representative of the Estate of Cora Hidalgo Holland, Deceased and on behalf of all survivors of Cora Hidalgo Holland

CAROL ANN O'TOOLE, individually as the Parent of Joseph Holland, Jr., Deceased

TARA HOLLAND-HICKEY, individually as the Sibling of Joseph Holland, Jr., Deceased

JOSEPH HOLLAND, individually as the Parent of Joseph Holland, Jr., Deceased

MARTHA R. JACKSON-HOLLEY, individually and as the Personal Representative of the Estate of Jimmie I. Holley, Deceased and on behalf of all survivors of Jimmie I. Holley

REPRESENTATIVE of the Estate of Beaulah Holmes, Deceased, Parent of decedent Elizabeth Holmes

DORIS HOLMES, individually as the Sibling of Elizabeth Holmes, Deceased

LOUISE ELLERBE, individually as the Sibling of Elizabeth Holmes, Deceased

VIVIAN BYAS, individually and as the Personal Representative of the Estate of Elizabeth Holmes, Deceased and on behalf of all survivors of Elizabeth Holmes

WALTER BYAS, individually as the Sibling of Elizabeth Holmes, Deceased

THOMAS HOLMES, individually as the Sibling of Elizabeth Holmes, Deceased

CHRISTOPHER HOLMES, JR., individually as the Sibling of Elizabeth Holmes, Deceased

WINIFRED M. HOMER, individually as the Parent of Herbert Wilson Homer, Deceased

KAREN L. HOMER, individually and as the Personal Representative of the Estate of Herbert Wilson Homer, Deceased and on behalf of all survivors of Herbert Wilson Homer

WILLIAM T. HOMER, individually as the

119

Parent of Herbert Wilson Homer, Deceased

STEPHEN H. HOMER, individually as the
Sibling of Herbert Wilson Homer, Deceased

RITA HOPPER, individually and as the
Personal Representative of the Estate of James
P. Hopper, Deceased and on behalf of all
survivors of James P. Hopper

LISA HORD, individually and as the Personal
Representative of the Estate of Montgomery
Hord, Deceased and on behalf of all survivors
of Montgomery Hord

MARY A. HORN, individually as the Parent of
Michael Joseph Horn, Deceased

CHRISTINE M. GRAUER, individually as the
Sibling of Michael Joseph Horn, Deceased

MAUREEN ANN HORN, individually as the
Sibling of Michael Joseph Horn, Deceased

CHARLES H. HORN, individually and as the
Personal Representative of the Estate of
Michael Joseph Horn, Deceased and on behalf
of all survivors of Michael Joseph Horn

DOE 108, individually as the Parent of DOE
108, Deceased

DOE 108, individually as the Sibling of DOE
108, Deceased

DOE 108, individually as the Parent and as the
Personal Representative of the Estate of DOE
108, Deceased and on behalf of all survivors of
DOE 108

PATRICIA M. HOROHOE, individually and as
the Co-Administrator of the Estate of Robert L.
Horohoe, Jr., Deceased and on behalf of all
survivors of Robert L. Horohoe, Jr.

PATRICIA M. WITSCHEL, individually as the
Sibling of Robert L. Horohoe, Jr., Deceased

DONNA M. ERSKINE, individually as the
Sibling of Robert L. Horohoe, Jr., Deceased

MICHAEL E. HOROHOE, individually as the
Sibling of Robert L. Horohoe, Jr., Deceased

ROBERT L. HOROHOE, SR., individually and

as the Co-Administrator of the Estate of Robert L. Horohoe, Jr., Deceased and on behalf of all survivors of Robert L. Horohoe, Jr.

MIRIAM HORROCKS, individually and as the Personal Representative of the Estate of Michael Robert Horrocks, Deceased and on behalf of all survivors of Michael Robert Horrocks

ELIZABETH HORWITZ, individually and as the Co-Administrator of the Estate of Aaron Horwitz, Deceased and on behalf of all survivors of Aaron Horwitz

TARA HORWITZ, individually as the Sibling of Aaron Horwitz, Deceased

ALLAN HORWITZ, individually and as the Co-Administrator of the Estate of Aaron Horwitz, Deceased and on behalf of all survivors of Aaron Horwitz

BLAKE HORWITZ, individually as the Sibling of Aaron Horwitz, Deceased

ROBERT HORWITZ, individually as the Sibling of Aaron Horwitz, Deceased

SONYA M. HOUSTON, individually and as the Personal Representative of the Estate of Uhuru Gonja Houston, Deceased and on behalf of all survivors of Uhuru Gonja Houston and on behalf of minor child H.H.

JULIA P. SHONTERE, individually and as the Personal Representative of the Estate of Angela Marie Houtz, Deceased and on behalf of all survivors of Angela Marie Houtz

EMILY HOWELL, individually and as the Personal Representative of the Estate of Michael C. Howell, Deceased and on behalf of all survivors of Michael C. Howell

KEVIN M. HOWELL, individually as the Child of Michael C. Howell, Deceased

REPRESENTATIVE of the Estate of Donna M. Howell, Deceased, Sibling of decedent Steven Leon Howell

FAY CAPUTO, individually as the Parent of

Steven Leon Howell, Deceased

RALPH L. HOWELL, individually as the
Parent of Steven Leon Howell, Deceased

JOSEPH W. HROMADA, individually and as
the Personal Representative of the Estate of
Milagros Hromada, Deceased and on behalf of
all survivors of Milagros Hromada

KATELYN ANN HUCZKO, individually as
the Child of Stephen Huczko, Jr., Deceased

KATHLEEN C. MCGUIRE, individually and
as the Personal Representative of the Estate of
Stephen Huczko, Jr., Deceased and on behalf of
all survivors of Stephen Huczko, Jr.

ELAINE L. HUGHES, individually as the
Parent of Kris Robert Hughes, Deceased

KIMBERLY FRANCO, individually as the
Sibling of Kris Robert Hughes, Deceased

HENRY R. HUGHES, individually and as the
Personal Representative of the Estate of Kris
Robert Hughes, Deceased and on behalf of all
survivors of Kris Robert Hughes

KEITH HUGHES, individually as the Sibling
of Kris Robert Hughes, Deceased

DONNA SARA HUGHES, individually and as
the Personal Representative of the Estate of
Paul Rexford Hughes, Deceased and on behalf
of all survivors of Paul Rexford Hughes

LOUISE HUGHES, individually and as the Co-
Administrator of the Estate of Robert T.
Hughes, Jr., Deceased and on behalf of all
survivors of Robert T. Hughes, Jr.

LEIGHA HUGHES, individually as the Sibling
of Robert T. Hughes, Jr., Deceased

SHANIN HUGHES, individually as the Sibling
of Robert T. Hughes, Jr., Deceased

LYNDSEY HUGHES, individually as the
Sibling of Robert T. Hughes, Jr., Deceased

ROBERT T. HUGHES, individually and as the
Co-Administrator of the Estate of Robert T.
Hughes, Jr., Deceased and on behalf of all

survivors of Robert T. Hughes, Jr.

ROSANNE HUGHES, individually and as the Personal Representative of the Estate of Thomas F. Hughes, Jr., Deceased and on behalf of all survivors of Thomas F. Hughes, Jr.

TENNYSON HUIE, individually and as the Personal Representative of the Estate of Susan Huie, Deceased and on behalf of all survivors of Susan Huie

GORDON HUIE, individually as the Sibling of Susan Huie, Deceased

JENNIFER WOODWARD HUNT, individually and as the Personal Representative of the Estate of William Christopher Hunt, Deceased and on behalf of all survivors of William Christopher Hunt and on behalf of minor child E.K.H.

NATALIE CHRISTINA CONNERS, individually as the Child of Robert Joseph Hymel, Deceased

BEATRIZ E. HYMEL, individually and as the Personal Representative of the Estate of Robert Joseph Hymel, Deceased and on behalf of all survivors of Robert Joseph Hymel

CAROLYNE YACOUB HYNES, individually and as the Personal Representative of the Estate of Thomas Edward Hynes, Deceased and on behalf of all survivors of Thomas Edward Hynes

MONICA PALATUCCI, individually as the Fiancé of Joseph A. Ianelli, Deceased

BARBARA ELLEN IANELLI, individually as the Parent of Joseph A. Ianelli, Deceased

JENNIFER THOMPSON, individually as the Sibling of Joseph A. Ianelli, Deceased

JOSEPH IANELLI, individually and as the Personal Representative of the Estate of Joseph A. Ianelli, Deceased and on behalf of all survivors of Joseph A. Ianelli

AYSE IBIS, individually as the Parent of Zuhtu Ibis, Deceased

HACER IBIS, individually as the Sibling of
Zuhtu Ibis, Deceased

LEYLA UYAR, individually and as the
Personal Representative of the Estate of Zuhtu
Ibis, Deceased and on behalf of all survivors of
Zuhtu Ibis and on behalf of minor child M.I.

ALI IBIS, individually as the Parent of Zuhtu
Ibis, Deceased

MEHMET IBIS, individually as the Sibling of
Zuhtu Ibis, Deceased

CAROLANN HABEEB, as Representative of
the Estate of Anne Habeeb, Deceased, Sibling
of decedent Michael Patrick Iken

MONICA IKEN, individually and as the
Personal Representative of the Estate of
Michael Patrick Iken, Deceased and on behalf
of all survivors of Michael Patrick Iken

GERARD IKEN, individually as the Sibling of
Michael Patrick Iken, Deceased

REPRESENTATIVE of the Estate of Alice Ill,
Deceased, Parent of decedent Frederick J. Ill,
Jr.

JANE C. ILL, individually as the Sibling of
Frederick J. Ill, Jr., Deceased

FREDERICK J. ILL, SR., individually as the
Parent of Frederick J. Ill, Jr., Deceased

GLORIA INGRASSIA, individually and as the
Personal Representative of the Estate of
Christopher Noble Ingrassia, Deceased and on
behalf of all survivors of Christopher Noble
Ingrassia

ELISA M. INGRASSIA, individually as the
Sibling of Christopher Noble Ingrassia,
Deceased

ANTHONY ARCANGELO INGRASSIA,
individually as the Parent of Christopher Noble
Ingrassia, Deceased

ANTHONY W. INGRASSIA, individually as
the Sibling of Christopher Noble Ingrassia,
Deceased

PAUL B. INGRASSIA, individually as the Sibling of Christopher Noble Ingrassia, Deceased

LUCY A. AITA, individually as the Fiancé of Paul W. Innella, Deceased

JOANNE IRGANG, individually as the Parent of Doug Irgang, Deceased

STEVEN IRGANG, individually and as the Personal Representative of the Estate of Doug Irgang, Deceased and on behalf of all survivors of Doug Irgang

LAURI T. ISBRANDTSEN, individually and as the Co-Administrator of the Estate of Erik Hans Isbrandtsen, Deceased and on behalf of all survivors of Erik Hans Isbrandtsen

DIRK H. ISBRANDTSEN, individually and as the Co-Administrator of the Estate of Erik Hans Isbrandtsen, Deceased and on behalf of all survivors of Erik Hans Isbrandtsen

MAY MARCONET, individually and as the Personal Representative of the Estate of Waleed Iskandar, Deceased and on behalf of all survivors of Waleed Iskandar

ANTHONY DETULLIO, individually as the Sibling of Virginia Jablonski, Deceased

BARRY JABLONSKI, individually and as the Personal Representative of the Estate of Virginia Jablonski, Deceased and on behalf of all survivors of Virginia Jablonski

DOE 47, individually as the Spouse and as the Personal Representative of the Estate of DOE 47, Deceased and on behalf of all survivors of DOE 47 and on behalf of minor child DOE 47

JENNIFER BRADY, individually as the Child of Michael Grady Jacobs, Deceased

MARY BRADY, individually as the Child of Michael Grady Jacobs, Deceased

PETER BRADY, individually and as the Co-Administrator of the Estate of Michael Grady Jacobs, Deceased and on behalf of all survivors of Michael Grady Jacobs

MICHAEL JOHN BRADY, individually and as
the Co-Administrator of the Estate of Michael
Grady Jacobs, Deceased and on behalf of all
survivors of Michael Grady Jacobs

REPRESENTATIVE of the Estate of Deborah
B. Jacobson, Deceased, Spouse of decedent
Steven A. Jacobson

PERSONAL REPRESENTATIVE, of the
Estate of Steven A. Jacobson, Deceased and on
behalf of all survivors of Steven A. Jacobson

RACHEL BESS JACOBSON, individually as
the Child of Steven A. Jacobson, Deceased

KIMBERLY H. JACOBY, individually and as
the Personal Representative of the Estate of
Steven Donald Jacoby, Deceased and on behalf
of all survivors of Steven Donald Jacoby

ANNA MAY JAGODA, individually and as
the Co-Administrator of the Estate of Jake D.
Jagoda, Deceased and on behalf of all survivors
of Jake D. Jagoda

LOUIS JOHN JAGODA, individually and as
the Co-Administrator of the Estate of Jake D.
Jagoda, Deceased and on behalf of all survivors
of Jake D. Jagoda

SNEH JAIN, individually and as the Personal
Representative of the Estate of Yudh V. Jain,
Deceased and on behalf of all survivors of
Yudh V. Jain

JULIE ANN JALBERT, individually as the
Child of Robert A. Jalbert, Deceased

SUZANNE E. MCCORMICK, individually as
the Child of Robert A. Jalbert, Deceased

CATHERINE L. JALBERT, individually and
as the Personal Representative of the Estate of
Robert A. Jalbert, Deceased and on behalf of all
survivors of Robert A. Jalbert

MICHAEL A. JALBERT, individually as the
Child of Robert A. Jalbert, Deceased

PAUL H. JALBERT, individually as the
Sibling of Robert A. Jalbert, Deceased

MARILYN R. TRUDEAU, individually and as

the Co-Administrator of the Estate of Amy
Nicole Jarret, Deceased and on behalf of all
survivors of Amy Nicole Jarret

ALICIA N. CURRAN, individually as the
Sibling of Amy Nicole Jarret, Deceased

MATTHEW R. JARRET, individually as the
Sibling of Amy Nicole Jarret, Deceased

MARC DOUGLAS JARRET, individually as
the Sibling of Amy Nicole Jarret, Deceased

ARAM P. JARRET, III, individually as the
Sibling of Amy Nicole Jarret, Deceased

ARAM P. JARRET, JR., individually and as
the Co-Administrator of the Estate of Amy
Nicole Jarret, Deceased and on behalf of all
survivors of Amy Nicole Jarret

JENNIFER JENKINS, individually and as the
Personal Representative of the Estate of Joseph
Jenkins, Jr., Deceased and on behalf of all
survivors of Joseph Jenkins, Jr.

ALINE JENKINS, individually as the Parent of
Joseph Jenkins, Jr., Deceased

DEBRA JENKINS, individually as the Sibling
of Joseph Jenkins, Jr., Deceased

STEVEN JENKINS, individually as the Sibling
of Joseph Jenkins, Jr., Deceased

GORDON R. JENKINS, individually as the
Sibling of Joseph Jenkins, Jr., Deceased

MICHAEL JENKINS, individually as the
Sibling of Joseph Jenkins, Jr., Deceased

DOE 17, individually as the Spouse and as the
Personal Representative of the Estate of DOE
17, Deceased and on behalf of all survivors of
DOE 17

DOE 17, individually as the Child of DOE 17,
Deceased

FUMEI CHIEN HUANG, individually as the
Parent of Hweidar Jian, Deceased

HUI-CHENG CHIEN, individually as the
Sibling of Hweidar Jian, Deceased

HUI-CHUAN JIAN, individually as the Sibling of Hweidar Jian, Deceased

HIUCHUN JIAN, individually as the Sibling of Hweidar Jian, Deceased

JU-HSIU JIAN, individually and as the Personal Representative of the Estate of Hweidar Jian, Deceased and on behalf of all survivors of Hweidar Jian

HAOMIN JIAN, individually as the Child of Hweidar Jian, Deceased

HUI-ZON JIAN, individually as the Sibling of Hweidar Jian, Deceased

DOE 131, individually as the Parent of DOE 131, Deceased

DOE 131, individually as the Parent and as the Co-Administrator of the Estate of DOE 131, Deceased and on behalf of all survivors of DOE 131

DOE 131, individually as the Sibling of DOE 131, Deceased

DOE 131, individually as the Parent and as the Co-Administrator of the Estate of DOE 131, Deceased and on behalf of all survivors of DOE 131

DAWN MARIE JOHNSON, individually as the Child of Dennis M. Johnson, Deceased

ELVA JOHNSON, individually as the Parent of Dennis M. Johnson, Deceased

GAIL LINDNER, individually as the Sibling of Dennis M. Johnson, Deceased

DIANE CZLAPINSKI, individually as the Sibling of Dennis M. Johnson, Deceased

JOYCE L. JOHNSON, individually and as the Personal Representative of the Estate of Dennis M. Johnson, Deceased and on behalf of all survivors of Dennis M. Johnson

ROBERT JOHNSON, individually as the Parent of Dennis M. Johnson, Deceased

HARRY T. JONES, IV, individually and as the Personal Representative of the Estate of Allison

H. Jones, Deceased and on behalf of all survivors of Allison H. Jones

MARY J. JONES, individually and as the Personal Representative of the Estate of Charles Edward Jones, Deceased and on behalf of all survivors of Charles Edward Jones

SUSAN JONES, individually and as the Personal Representative of the Estate of Christopher Jones, Deceased and on behalf of all survivors of Christopher Jones

JUDITH JONES, individually as the Parent of Donald T. Jones, II, Deceased

REPRESENTATIVE of the Estate of Donald T. Jones, Deceased, Parent of decedent Donald T. Jones, II

WILLIAM B. JONES, II, individually as the Sibling of Donald T. Jones, II, Deceased

ELLEN JORDAN, individually as the Parent of Andrew B. Jordan, Deceased

ELLEN GREEN, individually as the Sibling of Andrew B. Jordan, Deceased

ELIZABETH KOBEL, individually as the Sibling of Andrew B. Jordan, Deceased

BERNADETTE M GIULIANI, individually as the Sibling of Andrew B. Jordan, Deceased

MARY B JORDAN-POTASH, individually as the Sibling of Andrew B. Jordan, Deceased

MARGARET GREGORY, individually as the Sibling of Andrew B. Jordan, Deceased

THOMAS JORDAN, individually as the Parent of Andrew B. Jordan, Deceased

THOMAS P JORDAN, individually as the Sibling of Andrew B. Jordan, Deceased

JOHN C. JORDAN, individually as the Sibling of Andrew B. Jordan, Deceased

JENNIFER E. JOSIAH, individually and as the Co-Administrator of the Estate of Jane Eileen Josiah, Deceased and on behalf of all survivors of Jane Eileen Josiah

KELLY C. JOSIAH, individually and as the
Co-Administrator of the Estate of Jane Eileen
Josiah, Deceased and on behalf of all survivors
of Jane Eileen Josiah

SENTIJA JOVIC, individually and as the
Personal Representative of the Estate of
Anthony Jovic, Deceased and on behalf of all
survivors of Anthony Jovic

MIRIAM JUARBE, individually as the Parent
of Angel L. Juarbe, Jr., Deceased

ANGEL L. JUARBE, SR., individually as the
Parent of Angel L. Juarbe, Jr., Deceased

RICHARD A. PECORELLA, individually as
the Fiancé of Karen S. Juday, Deceased

REPRESENTATIVE of the Estate of Joan C.
Kane, Deceased, Parent of decedent Vincent D.
Kane, Jr.

REPRESENTATIVE of the Estate of Patricia
E. Flanders, Deceased, Sibling of decedent
Vincent D. Kane, Jr.

ELIZABETH KANE REICH, individually as
the Sibling of Vincent D. Kane, Jr., Deceased

REPRESENTATIVE of the Estate of Vincent
D. Kane, Sr., Deceased, Parent of decedent
Vincent D. Kane, Jr.

PERSONAL REPRESENTATIVE, of the
Estate of Vincent D. Kane, Jr., Deceased and on
behalf of all survivors of Vincent D. Kane, Jr.

PILSOON KANG, individually as the Parent of
Joon Koo Kang, Deceased

JAMIE KANG, individually as the Sibling of
Joon Koo Kang, Deceased

JANET KANG, individually as the Sibling of
Joon Koo Kang, Deceased

REBECCA S. HOANG, individually as the
Sibling of Joon Koo Kang, Deceased

SEONG SOON KANG, individually as the
Parent of Joon Koo Kang, Deceased

DOE 27, individually as the Spouse and as the
Personal Representative of the Estate of DOE

27, Deceased and on behalf of all survivors of
DOE 27

DOE 27, individually as the Child of DOE 27,
Deceased

DOE 27, individually as the Child of DOE 27,
Deceased

HAROLD T. KAPLAN, individually and as the
Personal Representative of the Estate of
Deborah H. Kaplan, Deceased and on behalf of
all survivors of Deborah H. Kaplan

FRANCINE CHARLOTTE KAPLAN,
individually and as the Personal Representative
of the Estate of Robin Kaplan, Deceased and on
behalf of all survivors of Robin Kaplan

EDWARD HARVEY KAPLAN, individually
as the Parent of Robin Kaplan, Deceased

MARK KAPLAN, individually as the Sibling
of Robin Kaplan, Deceased

BRENDA VANDEVER, individually and as
the Personal Representative of the Estate of
William A. Karnes, Deceased and on behalf of
all survivors of William A. Karnes

KARA KASPER, individually as the Child of
Charles Kasper, Deceased

MELISSA KASPER, individually as the Child
of Charles Kasper, Deceased

LAUREEN KASPER, individually and as the
Personal Representative of the Estate of
Charles Kasper, Deceased and on behalf of all
survivors of Charles Kasper

CYNTHIA ANN POLO, individually as the
Child of Edward T. Keane, Deceased

BARBARA E. KEANE, individually and as the
Personal Representative of the Estate of
Edward T. Keane, Deceased and on behalf of
all survivors of Edward T. Keane

MARK EDWARD KEANE, individually as the
Child of Edward T. Keane, Deceased

CHARLOTTE FLORENCE KEANE,
individually as the Sibling of Richard M.

Keane, Deceased

CONSTANCE ANNE KEANE, individually as the Sibling of Richard M. Keane, Deceased

THERESA IRENE WILSON, individually as the Sibling of Richard M. Keane, Deceased

JUDITH ANN KEANE, individually and as the Personal Representative of the Estate of Richard M. Keane, Deceased and on behalf of all survivors of Richard M. Keane

REPRESENTATIVE of the Estate of Richard Matthew Keane, Deceased, Parent of decedent Richard M. Keane

REPRESENTATIVE of the Estate of Robert F. Keane, Deceased, Sibling of decedent Richard M. Keane

MATTHEW EAMON KEANE, individually as the Child of Richard M. Keane, Deceased

SEAN MICHAEL KEANE, individually as the Child of Richard M. Keane, Deceased

TIMOTHY BRENDAN KEANE, individually as the Child of Richard M. Keane, Deceased

PATRICK JAMES KEANE, individually as the Child of Richard M. Keane, Deceased

PAUL ANTHONY KEANE, individually as the Sibling of Richard M. Keane, Deceased

GARRETT PAUL KEANE, individually as the Sibling of Richard M. Keane, Deceased

DENISE K. KEASLER, individually and as the Personal Representative of the Estate of Karol Ann Keasler, Deceased and on behalf of all survivors of Karol Ann Keasler

JOANN ANDERSON, individually as the Child of Barbara A. Keating, Deceased

MICHAEL KEATING, individually and as the Administrator of the Estate of Barbara A. Keating, Deceased and on behalf of all survivors of Barbara A. Keating

JOHN KEATING, individually as the Child of Barbara A. Keating, Deceased

PAUL J. KEATING, individually as the Child
of Barbara A. Keating, Deceased

MARTHA SUSAN GRIMM, individually as
the Parent of Leo Russell Keene, III, Deceased

KRISTA SUE KEENE, individually as the
Sibling of Leo Russell Keene, III, Deceased

JENNIFER KEENE CLYDE, individually as
the Sibling of Leo Russell Keene, III, Deceased

KRISTEN M. KEENE, individually and as the
Personal Representative of the Estate of Leo
Russell Keene, III, Deceased and on behalf of
all survivors of Leo Russell Keene, III and on
behalf of minor child M.K.

REPRESENTATIVE of the Estate of Leo R.
Keene, II, Deceased, Parent of decedent Leo
Russell Keene, III

ALICE BUCHHOLZ KELLY, individually as
the Parent of Joseph Anthony Kelly, Deceased

CAROLYN KELLY, individually and as the
Personal Representative of the Estate of
Richard J. Kelly, Jr., Deceased and on behalf of
all survivors of Richard J. Kelly, Jr.

JOANNE MARIE KELLY, individually and as
the Co-Administrator of the Estate of William
Hill Kelly, Jr., Deceased and on behalf of all
survivors of William Hill Kelly, Jr.

MEIGAN KELLY, individually as the Sibling
of William Hill Kelly, Jr., Deceased

KATHLEEN K. HAMILTON, individually as
the Sibling of William Hill Kelly, Jr., Deceased

MAUREEN KELLY DONEGAN, individually
as the Sibling of William Hill Kelly, Jr.,
Deceased

WILLIAM HILL KELLY, SR., individually
and as the Co-Administrator of the Estate of
William Hill Kelly, Jr., Deceased and on behalf
of all survivors of William Hill Kelly, Jr.

CATHERINE KENNEDY MILLER,
individually as the Child of Robert C. Kennedy,
Deceased

MEREDITH ANDREWS, individually as the
Child of Robert C. Kennedy, Deceased

MAUREEN KENNEDY, individually and as
the Personal Representative of the Estate of
Robert C. Kennedy, Deceased and on behalf of
all survivors of Robert C. Kennedy

MARY KEOHANE, individually and as the
Co-Administrator of the Estate of John Richard
Keohane, Deceased and on behalf of all
survivors of John Richard Keohane

DARLENE KEOHANE, individually as the
Sibling of John Richard Keohane, Deceased

DONALD KEOHANE, individually and as the
Co-Administrator of the Estate of John Richard
Keohane, Deceased and on behalf of all
survivors of John Richard Keohane

HEDI N. KERSHAW, individually and as the
Executor of the Estate of Ralph Francis
Kershaw, Deceased and on behalf of all
survivors of Ralph Francis Kershaw

DIANNE P. KERWIN, individually and as the
Personal Representative of the Estate of Ronald
T. Kerwin, Deceased and on behalf of all
survivors of Ronald T. Kerwin

GRANVILETTE W. KESTENBAUM,
individually and as the Personal Representative
of the Estate of Howard L. Kestenbaum,
Deceased and on behalf of all survivors of
Howard L. Kestenbaum

ROBERT DOW, individually as the Domestic
Partner of Ruth Ketler, Deceased

NAZAM KHAN, individually and as the
Personal Representative of the Estate of Sarah
Khan, Deceased and on behalf of all survivors
of Sarah Khan

TAHIRA KHAN, individually and as the
Personal Representative of the Estate of
Taimour Khan, Deceased and on behalf of all
survivors of Taimour Khan

ZARA KHAN, individually as the Sibling of
Taimour Khan, Deceased

SOLOMON GAYLE, individually and as the Personal Representative of the Estate of Seilai Khoo, Deceased and on behalf of all survivors of Seilai Khoo

PATRICIA LYNN KIEFER, individually as the Parent of Michael Vernon Kiefer, Deceased

HENRY F. KIEFER, individually and as the Personal Representative of the Estate of Michael Vernon Kiefer, Deceased and on behalf of all survivors of Michael Vernon Kiefer

DARLENE THERESE KINNEY, individually as the Parent of Brian Kevin Kinney, Deceased

ALISON KINNEY, individually and as the Personal Representative of the Estate of Brian Kevin Kinney, Deceased and on behalf of all survivors of Brian Kevin Kinney

NORMAN P. KINNEY, individually as the Parent of Brian Kevin Kinney, Deceased

DONNA M. KIRBY, individually as the Parent of Chris M. Kirby, Deceased

KELLYANN RACANELLI, individually as the Sibling of Chris M. Kirby, Deceased

JENNIFER M. KIRBY, individually as the Sibling of Chris M. Kirby, Deceased

JAMES M. KIRBY, individually and as the Personal Representative of the Estate of Chris M. Kirby, Deceased and on behalf of all survivors of Chris M. Kirby

BRIAN P. KIRBY, individually as the Sibling of Chris M. Kirby, Deceased

JAMES M. KIRBY, III, individually as the Sibling of Chris M. Kirby, Deceased

LAUREN KIRSCHBAUM, individually as the Child of Howard Barry Kirschbaum, Deceased

ROCHELLE KIRSCHBAUM, individually and as the Personal Representative of the Estate of Howard Barry Kirschbaum, Deceased and on behalf of all survivors of Howard Barry Kirschbaum

MATTHEW ADAM KIRSCHBAUM,
individually as the Child of Howard Barry
Kirschbaum, Deceased

BARBARA KIRWIN, individually as the
Parent of Glenn Davis Kirwin, Deceased

PAUL HARRIS KIRWIN, individually as the
Parent of Glenn Davis Kirwin, Deceased

LAUREN KLEINBERG, individually as the
Child of Alan D. Kleinberg, Deceased

VIVIAN LERNER SHOEMAKER,
individually as the Parent of Alan D. Kleinberg,
Deceased

MARCI KLEINBERG-BANDELLI,
individually as the Sibling of Alan D.
Kleinberg, Deceased

MARLA PARKER, individually as the Sibling
of Alan D. Kleinberg, Deceased

DOE 05, individually as the Sibling of DOE 05,
Deceased

MINDY KLEINBERG, individually and as the
Personal Representative of the Estate of Alan
D. Kleinberg, Deceased and on behalf of all
survivors of Alan D. Kleinberg

REPRESENTATIVE of the Estate of DOE 05,
Deceased, Parent of decedent DOE 05

JACOB KLEINBERG, individually as the
Child of Alan D. Kleinberg, Deceased

SAM KLEINBERG, individually as the Child
of Alan D. Kleinberg, Deceased

PATRICIA B. KNOX, individually as the
Parent of Thomas Patrick Knox, Deceased

MARY ELLEN KNOX, individually as the
Sibling of Thomas Patrick Knox, Deceased

PATRICIA B. LALLEY, individually as the
Sibling of Thomas Patrick Knox, Deceased

KATHLEEN DOOLAN, individually as the
Sibling of Thomas Patrick Knox, Deceased

NANCY S. KNOX, individually and as the
Personal Representative of the Estate of

Thomas Patrick Knox, Deceased and on behalf
of all survivors of Thomas Patrick Knox

DENIS KNOX, individually as the Sibling of
Thomas Patrick Knox, Deceased

JAMES KNOX, individually as the Sibling of
Thomas Patrick Knox, Deceased

REPRESENTATIVE of the Estate of Leokadia
Kobus, Deceased, Parent of decedent Deborah
Kobus

ROBERT KOBUS, individually and as the
Personal Representative of the Estate of
Deborah Kobus, Deceased and on behalf of all
survivors of Deborah Kobus

IRENE SMOLICZ, as the Personal
Representative of the Estate of Frank J.
Koestner, Deceased and on behalf of all
survivors of Frank J. Koestner and on behalf of
minor child C.K.

MICHELLE A. STABILE, individually as the
Fiancé of Frank J. Koestner, Deceased

MARIA KOESTNER, individually as the
Parent of Frank J. Koestner, Deceased

JULIANNA M. LANZER, individually as the
Sibling of Frank J. Koestner, Deceased

MELISSA WHITE, individually as the Fiancé
of Ryan Ashley Kohart, Deceased

JOY A. KOHART, individually as the Parent of
Ryan Ashley Kohart, Deceased

BRETT D. KOHART, individually as the
Sibling of Ryan Ashley Kohart, Deceased

ADAM P. KOHART, individually as the
Sibling of Ryan Ashley Kohart, Deceased

GEOFFREY A. KOHART, JR., individually
and as the Personal Representative of the Estate
of Ryan Ashley Kohart, Deceased and on
behalf of all survivors of Ryan Ashley Kohart

GEOFFREY A. KOHART, SR., individually
and as the Personal Representative of the Estate
of Ryan Ashley Kohart, Deceased and on
behalf of all survivors of Ryan Ashley Kohart

PATRICIA ANNE KONDRATENKO, individually as the Parent of Suzanne Kondratenko, Deceased

KATHERINE J KONDRATENKO, individually as the Sibling of Suzanne Kondratenko, Deceased

CAROLINE RUESTOW, individually as the Sibling of Suzanne Kondratenko, Deceased

PATRICIA KONDRATENKO-COLLINS, individually as the Sibling of Suzanne Kondratenko, Deceased

SARAH M. KONDRATENKO, individually as the Sibling of Suzanne Kondratenko, Deceased

AIMEE E GARRISON, individually and as the Personal Representative of the Estate of Suzanne Kondratenko, Deceased and on behalf of all survivors of Suzanne Kondratenko

ERIC KONDRATENKO, individually as the Parent of Suzanne Kondratenko, Deceased

JOYCE MERCER, individually and as the Personal Representative of the Estate of Scott Kopytko, Deceased and on behalf of all survivors of Scott Kopytko

CHRISTINE KOPYTKO, individually as the Sibling of Scott Kopytko, Deceased

SUSANNA FERM, individually as the Fiancé of Bojan Kostic, Deceased

NINA KOSTIC, individually as the Sibling of Bojan Kostic, Deceased

OLGA KOSTIC-JOVANOVIC, individually as the Sibling of Bojan Kostic, Deceased

ZOE P. KOUSOULIS, individually and as the Personal Representative of the Estate of Danielle Kousoulis, Deceased and on behalf of all survivors of Danielle Kousoulis

ELENI KOUSOULIS, individually as the Sibling of Danielle Kousoulis, Deceased

FAITH K. HAGERTY, individually as the Sibling of Danielle Kousoulis, Deceased

GEORGE P. KOUSOULIS, individually as the

138

Sibling of Danielle Kousoulis, Deceased

LISA MARIA INZERILLO, individually and as the Personal Representative of the Estate of William E. Krukowski, Deceased and on behalf of all survivors of William E. Krukowski

DOE 51, individually as the Child of DOE 51, Deceased

DOE 51, individually as the Child of DOE 51, Deceased

DOE 51, individually as the Spouse and as the Personal Representative of the Estate of DOE 51, Deceased and on behalf of all survivors of DOE 51 and on behalf of minor child DOE 51

YACHIYO KUGE, individually as the Parent of Toshiya Kuge, Deceased

HAJIME KUGE, individually as the Parent of Toshiya Kuge, Deceased

NAOYA KUGE, individually as the Sibling of Toshiya Kuge, Deceased

REPRESENTATIVE of the Estate of Lois H. Kumpel, Deceased, Parent of decedent Kenneth B. Kumpel

NANCY KUMPEL, individually and as the Personal Representative of the Estate of Kenneth B. Kumpel, Deceased and on behalf of all survivors of Kenneth B. Kumpel

KRISTEN KUVEIKIS, individually as the Child of Thomas J. Kuveikis, Deceased

JAMES KUVEIKIS, individually and as the Personal Representative of the Estate of Thomas J. Kuveikis, Deceased and on behalf of all survivors of Thomas J. Kuveikis

HARLAN GENE YANCEY, individually as the Parent of Kathryn Laborie, Deceased

ERIC LABORIE, individually and as the Personal Representative of the Estate of Kathryn Laborie, Deceased and on behalf of all survivors of Kathryn Laborie

SONIA GAWAS, individually and as the Personal Representative of the Estate of Ganesh

Ladkat, Deceased and on behalf of all survivors of Ganesh Ladkat

DOLORES LADLEY, individually as the Parent of James Patrick Ladley, Deceased

EILEEN LADLEY, individually as the Sibling of James Patrick Ladley, Deceased

MARY ANN RAYMOND, individually as the Sibling of James Patrick Ladley, Deceased

DANIEL EDWARD LADLEY, individually as the Sibling of James Patrick Ladley, Deceased

PATRICK JOHN LADLEY, individually as the Sibling of James Patrick Ladley, Deceased

DOMINICK V. LAFALCE, individually and as the Personal Representative of the Estate of Joseph A. LaFalce, Deceased and on behalf of all survivors of Joseph A. LaFalce

ANITA LAFOND KORSONSKY, individually as the Sibling of Jeanette Lafond-Menichino, Deceased

SAMUEL J. LAFORTE, individually as the Sibling of Michael LaForte, Deceased

MADELYN BEATRICE LAFRANCE, individually as the Parent of Alan Charles LaFrance, Deceased

REPRESENTATIVE of the Estate of Aubrey J. LaFrance, Deceased, Parent of decedent Alan Charles LaFrance

HUI FEN PAN, individually and as the Personal Representative of the Estate of Neil Kwong-Wah Lai, Deceased and on behalf of all survivors of Neil Kwong-Wah Lai

LINDA LALAMA, individually and as the Personal Representative of the Estate of Franco Lalama, Deceased and on behalf of all survivors of Franco Lalama

FONGPEIN L. CHAN, individually as the Sibling of Chow Kwan Lam, Deceased

AMY ZHANG LAM, individually and as the Personal Representative of the Estate of Chow Kwan Lam, Deceased and on behalf of all

survivors of Chow Kwan Lam

CHOW LEING LAM, individually as the Sibling of Chow Kwan Lam, Deceased

JANET L. LANE, individually as the Parent of Robert T. Lane, Deceased

SUZANNE R. STEVENSON, individually as the Sibling of Robert T. Lane, Deceased

RICHARD L. LANE, individually and as the Personal Representative of the Estate of Robert T. Lane, Deceased and on behalf of all survivors of Robert T. Lane

JASON M. LANE, individually as the Sibling of Robert T. Lane, Deceased

SANDRA PANGBORN, individually and as the Personal Representative of the Estate of Brendan Mark Lang, Deceased and on behalf of all survivors of Brendan Mark Lang

DONNA MARSH O'CONNOR, individually as the Parent of Vanessa Lang Langer, Deceased

JOSEPH P. LANGLEY, individually and as the Personal Representative of the Estate of Mary Lou Langley, Deceased and on behalf of all survivors of Mary Lou Langley

REPRESENTATIVE of the Estate of Ethel Chamberlain, Deceased, Parent of decedent Michele Lanza

CYNTHIA D. ORICCHIO, individually as the Sibling of Michele Lanza, Deceased

SUSAN GAIL CHAMBERLAIN, individually as the Sibling of Michele Lanza, Deceased

REPRESENTATIVE of the Estate of Albert A. Chamberlain, Deceased, Parent of decedent Michele Lanza

ALBERT G. CHAMBERLAIN, individually as the Sibling of Michele Lanza, Deceased

DOE 65, individually as the Spouse and as the Personal Representative of the Estate ofDOE 65, Deceased and on behalf of all survivors of DOE 65 and on behalf of minor child DOE 65

DANIELLE LEMACK, individually and as the

Co-Administrator of the Estate of Judith
Camilla Larocque, Deceased and on behalf of
all survivors of Judith Camilla Larocque

CARIE LEMACK, individually and as the Co-
Administrator of the Estate of Judith Camilla
Larocque, Deceased and on behalf of all
survivors of Judith Camilla Larocque

JANET L. SATTERFIELD, individually as the
Parent of Christopher R. Larrabee, Deceased

NICOLE LARRABEE, individually as the
Sibling of Christopher R. Larrabee, Deceased

PAIGE M. LARRABEE, individually as the
Sibling of Christopher R. Larrabee, Deceased

JESSICA LARRABEE, individually as the
Sibling of Christopher R. Larrabee, Deceased

STEPHEN R. LARRABEE, individually and as
the Personal Representative of the Estate of
Christopher R. Larrabee, Deceased and on
behalf of all survivors of Christopher R.
Larrabee

SCOTT LARRABEE, individually as the
Sibling of Christopher R. Larrabee, Deceased

CAROLANN LARSEN, individually and as
the Personal Representative of the Estate of
Scott Larsen, Deceased and on behalf of all
survivors of Scott Larsen and on behalf of
minor child A.L.

LINDA LEBLANC, individually and as the
Personal Representative of the Estate of Natalie
Janis Lasden, Deceased and on behalf of all
survivors of Natalie Janis Lasden

BARBARA J. LASKO, individually as the
Parent of Gary E. Lasko, Deceased

KIM LOMBARD LASKO, individually and as
the Personal Representative of the Estate of
Gary E. Lasko, Deceased and on behalf of all
survivors of Gary E. Lasko

EDWARD R. LASKO, individually as the
Parent of Gary E. Lasko, Deceased

JENNIFER LASZCZYNSKI, individually as
the Child of Paul Laszczynski, Deceased

142

AMY LASZCZYNSKI, individually as the Child of Paul Laszczynski, Deceased

CHARLENE TALARICO, individually as the Fiancé of Paul Laszczynski, Deceased

RAPHAEL P. EVANS, individually as the Sibling of Jeffrey LaTouche, Deceased

DONNA D. BHAGWAN, individually as the Child of Jeffrey LaTouche, Deceased

ROSANNA LATOUCHE, individually as the Parent of Jeffrey LaTouche, Deceased

ESTHER G. LATOUCHE, individually as the Sibling of Jeffrey LaTouche, Deceased

VIRGINIA LATOUCHE, individually and as the Personal Representative of the Estate of Jeffrey LaTouche, Deceased and on behalf of all survivors of Jeffrey LaTouche

JEFFERSON PATTERSON, individually as the Child of Jeffrey LaTouche, Deceased

KARL LATOUCHE, individually as the Child of Jeffrey LaTouche, Deceased

MICHAEL SAMUEL, individually as the Sibling of Jeffrey LaTouche, Deceased

BIRTHER LAURENCIN-BANNISTER, individually as the Child of Charles Augustus Laurencin, Deceased

JERCIENNE LAURENCIN, individually as the Child of Charles Augustus Laurencin, Deceased

MARY JANE LAVACHE, individually as the Child of Maria LaVache, Deceased

BERNICE M. LAVACHE, individually as the Child of Maria LaVache, Deceased

JOSEPH L. LAVACHE, individually and as the Personal Representative of the Estate of Maria LaVache, Deceased and on behalf of all survivors of Maria LaVache

BARBARA J. DZIADEK, individually as the Sibling of Denis Lavelle, Deceased

PATRICIA CALOIA, as Representative of the

Estate of Emily Lavelle, Deceased, Parent of decedent Denis Lavelle

KATHLEEN C. PALACIO, individually as the Sibling of Denis Lavelle, Deceased

PATRICIA CALOIA, individually as the Sibling of Denis Lavelle, Deceased

MARIE ANN PAPROCKI, individually and as the Personal Representative of the Estate of Denis Lavelle, Deceased and on behalf of all survivors of Denis Lavelle

DOLORES LAVERDE, individually and as the Personal Representative of the Estate of Jeannine LaVerde, Deceased and on behalf of all survivors of Jeannine LaVerde

THOMAS A. LAVERDE, individually as the Sibling of Jeannine LaVerde, Deceased

DEENA LAVERTY, individually and as the Personal Representative of the Estate of Anna A. Laverty, Deceased and on behalf of all survivors of Anna A. Laverty

KEVIN P. LAVERTY, individually as the Spouse of Anna A. Laverty, Deceased

VICTORIA LOUISE LAWN, individually and as the Personal Representative of the Estate of Steven Lawn, Deceased and on behalf of all survivors of Steven Lawn

EILEEN LAWRENCE, individually as the Parent of Robert A. Lawrence, Jr., Deceased

ELIZABETH E. LAWRENCE ANDERSEN, individually as the Sibling of Robert A. Lawrence, Jr., Deceased

SUZANNE LAWRENCE, individually and as the Personal Representative of the Estate of Robert A. Lawrence, Jr., Deceased and on behalf of all survivors of Robert A. Lawrence, Jr.

ROBERT A. LAWRENCE, individually as the Parent of Robert A. Lawrence, Jr., Deceased

WALTER LAWRENCE, individually as the Sibling of Robert A. Lawrence, Jr., Deceased

LAURIE MILLER LAYCHAK, individually and as the Personal Representative of the Estate of David William Laychak, Deceased and on behalf of all survivors of David William Laychak

JEANETTE LEAHY, individually as the Parent of James P. Leahy, Deceased

MICHELE SAFATLE, individually as the Sibling of James P. Leahy, Deceased

DANIELLE VELLA, individually as the Sibling of James P. Leahy, Deceased

DENISE HENECK, individually as the Sibling of James P. Leahy, Deceased

ARTHUR LEAHY, individually as the Sibling of James P. Leahy, Deceased

CAROLE LEAVEY, individually and as the Personal Representative of the Estate of Joseph Leavey, Deceased and on behalf of all survivors of Joseph Leavey

BRIAN LEAVEY, individually as the Child of Joseph Leavey, Deceased

ANN LEAVY, individually and as the Personal Representative of the Estate of Neil J. Leavy, Deceased and on behalf of all survivors of Neil J. Leavy

JOHN P. LEAVY, individually as the Parent of Neil J. Leavy, Deceased

MARK LEAVY, individually as the Sibling of Neil J. Leavy, Deceased

ROSANNE HELEN COSTANZA, individually as the Parent of Daniel John Lee, Deceased

DEBORAH ANN SCHUMANN, individually as the Sibling of Daniel John Lee, Deceased

DOE 138, individually as the Spouse and as the Personal Representative of the Estate of DOE 138, Deceased and on behalf of all survivors of DOE 138 and on behalf of minor children DOE 138 and DOE 138

TIMOTHY PROVENZANO, individually as the Sibling of Daniel John Lee, Deceased

145

DOE 90, individually as the Spouse and as the
Personal Representative of the Estate of DOE
90, Deceased and on behalf of all survivors of
DOE 90 and on behalf of minor child DOE 90

JUNGMI LEE, individually and as the Personal
Representative of the Estate of Dong Chul Lee,
Deceased and on behalf of all survivors of
Dong Chul Lee and on behalf of minor children
C.L., M.L., and D.L.

NICHOLE WILLIAMS, individually as the
Child of Juanita Lee, Deceased

GENEVA JOHNSON, individually as the
Parent of Juanita Lee, Deceased

JANET JOHNSON, individually as the Sibling
of Juanita Lee, Deceased

CHERYL WITHERSPOON, individually as
the Sibling of Juanita Lee, Deceased

SHIRLEY WALKER, individually as the
Sibling of Juanita Lee, Deceased

REPRESENTATIVE of the Estate of Edward
N. Lee, Deceased, Spouse of decedent Juanita
Lee

REPRESENTATIVE of the Estate of Juanita
Lee, Deceased, and on behalf of all survivors of
Juanita Lee

ANTHONY JOHNSON, individually as the
Sibling of Juanita Lee, Deceased

JOHN JOHNSON, individually as the Sibling
of Juanita Lee, Deceased

HYONG O. LEE, individually as the Parent of
Linda C. Lee, Deceased

MYONG H. LEE, individually and as the
Personal Representative of the Estate of Linda
C. Lee, Deceased and on behalf of all survivors
of Linda C. Lee

REPRESENTATIVE of the Estate of Joan
Greene, Deceased, Parent of decedent Lorraine
Lee

BARBARA WENTWORTH, individually as
the Sibling of Lorraine Lee, Deceased

PATRICIA MARIE REILLY, individually as the Sibling of Lorraine Lee, Deceased

REPRESENTATIVE of the Estate of Timothy R. Greene, Deceased, Sibling of decedent Lorraine Lee

THOMAS MICHAEL GREENE, individually as the Sibling of Lorraine Lee, Deceased

TERENCE JOSEPH GREENE, individually as the Sibling of Lorraine Lee, Deceased

JOHNNY LEE, individually and as the Personal Representative of the Estate of Lorraine Lee, Deceased and on behalf of all survivors of Lorraine Lee

MI YONG LEE, individually and as the Personal Representative of the Estate of Myoung Woo Lee, Deceased and on behalf of all survivors of Myoung Woo Lee

REPRESENTATIVE of the Estate of Lillian Lefkowitz, Deceased, Parent of decedent Stephen Paul Lefkowitz

REPRESENTATIVE of the Estate of Rubin Lefkowitz, Deceased, Parent of decedent Stephen Paul Lefkowitz

DANIEL JAY LEFKOWITZ, individually as the Sibling of Stephen Paul Lefkowitz, Deceased

HAYLEY NATALIE LEHRFELD, individually and as the Personal Representative of the Estate of Eric Andrew Lehrfeld, Deceased and on behalf of all survivors of Eric Andrew Lehrfeld and on behalf of minor child L.L.

RUTH M. LEMAGNE, individually as the Parent of David Prudencio Lemagne, Deceased

MAGALY J. LEMAGNE, individually and as the Personal Representative of the Estate of David Prudencio Lemagne, Deceased and on behalf of all survivors of David Prudencio Lemagne

PRUDENCIO LEMAGNE, individually as the Parent of David Prudencio Lemagne, Deceased

REPRESENTATIVE of the Estate of Ann K. Lenihan, Deceased, Parent of decedent Joseph A. Lenihan

SUZANNE L. FAULKNER, individually as the Sibling of Joseph A. Lenihan, Deceased

INGRID MARIA LENIHAN, individually and as the Personal Representative of the Estate of Joseph A. Lenihan, Deceased and on behalf of all survivors of Joseph A. Lenihan and on behalf of minor child J.L.

JOHN LENIHAN, individually as the Sibling of Joseph A. Lenihan, Deceased

MELISSA LENNON, individually as the Child of John J. Lennon, Jr., Deceased

LUCILLE LENNON, individually as the Parent of John J. Lennon, Jr., Deceased

NANCY LENNON FRAIN, individually as the Sibling of John J. Lennon, Jr., Deceased

PATRICIA LENNON, individually and as the Personal Representative of the Estate of John J. Lennon, Jr., Deceased and on behalf of all survivors of John J. Lennon, Jr.

JOHN LENNON, individually as the Child of John J. Lennon, Jr., Deceased

JAMES L. LENNON, individually as the Sibling of John J. Lennon, Jr., Deceased

JOHN J. LENNON, SR., individually as the Parent of John J. Lennon, Jr., Deceased

JENNIFER A. LEVI-LONGYEAR, individually and as the Co-Administrator of the Estate of John D. Levi, Deceased and on behalf of all survivors of John D. Levi

DENNIS J. LEVI, individually and as the Co-Administrator of the Estate of John D. Levi, Deceased and on behalf of all survivors of John D. Levi

STEPHANIE GIGLIO, individually and as the Personal Representative of the Estate of Robert Levine, Deceased and on behalf of all survivors of Robert Levine, and as the Personal Representative of the Estate of Roni M. Levine,

Deceased, Parent of decedent Robert Levine

JUDY LEVINHAR, individually as the Parent of Shai Levinhar, Deceased

IRIS KRAMER, individually as the Sibling of Shai Levinhar, Deceased

LIAT LEVINHAR, individually as the Spouse of Shai Levinhar, Deceased

ZVI LEVINHAR, individually as the Parent of Shai Levinhar, Deceased

RAZ LEVINHAR, individually as the Sibling of Shai Levinhar, Deceased

MOR LEVINHAR, individually as the Sibling of Shai Levinhar, Deceased

PEGGY SUE LEWIN, individually as the Parent of Daniel Lewin, Deceased

CHARLES JAY LEWIN, individually as the Parent of Daniel Lewin, Deceased

MICHAEL LEWIN, individually as the Sibling of Daniel Lewin, Deceased

JONATHAN A. LEWIN, individually as the Sibling of Daniel Lewin, Deceased

DOLORES LIBRETTI, individually and as the Personal Representative of the Estate of Daniel Libretti, Deceased and on behalf of all survivors of Daniel Libretti

JOSEPH LIBRETTI, individually as the Sibling of Daniel Libretti, Deceased

CARMEL-ANN SULLIVAN, individually as the Sibling of Ralph M. Licciardi, Deceased

JENNIFER LICCIARDI, individually and as the Personal Representative of the Estate of Ralph M. Licciardi, Deceased and on behalf of all survivors of Ralph M. Licciardi and on behalf of minor child M.L.

RALPH LICCIARDI, individually as the Child of Ralph M. Licciardi, Deceased

SEBASTIANO LICCIARDI, individually as the Parent of Ralph M. Licciardi, Deceased

ANTHONY LICCIARDI, individually as the

Sibling of Ralph M. Licciardi, Deceased

DOE 44, individually as the Sibling and as the Personal Representative of the Estate of DOE 44, Deceased and on behalf of all survivors of Edward Lichtschein

VYACHESLAV LIGAY, individually and as the Personal Representative of the Estate of Zhentta Ligay, Deceased and on behalf of all survivors of Zhentta Ligay and on behalf of minor child A.L.

MARCIA LILLIANTHAL, individually as the Parent of Steven Barry Lillianthal, Deceased

MINDI COHEN, individually as the Sibling of Steven Barry Lillianthal, Deceased

SHERMAN LILLIANTHAL, individually as the Parent of Steven Barry Lillianthal, Deceased

HAYDEE C. LILLO, individually and as the Personal Representative of the Estate of Carlos R. Lillo, Deceased and on behalf of all survivors of Carlos R. Lillo

CAROLINE LILORE, individually and as the Personal Representative of the Estate of Craig Damian Lilore, Deceased and on behalf of all survivors of Craig Damian Lilore

RONG DI YOU, individually as the Parent of Wei Rong Lin, Deceased

SE JUA AU, individually and as the Personal Representative of the Estate of Wei Rong Lin, Deceased and on behalf of all survivors of Wei Rong Lin and on behalf of minor children K.X.X.L. and K.Y.Z.L.

ZENG LU LIN, individually as the Parent of Wei Rong Lin, Deceased

HONG LIN, individually as the Sibling of Wei Rong Lin, Deceased

DURYEL LINDO, individually as the Child of Nickie Lindo, Deceased

DERYCK D LINDO, individually and as the Personal Representative of the Estate of Nickie Lindo, Deceased and on behalf of all survivors

of Nickie Lindo

CAROL ANN LINEHAN, individually and as the Personal Representative of the Estate of Thomas V. Linehan, Jr., Deceased and on behalf of all survivors of Thomas V. Linehan, Jr.

SHARON L. LINTON, individually as the Parent of Alan Patrick Linton, Jr., Deceased

LAURA RENEE ANSPACH, individually as the Sibling of Alan Patrick Linton, Jr., Deceased

ALAN PATRICK LINTON, individually and as the Personal Representative of the Estate of Alan Patrick Linton, Jr., Deceased and on behalf of all survivors of Alan Patrick Linton, Jr.

SCOTT P. LINTON, individually as the Sibling of Alan Patrick Linton, Jr., Deceased

SEELOCHINI LIRIANO, individually and as the Personal Representative of the Estate of Francisco Alberto Liriano, Deceased and on behalf of all survivors of Francisco Alberto Liriano and on behalf of minor child F.L.

JIUN-MIN H. LIU, individually and as the Personal Representative of the Estate of Ming-Hao Liu, Deceased and on behalf of all survivors of Ming-Hao Liu and on behalf of minor children A.L. and A.L.

DOE 123, individually as the Parent of DOE 123, Deceased

DOE 123, individually as the Sibling of DOE 123, Deceased

DOE 123, individually as the Sibling of DOE 123, Deceased

DOE 123, individually as the Spouse and as the Personal Representative of the Estate of DOE 123, Deceased and on behalf of all survivors of DOE 123

REPRESENTATIVE of the Estate of Leopold Victor Lizzul, Deceased, Parent of decedent Martin Lizzul

EUGENIA R. LLANES, individually and as
the Personal Representative of the Estate of
George Andrew Llanes, Deceased and on
behalf of all survivors of George Andrew
Llanes

REPRESENTATIVE of the Estate of Jorge
Llanes, Deceased, Parent of decedent George
Andrew Llanes

DOUGLAS C. CLEARY, individually as the
Fiancé of Elizabeth C. Logler, Deceased

ROBERT LOGLER, individually and as the
Personal Representative of the Estate of
Elizabeth C. Logler, Deceased and on behalf of
all survivors of Elizabeth C. Logler

CATHERINE MASAK, individually and as the
Co-Administrator of the Estate of Catherine
Lisa Loguidice, Deceased and on behalf of all
survivors of Catherine Lisa Loguidice

REPRESENTATIVE of the Estate of Sandra S.
Weaver, Deceased, Parent of decedent Stephen
V. Long

MICHAEL LOGUIDICE, individually as the
Sibling of Catherine Lisa Loguidice, Deceased

DENING LOHEZ, individually and as the
Personal Representative of the Estate of Jerome
Lohez, Deceased and on behalf of all survivors
of Jerome Lohez

REPRESENTATIVE of the Estate of Sandra S.
Weaver, Deceased, Parent of decedent Stephen
V. Long

CYNTHIA LONG, individually as the Sibling
of Stephen V. Long, Deceased

NANCY A. BURCHAM, individually as the
Sibling of Stephen V. Long, Deceased

DOE 66, individually as the Spouse and as the
Personal Representative of the Estate of DOE
66, Deceased and on behalf of all survivors of
DOE 66

REPRESENTATIVE of the Estate of David B.
Long, Deceased, Sibling of decedent Stephen
V. Long

GEORGE T. LONG, individually as the Parent of Stephen V. Long, Deceased

GEORGE W. LONG, individually as the Sibling of Stephen V. Long, Deceased

ANNE MARIA PETTUS, individually as the Parent of Laura M. Longing, Deceased

KEVIN RUSSEL PETTUS, individually as the Parent of Laura M. Longing, Deceased

KEITH B. PETTUS, individually as the Sibling of Laura M. Longing, Deceased

CHRISTOPHER LONGING, individually and as the Personal Representative of the Estate of Laura M. Longing, Deceased and on behalf of all survivors of Laura M. Longing and on behalf of minor children W.A.L. and B.C.L.

ELIZABETH DAVILA-LOPEZ, individually and as the Personal Representative of the Estate of Daniel Lopez, Deceased and on behalf of all survivors of Daniel Lopez

RHONDA LOPEZ, individually and as the Personal Representative of the Estate of Maclovio Lopez, Deceased and on behalf of all survivors of Maclovio Lopez

THERESANN LOSTRANGIO, individually and as the Personal Representative of the Estate of Joseph Lostrangio, Deceased and on behalf of all survivors of Joseph Lostrangio

DOE 64, individually as the Spouse and as the Personal Representative of the Estate of DOE 64, Deceased and on behalf of all survivors of DOE 64 and on behalf of minor children DOE 64 and DOE 64

MAXINE MCCORMACK, individually as the Child of Joseph Lovero, Deceased

JAMES LOVERO, individually and as the Personal Representative of the Estate of Joseph Lovero, Deceased and on behalf of all survivors of Joseph Lovero

BOBBIE JEAN LOW, individually as the Parent of Sara Elizabeth Low, Deceased

REBECCA ALYSON LOW, individually as

the Sibling of Sara Elizabeth Low, Deceased

GARY MICHAEL LOW, individually and as
the Personal Representative of the Estate of
Sara Elizabeth Low, Deceased and on behalf of
all survivors of Sara Elizabeth Low

REPRESENTATIVE of the Estate of Rosemary
Lozowsky, Deceased, Parent of decedent John
Peter Lozowsky

DEBRA A. RHODY, individually as the
Sibling of John Peter Lozowsky, Deceased

REPRESENTATIVE of the Estate of John
Peter Lozowsky, Sr., Deceased, Parent of
decedent John Peter Lozowsky

MAUREEN KELLY, individually and as the
Personal Representative of the Estate of Mark
G. Ludvigsen, Deceased and on behalf of all
survivors of Mark G. Ludvigsen

ASHLEY MICHELLE LUDWIG, individually
as the Child of Lee Charles Ludwig, Deceased

LUANN MARTIN, individually as the Sibling
of Lee Charles Ludwig, Deceased

MICHELLE LUDWIG, individually and as the
Personal Representative of the Estate of Lee
Charles Ludwig, Deceased and on behalf of all
survivors of Lee Charles Ludwig

REPRESENTATIVE of the Estate of Louis
Ludwig, Deceased, Parent of decedent Lee
Charles Ludwig

CHRISTOPHER LUDWIG, individually as the
Child of Lee Charles Ludwig, Deceased

LAWRENCE ANDREWS LUDWIG,
individually as the Sibling of Lee Charles
Ludwig, Deceased

LOUIS LUDWIG, JR., individually as the
Sibling of Lee Charles Ludwig, Deceased

EILEEN D. LUGANO, individually and as the
Personal Representative of the Estate of Sean
Thomas Lugano, Deceased and on behalf of all
survivors of Sean Thomas Lugano

STEPHANIE MCCUIN, individually as the

Sibling of Sean Thomas Lugano, Deceased

MICHAEL LUGANO, individually as the
Sibling of Sean Thomas Lugano, Deceased

JOHN C. LUGANO, individually as the Sibling
of Sean Thomas Lugano, Deceased

MARIE LUKAS, individually and as the
Personal Representative of the Estate of Marie
Lukas, Deceased and on behalf of all survivors
of Marie Lukas

MAUREEN C. LUNDER, individually as the
Parent of Christopher Edmund Lunder,
Deceased

ROSEMARY SERCIA, individually as the
Sibling of Christopher Edmund Lunder,
Deceased

KAREN B. LUNDER, individually and as the
Administrator of the Estate of Christopher
Edmund Lunder, Deceased and on behalf of all
survivors of Christopher Edmund Lunder

EDMUND LUNDER, individually as the
Parent of Christopher Edmund Lunder,
Deceased

DAVID LUNDER, individually as the Sibling
of Christopher Edmund Lunder, Deceased

GERALDINE CANILLAS, individually as the
Child of Anthony Luparello, Deceased

MARIA LIPARI, individually as the Child of
Anthony Luparello, Deceased

GERALDINE LUPARELLO, individually and
as the Personal Representative of the Estate of
Anthony Luparello, Deceased and on behalf of
all survivors of Anthony Luparello

ANTHONY LUPARELLO, JR., individually as
the Child of Anthony Luparello, Deceased

EDITH LUTNICK, individually as the Sibling
of Gary Frederick Lutnick, III, Deceased

HOWARD LUTNICK, individually and as the
Personal Representative of the Estate of Gary
Frederick Lutnick, III, Deceased and on behalf
of all survivors of Gary Frederick Lutnick, III

DEBRA LUZZICONE, individually as the
Sibling of Linda Anne Luzzicone, Deceased

CHERYL ZAFFUTO, individually as the
Sibling of Linda Anne Luzzicone, Deceased

RALPH LUZZICONE, individually and as the
Personal Representative of the Estate of Linda
Anne Luzzicone, Deceased and on behalf of all
survivors of Linda Anne Luzzicone

RALPH LUZZICONE, JR., individually and as
the Administrator of the Estate of Linda Anne
Luzzicone, Deceased and on behalf of all
survivors of Linda Anne Luzzicone

VALENTINA LYGINA, individually and as
the Co-Administrator of the Estate of
Alexander Lygin, Deceased and on behalf of all
survivors of Alexander Lygin

NATASHA LYGINA, individually as the
Sibling of Alexander Lygin, Deceased

REPRESENTATIVE of the Estate of Vladimir
Lygin, Deceased, Parent of decedent Alexander
Lygin

LORNE LYLES, individually and as the
Personal Representative of the Estate of
CeeCee Louise Lyles, Deceased and on behalf
of all survivors of CeeCee Louise Lyles

MARGARET DUGDALE, individually as the
Sibling of James Francis Lynch, Deceased

CAROL A. PENNA, individually as the Sibling
of James Francis Lynch, Deceased

WILLIAM F. BURNS-LYNCH, individually
as the Sibling of James Francis Lynch,
Deceased

DAVID W. LYNCH, individually as the
Sibling of James Francis Lynch, Deceased

PETER J. LYNCH, individually as the Sibling
of James Francis Lynch, Deceased

CATHERINE T. LYNCH, individually as the
Parent of Michael F. Lynch, Deceased

BARBARA MCMANUS, individually as the
Sibling of Michael F. Lynch, Deceased

BERNADETTE RAFFERTY, individually as
the Sibling of Michael F. Lynch, Deceased

ROSEMARY ELIZABETH PUMILIA,
individually as the Sibling of Michael F. Lynch,
Deceased

MARY L. COSTER, individually as the Sibling
of Michael F. Lynch, Deceased

DENISE LYNCH, individually and as the
Personal Representative of the Estate of
Michael F. Lynch, Deceased and on behalf of
all survivors of Michael F. Lynch and on behalf
of minor child J.R.L.

DANIEL F. LYNCH, individually as the Parent
of Michael F. Lynch, Deceased

DANIEL J. LYNCH, individually as the
Sibling of Michael F. Lynch, Deceased

KATHLEEN V. LYNCH, individually as the
Parent of Michael Francis Lynch, Deceased

KATHLEEN ANN LYNCH, individually as
the Sibling of Michael Francis Lynch,
Deceased

COLLEEN M. PARIGEN, individually as the
Sibling of Michael Francis Lynch, Deceased

MAUREEN LYNCH BAKER, individually as
the Sibling of Michael Francis Lynch,
Deceased

JOHN B. LYNCH, individually and as the
Personal Representative of the Estate of
Michael Francis Lynch, Deceased and on
behalf of all survivors of Michael Francis
Lynch

FREDERICK LYNCH, individually as the
Sibling of Michael Francis Lynch, Deceased

PAUL LYNCH, individually as the Sibling of
Michael Francis Lynch, Deceased

JOHN B. LYNCH, JR., individually as the
Sibling of Michael Francis Lynch, Deceased

REPRESENTATIVE of the Estate of
Marguerite Lynch, Deceased, Parent of
decedent Robert H. Lynch

157

BARBARA COTTER, individually as the
Sibling of Robert H. Lynch, Deceased

LINDA HELCK, individually as the Sibling of
Robert H. Lynch, Deceased

PATRICIA CURRY, individually as the
Sibling of Robert H. Lynch, Deceased

DOE 69, individually as the Spouse and as the
Personal Representative of the Estate of DOE
69, Deceased and on behalf of all survivors of
DOE 69

MARGARET A. LYNCH, individually as the
Parent of Sean Patrick Lynch, Deceased

LAUREEN A. SUTERA, individually as the
Sibling of Sean Patrick Lynch, Deceased

KATHLEEN A. HALLSTROM, individually
as the Sibling of Sean Patrick Lynch, Deceased

COLLEEN M. WATSON, individually as the
Sibling of Sean Patrick Lynch, Deceased

JOHN J. LYNCH, individually as the Parent of
Sean Patrick Lynch, Deceased

MICHAEL J. LYNCH, individually and as the
Personal Representative of the Estate of Sean
Patrick Lynch, Deceased and on behalf of all
survivors of Sean Patrick Lynch

ASHLEY NICOLE LYNCH, individually as
the Child of Terence M. Lynch, Deceased

TIFFANY M. LYNCH, individually as the
Child of Terence M. Lynch, Deceased

JACQUELINE E. LYNCH, individually and as
the Personal Representative of the Estate of
Terence M. Lynch, Deceased and on behalf of
all survivors of Terence M. Lynch

PATRICIA LYONS, individually as the Parent
of Patrick John Lyons, Deceased

KELLY JEAN LYONS, individually as the
Sibling of Patrick John Lyons, Deceased

KRISTEN ELIZABETH LYONS, individually
as the Sibling of Patrick John Lyons, Deceased

IRENE LYONS- LOEFFLER, individually and

as the Personal Representative of the Estate of
Patrick John Lyons, Deceased and on behalf of
all survivors of Patrick John Lyons and on
behalf of minor child P.L.

BRIAN PATRICK LYONS, individually as the
Parent of Patrick John Lyons, Deceased

BRIAN CHARLES LYONS, individually as
the Sibling of Patrick John Lyons, Deceased

SEAN LYONS, individually as the Sibling of
Patrick John Lyons, Deceased

KENNETH J. MACE, individually and as the
Personal Representative of the Estate of Robert
Francis Mace, Deceased and on behalf of all
survivors of Robert Francis Mace

KAZIMIERZ MACIEJEWSKI, individually as
the Parent of Jan Maciejewski, Deceased

PAWEL MACIEJEWSKI, individually as the
Sibling of Jan Maciejewski, Deceased

DOUGLAS MACKAY, individually and as the
Personal Representative of the Estate of Susan
Mackay, Deceased and on behalf of all
survivors of Susan Mackay

MICHELLE MARIE MADDEN, individually
as the Parent of Richard B. Madden, Deceased

MELISSA MADDEN CROWLEY,
individually as the Sibling of Richard B.
Madden, Deceased

MAURA LEZYNSKI, individually and as the
Personal Representative of the Estate of
Richard B. Madden, Deceased and on behalf of
all survivors of Richard B. Madden

JOSHUA POWERS MADDEN, individually as
the Sibling of Richard B. Madden, Deceased

ROBERT TWINING MADDEN, JR.,
individually as the Sibling of Richard B.
Madden, Deceased

PENELOPE JOAN HASSELL, individually as
the Sibling of Simon Maddison, Deceased

ELIZABETH COLLIS, individually as the
Sibling of Simon Maddison, Deceased

MAUREEN MADDISON, individually and as
the Personal Representative of the Estate of
Simon Maddison, Deceased and on behalf of all
survivors of Simon Maddison

PETER JOHN MADDISON, individually as
the Parent of Simon Maddison, Deceased

STEPHEN PETER MADDISON, individually
as the Sibling of Simon Maddison, Deceased

JENNIFER LYN MAERZ, individually and as
the Personal Representative of the Estate of
Noell Maerz, Deceased and on behalf of all
survivors of Noell Maerz and on behalf of
minor child N.B.M.

RALPH S. MAERZ, JR., individually as the
Parent of Noell Maerz, Deceased

REPRESENTATIVE of the Estate of Jean
Maffeo, Deceased, Parent of decedent Joseph
Maffeo

SUSAN MAFFEO DRURY, individually as the
Sibling of Joseph Maffeo, Deceased

LINDA MAFFEO MANFREDI, individually
as the Sibling of Joseph Maffeo, Deceased

DEBRA MAFFEO MORRI, individually as the
Sibling of Joseph Maffeo, Deceased

DONNA MAFFEO, individually as the Sibling
of Joseph Maffeo, Deceased

LINDA MAFFEO, individually and as the
Personal Representative of the Estate of Joseph
Maffeo, Deceased and on behalf of all survivors
of Joseph Maffeo

LOUIS MAFFEO, individually as the Parent of
Joseph Maffeo, Deceased

BETH A. MAHON, individually and as the
Personal Representative of the Estate of
Thomas A. Mahon, Deceased and on behalf of
all survivors of Thomas A. Mahon and on
behalf of minor child S.E.M.

DONNA MAHONEY, individually and as the
Personal Representative of the Estate of
William J. Mahoney, Jr., Deceased and on
behalf of all survivors of William J. Mahoney,

Jr.

BEVERLY M. MALER, individually as the Parent of Alfred Russell Maler, Deceased

BEVERLY V. MALER, individually as the Sibling of Alfred Russell Maler, Deceased

JEANINE M. SHERMAN, individually as the Sibling of Alfred Russell Maler, Deceased

DOE 59, individually as the Spouse and as the Personal Representative of the Estate of DOE 59, Deceased and on behalf of all survivors of DOE 59 and on behalf of minor children DOE 59 and DOE 59

KEITH E. MALER, individually as the Sibling of Alfred Russell Maler, Deceased

EDWARD DWAIN MALER, individually as the Sibling of Alfred Russell Maler, Deceased

REPRESENTATIVE of the Estate of Michael A. Maler, Sr., Deceased, Parent of decedent Alfred Russell Maler

KATHLEEN MALONEY, individually and as the Personal Representative of the Estate of Joseph Maloney, Deceased and on behalf of all survivors of Joseph Maloney and on behalf of minor children M.M. and J.M.

DOE 58, individually as the Spouse and as the Personal Representative of the Estate of DOE 58, Deceased and on behalf of all survivors of DOE 58 and on behalf of minor children DOE 58, DOE 58, AND DOE 58

KATHLEEN MANGANO, individually and as the Personal Representative of the Estate of Joseph Mangano, Deceased and on behalf of all survivors of Joseph Mangano

ROBERT WILLIAM HARVEY, individually and as the Personal Representative of the Estate of Sarah Elizabeth Manley, Deceased and on behalf of all survivors of Sarah Elizabeth Manley

KENNETH R. MANNETTA, individually and as the Personal Representative of the Estate of Debra M. Mannetta, Deceased and on behalf of

all survivors of Debra M. Mannetta and on behalf of minor child J.M. and A.M.

MELISSA EZRO as the Personal Representative of the Estate of Elizabeth Kemmerer, Deceased, Daughter of decedent Hilda Marcin

CAROLE O'HARE, individually and as the Personal Representative of the Estate of Hilda Marcin, Deceased and on behalf of all survivors of Hilda Marcin

SHAKEH MARDIKIAN, individually as the Parent of Peter Edward Mardikian, Deceased

MONICA N. MARDIKIAN, individually as the Sibling of Peter Edward Mardikian, Deceased

ALEXANDER PAUL MARDIKIAN, individually as the Parent of Peter Edward Mardikian, Deceased

AMELIA J. MARGIOTTA, individually as the Parent of Charles Joseph Margiotta, Deceased

NORMA MARGIOTTA, individually and as the Personal Representative of the Estate of Charles Joseph Margiotta, Deceased and on behalf of all survivors of Charles Joseph Margiotta

CHARLES V. MARGIOTTA, individually as the Parent of Charles Joseph Margiotta, Deceased

MICHAEL MARGIOTTA, individually as the Sibling of Charles Joseph Margiotta, Deceased

CHARLES VITO MARGIOTTA, III, individually as the Child of Charles Joseph Margiotta, Deceased

MARY ANN MARINO, individually as the Parent of Kenneth Marino, Deceased

LYNDA ANN MARINO, individually as the Sibling of Kenneth Marino, Deceased

KATRINA MARGIT MARINO, individually and as the Personal Representative of the Estate of Kenneth Marino, Deceased and on behalf of all survivors of Kenneth Marino and on behalf of minor child T.K.M.

PAT MARINO, individually as the Parent of Kenneth Marino, Deceased

ANTONINA JOAN MARINO, individually as the Parent of Vita Marino, Deceased

JAMES MARTIN MARINO, individually as the Sibling of Vita Marino, Deceased

MARTIN ANTHONY MARINO, individually as the Sibling of Vita Marino, Deceased

MICHAEL PATRICK MARINO, individually as the Sibling of Vita Marino, Deceased

DOE 38, individually as the Spouse and as the Personal Representative of the Estate of DOE 38, Deceased and on behalf of all survivors of DOE 38

ROSEMARY CLAIRE MEYER, individually as the Parent of Kevin D. Marlo, Deceased

DENNIS MARLO, individually and as the Personal Representative of the Estate of Kevin D. Marlo, Deceased and on behalf of all survivors of Kevin D. Marlo

JODI A. MARRERO, individually and as the Personal Representative of the Estate of Jose Marrero, Deceased and on behalf of all survivors of Jose Marrero

REPRESENTATIVE of the Estate of Doreen E. Rowland, Deceased, Sibling of decedent John Daniel Marshall

JEANETTE A. MARSHALL, individually as the Parent of John Daniel Marshall, Deceased

LORI T. MARSHALL, individually and as the Personal Representative of the Estate of John Daniel Marshall, Deceased and on behalf of all survivors of John Daniel Marshall and on behalf of minor child J.M.M.

DONN E. MARSHALL, individually and as the Personal Representative of the Estate of Shelley A. Marshall, Deceased and on behalf of all survivors of Shelley A. Marshall and on behalf of minor child C.H.M.

JOHN A. MARTIN, individually and as the Co-Administrator of the Estate of Karen A.

163

Martin, Deceased and on behalf of all survivors of Karen A. Martin

REPRESENTATIVE of the Estate of Paul R. Martin, Deceased, Sibling of decedent Karren A. Martin

DEBORAH D. MARTIN, individually and as the Personal Representative of the Estate of William J. Martin, Deceased and on behalf of all survivors of William J. Martin

REPRESENTATIVE of the Estate of Luis Gaston, Deceased, Parent of decedent Betsy Martinez

REPRESENTATIVE of the Estate of Betsy Martinez, Deceased, and on behalf of all survivors of Betsy Martinez

DOE 124, individually as the Spouse and as the Personal Representative of the Estate of DOE 124, Deceased and on behalf of all survivors of DOE 124 and behalf of minor children DOE 124, DOE 124, DOE 124, and DOE 124

MICHAEL JESSE MARTINEZ, individually as the Child of Jose Angel Martinez, Jr., Deceased

LOURDES LEBRON, individually as the Sibling of Waleska Martinez, Deceased

MARINO CALDERON, individually and as the Personal Representative of the Estate of Lizie Martinez-Calderon, Deceased and on behalf of all survivors of Lizie Martinez-Calderon

LISA MARTINI, individually and as the Personal Representative of the Estate of Paul Richard Martini, Deceased and on behalf of all survivors of Paul Richard Martini

REPRESENTATIVE of the Estate of Mildred Martino, Deceased, Parent of decedent Anne Marie Martino-Cramer

PATRICIA NILSEN, individually and as the Co-Administrator of the Estate of Anne Marie Martino-Cramer, Deceased and on behalf of all survivors of Anne Marie Martino-Cramer

ANTHONY DEMITRIO MARTINO,
individually and as the Co-Administrator of the
Estate of Anne Marie Martino-Cramer,
Deceased and on behalf of all survivors of
Anne Marie Martino-Cramer

THERESA BEVILACQUA as Personal
Representative of the Estate of Joan Masi,
Deceased, Parent of decedent Stephen F. Masi

THERESA BEVILACQUA, individually and
as the Personal Representative of the Estate of
Stephen F. Masi, Deceased and on behalf of all
survivors of Stephen F. Masi

STEPHEN J. MASI, individually as the Child
of Stephen F. Masi, Deceased

ANNA ELLA CIMAROLI, individually as the
Parent of Patricia Ann Massari, Deceased

RICHARD PATRICK CIMAROLI,
individually as the Parent of Patricia Ann
Massari, Deceased

JOSEPH CIMAROLI, individually as the
Sibling of Patricia Ann Massari, Deceased

JOSEPHINE HOLUBAR, individually as the
Parent of Michael Massaroli, Deceased

JOANN CLEARY, individually as the Sibling
of Michael Massaroli, Deceased

DIANE MASSAROLI, individually and as the
Personal Representative of the Estate of
Michael Massaroli, Deceased and on behalf of
all survivors of Michael Massaroli

ROSALIE ANNETTE MASTRANDREA,
individually as the Parent of Philip William
Mastrandrea, Jr., Deceased

LYNN MARIE PARAGANO, individually as
the Sibling of Philip William Mastrandrea, Jr.,
Deceased

KAREN ELIZABETH MASTRANDREA,
individually and as the Personal Representative
of the Estate of Philip William Mastrandrea, Jr.,
Deceased and on behalf of all survivors of
Philip William Mastrandrea, Jr.

ROBERT MASTRANDREA, individually as

165

the Sibling of Philip William Mastrandrea, Jr., Deceased

PHILIP WILLIAM MASTRANDREA, SR., individually as the Parent of Philip William Mastrandrea, Jr., Deceased

ISABELLE MASTROCINQUE, individually as the Parent of Rudy Mastrocinque, Jr., Deceased

SHARON SWAILES, individually as the Sibling of Rudy Mastrocinque, Jr., Deceased

RUDY MASTOCINQUE, SR., individually as the Parent of Rudy Mastrocinque, Jr., Deceased

RUDY MASTROCINQUE, SR., individually as the Parent of Rudy Mastrocinque, Jr., Deceased

TERESA MATHAI, individually and as the Personal Representative of the Estate of Joseph Mathai, Deceased and on behalf of all survivors of Joseph Mathai

MARGARET LOUISA MATHERS, individually and as the Personal Representative of the Estate of Charles W. Mathers, Deceased and on behalf of all survivors of Charles W. Mathers

REPRESENTATIVE of the Estate of Marguerite Mattson, Deceased, Parent of decedent Robert Mattson

JEAN E. MATTSON, individually as the Child of Robert Mattson, Deceased

ELIZABETH A. MATTSON, individually and as the Personal Representative of the Estate of Robert Mattson, Deceased and on behalf of all survivors of Robert Mattson

JAMES F. MATTSON, individually as the Child of Robert Mattson, Deceased

WILLIAM G. MATTSON, individually as the Sibling of Robert Mattson, Deceased

DENISE MATUZA, individually and as the Personal Representative of the Estate of Walter Matuza, Deceased and on behalf of all survivors of Walter Matuza

166

MARGARET MAURO, individually and as the
Personal Representative of the Estate of
Dorothy Mauro, Deceased and on behalf of all
survivors of Dorothy Mauro

NANCY A. MAY, individually as the Parent of
Renee A. May, Deceased

RONALD F. MAY, individually and as the
Personal Representative of the Estate of Renee
A. May, Deceased and on behalf of all
survivors of Renee A. May

JEFFREY M. MAY, individually as the Sibling
of Renee A. May, Deceased

KENNETH MAY, individually as the Sibling
of Renee A. May, Deceased

DAVID SPIVOCK, JR., individually as the
Fiancé of Renee A. May, Deceased, and on
behalf of his unborn child, Deceased

SUSAN M. BRANNIGAN, individually as the
Child of Edward Mazzella, Jr., Deceased

CATHERINE MAZZELLA, individually and
as the Personal Representative of the Estate of
Edward Mazzella, Jr., Deceased and on behalf
of all survivors of Edward Mazzella, Jr.

MICHAEL T. MAZZELLA, individually as the
Child of Edward Mazzella, Jr., Deceased

CATHERINE MAZZOTTA, individually and
as the Personal Representative of the Estate of
Jennifer Mazzotta, Deceased and on behalf of
all survivors of Jennifer Mazzotta

MICHELLE BONETTI, individually as the
Sibling of Jennifer Mazzotta, Deceased

ANTHONY ROMAN, individually as the
Fiancé of Jennifer Mazzotta, Deceased

VITO V. MAZZOTTA, individually as the
Parent of Jennifer Mazzotta, Deceased

CHARLES MAZZOTTA, individually as the
Sibling of Jennifer Mazzotta, Deceased

VERTISTINE BEAMAN MBAYA,
individually and as the Personal Representative
of the Estate of Kaaria William Mbaya,

167

Deceased and on behalf of all survivors of
Kaaria William Mbaya

KIBABU MBAYA, individually as the Sibling
of Kaaria William Mbaya, Deceased

NJUE W. MBAYA, individually as the Sibling
of Kaaria William Mbaya, Deceased

DAWN MCALEESE, individually and as the
Personal Representative of the Estate of Brian
G. McAleese, Deceased and on behalf of all
survivors of Brian G. McAleese and on behalf
of minor children A.M. and L.M.

MARGARET E. CRUZ, individually as the
Domestic Partner of Patricia A. McAneney,
Deceased

JAMES MCANENEY, individually and as the
Personal Representative of the Estate of
Patricia A. McAneney, Deceased and on behalf
of all survivors of Patricia A. McAneney

SHEILA MCPHERSON, individually as the
Sibling of Colin Richard McArthur, Deceased

PHILOMENA MCAVOY, individually as the
Parent of John K. McAvoy, Deceased

PAULA M. MCAVOY, individually and as the
Personal Representative of the Estate of John
K. McAvoy, Deceased and on behalf of all
survivors of John K. McAvoy

MICHAEL MCAVOY, individually as the
Sibling of John K. McAvoy, Deceased

MARSHA K. MCBRAYER, individually and
as the Personal Representative of the Estate of
Kenneth M. McBrayer, Deceased and on behalf
of all survivors of Kenneth M. McBrayer

LYNN C. MCCABE, individually and as the
Personal Representative of the Estate of
Michael J. McCabe, Deceased and on behalf of
all survivors of Michael J. McCabe

NATALIE MARY MCCANN, individually as
the Parent of Thomas J. McCann, Deceased

NATALIE MARY MORIARTY, individually
as the Sibling of Thomas J. McCann, Deceased

ANNE MARIE MCCANN, individually and as the Personal Representative of the Estate of Thomas J. McCann, Deceased and on behalf of all survivors of Thomas J. McCann

GEORGE GERARD MCCANN, individually as the Sibling of Thomas J. McCann, Deceased

MARIE MCCARTHY, individually as the Parent of Kevin Micheal McCarthy, Deceased

KATHLEEN MARIE SULLIVAN, individually as the Sibling of Kevin Micheal McCarthy, Deceased

DEBRA MENICH, individually and as the Personal Representative of the Estate of Kevin Micheal McCarthy, Deceased and on behalf of all survivors of Kevin Micheal McCarthy

CHARLES MCCARTHY, JR., individually as the Sibling of Kevin Micheal McCarthy, Deceased

CHARLES MCCARTHY, SR., individually as the Parent of Kevin Micheal McCarthy, Deceased

RUFUS J. MCDAY as Personal Representative of the Estate of Cynthia Elaine McDay, Deceased, Parent of decedent Tonyell F. McDay

REPRESENTATIVE of the Estate of Tonyell F. McDay, Deceased, and on behalf of all survivors of Tonyell F. McDay

RUFUS J. MCDAY, individually as the Parent of Tonyell F. McDay, Deceased

RUVAUGHN MCDAY, individually as the Sibling of Tonyell F. McDay, Deceased

JACQUELINE A. MCDERMOTT, individually as the Parent of Matthew Thomas McDermott, Deceased

MARGARET MCDERMOTT, individually as the Sibling of Matthew Thomas McDermott, Deceased

SUZANNE P. MCDERMOTT, individually and as the Personal Representative of the Estate of Matthew Thomas McDermott, Deceased and

on behalf of all survivors of Matthew Thomas
McDermott

JOHN E. MCDERMOTT, individually as the
Parent of Matthew Thomas McDermott,
Deceased

JOHN C. MCDERMOTT, individually as the
Sibling of Matthew Thomas McDermott,
Deceased

DOE 139, individually as Spouse and as the
Personal Representative DOE 139, Deceased,
and on behalf of all survivors of DOE 139, and
on behalf of minor children DOE 139 and DOE
139

ANN CLAIRE MCDONNELL, individually as
the Parent of Brian G. McDonnell, Deceased

ALICIA ARANCIBIA, individually as the
Sibling of Brian G. McDonnell, Deceased

MARGARET MCDONNELL, individually and
as the Personal Representative of the Estate of
Brian G. McDonnell, Deceased and on behalf
of minor children K.M. and T.M. and on behalf
of all survivors of Brian G. McDonnell

ROBERT MCDONNELL, individually as the
Sibling of Brian G. McDonnell, Deceased

KEVIN MICHAEL MCDONNELL,
individually as the Sibling of Brian G.
McDonnell, Deceased

CHERYL ANN MCDONNELL, individually
and as the Personal Representative of the Estate
of Michael Patrick McDonnell, Deceased and
on behalf of all survivors of Michael Patrick
McDonnell and on behalf of minor children
B.M.M. and K.M.M.

BONNIE MCENEANEY, individually and as
the Personal Representative of the Estate of
Eamon McEneaney, Deceased and on behalf of
all survivors of Eamon McEneaney

AGNES MARIE MCERLEAN, individually as
the Parent of John T. McErlean, Jr., Deceased

MARIE MCERLEAN HUNTER, individually
as the Sibling of John T. McErlean, Jr.,

Deceased

AGNES MARIE DUHAMEL, individually as the Sibling of John T. McErlean, Jr., Deceased

CATHERINE FRANCESE, individually as the Sibling of John T. McErlean, Jr., Deceased

REPRESENTATIVE of the Estate of Thomas M. McErlean, Deceased, Sibling of decedent John T. McErlean, Jr.

JOHN T. MCERLEAN, SR., individually as the Parent of John T. McErlean, Jr., Deceased

PATRICIA D. MCGINLY, individually as the Parent of Mark Ryan McGinly, Deceased

WILLIAM C. MCGINLY, individually and as the Personal Representative of the Estate of Mark Ryan McGinly, Deceased and on behalf of all survivors of Mark Ryan McGinly

SEAN M. MCGINLY, individually as the Sibling of Mark Ryan McGinly, Deceased

ANDREW M. MCGINLY, individually as the Sibling of Mark Ryan McGinly, Deceased

MARILYN MCGOVERN ZURICA, individually as the Sibling of William J. McGovern, Deceased

MARY SUE MCGOVERN, individually and as the Personal Representative of the Estate of William J. McGovern, Deceased and on behalf of all survivors of William J. McGovern

FRANCES N. SENNAS, individually as the Parent of Stacey Sennas McGowan, Deceased

SEMO P. SENNAS, individually as the Parent of Stacey Sennas McGowan, Deceased

DANIELLE MCGUINN, individually as the Child of Francis Noel McGuinn, Deceased

LYNN S. MCGUINN, individually and as the Personal Representative of the Estate of Francis Noel McGuinn, Deceased and on behalf of all survivors of Francis Noel McGuinn

DANIELLE MCGUIRE, individually and as the Personal Representative of the Estate of Patrick McGuire, Deceased and on behalf of all

survivors of Patrick McGuire

DOE 56, individually as Parent and as the Personal Representative of the Estate of DOE 56, Deceased and on behalf of all survivors of DOE 56

DOE 56, individually as the Sibling of DOE 56, Deceased

DOE 56, individually as the Sibling of DOE 56, Deceased

BERNADETTE MARIE MCHUGH, individually as the Parent of Denis J. McHugh, III, Deceased

BERNADETTE MCHUGH TORRES, individually as the Sibling and as the Personal Representative of the Estate of Denis J. McHugh, III, Deceased and on behalf of all survivors of Denis J. McHugh, III

TIMOTHY S. MCHUGH, individually as the Sibling of Denis J. McHugh, III, Deceased

UNA MARGARET MCHUGH, individually and as the Personal Representative of the Estate of Dennis P. McHugh, Deceased and on behalf of all survivors of Dennis P. McHugh and on behalf of minor children J.M., C.M., and S.M.

MARIA C. MCHUGH, individually and as the Personal Representative of the Estate of Michael E. McHugh, Jr., Deceased and on behalf of all survivors of Michael E. McHugh, Jr. and on behalf of minor child C.J.M.

JEANNINE MCINTYRE, individually and as the Personal Representative of the Estate of Donald J. McIntyre, Deceased and on behalf of all survivors of Donald J. McIntyre and on behalf of minor child L.M.

AGNES MCKENNA, individually as the Parent of Stephanie McKenna, Deceased

PATRICIA MCKENNA, individually and as the Personal Representative of the Estate of Stephanie McKenna, Deceased and on behalf of all survivors of Stephanie McKenna

EUGENE MCKENNA, individually as the

Parent of Stephanie McKenna, Deceased

MAUREEN SPROHA, as the Co-Administrator of the Estate of Gavin McMahon, Deceased and on behalf of all survivors of Gavin McMahon

JOHN A. SPROHA, SR., as the Co-Administrator of the Estate of Gavin McMahon, Deceased and on behalf of all survivors of Gavin McMahon

KATHRYN WALKER MCNEAL, individually and as the Personal Representative of the Estate of Daniel W. McNeal, Deceased and on behalf of all survivors of Daniel W. McNeal

JENNIFER MCNULTY-AHERN, individually as the Sibling of Christine Sheila McNulty, Deceased

CATHERINE MCNULTY, individually as the Sibling of Christine Sheila McNulty, Deceased

HELEN MCNULTY, individually as the Sibling of Christine Sheila McNulty, Deceased

CLIVE MCNULTY, individually as the Sibling of Christine Sheila McNulty, Deceased

MIKE MCNULTY, individually as the Sibling of Christine Sheila McNulty, Deceased

LUKE MCNULTY, individually as the Sibling of Christine Sheila McNulty, Deceased

WILLIAM JORN SKEAD, individually and as the Personal Representative of the Estate of Christine Sheila McNulty, Deceased and on behalf of all survivors of Christine Sheila McNulty

RICHARD MCNULTY as Personal Representative of the Estate of Rosanne McNulty, Deceased, parent of decedent Sean Peter McNulty

RICHARD MCNULTY as Personal Representative of the Estate of Gerald R. McNulty, III, Deceased, parent of decedent Sean Peter McNulty

RICHARD MCNULTY, individually and as the Personal Representative of the Estate of

Sean Peter McNulty, Deceased, and on behalf of all survivors of Sean Peter McNulty,

SARA SCHULTZ, individually as the Sibling of Sean Peter McNulty, Deceased

BRIDGETTE MCNULTY, individually as the Sibling of Sean Peter McNulty, Deceased

MICHELLE MCNULTY, individually as the sibling of Sean Peter McNulty, Deceased

KATHERINE M. RICHARDSON, individually and as the Personal Representative of the Estate of Robert W. McPadden, Deceased and on behalf of all survivors of Robert W. McPadden

LYNN MCWILLIAMS, individually as the Sibling of Martin Edward McWilliams, Deceased

DOE 85, individually as the domestic partner as the Personal Representative of the Estate of DOE 85, Deceased and on behalf of all survivors of DOE 85 and on behalf of minor child S.R.M.

MARY MCWILLIAMS, individually as the Parent of Martin Edward McWilliams, Deceased

BARBARA MCWILLIAMS, individually as the Sibling of Martin Edward McWilliams, Deceased

JOSEPH MCWILLIAMS, individually as the Sibling of Martin Edward McWilliams, Deceased

ENID MEDINA, individually as the Child of Abigail Medina, Deceased

ELI MEDINA, individually and as the Personal Representative of the Estate of Abigail Medina, Deceased and on behalf of all survivors of Abigail Medina

MICHAEL TAVOLARELLA, individually and as the Personal Representative of the Estate of Deborah Medwig, Deceased and on behalf of all survivors of Deborah Medwig

MAUREEN E. MEEHAN, individually and as the Personal Representative of the Estate of

174

William J. Meehan, Jr., Deceased and on behalf
of all survivors of William J. Meehan, Jr.

DANIEL A. MEEHAN, individually as the
Child of William J. Meehan, Jr., Deceased

WILLIAM MEEHAN, III, individually as the
Child of William J. Meehan, Jr., Deceased

GOPAL MEHTA, individually and as the
Personal Representative of the Estate of Alok
K. Mehta, Deceased and on behalf of all
survivors of Alok K. Mehta

JOANNE MEISENHEIMER, individually and
as the Personal Representative of the Estate of
Raymond Meisenheimer, Deceased and on
behalf of all survivors of Raymond
Meisenheimer

JULIA HERNANDEZ, individually as the
Domestic Partner of Antonio Melendez,
Deceased

RAMON MELENDEZ, individually and as the
Personal Representative of the Estate of Mary
Melendez, Deceased and on behalf of all
survivors of Mary Melendez

JOYCE MELTZER, individually as the Parent
of Stuart Todd Meltzer, Deceased

LISA MELTZER, individually and as the
Personal Representative of the Estate of Stuart
Todd Meltzer, Deceased and on behalf of all
survivors of Stuart Todd Meltzer

ZACHARY MELTZER, individually as the
Parent of Stuart Todd Meltzer, Deceased

KENNETH MELTZER, individually as the
Sibling of Stuart Todd Meltzer, Deceased

LAWRENCE MELTZER, individually as the
Sibling of Stuart Todd Meltzer, Deceased

VICTOR BARAHONA, individually and as the
Personal Representative of the Estate of
Diarelia J. Mena, Deceased and on behalf of all
survivors of Diarelia J. Mena and on behalf of
minor child K.A.B.

EARL A. DORSEY, individually and as the
Personal Representative of the Estate of Dora

Marie Menchaca, Deceased and on behalf of all survivors of Dora Marie Menchaca

KERRI ANN MENDEZ, individually and as the Personal Representative of the Estate of Charles Mendez, Deceased and on behalf of all survivors of Charles Mendez

MYRTLE BAZIL, individually and as the Personal Representative of the Estate of Shevonne Olicia Mentis, Deceased and on behalf of all survivors of Shevonne Olicia Mentis

DEBRA MERCURIO, individually and as the Personal Representative of the Estate of Ralph Mercurio, Deceased and on behalf of all survivors of Ralph Mercurio

BARBARA MERDINGER, individually and as the Personal Representative of the Estate of Alan Merdinger, Deceased and on behalf of all survivors of Alan Merdinger

REPRESENTATIVE of the Estate of Zenaida Merino, Deceased, Parent of decedent George Merino

MARIA LOURDES LEHR, individually as the Sibling of George Merino, Deceased

LUIS MERINO, individually as the Parent of George Merino, Deceased

WENDY ANNE METZ, individually as the Sibling of Raymond Joseph Metz, III, Deceased

RAYMOND JOSEPH METZ, JR., individually as the Parent of Raymond Joseph Metz, III, Deceased

MAUREEN RACIOPPI, individually as the Sibling of Peter T. Milano, Deceased

PATRICIA MILANO, individually and as the Personal Representative of the Estate of Peter T. Milano, Deceased and on behalf of all survivors of Peter T. Milano

ALFRED MILANO, individually as the Sibling of Peter T. Milano, Deceased

THOMAS MILANO, individually as the Sibling of Peter T. Milano, Deceased

FRANK MILANO, individually as the Sibling
of Peter T. Milano, Deceased

ADELE MILANOWYCZ, individually as the
Parent of Gregory Milanowycz, Deceased

JOSEPH M. MILANOWYCZ, individually and
as the Personal Representative of the Estate of
Gregory Milanowycz, Deceased and on behalf
of all survivors of Gregory Milanowycz

STEVEN MILANOWYCZ, individually as the
Sibling of Gregory Milanowycz, Deceased

HOLLY ANN MILLER HEDLEY,
individually and as the Personal Representative
of the Estate of Craig James Miller, Deceased
and on behalf of all survivors of Craig James
Miller and on behalf of minor children C.J.M.
and C.J.M.

REPRESENTATIVE of the Estate of Stella
Lazarra, Deceased, Parent of decedent Joel
Miller

SONDRA BEVERLY FONER, individually as
the Sibling of Joel Miller, Deceased

ADAM ERIC MILLER, individually as the
Child of Joel Miller, Deceased

PATRICIA SKIC, individually as the Fiancé of
Michael Matthew Miller, Deceased

BETTY ANN MILLER, individually and as the
Co-Administrator of the Estate of Michael
Matthew Miller, Deceased and on behalf of all
survivors of Michael Matthew Miller

REPRESENTATIVE of the Estate of James H.
Miller, Deceased, Parent of decedent Michael
Matthew Miller

CATHERINE STEFANI, individually and as
the Co-Administrator of the Estate of Nicole
Carol Miller, Deceased and on behalf of all
survivors of Nicole Carol Miller

TIFFNEY MILLER, individually as the Sibling
of Nicole Carol Miller, Deceased

DAVID JAMES MILLER, individually and as
the Co-Administrator of the Estate of Nicole
Carol Miller, Deceased and on behalf of all

survivors of Nicole Carol Miller

MITOKO MILLER, individually and as the Personal Representative of the Estate of Robert C. Miller, Jr., Deceased and on behalf of all survivors of Robert C. Miller, Jr.

TERRY RICHARD MILLER, individually as the Sibling of Robert C. Miller, Jr., Deceased

JAMES RONALD MILLER, individually as the Sibling of Robert C. Miller, Jr., Deceased

IVY MARIA MORENO, individually and as the Personal Representative of the Estate of Yvette Nicole Miller, Deceased and on behalf of all survivors of Yvette Nicole Miller

TOBY MILLMAN, individually and as the Personal Representative of the Estate of Benjamin Millman, Deceased and on behalf of all survivors of Benjamin Millman

CHARLES M. MILLS, III, individually as the Child of Charles M. Mills, II, Deceased

PAULA A. MINARA, individually as the Spouse of Robert Minara, Deceased

CHRISTIAN MINARA, individually and as the Co-Administrator of the Estate of Robert Minara, Deceased and on behalf of all survivors of Robert Minara

RYAN PAUL MINARA, individually and as the Co-Administrator of the Estate of Robert Minara, Deceased and on behalf of all survivors of Robert Minara

ANTONINA MINGIONE, individually as the Parent of Thomas Mingione, Deceased

GERALD MINGIONE, individually as the Parent of Thomas Mingione, Deceased

PHILOMENA MISTRULLI, individually and as the Personal Representative of the Estate of Joseph D. Mistrulli, Deceased and on behalf of all survivors of Joseph D. Mistrulli

ANGELA M. MISTRULLI-CANTONE, individually as the Child of Joseph D. Mistrulli, Deceased

JOSEPH J. MISTRULLI, individually as the
Child of Joseph D. Mistrulli, Deceased

MARY ANN MISTRULLI-ROSSER,
individually as the Child of Joseph D. Mistrulli,
Deceased

CHRISTINE MITCHELL, individually as the
Child of Paul T. Mitchell, Deceased

JENNIFER MITCHELL, individually as the
Child of Paul T. Mitchell, Deceased

MARIE D. MITCHELL, individually as the
Sibling of Paul T. Mitchell, Deceased

MAUREEN MITCHELL, individually and as
the Personal Representative of the Estate of
Paul T. Mitchell, Deceased and on behalf of all
survivors of Paul T. Mitchell

LAURA MARIE LOPEZ, individually as the
Child of Richard P. Miuccio, Deceased

MARY URS, individually as the Sibling of
Richard P. Miuccio, Deceased

JOYCE MIUCCIO, individually and as the
Personal Representative of the Estate of
Richard P. Miuccio, Deceased and on behalf of
all survivors of Richard P. Miuccio

OWEN RICHARD MIUCCIO, individually as
the Child of Richard P. Miuccio, Deceased

THOMAS PAUL MIUCCIO, individually as
the Child of Richard P. Miuccio, Deceased

ROBERT PETER MIUCCIO, SR., individually
as the Sibling of Richard P. Miuccio, Deceased

REPRESENTATIVE of the Estate of Kathleen
Mladenik, Deceased, Parent of decedent Jeffrey
P. Mladenik

SUZANNE S. MLADENIK, individually and
as the Personal Representative of the Estate of
Jeffrey P. Mladenik, Deceased and on behalf of
all survivors of Jeffrey P. Mladenik and on
behalf of minor child B.M.

REPRESENTATIVE of the Estate of Richard
Mladenik, Deceased, Parent of decedent Jeffrey
P. Mladenik

SCOTT L. MLADENIK, individually as the
Sibling of Jeffrey P. Mladenik, Deceased

MICHAEL MLADENIK, individually as the
Sibling of Jeffrey P. Mladenik, Deceased

HORTENSIA GONZALEZ, individually and
as the Personal Representative of the Estate of
Dennis Mojica, Deceased and on behalf of all
survivors of Dennis Mojica

VALENTINA FERREIRA DIAZ, individually
as the Spouse of Manuel Dejesus Molina,
Deceased

MARINA MOLINA, individually as the Parent
of Manuel Dejesus Molina, Deceased

MARIA CARMEN MOLINA, individually as
the Sibling of Manuel Dejesus Molina,
Deceased

FANNY DEJESUS MOLINA, individually as
the Sibling of Manuel Dejesus Molina,
Deceased

MILEDE ATLAGRACIA MOLINA,
individually as the Sibling of Manuel Dejesus
Molina, Deceased

JUAN JOSE MOLINA, individually as the
Sibling of Manuel Dejesus Molina, Deceased

RAMON DEJESUS MOLINA, individually as
the Sibling of Manuel Dejesus Molina,
Deceased

JOAN OLIVIA MOLINARO, individually as
the Parent of Carl Eugene Molinaro, Deceased

DEBORAH ANN ATCHLEY, individually as
the Sibling of Carl Eugene Molinaro, Deceased

DOE 41, individually as the Sibling of DOE 41,
Deceased

DOE 41, individually as the Sibling of DOE 41,
Deceased

DOE 41, individually as the Spouse and as the
Personal Representative of the Estate ofDOE
41, Deceased and on behalf of all survivors of
DOE 41 and on behalf of minor child DOE 41

EUGENE MOLINARO, individually as the

Parent of Carl Eugene Molinaro, Deceased

LAWRENCE CHARLES MOLINARO, individually as the Sibling of Carl Eugene Molinaro, Deceased

JODI ANN MOLISANI, individually and as the Personal Representative of the Estate of Justin John Molisani, Jr., Deceased and on behalf of all survivors of Justin John Molisani, Jr. and on behalf of minor child M.L.M.

JEANNE ANN MONAGHAN, individually as the Parent of Brian Patrick Monaghan, Deceased

DANIELLE MONAGHAN, individually as the Sibling of Brian Patrick Monaghan, Deceased

BERNARD J. MONAGHAN, individually and as the Personal Representative of the Estate of Brian Patrick Monaghan, Deceased and on behalf of all survivors of Brian Patrick Monaghan

MATTHEW MONAHAN, individually and as the Personal Representative of the Estate of Franklyn Monahan, Deceased and on behalf of all survivors of Franklyn Monahan

DOE 75, individually as the Spouse and as the Personal Representative of the Estate of DOE 75, Deceased and on behalf of all survivors of DOE 75 and behalf of minor children DOE 75, DOE 75, and DOE 75

REPRESENTATIVE of the Estate of Margaret P. Montesi, Deceased, Parent of decedent Michael G. Montesi

MARIA E. LAURIA, individually as the Sibling of Michael G. Montesi, Deceased

NANCY EILEEN MONTESI, individually and as the Personal Representative of the Estate of Michael G. Montesi, Deceased and on behalf of all survivors of Michael G. Montesi

REPRESENTATIVE of the Estate of George R. Montesi, Deceased, Parent of decedent Michael G. Montesi

DORIS MARIE MONYAK, individually as the

Parent of Cheryl Ann Monyak, Deceased

MICHAEL J. MONYAK, individually and as the Personal Representative of the Estate of Cheryl Ann Monyak, Deceased and on behalf of all survivors of Cheryl Ann Monyak

BARBARA BRIDGES, individually as the Parent of Sharon Moore, Deceased

KARINA MOORE, individually as the Sibling of Sharon Moore, Deceased

ARINA BRIDGES, individually as the Sibling of Sharon Moore, Deceased

VIOLET MADDIX, individually as the Sibling of Sharon Moore, Deceased

EUGENE MOORE, individually as the Parent of Sharon Moore, Deceased

RAYBURN MOORE, individually as the Sibling of Sharon Moore, Deceased

BETTY E. MORAN, individually as the Parent of John Christopher Moran, Deceased

ELIZABETH LOUISE MORAN, individually and as the Personal Representative of the Estate of John Christopher Moran, Deceased and on behalf of all survivors of John Christopher Moran

KEVIN M. MORAN, individually as the Sibling of John Christopher Moran, Deceased

MARY ANN MORAN, individually as the Sibling of Kathleen Moran, Deceased

KATHLEEN S. MAYCEN, individually and as the Personal Representative of the Estate of Lindsay S. Morehouse, Deceased and on behalf of all survivors of Lindsay S. Morehouse

THEODORE C. MOREHOUSE, individually as the Parent of Lindsay S. Morehouse, Deceased

NYKIA MORGAN, individually and as the Personal Representative of the Estate of Dorothy R. Morgan, Deceased and on behalf of all survivors of Dorothy R. Morgan

DOE 48, individually as the Sibling of DOE 48,

182

Deceased

GLENN MORGAN, individually as the Child of Richard J. Morgan, Deceased

KEVIN J. MORGAN, individually as the Sibling of Richard J. Morgan, Deceased

MARIA MOROCHO SANCHEZ, individually as the Parent of Blanca Morocho, Deceased

MANUEL LLANOS MOROCHO, individually as the Sibling of Blanca Morocho, Deceased

MARIA MOROCHO SANCHEZ, individually as the Parent of Leonel G. Morocho, Deceased

MANUEL LLANOS MOROCHO, individually as the Sibling of Leonel G. Morocho, Deceased

PATRICIA M. MORRIS, individually and as the Co-Administrator of the Estate of Lynne Irene Morris, Deceased and on behalf of all survivors of Lynne Irene Morris

CHRISTINE MORRIS, individually as the Sibling of Lynne Irene Morris, Deceased

EDWARD G. MORRIS, individually as the Sibling of Lynne Irene Morris, Deceased

HAROLD C. MORRIS, JR., individually and as the Co-Administrator of the Estate of Lynne Irene Morris, Deceased and on behalf of all survivors of Lynne Irene Morris

LYNN MORRIS, individually and as the Personal Representative of the Estate of Seth A. Morris, Deceased and on behalf of all survivors of Seth A. Morris

LAURA MAZZARELLA, individually as the Fiancé of Stephen Phillip Morris, Deceased

DOE 91, individually as the Parent of DOE 91, Deceased

DOE 91, individually as the Sibling of DOE 91, Deceased

DOE 91, individually as the Sibling of DOE 91, Deceased

DOE 91, individually as the Parent of DOE 91, Deceased

LORRAINE MOSKAL, individually and as the Fiduciary of the Estate of William David Moskal, Deceased and on behalf of all survivors of William David Moskal

REPRESENTATIVE of the Estate of Alexandra Mouchinskaia, Deceased, Parent of decedent Iouri Mouchinski

IRYNA USHAKOVA, individually as the Child of Iouri Mouchinski, Deceased

OLENA PAVLOVA, individually as the Child of Iouri Mouchinski, Deceased

NADEJDA GRIB, individually as the Sibling of Iouri Mouchinski, Deceased

NATALIA MUSHINSKI, individually and as the Personal Representative of the Estate of Iouri Mouchinski, Deceased and on behalf of all survivors of Iouri Mouchinski

VLADIMIR MUSHINSKY, individually as the Sibling of Iouri Mouchinski, Deceased

DOE 89, individually as the Spouse and as the Personal Representative of the Estate of DOE 89, Deceased and on behalf of all survivors of DOE 89

LYDIA MOZZILLO, individually as the Parent of Christopher Mozzillo, Deceased

DOE 80, individually as the Sibling of DOE 80, Deceased

MICHAEL MOZZILLO, individually and as the Personal Representative of the Estate of Christopher Mozzillo, Deceased and on behalf of all survivors of Christopher Mozzillo

DANIEL MOZZILLO, individually as the Sibling of Christopher Mozzillo, Deceased

CONSTANCE MULDOWNEY, individually and as the Personal Representative of the Estate of Richard Muldowney, Deceased and on behalf of all survivors of Richard Muldowney

NANCY MULLIGAN, individually as the Parent of Peter James Mulligan, Deceased

SARA M. MULLIGAN, individually and as the

Personal Representative of the Estate of Peter James Mulligan, Deceased and on behalf of all survivors of Peter James Mulligan

THOMAS MULLIGAN, individually as the Parent of Peter James Mulligan, Deceased

LYNN ANNE MULLIN, individually and as the Personal Representative of the Estate of Michael Joseph Mullin, Deceased and on behalf of all survivors of Michael Joseph Mullin

FREDRIC JOHN MULLIN, individually as the Parent of Michael Joseph Mullin, Deceased

SUSAN KING MUNHALL, individually and as the Personal Representative of the Estate of James Donald Munhall, Deceased and on behalf of all survivors of James Donald Munhall

MARITZA ARZAYUS, individually and as the Personal Representative of the Estate of Carlos Munoz, Deceased and on behalf of all survivors of Carlos Munoz

CHRISTINE M. MUNSON, individually and as the Personal Representative of the Estate of Theresa Ann Munson, Deceased and on behalf of all survivors of Theresa Ann Munson

LAURIE MURACH, individually and as the Personal Representative of the Estate of Robert Murach, Deceased and on behalf of all survivors of Robert Murach

NILVIA MITCHELL, individually as the Parent of Cesar A. Murillo, Deceased

CAROLYN ALDERMAN, individually as the Sibling of Cesar A. Murillo, Deceased

CATHERINE GOLDSBOROUGH WHITE MURPHY, individually and as the Personal Representative of the Estate of Christopher W. Murphy, Deceased and on behalf of all survivors of Christopher W. Murphy and on behalf of minor child H.M.

REPRESENTATIVE of the Estate of Evelyn M. Murphy, Deceased, Parent of decedent Edward Charles Murphy

185

RYAN LEWIS MURPHY, individually and as the Personal Representative of the Estate of Edward Charles Murphy, Deceased and on behalf of all survivors of Edward Charles Murphy

DANIEL W. MURPHY, individually as the Sibling of Edward Charles Murphy, Deceased

RICHARD E. MURPHY, individually as the Sibling of Edward Charles Murphy, Deceased

REPRESENTATIVE of the Estate of Helen Marie Murphy, Deceased, Parent of decedent James Francis Murphy, IV

KRISTIN M. MURPHY, individually as the Sibling of James Francis Murphy, IV, Deceased

KATHLEEN MARIE MURPHY, individually as the Sibling of James Francis Murphy, IV, Deceased

HELEN MARIE SWEENEY, individually as the Sibling of James Francis Murphy, IV, Deceased

ELIZABETH MURPHY COOKE, individually as the Sibling of James Francis Murphy, IV, Deceased

REPRESENTATIVE of the Estate of James F. Murphy, III, Deceased, Parent of decedent James Francis Murphy, IV

JOAN V. MURPHY, individually as the Parent of James Thomas Murphy, Deceased

MARY L. MURPHY, individually and as the Personal Representative of the Estate of James Thomas Murphy, Deceased and on behalf of all survivors of James Thomas Murphy

THOMAS J. MURPHY, individually as the Sibling of James Thomas Murphy, Deceased

WILLIAM C. MURPHY, III, individually as the Sibling of James Thomas Murphy, Deceased

WILLIAM C. MURPHY, JR., individually as the Parent of James Thomas Murphy, Deceased

DOLORES BARBARA MURPHY,

186

individually as the Parent of Patrick Sean
Murphy, Deceased

THOMAS JOSEPH MURPHY, individually as
the Parent of Patrick Sean Murphy, Deceased

LINDA MURPHY, individually and as the
Personal Representative of the Estate of
Raymond E. Murphy, Sr., Deceased and on
behalf of all survivors of Raymond E. Murphy,
Sr.

RAYMOND MURPHY, JR., individually as
the Child of Raymond E. Murphy, Sr.,
Deceased

REPRESENTATIVE of the Estate of Mary
Louise Murray, Deceased, Parent of decedent
John J. Murray

JAYNE E. DELLOSE, individually as the
Sibling of John J. Murray, Deceased

VIRGINIA M. REGAN, individually as the
Sibling of John J. Murray, Deceased

CATHERINE MARIE DATZ, individually as
the Sibling of John J. Murray, Deceased

RORY OWENS MURRAY, individually and
as the Personal Representative of the Estate of
John J. Murray, Deceased and on behalf of all
survivors of John J. Murray and on behalf of
minor child A.R.M.

REPRESENTATIVE of the Estate of Philip C.
Murray, Deceased, Parent of decedent John J.
Murray

MICHAEL CHRISTOPHER MURRAY,
individually as the Sibling of John J. Murray,
Deceased

PHILIP J. MURRAY, individually as the
Sibling of John J. Murray, Deceased

DOE 07, individually as the Spouse and as the
Personal Representative of the Estate of DOE
07, Deceased and on behalf of all survivors of
DOE 07

MARJORIE NAPIER, individually as the
Parent of Alexander Napier, Deceased

NICOLA NAPIER, individually and as the
Personal Representative of the Estate of
Alexander Napier, Deceased and on behalf of
all survivors of Alexander Napier

GERALD NAPIER, individually as the Parent
of Alexander Napier, Deceased

MARK NAPIER, individually as the Sibling of
Alexander Napier, Deceased

MADHU NARULA, individually as the Parent
of Maniki Narula, Deceased

BALDEV NARULA, individually and as the
Personal Representative of the Estate of Maniki
Narula, Deceased and on behalf of all survivors
of Maniki Narula

MARGARET M. NASSANEY, individually
and as the Co-Administrator of the Estate of
Shawn Michael Nassaney, Deceased and on
behalf of all survivors of Shawn Michael
Nassaney

RYAN A. NASSANEY, individually as the
Sibling of Shawn Michael Nassaney, Deceased

PATRICK J. NASSANEY, JR., individually as
the Sibling of Shawn Michael Nassaney,
Deceased

PATRICK JOHN NASSANEY, SR.,
individually and as the Co-Administrator of the
Estate of Shawn Michael Nassaney, Deceased
and on behalf of all survivors of Shawn
Michael Nassaney

KEOLAHMATIE NATH, individually and as
the Personal Representative of the Estate of
Narender Nath, Deceased and on behalf of all
survivors of Narender Nath

ROSEMARIE NAVAS, individually as the
Parent of Joseph Michael Navas, Deceased

LISA ANN LOPICCOLO, individually as the
Sibling of Joseph Michael Navas, Deceased

REPRESENTATIVE of the Estate of Joseph N.
Navas, Deceased, Parent of decedent Joseph
Michael Navas

JULIANNE NAZARIO, individually and as the

Personal Representative of the Estate of Francis J. Nazario, Deceased and on behalf of all survivors of Francis J. Nazario and on behalf of minor child L.N.

ZANDRA LENA NEBLETT, individually and as the Co-Administrator of the Estate of Rayman Marcus Neblett, Deceased and on behalf of all survivors of Rayman Marcus Neblett

PATRICIA B. NEE O'KEEFE, individually as the Sibling of Luke G. Nee, Deceased

MARY NEE REILLY, individually as the Sibling of Luke G. Nee, Deceased

JOHN G. NEE, individually as the Parent of Luke G. Nee, Deceased

LEILA NEGRON, individually and as the Personal Representative of the Estate of Pete Negron, Deceased and on behalf of all survivors of Pete Negron and on behalf of minor child A.N.

FRANCISCA A. WESTER, individually as the Child of Laurie Ann Neira, Deceased

REPRESENTATIVE of the Estate of Gilberto A. Neira, Deceased, Spouse of decedent Laurie Ann Neira

REPRESENTATIVE of the Estate of Laurie Ann Neira, Deceased, and on behalf of all survivors of Laurie Ann Neira

CHRISTOPHER O. NEIRA, individually as the Child of Laurie Ann Neira, Deceased

JENETTE NELSON, individually as the Parent of Ann Nicole Nelson, Deceased

GARY S. NELSON, individually and as the Personal Representative of the Estate of Ann Nicole Nelson, Deceased and on behalf of all survivors of Ann Nicole Nelson

SCOTT T. NELSON, individually as the Sibling of Ann Nicole Nelson, Deceased

ROSANNE NELSON, individually and as the Personal Representative of the Estate of James Nelson, Deceased and on behalf of all survivors

of James Nelson

LILLIAN C. TETREAULT, individually as the
Parent of Renee Tetreault Newell, Deceased

RONNIE R. TETREAULT, individually as the
Sibling of Renee Tetreault Newell, Deceased

PAUL NEWELL, individually and as the
Personal Representative of the Estate of Renee
Tetreault Newell, Deceased and on behalf of all
survivors of Renee Tetreault Newell

TU A. HONGUYEN, individually and as the
Personal Representative of the Estate of Khang
N. Nguyen, Deceased and on behalf of all
survivors of Khang N. Nguyen

CHARLES W. NIEDERER, individually and
as the Personal Representative of the Estate of
Martin Stewart Niederer, Deceased and on
behalf of all survivors of Martin Stewart
Niederer

CAROL NIEDERMEYER, individually as the
Parent of Alfonse J. Niedermeyer, Deceased

NANCY NIEDERMEYER, individually and as
the Personal Representative of the Estate of
Alfonse J. Niedermeyer, Deceased and on
behalf of all survivors of Alfonse J.
Niedermeyer and on behalf of minor child
A.J.N.

ALFONSE NIEDERMEYER, individually as
the Parent of Alfonse J. Niedermeyer, Deceased

ADELMA REYES JIMINEZ, individually as
the Sibling of Gloria Reyes Nieves, Deceased

MICHELLE NIEVES, individually and as the
Personal Representative of the Estate of Juan
Nieves, Jr., Deceased and on behalf of all
survivors of Juan Nieves, Jr.

IRMA NIEVES, individually as the Spouse of
Juan Nieves, Jr., Deceased

JOHN NIEVES, individually as the Child of
Juan Nieves, Jr., Deceased

DAVID NIEVES, individually as the Child of
Juan Nieves, Jr., Deceased

JENNIFER NILSEN, individually and as the
Personal Representative of the Estate of Troy
Edward Nilsen, Deceased and on behalf of all
survivors of Troy Edward Nilsen

EDWARD CARL NILSEN, individually as the
Parent of Troy Edward Nilsen, Deceased

ELLEN NIVEN, individually and as the
Personal Representative of the Estate of John
Ballentine Nivin, Deceased and on behalf of all
survivors of John Ballentine Nivin

KATHRYN M. MCGARRY, individually as
the Parent of Katherine McGarry Noack,
Deceased

REPRESENTATIVE of the Estate of Everett
Joseph McGarry, Deceased, Parent of decedent
Katherine McGarry Noack

THERESA NOEL, individually and as the Co-
Administrator of the Estate of Curtis T. Noel,
Deceased and on behalf of all survivors of
Curtis T. Noel

MICHAEL NOEL, individually and as the Co-
Administrator of the Estate of Curtis T. Noel,
Deceased and on behalf of all survivors of
Curtis T. Noel

RENEE E. NOLAN-RILEY, individually and
as the Personal Representative of the Estate of
Daniel R. Nolan, Deceased and on behalf of all
survivors of Daniel R. Nolan

JOANNE LOVETT, individually and as the
Personal Representative of the Estate of Brian
Nunez, Deceased and on behalf of all survivors
of Brian Nunez

NEAL GREEN, individually as the Sibling of
Brian Nunez, Deceased

ERIC NUNEZ, individually as the Sibling of
Brian Nunez, Deceased

DENISE I. OAKLEY, individually and as the
Personal Representative of the Estate of James
A. Oakley, Deceased and on behalf of all
survivors of James A. Oakley

CHRISTINE M. O'BERG, individually and as

the Personal Representative of the Estate of
Dennis P. O'Berg, Deceased and on behalf of
all survivors of Dennis P. O'Berg

JAMES O'BRIEN, individually and as the
Personal Representative of the Estate of James
O'Brien, Jr., Deceased and on behalf of all
survivors of James O'Brien, Jr.

MARY LOU O'BRIEN, individually as the
Parent of Michael P. O'Brien, Deceased

BRIDGET ANN PALUZZI, individually as the
Sibling of Michael P. O'Brien, Deceased

MARY KATHLEEN DISHAW, individually as
the Sibling of Michael P. O'Brien, Deceased

RACHEL O'BRIEN, individually and as the
Personal Representative of the Estate of
Michael P. O'Brien, Deceased and on behalf of
all survivors of Michael P. O'Brien

REPRESENTATIVE of the Estate of Robert T.
O'Brien, Deceased, Parent of decedent Michael
P. O'Brien

ANDREW THOMAS O'BRIEN, individually
as the Sibling of Michael P. O'Brien, Deceased

MARILYN JEANNE O'BRIEN, individually as
the Parent of Timothy M. O'Brien, Deceased

KATHLEEN MARIE TIGHE, individually as
the Sibling of Timothy M. O'Brien, Deceased

THERESE A. VISCONTI, individually as the
Sibling of Timothy M. O'Brien, Deceased

BERNARD JOSEPH O'BRIEN, individually as
the Parent of Timothy M. O'Brien, Deceased

PATRICK O'BRIEN, individually as the
Sibling of Timothy M. O'Brien, Deceased

ROBERT L. O'BRIEN, individually as the
Sibling of Timothy M. O'Brien, Deceased

RHONDA LEE O'CALLAGHAN, individually
and as the Personal Representative of the Estate
of Daniel O'Callaghan, Deceased and on behalf
of all survivors of Daniel O'Callaghan

DOE 22, individually as the Spouse and as the
Personal Representative of the Estate of DOE

192

22, Deceased and on behalf of all survivors of DOE 22 and on behalf of minor children B.P.O. and K.R.O.

ESTHER R. BARBUTO, BLAISE J. OGNIBENE, AND ANNA M. RUESS, individually and as Co-Representatives of the Estate of Antoinette D. Ognibene, Parent of decedent Philip Paul Ognibene

THERESA OGONOWSKI, individually as the Parent of John Alexander Ogonowski, Deceased

CAROL A. OGONOWSKI, individually as the Sibling of John Alexander Ogonowski, Deceased

MARGARET MARY OGONOWSKI, individually and as the Personal Representative of the Estate of John Alexander Ogonowski, Deceased and on behalf of all survivors of John Alexander Ogonowski and on behalf of minor children L.E.O., C.J.O., and M.K.O.

JAMES OGONOWSKI, individually as the Sibling of John Alexander Ogonowski, Deceased

JOSEPH OGONOWSKI, individually as the Sibling of John Alexander Ogonowski, Deceased

RACHEL UCHITEL, individually as the  of Andrew O'Grady, Deceased

MARY ELLEN MALONE, individually as the Sibling of Thomas Gerard O'Hagan, Deceased

ANNE MARIE MORAN, individually as the Sibling of Thomas Gerard O'Hagan, Deceased

KATHLEEN BRIGID GAETANO, individually as the Sibling of Thomas Gerard O'Hagan, Deceased

JEANNE THERESA MCCABE, individually as the Sibling of Thomas Gerard O'Hagan, Deceased

CLARE R. MAYER, individually as the Sibling of Thomas Gerard O'Hagan, Deceased

ANDREA O'HAGAN, individually and as the

193

Personal Representative of the Estate of
Thomas Gerard O'Hagan, Deceased and on
behalf of all survivors of Thomas Gerard
O'Hagan

JOHN O'HAGAN, individually as the Sibling
of Thomas Gerard O'Hagan, Deceased

RAYMOND T. O'HAGAN, individually as the
Sibling of Thomas Gerard O'Hagan, Deceased

JOSEPH E. O'HAGAN, individually as the
Sibling of Thomas Gerard O'Hagan, Deceased

FRANCIS PATRICK O'HAGAN, JR.,
individually as the Sibling of Thomas Gerard
O'Hagan, Deceased

REPRESENTATIVE of the Estate of Francis P.
O'Hagan, Sr., Deceased, Parent of decedent
Thomas Gerard O'Hagan

KAREN LISA O'KEEFE, individually and as
the Personal Representative of the Estate of
Patrick Joseph O'Keefe, Deceased and on
behalf of all survivors of Patrick Joseph
O'Keefe

VIRGINIA O'KEEFE, individually and as the
Personal Representative of the Estate of
William S. O'Keefe, Deceased and on behalf of
all survivors of William S. O'Keefe

LYNN A. OLCOTT, individually and as the
Personal Representative of the Estate of Gerald
M. Olcott, Deceased and on behalf of all
survivors of Gerald M. Olcott

CHRISTOPHER GRAIG OLCOTT,
individually as the Child of Gerald M. Olcott,
Deceased

GRAIG AARON OLCOTT, individually as the
Child of Gerald M. Olcott, Deceased

STELLA OLENDER, individually and as the
Personal Representative of the Estate of
Christine Olender, Deceased and on behalf of
all survivors of Christine Olender

THERESE WINTERS, individually as the
Sibling of Christine Olender, Deceased

JOHN CASIMIR OLENDER, individually as

194

the Parent of Christine Olender, Deceased

CONRAD S. OLENDER, individually as the
Sibling of Christine Olender, Deceased

BARBARA OLSEN, individually as the Parent
of Eric Taube Olsen, Deceased

REPRESENTATIVE of the Estate of Taube
Olsen, Deceased, Parent of decedent Eric Taube
Olsen

PERSONAL REPRESENTATIVE, of the
Estate of Eric Taube Olsen, Deceased and on
behalf of all survivors of Eric Taube Olsen

CLIFFORD I. OLSEN, individually as the
Sibling of Eric Taube Olsen, Deceased

KENNETH OLSEN, individually as the Sibling
of Eric Taube Olsen, Deceased

TODD OLSEN, individually as the Sibling of
Eric Taube Olsen, Deceased

DOE 82, individually as the Parent of DOE 82,
Deceased

DOE 82, individually as the Sibling of DOE 82,
Deceased

DENISE MARIE OLSEN, individually and as
the Personal Representative of the Estate of
Jeffrey James Olsen, Deceased and on behalf of
all survivors of Jeffrey James Olsen

DOE 82, individually as the Sibling of DOE 82,
Deceased

DOE 82, individually as the Sibling of DOE 82,
Deceased

PATRICIA OLSON, individually and as the
Personal Representative of the Estate of Steven
J. Olson, Deceased and on behalf of all
survivors of Steven J. Olson and on behalf of
minor children J.O. and J.O.

KENNETH D. OLSON, individually as the
Sibling of Steven J. Olson, Deceased

HELEN O'MAHONY BRADLEY, individually
as the Parent of Matthew T. O'Mahony,
Deceased

KAREN O'MAHONY SPEIDELL,
individually as the Sibling of Matthew T.
O'Mahony, Deceased

JOHN O'MAHONY, individually as the Sibling
of Matthew T. O'Mahony, Deceased

STEPHEN O'MAHONY, individually as the
Sibling of Matthew T. O'Mahony, Deceased

ROBERT J. O'MAHONY, individually as the
Sibling of Matthew T. O'Mahony, Deceased

JEANNE O'NEILL, individually and as the Co-
Administrator of the Estate of Peter J. O'Neill,
Jr., Deceased and on behalf of all survivors of
Peter J. O'Neill, Jr.

BRIDIE O'NEILL, individually as the Sibling
of Peter J. O'Neill, Jr., Deceased

THOMAS W. O'NEILL, individually as the
Sibling of Peter J. O'Neill, Jr., Deceased

PETER J. O'NEILL, SR., individually and as
the Co-Administrator of the Estate of Peter J.
O'Neill, Jr., Deceased and on behalf of all
survivors of Peter J. O'Neill, Jr.

CAROL A. SMEE, individually as the Sibling
of Michael C. Opperman, Deceased

JOYCE CHRISTOPHER, individually as the
Parent of Christopher T. Orgielewicz, Deceased

LAURIE ANN CHRISTOPHER, individually
as the Sibling of Christopher T. Orgielewicz,
Deceased

OLGA ORGIELEWICZ, individually and as
the Personal Representative of the Estate of
Christopher T. Orgielewicz, Deceased and on
behalf of all survivors of Christopher T.
Orgielewicz and on behalf of minor child K.O.

CORINNE O'ROURKE, individually as the
Child of Kevin M. O'Rourke, Deceased

HANNAH O'ROURKE, individually as the
Parent of Kevin M. O'Rourke, Deceased

PATRICIA O'KEEFE, individually as the
Sibling of Kevin M. O'Rourke, Deceased

MARYANN J. O'ROURKE, individually and

as the Personal Representative of the Estate of Kevin M. O'Rourke, Deceased and on behalf of all survivors of Kevin M. O'Rourke

JAMIE O'ROURKE, individually as the Child of Kevin M. O'Rourke, Deceased

DENNIS O'ROURKE, individually as the Parent of Kevin M. O'Rourke, Deceased

DENNIS P. O'ROURKE, individually as the Sibling of Kevin M. O'Rourke, Deceased

GILBERT ORTALE, individually as the Sibling of Peter Keith Ortale, Deceased

AGATINA IACI, individually as the Parent of Jane Marie Orth, Deceased

GAE FERRUOLO, individually as the Sibling of Jane Marie Orth, Deceased

WANDA GARCIA-ORTIZ, individually and as the Personal Representative of the Estate of Emilio Ortiz, Deceased and on behalf of all survivors of Emilio Ortiz and on behalf of minor children E.O. and A.O.

EDNA VELEZ-MUNDO, individually and as the Administrator of the Estate of Pablo Ortiz, Deceased and on behalf of all survivors of Pablo Ortiz

ELIZABETH SHERRY, individually as the Sibling of Robert O'Shea, Deceased

BEVERLY ANN OSTROWSKI, individually as the Parent of James Robert Ostrowski, Deceased

DOE 81, individually as the Sibling of DOE 81, Deceased

REPRESENTATIVE of the Estate of Stephen V. Ostrowski, Deceased, Parent of decedent James Robert Ostrowski

STEPHEN W. OSTROWSKI, individually as the Sibling of James Robert Ostrowski, Deceased

MARION SUSAN OTTEN, individually and as the Personal Representative of the Estate of Michael J. Otten, Deceased and on behalf of all

survivors of Michael J. Otten

ANDREA OUIDA, individually as the Parent of Todd Joseph Ouida, Deceased

AMY MORIK, individually as the Sibling of Todd Joseph Ouida, Deceased

HERBERT OUIDA, individually and as the Personal Representative of the Estate of Todd Joseph Ouida, Deceased and on behalf of all survivors of Todd Joseph Ouida

JORDAN OUIDA, individually as the Sibling of Todd Joseph Ouida, Deceased

ANNIE GUERRERO, individually and as the Personal Representative of the Estate of Roland Pacheco, Deceased and on behalf of all survivors of Roland Pacheco

RYAN PACHECO, individually as the Child of Roland Pacheco, Deceased

REKHA D. PACKER, individually and as the Personal Representative of the Estate of Michael B. Packer, Deceased and on behalf of all survivors of Michael B. Packer

REPRESENTATIVE of the Estate of Juana B. Borrero, Deceased, Parent of decedent Diana B. Padro

REPRESENTATIVE of the Estate of Miriam Borrero, Deceased, Sibling of decedent Diana B. Padro

LILLIAN BORRERO, individually as the Sibling of Diana B. Padro, Deceased

JOSE JAVIER PADRO, individually as the Child of Diana B. Padro, Deceased

JUAN CARLOS PADRO, individually as the Child of Diana B. Padro, Deceased

JOSE E. PADRO-LEBRON, individually and as the Personal Representative of the Estate of Diana B. Padro, Deceased and on behalf of all survivors of Diana B. Padro

ANNETTE M. PALAZZOLO, individually and as the Personal Representative of the Estate of Richard A. Palazzolo, Deceased and on behalf

of all survivors of Richard A. Palazzolo

DOE 54, individually as the Parent of DOE 54, Deceased

DOE 54, individually as the Sibling of DOE 54, Deceased

DOE 54, individually as the Sibling of DOE 54, Deceased

DOE 54, individually as the Sibling of DOE 54, Deceased

REPRESENTATIVE of the Estate of DOE 54, Deceased, Parent of decedent DOE 54

DOE 54, individually as the Sibling of DOE 54, Deceased

DOE 54, individually as the Sibling of DOE 54, Deceased

FORTUNATA PALOMBO, individually as the Parent of Frank Palombo, Deceased

MARIE PALOMBO, individually as the Sibling of Frank Palombo, Deceased

BARBARA POLISAR, individually as the Sibling of Frank Palombo, Deceased

BARBARA PANDOLFO, individually and as the Personal Representative of the Estate of Dominique Lisa Pandolfo, Deceased and on behalf of all survivors of Dominique Lisa Pandolfo

REPRESENTATIVE of the Estate of Linda Ellen Panik, Deceased, Parent of decedent Jonas Martin Panik

MARTINA LYNE-ANNA PANIK, individually as the Sibling of Jonas Martin Panik, Deceased

MARTIN ANTHONY PANIK, individually as the Parent of Jonas Martin Panik, Deceased

LORETTA HALPERT, individually as the Sibling of Paul J. Pansini, Deceased

JANICE PANSINI, individually and as the Personal Representative of the Estate of Paul J. Pansini, Deceased and on behalf of all

survivors of Paul J. Pansini

JOSEPH PANSINI, individually as the Sibling of Paul J. Pansini, Deceased

ROBERT JOSEPH PANSINI, SR., individually as the Sibling of Paul J. Pansini, Deceased

PATRICIA N. PAPA, individually and as the Personal Representative of the Estate of Edward J. Papa, Deceased and on behalf of all survivors of Edward J. Papa

THERESA PAPASSO, individually as the Parent of Salvatore T. Papasso, Deceased

CHRISTINE E. PAPASSO, individually and as the Personal Representative of the Estate of Salvatore T. Papasso, Deceased and on behalf of all survivors of Salvatore T. Papasso

SALVATORE PAPASSO, individually as the Parent of Salvatore T. Papasso, Deceased

VINCENT PAPASSO, individually as the Sibling of Salvatore T. Papasso, Deceased

GINA PINOS, individually as the Fiancé of James N. Pappageorge, Deceased

JUANA OLGA PAPPAGEORGE, individually and as the Personal Representative of the Estate of James N. Pappageorge, Deceased and on behalf of all survivors of James N. Pappageorge

HELEN PAPPAGEORGE, individually as the Sibling of James N. Pappageorge, Deceased

MARIA KOUTNY, individually and as the Personal Representative of the Estate of Marie Pappalardo, Deceased and on behalf of all survivors of Marie Pappalardo

VERNON ALFRED RANDLETT, individually as the Sibling of Marie Pappalardo, Deceased

GARY PAPPALARDO, individually as the Sibling of Marie Pappalardo, Deceased

GANGADEI RAMRUP, individually as the Sibling of Hardai Parbhu, Deceased

PARBOTI PARBHU, individually as the Sibling of Hardai Parbhu, Deceased

DENESH N. PARBHU, individually as the
Sibling of Hardai Parbhu, Deceased

RAJARAM PARBHU, individually as the
Sibling of Hardai Parbhu, Deceased

KENNETH PERSAUD, individually as the
Sibling of Hardai Parbhu, Deceased

LACHMAN PARBHU, individually and as the
Personal Representative of the Estate of Hardai
Parbhu, Deceased and on behalf of all survivors
of Hardai Parbhu

ROSE PARIS, individually as the Parent of
George Paris, Deceased

CHRISTINA PARIS, individually and as the
Personal Representative of the Estate of George
Paris, Deceased and on behalf of all survivors
of George Paris and on behalf of minor child
C.P.

JUNG HEA SHIN, individually and as the
Personal Representative of the Estate of Gye
Hyong Park, Deceased and on behalf of all
survivors of Gye Hyong Park

MYONG KYU PARK, individually as the
Parent of Gye Hyong Park, Deceased

JIN HAN PARK, individually as the Sibling of
Gye Hyong Park, Deceased

REPRESENTATIVE of the Estate of DOE 141,
Deceased, Parent of decedent DOE 141

BHARTI PARMAR, individually and as the
Personal Representative of the Estate of
Hashmukhrai C. Parmar, Deceased and on
behalf of all survivors of Hashmukhrai C.
Parmar and on behalf of minor children R.P.
and S.P.

DOE 141, individually as the Sibling of DOE
141, Deceased

DOE 141, individually as the Sibling of DOE
141, Deceased

KAREN PARRO, individually and as the
Personal Representative of the Estate of Robert
Parro, Deceased and on behalf of all survivors
of Robert Parro

KAREN TATUM, individually as the Child of
Diane Moore Parsons, Deceased

FRANK TATUM, individually as the Child of
Diane Moore Parsons, Deceased

IMELDA REYES SORIANO, individually as
the Domestic Partner of Leobardo Lopez
Pascual, Deceased

SARAH P. RUBINSTEIN, individually as the
Sibling of Jerrold H. Paskins, Deceased

INEZ PASKINS- SLICK, individually and as
the Personal Representative of the Estate of
Jerrold H. Paskins, Deceased and on behalf of
all survivors of Jerrold H. Paskins

ROBERT R. PASKINS, individually as the
Child of Jerrold H. Paskins, Deceased

MARIE PASSANANTI, individually as the
Parent of Horace Robert Passananti, Deceased

SANDRA PASSANANTI, individually as the
Sibling of Horace Robert Passananti, Deceased

MICHAEL ROBERT PASSANANTI,
individually as the Child of Horace Robert
Passananti, Deceased

SEAN ROBERT PASSANANTI, individually
and as the Personal Representative of the Estate
of Horace Robert Passananti, Deceased and on
behalf of all survivors of Horace Robert
Passananti

SUSHILABEN R. PATEL, individually as the
Parent of Avnish Ramanbhai Patel, Deceased

RAMANBHAS M. PATEL, individually as the
Parent of Avnish Ramanbhai Patel, Deceased

YOGESH R. PATEL, individually and as the
Personal Representative of the Estate of Avnish
Ramanbhai Patel, Deceased and on behalf of all
survivors of Avnish Ramanbhai Patel

KAPILA JAYANT PATEL, individually as the
Parent of Dipti Patel, Deceased

VIBHUTI PATEL, individually as the Sibling
of Dipti Patel, Deceased

NIMISHA PATEL, individually as the Sibling

of Dipti Patel, Deceased

JAYANT R. PATEL, individually and as the
Personal Representative of the Estate of Dipti
Patel, Deceased and on behalf of all survivors
of Dipti Patel

RANTIK PATEL, individually as the Sibling of
Dipti Patel, Deceased

NIRAJ PATEL, individually as the Sibling of
Dipti Patel, Deceased

SAKAE TAKUSHIMA, individually as the
Fiancé of Manish Patel, Deceased

LOIS PATERSON GALLO, individually as the
Sibling of Steven Bennett Paterson, Deceased

LISA PATERSON, individually and as the
Personal Representative of the Estate of Steven
Bennett Paterson, Deceased and on behalf of
all survivors of Steven Bennett Paterson

GEORGE PATERSON, individually as the
Sibling of Steven Bennett Paterson, Deceased

JOSEPH J. PATERSON, individually as the
Sibling of Steven Bennett Paterson, Deceased

BARBARA A. PATRICK, individually as the
Parent of James Matthew Patrick, Deceased

KATHRYN M. PATRICK, individually as the
Sibling of James Matthew Patrick, Deceased

ALICIA M. PATRICK, individually as the
Sibling of James Matthew Patrick, Deceased

JERRY GALE PATRICK, individually as the
Parent of James Matthew Patrick, Deceased

KEVIN M. PATRICK, individually as the
Sibling of James Matthew Patrick, Deceased

FRANCES PATTI, individually and as the Co-
Administrator of the Estate of Cira Marie Patti,
Deceased and on behalf of all survivors of Cira
Marie Patti

JULIANN PATTI-ANDOLPHO, individually
as the Sibling of Cira Marie Patti, Deceased

MICHAEL PATTI, individually and as the Co-
Administrator of the Estate of Cira Marie Patti,

Deceased and on behalf of all survivors of Cira
Marie Patti

RICHARD P. PATTI, individually as the
Sibling of Cira Marie Patti, Deceased

MICHAEL PATTI, JR., individually as the
Sibling of Cira Marie Patti, Deceased

REPRESENTATIVE of the Estate of Bobbie
Catherine Peak, Deceased, Parent of decedent
Stacey Lynn Peak

REPRESENTATIVE, of the Estate of Stacey
Lynn Peak, Deceased and on behalf of all
survivors of Stacey Lynn Peak

TONI PEAK, individually as the Sibling of
Stacey Lynn Peak, Deceased

JUDY PEAK RHODES, individually as the
Sibling of Stacey Lynn Peak, Deceased

PHILLIP PEAK, individually as the Sibling of
Stacey Lynn Peak, Deceased

MICHAEL R. PEAK, individually as the
Sibling of Stacey Lynn Peak, Deceased

NATALEE MOORE, individually as the
Sibling of Thomas Pecorelli, Deceased

KIA POLYXENA PAVLOFF, individually and
as the Personal Representative of the Estate of
Thomas Pecorelli, Deceased and on behalf of
all survivors of Thomas Pecorelli

PAMELA MORACE, as Executor of the Estate
of Nancy N. Pedicini, Deceased, Parent of
decedent Thomas Pedicini

JUNE COPPOLA, individually as the Sibling
of Thomas Pedicini, Deceased

ANNE PEDICINI, individually as the Sibling
of Thomas Pedicini, Deceased

PAMELA MORACE, individually and as the
Personal Representative of the Estate of
Thomas Pedicini, Deceased and on behalf of all
survivors of Thomas Pedicini

PAMELA MORACE, as Executor of the Estate
of Albert Pedicini, Deceased, Parent of
decedent Thomas Pedicini

MICHELE T. PENA, individually and as the
Personal Representative of the Estate of Angel
R. Pena, Deceased and on behalf of all
survivors of Angel R. Pena

CIELITA PERALTA, individually and as the
Personal Representative of the Estate of Carl
Allen Peralta, Deceased and on behalf of all
survivors of Carl Allen Peralta

OSCAR FIGUEROA PERALTA, individually
as the Parent of Carl Allen Peralta, Deceased

REPRESENTATIVE of the Estate of Lucia
Perconti, Deceased, Parent of decedent Jon A.
Perconti

TAMMY PERCONTI, individually and as the
Personal Representative of the Estate of Jon A.
Perconti, Deceased and on behalf of all
survivors of Jon A. Perconti and on behalf of
minor child J.A.P.

CARMEN RODRIGUEZ, individually and as
the Personal Representative of the Estate of
Angel Perez, Jr., Deceased and on behalf of all
survivors of Angel Perez, Jr.

MARIELA FLORES, individually as the
Sibling of Angel Perez, Jr., Deceased

RAMON RODRIGUEZ, individually as the
Sibling of Angel Perez, Jr., Deceased

SHAWN BITTNER, as the Personal
Representative of the Estate of Angela Susan
Perez, Deceased and on behalf of all survivors
of Angela Susan Perez

PATRICIA J. PERRY, individually and as the
Personal Representative of the Estate of John
William Perry, Deceased and on behalf of all
survivors of John William Perry

JANICE LYNN MONTOYA, individually as
the Sibling of John William Perry, Deceased

JOEL R. PERRY, individually as the Sibling of
John William Perry, Deceased

CHIARA PESCE, individually and as the Co-
Administrator of the Estate of Danny Pesce,
Deceased and on behalf of all survivors of

Danny Pesce

ANGELA FRUNZI, individually as the Sibling of Danny Pesce, Deceased

PAUL PESCE, individually and as the Co-Administrator of the Estate of Danny Pesce, Deceased and on behalf of all survivors of Danny Pesce

FRANK PESCE, individually as the Sibling of Danny Pesce, Deceased

ANNE MARIE PESCHERINE, individually as the Parent of Michael John Pescherine, Deceased

NANCY GIONCO, individually as the Sibling of Michael John Pescherine, Deceased

LYNN PESCHERINE, individually and as the Personal Representative of the Estate of Michael John Pescherine, Deceased and on behalf of all survivors of Michael John Pescherine

WILLIAM KEVIN PESCHERINE, individually as the Sibling of Michael John Pescherine, Deceased

REPRESENTATIVE of the Estate of Thomas F. Pescherine, Sr., Deceased, Parent of decedent Michael John Pescherine

DOE 16, individually as the Parent of DOE 16, Deceased

DOE 16, individually as the Sibling of DOE 16, Deceased

DAWN PETERSON, individually and as the Personal Representative of the Estate of Davin N. Peterson, Deceased and on behalf of all survivors of Davin N. Peterson

REPRESENTATIVE of the Estate of Norman Peterson, Deceased, Parent of decedent Davin N. Peterson

DOE 16, individually as the Sibling of DOE 16, Deceased

CHARLES R. PETERSON, individually as the Child of Donald A. Peterson, Deceased

206

D. HAMILTON PETERSON, individually and as the Co-Administrator of the Estate of Donald A. Peterson, Deceased and on behalf of all survivors of Donald A. Peterson

VIRGINIA ANN PETROCELLI, individually as the Parent of Mark James Petrocelli, Deceased

NICOLE PETROCELLI, individually and as the Personal Representative of the Estate of Mark James Petrocelli, Deceased and on behalf of all survivors of Mark James Petrocelli

ALBERT PETER PETROCELLI, JR., individually as the Sibling of Mark James Petrocelli, Deceased

ALBERT PETER PETROCELLI, SR., individually as the Parent of Mark James Petrocelli, Deceased

CATHERINE PETTI, individually as the Parent of Philip S. Petti, Deceased

JACQUELINE LEE BUTT, individually as the Sibling of Philip S. Petti, Deceased

ADRIAN LEE FORAN, individually as the Sibling of Philip S. Petti, Deceased

EILEEN R. PETTI, individually and as the Personal Representative of the Estate of Philip S. Petti, Deceased and on behalf of all survivors of Philip S. Petti

REPRESENTATIVE of the Estate of Antimo Petti, Deceased, Parent of decedent Philip S. Petti

THOMAS DANIEL PETTI, individually as the Sibling of Philip S. Petti, Deceased

SUSAN L. PICARRO, individually and as the Personal Representative of the Estate of Ludwig John Picarro, Deceased and on behalf of all survivors of Ludwig John Picarro

PETRINA M. PICERNO, individually and as the Personal Representative of the Estate of Matthew M. Picerno, Deceased and on behalf of all survivors of Matthew M. Picerno

MARIE E. PUCCIO-PICK, individually and as

the Personal Representative of the Estate of
Joseph Pick, Deceased and on behalf of all
survivors of Joseph Pick

PATRICIA MARIE PIETRONICO,
individually as the Parent of Bernard
Pietronico, Deceased

PATRICIA KEELAN, individually as the
Sibling of Bernard Pietronico, Deceased

JACQUELINE PIETRONICO, individually
and as the Personal Representative of the Estate
of Bernard Pietronico, Deceased and on behalf
of all survivors of Bernard Pietronico

MICHAEL PIETRONICO, individually as the
Sibling of Bernard Pietronico, Deceased

JANET CIARAMELLO, individually as the
Sibling of Nicholas P. Pietrunti, Deceased

JOHN J. PIETRUNTI, individually and as the
Personal Representative of the Estate of
Nicholas P. Pietrunti, Deceased and on behalf
of all survivors of Nicholas P. Pietrunti

DOROTHY ANCONA, individually as the
Parent of Susan Pinto, Deceased

BARBARA GRAY, individually as the Sibling
of Susan Pinto, Deceased

DOUGLAS PINTO, individually and as the
Personal Representative of the Estate of Susan
Pinto, Deceased and on behalf of all survivors
of Susan Pinto

VIRGINIA MARTHA DOMINGUEZ,
individually as the Child of Alberto Dominguez
Piriz, Deceased

MARIA REINA DOMINGUEZ PIRIZ,
individually as the Sibling of Alberto
Dominguez Piriz, Deceased

MARTHA ISABEL DOMINGUEZ,
individually and as the Personal Representative
of the Estate of Alberto Dominguez Piriz,
Deceased and on behalf of all survivors of
Alberto Dominguez Piriz

DIEGO DOMINGUEZ, individually as the
Child of Alberto Dominguez Piriz, Deceased

208

ALVARO DOMINGUEZ, individually as the Child of Alberto Dominguez Piriz, Deceased

ALBERTO DOMINGUEZ, individually as the Child of Alberto Dominguez Piriz, Deceased

CARLOS DOMINGUEZ PEREZ, individually as the Sibling of Alberto Dominguez Piriz, Deceased

LAURA MARIE PISKADLO, individually as the Child of Joseph Piskadlo, Deceased

ROSEMARY PISKADLO, individually and as the Personal Representative of the Estate of Joseph Piskadlo, Deceased and on behalf of all survivors of Joseph Piskadlo

BRIAN JOSEPH PISKADLO, individually as the Child of Joseph Piskadlo, Deceased

STEVEN JOHN PISKADLO, individually as the Child of Joseph Piskadlo, Deceased

ERIC J. PITMAN, individually and as the Personal Representative of the Estate of Christopher Todd Pitman, Deceased and on behalf of all survivors of Christopher Todd Pitman

SUSAN PIVER, individually and as the Personal Representative of the Estate of Joshua Michael Piver, Deceased and on behalf of all survivors of Joshua Michael Piver

DOREEN PLUMITALLO, individually and as the Personal Representative of the Estate of Joseph Plumitallo, Deceased and on behalf of all survivors of Joseph Plumitallo

LAURA A. GRYGOTIS, individually and as the Personal Representative of the Estate of John M. Pocher, Deceased and on behalf of all survivors of John M. Pocher

BERNARD POLATSCH, individually as the Parent of Laurence Michael Polatsch, Deceased

REPRESENTATIVE of the Estate of Olga L. Polhemus, Deceased, Parent of decedent Thomas H. Polhemus

JANE LYNN SKRZYNIARZ, individually as the Sibling of Thomas H. Polhemus, Deceased

DOROTHY GAIL MCGRATH, individually as the Sibling of Thomas H. Polhemus, Deceased

BARBARA L. POLHEMUS, individually and as the Administrator of the Estate of Thomas H. Polhemus, Deceased and on behalf of all survivors of Thomas H. Polhemus

HAROLD LOWE POLHEMUS, individually as the Parent of Thomas H. Polhemus, Deceased

PERSONAL REPRESENTATIVE, of the Estate of Susan M. Pollio, Deceased and on behalf of all survivors of Susan M. Pollio.  The REPRESENTATIVE of the Estate of Phyllis Pollio, Deceased, Parent of decedent Susan M. Pollio

SANDRA GONZALES, individually as the Sibling of Susan M. Pollio, Deceased

JOYCE OXLEY, individually as the Sibling of Susan M. Pollio, Deceased

DEVORA WOLK PONTELL, individually and as the Administrator of the Estate of Darin Howard Pontell, Deceased and on behalf of all survivors of Darin Howard Pontell

VASILE POPTEAN, individually and as the Personal Representative of the Estate of Joshua I. Poptean, Deceased and on behalf of all survivors of Joshua I. Poptean

NIKKI L. STERN, individually and as the Personal Representative of the Estate of James E. Portorti, Deceased and on behalf of all survivors of James E. Portorti

LISA SARNI, individually as the Child of Richard N. Poulos, Deceased

MARGARET POULOS, individually and as the Personal Representative of the Estate of Richard N. Poulos, Deceased and on behalf of all survivors of Richard N. Poulos

ERIN POULOS, individually as the Child of Richard N. Poulos, Deceased

RICHARD J. POULOS, individually as the Child of Richard N. Poulos, Deceased

NORMA L. POWELL, individually as the
Parent of Brandon J. Powell, Deceased

HARRY J. POWELL, individually and as the
Personal Representative of the Estate of
Brandon J. Powell, Deceased and on behalf of
all survivors of Brandon J. Powell

CATHERINE POWELL, individually and as
the Personal Representative of the Estate of
Scott Allen Powell, Deceased and on behalf of
all survivors of Scott Allen Powell

REPRESENTATIVE of the Estate of Asmareli
Sago, Deceased, Domestic Partner of Antonio
Pratt, Deceased

DOLORES ALBA PREZIOSE, individually as
the Parent of Gregory M. Preziose, Deceased

LORI A. PREZIOSE, individually and as the
Personal Representative of the Estate of
Gregory M. Preziose, Deceased and on behalf
of all survivors of Gregory M. Preziose

REPRESENTATIVE of the Estate of
Alexander Preziose, Deceased, Parent of
decedent Gregory M. Preziose

CHRISTOPHER PAUL PREZIOSE,
individually as the Sibling of Gregory M.
Preziose, Deceased

JOHN MICHAEL PREZIOSE, individually as
the Sibling of Gregory M. Preziose, Deceased

JAMES ALEXANDER PREZIOSE,
individually as the Sibling of Gregory M.
Preziose, Deceased

EDWARD PRINCE, individually and as the
Personal Representative of the Estate of Wanda
Prince, Deceased and on behalf of all survivors
of Wanda Prince

MARIAN A. PRIOR, individually as the Parent
of Kevin M. Prior, Deceased

GERARD J. PRIOR, individually and as the
Personal Representative of the Estate of Kevin
M. Prior, Deceased and on behalf of all
survivors of Kevin M. Prior

REPRESENTATIVE of the Estate of Catherine

B. Proctor, Deceased, Parent of decedent
Everett M. Proctor, III

MARY E. GRIFFIN, individually as the
Sibling of Everett M. Proctor, III, Deceased

PERSONAL REPRESENTATIVE, of the
Estate of Everett M. Proctor, III, Deceased and
on behalf of all survivors of Everett M. Proctor,
III.  REPRESENTATIVE of the Estate of
Everett Proctor, Jr., Deceased, Parent of
decedent Everett M. Proctor, IIII

KATHLEEN A. PROGEN, individually as the
Parent of Carrie Beth Progen, Deceased

DONALD H. PROGEN, individually and as
the Personal Representative of the Estate of
Carrie Beth Progen, Deceased and on behalf of
all survivors of Carrie Beth Progen

MATTHEW ERIC PROGEN, individually as
the Sibling of Carrie Beth Progen, Deceased

KATHRYN S. PRUIM, individually and as the
Personal Representative of the Estate of David
L. Pruim, Deceased and on behalf of all
survivors of David L. Pruim and on behalf of
minor child C.P.

DOE 42, individually as the Spouse of DOE 42,
Deceased

DOE 42, individually as the Child and as the
Personal Representative of the Estate of DOE
42, Deceased and on behalf of all survivors of
DOE 42 and on behalf of minor child DOE 42

MELISSA PULLIS, individually and as the
Personal Representative of the Estate of
Edward Frank Pullis, Deceased and on behalf
of all survivors of Edward Frank Pullis and on
behalf of minor children A.P., E.P., and M.F.P.

ELEANOR WILSON, individually as the
Parent of Patricia Ann Puma, Deceased

ANTOINETTE NICHOLASI, individually as
the Sibling of Patricia Ann Puma, Deceased

REPRESENTATIVE of the Estate of William
Wilson, Deceased, Parent of decedent Patricia
Ann Puma

ROBERT WILSON, individually as the Sibling of Patricia Ann Puma, Deceased

KEVIN PUMA, individually and as the Personal Representative of the Estate of Patricia Ann Puma, Deceased and on behalf of all survivors of Patricia Ann Puma

DOMINIC J. PUOPOLO, JR., individually as the Child of Sonia Morales Puopolo, Deceased

DOE 45, individually as the Spouse and as the Personal Representative of the Estate of DOE 45, Deceased and on behalf of all survivors of DOE 45 and on behalf of minor child DOE 45

REPRESENTATIVE of the Estate of DOE 45, Deceased, Parent of decedent DOE 45

DOE 45, individually as the Sibling of DOE 45, Deceased

GAIL QUACKENBUSH, individually as the Sibling of Christopher Quackenbush, Deceased

MICHAEL ALLEN QUACKENBUSH, individually as the Sibling of Christopher Quackenbush, Deceased

JAMES DUNNE, III, as the Personal Representative of the Estate of Christopher Quackenbush, Deceased and on behalf of all survivors of Christopher Quackenbush

LOUELLA JEAN QUIGLEY, individually as the Parent of Beth Ann Quigley, Deceased

JOHN EUGENE QUIGLEY, individually and as the Personal Representative of the Estate of Beth Ann Quigley, Deceased and on behalf of all survivors of Beth Ann Quigley

MIJA QUIGLEY, individually as the Parent of Patrick J Quigley, IV, Deceased

RUTH QUIGLEY-LAWRENCE, individually as the Sibling of Patrick J Quigley, IV, Deceased

JOHN V. QUIGLEY, individually as the Sibling of Patrick J Quigley, IV, Deceased

REPRESENTATIVE of the Estate of Patrick J. Quigley, Jr., Deceased, Parent of decedent

Patrick J Quigley, IV

ANNA MARIA MORALES, individually as the Parent of Ricardo J. Quinn, Deceased

VIRGINIA A. QUINN, individually and as the Personal Representative of the Estate of Ricardo J. Quinn, Deceased and on behalf of all survivors of Ricardo J. Quinn

REPRESENTATIVE of the Estate of Nicholas Monaco, Deceased, Child of decedent Ricardo J. Quinn

ADAM QUINN, individually as the Child of Ricardo J. Quinn, Deceased

GREGORY VINCENT QUINN, individually as the Sibling of Ricardo J. Quinn, Deceased

BERNARD J. QUINN, individually as the Sibling of Ricardo J. Quinn, Deceased

SANDRA L. RACANIELLO, individually as the Parent of Christopher Anthony Peter Racaniello, Deceased

FRANK V. RACANIELLO, individually and as the Personal Representative of the Estate of Christopher Anthony Peter Racaniello, Deceased and on behalf of all survivors of Christopher Anthony Peter Racaniello

EDWARD RADBURN, individually and as the Personal Representative of the Estate of Betty Browne Radburn, Deceased and on behalf of all survivors of Betty Browne Radburn

MAUREEN FRANCES RAGAGLIA, individually as the Parent of Leonard J. Ragaglia, Deceased

COLLEEN RAGAGLIA, individually as the Sibling of Leonard J. Ragaglia, Deceased

DEBRA ANN RAGAGLIA, individually as the Sibling of Leonard J. Ragaglia, Deceased

JANICE PUCCIARELLI, individually as the Sibling of Leonard J. Ragaglia, Deceased

LAUREN PIETRINA LACAPRIA, individually as the Sibling of Leonard J. Ragaglia, Deceased

CHRISTINE TERESA DURANTE, individually as the Sibling of Leonard J. Ragaglia, Deceased

LINDA MARIE TACCETTA, individually as the Sibling of Leonard J. Ragaglia, Deceased

MAUREEN ELIZABETH SCPARTA, individually as the Sibling of Leonard J. Ragaglia, Deceased

DONNA RAGAGLIA, individually and as the Personal Representative of the Estate of Leonard J. Ragaglia, Deceased and on behalf of all survivors of Leonard J. Ragaglia

LEONARD SALVATORE RAGAGLIA, individually as the Parent of Leonard J. Ragaglia, Deceased

PAUL JOSEPH RAGAGLIA, individually as the Sibling of Leonard J. Ragaglia, Deceased

DANNY RAGAGLIA, individually as the Sibling of Leonard J. Ragaglia, Deceased

STEPHEN ANTHONY RAGAGLIA, individually as the Sibling of Leonard J. Ragaglia, Deceased

DOMENICA RAGUSA, individually as the Parent of Michael Paul Ragusa, Deceased

CHRISTINE SALADEEN, individually as the Sibling of Michael Paul Ragusa, Deceased

VINCENT JOSEPH RAGUSA, individually and as the Personal Representative of the Estate of Michael Paul Ragusa, Deceased and on behalf of all survivors of Michael Paul Ragusa

VINCENT CARL RAGUSA, individually as the Sibling of Michael Paul Ragusa, Deceased

KENNETH RAGUSA, individually as the Sibling of Michael Paul Ragusa, Deceased

LENORE RAIMONDI, individually and as the Personal Representative of the Estate of Peter F. Raimondi, Deceased and on behalf of all survivors of Peter F. Raimondi

LAUREN CHRISTINE RAINES, individually and as the Personal Representative of the Estate

215

of Harry A. Raines, Deceased and on behalf of
all survivors of Harry A. Raines and on behalf
of minor children J.R., K.R., and K.R.

REPRESENTATIVE of the Estate of Marilyn
Raines, Deceased, Parent of decedent Lisa Joy
Raines

REPRESENTATIVE of the Estate of Sosamma
George, Deceased, Parent of decedent Valsa
Raju

AMMINI G. ABRAHAM, individually as the
Sibling of Valsa Raju, Deceased

SARAMMA JOHN, individually as the Sibling
of Valsa Raju, Deceased

ANNAMMA THOMAS, individually as the
Sibling of Valsa Raju, Deceased

SOSAMMA MUKKADAN, individually as the
Sibling of Valsa Raju, Deceased

THANKACHAN RAJU, individually and as
the Personal Representative of the Estate of
Valsa Raju, Deceased and on behalf of all
survivors of Valsa Raju

JOAN P. RALL, individually as the Parent of
Edward J. Rall, Deceased

DARLENE G. RALL, individually and as the
Personal Representative of the Estate of
Edward J. Rall, Deceased and on behalf of all
survivors of Edward J. Rall

EDWARD A. RALL, individually as the Parent
of Edward J. Rall, Deceased

WILLIAM F. RALL, individually as the
Sibling of Edward J. Rall, Deceased

KEITH G. RALL, individually as the Sibling of
Edward J. Rall, Deceased

MIGDALIA RAMOS, individually and as the
Personal Representative of the Estate of Harry
Ramos, Deceased and on behalf of all survivors
of Harry Ramos and on behalf of minor child
A.G.R.

JESSICA BORS, individually as the Sibling of
Vishnoo Ramsaroop, Deceased

216

REPRESENTATIVE of the Estate of Barbara
B. Rancke, Deceased, Parent of decedent
Alfred Todd Rancke

CYNTHIA RANCKE BIENEMANN,
individually as the Sibling of Alfred Todd
Rancke, Deceased

BARBARA R. SPENI, individually as the
Sibling of Alfred Todd Rancke, Deceased

REPRESENTATIVE of the Estate of Alfred E.
Rancke, Deceased, Parent of decedent Alfred
Todd Rancke

VIRGINIA BLADEN, individually and as the
Personal Representative of the Estate of
Jonathan Randall, Deceased and on behalf of all
survivors of Jonathan Randall

DOE 46, individually as the Child of DOE 46,
Deceased

DOE 46, individually as the Child and as the
Personal Representative of the Estate of DOE
46, Deceased and on behalf of all survivors of
DOE 46

DOE 46, individually as the Spouse of DOE 46,
Deceased

ANNA RASMUSSEN STANSBURY,
individually and as the Personal Representative
of the Estate of Robert A. Rasmussen,
Deceased and on behalf of all survivors of
Robert A. Rasmussen and on behalf of minor
children S.R.R., R.J.R, and T.M.R.

CLAUDIA MARIE STALLWORTH,
individually as the Parent of Marsha Ratchford,
Deceased

CYNTHIA WATTS, individually as the Sibling
of Marsha Ratchford, Deceased

ANGELIA STALLWORTH BLUNT,
individually as the Sibling of Marsha
Ratchford, Deceased

REGINALD SIMPSON, individually as the
Sibling of Marsha Ratchford, Deceased

RODNEY RATCHFORD, individually and as
the Personal Representative of the Estate of

217

Marsha Ratchford, Deceased and on behalf of
all survivors of Marsha Ratchford

REPRESENTATIVE of the Estate of Roosevelt
Stallworth, Sr., Deceased, Parent of decedent
Marsha Ratchford

DOE 104, individually as the Spouse and as the
Personal Representative of the Estate of DOE
104, Deceased and on behalf of all survivors of
DOE 104 and on behalf of minor children DOE
104, DOE 104, and DOE 104

MAUREEN A. RAUB, individually and as the
Personal Representative of the Estate of
William Ralph Raub, Deceased and on behalf
of all survivors of William Ralph Raub and on
behalf of minor child L.M.R.

DOE 133, individually as the Parent of DOE
133, Deceased

JANE MARIE THOMPSON, individually as
the Sibling of Sarah Anne Redheffer, Deceased

DOE 133, individually as the Parent of DOE
133, Deceased

ALICE REGAN, individually as the Parent of
Donald Regan, Deceased

JOSEPH REGAN, individually as the Sibling
of Donald Regan, Deceased

MARGARET REGAN, individually as the
Sibling of Donald Regan, Deceased

EILEEN REGAN, individually as the Sibling
of Donald Regan, Deceased

KATHERINE REGAN DEY, individually as
the Sibling of Donald Regan, Deceased

MARY L. REIDY, individually as the Parent of
Gregory Reidy, Deceased

THOMAS REIDY, individually and as the
Personal Representative of the Estate of
Gregory Reidy, Deceased and on behalf of all
survivors of Gregory Reidy

JOAN E. REILLY, individually as the Parent of
Kevin Owen Reilly, Deceased

REGINA REILLY MADIGAN, individually as

the Sibling of Kevin Owen Reilly, Deceased

REPRESENTATIVE of the Estate of George M. Reilly, Deceased, Parent of decedent Kevin Owen Reilly

BRENDAN H. REILLY, individually as the Sibling of Timothy E. Reilly, Deceased

ROSEMARIE REINA, individually as the Parent of Joseph Reina, Jr., Deceased

JOANN O' KEEFE, individually as the Sibling of Joseph Reina, Jr., Deceased

LISA REINA, individually and as the Personal Representative of the Estate of Joseph Reina, Jr., Deceased and on behalf of all survivors of Joseph Reina, Jr.

MICHAEL REINA, individually as the Sibling of Joseph Reina, Jr., Deceased

JOSEPH REINA, SR., individually as the Parent of Joseph Reina, Jr., Deceased

DOE 24, individually as Spouse and as the Personal Representative of the Estate of DOE 24, Deceased and on behalf of all survivors of DOE 24

DOE 24, individually as the Child of DOE 24, Deceased

DOE 24, individually as the Child of DOE 24, Deceased

GAYLE REISMAN, individually and as the Personal Representative of the Estate of Frank Reisman, Deceased and on behalf of all survivors of Frank Reisman

JUDITH JACKSON REISS, individually as the Parent of Joshua Scott Reiss, Deceased

DANIEL RENDA, individually as the Child of Karen Renda, Deceased

CHARLES RENDA, individually and as the Personal Representative of the Estate of Karen Renda, Deceased and on behalf of all survivors of Karen Renda

CHRISTINA RESTA, individually and as the Personal Representative of the Estate of John

219

Thomas Resta, Deceased and on behalf of all survivors of John Thomas Resta

DAWN ANGRISANI, individually as the Sibling of John Thomas Resta, Deceased

CHRISTINE MAZZEO, individually as the Sibling of John Thomas Resta, Deceased

BERNARD THOMAS RESTA, individually as the Parent of John Thomas Resta, Deceased

MICHAEL RESTA, individually as the Sibling of John Thomas Resta, Deceased

THOMAS RESTA, individually as the Sibling of John Thomas Resta, Deceased

JO ANN R. RICCIO, individually and as the Personal Representative of the Estate of Rudolph N. Riccio, Deceased and on behalf of all survivors of Rudolph N. Riccio

MARIA ELENA SANTORELLI, individually as the Child of Ann Marie Riccoboni, Deceased

JANINE PASSELIS, individually as the Child of Ann Marie Riccoboni, Deceased

JOHN RICCOBONI, individually and as the Personal Representative of the Estate of Ann Marie Riccoboni, Deceased and on behalf of all survivors of Ann Marie Riccoboni

CYNTHIA J. RICE, individually as the Parent of David H. Rice, Deceased

HUGH DAVID RICE, individually and as the Personal Representative of the Estate of David H. Rice, Deceased and on behalf of all survivors of David H. Rice

DOE 102, individually as the Sibling of DOE 102, Deceased

DOE 102, individually as the Sibling of DOE 102, Deceased

DOE 102, individually as the Sibling of DOE 102, Deceased

DOE 102, individually as the Sibling of DOE 102, Deceased

DOE 102, individually as Sibling and as the

Personal Representative of the Estate of DOE 102, Deceased and on behalf of all survivors of DOE 102

PAULA A. RIGO, individually as the Sibling of John Matthews Rigo, Deceased

THEODORE P. RIGO, individually as the Sibling of John Matthews Rigo, Deceased

JULIA RIVAS, individually as the Parent of Moises Rivas, Deceased

NANCY ELIZABETH RIVAS MOLINA, individually as the Sibling of Moises Rivas, Deceased

CARMEN RIVERA, individually as the Sibling of Isaias Rivera, Deceased

GLORIA GONZALEZ, individually as the Sibling of Isaias Rivera, Deceased

NILSA MILAGROS RIVERA, individually and as the Personal Representative of the Estate of Isaias Rivera, Deceased and on behalf of all survivors of Isaias Rivera

ADRIAN ISAAC RIVERA, individually as the Child of Isaias Rivera, Deceased

JOSUE RIVERA TRUJILLO, individually as the Sibling of Isaias Rivera, Deceased

MOISES RIVERA, individually as the Sibling of Isaias Rivera, Deceased

TERESA RIVERSO, individually as the Parent of Joseph R. Riverso, Deceased

MARIA RIVERSO, individually as the Sibling of Joseph R. Riverso, Deceased

DOMENICO RIVERSO, individually as the Parent of Joseph R. Riverso, Deceased

RALPH J. RIVERSO, individually as the Sibling of Joseph R. Riverso, Deceased

WILLIAM D. RIVERSO, individually as the Sibling of Joseph R. Riverso, Deceased

VIVIAN RIZZA, individually as the Parent of Paul V. Rizza, Deceased

ELAINE M. RIZZA, individually and as the

Personal Representative of the Estate of Paul V. Rizza, Deceased and on behalf of all survivors of Paul V. Rizza

PAUL RIZZA, individually as the Parent of Paul V. Rizza, Deceased

CONCETTA RIZZO, individually and as the Personal Representative of the Estate of John Rizzo, Deceased and on behalf of all survivors of John Rizzo

LUCY ROBERTO, individually as the Parent of Joseph Roberto, Deceased

LORRAINE CAIAZZO, individually as the Sibling of Joseph Roberto, Deceased

ROBERT ROBERTO, JR., individually as the Sibling of Joseph Roberto, Deceased

ROBERT ROBERTO, SR., individually as the Parent of Joseph Roberto, Deceased

DEBRA ROBERTS, individually and as the Personal Representative of the Estate of Leo A. Roberts, Deceased and on behalf of all survivors of Leo A. Roberts

PAULETTE ROBERTS, individually and as the Co-Administrator of the Estate of Michael E. Roberts, Deceased and on behalf of all survivors of Michael E. Roberts

THOMAS ROBERTS, individually and as the Co-Administrator of the Estate of Michael E. Roberts, Deceased and on behalf of all survivors of Michael E. Roberts

VERONICA M. ROBERTS, individually as the Parent of Michael Edward Roberts, Deceased

KAREN E. ROBERTS, individually as the Sibling of Michael Edward Roberts, Deceased

JOHN J. ROBERTS, individually and as the Personal Representative of the Estate of Michael Edward Roberts, Deceased and on behalf of all survivors of Michael Edward Roberts

MARCEE E. ROBERTSON, individually as the Parent of Donald W. Robertson, Jr., Deceased

KATHLEEN ROBERTSON CUNNINGHAM, individually as the Sibling of Donald W. Robertson, Jr., Deceased

ELIZABETH ROBERTSON, individually as the Sibling of Donald W. Robertson, Jr., Deceased

DONALD W. ROBERTSON, SR., individually as the Parent of Donald W. Robertson, Jr., Deceased

WILLIAM H. ROBOTHAM, III, individually as the Spouse of Michell L. Robotham, Deceased

MARILYN ROCHA, individually and as the Personal Representative of the Estate of Antonio Rocha, Deceased and on behalf of all survivors of Antonio Rocha and on behalf of minor child E.R.

REGINA E. RODAK, individually as the Parent of John Rodak, Deceased

JOANNE RODAK GORI, individually as the Sibling of John Rodak, Deceased

JOYCE ANN MARIE RODAK, individually and as the Personal Representative of the Estate of John Rodak, Deceased and on behalf of all survivors of John Rodak

JOHN J. RODAK, individually as the Parent of John Rodak, Deceased

SARA RODRIGUES, individually as the Child of Antonio J. Rodrigues, Deceased

CRISTINA RODRIGUES, individually and as the Personal Representative of the Estate of Antonio J. Rodrigues, Deceased and on behalf of all survivors of Antonio J. Rodrigues

DEIVI RODRIGUEZ, individually as the Child of David Bartolo Rodriguez, Deceased

LENNY RODRIGUEZ, individually as the Child of David Bartolo Rodriguez, Deceased

MELANIA GIL individually as domestic partner of David Bartolo Rodrigquez, Deceased, and as Parent of their children

DOE 98, individually as the Sibling of DOE 98, Deceased

ELIZABETH A. SOUDANT, individually and as the Personal Representative of the Estate of Gregory E. Rodriguez, Deceased and on behalf of all survivors of Gregory E. Rodriguez and on behalf of minor child S.G.

CINDY RODRIGUEZ, individually and as the Personal Representative of the Estate of Richard Rodriguez, Deceased and on behalf of all survivors of Richard Rodriguez

MARIAN ROGAN, individually as the Parent of Matthew Sean Rogan, Deceased

JOHN ROGAN, individually as the Parent of Matthew Sean Rogan, Deceased

DOE 133, individually as the Parent of DOE 133, Deceased

DOE 133, individually as the Parent and as the Personal Representative of the Estate of DOE 133, Deceased and on behalf of all survivors of DOE 133

DOE 133, individually as the Sibling of DOE 133, Deceased

DOE 140, individually as the Parent and as the Co-Administrator of the Estate of DOE 140, Deceased and on behalf of all survivors of DOE 140

DOE 140, individually as the Sibling of DOE 140, Deceased

DOE 140, individually as the Parent and as the Co-Administrator of the Estate of DOE 140, Deceased and on behalf of all survivors of DOE 140

KRISTEN NEPOLA, individually as the Sibling of Scott W. Rohner, Deceased

KATIE A. ROHNER, individually as the Sibling of Scott W. Rohner, Deceased

THOMAS G. ROHNER, individually as the Sibling of Scott W. Rohner, Deceased

STEPHEN J. ROHNER, individually as the

Sibling of Scott W. Rohner, Deceased

MICHAEL R. ROHNER, individually as the Sibling of Scott W. Rohner, Deceased

ROSEMARY ROMA, individually as the Parent of Keith Roma, Deceased

MAUREEN ROMA, individually as the Sibling of Keith Roma, Deceased

ARNOLD ROMA, individually and as the Personal Representative of the Estate of Keith Roma, Deceased and on behalf of all survivors of Keith Roma

KEVIN ROMA, individually as the Sibling of Keith Roma, Deceased

DIANE ROMERO, individually and as the Personal Representative of the Estate of Elvin Romero, Deceased and on behalf of all survivors of Elvin Romero

PERSONAL REPRESENTATIVE of the Estate of Sean Rooney, Deceased and on behalf of all survivors of Sean Rooney.  The REPRESENTATIVE of the Estate of Beverly Eckert, Deceased Parent of Sean Rooney

PATRICIA ROSEN, individually and as the Personal Representative of the Estate of Mark H. Rosen, Deceased and on behalf of all survivors of Mark H. Rosen

BOBBI ROSNER, individually as the Parent of Sheryl Rosenbaum, Deceased

BARRY ROSNER, individually as the Parent of Sheryl Rosenbaum, Deceased

SUSAN S. ROSENBLUM, individually and as the Co-Administrator of the Estate of Joshua Rosenblum, Deceased and on behalf of all survivors of Joshua Rosenblum

REPRESENTATIVE of the Estate of Richard M. Rosenblum, Deceased, Parent of decedent Joshua Rosenblum

DEAN ROSENBLUM, individually as the Sibling of Joshua Rosenblum, Deceased

HELEN ROSENTHAL as the Personal

Representative of the Estate of Marilynn M.
Rosenthal, Deceased, Parent of decedent Joshua
Alan Rosenthal

HELEN ROSENTHAL, individually as the
Sibling of Joshua Alan Rosenthal, Deceased

AVRAM ROSENTHAL, individually and as
the Co-Administrator of the Estate of Joshua
Alan Rosenthal, Deceased and on behalf of all
survivors of Joshua Alan Rosenthal

LOREN ROSENTHAL, individually and as the
Personal Representative of the Estate of
Richard Rosenthal, Deceased and on behalf of
all survivors of Richard Rosenthal

SHIRLEY ANN ROSETTI, individually as the
Parent of Daniel James Rosetti, Deceased

DARLENE ROSETTI, individually as the
Sibling of Daniel James Rosetti, Deceased

CHERYL ROSETTI, individually as the
Sibling of Daniel James Rosetti, Deceased

RICK ROSETTI, individually as the Sibling of
Daniel James Rosetti, Deceased

ROBERT J. ROSETTI, SR., individually as the
Sibling of Daniel James Rosetti, Deceased

DONNA MATTERA, individually as the
Sibling of Nicholas P. Rossomando, Deceased

REPRESENTATIVE of the Estate of Peter A.
Rossomando, Deceased, Parent of decedent
Nicholas P. Rossomando

CHRISTOPHER ROSSOMANDO,
individually as the Sibling of Nicholas P.
Rossomando, Deceased

PETER CHARLES ROSSOMANDO,
individually as the Sibling of Nicholas P.
Rossomando, Deceased

IRIS E. ROTHBERG, individually as the
Parent of Michael C. Rothberg, Deceased

RHONDA B. ROTHBERG, individually as the
Sibling of Michael C. Rothberg, Deceased

JASON ROTHBERG, individually and as the
Personal Representative of the Estate of

Michael C. Rothberg, Deceased and on behalf of all survivors of Michael C. Rothberg

MEREDITH H. ROTHENBERG, individually and as the Personal Representative of the Estate of Mark D. Rothenberg, Deceased and on behalf of all survivors of Mark D. Rothenberg

NANCY KELLY on behalf of minor children P.R. and J.R.

ALEXANDER WILLIAM ROWE, individually as the Parent of Nicholas Charles Alexander Rowe, Deceased

MAUREEN MURPHY, individually as the Sibling of David Michael Ruddle, Deceased

FERN RUHALTER, individually and as the Personal Representative of the Estate of Adam K. Ruhalter, Deceased and on behalf of all survivors of Adam K. Ruhalter

MARIE RUSSELL, individually and as the Personal Representative of the Estate of Stephen P. Russell, Deceased and on behalf of all survivors of Stephen P. Russell

WILLIAM RUSSELL, individually as the Sibling of Stephen P. Russell, Deceased

CLIFFORD S. RUSSELL, JR., individually as the Sibling of Stephen P. Russell, Deceased

CLIFFORD RUSSELL, SR., individually as the Parent of Stephen P. Russell, Deceased

GLORIA RUSSIN, individually as the Parent of Steven Harris Russin, Deceased

EDWARD RUSSIN, individually as the Parent of Steven Harris Russin, Deceased

BARRY RUSSIN, individually as the Sibling of Steven Harris Russin, Deceased

ARLENE RUSSO, individually as the Parent of Wayne A. Russo, Deceased

ARTHUR RUSSO, individually and as the Personal Representative of the Estate of Wayne A. Russo, Deceased and on behalf of all survivors of Wayne A. Russo

REPRESENTATIVE of the Estate of Colleen

Ryan, Deceased, Sibling of decedent John
Joseph Ryan, Jr.

MARY V. RYAN, individually as the Parent of
John Joseph Ryan, Jr., Deceased

AILEEN ANNE RYAN, individually as the
Sibling of John Joseph Ryan, Jr., Deceased

PATRICK RYAN, individually as the Sibling
of John Joseph Ryan, Jr., Deceased

TEAGUE M. RYAN, individually as the
Sibling of John Joseph Ryan, Jr., Deceased

JOHN JOSEPH RYAN, SR., individually as
the Parent of John Joseph Ryan, Jr., Deceased

MARTINE SAADA, individually as the Parent
of Thierry Saada, Deceased

CINDY SAADA, individually as the Sibling of
Thierry Saada, Deceased

JEAN MARC SAADA, individually as the
Parent of Thierry Saada, Deceased

RUDY SAADA, individually as the Sibling of
Thierry Saada, Deceased

ROHY SAADA, individually as the Sibling of
Thierry Saada, Deceased

ANTHONY SAADA, individually as the
Sibling of Thierry Saada, Deceased

GARY SAADA, individually as the Sibling of
Thierry Saada, Deceased

BRIGITTE SABBAG, individually as the
Parent of Jason Elazar Sabbag, Deceased

LAURENCE HAGAN, individually as the
Sibling of Jason Elazar Sabbag, Deceased

RALPH SABBAG, individually and as the
Personal Representative of the Estate of Jason
Elazar Sabbag, Deceased and on behalf of all
survivors of Jason Elazar Sabbag

CLIFTON SABBAG, individually as the
Sibling of Jason Elazar Sabbag, Deceased

REPRESENTATIVE of the Estate of Angelina
Sabella, Deceased, Parent of decedent Thomas
E. Sabella

LORETTA SABELLA-VIGLIONE,
individually as the Sibling of Thomas E.
Sabella, Deceased

DIANA SABELLA, individually and as the
Personal Representative of the Estate of
Thomas E. Sabella, Deceased and on behalf of
all survivors of Thomas E. Sabella

REPRESENTATIVE of the Estate of Edward
Sabella, Deceased, Parent of decedent Thomas
E. Sabella

CHARLES THOMAS SABELLA, individually
as the Sibling of Thomas E. Sabella, Deceased

ELAINE SABER, individually as the Parent of
Scott Saber, Deceased

BRUCE D. SABER, individually and as the
Co-Administrator of the Estate of Scott Saber,
Deceased and on behalf of all survivors of Scott
Saber

BRIAN SABER, individually and as the Co-
Administrator of the Estate of Scott Saber,
Deceased and on behalf of all survivors of Scott
Saber

PAUL SABIN, individually as the Child of
Charles E. Sabin, Deceased

CHARLES E. SABIN, JR., individually as the
Child of Charles E. Sabin, Deceased

ANDREA SACERDOTE, individually as the
Child of Joseph Francis Sacerdote, Deceased

ARLENE SACERDOTE, individually and as
the Personal Representative of the Estate of
Joseph Francis Sacerdote, Deceased and on
behalf of all survivors of Joseph Francis
Sacerdote

KAREN A. SACHS, individually and as the
Co-Administrator of the Estate of Jessica Leigh
Sachs, Deceased and on behalf of all survivors
of Jessica Leigh Sachs

KATHERINE SCOVILLE, individually as the
Sibling of Jessica Leigh Sachs, Deceased

STEPHEN R. SACHS, individually and as the
Co-Administrator of the Estate of Jessica Leigh

229

Sachs, Deceased and on behalf of all survivors
of Jessica Leigh Sachs

ERIC M. SACHS, individually as the Sibling of
Jessica Leigh Sachs, Deceased

NORMA T. SADOCHA, individually as the
Parent of Francis John Sadocha, Deceased

SUSAN T. SADOCHA, individually as the
Sibling of Francis John Sadocha, Deceased

FRANK CARL SADOCHA, individually as
the Parent of Francis John Sadocha, Deceased

JOHN S. SADOCHA, individually as the
Sibling of Francis John Sadocha, Deceased

ELIAS SAFI, individually as the Parent of Jude
Elias Safi, Deceased

AHLAM SAFI, individually as the Parent of
Jude Elias Safi, Deceased

JOHN SAFI, individually and as the Personal
Representative of the Estate of Jude Elias Safi,
Deceased and on behalf of all survivors of Jude
Elias Safi

SILVERIA SEGURA, individually as the
Domestic Partner of Juan G. Salas, Deceased

DEBRA SALOMAN, individually and as the
Personal Representative of the Estate of Wayne
J. Saloman, Deceased and on behalf of all
survivors of Wayne J. Saloman

ROSEMARIE GIALLOMBARDO,
individually and as the Personal Representative
of the Estate of Paul Richard Salvio, Deceased
and on behalf of all survivors of Paul Richard
Salvio

DINA GIALLOMBARDO, individually as the
Sibling of Paul Richard Salvio, Deceased

VINCENT GIALLOMBARDO, individually as
the Sibling of Paul Richard Salvio, Deceased

ROBERT GIALLOMBARDO, JR.,
individually as the Sibling of Paul Richard
Salvio, Deceased

GLADYS H. SALVO, individually and as the
Personal Representative of the Estate of Samuel

Robert Salvo, Jr., Deceased and on behalf of all survivors of Samuel Robert Salvo, Jr.

EUGENIA BOGADO, individually as the Parent of Carlos A. Samaniego, Deceased

LUIS S. SAMANIEGO, individually and as the Personal Representative of the Estate of Carlos A. Samaniego, Deceased and on behalf of all survivors of Carlos A. Samaniego

LINDA J. SAMUEL, individually and as the Personal Representative of the Estate of James K. Samuel, Jr., Deceased and on behalf of all survivors of James K. Samuel, Jr.

JENNIFER AGRESTO, individually as the Sibling of James K. Samuel, Jr., Deceased

JAMES K. SAMUEL, SR., individually as the Parent of James K. Samuel, Jr., Deceased

JOSE LUIS SAN PIO, individually and as the Co-Administrator of the Estate of Sylvia San Pio, Deceased and on behalf of all survivors of Sylvia San Pio

MARIA CARMEN PENAFIEL, individually and as the Personal Representative of the Estate of Hugo Manuel Sanay-Perefiel, Deceased and on behalf of all survivors of Hugo Manuel Sanay-Perefiel

FELICITA MARIA SANCHEZ, individually and as the Personal Representative of the Estate of Jesus Sanchez, Deceased and on behalf of all survivors of Jesus Sanchez

REPRESENTATIVE of the Estate of Jesus Sanchez Rosado, Deceased, Parent of decedent Jesus Sanchez

CAROL SUE SANDLER, individually and as the Personal Representative of the Estate of Herman S. Sandler, Deceased and on behalf of all survivors of Herman S. Sandler

JENNIFER SANDS, individually and as the Personal Representative of the Estate of James Sands, Jr., Deceased and on behalf of all survivors of James Sands, Jr.

DOE 10, individually as the Parent of DOE 10,

Deceased

DOE 10, individually as the Parent and as the Personal Representative of the Estate of DOE 10, Deceased and on behalf of all survivors of DOE 10

MAUREEN SANTORA, individually and as the Co-Administrator of the Estate of Christopher A. Santora, Deceased and on behalf of all survivors of Christopher A. Santora

JENNIFER SANTORA, individually as the Sibling of Christopher A. Santora, Deceased

KATHLEEN SANTORA-MONTALI, individually as the Sibling of Christopher A. Santora, Deceased

PATRICIA SANTORA, individually as the Sibling of Christopher A. Santora, Deceased

ALEXANDER SANTORA, individually and as the Personal Representative of the Estate of Christopher A. Santora, Deceased and on behalf of all survivors of Christopher A. Santora

FRANCES SANTORE, individually and as the Personal Representative of the Estate of John A. Santore, Deceased and on behalf of all survivors of John A. Santore

ALBERTO ANGEL SANTORO, individually and as the Personal Representative of the Estate of Mario L. Santoro, Deceased and on behalf of all survivors of Mario L. Santoro

REPRESENTATIVE of the Estate of Anne C. Saracini, Deceased, Parent of decedent Victor J. Saracini

JOANNE RENZI, individually as the Sibling of Victor J. Saracini, Deceased

ELLEN LOUISE SARACINI, individually and as the Personal Representative of the Estate of Victor J. Saracini, Deceased and on behalf of all survivors of Victor J. Saracini

DOE 04, individually as the Spouse and as the Personal Representative of the Estate of DOE

04, Deceased and on behalf of all survivors of DOE 04 and on behalf of minor child DOE 04

KISHAN SARKAR, individually as the Child of Kalyan K. Sarkar, Deceased

MANISH RAI, individually as the Sibling of Deepika Sattaluri, Deceased

RYAN PEMBERTON, individually and as the Personal Representative of the Estate of Susan Marie Sauer, Deceased and on behalf of all survivors of Susan Marie Sauer

VALENTINA SAVINKINA, individually as the Parent of Vladimir Savinkin, Deceased

GALINA SAVINKINA, individually as the Sibling of Vladimir Savinkin, Deceased

VALERIY SAVINKIN, individually and as the Personal Representative of the Estate of Vladimir Savinkin, Deceased and on behalf of all survivors of Vladimir Savinkin

JUDE MONTESERRATO, individually as the Fiancé of John Michael Sbarbaro, Deceased

MARGARET SCANDOLE, individually as the Parent of Robert L. Scandole, Deceased

SHEILA MARIE SCANDOLE, individually and as the Personal Representative of the Estate of Robert L. Scandole, Deceased and on behalf of all survivors of Robert L. Scandole

ROBERT SCANDOLE, individually as the Parent of Robert L. Scandole, Deceased

CHRISTOPHER SCANDOLE, individually as the Sibling of Robert L. Scandole, Deceased

STEVEN SCARPITTA as the Represenative of the Estate Julie Scarpitta, Deceased, Parent of decedent Michelle Scarpitta

STEVEN SCARPITTA as the Represenative of the Estate of Michelle Scarpitta, Deceased and on behalf of all survivors of Michelle Scarpitta

STEVEN SCARPITTA, individually as the Sibling of Michelle Scarpitta, Deceased

MARGARET TI SCHARDT, individually as the Parent of John Schardt, Deceased

DEBRA SACCO, individually as the Sibling of
John Schardt, Deceased

JEANETTE SCHARDT, individually and as
the Personal Representative of the Estate of
John Schardt, Deceased and on behalf of all
survivors of John Schardt and on behalf of
minor children C.S. and J.S.

ROBERT ALBERT SCHARDT, individually
as the Parent of John Schardt, Deceased

KENNETH SCHARDT, individually as the
Sibling of John Schardt, Deceased

ELLIOT SCHEINBERG, individually and as
the Personal Representative of the Estate of
Angela Susan Scheinberg, Deceased and on
behalf of all survivors of Angela Susan
Scheinberg

DOE 28, individually as the Parent of DOE 28,
Deceased

DOE 28, individually as the Sibling of DOE 28,
Deceased

DOE 28, individually as the Parent and as the
Personal Representative of the Estate of DOE
28, Deceased and on behalf of all survivors of
DOE 28

LAUREN J. OSNATO, individually and as the
Co-Administrator of the Estate of Karen Helene
Schmidt, Deceased and on behalf of all
survivors of Karen Helene Schmidt

KARL H. SCHMIDT, individually and as the
Co-Administrator of the Estate of Karen Helene
Schmidt, Deceased and on behalf of all
survivors of Karen Helene Schmidt

DINA M. SCHOTT, individually and as the
Personal Representative of the Estate of Frank
G. Schott, Jr., Deceased and on behalf of all
survivors of Frank G. Schott, Jr. and on behalf
of minor child J.S.

LISA A. SCHUNK, individually as the Spouse
of Edward W. Schunk, Deceased

JENNIFER ABBE LEVINE, individually as
the Child of Mark Schwartz, Deceased

NANCY BERLINER, individually as the
Sibling of Mark Schwartz, Deceased

PATRICIA SCHWARTZ, individually and as
the Personal Representative of the Estate of
Mark Schwartz, Deceased and on behalf of all
survivors of Mark Schwartz

ANDREW DAVID SCHWARTZ, individually
as the Child of Mark Schwartz, Deceased

CHARLES SCIBETTA, individually and as the
Personal Representative of the Estate of
Adriana Scibetta, Deceased and on behalf of all
survivors of Adriana Scibetta and on behalf of
minor child V.P.S.

CRYSTAL MARIE SCOTT, individually as
the Child of Janice Marie Scott, Deceased

GERALDINE HOLMES, individually as the
Parent of Janice Marie Scott, Deceased

DARLENE BONITA CALDWELL,
individually as the Sibling of Janice Marie
Scott, Deceased

DELORES DIANE JAMES, individually as the
Sibling of Janice Marie Scott, Deceased

DENISE M. HOLMES, individually as the
Sibling of Janice Marie Scott, Deceased

CLAUDETTE MCKAHN STALEY,
individually as the Sibling of Janice Marie
Scott, Deceased

WILLETTE WAGES, individually as the
Sibling of Janice Marie Scott, Deceased

REPRESENTATIVE of the Estate of George
A. Holmes, Deceased, Sibling of decedent
Janice Marie Scott

ABRAHAM SCOTT, individually and as the
Personal Representative of the Estate of Janice
Marie Scott, Deceased and on behalf of all
survivors of Janice Marie Scott

DOE 34, individually as the Child of DOE 34,
Deceased

DOE 34, individually as the Child of DOE 34,
Deceased

235

DOE 34, individually as the Spouse and as the
Personal Representative of the Estate of DOE
34, Deceased and on behalf of all survivors of
DOE 34 and on behalf of minor child DOE 34

DANIEL PAUL SEAMAN, individually as the
Sibling of Michael Herman Seaman, Deceased

LOREEN SELLITTO, individually as the
Parent of Matthew Carmen Sellitto, Deceased

MATTHEW T. SELLITTO, individually and as
the Personal Representative of the Estate of
Matthew Carmen Sellitto, Deceased and on
behalf of all survivors of Matthew Carmen
Sellitto

JONATHAN DIGIOVANNI SELLITTO,
individually as the Sibling of Matthew Carmen
Sellitto, Deceased

FRANCES RUTH SELWYN, individually and
as the Personal Representative of the Estate of
Howard Selwyn, Deceased and on behalf of all
survivors of Howard Selwyn

JAMES SELWYN, individually as the Child of
Howard Selwyn, Deceased

DEBBI ELLEN SENKO, individually and as
the Personal Representative of the Estate of
Larry John Senko, Deceased and on behalf of
all survivors of Larry John Senko and on behalf
of minor child T.J.S.

CHRISTINA SERVA, individually as the Child
of Marian Teresa Serva, Deceased

BRUCE E. SERVA, individually and as the
Personal Representative of the Estate of Marian
Teresa Serva, Deceased and on behalf of all
survivors of Marian Teresa Serva

IRENE SESSA, individually and as the Co-
Administrator of the Estate of Adele Sessa,
Deceased and on behalf of all survivors of
Adele Sessa

ELENA SANDBERG, individually as the
Sibling of Adele Sessa, Deceased

CHRISTINE PATTERSON, individually and
as the Co-Administrator of the Estate of Adele

Sessa, Deceased and on behalf of all survivors of Adele Sessa

ALBERICO SESSA, individually as the Sibling of Adele Sessa, Deceased

JENNY RAHAMAN, individually as the Sibling of Sita N. Sewnarine, Deceased

LILMATIE DIDORA, individually as the Sibling of Sita N. Sewnarine, Deceased

BHOOPAUL SEWNARINE, individually as the Sibling of Sita N. Sewnarine, Deceased

DOE 73, individually as the Domestic Partner and as the Personal Representative of the Estate of DOE 73, Deceased and on behalf of all survivors of DOE 73 and on behalf of minor children DOE 73 and DOE 73

JANINE L. VAN RIPER, individually and as the Personal Representative of the Estate of Barbara A. Shaw, Deceased and on behalf of all survivors of Barbara A. Shaw

DEBRA SHAW, individually and as the Personal Representative of the Estate of Jeffrey J. Shaw, Deceased and on behalf of all survivors of Jeffrey J. Shaw

MAUREEN SHAY, individually as the Parent of Robert J. Shay, Jr., Deceased

KATHLEEN SHAY, individually as the Sibling of Robert J. Shay, Jr., Deceased

LEANNE SHAY, individually as the Sibling of Robert J. Shay, Jr., Deceased

EILEEN SHAY, individually as the Sibling of Robert J. Shay, Jr., Deceased

CAROLYN SHAY, individually as the Sibling of Robert J. Shay, Jr., Deceased

MAUREEN SURKO, individually as the Sibling of Robert J. Shay, Jr., Deceased

DAWN M. SHAY, individually and as the Personal Representative of the Estate of Robert J. Shay, Jr., Deceased and on behalf of all survivors of Robert J. Shay, Jr.

JAMES SHAY, individually as the Sibling of

Robert J. Shay, Jr., Deceased

MICHAEL A. SHAY, individually as the
Sibling of Robert J. Shay, Jr., Deceased

ROBERT J. SHAY, SR., individually as the
Parent of Robert J. Shay, Jr., Deceased

REPRESENTATIVE of the Estate of Daniel J.
Sheehan, Deceased Parent of Linda June
Sheehan

PERSONAL REPRESENTATIVE of the
Estate of Linda June Sheehan, Deceased and on
behalf of all survivors of Linda June Sheehan

ROBERT D. SHEEHAN, individually as the
Sibling of Linda June Sheehan, Deceased

ESTHER SHEFI, individually as the Parent of
Hagay Shefi, Deceased

PAZIT SHEFI BAUM, individually as the
Sibling of Hagay Shefi, Deceased

SIGAL SHEFI ASHER, individually and as the
Personal Representative of the Estate of Hagay
Shefi, Deceased and on behalf of all survivors
of Hagay Shefi

DOV SHEFI, individually as the Parent of
Hagay Shefi, Deceased

YISHAI SHEFI, individually as the Sibling of
Hagay Shefi, Deceased

DOE 71, individually as the Parent of DOE 71,
Deceased

DOE 71, individually as the Sibling of DOE 71,
Deceased

DOE 71, individually as the Sibling of DOE 71,
Deceased

DOE 71, individually as the Sibling of DOE 71,
Deceased

DOE 71, individually as the Sibling of DOE 71,
Deceased

DOE 71, individually as the Spouse and as the
Personal Representative of the Estate of DOE
71, Deceased and on behalf of all survivors of
DOE 71 and on behalf of minor children DOE

238

71 and DOE 71

FRANK SHERRY, individually as the Parent of John Anthony Sherry, Deceased

SACHIKO SHIRATORI, individually as the Parent of Atsushi Shiratori, Deceased

HARUHIRO SHIRATORI, individually as the Parent of Atsushi Shiratori, Deceased

AHUVA SHWARTZSTEIN, individually as the Parent of Allan Abraham Shwartzstein, Deceased

ORLY SMALL, individually as the Sibling of Allan Abraham Shwartzstein, Deceased

REPRESENTATIVE of the Estate of Avigdor Shwartzstein, Deceased, Parent of decedent Allan Abraham Shwartzstein

MICHAEL SHWARTZSTEIN, individually as the Sibling of Allan Abraham Shwartzstein, Deceased

DOE 99, individually as the Spouse and as the Personal Representative of the Estate of DOE 99, Deceased and on behalf of all survivors of DOE 99 and on behalf of minor children DOE 99, DOE 99, DOE 99, DOE 99, and DOE 99

KATHLEEN H. SIMMONS, individually and as the Personal Representative of the Estate of Bruce E. Simmons, Deceased and on behalf of all survivors of Bruce E. Simmons

DOE 57, individually as the Child of DOE 57, Deceased

CHRISTOPHER SIMMONS, individually as the Child of George W. Simmons, Sr., Deceased

GEORGE W. SIMMONS, JR., individually as the Child of George W. Simmons, Sr., Deceased

EILEEN HEATHER SIMON, individually and as the Personal Representative of the Estate of Michael John Simon, Deceased and on behalf of all survivors of Michael John Simon

SCOTT S. SIMON, individually as the Sibling

of Michael John Simon, Deceased

SHELLEY SIMON, individually and as the
Personal Representative of the Estate of Paul J.
Simon, Deceased and on behalf of all survivors
of Paul J. Simon

LISA CARDINALI, individually as the Child
of Marianne Simone, Deceased

TERESA HARGRAVE, individually and as the
Personal Representative of the Estate of
Marianne Simone, Deceased and on behalf of
all survivors of Marianne Simone

REPRESENTATIVE of the Estate of Virginia
M. Liquori, Deceased, Sibling of Decedent
Marianne Simone

LUCILLE BLEIMANN, individually as the
Sibling of Marianne Simone, Deceased

STEPHEN SIMONE, individually as the Child
of Marianne Simone, Deceased

ANN SIMPKIN, individually as the Parent of
Jane Louise Simpkin, Deceased

HELEN C. SIMPKIN-WHALEN, individually
as the Sibling of Jane Louise Simpkin,
Deceased

DIANE JAVA, individually and as the Personal
Representative of the Estate of Jeff L. Simpson,
Deceased and on behalf of all survivors of Jeff
L. Simpson

CRAIG W. SINCOCK, individually as the
Spouse of Cheryle D. Sincock, Deceased

ALANA SIRACUSE, individually and as the
Personal Representative of the Estate of Peter
Siracuse, Deceased and on behalf of all
survivors of Peter Siracuse and on behalf of
minor child R.S.

IRENE LESIW, individually and as the
Personal Representative of the Estate of John P.
Skala, Deceased and on behalf of all survivors
of John P. Skala

MICHAEL SKALA, individually as the Sibling
of John P. Skala, Deceased

JAROSLAWA SKALA, individually as the Sibling of John P. Skala, Deceased

REPRESENTATIVE of the Estate of Loretta T. Slavin, Deceased, Parent of decedent Vincent R. Slavin

ANNA L. BAEZ, individually as the Fiancé of Vincent R. Slavin, Deceased

PATRICIA B. SLOAN, individually as the Parent of Paul Kenneth Sloan, Deceased

RONALD S. SLOAN, individually and as the Personal Representative of the Estate of Paul Kenneth Sloan, Deceased and on behalf of all survivors of Paul Kenneth Sloan

LAWANDA SIMMONS, individually and as the Personal Representative of the Estate of Wendy L. Small, Deceased and on behalf of all survivors of Wendy L. Small

ELBA CEDENO, individually and as the Personal Representative of the Estate of Catherine T. Smith, Deceased and on behalf of all survivors of Catherine T. Smith

ANNETTE SMITH, individually as the Parent of Catherine T. Smith, Deceased

LISA ANN ETHREDGE, individually as the Sibling of Catherine T. Smith, Deceased

BARBARA SCHIELZO, individually as the Sibling of Catherine T. Smith, Deceased

VINCENT J. SMITH, individually as the Sibling of Catherine T. Smith, Deceased

WALTER SMITH, individually as the Sibling of Catherine T. Smith, Deceased

MADELINE W. SMITH, individually as the Parent of Jeffrey R. Smith, Deceased

BRENDA SMITH CLARK, individually as the Sibling of Jeffrey R. Smith, Deceased

DOE 61, individually as the Spouse and as the Personal Representative of the Estate of DOE 61, Deceased and on behalf of all survivors of DOE 61 and on behalf of minor children DOE 61 and DOE 61

ARTHUR ABRAHAM SMITH, individually as the Parent of Jeffrey R. Smith, Deceased

MILLICENT MILLER, individually as the Sibling of Joyce Patricia Smith, Deceased

DOE 135, individually as the Sibling of DOE 135, Deceased

GEORGIA RUTH SMITH, individually as the Parent of Karl T. Smith, Sr., Deceased

DOE 87, individually as the Spouse and as the Personal Representative of the Estate of DOE 87, Deceased and on behalf of all survivors of DOE 87 and on behalf of minor child DOE 87

PETER HIBBARD SMITH, individually as the Sibling of Karl T. Smith, Sr., Deceased

MATTHEW G. SMITH, individually as the Sibling of Karl T. Smith, Sr., Deceased

DOE 87, individually as the Sibling of DOE 87, Deceased

REPRESENTATIVE of the Estate of Philip Trumbull Smith, Jr., Deceased, Parent of decedent Karl T. Smith, Sr.

DOE 87, individually as the Child of DOE 87, Deceased

REPRESENTATIVE of the Estate of DOE 52, Deceased, Parent of decedent DOE 52

DOE 52, individually as the Sibling of DOE 52, Deceased

DOE 52, individually as the Sibling of DOE 52, Deceased

JENNIFER ANN TUCKER, individually and as the Personal Representative of the Estate of Rochelle Monique Snell, Deceased and on behalf of all survivors of Rochelle Monique Snell

CHARLES O'NEAL SNYDER, individually and as the Personal Representative of the Estate of Christine Ann Snyder, Deceased and on behalf of all survivors of Christine Ann Snyder

JOHN B. SNYDER, individually and as the Personal Representative of the Estate of Dianne

Bullis Snyder, Deceased and on behalf of all survivors of Dianne Bullis Snyder

MARION ELAINE KMINEK, individually as the Parent of Mari-Rae Sopper, Deceased

TAMMY LYNN SOPPER-SERGOVIA, individually as the Sibling of Mari-Rae Sopper, Deceased

CHRISTINA KMINEK, individually and as the Personal Representative of the Estate of Mari-Rae Sopper, Deceased and on behalf of all survivors of Mari-Rae Sopper

REPRESENTATIVE of the Estate of R. Bill Sopper, Deceased, Parent of decedent Mari-Rae Sopper

ELDA GIRON, individually and as the Personal Representative of the Estate of Fabian Soto, Deceased and on behalf of all survivors of Fabian Soto and on behalf of minor child J.F.S.

PAUL A. SPAGNOLETTI, individually and as the Personal Representative of the Estate of Gregory T. Spagnoletti, Deceased and on behalf of all survivors of Gregory T. Spagnoletti

REPRESENTATIVE of the Estate of Doreen Lanza, Deceased, Sibling of decedent Thomas Sparacio

EDITH A. SPARACIO, individually as the Parent of Thomas Sparacio, Deceased

DEBORAH ANN KLEMOWITZ, individually as the Sibling of Thomas Sparacio, Deceased

CHERI MAGNUS SPARACIO, individually and as the Personal Representative of the Estate of Thomas Sparacio, Deceased and on behalf of all survivors of Thomas Sparacio and on behalf of minor childred E.S. and J.S.

JACK JOSEPH SPARACIO, SR., individually as the Parent of Thomas Sparacio, Deceased

PATRICIA ELLEN WELLINGTON, individually and as the Personal Representative of the Estate of John Anthony Spataro, Deceased and on behalf of all survivors of John

243

Anthony Spataro

IRENE DESANTIS, individually as the Parent
of Robert W. Spear, Jr., Deceased

BARBARA P. KEANE, individually as the
Sibling of Robert W. Spear, Jr., Deceased

CHRISTINE VOLLKOMMER, individually as
the Sibling of Robert W. Spear, Jr., Deceased

LORRAINE SPEAR, individually and as the
Personal Representative of the Estate of Robert
W. Spear, Jr., Deceased and on behalf of all
survivors of Robert W. Spear, Jr.

DOE 136, individually as the Child of DOE
136, Deceased

DOE 136, individually as the Child of DOE
136, Deceased

DOE 136, individually as the Spouse and as the
Personal Representative of the Estate ofDOE
136, Deceased and on behalf of all survivors of
DOE 136 and on behalf of minor child DOE
136

IRENE SPINA, individually as the Parent of
Lisa L. Spina-Trerotola, Deceased

MARIO FRANCIS SPINA, individually as the
Parent of Lisa L. Spina-Trerotola, Deceased

PAUL M. SPINA, individually as the Sibling of
Lisa L. Spina-Trerotola, Deceased

MICHELLE SPINELLI, individually and as the
Personal Representative of the Estate of Frank
J. Spinelli, Jr., Deceased and on behalf of all
survivors of Frank J. Spinelli, Jr.

PAMELA SPITZ, individually as the Child of
William Edward Spitz, Jr., Deceased

LAUREN SPITZ, individually as the Child of
William Edward Spitz, Jr., Deceased

MICHAEL J. SPITZ, individually as the
Sibling of William Edward Spitz, Jr., Deceased

COLLEEN CASEY SPOR, individually and as
the Personal Representative of the Estate of
Joseph P. Spor, Jr., Deceased and on behalf of
all survivors of Joseph P. Spor, Jr. and on

244

behalf of minor child C.M.S.

LAUREN STABILE, individually as the Child of Michael F. Stabile, Deceased

MICHELE STABILE, individually as the Child of Michael F. Stabile, Deceased

ROSEANNA STABILE, individually and as the Personal Representative of the Estate of Michael F. Stabile, Deceased and on behalf of all survivors of Michael F. Stabile

ROBERT STABILE, individually as the Child of Michael F. Stabile, Deceased

VEE STADELBERGER, individually and as the Personal Representative of the Estate of Richard Stadelberger, Deceased and on behalf of all survivors of Richard Stadelberger and on behalf of minor child A.S.

RENEE STAHLMAN, individually as the Parent of Eric Stahlman, Deceased

BLANCA STAHLMAN, individually and as the Personal Representative of the Estate of Eric Stahlman, Deceased and on behalf of all survivors of Eric Stahlman and on behalf of minor children A.S. and J.S.

SAMUEL STAHLMAN, individually as the Parent of Eric Stahlman, Deceased

ELLEN STAJK SHELNUTT, individually as the Sibling of Gregory Stajk, Deceased

JEANIE SOMERVILLE, individually and as the Personal Representative of the Estate of Gregory Stajk, Deceased and on behalf of all survivors of Gregory Stajk

LUCIA BALZAN, individually as the Sibling of Mary Domenica Stanley, Deceased

PAUL J. STANLEY, individually and as the Personal Representative of the Estate of Mary Domenica Stanley, Deceased and on behalf of all survivors of Mary Domenica Stanley

ROSEMARY ANN STARK, individually and as the Personal Representative of the Estate of Jeffrey Stark, Deceased and on behalf of all survivors of Jeffrey Stark

KATHLEEN STARK, individually as the
Sibling of Jeffrey Stark, Deceased

THERESE STARK, individually as the Sibling
of Jeffrey Stark, Deceased

JOHN STARK, individually as the Sibling of
Jeffrey Stark, Deceased

JOSEPH C. STARK, individually as the
Sibling of Jeffrey Stark, Deceased

NANCY STATKEVICUS, individually as the
Parent of Derek James Statkevicus, Deceased

JOSEPH R. STATKEVICUS, individually as
the Parent of Derek James Statkevicus,
Deceased

JOEL STATKEVICUS, individually as the
Sibling of Derek James Statkevicus, Deceased

FLORENCE WITTNER STAUB, individually
as the Parent of Craig William Staub, Deceased

CAROLYN STAUB BILELIS, individually as
the Sibling of Craig William Staub, Deceased

BARBARA MANEJA, individually as the
Sibling of Craig William Staub, Deceased

STACEY A. STAUB, individually and as the
Personal Representative of the Estate of Craig
William Staub, Deceased and on behalf of all
survivors of Craig William Staub and on behalf
of minor child J.S.

KENNETH DONOHUE, individually as the
Sibling of Craig William Staub, Deceased

BLANCHE STEEN, individually and as the
Personal Representative of the Estate of Eric
Thomas Steen, Deceased and on behalf of all
survivors of Eric Thomas Steen

GEORGE D. STEEN, II, individually as the
Sibling of Eric Thomas Steen, Deceased

MEREDITH ALAYNE STEINER, individually
as the Child of William R. Steiner, Deceased

REPRESENTATIVE of the Estate of Wilma E.
Steiner, Deceased Parent of William R. Steiner,
Deceased

246

RUSSA STEINER, individually and as the
Personal Representative of the Estate of
William R. Steiner, Deceased and on behalf of
all survivors of William R. Steiner

JORDON CHRISTOFER-WILLIAM
STEINER, individually and as the  of the Estate
of William R. Steiner, Deceased and on behalf
of all survivors of William R. Steiner

DARREN ALEXANDER STEINER,
individually and as the  of the Estate of William
R. Steiner, Deceased and on behalf of all
survivors of William R. Steiner

ROBERT STEINER, individually as the
Sibling of William R. Steiner, Deceased

GEORGE STEINER, individually as the
Sibling of William R. Steiner, Deceased

ANGELA STERGIOPOULOS, individually
and as the Co-Administrator of the Estate of
Andrew Stergiopoulos, Deceased and on behalf
of all survivors of Andrew Stergiopoulos

KATHLEEN STERGIOPOULOS, individually
as the Sibling of Andrew Stergiopoulos,
Deceased

GEORGE N. STERGIOPOULOS, individually
and as the Co-Administrator of the Estate of
Andrew Stergiopoulos, Deceased and on behalf
of all survivors of Andrew Stergiopoulos

GEORGE STERGIOPOULOS, JR.,
individually as the Sibling of Andrew
Stergiopoulos, Deceased

KATHERINE STERN, individually and as the
Personal Representative of the Estate of
Andrew Stern, Deceased and on behalf of all
survivors of Andrew Stern and on behalf of
minor children D.S. and E.S.

NANCY A. COSBAN, individually as the
Parent of Daniel E. Stewart, Deceased

RICHARD W. STEWART, individually and as
the Personal Representative of the Estate of
Daniel E. Stewart, Deceased and on behalf of
all survivors of Daniel E. Stewart

RUSSEL F. STEWART, individually as the
Sibling of Daniel E. Stewart, Deceased

JAMES R. STEWART, individually as the
Sibling of Daniel E. Stewart, Deceased

DOE 25 on behalf of minor children DOE 25
and DOE 25

ELIZABETH STEWART, individually as the
Parent of Michael James Stewart, Deceased

JANET STEWART, individually as the Sibling
of Michael James Stewart, Deceased

JOAN B. STEWART, individually and as the
Co-Administrator of the Estate of Richard H.
Stewart, Jr., Deceased and on behalf of all
survivors of Richard H. Stewart, Jr.

SUSAN STEWART TILLIER, individually as
the Sibling of Richard H. Stewart, Jr., Deceased

REPRESENTATIVE of the Estate of Richard
H. Stewart, Sr., Deceased Parent of decedent
Richard H. Stewart, Jr.

CHARLES PARKER, III, as the Personal
Representative of the Estate of Douglas Stone,
Deceased and on behalf of all survivors of
Douglas Stone and on behalf of minor child
Z.S.S.

REPRESENTATIVE of the Estate of Evelyn
Stone, Deceased Parent of Decedent Lonny Jay
Stone

GAYLE STONE, individually as the Sibling of
Lonny Jay Stone, Deceased

BEN STONE, individually as the Parent of
Lonny Jay Stone, Deceased

TERRY STRADA, individually as the Spouse
and as the Personal Representative of the Estate
of Thomas S. Strada, Deceased and on behalf
of all survivors of Thomas S. Strada and on
behalf of minor child J.T.S.

KAITLYN C. STRADA, individually as the
child of Thomas S. Strada, Deceased

THOMAS J. STRADA, individually as the
child of Thomas S. Strada, Deceased

MARY EMMA STRAINE, individually as the Parent of James J. Straine, Jr., Deceased

PATRICIA A. STRAINE, individually and as the Personal Representative of the Estate of James J. Straine, Jr., Deceased and on behalf of all survivors of James J. Straine, Jr. and on behalf of minor children C.J.S. and F.P.S.

JAMES JOSEPH STRAINE, individually as the Parent of James J. Straine, Jr., Deceased

KEVIN JOSEPH STRAINE, individually as the Sibling of James J. Straine, Jr., Deceased

DANIEL MATTHEW STRAINE, individually as the Sibling of James J. Straine, Jr., Deceased

MICHAEL STRAINE, individually as the Sibling of James J. Straine, Jr., Deceased

SANDRA N. STRAUB, individually and as the Personal Representative of the Estate of Edward W. Straub, Deceased and on behalf of all survivors of Edward W. Straub

SAMUEL E. STRAUB, individually as the Child of Edward W. Straub, Deceased

VIRGINIA STRAUCH, individually and as the Personal Representative of the Estate of George Strauch, Deceased and on behalf of all survivors of George Strauch

REPRESENTATIVE of the Estate of Olga C. Strickland, Deceased, Parent of decedent Larry L. Strickland

JULIA DILL, individually as the Child of Larry L. Strickland, Deceased

DONNA M. MCBRIDE, individually as the Sibling of Larry L. Strickland, Deceased

DEBRA LOUISE STRICKLAND, individually and as the Personal Representative of the Estate of Larry L. Strickland, Deceased and on behalf of all survivors of Larry L. Strickland

REPRESENTATIVE of the Estate of Lee Strickland, Deceased, Parent of decedent Larry L. Strickland

MATTHEW LEE STRICKLAND, individually

as the Child of Larry L. Strickland, Deceased

CHRISTOPHER ROBERT STRICKLAND, individually as the Child of Larry L. Strickland, Deceased

THELMA STUART, individually and as the Personal Representative of the Estate of Walwyn W. Stuart, Jr., Deceased and on behalf of all survivors of Walwyn W. Stuart, Jr. and on behalf of minor child A.C.S.

SALLY ANN SUAREZ, individually and as the Personal Representative of the Estate of Benjamin Suarez, Deceased and on behalf of all survivors of Benjamin Suarez and on behalf of minor children C.S., J.S., A.S. and J.S.

ELMA A. SUGRA, individually and as the Co-Administrator of the Estate of William Christopher Sugra, Deceased and on behalf of all survivors of William Christopher Sugra

WILLIAM J. SUGRA, individually and as the Co-Administrator of the Estate of William Christopher Sugra, Deceased and on behalf of all survivors of William Christopher Sugra

JEAN SUHR RYAN, individually as the Sibling of Daniel Suhr, Deceased

LEEANN M. SUHR KLEIN, individually as the Sibling of Daniel Suhr, Deceased

NANCY SUHR, individually and as the Personal Representative of the Estate of Daniel Suhr, Deceased and on behalf of all survivors of Daniel Suhr and on behalf B.S.

CHRISTOPHER SUHR, individually as the Sibling of Daniel Suhr, Deceased

EVELYN SULLINS, individually and as the Personal Representative of the Estate of David Marc Sullins, Deceased and on behalf of all survivors of David Marc Sullins and on behalf of minor children J.A.S. and C.M.S.

MARY SULLIVAN, individually as the Parent of Patrick Sullivan, Deceased

PATRICK J. SULLIVAN, individually and as the Personal Representative of the Estate of

Patrick Sullivan, Deceased and on behalf of all survivors of Patrick Sullivan

GERALD SULLIVAN, individually as the Sibling of Patrick Sullivan, Deceased

GREGORY SULLIVAN, individually as the Sibling of Patrick Sullivan, Deceased

ARLENE R SULLIVAN, individually as the Parent of Thomas G. Sullivan, Deceased

NORENE SCHNEIDER, individually as the Sibling of Thomas G. Sullivan, Deceased

DEIRDRE DICKINSON SULLIVAN, individually and as the Personal Representative of the Estate of Thomas G. Sullivan, Deceased and on behalf of all survivors of Thomas G. Sullivan and on behalf of minor children C.L.S. and D.J.S.

ESTRELLA SUMAYA, individually and as the Personal Representative of the Estate of Hilario Soriano Sumaya, Jr., Deceased and on behalf of all survivors of Hilario Soriano Sumaya, Jr.

CHRISTINE TROTTA, individually as the Sibling of Hilario Soriano Sumaya, Jr., Deceased

MARIVEL PASSACANTANDO, individually as the Sibling of Hilario Soriano Sumaya, Jr., Deceased

CHARITO LEBLANC, individually as the Sibling of Hilario Soriano Sumaya, Jr., Deceased

LISA SUMAYA, individually as the Sibling of Hilario Soriano Sumaya, Jr., Deceased

REYNALDO SUMAYA, individually as the Sibling of Hilario Soriano Sumaya, Jr., Deceased

NOREEN SUPINSKI, individually as the Parent of Colleen M. Supinski, Deceased

STEVEN A. SUPINSKI, individually and as the Personal Representative of the Estate of Colleen M. Supinski, Deceased and on behalf of all survivors of Colleen M. Supinski

NATHAN SUPINSKI, individually as the
Sibling of Colleen M. Supinski, Deceased

BENJAMIN SUPINSKI, individually as the
Sibling of Colleen M. Supinski, Deceased

PATRICIA SUTCLIFFE, individually as the
Parent of Robert Sutcliffe, Deceased

MARGARET SUTCLIFFE, individually and as
the Personal Representative of the Estate of
Robert Sutcliffe, Deceased and on behalf of all
survivors of Robert Sutcliffe and on behalf of
minor children K.S., K.S., and B.S.

REPRESENTATIVE of the Estate of Robert
Sutcliffe, Sr., Deceased, Parent of decedent
Robert Sutcliffe

BERNELL SUTTON, individually and as the
Personal Representative of the Estate of
Claudia Sutton, Deceased and on behalf of all
survivors of Claudia Sutton and on behalf of
minor children K.S. and K.S.

JULIE SWEENY ROTH, individually and as
the Personal Representative of the Estate of
Brian D. Sweeney, Deceased and on behalf of
all survivors of Brian D. Sweeney

MICHAEL GERARD SWEENEY,
individually and as the Personal Representative
of the Estate of Madeline Amy Sweeney,
Deceased and on behalf of all survivors of
Madeline Amy Sweeney and on behalf of
minor children A.E.S. and J.M.S.

MAUREEN SULLIVAN, individually as the
Fiancé of Derek O. Sword, Deceased

MICHAEL SZTEJNBERG, individually and as
the Personal Representative of the Estate of
Gina Sztejnberg, Deceased and on behalf of all
survivors of Gina Sztejnberg

ELEANOR NEVILLE, individually as the
Parent of Joann Tabeek, Deceased

MAUREEN PICKERING, individually as the
Sibling of Joann Tabeek, Deceased

PATRICIA A. HEYNE, individually as the
Sibling of Joann Tabeek, Deceased

252

ALEX TABEEK as the Personal
Representative of the Estate of Joann Tabeek,
Deceased and on behalf of all survivors of
Joann Tabeek, and on behalf of minor child
K.T.

VINCENT A. MILOTTA, individually as the
Fiancé of Joann Tabeek, Deceased

JAMES E. SMITH, individually as the Sibling
of Joann Tabeek, Deceased

WILLIAM SMITH, individually as the Sibling
of Joann Tabeek, Deceased

MICHAEL SMITH, individually as the Sibling
of Joann Tabeek, Deceased

DANIELLE TADDONIO, individually as the
Child of Michael Taddonio, Deceased

NICOLE TADDONIO, individually as the
Child of Michael Taddonio, Deceased

DENISE TADDONIO, individually as the
Spouse of Michael Taddonio, Deceased

MICHAEL TADDONIO, individually as the
Child of Michael Taddonio, Deceased

JOSEPH KEITH TALBOT, individually and as
the Personal Representative of the Estate of
Phyllis Talbot, Deceased and on behalf of all
survivors of Phyllis Talbot

DIANA TALHAMI, individually and as the
Personal Representative of the Estate of Robert
R. Talhami, Deceased and on behalf of all
survivors of Robert R. Talhami and on behalf
of minor children J.E.T. and N.T.

EILEEN BERTORELLI-ZANGRILLO,
individually and as the Personal Representative
of the Estate of John Marcy Talignani,
Deceased and on behalf of all survivors of John
Marcy Talignani

ALICE BERTORELLI, individually as the
Sibling of John Marcy Talignani, Deceased

REPRESENTATIVE of the Estate of Armand
Talignani, Deceased, Sibling of decedent John
Marcy Talignani

GLORIA TALTY, individually as the Parent of Paul Talty, Deceased

KERRY MCCALL, individually as the Sibling of Paul Talty, Deceased

PATRICIA DOUGAN, individually as the Sibling of Paul Talty, Deceased

BARBARA TALTY, individually and as the Personal Representative of the Estate of Paul Talty, Deceased and on behalf of all survivors of Paul Talty and on behalf of minor children K.T., P.T., and L.T.

JOHN PAUL TALTY, individually as the Parent of Paul Talty, Deceased

KEVIN TALTY, individually as the Sibling of Paul Talty, Deceased

STEVEN TALTY, individually as the Sibling of Paul Talty, Deceased

MARK TALTY, individually as the Sibling of Paul Talty, Deceased

JULIE M.Y. TAM, individually as the Parent of Maurita Tam, Deceased

STEPHANIE TAM, individually as the Sibling of Maurita Tam, Deceased

JIN ARK TAM, individually and as the Personal Representative of the Estate of Maurita Tam, Deceased and on behalf of all survivors of Maurita Tam

DONALD TAM, individually as the Sibling of Maurita Tam, Deceased

PAMELA M. TAMAYO, individually as the Child of Hector R. Tamayo, Deceased

ELNA R. TAMAYO-PRADO, individually as the Sibling of Hector R. Tamayo, Deceased

SHEILA R. TAMAYO-PUNZALAN, individually as the Sibling of Hector R. Tamayo, Deceased

EVANGELINE R. TAMAYO-IGUINA, individually as the Sibling of Hector R. Tamayo, Deceased

EVELYN MERCENE TAMAYO, individually
and as the Personal Representative of the Estate
of Hector R. Tamayo, Deceased and on behalf
of all survivors of Hector R. Tamayo

JULIAN IAN TAMAYO, individually as the
Child of Hector R. Tamayo, Deceased

LUTHER ROGAN TAMAYO, individually as
the Sibling of Hector R. Tamayo, Deceased

SEVERINO ROGAN TAMAYO, JR.,
individually as the Sibling of Hector R.
Tamayo, Deceased

SEVERINO Y. TAMAYO, SR., individually as
the Parent of Hector R. Tamayo, Deceased

PATRICIA E. TAMUCCIO, individually as the
Parent of Michael Andre Tamuccio, Deceased

DANA M. TAMUCCIO, individually as the
Sibling of Michael Andre Tamuccio, Deceased

JAMES W. TAMUCCIO, II, individually as the
Sibling of Michael Andre Tamuccio, Deceased

JAMES W. TAMUCCIO, SR., individually as
the Parent of Michael Andre Tamuccio,
Deceased

DIANE TAORMINA, individually and as the
Personal Representative of the Estate of Dennis
G. Taormina, Jr., Deceased and on behalf of all
survivors of Dennis G. Taormina, Jr. and on
behalf of minor children J.T. and M.T.

THERESA MARIE TARANTINO,
individually as the Parent of Kenneth J.
Tarantino, Deceased

VICTORIA JANE MELONE, individually as
the Sibling of Kenneth J. Tarantino, Deceased

DOE 62, individually as the Spouse and as the
Personal Representative of the Estate of DOE
62, Deceased and on behalf of all survivors of
DOE 62 and on behalf of minor children DOE
62 and DOE 62

KENNETH THOMAS TARANTINO,
individually as the Parent of Kenneth J.
Tarantino, Deceased

MEHR A. TARIQ, individually and as the
Personal Representative of the Estate of
Amanulah Tariq, Deceased and on behalf of all
survivors of Amanulah Tariq

PATRICIA PETERSON TARROU,
individually as the Parent of Michael C. Tarrou,
Deceased

DEMETRA T. LUMIA, individually as the
Sibling of Michael C. Tarrou, Deceased

GIGI T. HINTZ, individually as the Sibling of
Michael C. Tarrou, Deceased

REPRESENTATIVE of the Estate of James
Tarrou, Deceased, Parent of decedent Michael
C. Tarrou

CHARLES J. TARROU, individually as the
Sibling of Michael C. Tarrou, Deceased

TERESA TARTARO, individually as the
Parent of Ronald G. Tartaro, Deceased

ROSANNA P. TARTARO, individually as the
Sibling of Ronald G. Tartaro, Deceased

KAREN REILLY, individually and as the
Personal Representative of the Estate of Ronald
G. Tartaro, Deceased and on behalf of all
survivors of Ronald G. Tartaro and on behalf of
minor children D.T. and A.T.

REPRESENTATIVE of the Estate of William
Tartaro, Deceased, Parent of decedent Ronald
G. Tartaro

SARAH TAYLOR, individually and as the
Personal Representative of the Estate of Donnie
B. Taylor, Sr., Deceased and on behalf of all
survivors of Donnie B. Taylor, Sr. and on
behalf of minor children D.T. and S.L.T.

CLARA S. TAYLOR, individually as the
Parent of Michael M. Taylor, Deceased

KATHRYN TAYLOR TEARE, individually as
the Sibling of Michael M. Taylor, Deceased

MARY KAYE CRENSHAW, individually and
as the Personal Representative of the Estate of
Michael M. Taylor, Deceased and on behalf of
all survivors of Michael M. Taylor

REPRESENTATIVE of the Estate of James H. Taylor, Deceased, Parent of decedent Michael M. Taylor

JAMES J. TAYLOR, individually as the Sibling of Michael M. Taylor, Deceased

ELAINE S. TEAGUE, individually and as the Personal Representative of the Estate of Sandra D. Teague, Deceased and on behalf of all survivors of Sandra D. Teague

WENDY TEEPE GREEN, individually as the Child of Karl W. Teepe, Deceased

DONNA D. TEEPE, individually and as the Personal Representative of the Estate of Karl W. Teepe, Deceased and on behalf of all survivors of Karl W. Teepe

ADAM KARL TEEPE, individually as the Child of Karl W. Teepe, Deceased

DOROTHY MARIA TEMPESTA, individually as the Parent of Anthony Tempesta, Deceased

ANA TEMPESTA, individually and as the Personal Representative of the Estate of Anthony Tempesta, Deceased and on behalf of all survivors of Anthony Tempesta and on behalf of minor child A.T. and M.T.

CLIFFORD DANIEL TEMPESTA, individually as the Parent of Anthony Tempesta, Deceased

CLIFFORD M. TEMPESTA, individually as the Sibling of Anthony Tempesta, Deceased

MICHAEL TEMPESTA, individually as the Sibling of Anthony Tempesta, Deceased

REPRESENTATIVE of the Estate of Rosalyn Temple, Deceased, Sibling of decedent Dorothy Temple

REPRESENTATIVE of the Estate of Dorothy Temple, Deceased, and on behalf of all survivors of Dorthy Temple

JACQUELINE TEMPLE, individually as the Sibling of Dorothy Temple, Deceased

REPRESENTATIVE of the Estate of Louis

Temple, Deceased, Sibling of decedent Dorothy
Temple

WILLIE TEMPLE, individually as the Nephew
of Dorothy Temple, Deceased

LARRY J. TEMPLE, individually as the
Sibling of Dorothy Temple, Deceased

BRITT EHNAR, individually as the Parent of
David Tengelin, Deceased

PETRA EHNAR, individually as the Sibling of
David Tengelin, Deceased

PATRIC TENGELIN, individually as the
Sibling of David Tengelin, Deceased

LUCY E. THOMPSON, individually and as the
Personal Representative of the Estate of Clive
Thompson, Deceased and on behalf of all
survivors of Clive Thompson and on behalf of
minor children R.T. and E.C.T.

KEITH B. THOMPSON, individually as the
Sibling of Clive Thompson, Deceased

VIOLET THOMPSON, individually as the
Parent of Glenn Thompson, Deceased

CHRISTINE E. THOMPSON, individually as
the Sibling of Glenn Thompson, Deceased

KAI HERNANDEZ, individually and as the
Personal Representative of the Estate of Glenn
Thompson, Deceased and on behalf of all
survivors of Glenn Thompson

EDWARD THOMPSON, individually as the
Parent of Glenn Thompson, Deceased

SCOTT M. THOMPSON, individually as the
Sibling of Glenn Thompson, Deceased

CHARLETTE THOMPSON, individually and
as the Personal Representative of the Estate of
Perry Thompson, Deceased and on behalf of all
survivors of Perry Thompson and on behalf of
minor children A.T. and C.T.

MARILYN WILLIAMS THORPE,
individually as the Parent of Eric R. Thorpe,
Deceased

SUSAN THORPE BURGHOUWT,

individually as the Sibling of Eric R. Thorpe,
Deceased

LINDA PERRY THORPE, individually and as
the Personal Representative of the Estate of
Eric R. Thorpe, Deceased and on behalf of all
survivors of Eric R. Thorpe and on behalf of
minor child A.M.T.

RAYMOND R. THORPE, individually as the
Parent of Eric R. Thorpe, Deceased

MAUREEN TIERI, individually as the Spouse
of Salvatore Tieri, Deceased and on behalf of
minor children A.T. and J.T.

HELEN MARY TIERNEY, individually as the
Parent of John P. Tierney, Deceased

MARY E. DIGIACOMO, individually as the
Sibling of John P. Tierney, Deceased

JEANNE NEUMEYER, individually as the
Sibling of John P. Tierney, Deceased

HELEN MARY TIERNEY as Representative
of the Estate of John Tierney, Deceased, Parent
of decedent John P. Tierney

PERSONAL REPRESENTATIVE, of the
Estate of John P. Tierney, Deceased and on
behalf of all survivors of John P. Tierney

THOMAS TIERNEY, individually as the
Sibling of John P. Tierney, Deceased

LINDA G TIESTE, individually as the Sibling
of William R. Tieste, Deceased

DEBRA ANNE TIESTE, individually and as
the Personal Representative of the Estate of
William R. Tieste, Deceased and on behalf of
all survivors of William R. Tieste

REPRESENTATIVE of the Estate of Ronald
Tieste, Deceased, Sibling of decedent William
R. Tieste

WILLIAM CHARLES TIESTE, individually as
the Child of William R. Tieste, Deceased

KEITH TIESTE, individually as the Child of
William R. Tieste, Deceased

KAREN DALLAVALLE, individually as the

259

Fiancé of Kenneth F. Tietjen, Deceased

JANICE TIETJEN, individually as the Parent of Kenneth F. Tietjen, Deceased

CINDY TIETJEN, individually as the Sibling of Kenneth F. Tietjen, Deceased

LAURIE TIETJEN, individually and as the Personal Representative of the Estate of Kenneth F. Tietjen, Deceased and on behalf of all survivors of Kenneth F. Tietjen

KENNETH A. TIETJEN, individually as the Parent of Kenneth F. Tietjen, Deceased

JANE M. O'DEA, individually as the Sibling of Stephen Edward Tighe, Deceased

ROBERTA L. SHEA, individually as the Sibling of Stephen Edward Tighe, Deceased

KATHLEEN MARIE TIGHE, individually and as the Personal Representative of the Estate of Stephen Edward Tighe, Deceased and on behalf of all survivors of Stephen Edward Tighe and on behalf of minor children E.A.T., L.G.T., M.J.T., and P.J.T.

REPRESENTATIVE of the Estate of Timothy J. Tighe, Deceased, Sibling of decedent Stephen Edward Tighe

JAMES H. TIGHE, individually as the Sibling of Stephen Edward Tighe, Deceased

KRISTINE TIMMES, individually and as the Personal Representative of the Estate of Scott Charles Timmes, Deceased and on behalf of all survivors of Scott Charles Timmes and on behalf of minor child S.E.T.

JENNA TINLEY MATHER, individually as the Child of Michael Ernest Tinley, Deceased

LISA KENNEDY, individually as the Child of Michael Ernest Tinley, Deceased

JOAN E. TINO, individually and as the Personal Representative of the Estate of Jennifer M. Tino, Deceased and on behalf of all survivors of Jennifer M. Tino

PAMELA SCHIELE, individually as the

Sibling of Jennifer M. Tino, Deceased

RICHARD TIPALDI, individually and as the Personal Representative of the Estate of Robert Tipaldi, Deceased and on behalf of all survivors of Robert Tipaldi

ARLENE M. TIPPING, individually and as the Personal Representative of the Estate of John J. Tipping, Ii, II, Deceased and on behalf of all survivors of John J. Tipping, Ii, II

STEPHANIE L. TIPPING, individually as the Sibling of John J. Tipping, Ii, II, Deceased

JOHN J. TIPPING, individually as the Parent of John J. Tipping, Ii, II, Deceased

MARINA IRENE UGARTE TIRADO, individually as the Child of Hector Luis Tirado, Jr., Deceased

SHENEQUE TIRADO JACKSON, individually as the Spouse of Hector Luis Tirado, Jr., Deceased

ANGEL LUIS TIRADO, individually and as the Co-Administrator of the Estate of Hector Luis Tirado, Jr., Deceased and on behalf of all survivors of Hector Luis Tirado, Jr. and on behalf of minor children A.T., H.T., D.T., R.T., D.T. R.A.T.

BEVERLY J. TITUS, individually and as the Personal Representative of the Estate of Alicia Nicole Titus, Deceased and on behalf of all survivors of Alicia Nicole Titus

JOHN L. TITUS, individually as the Parent of Alicia Nicole Titus, Deceased

MARIA TERESA RUEDA DE TORRES, individually as the Parent of Luis Eduardo Torres, Deceased

MONICA TORRES, individually as the Sibling of Luis Eduardo Torres, Deceased

MARTIN TOYEN, individually and as the Personal Representative of the Estate of Amy E. Toyen, Deceased and on behalf of all survivors of Amy E. Toyen

HADIDJATOU TRAORE, individually and as

261

the Personal Representative of the Estate of
Abdoul Karim Traore, Deceased and on behalf
of all survivors of Abdoul Karim Traore

ELYSE TRAVERS, individually as the Child
of Walter P. Travers, Deceased

ROSEMARY TRAVERS, individually and as
the Personal Representative of the Estate of
Walter P. Travers, Deceased and on behalf of
all survivors of Walter P. Travers

KEVIN TRAVERS, individually as the Child
of Walter P. Travers, Deceased

BRIAN FRANCIS TRAVERS, individually as
the Child of Walter P. Travers, Deceased

SHARON B. SCHULTZ, individually and as
the Personal Representative of the Estate of
Karamo Trerra, Deceased and on behalf of all
survivors of Karamo Trerra

BRENDA TRINIDAD, individually as the
Sibling of Michael A. Trinidad, Deceased

CAROL PAYNE, individually as the Sibling of
Michael A. Trinidad, Deceased

BETTY ANDRADE, individually as the
Sibling of Michael A. Trinidad, Deceased

JEANETTE TRINIDAD RZEK, individually as
the Sibling of Michael A. Trinidad, Deceased

JANE TRINIDAD HENNES, individually as
the Sibling of Michael A. Trinidad, Deceased

MILLIE CASERES SCHIFANO, individually
as the Sibling of Michael A. Trinidad,
Deceased

DENISE TRINIDAD, individually as the
Sibling of Michael A. Trinidad, Deceased

MONIQUE PADILLA-FERRER, individually
and as the Personal Representative of the Estate
of Michael A. Trinidad, Deceased and on
behalf of all survivors of Michael A. Trinidad
and on behalf of minor children T.M.T. and
T.M.T.

ROBERT TRINIDAD, individually as the
Sibling of Michael A. Trinidad, Deceased

MARIE CLAIRE TROST, individually as the
Parent of Gregory J. Trost, Deceased

JEANNE TROST, individually as the Sibling
of Gregory J. Trost, Deceased

GEORGE D. TROST, individually and as the
Personal Representative of the Estate of
Gregory J. Trost, Deceased and on behalf of all
survivors of Gregory J. Trost

RENEE M. TROY, individually as the Child of
Willie Quincy Troy, Deceased

JUDY S. TROY, individually and as the
Personal Representative of the Estate of Willie
Quincy Troy, Deceased and on behalf of all
survivors of Willie Quincy Troy and on behalf
of minor child J.A.T.

ELIZABETH RACHEL TURNER,
individually and as the Personal Representative
of the Estate of Simon James Turner, Deceased
and on behalf of all survivors of Simon James
Turner and on behalf of minor child W.S.T.

JOHN RICHARD TURNER, individually as
the Parent of Simon James Turner, Deceased

NANCY DORIS TZEMIS, individually and as
the Co-Administrator of the Estate of Jennifer
Lynn Tzemis, Deceased and on behalf of all
survivors of Jennifer Lynn Tzemis

SOPHIA TZEMIS, individually as the Sibling
of Jennifer Lynn Tzemis, Deceased

NICOLE TZEMIS, individually as the Sibling
of Jennifer Lynn Tzemis, Deceased

STAMATIOS K. TZEMIS, individually and as
the Co-Administrator of the Estate of Jennifer
Lynn Tzemis, Deceased and on behalf of all
survivors of Jennifer Lynn Tzemis

LINDA BUFFA, individually and as the
Personal Representative of the Estate of
Michael A. Uliano, Deceased and on behalf of
all survivors of Michael A. Uliano

SUSAN RUTH BLOMBERG, individually as
the Parent of Jonathan Uman, Deceased, and as
Executrix of the Estate of Harvey Blomberg,

Deceased, Parent of decedent Jonathan Uman

ANNE MARIE VACCACIO, individually and as the Personal Representative of the Estate of John Damien Vaccacio, Deceased and on behalf of all survivors of John Damien Vaccacio

JAMES R. VACCACIO, individually as the Parent of John Damien Vaccacio, Deceased

CHRISTOPHER J. VACCACIO, individually as the Sibling of John Damien Vaccacio, Deceased

DONALD JOSEPH VADAS, individually and as the Personal Representative of the Estate of Bradley H. Vadas, Deceased and on behalf of all survivors of Bradley H. Vadas

CARMEN GARCIA, individually and as the Personal Representative of the Estate of Felix Antonio Vale, Deceased and on behalf of all survivors of Felix Antonio Vale

CARMEN GARCIA, individually and as the Personal Representative of the Estate of Ivan Vale, Deceased and on behalf of all survivors of Ivan Vale

GRISSEL RODRIGUEZ VALENTIN, individually and as the Personal Representative of the Estate of Benito Valentin, Deceased and on behalf of all survivors of Benito Valentin

REPRESENTATIVE of the Estate of DOE 08, Deceased, Parent of decedent DOE 08

SARAH B. VAN AUKEN, individually as the Child of Kenneth Warren Van Auken, Deceased

DOE 08, individually as the Sibling of DOE 08, Deceased

DOE 08, individually as the Sibling of DOE 08, Deceased

LORIE JILL VAN AUKEN, individually and as the Personal Representative of the Estate of Kenneth Warren Van Auken, Deceased and on behalf of all survivors of Kenneth Warren Van Auken

REPRESENTATIVE of the Estate of DOE 08, Deceased, Parent of decedent DOE 08

MATTHEW D. VAN AUKEN, individually as the Child of Kenneth Warren Van Auken, Deceased

RITA M. WILEY and PAUL VAN LAERE as Co-Administrators of the Estate of M. Rita Van Laere, Deceased, Parent of Decedent Daniel Maurice Van Laere

CHERYL RINBRAND, individually as the Fiancé of Daniel Maurice Van Laere, Deceased

JACQUELINE VAN LAERE, individually as the Sibling of Daniel Maurice Van Laere, Deceased

RITA M. WILEY and PAUL VAN LAERE as Co-Administrators of the Estate of Daniel Maurice Van Laere, Deceased and on behalf of all survivors of Daniel Maurice Van Laere

RITA M. WILEY, individually as the Sibling of Daniel Maurice Van Laere, Deceased

PAUL VAN LAERE, individually as the Sibling of Daniel Maurice Van Laere, Deceased

EILEEN VARACCHI, individually and as the Personal Representative of the Estate of Frederick Varacchi, Deceased and on behalf of all survivors of Frederick Varacchi and on behalf of minor children T.V., T.V., and C.V.

VASUNDARA VARADHAN, individually as the Parent of Gopalakrishnan Varadhan, Deceased

SRINIVASA VARADHAN, individually and as the Personal Representative of the Estate of Gopalakrishnan Varadhan, Deceased and on behalf of all survivors of Gopalakrishnan Varadhan

ROSA CAICEDO, individually as the domestic partner of David Vargas, Deceased and on behalf of decedent's children Kevin Robert Vargas and Leslie Michelle Vargas

REPRESENTATIVE of the Estate of DOE 53, Deceased, Parent of decedent DOE 53

DOE 53, individually as the Spouse and as the
Personal Representative of the Estate of DOE
53, Deceased and on behalf of all survivors of
DOE 53 and on behalf of minor child DOE 53

REPRESENTATIVE of the Estate of DOE 53,
Deceased, Parent of decedent DOE 53

REPRESENTATIVE of the Estate of DOE 53,
Deceased, Sibling of decedent DOE 53

ELOISA RODRIGUEZ, individually and as the
Personal Representative of the Estate of Azael
Vasquez, Deceased and on behalf of all
survivors of Azael Vasquez and on behalf of
minor child G.V.

MELISSA VAZQUEZ, individually as the
Child of Arcangel Vazquez, Deceased

MARCELLA T. VELING, individually as the
Parent of Lawrence J. Veling, Deceased

TERESA VELING CZARK, individually as
the Sibling of Lawrence J. Veling, Deceased

MARCELLA J. TUOHY, individually as the
Sibling of Lawrence J. Veling, Deceased

DIANE J. VELING, individually and as the
Personal Representative of the Estate of
Lawrence J. Veling, Deceased and on behalf of
all survivors of Lawrence J. Veling and on
behalf of minor children K.V.. C.V., and R.V.

LISA A. VENTURA, individually and as the
Personal Representative of the Estate of
Anthony M. Ventura, Deceased and on behalf
of all survivors of Anthony M. Ventura and on
behalf of minor children J.V. and N.V.

REPRESENTATIVE of the Estate of Marion
Rita Paolo, Deceased, Parent of decedent
Loretta A. Vero

CATHERINE PEDERSEN, individually and as
the Fiduciary of the Estate of Loretta A. Vero,
Deceased and on behalf of all survivors of
Loretta A. Vero

KATHERINE VIALONGA, individually as the
Parent of Christopher Vialonga, Deceased

GARY VIALONGA, individually and as the

Personal Representative of the Estate of Christopher Vialonga, Deceased and on behalf of all survivors of Christopher Vialonga

JILL ROBIN VICARIO, individually and as the Personal Representative of the Estate of Robert Vicario, Deceased and on behalf of all survivors of Robert Vicario and on behalf of minor child S.R.V.

JEANETTE VIGIANO, individually as the Parent of John Thomas Vigiano, II, Deceased

JOHN T. VIGIANO, individually as the Parent of John Thomas Vigiano, II, Deceased

JEANETTE VIGIANO, individually as the Parent of Joseph Vincent Vigiano, Deceased

KATHLEEN VIGIANO, individually and as the Personal Representative of the Estate of Joseph Vincent Vigiano, Deceased and on behalf of all survivors of Joseph Vincent Vigiano and on behalf of minor children J.V., J.V., and J.V.

JOHN T. VIGIANO, individually as the Parent of Joseph Vincent Vigiano, Deceased

FRANCES VIGNOLA, individually as the Parent of Frank J. Vignola, Jr., Deceased

DIANE FRANCES ANTOLOS, individually as the Sibling of Frank J. Vignola, Jr., Deceased

ELLEN B. VIGNOLA, individually and as the Personal Representative of the Estate of Frank J. Vignola, Jr., Deceased and on behalf of all survivors of Frank J. Vignola, Jr. and on behalf of minor children S.C.V. and A.F.V.

JAMES ANTHONY VIGNOLA, individually as the Sibling of Frank J. Vignola, Jr., Deceased

REPRESENTATIVE of the Estate of Antionette Vilardo, Deceased, Parent of decedent Joseph B. Vilardo

DIANE BRAITSCH, individually as the Sibling of Joseph B. Vilardo, Deceased

MARGARET MAHON, individually as the Sibling of Joseph B. Vilardo, Deceased

JANET VILARDO, individually as the Sibling of Joseph B. Vilardo, Deceased

REPRESENTATIVE of the Estate of Benedict Vilardo, Deceased, Parent of decedent Joseph B. Vilardo

TANYA VILLANUEVA TEPPER, individually as the Fiancé of Sergio Villanueva, Deceased

DELIA VILLANUEVA, individually and as the Personal Representative of the Estate of Sergio Villanueva, Deceased and on behalf of all survivors of Sergio Villanueva

MARIA SUAREZ, individually as the Sibling of Sergio Villanueva, Deceased

STEVE VILLANUEVA, individually as the Sibling of Sergio Villanueva, Deceased

LUCILLE A. VINCENT, individually as the Parent of Melissa Vincent, Deceased

CARRIE B. VINCENT, individually as the Sibling of Melissa Vincent, Deceased

DAVID RELF VINCENT, individually and as the Personal Representative of the Estate of Melissa Vincent, Deceased and on behalf of all survivors of Melissa Vincent

MATTHEW D. VINCENT, individually as the Sibling of Melissa Vincent, Deceased

NUNZIO G. VIRGILIO, individually and as the Personal Representative of the Estate of Francine Virgilio, Deceased and on behalf of all survivors of Francine Virgilio

MARIE VISCIANO, individually and as the Personal Representative of the Estate of Joseph Gerard Visciano, Deceased and on behalf of all survivors of Joseph Gerard Visciano

REPRESENTATIVE of the Estate of Frank Visciano, Deceased, Parent of decedent Joseph Gerard Visciano

ROBERT VISCIANO, individually as the Sibling of Joseph Gerard Visciano, Deceased

JASON VISCIANO, individually as the Sibling

of Joseph Gerard Visciano, Deceased

INA LEVENTHAL, individually as the Fiancé of Joshua S. Vitale, Deceased

SUSAN R. ROSEN, individually and as the Personal Representative of the Estate of Joshua S. Vitale, Deceased and on behalf of all survivors of Joshua S. Vitale

DOE 112, individually as the Sibling of DOE 112, Deceased

REPRESENTATIVE of the Estate of Irma Vukosa, Deceased, Parent of decedent Alfred Vukosa

SONJA M. VUKOSA, individually as the Sibling of Alfred Vukosa, Deceased

SHIRIMATTIE LALMAN, individually and as the Personal Representative of the Estate of Alfred Vukosa, Deceased and on behalf of all survivors of Alfred Vukosa and on behalf of minor child A.V.

REPRESENTATIVE of the Estate of Sime Vukosa, Deceased, Parent of decedent Alfred Vukosa

AUSTIN VUKOSA, individually as the Child of Alfred Vukosa, Deceased

NASSIMA M. WACHTLER, individually as the Parent of Gregory Kamal Bruno Wachtler, Deceased

PAUL W. WACHTLER, individually and as the Personal Representative of the Estate of Gregory Kamal Bruno Wachtler, Deceased and on behalf of all survivors of Gregory Kamal Bruno Wachtler

SCOTT E. WAHLSTROM, individually as the Child of Mary Alice Wahlstrom, Deceased

MICHAEL O. WAHLSTROM, individually and as the Personal Representative of the Estate of Mary Alice Wahlstrom, Deceased and on behalf of all survivors of Mary Alice Wahlstrom

MARY LOUISE WHITE, individually and as the Co-Administrator of the Estate of Honor

269

Elizabeth Wainio, Deceased and on behalf of all survivors of Honor Elizabeth Wainio

CLARA ROSARIO, individually as the Parent of Wendy A. Wakeford, Deceased

ADA DOLCH, individually as the Sibling of Wendy A. Wakeford, Deceased

RAQUEL NEGRON, individually as the Sibling of Wendy A. Wakeford, Deceased

MIRIAM PAINE, individually as the Sibling of Wendy A. Wakeford, Deceased

CLARA L. PACHOMSKI, individually and as the Personal Representative of the Estate of Wendy A. Wakeford, Deceased and on behalf of all survivors of Wendy A. Wakeford

EDWIN ROSARIO, individually as the Sibling of Wendy A. Wakeford, Deceased

LAURA WALKER, individually and as the Personal Representative of the Estate of Benjamin James Walker, Deceased and on behalf of all survivors of Benjamin James Walker and on behalf of minor children C.W., S.W., and H.W.

NOREEN V. MCDONOUGH, individually as the Fiancé of Mitchel Scott Wallace, Deceased

RITA WALLACE, individually as the Parent of Mitchel Scott Wallace, Deceased

MICHELE MILLER, individually and as the Personal Representative of the Estate of Mitchel Scott Wallace, Deceased and on behalf of all survivors of Mitchel Scott Wallace

KEN WALLACE, individually as the Parent of Mitchel Scott Wallace, Deceased

SUSAN ANN WALLACE, individually and as the Personal Representative of the Estate of Roy Wallace, Deceased and on behalf of all survivors of Roy Wallace and on behalf of minor children C.W. and M.W.

RAINA WALLENS, individually and as the Personal Representative of the Estate of Matthew Blake Wallens, Deceased and on behalf of all survivors of Matthew Blake

Wallens

ASHLEY JORDAN WALLENS, individually
as the Sibling of Matthew Blake Wallens,
Deceased

CHRISLAN FULLER MANUEL, individually
and as the Personal Representative of the Estate
of Meta L. Waller, Deceased and on behalf of
all survivors of Meta L. Waller

ALLISON A. DIMARZIO, individually as the
Child of Barbara P. Walsh, Deceased

JENNIFER L. LANDSTROM, individually as
the Child of Barbara P. Walsh, Deceased

JEFFREY M. WALSH, individually as the
Child of Barbara P. Walsh, Deceased

JAMES J. WALSH, individually and as the
Personal Representative of the Estate of
Barbara P. Walsh, Deceased and on behalf of
all survivors of Barbara P. Walsh

JAMES J. WALSH, JR., individually as the
Child of Barbara P. Walsh, Deceased

KATE WALSH, individually and as the
Personal Representative of the Estate of James
Walsh, Deceased and on behalf of all survivors
of James Walsh and on behalf of minor
children F.W. and C.W.

JENNIE WALZ, individually as the Parent of
Jeffrey P. Walz, Deceased

KAREN CIACCIO, individually as the Sibling
of Jeffrey P. Walz, Deceased

RANI DEBORAH WALZ, individually and as
the Personal Representative of the Estate of
Jeffrey P. Walz, Deceased and on behalf of all
survivors of Jeffrey P. Walz and on behalf of
minor child B.M.W.

RAYMOND G. WALZ, individually as the
Parent of Jeffrey P. Walz, Deceased

RAYMOND E. WALZ, individually as the
Sibling of Jeffrey P. Walz, Deceased

WEN SHI, individually and as the Personal
Representative of the Estate of Weibin Wang,

271

Deceased and on behalf of all survivors of Weibin Wang and on behalf of minor children R.W., R.W., and M.W.

ZHENJIE WANG, individually as the Parent of Weibin Wang, Deceased

DENIS A. WARCHOLA, individually and as the Personal Representative of the Estate of Michael Warchola, Deceased and on behalf of all survivors of Michael Warchola

REPRESENTATIVE of the Estate of Michael Warchola, Sr., Deceased, Parent of decedent Michael Warchola

VICTORIA RANDALL, individually as the Parent of Stephen Gordon Ward, Deceased

SUSAN MOORE, individually as the Sibling of Stephen Gordon Ward, Deceased

KATHRYN WARD HAZEL, individually as the Sibling of Stephen Gordon Ward, Deceased

GORDON M. WARD, individually as the Parent of Stephen Gordon Ward, Deceased

KENNETH R. WARD, individually as the Sibling of Stephen Gordon Ward, Deceased

REPRESENTATIVE of the Estate of Susanne Ward Baker, Deceased, Parent of decedent Timothy Ray Ward

REPRESENTATIVE of the Estate of Timothy Ray Ward, Deceased and on behalf of all survivors of Timothy Ray Ward.

REPRESENTATIVE of the Estate of Doyle Raymond Ward, Deceased, Parent of decedent Timothy Ray Ward

MARIA A. WARING, individually and as the Personal Representative of the Estate of James Arthur Waring, Deceased and on behalf of all survivors of James Arthur Waring and on behalf of minor children M.C.W., J.R.W., J.M.W., and S.A.W.

LETTIE WASHINGTON, individually as the Parent of Derrick Christopher Washington, Deceased

KEISHA WASHINGTON, individually and as the Personal Representative of the Estate of Derrick Christopher Washington, Deceased and on behalf of all survivors of Derrick Christopher Washington and on behalf of minor children C.W., D.W., M.W., and J.A.

TRACEY WASHINGTON, individually as the Sibling of Derrick Christopher Washington, Deceased

BRANDON WASHINGTON, individually as the Sibling of Derrick Christopher Washington, Deceased

EARNEST WASHINGTON, JR., individually as the Parent of Derrick Christopher Washington, Deceased

BARBARA WATERS, individually and as the Personal Representative of the Estate of Charles Waters, Deceased and on behalf of all survivors of Charles Waters and on behalf of minor children A.W., J.W., and C.E.W.

JOANNE MARIE WATERS, individually as the Parent of James Thomas Waters, Jr., Deceased

KAREN MARIE SMART, individually and as the Personal Representative of the Estate of James Thomas Waters, Jr., Deceased and on behalf of all survivors of James Thomas Waters, Jr.

KRISTOPHER T. WATERS, individually as the Sibling of James Thomas Waters, Jr., Deceased

JANICE WATERS, individually and as the Personal Representative of the Estate of Patrick J. Waters, Deceased and on behalf of all survivors of Patrick J. Waters and on behalf of minor children C.W. and D.W.

DOE 74, individually as the Sibling of DOE 74, Deceased

ZOE LOUISE GHIRARDUZZI, individually as the Child of Dinah Webster, Deceased

SONIA HOPWOOD, individually as the Parent

of Dinah Webster, Deceased

PETER HERBERT HOPWOOD, individually and as the Personal Representative of the Estate of Dinah Webster, Deceased and on behalf of all survivors of Dinah Webster

CLIVE HOPWOOD, individually as the Sibling of Dinah Webster, Deceased

LISA ANNE WEEMS, individually and as the Personal Representative of the Estate of William Michael Weems, Deceased and on behalf of all survivors of William Michael Weems and on behalf of minor child Z.W.

REPRESENTATIVE of the Estate of Mary P. Weinberg, Deceased, Parent of decedent Michael T. Weinberg

PATRICIA WANGERMAN, individually as the Sibling of Michael T. Weinberg, Deceased

MORTON WEINBERG, individually and as the Personal Representative of the Estate of Michael T. Weinberg, Deceased and on behalf of all survivors of Michael T. Weinberg

JOHN WEINBERG, individually as the Sibling of Michael T. Weinberg, Deceased

MARILYN WEINBERG, individually as the Parent of Steven Weinberg, Deceased

LAURIE SUE WEINBERG, individually and as the Personal Representative of the Estate of Steven Weinberg, Deceased and on behalf of all survivors of Steven Weinberg and on behalf of minor children J.W., L.W., and S.W.

MARILYN WEINBERG, as the Personal Representative of the Estate of Leonard Weinberg, Deceased, Parent of decedent Steven Weinberg

PAUL WEINBERG, individually as the Sibling of Steven Weinberg, Deceased

KATHLYN MAE CARRIKER, individually and as the Personal Representative of the Estate of Steven George Weinstein, Deceased and on behalf of all survivors of Steven George Weinstein and on behalf of minor child A.L.W.

274

ALISSA LORIANN WEISS, individually as the Child of David Martin Weiss, Deceased

JOAN WEISS PROWLER, individually as the Parent of David Martin Weiss, Deceased

MICHELE WEISS-LITTLE, individually as the Sibling of David Martin Weiss, Deceased

KARLA WEISS, individually and as the Personal Representative of the Estate of David Martin Weiss, Deceased and on behalf of all survivors of David Martin Weiss and on behalf of minor child M.P.W.

MICHAEL PAUL WEISS, individually as the Child of David Martin Weiss, Deceased

BARRY WEISS, individually as the Sibling of David Martin Weiss, Deceased

JULIA ANN WELLS, individually and as the Co-Administrator of the Estate of Vincent Michael Wells, Deceased and on behalf of all survivors of Vincent Michael Wells

DOE 137 individually as the Sibling of DOE 137, Deceased

CHARLES THOMAS WELLS, individually and as the Co-Administrator of the Estate of Vincent Michael Wells, Deceased and on behalf of all survivors of Vincent Michael Wells

DOE 137 individually as the Sibling of DOE 137, Deceased

ADELE NINA WELTY, individually as the Parent of Timothy Welty, Deceased

SHU-NU CHEN, individually as the Parent of Ssu-Hui Wen, Deceased

YUN-JU WEN, individually and as the Personal Representative of the Estate of Ssu-Hui Wen, Deceased and on behalf of all survivors of Ssu-Hui Wen

SHUN-FA WEN, individually as the Parent of Ssu-Hui Wen, Deceased

MEREDITH W. NELSON, individually as the Child of Peter Matthew West, Deceased

275

MARY LOUISE BALL, individually as the
Sibling of Peter Matthew West, Deceased

CATHERINE CECILIA MCLAUGHLIN,
individually as the Sibling of Peter Matthew
West, Deceased

REGINA MARIE TOWNSEND, individually
as the Sibling of Peter Matthew West,
Deceased

EILEEN K. WEST, individually and as the
Personal Representative of the Estate of Peter
Matthew West, Deceased and on behalf of all
survivors of Peter Matthew West

MATTHEW PETER WEST, individually as
the Child of Peter Matthew West, Deceased

GREGORY J. WEST, individually as the
Sibling of Peter Matthew West, Deceased

VINCENT MATTHEW WEST, individually as
the Sibling of Peter Matthew West, Deceased

REPRESENTATIVE of the Estate of Arthur H.
West, Jr., Deceased, Sibling of decedent Peter
Matthew West

PATRICIA J. WHALEN, individually and as
the Administrator of the Estate of Meredith
Lynn Whalen, Deceased and on behalf of all
survivors of Meredith Lynn Whalen

KRISTEN E. WHALEN, individually as the
Sibling of Meredith Lynn Whalen, Deceased

JOAN A. WHELAN, individually as the Parent
of Eugene Michael Whelan, Deceased

ALFRED L. WHELAN, SR., individually and
as the Personal Representative of the Estate of
Eugene Michael Whelan, Deceased and on
behalf of all survivors of Eugene Michael
Whelan

JOAN A. WHITE, individually as the Parent of
James Patrick White, Deceased

REPRESENTATIVE of the Estate of Alphonse
J. White, Deceased, Parent of decedent James
Patrick White

MICHAEL JOHN WHITE, individually and as

the Personal Representative of the Estate of
James Patrick White, Deceased and on behalf
of all survivors of James Patrick White

REPRESENTATIVE of the Estate of Elaine
Clancy, Deceased, Sibling of decedent Kenneth
W. White

LAURA JEANNE KENNY, individually as the
Sibling of Kenneth W. White, Deceased

ELIZABETH ANN ALVERSON, individually
as the Sibling of Kenneth W. White, Deceased

CATHERINE C. WHITE, individually and as
the Personal Representative of the Estate of
Kenneth W. White, Deceased and on behalf of
all survivors of Kenneth W. White and on
behalf of minor children

THOMAS GEORGE WHITE, individually as
the Sibling of Kenneth W. White, Deceased

ALLISON VADHAN, individually and as the
Personal Representative of the Estate of Kristin
White-Gould, Deceased and on behalf of all
survivors of Kristin White-Gould

CAROL ANN WHITFORD, individually as the
Parent of Mark P. Whitford, Deceased

LISA A. WALKER, individually as the Sibling
of Mark P. Whitford, Deceased

RENEE WHITFORD, individually and as the
Personal Representative of the Estate of Mark
P. Whitford, Deceased and on behalf of all
survivors of Mark P. Whitford and on behalf of
minor children M.W. and T.W.

ROGER PAUL WHITFORD, individually as
the Parent of Mark P. Whitford, Deceased

CHRISTOPHER WHITFORD, individually as
the Sibling of Mark P. Whitford, Deceased

DENNIS WHITFORD, individually as the
Sibling of Mark P. Whitford, Deceased

REPRESENTATIVE of the Estate of Ruth S.
Koch, Deceased, Parent of decedent Leslie Ann
Whittington

SARA GUEST, individually as the Sibling of

Leslie Ann Whittington, Deceased

HORACE G. WHITTINGTON, individually as
the Parent of Leslie Ann Whittington, Deceased

MICHAEL T. WHITTINGTON, individually
as the Sibling of Leslie Ann Whittington,
Deceased

KIRK WHITTINGTON, individually as the
Sibling of Leslie Ann Whittington, Deceased

MARGARET WINIFRED WHOLEY,
individually as the Parent of Michael T.
Wholey, Deceased

MARYANN WHOLEY, individually as the
Sibling of Michael T. Wholey, Deceased

DIANE WHOLEY BUGGE, individually as
the Sibling of Michael T. Wholey, Deceased

BERNADETTE WHOLEY, individually as the
Sibling of Michael T. Wholey, Deceased

JENNIFER WHOLEY, individually and as the
Personal Representative of the Estate of
Michael T. Wholey, Deceased and on behalf of
all survivors of Michael T. Wholey and on
behalf of minor children E.W., M.W., and P.W.

MICHAEL JOSEPH WHOLEY, individually
as the Parent of Michael T. Wholey, Deceased

MARC WIEMAN, individually and as the
Personal Representative of the Estate of Mary
Wieman, Deceased and on behalf of all
survivors of Mary Wieman and on behalf of
minor children A.W., M.J.W., and C.W.

WILMA WIENER, individually as the Parent
of Jeffrey David Wiener, Deceased

ROBIN KIM WIENER, individually as the
Sibling of Jeffrey David Wiener, Deceased

DONALD S. WIENER, individually as the
Parent of Jeffrey David Wiener, Deceased

REPRESENTATIVE of the Estate of June M.
Wildman, Deceased, Parent of decedent Alison
M. Wildman

JILL SALADINO, individually as the Sibling
of Alison M. Wildman, Deceased

278

ROBERT E. WILDMAN, individually as the Sibling of Alison M. Wildman, Deceased

RICHARD M. BORQUIST, individually as the Sibling of Alison M. Wildman, Deceased

REPRESENTATIVE of the Estate of Arthur S. Wildman, III, Deceased, Sibling of decedent Alison M. Wildman

ARTHUR S. WILDMAN, JR., individually and as the Personal Representative of the Estate of Alison M. Wildman, Deceased and on behalf of all survivors of Alison M. Wildman

MARGARET E. WILKINSON, individually and as the Personal Representative of the Estate of Glenn E. Wilkinson, Deceased and on behalf of all survivors of Glenn E. Wilkinson

SHIRLEY N. WILLCHER, individually and as the Personal Representative of the Estate of Ernest M. Willcher, Deceased and on behalf of all survivors of Ernest M. Willcher

JOEL WILLCHER, individually as the Child of Ernest M. Willcher, Deceased

BENJAMIN WILLCHER, individually as the Child of Ernest M. Willcher, Deceased

LUCILLE C. WILLETT, individually as the Parent of John Charles Willett, Deceased

RONALD J. WILLETT, individually and as the Personal Representative of the Estate of John Charles Willett, Deceased and on behalf of all survivors of John Charles Willett

COREY G. GAUDIOSO, as the Personal Representative of the Estate of Sherri A. Williams, Deceased Parent of decedent Candace Lee Williams

COREY G. GAUDIOSO, individually and as the Personal Representative of the Estate of Candace Lee Williams, Deceased and on behalf of all survivors of Candace Lee Willliams

VALRIE M. WILLIAMS, individually as the Parent of Crossley R. Williams, Jr., Deceased

CROSSLEY R. WILLIAMS, SR., individually and as the Personal Representative of the Estate

of Crossley R. Williams, Jr., Deceased and on behalf of all survivors of Crossley R. Williams, Jr.

DEBRA JOHNSON, individually and as the Personal Representative of the Estate of David J. Williams, Deceased and on behalf of all survivors of David J. Williams

TAMMY G. WILLIAMS, individually and as the Personal Representative of the Estate of Dwayne Williams, Deceased and on behalf of all survivors of Dwayne Williams and on behalf of minor children K.S.W. and S.T.W.

PATRICIA ANN WILLIAMS, individually and as the Co-Administrator of the Estate of Kevin Michael Williams, Deceased and on behalf of all survivors of Kevin Michael Williams

ROGER MICHAEL WILLIAMS, individually and as the Co-Administrator of the Estate of Kevin Michael Williams, Deceased and on behalf of all survivors of Kevin Michael Williams

MURNA T. WILLIAMS, individually and as the Personal Representative of the Estate of Louie Anthony Williams, Deceased and on behalf of all survivors of Louie Anthony Williams

REPRESENTATIVE of the Estate of Lucy Williamson, Deceased, Parent of decedent John P. Williamson

MARY B. WILLIAMSON, individually and as the Personal Representative of the Estate of John P. Williamson, Deceased and on behalf of all survivors of John P. Williamson and on behalf of minor children J.W. and M.W.

SALLY A. WILLIAMSON, as the Personal Representative of the Estate of George P. Williamson, Deceased, Sibling of decedent John P. Williamson

MAUREEN RUTH HALVORSON, individually as the Sibling of William Eben Wilson, Deceased

JEANNE MCDERMOTT, individually as the
Sibling of William Eben Wilson, Deceased

ELIZABETH ANN PAYNE, individually and
as the Personal Representative of the Estate of
William Eben Wilson, Deceased and on behalf
of all survivors of William Eben Wilson

JOAN W. WINTON, individually and as the
Personal Representative of the Estate of David
H. Winton, Deceased and on behalf of all
survivors of David H. Winton

SARA WINTON COFFEY, individually as the
Sibling of David H. Winton, Deceased

ELAINE WINUK, individually as the Parent of
Glenn J. Winuk, Deceased

JAY S. WINUK as of the Representative of the
Estate of Seymour Winuk, Deceased, Parent of
decedent Glenn J. Winuk

JEFF M. WINUK, individually as the Sibling
of Glenn J. Winuk, Deceased

JAY S. WINUK, individually as the Sibling
and as the Co-Administrator of the Estate of
Glenn J. Winuk, Deceased and on behalf of all
survivors of Glenn J. Winuk

CAROL D. WISNIEWSKI, individually and as
the Personal Representative of the Estate of
Frank Thomas Wisniewski, Deceased and on
behalf of all survivors of Frank Thomas
Wisniewski and on behalf of minor children
A.A.W. and J.P.W.

UTE MITCHELL, individually as the Parent of
Sigrid Charlotte Wiswe, Deceased

BIRGIT WISWE, individually as the Sibling of
Sigrid Charlotte Wiswe, Deceased

VICTOR M. TURCIOS, as the Personal
Representative of the Estate of Sigrid Charlotte
Wiswe, Deceased and on behalf of all survivors
of Sigrid Charlotte Wiswe

BARBARA WITTENSTEIN, individually as
the Parent of Michael Robert Wittenstein,
Deceased

CARYN HINSON, individually and as the Co-

281

Administrator of the Estate of Michael Robert Wittenstein, Deceased and on behalf of all survivors of Michael Robert Wittenstein

ARNOLD R. WITTENSTEIN, individually and as the Co-Administrator of the Estate of Michael Robert Wittenstein, Deceased and on behalf of all survivors of Michael Robert Wittenstein

JEFFREY WITTENSTEIN, individually as the Sibling of Michael Robert Wittenstein, Deceased

SUSAN WOHLFORTH, individually and as the Personal Representative of the Estate of Martin Phillips Wohlforth, Deceased and on behalf of all survivors of Martin Phillips Wohlforth

DOE 26, individually as the Parent and as the Personal Representative of the Estate of DOE 26, Deceased and on behalf of all survivors of DOE 26

MARY ELIZABETH WOODALL, individually as the Parent of Brent James Woodall, Deceased

ERIN ELIZABETH KONSTANTINOW, individually as the Sibling of Brent James Woodall, Deceased

REPRESENTATIVE of the Estate of John W. Woodall, Deceased, Parent of decedent Brent James Woodall

CRAIG WALKER WOODALL, individually as the Sibling of Brent James Woodall, Deceased

JOYCE A. WOODS, individually and as the Co-Administrator of the Estate of James Woods, Deceased and on behalf of all survivors of James Woods

EILEEN J. WOODS, individually as the Sibling of James Woods, Deceased

JOHN F. WOODS, JR., individually and as the Co-Administrator of the Estate of James Woods, Deceased and on behalf of all survivors

of James Woods

EILEEN WOODS, individually as the Parent of
Patrick Woods, Deceased

CHRIS WOODS, individually as the Sibling of
Patrick Woods, Deceased

THOMAS WOODS, individually as the Sibling
of Patrick Woods, Deceased

PATRICK WOODS, SR., individually and as
the Personal Representative of the Estate of
Patrick Woods, Deceased and on behalf of all
survivors of Patrick Woods

PAMELA WOODWELL GEERDES,
individually as the Sibling of Richard H.
Woodwell, Deceased

LINDA PRESTON WOODWELL,
individually and as the Personal Representative
of the Estate of Richard H. Woodwell,
Deceased and on behalf of all survivors of
Richard H. Woodwell

JOHN KNOWLES WOODWELL, III,
individually as the Sibling of Richard H.
Woodwell, Deceased

REPRESENTATIVE of the Estate of Mary A.
Otto, Deceased, Parent of decedent David T.
Wooley

EDGAR B. WOOLEY, III, individually as the
Sibling of David T. Wooley, Deceased

TIMOTHY EDWIN WORKS, individually as
the Sibling of John Bentley Works, Deceased

KAREN L. WORTLEY, individually and as
the Personal Representative of the Estate of
Martin Wortley, Deceased and on behalf of all
survivors of Martin Wortley

DOE 01, individually as the Spouse and as the
Personal Representative of the Estate of DOE
01, Deceased and on behalf of all survivors of
DOE 01 and on behalf of minor children DOE
01 and DOE 01

MARTHA OLIVERIO WRIGHT, individually
and as the Personal Representative of the Estate
of John Wayne Wright, III, Deceased and on

283

behalf of all survivors of John Wayne Wright, III

NANCY YAMBEM, individually and as the Personal Representative of the Estate of Jupiter Yambem, Deceased and on behalf of all survivors of Jupiter Yambem

SANTI YAMBEM, individually as the Child of Jupiter Yambem, Deceased

LORRAINE YAMNICKY DIXON, individually as the Child of John David Yamnicky, Sr., Deceased

JENNIFER LYNN YAMNICKY, individually as the Child of John David Yamnicky, Sr., Deceased

JANET W. YAMNICKY, individually as the Spouse of John David Yamnicky, Sr., Deceased

MARK YAMNICKY, individually as the Child of John David Yamnicky, Sr., Deceased

JOHN DAVID YAMNICKY, JR., individually and as the Personal Representative of the Estate of John David Yamnicky, Sr., Deceased and on behalf of all survivors of John David Yamnicky, Sr.

AJITHA VEMULAPALLI, individually and as the Personal Representative of the Estate of Suresh Yanamadala, Deceased and on behalf of all survivors of Suresh Yanamadala

DAVID M. YANCEY, individually and as the Personal Representative of the Estate of Vicki L. Yancey, Deceased and on behalf of all survivors of Vicki L. Yancey and on behalf of minor children M.Y. and C.N.Y.

RUI ZHENG, individually and as the Personal Representative of the Estate of Shuyin Yang, Deceased and on behalf of all survivors of Shuyin Yang

SHIDONG ZHENG, individually as the Child of Shuyin Yang, Deceased

MICHELE YARNELL, individually as the Parent of Matthew David Yarnell, Deceased

TED YARNELL, individually and as the

284

Personal Representative of the Estate of Matthew David Yarnell, Deceased and on behalf of all survivors of Matthew David Yarnell

REPRESENTATIVE of the Estate of Adele Pearl, Deceased, Parent of decedent Myrna Yaskulka

BONNIE SHIMEL, individually as the Sibling of Myrna Yaskulka, Deceased

LORNA KAYE, individually as the Sibling of Myrna Yaskulka, Deceased

INA STANLEY, individually as the Sibling of Myrna Yaskulka, Deceased

HAL YASKULKA, individually as the Child of Myrna Yaskulka, Deceased

BRIAN YASKULKA, individually as the Child of Myrna Yaskulka, Deceased

JAY YASKULKA, individually and as the Personal Representative of the Estate of Myrna Yaskulka, Deceased and on behalf of all survivors of Myrna Yaskulka

SHAWN PEARL, individually as the Sibling of Myrna Yaskulka, Deceased

PHILIP PEARL, individually as the Sibling of Myrna Yaskulka, Deceased

IVAN PEARL, individually as the Sibling of Myrna Yaskulka, Deceased

KIMBERLY G. YORK, individually and as the Personal Representative of the Estate of Edward Philip York, Deceased and on behalf of all survivors of Edward Philip York and on behalf of minor children K.Y., P.Y., and P.Y.

MARY E. PELED, individually as the Sibling of Kevin Patrick York, Deceased

SUSAN YORK, individually as the Sibling of Kevin Patrick York, Deceased

FELICIA YOUNG, individually and as the Personal Representative of the Estate of Donald McArthur Young, Deceased and on behalf of all survivors of Donald McArthur Young

MEHASEN A. ZAKHARY, individually as the Sibling of Adel A. Zakhary, Deceased

NADIA A. ZAKHARY, individually as the Sibling of Adel A. Zakhary, Deceased

NAGAT H. ZAKHARY, individually and as the Personal Representative of the Estate of Adel A. Zakhary, Deceased and on behalf of all survivors of Adel A. Zakhary and on behalf of minor child M.Z.

GEORGE ADEL AGAIBY, individually as the Child of Adel A. Zakhary, Deceased

TALAT A. ZAKHARY, individually as the Sibling of Adel A. Zakhary, Deceased

PATRICIA ZAMPIERI, individually as the Parent of Robert Alan Zampieri, Deceased

REPRESENTATIVE of the Estate of Robert Zampieri, Deceased, Parent of decedent Robert Alan Zampieri

REPRESENTATIVE of the Estate of Robert Alan Zampieri, Deceased and on behalf of all survivors of Robert Alan Zampieri

JILL ZANGRILLI, individually and as the Personal Representative of the Estate of Mark Zangrilli, Deceased and on behalf of all survivors of Mark Zangrilli and on behalf of minor children A.Z. and N.Z.

SHEILA A. KIERNAN, individually and as the Personal Representative of the Estate of Christopher Rudolph Zarba, Jr., Deceased and on behalf of all survivors of Christopher Rudolph Zarba, Jr. and on behalf of minor child C.J.Z.

FELICE ZASLOW, individually and as the Personal Representative of the Estate of Ira Zaslow, Deceased and on behalf of all survivors of Ira Zaslow

ADAM ZASLOW, individually as the Child of Ira Zaslow, Deceased

BRYAN ZASLOW, individually as the Child of Ira Zaslow, Deceased

RUTH ZELMAN, individually as the Parent of

Kenneth Albert Zelman, Deceased

CARRIE BURLOCK, individually as the
Sibling of Kenneth Albert Zelman, Deceased

JACK ZELMAN, individually as the Parent of
Kenneth Albert Zelman, Deceased

BARRY ZELMAN, individually as the Sibling
of Kenneth Albert Zelman, Deceased

LEONA ZEPLIN, individually as the Parent of
Marc Scott Zeplin, Deceased

JOSLIN ZEPLIN, individually as the Sibling of
Marc Scott Zeplin, Deceased

LEONARD ZEPLIN, individually as the Parent
of Marc Scott Zeplin, Deceased

RUI ZHENG, individually and as the Personal
Representative of the Estate of Yuguang Zheng,
Deceased and on behalf of all survivors of
Yuguang Zheng

SHIDONG ZHENG, individually as the Child
of Yuguang Zheng, Deceased

ROSEMARIE C. MARTIE, individually as the
Sibling of Salvatore J. Zisa, Deceased

REPRESENTATIVE of the Estate of Sue
Zucker, Deceased, Parent of decedent Andrew
Steven Zucker

CHERYL DIANNE SHAMES, individually as
the Sibling of Andrew Steven Zucker,
Deceased

GAYLE MOSENSON, individually as the
Sibling of Andrew Steven Zucker, Deceased

REPRESENTATIVE of the Estate of Saul
Zucker, Deceased, Parent of decedent Andrew
Steven Zucker

STUART CRAIG ZUCKER, individually as
the Sibling of Andrew Steven Zucker,
Deceased

ALLA PLAKHT, individually and as the
Personal Representative of the Estate of Igor
Zukelman, Deceased and on behalf of all
survivors of Igor Zukelman and on behalf of
minor child A.Z.

YVONNE V. ABDOOL as an Injured Person

CELSO J ABREU as an Injured Person

JOHN J. ACERNO as an Injured Person

HUMBERTO R. ACOSTA as an Injured Person

KEVIN JOHN ADAMS as an Injured Person

DARRYL J. ADONE as an Injured Person

MARK  AIKEN as an Injured Person

JAMES F. ALBACH, JR. as an Injured Person

THOMAS  ALBERT as an Injured Person

KARIUM  ALI as an Injured Person

RONALD  ALLEN as an Injured Person

INGRID  ALLEYNE-ROBERTSON as an Injured Person

IVAN  ALMENDAREZ, JR. as an Injured Person

NEIL  ALPER as an Injured Person

LEONOR  ALVAREZ as an Injured Person

ROBERT E. ALVERSON as an Injured Person

JOCELYNE  AMBROISE as an Injured Person

MITCHELL B. AMERBACH as an Injured Person

DOUGLAS WILLIAM ANDERSON as an Injured Person

THOMAS  ANDERSON as an Injured Person

MORIEN  ANGAROO as an Injured Person

IOANNIS  ANTONIADIS as an Injured Person

JOSEPH P. ANTONY as an Injured Person

DANIEL J. ARCHBOLD as an Injured Person

PETER  ARCHER as an Injured Person

TONY  ARCHER as an Injured Person

JOSEPH  ARIOLA as an Injured Person

MICHAEL  ARNIERO as an Injured Person

CYNTHIA  ARNOLD as an Injured Person

SUZANNE ARNOLD as an Injured Person

BENJAMIN ARROYO as an Injured Person

ANDREA L. ASBURY as an Injured Person

SHAWN ASHE as an Injured Person

PHILIPSON AZENABOR as an Injured Person

GEORGE BACHMANN as an Injured Person

PAUL J. BADER as an Injured Person

DIANA BAEZ as an Injured Person

LYNETTE BANGAREE as an Injured Person

GENTIL BAPTISTE as an Injured Person

MARY ELLEN BARBIERI as an Injured Person

GARRETT RAYMOND BARBOSA as an Injured Person

ARMANDO BARDALES as an Injured Person

DOE 72 as an Injured Person

THOMAS J. BAROZ as an Injured Person

JOHN T. BARRY as an Injured Person

PATRICK T. BARRY as an Injured Person

FRANK BARTON as an Injured Person

BURNEY BATES as an Injured Person

PEDRO GARRIDO BATISTA as an Injured Person

JAMES A. BAUER as an Injured Person

CHRISTOPHER A. BAUMANN as an Injured Person

FAVEUR BAZILME as an Injured Person

FRANK J. BAZZICALUPO as an Injured Person

LARRY BEALER as an Injured Person

THOMAS A BEATTIE as an Injured Person

JANICE BEATTY as an Injured Person

RICHARD A. BEATTY as an Injured Person

JONATHAN M. BECKER as an Injured
Person

CHRISTIAN  BEDIAKO as an Injured Person

MICHAEL  BEEHLER as an Injured Person

THOMAS JOSEPH BEIRNE as an Injured
Person

MICHAEL J. BELL as an Injured Person

JOHN  BELLEW as an Injured Person

ANTHONY  BELLISARI as an Injured Person

SCOTT R. BELOTEN as an Injured Person

VANESSA  BENJAMIN as an Injured Person

DEREK P. BENNETT as an Injured Person

IAN J. BENNETT as an Injured Person

FRANCES  BERDAN as an Injured Person

JAMES W. BERGHORN as an Injured Person

JULIETTE  BERGMAN as an Injured Person

DEBORAH E. BERK as an Injured Person

ERIC  BERNTSEN as an Injured Person

JOSEPH T. BERRY as an Injured Person

DOMINIC  BERTUCCI as an Injured Person

FRANCISCO  BETANCOURT as an Injured
Person

PRAKASH  BHATT as an Injured Person

DONALD S. BIGI as an Injured Person

STEPHEN  BILESKI as an Injured Person

CHRISTOPHER  BILOTTI as an Injured
Person

JAMES A. BITTLES as an Injured Person

DANIEL  BIVONA as an Injured Person

PATRICK CHARLES BLAINE as an Injured
Person

JAMES  BLAKE as an Injured Person

ROBERT  BLAKE as an Injured Person

JODY  BLANCHARD as an Injured Person

STAN  BLASKEY as an Injured Person

RICHARD J. BLATUS as an Injured Person

AARON  BOGAD as an Injured Person

EDWARD P. BOLGER as an Injured Person

JAN  BONANZA as an Injured Person

LUIS  BONILLA as an Injured Person

QUINCEYANN  BOOKER-JACKSON as an
Injured Person

CHESTER P. BOTCH, JR. as an Injured
Person

RONALD  BOYCE as an Injured Person

JAMES J. BOYLE as an Injured Person

JAMES R. BOYLE as an Injured Person

JOHN W. BOYLE as an Injured Person

JOSEPH M. BOYLE as an Injured Person

KEVIN  BRADBURY as an Injured Person

FRANK  BRANCATO as an Injured Person

GEORGE  BRENNAN as an Injured Person

DOE 142 as an Injured Person

RAYMOND  BRESSINGHAM as an Injured
Person

JEFFREY A. BREZIL as an Injured Person

CARMEN  BRIDGEFORTH as an Injured
Person

DAVID ALLEN BRIDGEFORTH as an
Injured Person

JAMES M. BRIORDY as an Injured Person

MICHAEL P. BRODBECK as an Injured
Person

ERIC J. BRODIN as an Injured Person

BORIS  BRONSHTEYN as an Injured Person

ROBERT  BROOME as an Injured Person

EDWARD M. BROWN as an Injured Person

ERNEST O. BROWN as an Injured Person

KEVIN JEROME BROWN as an Injured
Person

MICHAEL P. BROWN as an Injured Person

STEPHEN CHARLES BROWN as an Injured
Person

EDUARDO E. BRUNO as an Injured Person

THOMAS J. BUBELNIK as an Injured Person

JOHNATHAN  BUCHSBAUM as an Injured
Person

JOSEPH L. BUDA as an Injured Person

BROOK A. BUDD as an Injured Person

VINCENT  BULZOMI as an Injured Person

JAVIER  BURGOS as an Injured Person

THOMAS  BURKE as an Injured Person

TIMOTHY J. BURKE as an Injured Person

MICHAEL R. BURNS as an Injured Person

BARRY L. BUSS as an Injured Person

KEVIN  BUTLER as an Injured Person

LOIS  BUXBAUM as an Injured Person

PASQUALE  BUZZELLI as an Injured Person

RICHARD  BYLICKI as an Injured Person

LOUIE D. CACCHIOLI as an Injured Person

JAMES PATRICK CADDIGAN as an Injured
Person

KEVIN  CAHILL as an Injured Person

KEVIN J. CAHILL as an Injured Person

MICHAEL  CAIN as an Injured Person

JOHN A. CAIRNEY as an Injured Person

CHRISTOPHER  CALAMIA as an Injured
Person

RONALD  CALCAGNO as an Injured Person

WILLIAM  CALLAHAN as an Injured Person

JOSE  CALLEJAS as an Injured Person

FERNANDO  CAMACHO as an Injured

Person

WILLIAM  CANTRES as an Injured Person

ROBERT  CARBERRY as an Injured Person

LUIS  CARBONELL as an Injured Person

SALVATORE F. CARCATERRA as an
Injured Person

MARTHA F. CARDEN as an Injured Person

RALPH  CARDINO as an Injured Person

COLETTE  CARDOZA as an Injured Person

MICHAEL J. CARLISI as an Injured Person

ANITA  CARMINE as an Injured Person

DOMINICK J. CAROLEI as an Injured Person

DAVID W. CARPENTER, JR. as an Injured
Person

GARY E. CARPENTIER as an Injured Person

VENUS CHRISTINE CARRERAS-ORTIZ as
an Injured Person

CHARLES F. CARROLL, JR. as an Injured
Person

ROBERT J. CARROLL as an Injured Person

EUGENE J. CARTY as an Injured Person

DESIRET  CARVACHE as an Injured Person

FRANK  CASALINO as an Injured Person

VINCENT  CASCONE as an Injured Person

JOSEPH  CASTELLANO as an Injured Person

MARIA E. CASTILLO as an Injured Person

JOHN J. CASTLES as an Injured Person

FRANK  CASTROGIOVANNI as an Injured
Person

JUAN  CAYETANO as an Injured Person

MARIA  CEBALLOS as an Injured Person

DOMINGO  CEPEDA as an Injured Person

ROBERT  CERESIA as an Injured Person

ARLENE  CHARLES as an Injured Person

SALVATORE  CHILLEMI as an Injured
Person

ARTHUR  CHRISTENSEN as an Injured
Person

GARY  CHRISTENSEN as an Injured Person

ANTHONY  CIARNELLA as an Injured
Person

NICHOLAS  CICERO, JR. as an Injured
Person

THOMAS ALFRED CINOTTI as an Injured
Person

MICHAEL  CIOFFI as an Injured Person

JOHN  CITARELLA as an Injured Person

PATRICIA  CIUZIO as an Injured Person

GUILLERMO  CLARK as an Injured Person

BRIAN  CLARKE as an Injured Person

THOMAS J. CLARKE as an Injured Person

CHRISTINE  CLAUDI-PETOSA as an Injured
Person

JOHN J. CLAVIN as an Injured Person

SHARRON L. CLEMONS as an Injured
Person

ROBERT  COBB as an Injured Person

STEVE  COFFIN as an Injured Person

LISA  COHN as an Injured Person

ANTHONY J. COIRO as an Injured Person

DAVID  COLLINS as an Injured Person

GEORGE A. COLLINS, III as an Injured
Person

RICHARD L. COLLINS as an Injured Person

BRUCE R. COLLISTER as an Injured Person

CARMEN  COLON as an Injured Person

JOHN A. COLON as an Injured Person

JOHN  COMBOS as an Injured Person

GARY K. CONNELLY as an Injured Person

THOMAS J. CONNOLLY as an Injured Person

WILLIAM V. CONNOLLY as an Injured Person

JOSE M. CONTES as an Injured Person

THEODORE  COOK as an Injured Person

WALTER  COOPER as an Injured Person

BRIAN  CORCORAN as an Injured Person

GREGORY A. CORONA as an Injured Person

PATRICK  CORR as an Injured Person

STEPHEN  CORR as an Injured Person

MATTHEW  CORRIGAN as an Injured Person

LAWRENCE  COSTELLO as an Injured Person

JOEL  COUNCIL as an Injured Person

SCOTT  COWAN as an Injured Person

ANDRE  COX as an Injured Person

DUDLEY  COX as an Injured Person

STEPHEN A. COX as an Injured Person

BRIAN  COYLE as an Injured Person

JOHN J. COYLE as an Injured Person

WALTER HENRY CRAMER as an Injured Person

PETER J. CREEGAN as an Injured Person

JOHN  CRETELLA as an Injured Person

CRAIG  CRICHLOW as an Injured Person

ROBERT H. CRISTADORO as an Injured Person

BRENT G. CROBAK as an Injured Person

ENRIQUE  CRUZ as an Injured Person

LUIS  CRUZ as an Injured Person

DOE 101 as an Injured Person

JAMES J. CSORNY as an Injured Person

FERNANDO  CUBA as an Injured Person

CARMEN  CUBERO as an Injured Person

SEAN  CUMMINS as an Injured Person

THOMAS  CUNNEEN as an Injured Person

MURIEL  CUNNINGHAM as an Injured
Person

RONALD  CURABA as an Injured Person

EDWARD JAMES CUSACK as an Injured
Person

ALAN W. DAGISTINO as an Injured Person

PHILIP  D'AGOSTINO as an Injured Person

JOANNE  DALTON as an Injured Person

CHRISTOPHER  D'AMBROSIO as an Injured
Person

MARK  DAMITZ as an Injured Person

FLORY  DANISH as an Injured Person

ROGER  DANVERS as an Injured Person

RICHARD  DAVAN as an Injured Person

FELIPE  DAVID as an Injured Person

JEREMY BRANDON DAVIDS as an Injured
Person

JEAN. L. DAVIS as an Injured Person

THOMAS P. DAVIS as an Injured Person

JAMES E. D'AVOLIO as an Injured Person

JUDITH  DAY as an Injured Person

ANDRES  DE LA ROSA as an Injured Person

MARIA  DE OLIO-BEATO as an Injured
Person

ANTHONY W. DE VITA, JR. as an Injured
Person

BEVERLY DIANE DE WITT as an Injured
Person

JOHN  DEBENEDITTIS as an Injured Person

CARLOTA RODRIGUEZ DECASTILLO as
an Injured Person

HENRY  DECKER as an Injured Person

KEVIN  DEEHAN as an Injured Person

EDWARD J. DEGAETANO as an Injured Person

WARREN  DEGEN as an Injured Person

JOHN  DELANEY as an Injured Person

PAUL  DELEO as an Injured Person

EDWARD  DELFINO as an Injured Person

JULIO  DELGADO as an Injured Person

BRUCE  DELGIORNO as an Injured Person

RICHARD  DELL ITALIA as an Injured Person

AUGUST C. DELORENZO as an Injured Person

TODD C. DEMAYO as an Injured Person

JAN  DEMCZUR as an Injured Person

MICHAEL T. DEMPSEY as an Injured Person

STEPHEN  DEMPSEY as an Injured Person

GARY A. DEMRY as an Injured Person

JOHN M. DENEAU as an Injured Person

DWAYNE  DENT as an Injured Person

PETER  DEPALMA as an Injured Person

JOHN M. DEPRIZIO as an Injured Person

ANTHONY  DESIMONE as an Injured Person

GEORGE J. DESIMONE as an Injured Person

ANEX  DESINOR as an Injured Person

JAMES F. DESTASIO as an Injured Person

JOHN  DESTEFANO as an Injured Person

RICHARD DION DESTEFANO as an Injured Person

KIERNAN B. DETO as an Injured Person

GREGORY J. DEVERNA as an Injured Person

JAMES EDWARD DEVERY as an Injured Person

KEVIN D. DEVINE as an Injured Person

DAVID  DEVITO as an Injured Person

297

JOHN  DEVOTI as an Injured Person

NELSON RAFAEL DIAZ as an Injured Person

SALVATORE  DIBLASI as an Injured Person

JERROLD  DIETZ as an Injured Person

JESSICA  DIGGS as an Injured Person

JOHN M. DILILLO as an Injured Person

STEVEN  DIMAGGIO as an Injured Person

OMAR A. DIXON as an Injured Person

VINCENT  DODD as an Injured Person

KEVIN JOHN DOHERTY as an Injured
Person

SCOTT  DOHERTY as an Injured Person

HIPOLITO  D'OLEO as an Injured Person

STEPHEN  DOMINICK as an Injured Person

WALTER  DONAHUE as an Injured Person

JOHN  DONNELLY as an Injured Person

JAMES F. DONOVAN, JR. as an Injured
Person

KENNETH  DONOVAN as an Injured Person

MICHAEL  DONOVAN as an Injured Person

VINCENT  D'ORIO as an Injured Person

GREGORY  DOUGHERTY as an Injured
Person

MICHAEL J. DOWLING as an Injured Person

HEATHER  DOWNEY as an Injured Person

DANIEL D. DOYLE as an Injured Person

EDWARD  DOYLE as an Injured Person

STEVEN T. DOYLE as an Injured Person

THOMAS M. DOYLE as an Injured Person

DOE 18 as an Injured Person

DUNCAN  DRISCOLL as an Injured Person

EUGENE  DRURY as an Injured Person

ROMAN  DUCALO as an Injured Person

ELAINE  DUCH as an Injured Person

DENNIS G. DUFFY as an Injured Person

TIMOTHY  DUFFY as an Injured Person

WILLIAM  DUFFY as an Injured Person

KEVIN  DUGGAN as an Injured Person

PATRICK D. DUIGNAN as an Injured Person

DARRELL  DUNBAR as an Injured Person

PHILIP  DUNCAN as an Injured Person

THOMAS  DUNN as an Injured Person

THOMAS M. DUNNE as an Injured Person

MICHAEL  DUNPHY as an Injured Person

CURTIS  DURNING, SR. as an Injured Person

FRANCIS B. DURR as an Injured Person

BRIAN  EAGERS as an Injured Person

DOUGLAS  EDEL as an Injured Person

JEFF  EHRET as an Injured Person

BARBARA  EINZIG as an Injured Person

JOSEPH  EIVERS as an Injured Person

DUKE A. ELLIS as an Injured Person

JUSTIN  ENZMANN as an Injured Person

GABE  ESPOSITO as an Injured Person

JOSEPH J. FALCO as an Injured Person

JAMES J. FALCONE as an Injured Person

JOHN C. FALCONITE as an Injured Person

PAUL  FANARA as an Injured Person

ROBERT  FARLEY as an Injured Person

PETER V. FARR as an Injured Person

PATRICIA  FARRAR as an Injured Person

JOHN S. FARRELL as an Injured Person

ANTHONY  FARRINGTON as an Injured Person

FRANCIS  FEE, JR. as an Injured Person

JOHN T. FEE, SR. as an Injured Person

MARK  FELDMAN as an Injured Person

RUSSELL  FELICIANO as an Injured Person

EDGAR  FELIX as an Injured Person

DELIO A. FELIZ as an Injured Person

FERN L. FELLER as an Injured Person

BARTON  FENDELMAN as an Injured Person

STEPHEN P. FENLEY as an Injured Person

CHRISTOPHER M. FENYA as an Injured
Person

FRANK  FERDINANDI as an Injured Person

ERASMO  FERNANDES as an Injured Person

NUNO  FERNANDES as an Injured Person

ANTONIO  FERNANDEZ as an Injured
Person

HERNANDO  FERNANDEZ as an Injured
Person

JENNY  FERNANDEZ as an Injured Person

LARISSA  FERNANDEZ as an Injured Person

ROGER  FERNANDEZ as an Injured Person

VINCENT  FERRANTI as an Injured Person

MICHAEL A. FERRARA as an Injured Person

DOUGLAS  FERRETTI as an Injured Person

GERARD  FERRIN as an Injured Person

STEVEN  FERRIOLO as an Injured Person

JOHN  FINAMORE as an Injured Person

JOSEPH P. FINLEY as an Injured Person

EDWARD  FINNEGAN as an Injured Person

MICHAEL  FINNEGAN as an Injured Person

TERENCE P. FINNERAN as an Injured Person

VICTOR J. FIORELLA as an Injured Person

GLENN  FISCHER as an Injured Person

JAY F. FISCHLER as an Injured Person

STEPHEN  FISH as an Injured Person

NEIL C. FITZPATRICK as an Injured Person

ZACHARY H. FLETCHER as an Injured

Person

PATRICK  FLYNN as an Injured Person

THERESA E FOLINO-MONTUORI as an Injured Person

THOMAS J. FORBES as an Injured Person

FREDERICK J. FORD as an Injured Person

NICHOLAS  FORNARIO as an Injured Person

GREGORY A. FORSYTH as an Injured Person

LEILETH  FOSTER as an Injured Person

EUGENE W. FOX as an Injured Person

MICHAEL ANTHONY FRANCESE as an Injured Person

STANLEY  FREEDNER as an Injured Person

CHARLES  FREEMAN as an Injured Person

DENNIS  FREYRE as an Injured Person

ROBERT T. FRONER as an Injured Person

XIANG QUN FU as an Injured Person

DANIEL  FUCELLA as an Injured Person

STEVEN  FUCILE as an Injured Person

HENRY  FUERTE as an Injured Person

SHEILA M. FULLER as an Injured Person

PAUL P. FUSARO as an Injured Person

THOMAS A. GABAY as an Injured Person

THOMAS R. GABY as an Injured Person

PHILIP  GAETANI as an Injured Person

MICHAEL D. GAGER as an Injured Person

EMMA F. GAITAN as an Injured Person

ANA  GALANG as an Injured Person

BRIAN J. GALLAGHER as an Injured Person

HUGH J. GALLAGHER as an Injured Person

JOHN  GALLAGHER as an Injured Person

JOHN F. GALLAGHER as an Injured Person

KEVIN P. GALLAGHER as an Injured Person

TERENCE  GALLAGHER as an Injured
Person

APRIL D. GALLOP as an Injured Person

LAWRENCE J. GARDA as an Injured Person

ROBERT C. GARRETT as an Injured Person

JOHN T. GATTO as an Injured Person

JOSEPH M. GAVITT as an Injured Person

BRENDAN  GEBERT as an Injured Person

GETACHEW  GEDFE as an Injured Person

JOHN D. GENNOSA as an Injured Person

GREG  GESSNER as an Injured Person

DANIEL P. GEYSEN as an Injured Person

RONALD  GHIRALDI as an Injured Person

LOUIS  GIACONELLI as an Injured Person

JOSEPH A. GIAMPA as an Injured Person

GARRY GEORGE GIANNANDREA as an
Injured Person

MICHAEL J. GIBBONS as an Injured Person

JOSEPH  GIBNEY as an Injured Person

ROBERT F. GIBSON as an Injured Person

BONNIE JEAN GIEBFRIED as an Injured
Person

JOHN C. GIEBLER as an Injured Person

THOMAS  GILLAM as an Injured Person

ANDREW FRANK GILMORE as an Injured
Person

JOHN E. GINTY as an Injured Person

VINCENT  GIORDANO as an Injured Person

THEODORE  GODDARD as an Injured
Person

RAYMOND  GOING as an Injured Person

FAUSTO A. GOMEZ as an Injured Person

LISA F. GONG as an Injured Person

PAUL E. GONZALES as an Injured Person

MANUEL GONZALEZ as an Injured Person

RUBEN GORDILLO as an Injured Person

EDWIN J. GORDON as an Injured Person

FRANK GORGLINOE as an Injured Person

THOMAS EDWARD GORHAM as an Injured Person

GERARD J. GORMAN as an Injured Person

JOSEPH R. GORMAN as an Injured Person

ALBERT GOTAY as an Injured Person

ANDREW GRAF as an Injured Person

CARMEN GRAY as an Injured Person

JOSEPH GRAZIANO as an Injured Person

ALBERT GREENE as an Injured Person

EDMUND JAMES GREENE as an Injured Person

MICHAEL SEAN GREENE as an Injured Person

JAMES GREGORETTI as an Injured Person

JAMES T. GRILLO as an Injured Person

MICHAEL GRILLO as an Injured Person

JOHN F. GROGAN as an Injured Person

THOMAS J. GROGAN as an Injured Person

DANIEL P. GROSSI as an Injured Person

SCOTT F. GRUBERT as an Injured Person

JOHN GUARNERI as an Injured Person

ARTHUR GUASTAMACCHIA as an Injured Person

JOHN GUBELLI as an Injured Person

RAFAEL GUDMUCH as an Injured Person

NICHOLA GUGLIEMO as an Injured Person

VINCENT A. GUGLIUZZO as an Injured Person

JOHN GULOTTA as an Injured Person

KENNETH M. GUNTHER as an Injured

Person

PETER STEPHEN GUNTHER as an Injured Person

WILBERT CARNELL GURGANIOUS as an Injured Person

STEVEN  GURNICK as an Injured Person

EDGAR  GUTIERREZ as an Injured Person

FRANCINE  GUTWILIK as an Injured Person

ANGEL  GUZMAN as an Injured Person

MARITZA  GUZMAN as an Injured Person

MATTHEW  HACKETT as an Injured Person

MICHAEL  HADDEN as an Injured Person

ALEXANDER  HAGAN as an Injured Person

STEVE  HAGIS as an Injured Person

PAUL V. HALEY as an Injured Person

ROBERT  HALL as an Injured Person

DAVID  HANDSCHUH as an Injured Person

WILLIAM  HANKINS as an Injured Person

DAVID R. HANLEY as an Injured Person

PHILIP A. HANNA as an Injured Person

ANTHONY K. HANSON as an Injured Person

RAJKUMAR  HARDEO as an Injured Person

CATHERINE  HARDING as an Injured Person

DENNIS  HARGETT as an Injured Person

DARREN C. HARKINS as an Injured Person

ROBERT I. HARPER as an Injured Person

THOMAS  HARRIS as an Injured Person

CARMELA M. HARRISON as an Injured Person

JAMES P. HARTEN as an Injured Person

SHIRLEY  HARVEY as an Injured Person

PAUL  HASHAGEN as an Injured Person

WILLIAM R. HASSECK as an Injured Person

HOWARD  HAWKINS as an Injured Person

SCOTT WILLIAM HAWKINS as an Injured Person

RAYMOND  HAYDEN as an Injured Person

NORMA  HAYNES as an Injured Person

JOSEPH  HEALY as an Injured Person

JOSEPH JOHN HEALY as an Injured Person

MARILYN DENISE HECKSTALL as an Injured Person

DENNIS J. HEEDLES as an Injured Person

JAMES A. HEEREY as an Injured Person

GLEN  HEFFEL as an Injured Person

EUGENE R. HEGHMANN as an Injured Person

JOHN  HEIGL as an Injured Person

MARK B. HEINTZ as an Injured Person

WILLIAM T. HEINTZ as an Injured Person

ROBERT J. HELLMERS as an Injured Person

ELAINE  HELMS as an Injured Person

ROBERT G. HENEY as an Injured Person

JEFFREY A. HENKEL as an Injured Person

EDWARD  HENRY as an Injured Person

LUCILLE D. HENRY as an Injured Person

PATRICIA ANN HERBERT as an Injured Person

THOMAS  HERRLICH as an Injured Person

THOMAS  HICKEY as an Injured Person

JOHN A. HINCHEY as an Injured Person

WILLIAM GERARD HINEY as an Injured Person

MICHAEL R. HIPSMAN as an Injured Person

GREGG ANDREW HIRSCHFIELD as an Injured Person

WILLIAM  HODGENS as an Injured Person

DANIEL  HOGAN as an Injured Person

VINCENT D. HOGAN as an Injured Person

TODD A. HOLGAN as an Injured Person

CLIFFORD J. HOLLYWOOD as an Injured Person

JANETH HOLMES-ALFRED as an Injured Person

GEORGE HOLZMANN as an Injured Person

JAMES JOSEPH HORCH as an Injured Person

DOUG R. HORNING as an Injured Person

ALICIA T. HOWARD as an Injured Person

MARY HRABOWSKA as an Injured Person

VINCENT F. HUBNER as an Injured Person

GERALD M. HUNT as an Injured Person

JEAN MARLENE HUNT as an Injured Person

JOHN HUNT as an Injured Person

KENNETH HUTCHINSON as an Injured Person

AMIRHA VICTORIA HUTTO as an Injured Person

PAUL HYLAND as an Injured Person

JAMES ANDREW HYNES as an Injured Person

FREDERICK J. ILL, III as an Injured Person

SHARON IMBERT as an Injured Person

PATRICK IMPERATO as an Injured Person

JOSEPH P. INTINTOLI as an Injured Person

MICHAEL A. IOVINO as an Injured Person

ERIC IVERSEN as an Injured Person

WALTER NICHOLAS IWACHIW as an Injured Person

JOHN JACKSON as an Injured Person

NEIL JACOBSON as an Injured Person

BRENDA JAMES as an Injured Person

JOSEPH JAMES as an Injured Person

MATTHEW R. JAMES as an Injured Person

ELIAN  JARAMILLO as an Injured Person

CLIFFORD  JENKINS as an Injured Person

CHRISTOPHER C. JENSEN as an Injured Person

MARC C. JENSEN as an Injured Person

ROSE  JEUNES as an Injured Person

HUMBERTO  JIMENEZ as an Injured Person

LUIS B. JIMENEZ as an Injured Person

YSIDRO  JIMENEZ as an Injured Person

FITZ-HARRY ALEXANDER JOHNSON as an Injured Person

JOHN  JOHNSON as an Injured Person

KURT DOMINICK JOHNSON as an Injured Person

ROBERT  JOHNSON, JR. as an Injured Person

ROBERT  JOHNSON, SR. as an Injured Person

SYLVIA J. JOHNSON as an Injured Person

JOHN T. JONES as an Injured Person

TERRENCE GEORGE JORDAN as an Injured Person

MARK D. JOSEPH as an Injured Person

LUKE J. JURAIN as an Injured Person

JOSEPH F. KADILLAC as an Injured Person

JAMES A. KADNAR as an Injured Person

JANE  KAHORO as an Injured Person

RAZI S. KALISH as an Injured Person

GEORGE  KAPERONIS as an Injured Person

CHRISTOPHER  KAZIMER as an Injured Person

DENNIS P. KEANE as an Injured Person

LAWRENCE GERALD KEATING as an Injured Person

THOMAS  KEELING as an Injured Person

JOHN E. KEENAN as an Injured Person

MICHAEL M. KELLEHER as an Injured
Person

RACQUEL K. KELLEY as an Injured Person

DEREK T. KELLY as an Injured Person

JAMES J. KELLY as an Injured Person

JOHN  KELLY as an Injured Person

JOHN J. KELLY as an Injured Person

KEVIN  KELLY as an Injured Person

PATRICK  KELLY as an Injured Person

ROBERT  KELLY as an Injured Person

WILLIAM C. KELLY as an Injured Person

DONALD P. KENNEDY as an Injured Person

LISA ANN KENNEDY as an Injured Person

RICHARD  KENNEY as an Injured Person

PETER A. KENNY as an Injured Person

JOHN F. KERSHIS as an Injured Person

ROBERT T. KEYS as an Injured Person

PATRICK M. KIERNAN as an Injured Person

SUSANNE BACHMANN KIKKENBORG as
an Injured Person

MICHAEL  KILLARNEY as an Injured Person

MICHAEL J. KILLCOMMONS as an Injured
Person

DAVID J. KING, JR. as an Injured Person

EMANUEL G. KING as an Injured Person

STEPHEN J. KING, III as an Injured Person

JOHN L. KINTA as an Injured Person

BLAIK  KIRBY as an Injured Person

RONALD J. KIRCHNER as an Injured Person

ROBERT  KLAUM as an Injured Person

STEVEN J. KLEIN as an Injured Person

DAVID  KLETSMAN as an Injured Person

LARRY J. KLINGENER as an Injured Person

RICHARD  KOBBE as an Injured Person

EDWARD R. KOHLER as an Injured Person

NICHOLAS  KOLOSZUK as an Injured
Person

ROBERT  KORFMAN as an Injured Person

ARMEN  KOROGHLIAN as an Injured Person

DANIEL  KRUESI as an Injured Person

KEVIN  KUBLER as an Injured Person

LOUISE A. KURTZ as an Injured Person

SIDNEY  KYLE as an Injured Person

JOHN R. LA SALA as an Injured Person

ROSETTA  LA VENA as an Injured Person

DAVID  LABATTO as an Injured Person

ORFELINA  LACHAPEL as an Injured Person

JOHN J. LAFEMINA as an Injured Person

ROMANO ESTEBAN LAKE as an Injured
Person

THOMAS  LAMACCHIA as an Injured Person

GEORGE  LAMOREAUX as an Injured
Person

BRIAN  LANDAU as an Injured Person

JAMES C. LANG as an Injured Person

PAUL P. LANG as an Injured Person

GEORGE  LANTAY as an Injured Person

JAMES  LANZA as an Injured Person

JAMES F. LANZE as an Injured Person

RICHARD JAMES LAPIEDRA as an Injured
Person

JEAN JACQUES LARAQUE as an Injured
Person

PHILIP  LARIMORE as an Injured Person

BRAIN R. LARNEY as an Injured Person

JOHN  LAROCCHIA as an Injured Person

ANTHONY R. LAROSA as an Injured Person

JOSEPH M. LASHENDOCK, III as an Injured Person

PETER  LAUDATI as an Injured Person

KEVIN  LAVELLE as an Injured Person

MICHAEL J. LAVIN as an Injured Person

KEVIN P. LAWE as an Injured Person

BARRY ROGER LEE as an Injured Person

LARRY  LEE as an Injured Person

ROBERT  LEE as an Injured Person

ALICIA  LEGUILLOW as an Injured Person

JOYCE  LEIGH as an Injured Person

ROBERT J. LEONICK, JR. as an Injured Person

HURSLEY H. LEVER as an Injured Person

JAMES W. LEWIS as an Injured Person

OTIS  LEWIS as an Injured Person

VERONICA O. LI as an Injured Person

MICHAEL  LIANTONIO as an Injured Person

JOSEPH  LIBRETTI as an Injured Person

FRANK A. LICAUSI as an Injured Person

CHRISTOPHER  LINDBERG as an Injured Person

ELENA  LINIS as an Injured Person

ROSEMARIA  LIPARI as an Injured Person

EMANUEL ALEXANDER LIPSCOMB, JR. as an Injured Person

ANTONIO R. LLORET as an Injured Person

ANTHONY P. LOMELI as an Injured Person

CHRISTOPHER V. LONG as an Injured Person

ARNALDO  LOPEZ as an Injured Person

MARIO  LOPEZ as an Injured Person

DANIEL  LOPUZZO as an Injured Person

JOSEPH  LOWNEY as an Injured Person

BRENDAN P. LOWREY as an Injured Person

EDMUND SCOTT LUCIA as an Injured Person

KENNETH J. LUCIANIN as an Injured Person

EVELYN A. LUGO as an Injured Person

LEONCIO  LUIS as an Injured Person

DENNIS A. LUSARDI as an Injured Person

JANE  LUTHER-UMSTADTER as an Injured Person

JESSE L. LYNCH as an Injured Person

MICHAEL P. LYNCH as an Injured Person

THOMAS S. LYNCH as an Injured Person

CHARLIE  LYONS as an Injured Person

JOHN  LYONS as an Injured Person

MICHAEL  LYONS as an Injured Person

PETER M. MABANTA as an Injured Person

NEIL  MACINTYRE as an Injured Person

MICHAEL A. MACKO as an Injured Person

JANISSA EVALINE MACON as an Injured Person

RICO  MAGALHAES as an Injured Person

THOMAS JAMES MAGEE as an Injured Person

ROBERT  MAGUIRE as an Injured Person

EUGENE S. MAHLSTADT as an Injured Person

JOSEPH FRANCIS MAHONEY as an Injured Person

THOMAS  MAHONEY as an Injured Person

LLEWELLYN  MALCOLM as an Injured Person

JOSE  MALDONADO as an Injured Person

FRANK  HISRBA as an Injured Person

PATRICK M. MALLOY as an Injured Person

FRANK  MALONE as an Injured Person

JOHN M MALONEY as an Injured Person

ADRIANA BELO MALUENDAS as an
Injured Person

JUDY MARIA MANALASTAS as an Injured
Person

MICHAEL  MANDALA as an Injured Person

RALPH  MANDIA as an Injured Person

THOMAS  MANLEY as an Injured Person

DOE 109 as an Injured Person

ROBERT J. MANSBERGER as an Injured
Person

WAYNE N. MANZIE as an Injured Person

JODIE  MARCUSI as an Injured Person

CLAUDIA P. MARIN as an Injured Person

PATRICK MICHAEL MARINELLI as an
Injured Person

ANTHONY J. MARINO, JR. as an Injured
Person

DONALD  MARINO as an Injured Person

MARTIN ANTHONY MARINO as an Injured
Person

MICHAEL PATRICK MARINO as an Injured
Person

JESSIE  MARIUS as an Injured Person

TIMOTHY  MARMION as an Injured Person

JUAN R. MARRERO as an Injured Person

ROBERT W. MARSHALL as an Injured
Person

DENNIS J. MARTIN as an Injured Person

EDWARD E. MARTIN as an Injured Person

EDWARD P. MARTIN as an Injured Person

MICHAEL G. MARTIN as an Injured Person

ANGELA  MARTINEZ as an Injured Person

JOSE  MARTINEZ as an Injured Person

RAFAELA  MARTINEZ as an Injured Person

JAMES  MASCARELLA as an Injured Person

ANTHONY  MASTRELLI as an Injured Person

VINCENZO  MASTROPASQUA as an Injured Person

ANTHONY JOHN MATTONE as an Injured Person

RICHARD ANTHONY MATTONE as an Injured Person

SHAWN  MAY as an Injured Person

MICHAEL A. MAYE as an Injured Person

JAYSEN JEFFREY MAYO as an Injured Person

THOMAS  MAZZA as an Injured Person

EDWARD  MCALEER as an Injured Person

JOHN P. MCALEESE as an Injured Person

JOHN R MCALLISTER as an Injured Person

THOMAS H. MCALLISTER as an Injured Person

JOHN  MCANDREWS as an Injured Person

MAUREEN B MCARDLE-SCHULMAN as an Injured Person

JOSEPH  MCAULEY as an Injured Person

CARL R. MCBRATNEY, JR. as an Injured Person

MARY L. MCCALL as an Injured Person

MICHAEL  MCCALL as an Injured Person

KEVIN  MCCARREN as an Injured Person

JAMES RAYMOND MCCARTHY as an Injured Person

DAN  MCCARVILL as an Injured Person

TIMOTHY  MCCARVILL as an Injured Person

MICHAEL  MCCLELLAND as an Injured Person

DENNIS  MCCONVILLE as an Injured Person

CHARLES  MCCORMACK as an Injured
Person

MARIANNE  MCCORMACK as an Injured
Person

RICHARD G MCCOY as an Injured Person

ARTHUR  MCCROSSEN as an Injured Person

JAMES P. MCDERMOTT as an Injured Person

SCOTT ASHLEY MCDONNELL as an
Injured Person

DAVID J. MCDONOUGH as an Injured
Person

GREGORY L. MCFARLAND as an Injured
Person

KEVIN  MCGEARY as an Injured Person

LAWRENCE G. MCGEE as an Injured Person

STEPHEN  MCGEE as an Injured Person

JON J. MCGILLICK as an Injured Person

MARK  MCGINTY as an Injured Person

JOSEPH G. MCGOVERN as an Injured Person

THOMAS F. MCGRADE as an Injured Person

PATRICK J. MCGREEN as an Injured Person

JOSEPH F. MCGRORY as an Injured Person

DANIEL M. MCGUINN as an Injured Person

JAMES P. MCGUIRE as an Injured Person

ROBERT MICHAEL MCGUIRE as an Injured
Person

JOHN F. MCGURREN as an Injured Person

JAMES  MCHUGH as an Injured Person

EDWARD M. MCKALLEN as an Injured
Person

JOHN J. MCKENNA as an Injured Person

PATRICK  MCKENNA as an Injured Person

RICHARD D. MCKENNA as an Injured
Person

MARTIN  MCKEON as an Injured Person

JAMES  MCLOUGHLIN as an Injured Person

KEVIN M. MCLOUGHLIN as an Injured Person

GERARD F. MCMAHON as an Injured Person

FREDERICK J. MCNEELY as an Injured Person

KEVIN J. MCPIKE as an Injured Person

KEVIN  MCQUILLY as an Injured Person

ERNEST  MEDAGLIA as an Injured Person

DONALD  MEEG as an Injured Person

OSCAR H. MEJIA as an Injured Person

NEXHAT  MELA as an Injured Person

JOSEFINA  MENDEZ as an Injured Person

BENJAMIN  MERCADO as an Injured Person

CARMELO  MERCADO as an Injured Person

RONALD F. MERRILL as an Injured Person

ROBERTO  MESA as an Injured Person

JOHN J. MESSINA, JR. as an Injured Person

EDWARD F. METZ as an Injured Person

RAFAELA J. MEURER as an Injured Person

HAROLD  MEYERS as an Injured Person

THOMAS  MEYERS as an Injured Person

KENNETH G. MICCIO as an Injured Person

RICHARD FRANK MICCIO as an Injured Person

JUDY  MICHAELS as an Injured Person

JOSEPH  MICKIEWICZ as an Injured Person

GLEN A. MIDBO as an Injured Person

CIRO  MILANO as an Injured Person

ROLAND  MILETTI as an Injured Person

ROBERT  MILLER as an Injured Person

THOMAS A. MILTON as an Injured Person

JOSEPH MICHAEL MINOGUE as an Injured Person

WILLIAM J. MIRRO as an Injured Person

DONALD H. MISCHKE as an Injured Person

STEVE S. MODICA as an Injured Person

BILL  MOFFAT as an Injured Person

RAM ANTHONY MOHABIR as an Injured
Person

MICHAEL  MOLLOY as an Injured Person

JOSEPH WILLIAM MONTAPERTO as an
Injured Person

FRANK J. MONTARULI as an Injured Person

JOSEPHINE  MONTE as an Injured Person

JOHN P. MOONEY as an Injured Person

JOSEPH PATRICK MOONEY as an Injured
Person

KEVIN  MOORE as an Injured Person

ROBERT E. MOORE, JR. as an Injured Person

TARNISA TETENYA MOORE as an Injured
Person

EDWIN  MORALES as an Injured Person

NOEL A. MORAN as an Injured Person

JAMES L. MORANDI as an Injured Person

MARC J. MORELLO as an Injured Person

DAVID M. MORIARTY as an Injured Person

STEVEN  MORMINO as an Injured Person

JOHN  MORRIS as an Injured Person

NANCY MARIE MORRISON as an Injured
Person

PETER  MORRISSEY as an Injured Person

MICHAEL  MOSCHITTA as an Injured
Person

STEVEN  MOSS as an Injured Person

OMAR  MOTA as an Injured Person

DENNIS A. MUIA as an Injured Person

MATTHEW S. MULHAN as an Injured Person

MICHAEL J. MULLARKEY as an Injured
Person

GEORGE E. MULLEN, JR. as an Injured
Person

BRIAN D. MULLER as an Injured Person

STEVEN J. MULLER as an Injured Person

MICHAEL P. MULLIGAN as an Injured
Person

MICHAEL  MULQUEEN as an Injured Person

THOMAS J. MUNDY as an Injured Person

LOIS J. MUNGAY as an Injured Person

VALERIY  MURATOV as an Injured Person

JENNIFER  MURAWSKI as an Injured Person

ALLEN P. MURPHY as an Injured Person

DAVID S. MURPHY as an Injured Person

JOSEPH J. MURPHY as an Injured Person

RICHARD  MURPHY as an Injured Person

VINCENT JOSEPH MURPHY as an Injured
Person

JAMES A. MURRAY as an Injured Person

RICHARD S. MURRAY as an Injured Person

ROBERT J. MURRAY as an Injured Person

KENNETH J. MUXIE as an Injured Person

JOHN E. NAJMY as an Injured Person

PARASAR  NANDAN as an Injured Person

LOUIS  NAPOLI as an Injured Person

THOMAS  NAPOLITANO as an Injured
Person

ROBERT V. NARDUCCI as an Injured Person

DANIEL  NARLOCK as an Injured Person

RALPH  NEGRON as an Injured Person

DEAN A. NELIGAN as an Injured Person

JOHN  NESBITT as an Injured Person

ALLAN P. NEUENDORF as an Injured Person

BRIAN A. NEVILLE as an Injured Person

SEAN S. NEWMAN as an Injured Person

FOOK SAM NGOOI as an Injured Person

JAMES  NIEBLER as an Injured Person

ELIZABETH  NIELSEN as an Injured Person

JOHN  NIMMO, III as an Injured Person

JOSE L. NIVAR as an Injured Person

RICHARD E. NOGAN as an Injured Person

TERRY LIN NORTON as an Injured Person

SANTOS  NUNEZ as an Injured Person

DOE 23 as an Injured Person

DOE 23, individually as the Spouse  of DOE
23, Injured Party

DOE 23, individually as the Child of DOE 23,
Injured Party

DOE 23, individually as the Child of DOE 23,
Injured Party

KOFI OSEI NYANTAKYI as an Injured
Person

FRANK  O'BRIEN as an Injured Person

JOHN  O'BRIEN as an Injured Person

JOHN F. O'BRIEN as an Injured Person

MICHAEL  O'BRIEN as an Injured Person

RICHARD  O'BRIEN as an Injured Person

LUIS S. O'CAMPO as an Injured Person

RADAMES  OCASIO as an Injured Person

CHRISTOPHER  O'CONNELL as an Injured
Person

SEAN M. O'CONNOR as an Injured Person

GERARD  O'DONNELL as an Injured Person

JOHN J. O'DONNELL as an Injured Person

BRIAN  O'FLAHERTY as an Injured Person

ROBERT E. O'FLAHERTY as an Injured
Person

JOSEPH T. O'HAGAN as an Injured Person

EDWARD  O'HARE as an Injured Person

CHRISTOPHER  O'KEEFE as an Injured Person

PATRICK J. O'KEEFE as an Injured Person

KAYODE  OLADUNJOYE as an Injured Person

DALISAY SAENZ OLAES as an Injured Person

MARTIN J. O'LEARY as an Injured Person

THOMAS  O'MEARA as an Injured Person

JOSEPH  O'NEIL as an Injured Person

KEVIN  O'NEILL as an Injured Person

EUGENE F. O'REILLY as an Injured Person

FRANCISCO  ORTIZ as an Injured Person

PETERO R. OTIGHO as an Injured Person

VINCENT J. PANARO as an Injured Person

KEITH  PANDER as an Injured Person

CAROL A. PANTALONE as an Injured Person

JENNIFER  PANZELLA as an Injured Person

VICTOR D. PANZELLA, JR. as an Injured Person

THOMAS  PAPACCIO as an Injured Person

MARK  PAPADOPULOS as an Injured Person

DEAN G. PAPPAS as an Injured Person

RALPH  PAPROCKI as an Injured Person

VALENTIN  PAREDES as an Injured Person

SALVATORE  PARISI as an Injured Person

WILSTON LAMBERT PARRIS as an Injured Person

ANANT  PATEL as an Injured Person

GREGORY  PATSOS as an Injured Person

PAUL  PATSOS as an Injured Person

LOUIS M. PECORA as an Injured Person

RICHARD  PEITLER as an Injured Person

MARIA I. PELLOT as an Injured Person

MICHAEL  PENA as an Injured Person

MILCIA C. PENA as an Injured Person

FRANCESCA  PENORA as an Injured Person

RALPH  PEPE as an Injured Person

STEVEN M. PEREZ as an Injured Person

STEVEN C. PERRY as an Injured Person

WILLIAM J. PESATURE as an Injured Person

JOSEPH G. PESCE as an Injured Person

ROBERT E. PETERS as an Injured Person

NATHAN  PETERSON as an Injured Person

JOSEPH M. PETRASSI as an Injured Person

GREGORY M. PETRIK as an Injured Person

LORI A. PFEIL as an Injured Person

CHRISTOPHER P. PIAZZA as an Injured
Person

MANUELA  PICHARDO as an Injured Person

PEDRO  PICHARDO as an Injured Person

RUBEN DARIO PIMENTEL as an Injured
Person

VINCENT A. PINTO as an Injured Person

GERARD  PIRRAGLIA as an Injured Person

CARL J. PISANI as an Injured Person

LEONARD  PITTZ as an Injured Person

LARRIE  PLACIDE as an Injured Person

EDMUND L. PLUNKETT as an Injured
Person

DANIEL J. POLLICINO as an Injured Person

DAN J. POTTER as an Injured Person

SHARON PREMOLI as an Injured person

JOHN  PRENDERGAST as an Injured Person

KEVIN J. PRENDERGAST as an Injured
Person

320

JOHN  PRENTY as an Injured Person

FRANK  PRESCIA as an Injured Person

SALVATORE T. PRINCIOTTA, JR. as an
Injured Person

MICHAEL J. PRIOR as an Injured Person

BRIAN  PRITCHARD as an Injured Person

WILLIAM  PRIVITAR as an Injured Person

VINCENT  PULEO as an Injured Person

ROBERT  PULIZZOTTO as an Injured Person

DANIEL P. PURCELL as an Injured Person

FRANCIS PAUL PURSLEY as an Injured
Person

JOHN M. QUEVEDO, JR. as an Injured Person

MICHAEL J. QUEVEDO as an Injured Person

EDWIN  QUINN as an Injured Person

PETER ADAM QUINN as an Injured Person

ANTONIO  QUINONES as an Injured Person

GODWIN  QUINONES as an Injured Person

PAUL G. QUIRKE as an Injured Person

JAMES P. RAE as an Injured Person

ROBERT  RAE as an Injured Person

RAYMOND  RAGUCCI as an Injured Person

KENNETH M. RALLIS as an Injured Person

RICHARD  RAMAIZEL as an Injured Person

JUAN  RAMIREZ as an Injured Person

VIGITA  RAMNATH as an Injured Person

ALFONSO  RAMOS as an Injured Person

MILDRED  RAMOS as an Injured Person

ROBERT  RAMOS as an Injured Person

MICHAEL  RAMPUTI as an Injured Person

SEBASTIAN  RASPANTI as an Injured
Person

JAMES  REDDAN as an Injured Person

JOSHUA M. REDER as an Injured Person

DANIEL JAMES REEBER as an Injured
Person

PAMELA ROSE REEVES as an Injured
Person

RICHARD  REGIS as an Injured Person

JOSEPH  REID as an Injured Person

TIMOTHY J. REID as an Injured Person

CHARLES  REILLY as an Injured Person

THOMAS P. REILLY as an Injured Person

JOHN E. REINHARDT as an Injured Person

LLOYD  RENDALL as an Injured Person

JOHN  RENNA as an Injured Person

FRANCIS W. RENOIS as an Injured Person

RICHARD  RESTO as an Injured Person

ALFRED W. RETUNDIE as an Injured Person

CHRISTOPHER  REVERE as an Injured
Person

FERNANDO  REYES as an Injured Person

JUAN L. REYES as an Injured Person

KAREM  REYNOSO as an Injured Person

FRANK  RICCA as an Injured Person

WILLIAM J. RICCARDULLI as an Injured
Person

DANIEL  RICCIARDI as an Injured Person

ARTHUR J. RICCIO as an Injured Person

STEVEN J. RICHARDS as an Injured Person

MAURICE  RICHARDSON as an Injured
Person

FRANCO  RIGGIO as an Injured Person

WILLIAM  RIORDAN as an Injured Person

DAVID M. RIVAS as an Injured Person

CARLOS A. RIVERA as an Injured Person

EDWIN  RIVERA as an Injured Person

EDWIN  RIVERA as an Injured Person

GRACE  RIVERA as an Injured Person

JOSE  RIVERA as an Injured Person

OMAYRA  RIVERA as an Injured Person

VINCENT  RIVERA as an Injured Person

MICHAEL  RIZZO as an Injured Person

DOUGLAS  ROBINSON as an Injured Person

KENNETH JAMES ROBULAK as an Injured
Person

ANTHONY  ROCCO as an Injured Person

NELSON  ROCHA as an Injured Person

JOHN  ROCHE as an Injured Person

BRYAN A. RODRIGUES as an Injured Person

ABIMAEL  RODRIGUEZ as an Injured Person

CARLOTA  RODRIGUEZ as an Injured
Person

DAVID  RODRIGUEZ as an Injured Person

MIRIAM  RODRIGUEZ as an Injured Person

ROSAULINA  RODRIGUEZ as an Injured
Person

JOHN ROBERT ROGERS as an Injured
Person

JULIO  ROIG, JR. as an Injured Person

SUSANA  ROJAS as an Injured Person

JOHN T. ROKEE as an Injured Person

ARNOLD  ROMA as an Injured Person

WILLIAM  ROMAKA as an Injured Person

FILOMENA  ROMAN as an Injured Person

FRANK J. ROMANO as an Injured Person

JOHN B. ROONEY as an Injured Person

VICTOR J. ROSA as an Injured Person

ANTHONY A. ROSADO as an Injured Person

GWENNETT  ROSARIO as an Injured Person

MICHAEL J. ROSSELLO as an Injured Person

JOSEPH CAMILLO ROTONDI as an Injured

Person

LOUIS  ROTONDO as an Injured Person

DAVID  ROWAN as an Injured Person

MARK J. ROWAN as an Injured Person

JAMES J. ROZAS as an Injured Person

STEVEN  RUGGIERO as an Injured Person

LOUIS  RUGGIRELLO as an Injured Person

DONALD J. RULAND as an Injured Person

MARK  RUPPERT as an Injured Person

DAMIAN  RUSIN as an Injured Person

MARSHALL  RYAN as an Injured Person

SUSAN S. RYAN as an Injured Person

THOMAS D. RYAN as an Injured Person

MICHAEL G. RYNN as an Injured Person

MATTHEW JOHN SALMON as an Injured
Person

ROBERT  SALMON as an Injured Person

REINA  SALZEDO as an Injured Person

AUDREY J. SAMMIS as an Injured Person

CLIDE R. SAMPSON as an Injured Person

CARLOS H. SANCHEZ as an Injured Person

CONCEPCION  SANCHEZ as an Injured
Person

JOSE ANTONIO SANCHEZ, JR. as an Injured
Person

JOE N. SANDERS as an Injured Person

OSCAR F. SANDOVAL as an Injured Person

DAVID P. SANDVIK as an Injured Person

ROBERT  SANTANDREA as an Injured
Person

LUIS  SANTIAGO as an Injured Person

DAVID A. SANTISE as an Injured Person

CHRISTOPHER  SANTOS as an Injured
Person

LASHEA  SAUNDERS as an Injured Person

GLENN  SAVERY as an Injured Person

THELMA  SAVERY as an Injured Person

THOMAS  SCALLY as an Injured Person

PHILIP J. SCARFI as an Injured Person

BENEDICT  SCARSELLA as an Injured
Person

CARL  SCHEETZ as an Injured Person

DOE 28 as an Injured Person

DONALD  SCHIPF as an Injured Person

BRIAN M. SCHMITT as an Injured Person

ROBERT  SCHMITT as an Injured Person

EDWARD J. SCHNEIDER as an Injured
Person

PETER A. SCHOEPE as an Injured Person

DANIEL R. SCHOFIELD as an Injured Person

DANIEL  SCHUG as an Injured Person

ROBERT  SCHUMACKER as an Injured
Person

RICHARD EDWARD SCOLA as an Injured
Person

ANTHONY F. SCOLAVINO as an Injured
Person

HOWARD  SCOTT as an Injured Person

DANIEL PAUL SEAMAN as an Injured
Person

DAVID  SEARS as an Injured Person

DAVID  SEDACCA as an Injured Person

RALPH P. SEITER as an Injured Person

ROBERT  SENN as an Injured Person

JEFFREY  SENTOWSKI as an Injured Person

LAWRENCE R. SENZEL as an Injured Person

ANTHONY E. SERCIA as an Injured Person

WILLIAM J. SERGIO as an Injured Person

BARBARA  SERNA as an Injured Person

KEVIN  SHAEFFER as an Injured Person

ABIDA  SHAIKH as an Injured Person

STEPHEN J. SHARP as an Injured Person

KEVIN M. SHEA as an Injured Person

JOHN B. SHEEHAN as an Injured Person

MARILYN JOY SHEPARD as an Injured
Person

RODNEY C. SHERARD as an Injured Person

EDWARD JOHN SHIELDS as an Injured
Person

SCOTT  SHIELDS as an Injured Person

STEVE M. SHTAB as an Injured Person

FREDERIC  SIBOULET as an Injured Person

JOHN  SIGNORELLI as an Injured Person

FABIAN  SILVA, JR. as an Injured Person

WENDY CHRISTINA SILVA-SMITH as an
Injured Person

BRIAN  SINGER as an Injured Person

DONNA  SINGER as an Injured Person

DOE 77 as an Injured Person

CLARENCE  SINGLETON as an Injured
Person

NEIL JEFFREY SKOW as an Injured Person

TERENCE P. SLANE as an Injured Person

EUGENE  SLATER as an Injured Person

BRANDON J. SMITH as an Injured Person

GARETH A. SMITH as an Injured Person

LAUREN A. SMITH as an Injured Person

MICHAEL A. SMITH as an Injured Person

NETA  SMITH as an Injured Person

PETER  SMITH as an Injured Person

TODD M. SMITH as an Injured Person

ANDREW W. SOCHINSKI as an Injured

Person

SALVATORE  SODANO as an Injured Person

RICHARD  SOUTO as an Injured Person

DAVID  SOZIO as an Injured Person

MICHAEL  SPILLER as an Injured Person

ROBERT S. SPINELLI as an Injured Person

DONALD J. SPURRELL as an Injured Person

ANTHONY JOSEPH SQUILLANTE as an
Injured Person

CLIFFORD WILLIAM STABNER as an
Injured Person

JOSEPH R. STACH, JR. as an Injured Person

NELLY  STANICICH as an Injured Person

DOE 111 as an Injured Person

JOHN  STARACE as an Injured Person

PETER  STATHIS as an Injured Person

DENNIS  STEFANAK as an Injured Person

HARRY F. STEFANDEL as an Injured Person

WILLIAM A. STEINBUCH, III as an Injured
Person

MAXIMINO  STERLING as an Injured Person

JOHN M. STIASTNY as an Injured Person

EUGENE  STOLOWSKI as an Injured Person

ETHAN  STRAUSS as an Injured Person

RASMOND E. STREKER as an Injured Person

PAUL  STROESSNER as an Injured Person

STEPHEN E. STROH as an Injured Person

SCOTT C. STROMER as an Injured Person

ANTHONY E. SUCHON as an Injured Person

GERARD  SUDEN as an Injured Person

DEVINDRA  SUKHRAM as an Injured Person

LINDA  SULFARO as an Injured Person

EDWARD  SULLIVAN as an Injured Person

JOHN JOSEPH SULLIVAN as an Injured

Person

JOHN M. SULLIVAN as an Injured Person

LAWRENCE J. SULLIVAN as an Injured Person

MICHAEL P. SULLIVAN as an Injured Person

KENNETH A. SUMMERS as an Injured Person

RANDOLPH J. SUPEK as an Injured Person

CHRISTOPHER SUHR as an Injured person

ROBERT  SUTTON as an Injured Person

ALFRED  SUWARA as an Injured Person

OTTO W. SUWARA as an Injured Person

RONALD  SVEC as an Injured Person

THOMAS  SWANNICK as an Injured Person

GERARD F. SWEENEY as an Injured Person

JOSEPH  SWICK as an Injured Person

STEVEN M. SYROP as an Injured Person

JOSEPH  SZYMANSKI as an Injured Person

SOUDABEH  TABATABAI as an Injured Person

JOHN FRANCIS TAGGART as an Injured Person

CAROL L. TANNENBAUM as an Injured Person

TIMOTHY J. TARPEY as an Injured Person

EXPEDITO  TAVAREZ as an Injured Person

HAVERGAIL  TAYLOR as an Injured Person

ROXANNE  TAYLOR as an Injured Person

GERALDINE  TEIXEIRA as an Injured Person

MICHAEL A. TELESCA as an Injured Person

BIDIAWATTIE  TEWARI as an Injured Person

RECIOE  THOMAS as an Injured Person

DENISE  THOMPSON as an Injured Person

LLOYD ANTHONY THOMPSON as an
Injured Person

DENNIS J. THOMSON as an Injured Person

FRANK R. THURLOW as an Injured Person

DOE 92 as an Injured Person

RODERIC S. TIERNEY as an Injured Person

RICHARD  TISHLER as an Injured Person

JOHN A. TISKA as an Injured Person

ANTHONY  TITO as an Injured Person

MICHAEL K. TOBIN as an Injured Person

EDWARD H. TOMASZEWSKI as an Injured
Person

SALVATORE S. TORCIVIA as an Injured
Person

GABRIEL  TORRES as an Injured Person

JOHNNY  TORRES as an Injured Person

LOUIS  TORRES as an Injured Person

MIGUEL  TORRES as an Injured Person

MICHAEL  TRACY as an Injured Person

JOHN  TREGLIA as an Injured Person

JOSEPH M. TREZZA as an Injured Person

ALFRED  TRINIDAD as an Injured Person

DOUGLAS  TRIPKEN as an Injured Person

MICHAEL  TRIPPTREE as an Injured Person

LOUIS M. TROISI as an Injured Person

STANLEY  TROJANOWSKI as an Injured
Person

LARRY  TROY as an Injured Person

DELL  TRUAX as an Injured Person

KEVIN M. TULLY as an Injured Person

STEVEN  TURILLI as an Injured Person

THOMAS V. TURILLI as an Injured Person

JOSEPH A. TURSI as an Injured Person

ANTONINA  TUTKAJ as an Injured Person

JOHN M. TYSON as an Injured Person

NOSA E. UGIAGBE as an Injured Person

GISELA  VALENCIA as an Injured Person

DENNIS J. VALENTIN as an Injured Person

HILDA  VALENTINE as an Injured Person

ROBERT  VAN HOUTEN as an Injured Person

WILLIAM C. VAN NAME as an Injured Person

BRUCE J. VAN NOSDALL as an Injured Person

JENNIFER LEIGH VAN ZANTEN as an Injured Person

ANTHONY  VANACORE as an Injured Person

ROBERT  VARESE, JR. as an Injured Person

YUNI  VASQUEZ as an Injured Person

AL  VEGA as an Injured Person

EMMANUEL  VEGA as an Injured Person

CHARLES  VELLA as an Injured Person

JAMES A. VELLA as an Injured Person

LAWRENCE  VENTO as an Injured Person

NELLIE  VERDEJO as an Injured Person

JOHN S. VERME as an Injured Person

JOHN  VERRENGIA as an Injured Person

TIMOTHY  VILLARI as an Injured Person

DOMINICK  VINCENTI as an Injured Person

BRYAN  VIOLETTO as an Injured Person

DARLENE HELEN VOLLENBERG as an Injured Person

GERARD  VON ESSEN as an Injured Person

BRIAN  VOOS as an Injured Person

EDWARD  WAGNER as an Injured Person

DANIEL S. WALIS as an Injured Person

MICKEY  WALKER as an Injured Person

BRIAN P. WALL as an Injured Person

PATRICK  WALL as an Injured Person

KERRY M. WALSH as an Injured Person

DOE 113 as an Injured Person

NEIL PATRICK WALSH as an Injured Person

CECIL R. WARD as an Injured Person

FRANK J. WARD as an Injured Person

RICHARD H. WARD as an Injured Person

SANDRA  WARD as an Injured Person

THOMAS P. WARD as an Injured Person

THOMAS A. WARKENTHIEN as an Injured
Person

CYNTHIA  WARREN as an Injured Person

WAYNE A. WARREN as an Injured Person

ROMUALD  WASZIELEWICZ as an Injured
Person

CHRISTIAN R. WAUGH as an Injured Person

MICHAEL A. WEAVER, SR. as an Injured
Person

DAVID  WEBER, SR. as an Injured Person

WILLIAM G. WEINERT as an Injured Person

GREGG  WEISENBURGER as an Injured
Person

GARY DENNIS WELGE as an Injured Person

MICHAEL  WELSH as an Injured Person

JAMES M. WERNER as an Injured Person

KEVIN  WHALEN as an Injured Person

PAUL A. WHALEN as an Injured Person

BRENDAN J. WHELAN as an Injured Person

HENRY W. WHITE as an Injured Person

YAENO  WHITE as an Injured Person

STEVE  WIESNER as an Injured Person

MICHAEL  WILBUR as an Injured Person

BARBARA MATILDA WILLIAMS as an
Injured Person

GEORGE  WILTON, JR. as an Injured Person

KEN  WILTSE as an Injured Person

KENNETH  WINKLER as an Injured Person

WALTER  WISSELL as an Injured Person

JOHN J. WOJCIK as an Injured Person

CLIFFORD  WOLKEN as an Injured Person

PHIDIA  WONG as an Injured Person

WILLIAM E. WOODLON as an Injured
Person

WILLIAM  WOYTKIN as an Injured Person

ROBERT ERIC WRIGHT as an Injured Person

WILLIAM K. WRIGHT as an Injured Person

GREGORY  WYCKOFF as an Injured Person

JOHN D. YATES as an Injured Person

NEAL  YELLEN as an Injured Person

KAH L. YEOH as an Injured Person

CHRISTOPHER  YOUNG as an Injured
Person

DIANNE  YOUNG as an Injured Person

JOHN E. YOUNG as an Injured Person

THOMAS H. YOUNG as an Injured Person

ANGELO  ZECCA as an Injured Person

HELEN  ZERLIN as an Injured Person

DENNIS  ZIMMERMAN as an Injured Person

RICHARD STEPHEN ZLETZ as an Injured
Person

TERI D. FIELDS,  as the Personal
Representative of the Estate of Adolfo Martin
Arzu, Deceased and on behalf of all survivors
of Adolfo Martin Arzu

HILLARY KATZMAN, as the Personal
Representative of the Estate of Howard
Katzman, Deceased and on behalf of all
survivors of Howard Katzman

332

DENISE E. KELLY, as the Personal
Representative of the Estate of Thomas J.
Kelly, Deceased and on behalf of all survivors
of Thomas J. Kelly

MICHELLE LUCHETTI, as the Personal
Representative of the Estate of Alfred Luchetti,
Deceased and on behalf of all survivors of
Alfred Luchetti

LYNN MCKNIGHT, as the Personal
Representative of the Estate of Roger J.
McKnight, Deceased and on behalf of all
survivors of Roger J. McKnight

LISA ORTIZ, as the Personal Representative of
the Estate of Angel R. Ortiz, Deceased and on
behalf of all survivors of Angel R. Ortiz

IRENE PROVENZANO, as the Executrix of
the Estate of Salvatore Provenzano, Deceased
and on behalf of all survivors of Salvatore
Provenzano

KATHLEEN SHAGI, as the Executor of the
Estate of Michael Shagi, Deceased and on
behalf of all survivors of Michael Shagi

THOMAS D. DULING, as the Personal
Representative of the Estate of Marion Morvet
Ward, Deceased and on behalf of all survivors
of Marion Morvet Ward

PEGGY J. WATERS, as the Personal
Representative of the Estate of Gregory A.
Waters, Deceased and on behalf of all survivors
of Gregory A. Waters

DANIELLE CIOFFI, as the Personal
Representative of the Estate of William Tracy,
Deceased and on behalf of all survivors of
William Tracy

INA BARNES, individually and as the Personal
Representative of the Estate of Roy J. Barnes,
Deceased and on behalf of all survivors of Roy
J. Barnes

PERSONAL REPRESENTATIVE of the
Estate of Louis M. Garriz, Deceased

MARY JEAN HOLLY as the Representative of

the Estate of James Holly, Deceased

MELANIE A. HUNT, individually as the Child
of Jean Marlene Hunt, Injured Party

CANDEE J. MALTESE, individually as the
Child of Jean Marlene Hunt, Injured Party

AMERICA PERALTA as Representative of the
Estate of Guido Omar Peralta, Deceased

VIRTUDES PRIATNO as Representative of
the Estate of Bambang Priatno, Deceased

TERESA ROIG, individually and on behalf of
the minor children of Julio Roig, Jr., injured

REPRESENTATIVE of the Estate of James W.
Sullivan, Deceased

                                    Plaintiffs,

v.

KINGDOM OF SAUDI ARABIA

                                    Defendant.

## *BURNETT* PLAINTIFFS' AMENDED COMPLAINT ADDING DEFENDANT KINGDOM OF SAUDI ARABIA

## I.     INTRODUCTION

1.      The *Burnett* Plaintiffs hereby supplement and amend their operative pleadings to add claims against the Kingdom of Saudi Arabia arising out of the attacks of September 11, 2001 ("the September 11th attacks" or "9/11 attacks").

2.      Through actions filed between 2002 and the present date in the Multi-District Litigation in which this case has been joined, the estates of individuals murdered in the September 11th attacks, thousands of family members of those killed in the attacks, thousands of individuals who were physically injured by the attacks, and commercial victims that incurred billions of dollars in property damage losses as a result of the attacks (collectively "the 9/11 plaintiffs" or "plaintiffs"), brought claims against *inter alia* the Kingdom of Saudi Arabia ("the Kingdom" or "Saudi Arabia") and/or the Saudi High Commission for Relief of Bosnia & Herzegovina ("SHC") for their injuries caused by the attacks.

3.      In support of those claims, the 9/11 plaintiffs presented facts and evidence that: (1) da'awa (Arabic for proselytizing) organizations (a/k/a "charities") established, funded, directed, and controlled by the government of Saudi Arabia to propagate Wahhabi Islam throughout the world (including the SHC), as a core function of the Saudi state and under the supervision of the Kingdom's Ministry of Islamic Affairs and embassies and consulates outside of Saudi Arabia, were responsible for providing the funding and material support that allowed Osama bin Laden and al Qaeda to acquire the global strike capabilities employed by al Qaeda with such tragic results on September 11, 2001, and acted as agents and alter-egos of the Saudi government in doing so; (2) individual employees, officials, and agents of the government of Saudi Arabia knowingly provided direct assistance to the September 11th hijackers and plotters

and al Qaeda organization, while acting in the performance of their duties in promoting the anti-western and anti-American agenda of the Kingdom's Ministry of Islamic Affairs; and (3) the Kingdom's Ministry of Islamic Affairs and related components of Saudi Arabia's vast government apparatus established to proselytize Wahhabi Islam knowingly channeled extensive funds and material support to al Qaeda, through the da'awa organizations and other government platforms under their control.

4.      The evidence submitted by the 9/11 plaintiffs between 2002 and 2015 and incorporated herein by reference included dozens of declassified U.S. and foreign government intelligence reports; State Department diplomatic cables; evidence submitted by the U.S. government in terrorism prosecutions and military tribunal proceedings; affidavits of members of the National Commission on Terrorist Attacks Upon the United States ("9/11 Commission") and the co-chair of the Congressional Joint Inquiry Into the Terrorist Attacks of September 11, 2001 ("Congressional Joint Inquiry"); public statements of additional 9/11 Commission members; testimony and evidence presented to foreign and international courts; internal records produced by the Saudi government-controlled charities in discovery proceedings in this litigation; testimony of convicted al Qaeda members, including Zacarias Moussaoui and SHC employee Ali Ahmed Ali Hamad; affidavits filed by Saudi officials in the litigation; Royal Decrees issued by the Saudi government; statements of Saudi officials; documents authored and disseminated by the Saudi government and its controlled charities; expert affidavit testimony; statements and testimony of U.S. counter-terrorism officials, members of Congress and senior Executive Branch officials; evidence from al Qaeda criminal prosecutions in Germany, Spain, and Bosnia; academic studies; and related materials.

5.     Plaintiffs' facts and evidence in support of their claims have taken on additional significance as a result of the recent enactment of the Justice Against Sponsors of Terrorism Act ("JASTA"), Pub. L. No. 114-222, 130 Stat. 852 (Sept. 28, 2016).

6.     From the commencement of the first suits against Saudi Arabia through September 28, 2016, the proceedings in this litigation pertaining to the Kingdom have focused exclusively on the availability of subject matter jurisdiction for plaintiffs' claims under the non-commercial tort exception of the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1605(a)(5), which provides an exception to foreign sovereign immunity for cases "in which money damages are sought against a foreign state for personal injury or death, or damage to or loss of property, occurring in the United States and caused by the tortious act or omission of that foreign state or of any official or employee of that foreign state while acting within the scope of his office or employment."

7.     Plaintiffs in this case have not previously asserted claims against the Kingdom of Saudi Arabia; however, the passage of JASTA has opened an avenue for these Plaintiffs to assert their claims against the Kingdom of Saudi Arabia for what they have known has been the Kingdom's involvement in the September 11th attacks.

8.     On September 28, 2016, Congress enacted JASTA, following passage by both chambers and overwhelming votes in both the Senate and House to override a Presidential veto. *See* 162 Cong. Rec. S2845–48 (May 17, 2016) (unanimous consent); 162 Cong. Rec. H5239–44 (Sept. 9, 2016) (voice vote); 162 Cong. Rec. S6166–73 (Sept. 28, 2016) (veto override vote of 97-1); 162 Cong. Rec. H6023–32 (Sept. 28, 2016) (veto override vote of 348-77).

9.     Through JASTA, Congress established an additional exception to foreign sovereign immunity for cases against foreign states arising from acts of international terrorism occurring in the United States, supplementing the jurisdictional grant provided by the non-

commercial tort exception, which continues to provide an independent basis of jurisdiction for such cases as well.  JASTA § 3(a) (enacting 28 U.S.C. § 1605B).  In addition, JASTA made foreign sovereigns subject to Anti-Terrorism Act ("ATA") claims, *see id.* § 3(a) (enacting 28 U.S.C. § 1605B(c)), and amended the ATA's civil liability provisions to "recognize the substantive causes of action for aiding and abetting and conspiracy liability."  *Id.* § 2(a)(4); *see id.* § 4(a) (enacting 18 U.S.C. § 2333(d)).

10.    Although JASTA is a law of general application, its legislative history makes clear that Congress intended JASTA to provide a jurisdictional grant and basis of relief applicable specifically to plaintiffs' claims against the Kingdom, and to eliminate immunity defenses advanced by the Kingdom proceedings in 03 MDL 1570.[1]

11.    JASTA does so by "provid[ing] civil litigants with the broadest possible basis … consistent with the Constitution … , to seek relief against persons, entities, and foreign countries, wherever acting and wherever they may be found, that have provided material support, directly or indirectly, to foreign organizations or persons that engage in terrorist activities against the United States."  JASTA, § 2(b).

---

[1]*See* 162 Cong. Rec. at H6025 (Sept. 28, 2016) (Rep. King) ("What [JASTA] is going to do is finally allow the 9/11 families to have their day in court to seek the justice they have long been denied. And if the Government of Saudi Arabia has no involvement, if there is no liability, they have nothing to worry about."); 162 Cong. Rec. at H6029 (Sept. 28, 2016) (Rep. Smith) ("[T]he Second Circuit dismissed legal action against Saudi Arabia and other defendants . . . . JASTA corrects that. . . . Anyone who has read the recently de-classified 28 pages of findings from the House-Senate Intelligence Committee's joint inquiry in 2002 . . . knows the provocative evidence of Saudi complicity in 9/11, and that remains unexamined."); 162 Cong. Rec. at S6167 (Sept. 28, 2016) (Sen. Blumenthal) ("[T]he Justice Against Sponsors of Terrorism Act simply closes a loophole that was created by the courts, contrary to the intent of this body. . . . Saudi Arabia, is able to evade all responsibility under the decision made by the Second Circuit Court of Appeals in New York, which created that loophole. . . . That is wrong. . . . This loophole will be closed by this measure for the benefit of not only the 9/11 victims but also potential victims in the future."); 162 Cong. Rec. at S6172 (Sept. 28, 2016) (Sen. Schumer) ("Unfortunately, the courts in New York have dismissed the 9/11 victims' claims against certain foreign entities alleged to have helped the 9/11 attacks. These courts are following what I believe is a fundamentally incorrect reading of the Foreign Sovereign Immunities Act. . . . For the sake of these families, it should be made clear—beyond a shadow of a doubt—that every entity, including foreign states, will be held accountable if they are sponsors of heinous acts like 9/11. It is very simple. If the Saudis were culpable, they should be held accountable. If they had nothing to do with 9/11, they have nothing to fear."); *cf.* 162 Cong. Rec. at H6026 (Sept. 28, 2016) (Rep. Nadler) ("If the Saudi Government was not complicit in the attack on 9/11, the plaintiffs will fail to prove such complicity in an American court. Justice will have been served, and the Saudis will be vindicated after years of suspicion. But if it is proven in an American court that the Saudi Government was complicit in the attacks on 9/11, justice will have been served and we—not the Saudis—will have justification to be very angry."); 162 Cong. Rec. at H5241 (Sept. 9, 2016) (Rep. Poe) ("Based on the 28 pages held secret for years, there may be evidence that the country of Saudi Arabia and their officials may have had some involvement in planning the elements of that attack. I don't know. That is what the courtroom is for. Whether this involvement rises to the level to be held accountable at trial is an issue for a jury of Americans to decide.").

12.     To that end, JASTA removed non-textual judicial limitations on federal courts' jurisdiction over foreign sovereigns under the FSIA for acts of international terrorism occurring in the United States, and eliminated judicial constrictions on ATA claims, in order to ensure the rights of victims of terrorism in the United States to "pursue civil claims against … countries that have knowingly or recklessly provided material support or resources, directly or indirectly, to the persons or organizations responsible for their injuries."  JASTA, § 2(a)(7).

13.     Among other features, JASTA's exception to foreign sovereign immunity confirms that jurisdiction can be based on a sovereign entity's actions undertaken abroad (not just in the United States), and predicated on acts undertaken by a sovereign entity's agent (not just an employee, official, or alter-ego).  JASTA § 3(a) (enacting 28 U.S.C. § 1605B(b)(2)).

14.     Through these and other provisions, JASTA "incorporates traditional principles of vicarious liability and attribution, including doctrines such as *respondeat superior*, agency and secondary liability," thus confirming that a foreign state is subject to jurisdiction and liability for tortious acts of employees and agents at every level acting within the scope of their employment or agency.  162 Cong. Rec. at S2845 (May 17, 2016) (Sen. Cornyn).

15.     JASTA also confirms that there is no "discretionary function" limitation on jurisdiction for claims against a foreign state arising from an act of international terrorism occurring in the United States, and that the "caused by" language of the new exception to sovereign immunity, codified at 28 U.S.C. § 1605B, requires only some "reasonable connection" between defendant's actions and plaintiffs' injuries, 162 Cong. Rec. at S2845 (May 17, 2016) (Sen. Cornyn) (citing case law affirming "reasonable connection" standard), a flexible standard that may be met based on a showing of  "tortious act or acts" attributable to the defendant. JASTA § 3(a) (enacting 28 U.S.C. § 1605B(b)(2)).

16.     Following JASTA's enactment, the Kingdom – as an appellee in an appeal pending before the Second Circuit arising out of these MDL proceedings – joined a motion for vacatur of the appeal acknowledging that "JASTA was intended to apply to" cases arising out of the September 11th Attacks, and that "JASTA makes significant changes to the legal framework addressed in the district court's" September 29, 2015 decision that had previously dismissed claims against the Kingdom predicated on 28 U.S.C. § 1605(a)(5).

17.     On February 7, 2017, the Second Circuit Court of Appeals granted the joint motion for vacatur and remand in all respects, and remanded the cases in issue "for further proceedings in light of Congress's enactment of [JASTA]."

18.     This Amended Complaint is filed on behalf of estates of individuals murdered in the September 11th attacks, thousands of family members of those killed in the attacks, and individuals who were physically injured by the attacks (the "Plaintiffs") to incorporate claims against the Kingdom of Saudi Arabia.

19.     This Amended Complaint sets forth facts and evidence in support of the Plaintiffs' claims and theories of jurisdiction as to the Kingdom of Saudi Arabia, under both JASTA and other law, for Plaintiffs' injuries caused by the September 11th attacks.

20.     This Amended Complaint is in the form of an amendment that supplements by incorporation the *Burnett* Third Amended Complaint, Case No. 02 Civ. 1616 (D.D.C.), ECF No. 29, and *Burnett*'s Notice of Consolidation of Pleadings, 03 MDL 1570, ECF No. 1377, and relates solely to Plaintiffs' claims against the Kingdom of Saudi Arabia, and does not apply to any other defendants in the September 11th MDL, as to which *Burnett* Plaintiffs' operative complaints, pleadings, and related submissions remain in effect.

## II.    PARTIES

21.    Plaintiffs include the estates of thousands of individuals murdered in the September 11th attacks, several thousand family members of those victims, and individuals who themselves suffered physical injuries caused by the September 11th attacks.

22.    Plaintiffs listed in the caption of this action are citizens or residents of the United States of America, and citizens or residents of foreign nations, who lost loved ones on September 11, 2001.  Plaintiffs include the Executors, Administrators and/or Personal Representatives of the Estates of persons killed, along with the close family members, parents, spouses, children and siblings of those lost.  Also included are persons injured in the September 11, 2001 terrorist attacks.  The attacks utilized commercial aircraft which crashed into the World Trade Center North and South Towers in New York City, the Pentagon in Virginia and a field in Shanksville, Pennsylvania.  Plaintiffs' include passengers or crew members on board American Airlines Flights 11 and 77, United Airlines Flights 175 and 93, persons present at both towers of the World Trade Center in New York, and persons present at the Pentagon in Virginia.  Plaintiffs herein number over 3,000, and include persons from all walks of life.  The names, numbers, residency, familial relationship and additional specific allegations for each Plaintiff can be found in the *Burnett* Appendix 5 filed herewith.  *Burnett* Appendix 5 is incorporated herein by reference.

23.    Defendant Kingdom of Saudi Arabia is a foreign state within the meaning of 28 U.S.C. § 1603(a).  Saudi Arabia maintains an Embassy within the United States at 601 New Hampshire Avenue, N.W., Washington, D.C. 20007.

III.    **VENUE AND JURISDICTION**

24.     Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district.  Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

25.     This Court has subject matter jurisdiction over plaintiffs' claims against defendant Saudi Arabia pursuant to 28 U.S.C. § 1330, as the claims against the defendant falls within the exceptions to foreign sovereign immunity set forth at 28 U.S.C. §§ 1605(a)(5) and 1605B of the FSIA, 28 U.S.C. § 1602 *et seq*.

### Jurisdiction Pursuant to 1605B – JASTA

26.     JASTA's exception to foreign sovereign immunity applies when a plaintiff presents plausible allegations satisfying the following elements:  (1) the suit seeks monetary damages for a physical injury to person, property, or death occurring in the United States; (2) caused by an act of international terrorism occurring in the United States; and (3) caused by a tortious act or acts of the foreign state defendant, or of any official, employee, or agent of that foreign state while acting within the scope of his or her office, employment, or agency, regardless of where the tortious act or acts of the foreign state occurred; provided that (4) the claim does not rest on allegations of "mere negligence."  28 U.S.C. § 1605B.

27.     In satisfaction of JASTA's first and second elements, plaintiffs' suits present claims for money damages for physical injuries to person and wrongful deaths occurring in the United States and caused by the September 11th attacks, including among others claims on behalf of the nearly three thousand innocent people killed in the attacks and their family members, claims for severe physical injuries suffered on September 11, 2001 by survivors of the attacks.

28.     Further, plaintiffs' allegations, facts, and evidence, along with the declarations of the United States government and Supreme Court, establish that the September 11th attacks were an "act of international terrorism" within the meaning of JASTA.

342

29.     Plaintiffs' claims satisfy JASTA's third element as well, in four ways.

30.     *First*, plaintiffs plausibly allege (and offer facts and evidence) that several Saudi government da'awa organizations collaborated intimately with al Qaeda during the decade leading up to the 9/11 attacks, providing funding and other forms of material support that enabled Osama bin Laden to build and sustain the al Qaeda organization and acquire the global strike capabilities employed on September 11, 2001.  These organizations were components of the Saudi government, and officials and employees of those organizations were officials and employees of the Kingdom.  Their material support of al Qaeda included assistance closely related to the September 11th attacks, such as the funding of the terrorist camps in Afghanistan where the 9/11 attacks were planned and the hijackers received training.

31.     The Saudi government da'awa organizations that engaged in that material support of al Qaeda, while acting as arms and components of the Saudi government, include the Muslim World League ("MWL"), International Islamic Relief Organization ("IIRO"), Al Haramain Islamic Foundation, Al Haramain al Masjed al Aqsa, Rabita Trust, World Assembly of Muslim Youth ("WAMY"), Saudi Red Crescent Society ("SRC"), Saudi Joint Relief Committee for Kosovo and Albania ("SJRC"), and the SHC (collectively "the da'awa organizations," "proselytizing organizations," or "charities").

32.     These organizations were repeatedly implicated in terrorist activities and the sponsorship of al Qaeda during the years preceding the September 11th attacks, and officials throughout the Saudi government were thus aware that those government components were actively supporting al Qaeda.

33.     *Second*, plaintiffs plausibly allege (and offer facts and evidence) that the Kingdom's Ministry of Islamic Affairs and other components of the Kingdom's Wahhabi proselytizing apparatus broadly used the resources under their control to fund and materially

support al Qaeda.  This material support included the direct involvement of employees of the Ministry in recruitment and fundraising activities for al Qaeda, to include the recruitment of several of the 9/11 hijackers.  In addition, officials of the Ministry were directly involved in directing and supervising organizations like Al Haramain Islamic Foundation, which was channeling massive resources and support to al Qaeda in the years immediately before the September 11th attacks.  In recent years, the Kingdom has removed thousands of extremists employed by the Ministry of Islamic Affairs and undertaken other reforms of the Ministry, and described those activities as measures necessary to counter terrorism.

34.     *Third*, plaintiffs plausibly allege (and offer facts and evidence) that individual Saudi government employees and agents knowingly provided material support to the September 11th hijackers and plotters, both from within the United States and elsewhere, while acting within the scope of their employment and agency in advancing the extremist agenda of the Kingdom's Ministry of Islamic Affairs and Wahhabi proselytizing apparatus.

35.     Over recent months, three significant additional and previously unavailable U.S. government investigative records have been declassified that provide further evidence of the involvement of employees and agents of the Saudi government in providing direct aid and assistance to the 9/11 hijackers and plotters, and the true nature of their roles with the Saudi government:  (1) the so-called 28 pages of the Report of the Congressional Joint Inquiry ("CJI"), attached as Appendix 2 hereto; (2) a 2012 "Summary Report" ("SR") concerning the status of the continuing criminal investigation by the Federal Bureau of Investigation ("FBI") and Department of Justice ("DOJ") of Saudi government employees and agents who, in the FBI's own words, provided "substantial assistance" to the 9/11 hijackers, attached as Appendix 3 hereto; and (3) the investigative memo of the 9/11 Commission concerning evidence of Saudi

government involvement in the attacks known as "Document 17," attached as Appendix 4 hereto.

36.    As reflected in those documents and by plaintiffs' further factual allegations and evidence, the individual Saudi government employees and agents who provided such material support to the 9/11 hijackers and plotters and al Qaeda include:

- Fahad al Thumairy and Omar al Bayoumi (both employees and agents of the Saudi government performing functions on behalf of the Ministry of Islamic Affairs), who working together provided "substantial assistance" to 9/11 hijackers Nawaf al Hazmi and Khalid al Mihdhar from within the United States (SR at p. 3);

- an as-yet unidentified individual who is also a "subject" of the ongoing U.S. criminal investigation and "tasked al-Thumairy and al-Bayoumi with assisting the hijackers" (SR at pp. 3-4);

- Saleh al Hussayen, a Saudi cleric and government employee who precipitously switched to the same hotel as Hazmi and Mihdhar the night before the 9/11 attacks, and was "deceptive" about his relationship with the hijackers when interviewed by the FBI according to the recently declassified pages of the 9/11 Congressional Joint Inquiry Report, going so far as to feign seizure and flee the United States to avoid further questioning (CJI at p. 418);

- Osama Bassnan, a Saudi government employee and close associate of Bayoumi and "a number of other individuals connected to the hijackers," who according to the FBI was an ardent supporter of Osama bin Laden and bragged to an FBI asset that he "did more than al-Bayoumi did for the hijackers" (CJI at pp. 417, 426);

- Muhammed Jaber al Fakihi, another employee of the Ministry of Islamic Affairs with extensive ties to terrorism, who according to declassified intelligence documents directly aided the Hamburg al Qaeda cell that coordinated the 9/11 attacks;

- Mohammed al Qudhaeein, another Saudi government agent whose "profile is similar to that of al-Bayoumi," who participated, along with another long-time Saudi government agent named Hamdan al Shalawi, in a dry run for the 9/11 attacks during a 1999 flight from Phoenix to Washington, D.C. "to attend a party at the Saudi embassy," attempting "on two occasions to enter the cockpit," in order "to test the security procedures of America West Airlines in preparation for and in furtherance of UBL/Al Qaeda operations" (CJI at pp. 419, 433-34);

- Omar Abdi Mohamed, another employee of the Kingdom's Ministry of Islamic Affairs stationed in California, who funded al Qaeda through a purported charity he established called the Western Somali Relief Agency;

- individual government officials and employees who headed and worked in the Kingdom's so-called charities; and

- individual Saudi government imams who served as recruitment agents and fundraisers for bin Laden's organization.

37.    *Fourth,* pursuant to state and federal law theories of secondary liability (aiding and abetting and conspiracy), plaintiffs' factual allegations and evidence support the attribution of the September 11th attacks themselves to Saudi Arabia for purposes of both jurisdiction and liability.

### Jurisdiction Pursuant to 1605(a)(5) – Non-Commercial Torts Exception

38.    The text of the FSIA's non-commercial tort exception provides that foreign states do not enjoy immunity for tort claims that:  "(1) are noncommercial, (2) seek 'money damages,' (3) for 'personal injury or death, or damage to or loss of property,' (4) that 'occur[ed] in the United States,' and (5) that was 'caused by the tortious act,' (6) 'of [a defendant] foreign state or [its] employee . . . acting within the scope of his . . . employment,' unless (7) the claim is based on a discretionary act or (8) it is for 'malicious prosecution, abuse of process, libel, slander, misrepresentation, deceit, or interference with contract rights.'  28 U.S.C. § 1605(a)(5)."  *Doe v Bin Laden, et al.*, 663 F.3d 64, 66 (2d Cir. 2011).

39.    As summarized above and set forth with particularity below, plaintiffs' claims seek money damages for personal injury, wrongful death, and damage to property occurring in the United States, pursuant to common law and statutory tort claims that are non-commercial and are not "for malicious prosecution, abuse of process, libel, slander, misrepresentation, deceit, or interference with contract rights," in satisfaction of the first four and eighth textual requirements of § 1605(a)(5).

40.     Further, plaintiffs' facts and evidence relating to the attributable tortious acts of Saudi Arabia and its employees, agents, and alter-egos in support of the September 11th attacks and al Qaeda, and implicated doctrines of secondary liability, satisfy the non-commercial tort exception's requirements that the claim seek redress for injuries that were "caused by" a tortious act of the foreign state, or of an employee or official of the foreign state acting within the scope of his employment or office.

41.     Plaintiffs' claims also satisfy any potential non-textual requirement under the non-commercial tort exception of an "entire tort" committed in the United States, as plaintiffs plead and offer facts and evidence that:   (1) individuals who were employees and agents of the Kingdom, acting within the scope of their employment and agency, knowingly provided critical support to the September 11th hijackers and plotters through activities undertaken in the United States; (2) several ostensible "charities" that extensively funded and supported al Qaeda, including from offices in the United States, were agents and controlled alter-egos of the Kingdom or discharged core government functions, making their U.S.-based torts attributable to the Kingdom; (3) the tortious acts of Saudi employees, agents, and alter-egos in support of al Qaeda outside of the United States were intimately related to, and thus part of the same tort as, the September 11th attacks here; and (4) the September 11th attacks were themselves an "entire tort" in the United States, attributable to the Kingdom under state and federal common law secondary liability principles.

42.     Further, the tortious acts which form the basis of plaintiffs' claims do not fall within the discretionary function limitation of the non-commercial tort exception, as they involve the provision of material support and resources to al Qaeda in violation of U.S. and international law, and were prohibited by the laws of numerous other jurisdictions where such support was provided.   The activities facilitating the provision of that material support, including the

347

placement of employees and agents of the Saudi government in the United States to perform undisclosed functions, violated other U.S. laws as well, including the Espionage Act and U.S. immigration laws.

43.     Recognizing this Court's considerable familiarity from prior proceedings in these MDL proceedings with the historical facts that inform and provide context for plaintiffs' claims, this Amended Complaint now proceeds, in the interests of clarity, to discuss the September 11th attacks themselves, and then surveys the key evidence and facts concerning the tortious acts of the Saudi government and its employees, agents, and alter-egos in furtherance of those attacks.

44.     In further support of the claims set forth herein, plaintiffs incorporate by reference in its entirety the February 3, 2015 Averment of Facts and Evidence in Support of Their Claims Against the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina ("Averment"), ECF No. 2927-1, attached as Appendix 1 hereto, which sets forth relevant details concerning al Qaeda's origins in the Afghan jihad and development of bin Laden's terrorist organization in the ensuing years (Averment ¶¶ 15-48); al Qaeda's targeting of the United States from the date of its foundation through September 11, 2001 (Averment ¶¶ 86-101, 307-308); the role of Wahhabi Islam in the Saudi state and the power and influence of the Kingdom's government clerics (Averment ¶¶ 49-124); the links between Saudi Wahhabism and terrorism (Averment ¶¶ 125-130); details concerning the September 11th plot itself (Averment ¶¶ 131-263); counter-terrorism reforms targeting the Kingdom's Ministry of Islamic Affairs after the September 11th attacks that reflect and evidence the Ministry's involvement in terrorist activities prior to September 11, 2001 (Averment ¶¶ 264-285); the Saudi government da'awa organizations' material support of al Qaeda and terrorist activities (Averment ¶¶ 286-580); and the Kingdom's knowledge of the involvement of its charities and components of its proselytizing apparatus in supporting al Qaeda (Averment ¶¶ 581-587).

45.     Plaintiffs also incorporate by reference the evidence they filed of record in the MDL proceedings in further support of the factual allegations of their Averment and their claims against the Kingdom and the Saudi High Commission. ECF Nos. 2927, 2927-1 – 2927-24.[2]

## IV.    <u>FACTUAL BACKGROUND</u>

46.     On September 11, 2001, nineteen members of the al Qaeda terrorist organization, fifteen of whom were citizens of the Kingdom of Saudi Arabia, hijacked four commercial airliners, and used those planes as weapons in a coordinated terrorist attack upon the United States and its citizens (the "September 11th attacks").  The hijackers caused two jets to crash into the World Trade Center Towers in New York, and a third to crash into the Pentagon Building in Arlington County, Virginia.  The fourth airliner crashed into a field near the town of Shanksville, Pennsylvania, after innocent passengers challenged the hijackers and prevented them from reaching their apparent target in Washington, D.C.

47.     At the time of the September 11th attacks, al Qaeda was a designated foreign terrorist organization under section 219 of the Immigration and Nationality Act (8 U.S.C. § 1189).

48.     The September 11th attacks resulted in the tragic loss of several thousand lives, physical injuries to countless other persons, and property damage on a catastrophic scale, including the complete destruction of the World Trade Center Complex.

49.     The September 11th attacks were an "act of international terrorism" within the meaning of 18 U.S.C. § 2331.  *See Final Report of the National Commission on Terrorist Attacks Upon the United States* ("9/11 Commission Final Report") at pp. 172-73 (describing the 9/11 attacks as a "complex international terrorist operation")*; see also Hamdan v. Rumsfeld*, 548 U.S. 557, 567-568 (2006) ("On September 11, 2001, agents of the al Qaeda terrorist organization

---

[2]Pursuant to the Court's Order of August 31, 2016, plaintiffs are not relying on the documents that were the subject of that Order and identified as exhibits 9, 10, and 11 in ECF No. 2927-24 (bates stamped PEC-KSA000191-196).

hijacked commercial airplanes and attacked the World Trade Center in New York City and the national headquarters of the Department of Defense in Arlington, Virginia.  Americans will never forget the devastation wrought by these acts.  Nearly 3,000 civilians were killed.  Congress responded by adopting a Joint Resolution authorizing the President to 'use all necessary and appropriate force against those nations, organizations, or persons he determines planned, authorized, committed, or aided the terrorist attacks . . . *in order to prevent any future acts of international terrorism against the United States* by such nations, organizations or persons.' Authorization for Use of Military Force (AUMF), 115 Stat. 224, note following 50 U.S.C. § 1541 (2000 ed., Supp. III).") (Emphasis added).

50.     As confirmed by countless investigations, the September 11th attacks were the culmination of a more than decade long campaign by al Qaeda to carry out spectacular terrorist attacks against the United States, set in motion with the formation of al Qaeda in 1988.

51.     As further detailed below, the Kingdom provided material support to al Qaeda for more than a decade leading up to the September 11th attacks, with knowledge of al Qaeda's intent to conduct terrorist attacks against the United States, and an awareness that al Qaeda would use the support provided by the Kingdom to achieve that objective.

52.     As further detailed below, the support provided by the Kingdom enabled al Qaeda to obtain the global strike capabilities necessary to carry out the September 11th attacks, and was essential to the success of those attacks.  Indeed, the material support provided to al Qaeda by employees, agents, and alter-egos of the Saudi government, all of which is attributable to the Kingdom itself, included direct assistance to the September 11th plotters and hijackers and massive funding and logistical support that enabled Osama bin Laden to build and sustain the al Qaeda organization.

53.     As further detailed below, the material support provided by the Kingdom to al Qaeda encompasses the tortious acts of:  (1) individual Saudi government employees, officials, and agents, who knowingly provided direct aid and support to the September 11th hijackers and plotters and al Qaeda organization, from within the United States and elsewhere, while acting within the scope of their employment, office, or agency; (2) proselytizing organizations (including the SHC) established, funded, directed, and supervised by the Saudi government to propagate Wahhabi Islamist ideology throughout the world, as a core function and duty of the Saudi state, which knowingly, directly, and extensively supported al Qaeda's targeting of the United States by funding and collaborating intimately with al Qaeda, including through offices located in the United States; (3) additional components of the Kingdom's vast Wahhabi proselytizing apparatus in support of al Qaeda; and (4) the September 11th hijackers themselves, pursuant to theories of secondary liability (aiding and abetting and conspiracy).

## V.     MATERIAL SUPPORT FOR AL QAEDA AND THE 9/11 ATTACKS FROM SAUDI ARABIA'S PROSELYTIZING AGENTS AND ALTER-EGOS

54.     The emergence of al Qaeda under the patronage of the Saudi government's proselytizing apparatus is rooted in the unique relationship between the House of Saud and Wahhabi Islam.

55.     The modern Saudi state is a product of a pact forged in the 18th century between Muhammad Ibn al Saud, the head of the al Saud tribe in Arabia, and Muhammad Ibn Abd al Wahhab, a Muslim scholar from the Najd region of Arabia.

56.     Ibn Abd al Wahhab's ideas and teachings form the basis of the Islamic school of thought commonly known as Wahhabism, which forms the ideological foundation for the al

Qaeda movement.  According to the 9/11 Commission, al Qaeda finds inspiration and religious justification for its actions in "a long tradition of extreme intolerance" that flows "through the founders of Wahhabism."  *See* 9/11 Commission Final Report at p. 362.

57.     Pursuant to the compact between the House of Saud and the Saudi Ulema (Wahhabi scholars and clerics), the Ulema provide religious legitimacy for the House of Saud's political rule.  In exchange, the House of Saud provides the Ulema with government platforms and resources to promote their Wahhabi religious agenda.

58.     One of the most absolute conditions of this arrangement is the requirement that the Saudi state propagate Wahhabi Islam globally.  *See* 9/11 Commission Final Report at p. 372 (confirming the "dedication of the [Saudi] government to propagating the Islamic faith, particularly the Wahhabi sect that flourishes in Saudi Arabia").

59.     In this regard, the Kingdom's Basic Law of Governance expressly provides that "[t]he State shall…undertake its duty regarding the propagation of Islam (Da'wah)."  *See* ECF No. 2927-9 (Affirmation of Evan Francois Kohlmann) (hereinafter "Kohlmann Affirmation") at ¶ 16, n. 2.

60.     To comply with this obligation, the Kingdom established several state da'awa organizations to serve as instruments for conducting proselytizing activities and otherwise advancing the Wahhabi agenda of the Saudi Ulema globally, including MWL, IIRO, WAMY, Al Haramain Islamic Foundation, Rabita Trust, the SHC, SJRC, SRC, Benevolence International Foundation ("BIF"), and Al Haramain al Masjed al Aqsa.

61.     From the formation of al Qaeda in 1988 through the September 11, 2001, those Wahhabi proselytizing organizations established, funded, directed and controlled by the government of Saudi Arabia, and supervised by the Kingdom's Ministry of Islamic Affairs and embassies and consulates outside of Saudi Arabia, were responsible for providing the massive

funding and other forms of support that allowed Osama bin Laden and al Qaeda to acquire the global strike capabilities employed by al Qaeda on September 11, 2001, and were at all times components of the Saudi government itself.

62.     Osama bin Laden's collaboration with the Saudi state da'awa organizations began during the jihad against the Soviet Union in Afghanistan, when several of those organizations formed the nucleus of a support network to provide funds, arms, and other assistance to the mujahideen (jihad fighters), at the direction of the Saudi government and working in close coordination with bin Laden.

63.     When Osama bin Laden formed al Qaeda in 1988 to conduct jihad against the United States, the support network established by the da'awa organizations during the Afghan campaign was adapted to support bin Laden's targeting of the United States.

64.     Indeed, internal al Qaeda documents detailing the formation of bin Laden's terror organization, seized by the United States during a 2002 raid of an al Qaeda front charity and analyzed in detail in a DOJ evidentiary proffer, indicate that Dr. Abdullah Omar Naseef, the then head of MWL and a member of the Kingdom's Majlis al Shura (government consultative council), personally met with bin Laden and other founding members of al Qaeda at the time of al Qaeda's formation, and agreed that MWL offices would be used as a platform for the new jihad organization, and that attacks would be launched from MWL's offices.  *See* Averment ¶ 345; ECF No. 2927-24 (Index of Evidence Supporting Plaintiffs' Averment of Facts) (hereinafter referred to as "Index of Evidence"), Ex. 125.

65.     Contemporaneous with this agreement, Saudi government officials installed founding al Qaeda members in leadership posts of the Saudi da'awa organizations, in locations of strategic importance to al Qaeda.

66.     For example, Naseef appointed Wa'el Hamza Jelaidan, a founding al Qaeda member whom the United States designated as a terrorist after 9/11 for "direct[ing] organizations that have provided financial and logistical support to al-Qaida," to serve as the head of the Peshawar, Pakistan office of MWL in 1989.  *See* Averment ¶ 564.

67.     Naseef also appointed Mohammed Jamal Khalifa, another founding al Qaeda member and Osama bin Laden's brother in law, to serve as the director of a new IIRO office in the Far East in this time period, another location of strategic importance to the new al Qaeda organization for recruitment and other reasons.  *See id.* ¶ 350.

68.     Shortly after assuming that post, Khalifa used IIRO funds and resources to support a terrorist cell in the Philippines, which included 9/11 masterminds Khaled Sheikh Mohammed and Ramzi Yousef, in relation to the development of an aviation-based terrorist plot involving the planned simultaneous in-flight detonations of twelve U.S. flag commercial airplanes.  That very plot, often referred to as "Operation Bojinka," was adapted by Khaled Sheikh Mohammed, using the knowledge he had acquired during its development about vulnerabilities in the aviation security system, into the September 11th plot.  *See id.*

69.     The internal documents relating to al Qaeda's establishment and other evidence indicate that founding al Qaeda members held senior posts in WAMY/BIF (Adel Batterjee), SRC (Wa'el Jelaidan), and Al Haramain Islamic Foundation (Aqeel al Aqeel) during the period surrounding al Qaeda's formation.

70.     In the years following al Qaeda's formation with the direct assistance of the Saudi officials who directed the Kingdom's da'awa organizations, support flowed continuously from the Kingdom's da'awa organizations to al Qaeda, providing the massive funding and other essential resources that enabled bin Laden to build and maintain al Qaeda.

71.     As the 9/11 Commission's Staff Monograph on terrorist financing explained, "al Qaeda was funded, to the tune of approximately $30 million per year, by diversions of money from Islamic charities."

72.     State Department cables, U.S. intelligence and counter-terrorism reports, declarations of U.S. officials, foreign intelligence reports, and other evidence confirm that the "Islamic charities" most responsible for channeling this essential support to al Qaeda were MWL, IIRO, WAMY, Al Haramain Islamic Foundation, Rabita Trust, SHC, SJRC, SRC, BIF and Al Haramain al Masjed al Aqsa.

73.     Plaintiffs have offered particularized facts and evidence in their Averment, spanning over 80 pages, documenting the terrorist activities of each of those organizations in support of al Qaeda.  *See* Averment at ¶¶ 286-587, incorporated herein by reference.

74.     Those factual allegations (and the evidence supporting them) document those da'awa organizations' massive funding of al Qaeda, intimate involvement in all aspects of al Qaeda's operations, and broad use of their infrastructures and resources to advance al Qaeda's terrorist agenda.

75.     The tortious acts of those da'awa organizations in support of al Qaeda included:

(a)     raising and laundering funds on behalf of al Qaeda and its affiliates;

(b)     channeling funds to al Qaeda;

(c)     providing financial and logistical support and physical assets to al Qaeda members;

(d)     directly participating in al Qaeda's terrorist activities, including the planning, coordination, funding and execution of terrorist attacks;

(e)     permitting al Qaeda members to use ostensible employment with their organizations as a cover for their travels and terrorist activities;

(f)     serving as liaisons to localized terrorist organizations on behalf of al Qaeda, thereby assisting al Qaeda in expanding its operational base and sphere of influence;

355

(g)      funding and facilitating shipments of arms and supplies to Islamic terrorist organizations and associated separatist movements, including al Qaeda;

(h)      funding camps used by al Qaeda and associated jihadist organizations to train soldiers and terrorists, including camps used to train the September 11th hijackers;

(i)      actively recruiting new members for al Qaeda;

(j)      working throughout the world to spread al Qaeda's jihadist ideology and draw new adherents to its cause;

(k)      serving as channels for distributing information and documentation within Islamic terrorist organizations and associated separatist movements, including al Qaeda, and from Islamic terrorist organizations and separatist movements to the media;

(l)      disseminating publications designed to advance al Qaeda's Wahhabi Islamist ideology throughout the Muslim world and legitimize violent jihad against Christians and Jews on the grounds that they are "infidels" who do not deserve to live; and

(m)      openly advocating for young Muslims to take up arms against Western and democratic societies, including the United States.

76.     The intimate collaborations between the Saudi government da'awa organizations and al Qaeda are further reflected by actions, statements, and reports by the U.S. government pertaining to each in the years immediately before and after the September 11th attacks.

77.     For instance, following the September 11th attacks, the United States designated the entire Al Haramain Islamic Foundation organization and its senior leadership pursuant to the Executive Order 13224 Specially Designated Global Terrorist program, explaining that Al Haramain was one of the principal organizations "providing support for the al Qaeda network and promoting militant Islamic doctrine worldwide." *See* Averment ¶¶ 483-92, 503.

78.     The United States also designated Rabita Trust on October 12, 2001 "for its close ties to senior al Qaida leadership and for providing logistical and financial support to al Qaida." *See id.* ¶ 580.   As reflected in the designation, Rabita Trust's director during the period immediately before and through the 9/11 attacks was al Qaeda founding member Wa'el Jelaidan,

who was again serving in a position of authority in a Saudi government da'awa organization by appointment of the Saudi government.

79.     The U.S. designated several offices of the IIRO as well, along with a senior IIRO official in Saudi Arabia (who in that capacity was an employee of the Saudi government), describing him as the "million dollar man' for supporting Islamic extremists."  *See id.* ¶¶ 403-05.

80.     State Department cables further identify IIRO as "the principal sponsor of terrorist training camps in Afghanistan during the Taliban regime" and indicate that "Usama bin Ladin used the entire IIRO network for his terrorist activities."  *See id.* ¶¶ 326, 330-32, 393-94.

81.     State Department cables similarly reveal that the U.S. embassy in Sarajevo recommended that the SHC be designated pursuant to Executive Order 13224 based on its activities in support of al Qaeda, and that U.S. counter-terrorism officials included the SHC in a group of terrorist fronts they referred to as the "dirty dozen."  *See* Index of Evidence, Ex. 229.

82.     Department of Defense records likewise confirm the United States' determination that "WAMY is a Tier 1 Counterterrorism NGO target, defined as those that have demonstrated sustained and active support for terrorist organizations willing to attack U.S. persons or interests."

83.     In a confidential communication to UN peacekeeping forces, the United States identified SJRC as an organization that "move[s] money and men" for Osama bin Laden, and noted that SJRC's director, Wa'el Jelaidan (once again, by appointment of the Saudi government), was an associate of Osama bin Laden.  *See* Averment ¶¶ 551, 566.

84.     Plaintiffs' Averment cites a range of additional U.S. actions, reports, and statements concerning the al Qaeda support activities of MWL, IIRO, WAMY, BIF, Al Haramain, SHC, SRC, SJRC, Al Haramain al Masjed al Aqsa, and Rabita Trust.  *See id.* ¶¶ 40,

316-31, 342, 364, 369, 381-83, 385-90, 392-95, 397-404, 426-38, 472-75, 483, 484, 486-92, 503, 503, 507, 509-18, 536-42, 555-58, 562, 564, 566, and 580.

85.     The material support provided by the Saudi da'awa organizations included aid and operational assistance closely related to al Qaeda's efforts to target the United States through large scale terrorist attacks, including the September 11th attacks themselves.

86.     For example, U.S. government reports indicate that IIRO and Al Haramain Islamic Foundation funded the very terrorist camps where the 9/11 hijackers received their training.  *See id.* ¶¶ 315, 330-31, 382, 393-94.

87.     An IIRO official interrogated by Indian officials in relation to a 1999 al Qaeda plot to attack the U.S. diplomatic missions in Calcutta and Madras, Sayed Abu Naser, confirmed this funding program, telling his interrogators that he personally visited al Qaeda camps in Afghanistan on behalf of IIRO, to assess their funding needs.  Naser estimated that as much as 50-60% of IIRO funds were channeled to terrorist training camps in Afghanistan and Kashmir.

88.     The findings of a partial audit conducted by a Pakistani affiliate of Ernst & Young of funds distributed by IIRO's Saudi headquarters through its office in Pakistan align with this estimate.  *See* Index of Evidence, Ex. 166.

89.     Completed just months before the September 11th attacks and covering the period between January 1996 through February 2001, the partial audit found that over half of the funds distributed through the office – totaling millions of dollars – could not be accounted for, and that senior officials of IIRO had engaged in the wholesale fabrication of invoices, receipts, and entire construction projects to conceal the illicit use of the funds.  *See id.*

90.     According to Jamal al Fadl, a former al Qaeda official who became a cooperating witness for the United States and testified at length in the African embassy bombing trials, IIRO

officials had been using fraudulent orphan distribution lists to conceal the funding of al Qaeda since at least the early 1990s.

91.     U.S. and foreign investigations also document the direct involvement of both IIRO and Al Haramain Islamic Foundation in the planning, coordination, and execution of the 1998 al Qaeda bombings of the U.S. embassies in Kenya and Tanzania, as well as IIRO's role in the aviation-related terrorist plot that was adapted and became the September 11th plot. *See* Averment ¶¶ 362, 419, 486, 502.

92.     In addition, the director of Al Haramain Islamic Foundation's office in Belgium, Tarek Maaroufi, was arrested in late 2001 by Belgian authorities and thereafter convicted for involvement in the assassination of anti-Taliban Northern Alliance commander Ahmed Shah Massoud.

93.     The assassination was a component of the 9/11 plot itself:  Massoud was killed in Afghanistan just two days before the September 11th attacks, as part of al Qaeda's efforts to limit operational capabilities of the Northern Alliance to mount an offensive against al Qaeda in response to the attacks.  Maaroufi, who was hired by Al Haramain following his release from prison for involvement in a terrorist grenade attack in Belgium, recruited the assassins and provided them with fake passports for the operation.

94.     A post-9/11 counter-terrorism raid of the Sarajevo office of the SHC, meanwhile, uncovered a range of materials confirming the SHC's direct involvement in the portfolio of plots al Qaeda was developing during that time period to attack the American homeland (of which the September 11th plot was a component), including photographs of the World Trade Center before and after its collapse, photographs of the United States embassies in Kenya and Tanzania and the U.S.S. Cole, files on deploying chemical agents with crop dusters, information about how to

make fake State Department badges, and photographs and maps of Washington marking prominent government buildings.  *See* Averment ¶¶ 533-34.

95.     The subject matter of those materials recovered in the raid of the SHC's offices, within weeks of the September 11th attacks, mirrors several of the plots Zacarias Moussaoui testified that he was sent to the United States by al Qaeda to explore. ECF No. 2927-8 (describing plot to use crop dusting plane in terrorist attack on U.S. soil).

96.     Separately, convicted al Qaeda member and SHC employee Ali Ahmed al Hamad affirmed in his testimony that al Qaeda members were broadly embedded in SHC offices, and were using SHC facilities to plot attacks against the West.  *See* Averment ¶¶ 525-27.

97.     The SHC's material sponsorship of al Qaeda also encompassed arms trafficking on behalf of Osama bin Laden's organization, and the laundering of millions of dollars for al Qaeda's benefit, as reflected by U.N. and Bosnian investigations.  *See id.*  ¶¶ 530, 542.  The SHC's fundraising activities in support of al Qaeda included money laundering operations carried out in collaboration with Wa'el Jelaidan, Yassin Kadi and Chafiq Ayadi, all of whom were designated by the United States after the September 11th attacks pursuant to Executive Order 13224.

98.     More broadly, statements of U.S. officials and government reports demonstrate how the expansive support provided by the Saudi government da'awa organizations enabled Osama bin Laden to build and sustain the al Qaeda organization, and acquire the resources and assets necessary to carry out the September 11th attacks.  *See id.* ¶¶ 316-32.

99.     In this regard, the 9/11 Commission expressly found that the "9/11 attack was a complex international operation, the product of years of planning."  *See* 9/11 Commission Final Report at p. 365.

100.    The 9/11 Commission's Final Report further confirms that plans for the attacks were carefully vetted through al Qaeda's most senior leadership over a period of nearly six years, while those leaders were safely ensconced in training camps and safe houses funded by al Qaeda's financial supporters; that the individuals selected to participate in the attacks were chosen from an enormous pool of potential candidates, all of whom were recruited, trained, and indoctrinated with funds provided by the organization's supporters; and that details of the plans were revised up until the last minute, through a sophisticated global communication network capable of evading the surveillance and intelligence operations of the United States and its allies, the development and existence of which was also dependent on the financial sponsorship of al Qaeda's supporters.  *See* Averment ¶ 33.

101.    The cost of maintaining this essential infrastructure in the years immediately leading up to the September 11th attacks was massive:  al Qaeda's budget included $20 million in payments to the Taliban alone, in exchange for the safe haven the Taliban provided to al Qaeda, from which al Qaeda planned, coordinated, and directed the September 11th attacks.

102.    Based on these and other findings of its investigation concerning the relationship between al Qaeda's global infrastructure and the organization's operational capability to plan, coordinate, and mount the September 11th attacks, the 9/11 Commission reached the following conclusions regarding the basic organizational requirements for staging a sophisticated terrorist attack:

> A complex international terrorist operation aimed at launching a catastrophic attack cannot be mounted by just anyone in any place. Such operations appear to require
>
> • time, space, and ability to perform competent planning and staff work;
>
> • a command structure able to make necessary decisions and possessing the authority and contacts to assemble needed people, money, and materials;

361

- opportunity and space to recruit, train, and select operatives with the needed skills and dedication, providing the time and structure required to socialize them into the terrorist cause, judge their trustworthiness, and hone their skills;

- a logistics network able to securely manage the travel of operatives, move money, and transport resources (like explosives) where they need to go;

- access, in the case of certain weapons, to the special materials needed for a nuclear, chemical, radiological, or biological attack;

- reliable communications between coordinators and operatives; and

- opportunity to test the workability of the plan.

*See* 9/11 Commission Final Report at pp. 365-66.

103.    U.S. counter-terrorism officials have expressed complete agreement with these empirical conclusions, affirming consistently and repeatedly the critical importance of al Qaeda's broader infrastructure and resources to its capacity to conceive, plan, coordinate, and successfully conduct sophisticated terrorist attacks, including the September 11th attacks themselves.  *See* Averment ¶¶ 316-31.

104.    Plaintiffs' facts and evidence establish that the Saudi government da'awa organizations were principal providers of the funds and other resources used to build and sustain that infrastructure and acquire the organizational assets al Qaeda required to plan and carry out the attacks, thus drawing a direct and clear causal nexus between their contributions of support and the attacks.

## The Tortious Acts of the Kingdom's Da'awa Organizations in Support of al Qaeda Are Attributable to Saudi Arabia

105.    The tortious acts of the Saudi da'awa organizations in support of al Qaeda are attributable to the Kingdom on three separate grounds:  (1) the da'awa organizations perform core functions of the Saudi state; (2) the da'awa organizations are agents of the Kingdom; and

(3) the Saudi government dominates and controls the da'awa organizations, making them alter-egos of the Saudi government as well.

106.    Saudi Arabia's Basic Law of Governance expressly provides that "[t]he State shall … undertake its duty regarding the propagation of Islam (Da'wah)," thus confirming that the propagation of Wahhabi Islam globally is both a core function and duty of the Saudi government.   *See* Affirmation of Evan Francois Kohlmann ¶ 16, n. 2 (ECF No. 2927-9) ("Kohlmann Affirmation").

107.    Indeed, in a speech on the issuance on the Basic Law of Governance in 1992, then-King Fahd bin Abdulaziz identified the nine bases for the foundation of the modern Saudi state, including "the undertaking of the Propagation of Islam (Dawah) and its dissemination, since the Propagation of Islam is one of the most important functions of an Islamic state." *See* Kohlmann Affirmation ¶ 17.

108.    Reinforcing this point, a senior Saudi official has testified in this litigation that da'awa activities have been a "core policy and function of the Kingdom since its founding." *See* Declaration of Abdulaziz H. Al Fahad ¶ 8 (ECF No. 85-3).

109.    During the period from al Qaeda's formation through the September 11th attacks, MWL, IIRO, WAMY, BIF, Al Haramain Islamic Foundation, SHC, SRC, SJRC, Al Haramain al Masjed al Aqsa, and Rabita Trust served as the primary agents through which the Saudi government fulfilled this core function and duty to proselytize Wahhabi Islam globally.

110.    The legal characterizations several of the charities have assigned to themselves in this litigation confirm their governmental character, and necessarily establish their status as agents of the Saudi government responsible for conducting the Saudi government's da'awa activities abroad.

363

111.    In this regard, the SHC, MWL, IIRO, SJRC, and SRC each has asserted status as a "foreign state" within the meaning of 28 U.S.C. § 1603, in filings submitted to the Court in this litigation.

112.    Because none of those entities issues stock, their claims to such status necessarily rest on the assertion that they are "organs" of the Saudi government.

113.    By claiming organ status, the SHC, MWL, IIRO, SJRC, and SRC have themselves affirmed that they were created to fulfill a state obligation or purpose, and operate under the supervision of the state.  *See, e.g., Filler v. Hanvit Bank*, 378 F.3d 213, 217 (2d Cir. 2004) (describing characteristics of "organ").

114.    Consistent with these and other facts and evidence of record, the da'awa organizations are agents of the Saudi government, engaged in the performance of core functions and duties of the Kingdom.

115.    Further on this point, plaintiffs' expert Evan Kohlmann has offered testimony concerning the architecture of the government apparatus established and operated by the Saudi government to fulfill its obligation to spread Wahhabi doctrine and practice globally, and the roles of the da'awa organizations within that government framework.  *See* Kohlmann Affirmation, incorporated herein by reference.

116.    As reflected by the Kohlmann Affirmation and related evidence, the Kingdom's government proselytizing apparatus is comprised of three principal components:  the Supreme Council for Islamic Affairs; the Ministry of Islamic Affairs; and the individual da'awa organizations themselves (MWL, IIRO, WAMY, Al Haramain Islamic Foundation, SHC, SRC, SJRC, Al Haramain al Masjed al Aqsa, and Rabita Trust).  *See* Kohlmann Affirmation ¶ 20.

117.    As Saudi officials quoted in the Kohlmann Affirmation have explained, the Supreme Council for Islamic Affairs is the "planning body" responsible for "the Islamic work by

the Kingdom abroad," a function that includes coordinating "Saudi activities undertaken by the Islamic [da'awa] organizations."  *See id.* ¶ 21.

118.    The Ministry of Islamic Affairs is, in turn, an operational body that implements the Supreme Council's decisions, including through its funding, supervision, and direction of the individual da'awa organizations.  *See* ECF No. 2927-16; Averment ¶¶ 115-16.

119.    The da'awa organizations undertake their Wahhabi proselytizing work pursuant to the policies established by the Saudi government, with funding provided by the government, under the supervision of the Ministry of Islamic Affairs and local embassies and consulates, subject to the approvals of the Saudi government (including the Supreme Council of Islamic Affairs and Ministry of Islamic Affairs), and under the leadership of the "government officials who head those organizations."  *See* ECF No. 85-3 (Declaration of Abdulaziz H. Al Fahad) at ¶ 11; Averment ¶¶ 117-18.

120.    Consistent with this framework described in the Kohlmann Affirmation, the Kingdom regularly cites the activities of the da'awa organizations as achievements of the state itself, and employees of those organizations have in various settings confirmed that their activities are supervised by the Saudi government, undertaken pursuant to policies set by the Kingdom, and overwhelmingly funded by the Saudi government.  *See* Kohlmann Affirmation ¶ 24.

121.    For example, Al Haramain Islamic Foundation submitted an affidavit in this litigation attesting that "al Haramain operates under the supervision of the Saudi Islamic Affairs, who appoints its Board of Directors and senior management personnel," and a senior Al Haramain official elsewhere has stated that "we work under the supervision of Saudi government."  *See* Averment ¶ 47.  That same official confirmed that 95% of Al Haramain's funding comes from Saudi Arabia.  *See id.*

122.     Arafat El Asahi, the Director of IIRO in Canada and a full-time employee of the MWL, similarly testified as follows during a Canadian court proceeding:

> Let me tell you one thing, the Muslim World League, which is the mother of IIRO, is a fully government funded organization. In other words, I work for the government of Saudi Arabia. I am an employee of that government. Second, the IIRO is the relief branch of that organization which means that we are controlled in all of our activities and plans by the government of Saudi Arabia. Keep that in mind, please … I am paid by my organization which is funded by the [Saudi] government . . . The [IIRO] office, like any other office in the world, here or in the Muslim World League, has to abide by the policy of the Government of Saudi Arabia. If anybody deviates from that, he would be fired; he would not work at all with IIRO or with the Muslim World League.

*See* Averment ¶ 340.

123.     Consistent with Asahi's testimony, MWL Secretary General Abdullah Mohsen al Turki confirmed in November of 2000 that the Saudi government provides "over 90%" of MWL's budget.

124.     Dr. Mutlib bin Abdullah Al Nafissa, Minister of State of the Council of Ministers of Saudi Arabia, has testified that the SHC "is an arm of the Saudi Arabian government. Actions taken by the SHC properly are viewed as actions of the Government of Saudi Arabia." *See* Averment ¶ 521; ECF Nos. 141-5, 262-5 (Declaration of Dr. Mutlib Bin Abdullah Al Nafissa) at ¶ 3. SHC official Saud bin Mohammad Al Roshood has separately attested that "[t]he largest source of funding for the Saudi High Commission is the treasury of the Kingdom of Saudi Arabia." *See* ECF No. 262-3 (Declaration of Saud Bin Mohammad Al Roshood) at ¶ 24.

125.     Mutaz Saleh Abu Unuq, Financial Director of WAMY, has similarly confirmed in affidavit testimony that "WAMY is governed principally by its General Assembly and President who was appointed by the Saudi Government. The current President of WAMY is the Minister of Islamic Affairs in Saudi Arabia." *See* Averment ¶ 441. Officials of WAMY have also confirmed in correspondence that WAMY is subordinate to the Ministry of Islamic Affairs and

supervised by the Ministry of Islamic Affairs.   Senior WAMY officials have elsewhere confirmed that WAMY's primary source of funding comes from the Saudi government's annual budget.

126.   Abdulrahman al Swailem, President of SRC, has testified that the Government of the Kingdom "sponsors and supervises the Saudi Arabian Red Crescent Society, and the Saudi Government appoints all of its directors."  *See* Averment ¶ 545; ECF No. 96-2 (Declaration of Abdul Rahman Al Swailem) at ¶ 9.

127.   Swailem further attested that SJRC has "always functioned as a political subdivision, agency, or instrumentality of the Kingdom of Saudi Arabia," was "supervised by the Minister of Interior of the Kingdom of Saudi Arabia," and that "SJRC's mission was largely subsidized by the Kingdom of Saudi Arabia."  *See* Averment ¶ 560; ECF No. 631-3 (Declaration of Dr. Abdulrahman A. Al-Suwailem) at ¶¶ 2, 7, 11.

128.   These and other facts demonstrating that the da'awa organizations are the principal instruments through which the Saudi government fulfills its state duty to propagate Wahhabi Islam, are funded by the government and headed by government officials, and act in accordance with policies set by the government and under the supervision of the government, readily establish that they are agents of the Saudi government engaged in the performance of core functions and duties of the Kingdom.

129.   The facts and evidence of record also demonstrate that the Saudi government rigidly controlled the operations of the da'awa organizations, a showing that both further confirms that they are agents of the Kingdom, and establishes that their conduct is attributable to the Kingdom on the separate legal basis that they also are controlled alter-egos of the Saudi government.

130.    The Kohlmann Affirmation surveyed facts and evidence reflecting this control, separately as to the individual da'awa organizations, accumulated without the benefit of an opportunity to conduct discovery of the Kingdom concerning its relationship with the charities (which plaintiffs request).  *See* Kohlmann Affirmation ¶¶ 26-129.

131.    As reflected by the facts presented in the Kohlmann Affirmation and in other sources, including the limited materials produced by a handful of the da'awa organizations in discovery, the Kingdom's complete domination of the da'awa organizations is manifested through a broad range of legal, financial, policy, supervisory, administrative, and operational controls, applied in substantially the same manner as to each of the entities, as evidenced by the following:

(a)    The da'awa organizations are established by royal decree, issued by the King of Saudi Arabia and with the formal approval of high-ranking officials of the Saudi government.

(b)    The da'awa organizations are funded almost entirely by the government of Saudi Arabia.

(c)    Funds are allocated to the da'awa organizations via government grants authorized by the Special Committee of the Council of Ministers, which are paid from Saudi government bank accounts with government funds.

(d)    The government of Saudi Arabia appoints the senior officials of the da'awa organizations.

(e)    Leadership positions of the da'awa organizations are dominated by high-ranking officials of the Saudi government, who typically hold other senior posts in the Saudi government.  For example, Dr. Maneh el Johani simultaneously served as both the Secretary General of WAMY and a member of the Kingdom's Shura Council.  Additionally, Saleh bin Abdul Aziz al Sheikh, while serving as the Minister of Islamic Affairs, also served as a chairman of WAMY and Al Haramain Islamic Foundation. The Secretary General of MWL holds a position equivalent to that of a "Minister" in the Saudi government.  As the director of the SRC, Abdul Rahman al Swailem held a position at an "Excellency level" per the appointment by the Saudi King.

(f)     The da'awa organizations report to senior Saudi officials, including in certain cases the King, concerning their operations and activities outside of Saudi Arabia.

(g)     The da'awa organizations submit resolutions prepared by their governing bodies to the Saudi government's Council of Ministers for approval.

(h)     The da'awa organizations operate under significant administrative guidance and regulation from senior members of the Saudi government. Indeed, the activities and projects undertaken by the da'awa organizations, including the collection and transferring of funds, are approved at the highest levels of the Saudi government.

(i)     The da'awa organizations seek approval from the Ministry of Islamic Affairs for the annual operating budgets of projects managed by the da'awa organizations.

(j)     Policy making bodies of the Saudi government commonly direct the da'awa organizations concerning the projects and activities they are to conduct abroad, and determines which of the da'awa organizations will conduct those activities.

(k)     The provision of aid by the da'awa organizations is subject to the approval of senior Saudi officials, including in certain instances the Saudi Foreign Minister and Ministry of Foreign Affairs.

(l)     Senior officials of the Saudi government, including from within the Special Ministers Council, are embedded in the governing bodies of the da'awa organizations.

(m)    The Supreme Council for Islamic Affairs issues guidelines concerning relief activities to be undertaken by the da'awa organizations outside of Saudi Arabia.

(n)     The Ministry of Islamic Affairs has primary responsibility for supervising and directing the operations and activities of the da'awa organizations in the Kingdom and abroad. The Minister of Islamic Affairs appoints individuals to the organizations' board of directors, committees, and senior management.

(o)     The Minister of Islamic Affairs has confirmed that the da'awa organizations' activities are based on the institutional principles of the Kingdom, and that the Kingdom provides clear work plans which the da'awa organizations must follow.

(p)     Meetings of senior leaders of the da'awa organizations are in certain cases conducted at the government offices of the Ministry of Islamic Affairs.

(q)     The operations of the da'awa organizations' overseas branch offices are directed and closely supervised by the local Saudi embassies in the region, under the supervision of the embassy's Islamic Affairs Division.

(r)     Operations of the da'awa organizations outside of Saudi Arabia are commonly carried out under the direction of a joint committee consisting of representatives of the da'awa organizations and Saudi embassy personnel.

(s)     Saudi officials serving within the Islamic Affairs Departments of the Saudi embassies and consulates abroad simultaneously hold positions in the committees of the local branch offices of the da'awa organizations.

(t)     Employees of the Ministry of Islamic Affairs have worked for the da'awa organizations, while being paid by the Ministry of Islamic Affairs.

(u)     Internal correspondence of the da'awa organizations confirms that aid distributed by the da'awa organizations abroad is monitored by the Saudi embassies and the committees of the overseas offices, which include representatives of the embassies;

(v)     The da'awa organizations have indicated that the operations abroad are undertaken on behalf of the Saudi government and local Saudi embassy in those countries.

(w)     The Kingdom commonly requests that host countries grant the da'awa organizations diplomatic status, and issues diplomatic passports to employees of those offices.

(x)     Employees of the da'awa organizations have confirmed that the organizations operate as government arms, and that they themselves are Saudi government employees in their roles working for the da'awa organizations.

(y)     The branch offices of the da'awa organizations are subject to the direction of the local Saudi embassies on projects undertaken by those offices, as reflected by a 1996 directive from the IIRO's Director of the Overseas Offices Administration reminding "all managers of the IIRO overseas offices, its representatives and delegates" of "the duty to cooperate and coordinate with the brothers in charge in the host country," including the representative of the Ministry of Islamic Affairs office within the Saudi embassy and other government officials.

(z)     Branch offices of the da'awa organizations have been opened under the auspices of the local representative of the Ministry of Islamic Affairs, pending establishment of a local office.

(aa)    Internal correspondence of the IIRO indicated that the opening of offices of the da'awa organizations is subject to the approval of the Ministry of Foreign Affairs.

(bb)    Officials of the Saudi embassies abroad initiated the opening of offices of the da'awa organizations.

(cc)    The da'awa organization seek approval from the Ministry of Islamic Affairs to establish delegations to visit foreign countries.

(dd)    The Saudi government often purchases or leases buildings to house the operations of the da'awa organizations, as for example was the case with MWL's headquarters in the Kingdom, which was donated by the King, and WAMY's office in Washington, D.C., the purchase of which was coordinated by the Under Secretary of the Ministry of Islamic Affairs, and handled by the local embassy.

(ee)    Representatives of the Ministry of Islamic Affairs directly intervened in personnel decisions of the da'awa organizations at every level, such as the appointment of Abdullah bin Laden to serve as WAMY's representative in the United States.

(ff)    Saudi diplomats have held signatory authority over bank accounts of the da'awa organizations.

(gg)    The Saudi government has issued diplomatic license plates for vehicles of the da'awa organizations abroad.

(hh)    Funds transferred from the organization's headquarters in Saudi Arabia to the overseas branch offices cannot be used for anything other than the objectives for which they are allocated.

(ii)    The senior Saudi officials who head the da'awa organizations retain stringent administrative and financial control over the daily operations of the various branch offices and affiliates around the world.

(jj)    The senior Saudi officials who head the da'awa organizations have the authority to appoint and terminate employees in the overseas branch offices.

(kk)    Per the directives of the senior Saudi officials who head the da'awa organizations, the overseas branch offices are incapable of independent action. All significant administrative or financial decisions or undertakings by the overseas offices, even relatively minor decisions, are reviewed and approved at the highest levels of the organization inside the Kingdom, by the offices of the senior Saudi officials who head those organizations.

(ll)   The overseas branch offices are required to submit quarterly and annual operations and financial reports to the senior Saudi officials who head the da'awa organizations.

(mm)   The overseas branch offices are required to send copies of their monthly bank statements to the senior Saudi officials who head the da'awa organizations for review.

(nn)   The overseas branch offices are required to send monthly expense reports to the senior Saudi officials who head the da'awa organizations.

(oo)   Requests for financial aid submitted to the overseas branch offices must be sent to the senior Saudi officials who head the da'awa organizations for review.

(pp)   The overseas branch offices are forbidden from opening any bank account, or withdrawing any office funds or capital, without prior written consent of the senior Saudi officials who head the da'awa organizations.

(qq)   The overseas branch offices are forbidden from spending their own independently raised donations on projects or other activities without authorization from the senior Saudi officials who head the da'awa organizations.

132.   As reflected by the foregoing facts, the Saudi government thoroughly dominates the da'awa organizations and controls their day-to-day operations.[3]

133.   The tortious acts of the da'awa organizations in support of al Qaeda were, in turn, undertaken in furtherance of their core mission to spread Wahhabi doctrine and practice, and therefore within the scope of their agency as the Saudi government's principal instruments for spreading Wahhabism globally. *See infra* pp. 63-65; Averment ¶¶ 115-129.

## VI.   TORTIOUS ACTS OF SAUDI GOVERNMENT OFFICIALS AND EMPLOYEES WHO DIRECTED AND CONTROLLED THE KINGDOM'S DA'AWA ORGANIZATIONS

---

[3] At a minimum, these facts demonstrate how an opportunity to conduct discovery of the Kingdom concerning its relationships with the various da'awa organizations is reasonably calculated to adduce further evidence establishing that the charities are agents and controlled alter-egos of the government.

134.    As discussed above and further detailed in plaintiffs' Averment, the Saudi government's proselytizing organizations extensively aided and abetted al Qaeda's targeting of the United States, and provided funding and other assistance closely related and essential to the September 11th attacks.

135.    Apart from the fact that the tortious acts of those organizations are attributable to the Saudi state, the tortious acts of the Saudi officials who directed those organizations' support of al Qaeda, many of whom held broader roles in the Saudi government beyond their positions with the da'awa organizations, also are attributable to the Kingdom for purposes of both jurisdiction and liability.

136.    The facts and evidence documenting the terrorist activities of these so-called charities reflect broad institutional partnerships between those organizations and al Qaeda, confirming the involvement of those government officials in directing and facilitating their support for al Qaeda, as indicated by:

    (a)    The direct involvement of government officials who headed the da'awa organizations in the formation of al Qaeda;

    (b)    the sheer magnitude of the financial and other forms of material support they provided to Osama bin Laden's organization;

    (c)    the systematic placement of al Qaeda members and collaborators in positions of authority within the da'awa organizations;

    (d)    the intimacy of their collaboration in al Qaeda's operations, as documented in government investigations;

    (e)    the evidence showing that offices of the charities throughout the world were simultaneously all acting in identical ways to advance al Qaeda's terrorist agenda;

    (f)    the duration of their support for al Qaeda, spanning in most cases more than a decade;

    (g)    the fact that their support for al Qaeda continued without interruption even after offices and employees of those organizations were repeatedly and publicly implicated in terrorist activities; and

(h)   their ideological alignment with al Qaeda's jihadist agenda, as reflected in their own publications, statements, and speeches.

137.   As also detailed above, the individuals who headed these proselytizing organizations throughout the duration of their institutional partnerships with al Qaeda were Saudi government officials and employees.

138.   Individuals who controlled and worked in the branch offices of those organizations that were directly involved in al Qaeda's operations were Saudi government employees as well, as reflected by the issuance of diplomatic passports to employees of those offices, the appointment of embassy personnel from the Ministry of Islamic Affairs to the operating committees and leadership positions of those offices, and the statements of numerous employees of those da'awa organizations describing themselves as employees of the Saudi government.

139.   The material sponsorship of al Qaeda by these da'awa organizations under the direction of these Saudi government officials and employees was in furtherance of their core mission to spread Wahhabi influence throughout the world, and the tortious acts of the government officials who directed and participated in those organizations' support for al Qaeda thus fall squarely within the scope of their office and employment.  *See infra* pp. 63-65; Averment ¶¶ 115-129.

## VII.   TORTIOUS ACTS OF THE MINISTRY OF ISLAMIC AFFAIRS AND EMPLOYEES AND OFFICIALS OF THE MINISTRY OF ISLAMIC AFFAIRS

140.   Saudi Arabia's Ministry of Islamic Affairs was broadly involved in the promotion of al Qaeda's terrorist activities during the period leading up to the September 11th attacks.

141.   The Ministry of Islamic Affairs has been described as a "stronghold of zealots" during the period before 9/11, and 9/11 Commissioner John Lehman has testified that it was "well known in intelligence circles that the Islamic Affairs Departments of Saudi Arabia's diplomatic missions were deeply involved in supporting Islamic extremists."

142.    The Ministry of Islamic Affairs assumed control over the Kingdom's global da'awa apparatus following the Ministry's formation in 1993.

143.    In the ensuing years, and under the Ministry of Islamic Affairs' direction and supervision, the Kingdom's da'awa organizations pervasively channeled resources provided to them by the Ministry to al Qaeda, and collaborated intimately with bin Laden's terrorist organization.

144.    Employees of the Ministry used additional resources and institutions under their control to launder funds for al Qaeda as well, including from within the United States.

145.    For example, in or around 1998, the FBI became aware of millions of dollars in transfers from the Somali community in San Diego to fronts associated with Osama bin Laden. The FBI's further investigations indicated that "some of the funding originated from Saudi Arabia" and that the funds were laundered through mosques and Islamic centers under the control and influence of the Ministry of Islamic Affairs.

146.    Representatives of the Islamic Affairs offices of the Kingdom's embassies and consulates also provided large cash transfers to al Qaeda.   In this regard, U.S. Defense intelligence investigations determined that Saudi embassies in the Far East were providing large sums of cash, including individual transfers totaling several hundred thousand dollars, to the al Qaeda affiliated Umm al-Qura Islamic Foundation, an organization whose "activities in support of terrorism include suspicious money transfers, document forgery, providing jobs to wanted terrorist suspects, and financing travel for youths to attend jihad training."  *See* CJI at p. 435.

147.    In addition, documents recovered from the personal files of Taliban leader Mullah Omar following the September 11th attacks indicate that on November 21, 1999, Omar instructed the Afghan Ambassador in Pakistan to distribute "$2 million from Saudi aids" to Jon Juma

Namangani, a close associate of Osama bin Laden who was then serving as al Qaeda's commander in Uzbekistan.

148. The Ministry of Islamic Affairs' broad collaboration with al Qaeda before 9/11 is further reflected by the evidence implicating at least seven employees and agents of the Ministry in providing support to the 9/11 hijackers and plotters, and the fact that employees of the Ministry have been implicated in separate terrorist activities in the Netherlands, Germany, Paris, Brussels, and elsewhere.

149. In addition, Zacarias Moussaoui has testified that Osama bin Laden maintained strong relationships with the clerics who controlled the Ministry of Islamic Affairs and related components of the Kingdom's government proselytizing and Wahhabi religious apparatus. Based on his personal knowledge, Moussaoui stated that bin Laden's attitude toward the Saudi Ulema "was of complete reverence and obedience;" bin Laden's activities were conducted with the "consent and directive of the Ulema;" bin Laden would not undertake any operations without the Ulema's approval; and representatives of the senior Ulema regularly traveled to Afghanistan to visit with bin Laden.

150. Saudi government imams were deeply involved in recruitment and fundraising for al Qaeda, as reflected in records from the detainee tribunal proceedings at Guantanamo Bay and prominent academic studies.

151. Indeed, Saudi government clerics recruited certain of the 9/11 hijackers, as confirmed by the 9/11 Commission's investigation.

152. In the wake of the September 11th attacks, the United States took action to address the extremist activities of the Ministry of Islamic Affairs through its offices in the United States, removing between 60-70 individuals associated with the Islamic Affairs and religious offices of

the Kingdom's embassies and consulates in what a State Department official described as part of "an ongoing effort to protect the homeland."

153.    In addition, following al Qaeda's 2003 attacks in Saudi Arabia, the Kingdom itself removed thousands of clerics from the payroll of the Ministry, and has characterized those removals as part of a counter-terrorism effort, thus drawing a direct connection between the Ministry and terrorism in earlier periods.

154.    The nature and extent of the Ministry of Islamic Affairs' support for al Qaeda and other terrorists demonstrate that collaborating with jihadists was within the scope of the activities of the Ministry and its employees, in furtherance of the Ministry's efforts to export Wahhabi doctrine and practice.

## VIII.   ATTRIBUTABLE TORTIOUS ACTS OF INDIVIDUAL EMPLOYEES AND AGENTS OF THE SAUDI GOVERNMENT IN SUPPORT OF THE 9/11 HIJACKERS AND PLOTTERS

155.    On July 15, 2016, the United States released a partially declassified version of Part Four of the 2002 *Report of the Congressional Joint Inquiry into the Terrorist Attacks of September 11, 2001,* commonly described in media reports as the so-called "28 pages."

156.    Thereafter, in December of 2016, the FBI and DOJ released a declassified version of a 2012 FBI/DOJ "Summary Report" describing the status and principal findings of ongoing investigations into sources of support for the 9/11 hijackers, in response to a Freedom of Information Act lawsuit.

157.    These documents offer additional facts and evidence in support of plaintiffs' claims that employees and agents of the Saudi government, while engaged in performing functions on behalf of the Ministry of Islamic Affairs and Saudi proselytizing apparatus, directly aided and assisted the 9/11 hijackers and plotters.

158.   Among other factors, these newly released documents further corroborate and provide further evidence in support of the following facts:

(a)   the Saudi government maintained a network of agents in the United States in the years preceding the 9/11 attacks, whose undisclosed functions involved performing activities on behalf of and at the direction of the Wahhabi clerics who populated the Islamic Affairs Offices of the Kingdom's embassies and consulates in the United States (CJI at pp. 415-37);

(b)   members of that network maintained extensive contacts and supportive dealings with members of al Qaeda and related terrorist organizations (CJI at pp. 420-21, 428-29, 430-37);

(c)   Saudi government employees and agents who were members of that network directly aided the 9/11 hijackers at the direction of more senior Saudi officials (CJI at pp. 416-28, 430-31, 433-34) (SR at pp. 2-4);

(d)   the FBI has confirmed that Saudi government employees Omar al Bayoumi and Fahad al Thumairy provided "substantial assistance" to 9/11 hijackers Nawaf al Hazmi and Khalid al Mihdhar (SR at p. 3);

(e)   Thumairy and Bayoumi substantially assisted the 9/11 hijackers by, among other things, providing "(or direct[ing] others to provide) the hijackers with assistance in daily activities, including procuring living quarters, financial assistance, and assistance in obtaining flight lessons and driver's licenses" (SR at p. 4);

(f)   Thumairy, an extremist Wahhabi cleric who held diplomatic credentials with the Saudi consulate in Los Angeles and was denied re-entry into the United States by the State Department in 2003 based on his ties to terrorism, "immediately assigned an individual to take care of them [al Hazmi and al Mihdhar]" upon their arrival in the United States (SR at p. 4);

(g)   Bayoumi, one of the Kingdom's employees and agents in the United States performing undisclosed functions on behalf of the Kingdom's embassies and consulates and reporting to Thumairy, simultaneously maintained both extensive ties to terrorists and to Islamic Affairs representatives employed in the Kingdom's embassies and consulates in the United States and elsewhere;

(h)   Bayoumi proffered a letter from the Saudi embassy representing that he would be studying in the United States pursuant to "a full scholarship from the Saudi government" but in fact was "living in San Diego [at the time he assisted the hijackers] on a student visa despite not taking classes and

378

receiving a salary from the Kingdom of Saudi Arabia for job duties he never performed" (CJI at p. 423; SR at p. 4);

(i)      the continuing FBI and DOJ joint criminal investigation "seeks to prove these subjects [referring to Thumairy, Bayoumi and a third individual whose name is redacted but is identified as having "tasked al-Thumairy and al-Bayoumi with assisting the hijackers"] provided such assistance with the knowledge that al-Hazmi and al-Mihdhar were here to commit an act of terrorism" (SR at p. 4);

(j)      another member of the Kingdom's network of agents in the United States whose "profile is similar to that of al-Bayoumi," Mohammed al-Qudhaeein, participated along with an al Qaeda member named Hamdan al-Shalawi, who "had trained at the terrorist training camps in Afghanistan," in a dry run for the 9/11 attacks during a 1999 flight from Phoenix to Washington, D.C. "to attend a party at the Saudi embassy" (CJI at pp. 419, 433-34);

(k)      during that 1999 flight, al-Qudhaeein "went to the front of the plane and attempted on two occasions to enter the cockpit," and the FBI "believes both men [whose airline tickets were paid for by the Saudi Embassy] were specifically attempting to test the security procedures of America West Airlines in preparation for and in furtherance of UBL/Al Qaeda operations" (CJI at pp. 419, 433-34);

(l)      the Congressional 9/11 Joint Inquiry documented numerous other contacts, dealings, and transactions between individuals employed or associated with the Saudi government and known terrorists and extremists, reflecting a broad presence of al Qaeda supporters within Saudi government institutions in the years leading up to 9/11 (CJI at pp. 415-37); and

(m)      the former head of the CIA's unit established in 1996 to "focus specifically on Usama bin Laden" told U.S. investigators that "it was clear from about 1996 that the Saudi Government would not cooperate with the United States on matters relating to Usama bin Laden," explaining that "Saudi assistance to the U.S. Government on this matter was contrary to Saudi national interests" (CJI at p. 438).

159.      The additional details and findings presented in these documents and summarized above reinforce and augment a far broader range of facts and evidence that Saudi government employees and agents associated with the Kingdom's Ministry of Islamic Affairs directly aided the September 11th hijackers and plotters, from within the United States and elsewhere, as surveyed below.

**9/11 Hijackers Nawaf al Hazmi and Khalid al Mihdhar**

160.    Al Qaeda members and future 9/11 hijackers Nawaf al Hazmi and Khalid al Mihdhar arrived in Los Angeles on January 15, 2000, to commence critical U.S.-based preparations for the September 11th attacks.

161.    As the 9/11 Commission confirmed in its Final Report, Hazmi and Mihdhar were "ill prepared for a mission in the United States.  Their only qualifications for this plot were their devotion to Usama bin Laden, their veteran service, and their ability to get valid U.S. visas. Neither had spent any substantial time in the West, and neither spoke much, if any, English." *See* 9/11 Commission Final Report at p. 215.

162.    For those and other reasons, the 9/11 Commission correctly concluded that it was "unlikely that Hazmi and Mihdhar … would have come to the United States without arranging to receive assistance from one or more individuals informed in advance of their arrival."  *See id.*

163.    Consistent with the 9/11 Commission's conclusion on this point, the facts and evidence confirm that several individuals with extensive ties to terrorism immediately mobilized to provide the precise forms of assistance Hazmi and Mihdhar most needed to assimilate into the United States without detection and initiate essential preparations for the attacks.

164.    Those individuals were employees and agents of the Kingdom of Saudi Arabia, whose duties involved the performance of functions in furtherance of the extremist agenda of the Kingdom's Ministry of Islamic Affairs, including in particular Fahad al Thumairy, Omar al Bayoumi, and Osama Bassnan.

**Substantial Assistance Provided by Thumairy, Bayoumi, and Bassnan**

165.    Witnesses interviewed by the FBI after 9/11 placed Hazmi and Mihdhar at the Saudi government-funded King Fahd Mosque near Los Angeles in the days immediately after

their arrival in the United States.  At the time, Thumairy was the resident imam at the mosque, by appointment of the Kingdom's Ministry of Islamic Affairs.

166.    Thumairy was an extremist Wahhabi cleric employed by the Islamic Affairs Department of the Saudi consulate in Los Angeles, where he held diplomatic credentials, also by appointment of the Kingdom's Ministry of Islamic Affairs.

167.    As reflected in the 9/11 Commission's Final Report, Thumairy led a particularly radical faction within the local Muslim community, including persons "supportive of the events of September 11, 2001," and "had a network of contacts in other cities in the United States."  *See* 9/11 Commission Final Report at pp. 216-17.

168.    As also detailed in the 9/11 Commission Final Report, the State Department banned Thumairy from re-entering the United States in 2003, based on his apparent ties to terrorism.  *See id.* at p. 217.

169.    Thumairy was squarely at the center of orchestrating the U.S.-based support network for the hijackers upon their arrival in the United States, as reflected by the 2012 Summary Report's finding that "Al-Thumairy immediately assigned an individual to take care of them [Hazmi and Mihdhar] during their time in the Los Angeles area."  *See* SR at p. 4; *see also* 9/11 Commission Final Report at p. 217 ("The circumstantial evidence makes Thumairy a logical person to consider as a possible point of contact for Hazmi and Mihdhar"); October 25, 2002 FBI Report, *Fahad Althumairy (NON-USPER), IT-OTHER (UBL/AL-QAEDA)* (detailing evidence that Thumairy tasked a member of the King Fahd Mosque named Benomrane to assist the hijackers and "that he [Benomrane] was told by Sheik Fahad Althumairy to keep the presence of the two Saudis to himself.").

170.    Just two weeks after the hijackers' arrival in the United States, Thumairy met for an hour in his office at the Saudi consulate with Bayoumi, a Saudi national who was residing in San Diego.

171.    At the time, Bayoumi was one of several employees and agents of the Saudi government in the United States, whose undisclosed duties involved the advancement of the agenda of the Ministry of Islamic Affairs, under the direction of Thumairy and other more senior representatives of the Ministry's offices in the United States.

172.    Immediately following that meeting, Bayoumi traveled to a restaurant located in the Los Angeles area, where he met with Hazmi and Mihdhar and promptly offered to assist the future hijackers settle in San Diego, the precise city al Qaeda leadership had identified as the preferred location for the hijackers to carry out their preparations for the attacks.

173.    Following that meeting, Bayoumi did in fact provide critical assistance to the hijackers, including by helping them find an apartment in San Diego, co-signing the lease for that apartment as a guarantor, opening a bank account for the hijackers with $9000 from his own account, and paying their rent on occasion.

174.    In addition, Bayoumi took steps to ensure that the hijackers received essential assistance from other members of the San Diego Muslim community who shared the hijackers' extremist views, including Anwar al Aulaqi (a/k/a Anwar al Awlaki) and Mohdar Abdullah.

175.    In this regard, U.S. investigations have confirmed that Hazmi and Mihdhar arrived in San Diego on February 4, 2000, and that Bayoumi spent the day with the hijackers undertaking extraordinary efforts to facilitate their settlement in the area.

176.    On that same day, four telephone calls were placed from Bayoumi's cell phone to Aulaqi, who would later flee the United States and assume a leadership position in al Qaeda, prompting the United States to target and kill him in a drone attack on September 30, 2011.

177.    Investigators have determined that additional calls from Bayoumi's cell phone to Aulaqi were placed on February 10, 16, and 18, and that Bayoumi and Aulaqi were in telephone contact another five times between November of 1998 and April of 2000, and again on December 8, 2000.

178.    In an interview with 9/11 Commission staff members, Bayoumi admitted to having a relationship with Aulaqi, describing him as someone "with whom he discussed religious matters and ideas similar to those he would discuss with other imams."

179.    Aulaqi, who was covertly acting as a senior recruiter for al Qaeda and affiliated terrorist organizations and advocating jihad against the United States, had spent nearly five years as the imam of the Al Ribat Al Islami Mosque  (or "Rabat") in La Mesa, CA, northeast of San Diego.   Aulaqi had a following of approximately 200-300 people and would become an important religious leader to Hazmi and Mihdhar.

180.    FBI sources reported that "Aulaqi met consistently and privately with Alhazmi and Almidhdir for prayers," and a witness interviewed by the FBI specifically recounted seeing Hazmi and Mihdhar in the guest room on the second floor of the mosque and, on one occasion, leaving the room just after Aulaqi, at the conclusion of a meeting.  Other witnesses "informed the FBI after September 11 that [Aulaqi] had closed-door meetings in San Diego with al-Mihdhar, al-Hazmi, and another individual, whom al-Bayoumi had asked to help the hijackers."

181.    Aulaqi eventually left San Diego in mid-2000, and by January 2001 had relocated to Virginia where he took a position at the Dar al Hijra Mosque in Falls Church, VA.  The Department of Treasury's Enforcement Communications System's ("TECS") records state that Dar al Hijra "is a mosque operating as a front for Hamas operatives in U.S.," "is associated with Islamic extremists," "has been under numerous investigations for financing and providing aid

and comfort to bad orgs and members," and has "been linked to numerous individuals linked to terrorism funding."

182.     Hazmi and 9/11 hijacker Hani Hanjour arrived in Virginia in April 2001 to begin critical last-phase preparations for the attacks, and immediately sought out Aulaqi at Dar al Hijra. Upon their arrival, Aulaqi tasked a Jordanian named Eyad al Rababah to assist the hijackers get settled and find an apartment.  They eventually moved into Rababah's friend's apartment in Alexandria, VA.  On May 8, 2001, Rababah went back to the apartment to pick up Hazmi and Hanjour for a trip to Connecticut, and found they had new roommates – muscle hijackers Ahmed al Ghamdi (United Airlines Flight 175) and Majed Moqed (American Airlines Flight 77).

183.     Following the September 11th attacks, Aulaqi submitted to four FBI interviews between September 15 and 19, 2001.  Although Aulaqi admitted meeting with Hazmi several times, he claimed not to remember any specifics of what they discussed.  Aulaqi told the FBI that he did not recognize Mihdhar, but did admit to knowing fellow 9/11 hijacker Hani Hanjour. According to the FBI, information in their possession at the time of the interviews suggested "a more pervasive connection" between Aulaqi and the 9/11 hijackers than he was willing to admit.

184.     These contacts and circumstances, coupled with Aulaqi's pervasive connections to terrorism (Averment ¶¶ 210-12), have led investigators, including Senator Bob Graham, the Co-Chair of the 9/11 Congressional Joint Inquiry, to conclude that Aulaqi served as Hazmi's and Mihdhar's spiritual leader during the year preceding the September 11th attacks, and that he was a trusted confidant of the hijackers who was fully aware of the planned 9/11 attacks.

185.     Bayoumi also introduced Hazmi and Mihdhar to Mohdhar Mohamed Abdullah (a/k/a "Mihdar Mohammad al Mihdar Zaid"), and directed Abdullah to assist the two hijackers.

186.     Abdullah was a member of Aulaqi's mosque over whom both Bayoumi and Aulaqi exercised influence.

187.    According to the 9/11 Commission, Abdullah was "perfectly suited to assist the hijackers in pursuing their mission" as he "clearly was sympathetic to [their] extremist views" and shared their "hatred for the U.S. government."  *See* 9/11 Commission Final Report at p. 218.

188.    In a post-9/11 interview with law enforcement, Abdullah claimed that Bayoumi specifically tasked him "to be the individual to acclimate the hijackers to the United States, particularly San Diego, CA," and that Bayoumi told him "to assist in any way in their affairs."

189.    Per Bayoumi's instructions to provide unqualified assistance, Abdullah helped Hazmi and Mihdhar locate and apply to language and flight schools, and assisted them in translating between English and Arabic.  Abdullah also undertook extensive efforts to secure fake driver's licenses for Hazmi and Mihdhar, driving the hijackers from San Diego to an area in Los Angeles, where Abdullah purchased approximately four or five fraudulent California Department of Motor Vehicle identification cards and gave them to Hazmi and Mihdhar.

190.    Abdullah also helped Hazmi conduct surveillance of the Los Angeles International Airport in June 2000.  On June 9, Abdullah traveled with Hazmi and Mihdhar to Los Angeles where they visited the King Fahd Mosque, where Abdullah learned that the hijackers already knew several people at the mosque, including an individual identified as "Khallam."

191.    FBI investigators believe the individual identified as Khallam is Khallad bin Attash, a trusted member of Osama bin Laden's inner al Qaeda leadership circle who is linked to the 1998 U.S. Embassy bombings and the purported mastermind behind the U.S.S. Cole bombing.  CIA reports and other evidence indicate that bin Attash was in the United States that same month and was seen in the company of Fahad al Thumairy.

192.    On June 10, Los Angeles International Airport security tapes show Abdullah, Hazmi and an unidentified man (potentially Khallad) using a video camera to scout out the airport.

193.    During a number of interviews with the FBI following the 9/11 attacks, Abdullah admitted knowing of Hazmi's and Mihdhar's extremist leanings and Mihdhar's involvement with the Islamic Army of Aden, an Islamic extremist group in Yemen with ties to al Qaeda.

194.    Just eight days after the September 11th attacks, Abdullah "was arrested by FBI San Diego on charges of immigration fraud for his claim of being a Somali asylee" and "pled guilty to the immigration charges and was deported to Yemen in 2004."  *See* SR at p. 3.

195.    While "detained in an immigration facility he bragged to two fellow inmates that he assisted the hijackers."  *See id.*  Those individuals have cooperated with the FBI and federal prosecutors and would be available to testify as witnesses.

196.    Consistent with this and other evidence, the 2012 Summary Report confirms that "[s]hortly after February 4, 2000, al-Bayoumi tasked Mohdar [Abdullah] to assist al-Hazmi and al-Mihdhar" and that "Mohdar [Abdullah] played a key role facilitating the daily lives and assisting future Flight 77 hijackers Nawaf al-Hazmi and Khalid al-Mihdhar."  *See* SR at p. 3.

197.    Another close associate of Bayoumi and fellow employee of the Saudi government, Osama Yousef Bassnan (or "Basnan"), was in contact with and aided Hazmi and Mihdhar from within the United States as well, as reflected in evidence developed by the FBI and Congressional Joint Inquiry.

198.    Like Bayoumi, Bassnan was another employee and agent of the Saudi government engaged in performing undisclosed functions for and at the direction of the extremists in the Ministry of Islamic Affairs' offices in the United States and elsewhere.

199.    Witnesses interviewed by the FBI described Bayoumi and Bassnan as "the closest of friends" and confirmed that the two were "close to each other for a long time."  According to the FBI, Bayoumi and Bassnan were in telephone contact "several times a day while they were both in San Diego" and "phone records reveal roughly 700 calls between various phones subscribed to by Bayoumi and Basnan over a one year period."

200.    FBI investigations have further confirmed that Bassnan had extensive ties to terrorism and was an "ardent UBL [Osama bin Laden] supporter," who spoke of bin Laden "as if he were a god" and was "in contact with UBL family members."  According to a federal law enforcement official, Bassnan "celebrated the heroes of September 11" and talked about "what a wonderful, glorious day it had been" at a party shortly thereafter.

201.    As detailed in the Congressional Joint Inquiry Report, "Bassnan made a comment to an FBI source after the September 11 attacks suggesting that he did more for the hijackers than al-Bayoumi did."  *See* CJI at p. 426.

202.    Consistent with this claim, an October 3, 2001 FBI report indicates that Bassnan also was in telephone contact with Anwar Aulaqi, and an FBI agent interviewed by the 9/11 Commission indicated that an associate of Bassnan was in "phone and email contact with Ramzi Binalshibh in September 2000."  At the time of those contacts, Binalshibh was a senior al Qaeda figure who was actively involved in planning and coordinating the September 11th attacks.

203.    The FBI's investigation has also documented "contact between the hijackers and a close friend of Bassnan's, Khaled al-Kayed, a commercial airline pilot and certified flight instructor living in San Diego.  Al-Kayed admitted to the FBI that in May 2000, al-Mihdhar and al-Hazmi contacted him about learning to fly Boeing jet aircraft."

204.    In addition, U.S. investigations have established that contemporaneous with the arrival of Hazmi and Mihdhar in the United States, Bassnan's wife began signing checks issued

to her by a charity associated with the wife of the Saudi Ambassador to the United States over to Bayoumi's wife.

205.    According to Senator Graham, the Co-Chair of the Congressional Joint Inquiry, these transfers, which coincided with Bayoumi's provision of assistance to the hijackers, "looked suspiciously like another backdoor way of channeling money to al-Hazmi and al-Mihdhar."

206.    9/11 Commissioner John Lehman has, in turn, expressed his understanding based on the investigation conducted by the 9/11 Commission that the charity that issued the payments was under the control of "the radicals who worked in the embassy's Islamic Affairs office in Washington."

207.    During the course of their investigation, members of the 9/11 Commission staff interviewed Thumairy, Bayoumi, and Bassnan in Saudi Arabia.  During those interviews, all three lied pervasively about their relationships with one another and other material issues raised by the Commission investigators.

208.    According to the 9/11 Commission's Memorandum for the Record concerning its interviews of Thumairy: "Our general impression of Thumairy is that he was deceptive during both interviews.  His answers were either inconsistent or, at times, in direct conflict with information we have from other sources.  During some of the more pointed exchanges, his body language suggested that he grew increasingly uncomfortable (for instance, he would cross his arms, sit back in his chair, etc.)."

209.    In an interview with the Guardian last year, a 9/11 Commission staff member reaffirmed those conclusions and offered further details about the interview, stating that "[i]t was so clear Thumairy was lying," and "[i]t was also so clear he was dangerous."

210.    The memorandum recounting the Commission's Bassnan interview similarly explains that "The interview [of Bassnan] failed to yield any new information of note.  Instead,

in the writer's opinion, it established beyond cavil the witness' utter lack of credibility on virtually every material subject. This assessment is based on: the witness' demeanor, which engendered a combination of confrontation, evasiveness, and speechmaking, presumably for the benefit of his Mabahith [Saudi Intelligence] audience; his repudiation of statements made by him on prior occasions; and the inherent incredibility of many of his assertions when viewed in light of the totality of the available evidence."

211.    Particularly when viewed collectively, these and plaintiffs' additional facts and evidence relating to the relationships among Thumairy, Bayoumi, Abdullah, and Bassnan; their respective ties to terrorism and extremist views; their concentrated dealings leading to the provision of the precise forms of assistance the hijackers most needed to assimilate into the United States and begin preparations for the attacks without detection; their deceitfulness to U.S. investigators[4]; the findings and focus of the ongoing criminal investigations of Bayoumi and Thumairy; and the broader spectrum of evidence documenting the extensive involvement of elements of the Kingdom's Ministry of Islamic Affairs in supporting al Qaeda, readily establish: (1) that Thumairy, Bayoumi, and Bassnan knew that Hazmi and Mihdhar were extremists who were engaged in efforts to target the United States; (2) that Thumairy, Bayoumi, and Bassnan knew that they were substantially advancing that tortious endeavor through the assistance they were providing; and (3) that Thumairy, Bayoumi, and Bassnan played witting roles in orchestrating and providing a critical support network for Hazmi and Mihdhar.

212.    Congressional Joint Inquiry Co-Chair Bob Graham has testified, based on his decades of experience in intelligence matters and personal knowledge of the evidence collected by the Congressional Joint Inquiry, that "I am convinced that there was a direct line between at least some of the terrorists who carried out the September 11th Attacks and the government of

---

[4] *See Tatum v. City of N.Y.*, 668 F. Supp. 2d 584, 593 (S.D.N.Y. 2009) (in a civil proceeding, it is a "general principle of evidence law that the factfinder is entitled to consider a party's dishonesty about a material fact as affirmative evidence of guilt").

Saudi Arabia," that "a Saudi government agent living in the United States, Omar al Bayoumi, provided direct assistance" to two of the hijackers, and that "al Bayoumi was acting at the direction of elements of the Saudi government."

213.    9/11 Commissioner John Lehman has likewise testified, based on his personal knowledge of the 9/11 Commission's separate investigation and his work for more than four decades in the national security arena, that "[b]y the time our Commission began its work, it was already well known in intelligence circles that the Islamic Affairs Departments of Saudi Arabia's diplomatic missions were deeply involved in supporting Islamic extremists," and that "it is implausible to suggest that the broad spectrum of evidence developed by the 9/11 Commission concerning the relationships among Omar al Bayoumi, Fahad al Thumairy, the Islamic Affairs Departments of the Saudi diplomatic missions, and 9/11 hijackers Nawaf al Hazmi and Khalid al Mihdhar can be explained away as merely coincidental.  To the contrary, I believe Nawaf al Hazmi and Khalid al Mihdhar knew who to go to for support" and that "Fahad al Thumairy and Omar al Bayoumi knew that al Mihdhar and al Hazmi were bad actors who intended to do harm to the United States."

### Nature and Scope of Employment and Agency

214.    At the time they were substantially assisting the 9/11 hijackers, Thumairy, Bayoumi, and Bassnan were employees and agents of the Saudi government, and their activities in support of the hijackers were directly related to their core functions and duties involving the advancement of the Wahhabi agenda of the Kingdom's Ministry of Islamic Affairs.

215.    As documented in the 9/11 Commission Final Report, 2012 FBI Summary Report, and numerous other U.S. investigative records, Thumairy held diplomatic credentials with the Saudi consulate in Los Angeles, where he served as an employee in the consulate's

Islamic Affairs office, and also served as an imam at the Saudi government-funded King Fahd Mosque.

216.   Thumairy was appointed to both positions by the Kingdom's Ministry of Islamic Affairs.

217.   The U.S. government's investigations also document Thumairy's extremist beliefs, jihadist sermons, and terrorist connections, thus reinforcing both the radical character and agenda of the Ministry of Islamic Affairs and of Thumairy's scope of work for the Ministry.

218.   Bayoumi and Bassnan were, in turn, employees and agents of the Saudi government whose undisclosed duties involved the performance of activities on behalf of the Saudi embassies and consulates in the United States, under the direction of the clerics embedded in the Islamic Affairs offices and other officials of the Kingdom's embassies and consulates.

219.   Nominally, Bayoumi entered the United States in or around 1994 on a student visa, and thereafter proffered a letter from the Saudi embassy representing that he would be studying pursuant to "a full scholarship from the Government of Saudi Arabia." *See* CJI at p. 423.

220.   Bayoumi remained in the United States pursuant to student visas for nearly seven years, until he departed the United States very shortly before the September 11th attacks, despite never pursuing any meaningful academic studies during that period.  Saudi officials actively perpetuated the false claim that Bayoumi was undertaking studies in the United States during that seven year period.

221.   Throughout that time, including the period when he was substantially assisting the hijackers, Bayoumi received a salary from the Saudi government, for alleged job duties he never performed.

222.    As the 2012 Summary Report succinctly confirms, at the time of Bayoumi's critical meeting with Thumairy and assistance to the hijackers, "Omar al-Bayoumi was living in San Diego on a student visa, despite not attending classes, and receiving a salary from the Kingdom of Saudi Arabia for job duties he never performed."  *See* SR at p. 4.

223.    These findings indicate that Bayoumi was an employee and agent of the Saudi government, stationed in the United States to perform undisclosed duties that the Kingdom sought to conceal.

224.    The facts concerning Bayoumi's actual activities while he was in the United States, and receiving a salary from the Saudi government, demonstrate that his undisclosed functions for the Kingdom involved the performance of activities in furtherance of the agenda of the Ministry of Islamic Affairs, reporting to officials in the Kingdom's embassies and consulates, including Thumairy.

225.    In this regard, Bayoumi had extensive and systematic dealings and communications throughout his residency in the United States with the Saudi embassies and consulates in the United States.

226.    An FBI review of Bayoumi's telephone records confirmed that he called Saudi diplomatic missions in the United States at least 74 times during the period between January-March of 2000 alone, coinciding with his assistance to the hijackers, including 34 calls to the Saudi Consulate in Los Angeles where Thumairy worked.

227.    In addition, U.S. investigations established that Bayoumi was directly connected to numerous employees and officials of Saudi Arabia's embassies and consulates and Ministry of Islamic Affairs, including the Minister of Islamic Affairs in Saudi Arabia; Thumairy; "an individual at the Saudi consulate in London[;]" and "at least three individuals at the Saudi Embassy in Washington, DC; two individuals at the Saudi Arabian Cultural Mission in

Washington, DC; and three individuals [likely including Thumairy] at the Saudi Consulate in Los Angeles."

228.    Bayoumi also had pervasive contacts and dealings with Bassnan, who was himself deeply intertwined with the Saudi government structure in the United States, and according to FBI reports may have succeeded Bayoumi in 2001.

229.    This range of contacts with officials of the Saudi diplomatic missions and Ministry of Islamic Affairs, and pattern of communications with the Kingdom's consulates and embassies, reflect that Bayoumi was reporting to officials in the embassies and consulates, including representatives of the Islamic Affairs offices, in relation to his undisclosed work for the Saudi government.

230.    Bayoumi's "seemingly endless" access to funds from Saudi Arabia, and use of those funds in support of causes within the core mission of the Ministry of Islamic Affairs, further evidence that Bayoumi's functions for the government involved the performance of activities to advance the Ministry of Islamic Affairs' Wahhabi agenda.

231.    For instance, as detailed in the Congressional Joint Inquiry Report, "Al-Bayoumi was known to have access to large amounts of money from Saudi Arabia, despite the fact that he did not appear to hold a job.  On one occasion prior to September 11, the FBI received information that al-Bayoumi had received $400,000 from Saudi Arabia to fund a new mosque in San Diego."  *See* CJI at p. 424.

232.    FBI investigations also determined that Bayoumi communicated with Al Haramain Islamic Foundation concerning Al Haramain's "interest[] in appointing the imam of the mosque in Cajon, California, that al-Bayoumi managed."  *Id.* at p. 436.

233.    The construction of mosques outside of Saudi Arabia and placement of Wahhabi imams in mosques and Islamic centers abroad were two of the most important goals and

functions of the Ministry of Islamic Affairs during this period, in support of its mission to spread Wahhabi Islam globally.

234.   Relatedly, at the time of Bayoumi's communications with Al Haramain about the selection of an imam for the mosque Bayoumi managed, that organization was headed by the Saudi Minister of Islamic Affairs, supervised by the Ministry of Islamic Affairs, and actively collaborating with al Qaeda.

235.   Bayoumi's other reported activities while in the United States closely relate to the mission and work of the Ministry of Islamic Affairs as well.

236.   For example, Bayoumi maintained extensive connections to extremist clerics engaged in propagating Wahhabi Islamic doctrine in the United States and elsewhere, with regard to "religious" matters in particular, including Thumairy, Aulaqi, and "Abd al-Rahman Barzanji, an imam in Norway who, according to FBI documents, has suspected ties to high-level al-Qa'ida members." *See* Document 17 at p. 35.

237.   In addition, Bayoumi's own writings could "be interpreted as jihadist" according to FBI analysts, CJI at p. 425, and his Saudi passport contained "a cachet that intelligence investigators associate with possible adherence to al Qaeda," according to the 9/11 Commission, further indications of his role in advancing extremist Wahhabi objectives. *See* 9/11 Commission Final Report at p. 516.   The Saudi passports of at least three of the 9/11 hijackers, including Nawaf al Hazmi and Khalid al Mihdhar, included the same indicator of extremism and "adherence to al Qaeda." *See id.*

238.   Bayoumi also interjected himself aggressively into the activities of the local Muslim community, and the Saudi student community in particular (despite his advanced age), including through involvement in the Saudi student club.

239.     Several witnesses who interacted with him in those settings indicated to the FBI that Bayoumi was responsible for monitoring Saudi students and citizens living in the United States, as reflected by his persistent videotaping of their activities and other factors, and described him as some kind of "agent" working for the Saudi government in an undisclosed capacity.  *See* Averment ¶¶ 149, 188-89, 194.

240.     The covert monitoring of Saudi students living outside of the Kingdom was a common function and activity of the Saudi embassies and consulates during that period, carried out principally by the Ministry of Islamic Affairs, as a component of the Ministry's role in protecting the Kingdom's "Islamic" character.  *See* Averment ¶ 119.

241.     In this regard, a report published by the Sydney Morning Herald concerning activities of the Saudi embassy in that country, based on a review of Saudi government cables, is insightful.  According to the report, the cables reflect "sustained Saudi efforts to influence political and religious opinion within [local] Arabic and Islamic communities," that the Saudi embassies "pay close attention to the political and religious beliefs of Saudi university students studying [abroad] with reports sent to" officials in the Kingdom, and that the embassies coordinate "funding for building mosques and supporting Islamic community activities."

242.     Bayoumi's activities undertaken in the United States while receiving a salary from the Saudi government (and performing no other duties for the Kingdom), and while communicating on a systematic basis with the Kingdom's diplomatic missions, align completely with these documented functions of the Kingdom's embassies and consulates.

243.     The circumstances surrounding Bayoumi's assistance to the hijackers further evidence that his undisclosed duties for the Saudi government involved the performance of tasks assigned to him by the Wahhabi extremists in the Kingdom's embassies and consulates.

244.    In this regard, U.S. investigations have established that Bayoumi met and offered to assist the hijackers immediately following a meeting with Thumairy in the Saudi consulate, and that a third subject of the ongoing investigation "tasked al-Thumairy and al-Bayoumi with assisting the hijackers."  *See* SR at p. 4.

245.    These facts indicate that Bayoumi was acting within a chain of command and direction in which he was subordinate to Thumairy, a Saudi government official, and a third person with common authority over both of them.  The fact that the third individual had such authority over both Thumairy and Bayoumi indicates that that person was a more senior Saudi official.

246.    The declassified 28 pages of the Congressional Joint Inquiry Report, meanwhile, draw a direct parallel between Bayoumi's role for the Saudi government and that of another extremist with deep connections to the Saudi government's Wahhabi proselytizing apparatus in the United States, Mohammed al Qudhaeein, who as discussed below also provided aid to the September 11th plotters from within the United States.

247.    Like Bayoumi, Qudhaeein was purportedly in the United States as a student; was "in frequent contact with Saudi government establishments in the United States," including officials from the Ministry of Islamic Affairs; was "very involved in the affairs of the local Saudi community," and was "receiving money from the Saudi government."  *See* CJI at p. 438.

248.    Based on these and other factors, the FBI described Qudhaeein's "profile" as "similar to that of al-Bayoumi and Bassnan."  *See id.* at p. 434.

249.    This assessment and the facts supporting it, coupled with the related findings pertaining to Bassnan, further evidence that the Saudi government had a network of employees and agents in the United States prior to 9/11 performing undisclosed functions for the Kingdom;

that the duties of those employees and agents involved the advancement of the Wahhabi agenda of the Ministry of Islamic Affairs; and that Bayoumi was one of those employees and agents.

250.     Bassnan's true functions for the Saudi government mirrored those performed by Bayoumi, with whom Bassnan closely interacted and had unusual financial dealings.

251.     Bassnan entered the United States in 1996 on a tourist visa, even though he was in fact working for the Saudi government.

252.     Bassnan had "many ties to the Saudi Government, including past employment by the Saudi Arabian Education Mission," a component of the Saudi embassy falling under the Ministry of Islamic Affairs' authority.  *See* CJI at p. 417.

253.     "According to a CIA memo, Bassnan reportedly received funding and possibly a fake passport from Saudi Government officials."  *Id.*

254.     This funding included substantial transfers from a charity under the control of the extremists in the Kingdom's embassy in Washington, D.C.

255.     Like Bayoumi, Bassnan had extensive ties to Wahhabi extremists and terrorists in the United States and elsewhere, and witnesses who interacted with him also described Bassnan as some kind of "agent" for the Saudi government.  *See* Averment ¶¶ 197-99, 206; Index of Evidence, Exs. 26 and 49.

256.     These and other facts establish that Bassnan was, like Bayoumi, an employee and agent of the Saudi government responsible for performing activities in furtherance of the agenda of the Ministry of Islamic Affairs, under the direction of the Saudi embassies and consulates in the United States.

257.     The critical support Thumairy, Bayoumi, and Bassnan provided to the 9/11 hijackers as employees and agents of the Saudi government was, meanwhile, well within the

scope of their office, employment, and agency in furthering the radical mission and agenda of the Ministry of Islamic Affairs and Kingdom's government proselytizing apparatus.

258.    Saudi Arabia established the Ministry of Islamic Affairs in 1993, in response to intensive pressure from the Kingdom's Wahhabi clerics, who sought greater government resources and platforms to advance their Wahhabi agenda globally.

259.    As the 9/11 Commission explained, al Qaeda finds inspiration and religious justification for its actions "in a long tradition of intolerance" that flows "through the founders of Wahhabism," and the Kingdom's Ministry of Islamic Affairs "uses zakat and government funds to spread Wahhabi beliefs throughout the world."  *See* 9/11 Commission Final Report at pp. 362, 372.

260.    Following its formation and under the control of the Kingdom's government clerics, the Ministry of Islamic Affairs quickly evolved into "a stronghold of zealots," with global reach and operations.  *See* Averment ¶ 125.  The Ministry assumed control over Saudi Arabia's da'awa activities outside of the Kingdom, carried out principally through the Kingdom's proselytizing arms under the direction and control of the Ministry, and established offices in the Kingdom's diplomatic missions, which it populated with extremist clerics like Thumairy.

261.    During the decade preceding the September 11th attacks, the Ministry of Islamic Affairs used the government platforms and funds available to it to pursue an extremist and anti-American global agenda, which included broad support for jihadist causes.  *See* Averment ¶¶ 120-29.

262.    Of particular relevance in these respects, 9/11 Commissioner John Lehman has testified, again based on his decades of experience in national security and intelligence matters and involvement in the 9/11 Commission's investigation, that:

At least until September 11, 2001, the Islamic Affairs Departments of Saudi Arabia's diplomatic missions throughout the world were populated and controlled by Wahhabi imams from the Kingdom Ministry of Islamic Affairs, like Fahad al Thumairy. Wahhabism is a puritanical, intolerant and virulently anti-American strand of Islam, and the state religion of the Kingdom of Saudi Arabia. The Kingdom has dedicated vast sums over the last several decades to promote the Islamist agenda of Saudi Arabia's Wahhabi clerics. This vast Saudi funding has been deployed to promote Wahhabi teachings throughout the world, fueling the jihadist tide that now confronts the civilized world. Wahhabi teachings from the ideological foundation for al Qaeda and a host of other jihad organizations that threaten our national security, including the so-called Islamic State of Iraq and the Levant (ISIL, a/k/a ISIS).

The links between Saudi Arabia's Wahhabi clerics and al Qaeda did not exist solely at the ideological level, but rather also involved collaboration on financial and logistical fronts. Saudi clerics, paid by the government of the Kingdom and preaching at state funded mosques, issued fatwas that provided religious justification for al Qaeda's terrorist actions. By the time our Commission began its work, it was already well known in intelligence circles that the Islamic Affairs Departments of Saudi Arabia's diplomatic missions were deeply involved in supporting Islamic extremists.

263.    Commissioner Lehman's testimony concerning the Ministry of Islamic Affairs' extremist agenda, and deep involvement in jihadist causes during the years preceding the September 11th attacks, is amply supported by the pervasive involvement of the da'awa organizations under its control in supporting al Qaeda; the extensive connections between employees of the Ministry of Islamic Affairs and terrorists; the involvement of employees of the Ministry of Islamic Affairs in recruiting and fundraising activities on behalf of al Qaeda; the jihadist content of literature distributed by the Ministry of Islamic Affairs; and the numerous counter-terrorism initiatives targeting the Ministry of Islamic Affairs after 9/11 (including the Kingdom's removal of 3,500 clerics from the Ministry's payroll and re-education of an additional 20,000).

264.    The range of terrorist connections maintained by the very employees of the Ministry of Islamic Affairs who aided the 9/11 hijackers, including Thumairy, Bayoumi, and

Bassnan, further demonstrate the Ministry's extremist character during the period leading up to the September 11th attacks, and confirm that collaborating with jihadists was within the scope of the office, employment, and agency of those individuals.

### Additional Assistance Provided by Saudi Government Employees and Agents Qudhaeein, Shalawi, Hussayen, Fakihi, and Mohamed

265.   Plaintiffs' claims concerning the witting involvement of Thumairy, Bayoumi, and Bassnan in supporting the September 11th hijackers, and deep connections between the Ministry of Islamic Affairs and terrorism during the period leading up to the attacks, are further reinforced and supported by declassified intelligence documents evidencing the involvement of five additional employees of the Saudi government's religious apparatus in also knowingly providing substantial assistance to the September 11th hijackers, plotters and al Qaeda: Mohammed al Qudhaeein, Hamdan al Shalawi,  Muhammed Jabar Fakihi, Saleh al Hussayen, and Omar Abdi Mohamed.

266.   The tortious acts of those additional employees and agents of the Saudi government were likewise committed in the course of their employment and agency in advancing the extremist agenda of the Kingdom's Ministry of Islamic Affairs and related components of the Saudi government's Wahhabi proselytizing apparatus.

### Mohammed al Qudhaeein and Hamdan al Shalawi

267.   Mohammed al Qudhaeein and Hamdan al Shalawi were additional undeclared employees and agents of the Saudi government, whose duties also involved the performance of activities on behalf of the Ministry of Islamic Affairs.

268.   Like Bayoumi, Qudhaeein was purportedly in the United States as a student, was "in frequent contact with Saudi government establishments in the United States," was "very involved in the affairs of the local Saudi community," and was "receiving money from the Saudi government." *See* CJI at p. 434.

269.    Based on these and other factors, FBI investigators described Qudhaeein's "profile" as "similar to that of al-Bayoumi and Bassnan."  *See id.*

270.    During a 1999 flight from Phoenix to Washington, D.C. to attend an event "at the Saudi embassy," Qudhaeein participated along with a fellow Saudi named Hamdan al Shalawi, who "had trained at the terrorist training camps in Afghanistan," in a dry run for the 9/11 attacks. *See id.* at pp. 419, 433.

271.    During that flight, Qudhaeein "went to the front of the plane and attempted on two occasions to enter the cockpit," and the FBI "believes both men were specifically attempting to test the security procedures of America West Airlines in preparation for and in furtherance of UBL/Al Qaeda operations."  *See id.* at pp. 433-34.

272.    Shalawi was himself a long time employee of the Saudi government as well, and was receiving a stipend from the Saudi government at the time of the incident.

273.    Both Qudhaeein and Shalawi told investigators that the Saudi embassy in Washington had paid for their tickets. *See id.* at p. 433.

274.    The event they were traveling to attend was a symposium hosted by the Saudi embassy in collaboration with the Institute for Islamic and Arabic Sciences in America ("IIASA"), a Saudi government proselytizing arm with extensive ties to terrorism.

275.    Following the September 11th attacks, the United States revoked the diplomatic visas of 16 people associated with IIASA, who were using their diplomatic status as representatives of the Saudi Embassy in Washington D.C. to promote and spread radical Wahhabi ideology in the United States.  According to senior U.S. law enforcement officials, in all, approximately seventy (70) individuals with Saudi diplomatic credentials were expelled from the United States as part of "an ongoing effort to protect the homeland."

276.     In response to the revocation of the visas, IIASA issued a "Declaration About the Revoking of Diplomatic Visas," in which IIASA confirmed that it was a Saudi government arm conducting da'awa activities under the auspices of the Saudi embassy:

> The Institute of Islamic and Arabic Sciences in America (IIASA) is a non-profit educational institution affiliated with Al-Imam Muhammad Ibn Saud Islamic University (IMSIU) in Riyadh, Kingdom of Saudi Arabia, which was established by the order of the Custodian of the Two Holy Sanctuaries King Fahd Ibn Abdul Aziz more than fifteen years ago. This Institute continues to receive support from the University and from the Royal Embassy of the Kingdom of Saudi Arabia…
>
> ***
>
> Under the auspices of the Royal Embassy of the Kingdom of Saudi Arabia and its Ambassador to the USA, the personnel of the Institute were registered at the Imam Muhammad Ibn Saud Islamic University and the US State Department as diplomatic personnel and consequently were granted diplomatic A2 visas since the IMSIU is a government University.

277.     The State Department's actions coincided with investigations conducted by the Internal Revenue Service and Senate Finance Committee into IIASA and its links to terrorist groups, which eventually led to its closure.

278.     In the years after the 1999 incident, both Qudhaeein and Shalawi held posts as government employees at the Imam Muhammed Ibn Saud Islamic University, the parent of IIASA, a further indication of their longstanding ties to the Saudi government.

279.     In the fall of 2000, Shalawi received training at an al Qaeda camp in Afghanistan where several of the 9/11 muscle hijackers were simultaneously receiving training.

280.     Based on intelligence indicating Shalawi's presence at the camp, the United States placed him on a terrorist watch list and he was denied a visa when he attempted to re-enter the United States in August 2001, likely as part of an al Qaeda operation.

### Saleh al Hussayen

402

281.    Saleh al Hussayen was a senior government cleric who held various positions in the Saudi government over a period of many years, and asserted in filings in this litigation that plaintiffs' direct claims against him implicated his activities as a government official.

282.    In the weeks prior to the attacks, Hussayen was in the United States on a fundraising mission with members of the Islamic Association of North America ("IANA"), a radical Islamic organization in Ypsilanti, Michigan, which receives money from the Saudi government and other Saudi donors.  The IANA has promoted teachings and fatwas issued by radical Saudi clerics Safar Hawali and Salman Ouda, which advocated violence against the United States.  Hawali and Ouda were identified in the 1993 World Trade Center bombing trial as spiritual advisors to Osama bin Laden.

283.    On September 6, 2001, Hussayen arrived in Herndon, VA.  Then, just days before the September 11th attacks, Hussayen abruptly moved from his original hotel to the Marriott Residence Inn, where September 11th hijackers Hazmi, Mihdhar, and Hanjour also were staying on the eve of the September 11th attacks.

284.    Directly after the attacks, FBI agents attempted to interview Hussayen in his hotel room, but Hussayen "feigned a seizure, prompting the agents to take him to a hospital, where the attending physicians found nothing wrong with him."  Averment ¶ 239.  Hussayen then "managed to depart the United States despite law enforcement efforts to locate and re-interview him."  *See* CJI at p. 431.

285.    The recently declassified 28 pages of the Congressional Joint Inquiry Report provide further details of the FBI's investigation of Hussayen, including the FBI's determination that Hussayen "is apparently a 'Saudi Interior Ministry employee/official'" and that the FBI agents who interviewed him "believed he was being deceptive" when he "claimed to not know the hijackers."  *Id.* at pp. 418, 430-31.

286.    Hussayen's ties to terrorist elements, precipitous relocation to the same hotel as the 9/11 hijackers on the eve of the attacks, deceitfulness to U.S. investigators, and remarkable efforts to avoid questioning by U.S. authorities concerning his ties to the hijackers, all indicate that he provided aid and assistance to the hijackers in support of the September 11th attacks.

287.    Even before disclosure of the additional facts in the Congressional Joint Inquiry Report, the United States Second Circuit Court of Appeals found that Hussayen's "travels to the United States shortly before the September 11, 2001 attacks, *as well as his decision to switch hotels to stay in the same hotel as at least three of the hijackers* … not only suggest the possibility that he may have provided direct aid to members of al Qaeda, but they also raise a plausible inference that he may have intended his alleged indirect support of al Qaeda to cause injury in the United States."  *O'Neill v. Asat Trust Reg.* (*In Re: Terrorist Attacks on September 11, 2001* (Asat Trust Reg.)), 714 F.3d 659, 679 (2d Cir. 2013).  (Emphasis in original).

## Mohammed Jabar Fakihi

288.    Muhammed Jabar Fakihi was an employee of the Ministry of Islamic Affairs, who served as head of the Islamic Affairs office at the Saudi Embassy in Berlin, beginning in or around June of 2000, and like Thumairy was a Wahhabi extremist with extensive ties to terrorism.

289.    Investigations following the September 11th attacks revealed that Fakihi was in direct contact with members of the Hamburg al Qaeda cell that coordinated the September 11th attacks, diverted extensive funds to al Qaeda from Saudi embassy accounts, and was "organizationally involved" in bin Laden's organization.  *See* Averment ¶ 261.

290.    The "Hamburg cell" consisted of key operatives in the September 11th attacks, including Mohammad Atta (the ringleader of the 19 hijackers who piloted American Airlines Flight 11), Marwan al Shehhi (piloted United Airlines Flight 175), Ziad Jarrah (piloted United

Airlines Flight 93), Ramzi Binalshibh, Mounir el Motassadeq, Said Bahaji, Zakariya Essabar, Abdelghani Mzoudi, and others.

291.     As a representative of the Saudi Embassy and Ministry of Islamic Affairs, Fakihi frequently attended the Saudi funded Al Nur Mosque in Berlin.

292.     A notorious haven for Islamic extremists, the mosque often hosted clerics that preached intolerance of non-Muslims and justified violence in the name of defending Islam.  Dr. Salem Rafei, a Lebanese cleric who served as an imam at the mosque, openly supported Palestinian suicide attacks and called Muslims to kill all unbelievers standing in the way of Islam.  Documents containing the mosque's address were seized from individuals detained by Pakistani authorities who are alleged to have received military training at al Qaeda camps in Afghanistan in 2001.

293.     Fakihi, himself an adherent to the most extreme teachings of Wahhabi ideology, advocated for the development of mosques across Europe and told his superiors in the Kingdom that his ultimate goal was to turn Berlin into an Islamic proselytizing center for Eastern Europe. In June 2000, Fakihi wrote a letter to the Saudi Minister of Islamic Affairs, Saleh bin Abdulaziz al Ashaikh, proposing to turn the Al Nur Mosque into a center for Islamic missionary activity aimed at "ethnic European" populations in Eastern Europe.  Fakihi, who planned to move his office to the Al Nur Mosque, proposed to carry the word of Islam to Poland, the Czech Republic and Hungary, the last of "which once belonged to the Islamic Caliphate under Ottoman Empire rule."  *See* Averment ¶ 256.

294.     The expansion of the Al Nur Mosque was originally conceived by Ahmad al-Dubayan, Fakihi's predecessor in the Islamic Affairs office in the Saudi embassy in Berlin, who served as a mentor to Fakihi and likely had contact with members of the Hamburg al Qaeda cell at the al Nur Mosque as well.

295.    Fakihi arranged for the expansion of the Al Nur Mosque consistent with the vision outlined in his letter, using funds from Al Haramain Islamic Foundation, one of the al Qaeda affiliated charities supervised and directed by the Saudi Ministry of Islamic Affairs and headed by the Minister of Islamic Affairs.

296.    Mohammad Atta and other members of the Hamburg cell, including Mounir el Motassadeq, were seen visiting the mosque and German investigators believe Fakihi met with Motassadeq at al Nur.  Fakihi's business card was found in the apartment of Motassadeq, who was later arrested and convicted in a German court for being an accessory to murder relative to the September 11th attacks, given his membership in the Hamburg cell and his knowledge and involvement in the preparation of the plans to hijack the planes.

297.    In March 2003, German police raided a suspected terrorist cell in Berlin and arrested a half-dozen men who were planning a large scale terrorist attack in Germany.  Bomb-making equipment, forged passports, flight-simulator software, chemicals and a handbook for brewing poisons were seized during the raid.  German police said Fakihi met frequently at the Al Nur Mosque with the terror cell's leader, Ihsan Garnaoui, a Tunisian al Qaeda member.

298.    Two days after the arrests, on March 22, 2003, the German Foreign Ministry, following a recommendation from the country's domestic-intelligence service, told the Saudi Embassy that Fakihi's diplomatic accreditation would be withdrawn unless he left the country. That same day, Dubayan flew from London to Berlin to meet Fakihi, and Fakihi then flew back to Saudi Arabia the following day.

299.    Saudi authorities thereafter obstructed the German government's further investigation into links between Fakihi and the members of the Hamburg cell.  The Saudi Embassy in Berlin never responded to a formal request from German prosecutors to explain the presence of Fakihi's business card in Motassadeq's apartment or an alleged meeting between

Fakihi and Motassadeq in Berlin shortly before the al Qaeda member's arrest in November 2001. In an interview with the Wall Street Journal in 2003, a German police official stated that the Saudi Embassy failed to cooperate in the probe.

300.    Nonetheless, evidence presented to U.S. officials led them to conclude that Fakihi was "more than just a sympathizer of bin Laden" and was "organizationally involved" with bin Laden's al Qaeda network.  *See* Averment ¶ 261.

301.    The 9/11 Commission staff conducted an interview with Fakihi in October 2003 in Riyadh relative to his duties with the Ministry of Islamic Affairs, his association with the Al Nur Mosque, and his relationships with Motassadeq and Garnaoui.  The interview was conducted under the watchful eye of the Saudi secret police, the Mabahith.   According to 9/11 Commission's memorandum concerning the interview, Fakihi's testimony on a material issue "did not appear credible."  *See* Averment ¶ 263.

## Omar Abdi Mohamed

302.    Omar Abdi Mohamed entered the United States in or around 1998 as a religious worker.

303.    In fact, Mohamed was an employee of Saudi Arabia's Ministry of Islamic Affairs, holding the title "Propagator," material facts that neither he nor the Kingdom disclosed on his visa application.

304.    Following his entry into the United States and while employed by the Ministry of Islamic Affairs, Mohamed established a purported charity called the Western Somali Relief Agency in San Diego under supervision of his superiors with the Ministry of Islamic Affairs, to serve as a front for funding al Qaeda.

305.    Between December 1998 and May 2001, Mohamed issued 65 checks totaling nearly $400,000 to another prominent al Qaeda front called Dahab Shil, the Pakistan office of

which was at the time under the control of 9/11 mastermind Khalid Sheikh Mohamed, who at that very time was planning the September 11th attacks and providing funds to the 9/11 hijackers.

306.    Following the September 11th attacks, Mohamed was deported from the United States following his conviction on immigration charges, including for failing to disclose that he was employed by the Saudi government.

**Additional Saudi Government Contacts With the 9/11 Hijackers, Plotters, and al Qaeda**

307.    U.S. investigations concerning the September 11th attacks and sources of support for al Qaeda before the attacks have documented a range of other links between persons and institutions associated with the Saudi government and elements of al Qaeda, including the September 11th hijackers and plotters.

308.    The Congressional Joint Inquiry and Document 17 survey some of these ties, which indicate additional sources of support from within the Saudi government for al Qaeda and the September 11th plot.

309.    In addition, a federal judge in Florida currently is reviewing, for possible declassification, approximately 80,000 pages of FBI records relating to investigations concerning the extensive links between 9/11 hijackers Mohammed Atta, Marwan al Shehhi, and Ziad Jarrah, and a Saudi family residing in Florida with ties to Saudi officials, in connection with an ongoing FOIA lawsuit.

310.    Discovery relating to these additional linkages between Saudi government officials, employees, and agents and elements of al Qaeda is likely to adduce further evidence in support of plaintiffs' claims.

## IX.    U.S. INVESTIGATIONS FULLY SUPPORT PLAINTIFFS' CLAIMS

311.    Investigations conducted by the U.S. government, including those of the 9/11 Commission and Congressional Joint Inquiry, broadly and directly support the 9/11 plaintiffs' factual allegations and theories.

312.    As discussed above, 9/11 Commission members John Lehman and Bob Kerrey, along with 9/11 Congressional Joint Inquiry Co-Chair Bob Graham, have offered sworn affidavit testimony, based on their decades of experience in national security matters and direct involvement in two of the principal investigations in to the September 11th attacks, in support of plaintiffs' claims.

313.    Further, several additional 9/11 Commission members and staff have joined Secretary Lehman and Senator Kerrey in the last year in directly rejecting the Kingdom's false (and irrelevant) claims of exoneration and characterizations of the Commission's investigation.

314.    Most recently, the declassification of the 2012 Summary Report of the ongoing FBI and DOJ investigations of Bayoumi and Thumairy and associated individuals who aided the 9/11 hijackers has confirmed central facts underlying plaintiffs' claims based on the tortious acts of Bayoumi and Thumairy.

315.    Separately, plaintiffs' claims based on the funding and material sponsorship of al Qaeda by the Kingdom's proselytizing arms are fully supported by the 9/11 Commission's finding that there was a substantial "likelihood that charities with significant Saudi government sponsorship diverted funds to al Qaeda."

316.    Stated most simply, U.S. investigations broadly support plaintiffs' claims herein.

## COUNT I

### AIDING AND ABETTING AND CONSPIRING WITH AL QAEDA TO COMMIT THE SEPTEMBER 11th ATTACKS UPON THE UNITED STATES IN VIOLATION OF 18 U.S.C. § 2333(d) (JASTA)

## ON BEHALF OF ALL "U.S. NATIONAL" PLAINTIFFS[5]

317.    Plaintiffs incorporate all previous allegations by reference.

318.    As set forth above, defendant Kingdom of Saudi Arabia knowingly provided material support, resources, and substantial assistance to, and conspired with, al Qaeda over many years, with an awareness and intent to further al Qaeda's campaign to carry out terrorist attacks against the United States and its citizens on September 11, 2001.

319.    As set forth above, plaintiffs' claims against defendant Kingdom of Saudi Arabia relating to its tortious acts in support of al Qaeda fall within the exception to foreign sovereign immunity set forth at 28 U.S.C. § 1605B, and plaintiffs are thus authorized to assert causes of action against the Kingdom of Saudi Arabia pursuant to the Anti-Terrorism Act, 18 U.S.C. § 2331 *et seq.*

320.    Through the tortious acts in support of al Qaeda described above, defendant Kingdom of Saudi Arabia aided and abetted, and conspired with, al Qaeda to carry out acts of international terrorism against the United States and its citizens on September 11, 2001, in violation of 18 U.S.C. § 2333(d).

321.    At the time of the September 11th attacks, al Qaeda was a designated foreign terrorist organization under section 219 of the Immigration and Nationality Act (8 U.S.C. § 1189).

322.    The funding and other material support defendant Kingdom of Saudi Arabia provided to al Qaeda, as described above, enabled al Qaeda to acquire the global strike capabilities employed on September 11, 2001, and was essential to al Qaeda's ability to carry out the attacks.

323.    During the decade preceding the September 11th attacks, al Qaeda repeatedly made clear, through both declarations and actions, its intent to use funds and resources provided

---

[5] The causes of action pursuant to the ATA, 18 U.S.C. § 2331 *et seq.*, are asserted on behalf of plaintiffs who are U.S. nationals; estates, heirs, and survivors of U.S. nationals.  The term "U.S. National Plaintiffs" refers to all such parties.

to it to conduct large scale terrorist attacks in order to kill innocent civilians, destroy property on a mass scale, and cause catastrophic economic harm.

324.    The September 11th attacks were a direct and foreseeable result of the material support and sponsorship of al Qaeda by defendant Kingdom of Saudi Arabia.

325.    Plaintiffs suffered injuries to their persons, property or businesses by reason of the September 11th attacks and defendant's tortious acts in support of al Qaeda.

**WHEREFORE**, plaintiffs demand judgment against defendant Kingdom of Saudi Arabia for an amount authorized by governing law to be determined at trial, together with treble damages, punitive damages, pre- and post-judgment interest, attorney's fees, costs of this action and such other and further relief as the Court may deem appropriate under the circumstances.

## COUNT II

### AIDING AND ABETTING AND CONSPIRING WITH AL QAEDA TO COMMIT THE SEPTEMBER 11th ATTACKS UPON THE UNITED STATES IN VIOLATION OF 18 U.S.C. § 2333(a)

### ON BEHALF OF ALL "U.S. NATIONAL" PLAINTIFFS

326.    Plaintiffs incorporate all previous allegations by reference.

327.    As enacted in 1992, the express civil cause of action established under 18 U.S.C. § 2333(a) authorized claims for aiding and abetting and conspiring to commit an act of international terrorism.

328.    Through the tortious acts in support of al Qaeda described above, defendant Kingdom of Saudi Arabia aided and abetted, and conspired with, al Qaeda to carry out acts of international terrorism against the United States and its citizens on September 11, 2001, in violation of 18 U.S.C. § 2333(a).

329.    The relentless campaign by al Qaeda and its material supporters to carry out terrorist attacks against the United States and its citizens, which culminated in the September 11th

attacks, involved continuous acts of violence and acts dangerous to human life, that violate the criminal laws of the United States, including the prohibitions set forth in 18 U.S.C. § 2332. *See* 18 U.S.C. § 2332b(a) (prohibiting conduct transcending national boundaries:  killing or attempting to kill persons within the United States; causing serious bodily injury or attempting to cause serious bodily injury to persons within the United States; destroying or damaging any structure, conveyance, or other real or personal property within the United States; or attempting or conspiring to destroy any or damage any structure conveyance, or other real or personal property within the United States).

330.    Plaintiffs suffered injuries to their persons by reason of acts committed by al Qaeda that involved the murder and attempted murder of persons within the United States, and the mass destruction of real and personal property within the United States, in violation of the criminal laws of the United States, including the prohibitions set forth in 18 U.S.C. § 2332.

331.    Through the tortious acts in support of al Qaeda described above, defendant Kingdom of Saudi Arabia aided and abetted, and conspired with, al Qaeda to carry out acts of international terrorism against the United States and its citizens on September 11, 2001, in violation of 18 U.S.C. §§ 2332(a), 2332(b), 2332(c), and 2333.

332.    Defendant Kingdom of Saudi Arabia knew at all times that it was providing material support for al Qaeda's campaign to carry out acts of international terrorism against the United States and its citizens, and was aware and intended that the resources it provided would substantially assist al Qaeda in that objective.

333.    Defendant Kingdom of Saudi Arabia also agreed to combine and conspire with al Qaeda and other persons to act unlawfully, in the manners set forth in this complaint, and committed overt acts in furtherance of the conspiracy.  At all relevant times, defendant Kingdom

of Saudi Arabia knew of the conspiracy and of the roles of the al Qaeda elements it was supporting in furtherance of the conspiracy.

334.    By aiding and abetting violations of 18 U.S.C. § 2332 that have caused injuries to plaintiffs, defendant Kingdom of Saudi Arabia is liable pursuant to 18 U.S.C. § 2333 for any and all damages that plaintiffs have sustained as a result of such injuries.

335.    By conspiring to act with al Qaeda and other components of that terrorist organization's financial, logistical, and operational infrastructures, in furtherance of their campaign to conduct terrorist attacks against the United States and its citizens, in violation of 18 U.S.C. § 2332, defendant Kingdom of Saudi Arabia is liable pursuant to 18 U.S.C. § 2333 for any and all damages that plaintiffs have sustained by reason of the September 11th attacks.

336.    The September 11th attacks were a direct and foreseeable result of the material support and sponsorship of al Qaeda by defendant Kingdom of Saudi Arabia.

**WHEREFORE**, plaintiffs demand judgment against defendant Kingdom of Saudi Arabia for an amount authorized by governing law to be determined at trial, together with treble damages, punitive damages, pre- and post-judgment interest, attorney's fees, costs of this action and such other and further relief as the Court may deem appropriate under the circumstances.

## COUNT III

### COMMITTING ACTS OF INTERNATIONAL TERRORISM IN VIOLATION OF 18 U.S.C. § 2333

### ON BEHALF OF ALL "U.S. NATIONAL" PLAINTIFFS

337.    Plaintiffs incorporate all previous allegations by reference.

338.    The actions of defendant Kingdom of Saudi Arabia in providing funding and other forms of material support to al Qaeda and its agents would constitute "a criminal violation if committed within the jurisdiction of the United States or of any State" and "appear to be intended to intimidate or coerce a civilian population ... to influence the policy of a government

by intimidation or coercion or to affect the conduct of a government by mass destruction" within the meaning of 18 U.S.C. § 2331.

339.    The actions of defendant Kingdom of Saudi Arabia in providing funding and other forms of material support to al Qaeda and its agents, and in providing substantial assistance to al Qaeda and its agents in planning, coordinating and carrying out the September 11th attacks in violation of 18 U.S.C. § 2333, caused injuries to the persons, businesses, or property of plaintiffs.

340.    By participating in the commission of violations of 18 U.S.C. § 2339A and 18 U.S.C. § 2339B that have caused plaintiffs to be injured in their persons, defendant Kingdom of Saudi Arabia has engaged in acts of international terrorism and is liable pursuant to 18 U.S.C. § 2333 for any and all damages that plaintiffs have sustained as a result of such injuries.

341.    By virtue of its willful violations of 18 U.S.C. § 2339C, which proximately caused the injuries suffered by plaintiffs, defendant Kingdom of Saudi Arabia committed acts of international terrorism and is liable pursuant to 18 U.S.C. § 2333 for any and all damages that plaintiffs have sustained as a result of such injuries.

342.    The actions of defendant Kingdom of Saudi Arabia in providing funding and other forms of material support to al Qaeda and its agents were dangerous to human life, by their nature and as evidenced by their consequences.

343.    The actions of defendant Kingdom of Saudi Arabia in providing funding and other forms of material support to al Qaeda and its agents either occurred outside the territorial jurisdiction of the United States or transcended national boundaries in terms of the means by which they were accomplished.

344.    Accordingly, the actions of defendant Kingdom of Saudi Arabia in providing funding and other forms of material support to al Qaeda and its agents constitute acts of

international terrorism as defined by 18 U.S.C. §§ 2331 and 2333 and through incorporation of 18 U.S.C. §§ 2339A, 2339B, and 2339C.

345.    As set forth above, but for the assistance provided by defendant Kingdom of Saudi Arabia, al Qaeda could not have successfully planned, coordinated, and carried out the September 11th attacks, which were a foreseeable and intended result of the Kingdom's material support and sponsorship of al Qaeda.

346.    For the reasons set forth above, defendant Kingdom of Saudi Arabia is liable pursuant to 18 U.S.C. § 2333 for any and all damages that plaintiffs have suffered to their persons, businesses or property as a result of the September 11th attacks.

**WHEREFORE**, plaintiffs demand judgment against defendant Kingdom of Saudi Arabia for an amount authorized by governing law to be determined at trial, together with treble damages, punitive damages, pre- and post-judgment interest, attorney's fees, costs of this action and such other and further relief as the Court may deem appropriate under the circumstances.

## COUNT IV

## WRONGFUL DEATH

## ON BEHALF OF ALL PLAINTIFFS BRINGING WRONGFUL DEATH CLAIMS

347.    Plaintiffs incorporate all previous allegations by reference.

348.    Plaintiffs herein bring this action for the wrongful death proximately caused by defendant Kingdom of Saudi Arabia engaging in, materially supporting or sponsoring, financing, aiding and abetting, scheming and/or otherwise conspiring to commit or cause to occur acts of murder and wrongful death, specifically, the mass murder committed by the terrorist attacks acts of September 11, 2001.

349.    Surviving family members or estates of those wrongfully killed are entitled to recover damages from defendant Kingdom of Saudi Arabia for these illegal and wrongful deaths.

The family members or estates are entitled to recover full damages incurred, as fair and just compensation for the injuries resulting from these wrongful deaths.  Those responsible for these deaths must be held accountable for the losses incurred.

350.    The injuries and damages suffered by plaintiffs were proximately caused by the intentional, malicious, reckless, criminal, violent, grossly negligent or negligent acts of defendant Kingdom of Saudi Arabia as described herein.

351.    As a direct and proximate result of the wrongful deaths of the decedents, their heirs and families have suffered financially and been deprived of all future aid, income, assistance, services, comfort, companionship, affection and financial support of their loved ones.

352.    As a direct and proximate result of the Kingdom of Saudi Arabia's acts of international terrorism, torture, conspiracy, and racketeering resulting in the wrongful death of decedents, the heirs and families of those murdered suffer and will continue to suffer permanent, physical and emotional distress, severe trauma, and lasting physical, emotional, and psychological injuries.

353.    As a further result of intentional, willful, wanton, malicious, reckless, criminal, negligent, wrongful, illegal and tortious acts and conduct of defendant Kingdom of Saudi Arabia, plaintiffs have incurred actual damages including but not limited to ongoing medical expenses related to psychological trauma, physical injuries, and other expenses and losses for which they are entitled to full and fair recovery.

**WHEREFORE**, plaintiffs demand judgment against defendant Kingdom of Saudi Arabia for an amount authorized by governing law to be determined at trial, together with punitive damages, pre- and post-judgment interest, and such other and further relief as the Court may deem appropriate under the circumstances.

## COUNT V

416

## SURVIVAL

## ON BEHALF OF ALL PLAINTIFFS BRINGING WRONGFUL DEATH CLAIMS

354.    Plaintiffs incorporate all previous allegations by reference.

355.    As a result of the intentional, malicious, reckless, conspiratorial, criminal, unprivileged, nonconsensual, grossly negligent and negligent acts of defendant Kingdom of Saudi Arabia as described herein, those killed on September 11, 2001, were placed in a severe, often prolonged, extreme, traumatic, apprehension of harmful, offensive unwarranted bodily contact, injury and assault.  Those murdered suffered intensely severe and offensive harmful bodily contact, personal injury and battery; including but not limited to extreme fear, terror, anxiety, emotional and psychological distress, knowledge of pending death and physical and emotional trauma, and intentionally inflicted physical pain.  Decedents were mentally, physically and emotionally damaged, harmed, trapped, and falsely imprisoned prior to their personal physical injury and deaths.

356.    As a result of the Kingdom of Saudi Arabia's criminal and tortious conduct, those killed suffered damages including pain and suffering, severe trauma, fear, anxiety, permanent physical and emotional distress, ultimate loss of life and life's pleasures, companionship and consortium, loss of family, career, earnings and earning capacity, loss of accretion to their estates, and other immeasurable items of damages to be shown at trial.  Plaintiffs herein seek and are entitled to survival damages for those tortured and killed on September 11, 2001.

**WHEREFORE**, plaintiffs demand judgment against defendant Kingdom of Saudi Arabia for an amount authorized by governing law to be determined at trial, together with punitive damages, pre- and post-judgment interest, and such other and further relief as the Court may deem appropriate under the circumstances.

## COUNT VI

## ALIEN TORT CLAIMS ACT[6]

## ON BEHALF OF ALL ALIEN NATIONAL PLAINTIFFS

357.    Plaintiffs incorporate all previous allegations by reference.

358.    The Alien Tort Claims Act, 28 U.S.C. § 1350, allows aliens to sue for torts committed in violation of the law of nations or a treaty of the United States.   Certain of the plaintiffs in this action are non-U.S. citizen aliens.

359.    As set forth above, defendant Kingdom of Saudi Arabia aided and abetted, sponsored, financed, promoted, fostered, materially supported, or otherwise conspired to proximately cause the death and injury of innocent persons namely the alien plaintiffs herein through and by reason of acts of international terrorism – the heinous attacks of September 11, 2001.  These terrorist acts constitute a clear violation of the law of nations, otherwise referred to as customary international law, which includes international legal norms prohibiting crimes against humanity, mass murder, genocide, torture, extrajudicial killing, air piracy, financing of terrorism, and terrorism.   These international legal norms can be found in and derived from, among other things, the following conventions, agreements, U.N. declarations and resolutions, and other documents:

(1)    Charter of the International Military Tribunal, Aug. 8, 1945, 59 Stat. 1544, 82 U.N.T.S. 279;

(2)    Allied Control Council Law No. 10 (Dec. 20, 1945);

(3)    Convention on the Prevention and Punishment of the Crime of Genocide, Dec. 9 1948, 78 U.N.T.S. 277;

(4)    Geneva Convention (IV) Relative to the Protection of Civilian Persons in Time of War, Aug. 12, 1949, 75 U.N.T.S. 287;

---

[6]The causes of action pursuant to the Alien Tort Claims Act (ATCA), 28 U.S.C. § 1350, are asserted on behalf of plaintiffs who are alien nationals; and estates, heirs, and survivors of alien nationals who are not themselves U.S. nationals who were injured or killed in the September 11th attacks.

(5)    Hague Convention for the Suppression of Unlawful Seizure of Aircraft (Hijacking), Dec. 16, 1970, 22 U.S.T. 1641, 860 U.N.T.S. 105;

(6)    International Convention for the Suppression of Terrorist Bombings, Dec. 15, 1997, 2149 U.N.T.S. 284 (entered into force May 23, 2001);

(7)    International Convention for the Suppression of the Financing of Terrorism, Dec. 9, 1999, 2178 U.N.T.S. 229 (entered into force Apr. 10, 2002);

(8)    U.N. Security Council Resolution 1267, U.N. Doc. S/RES/1267 (Oct. 15, 1999);

(9)    U.N. Security Council Resolution 1373, U.N. Doc. S/RES/1373 (Sept. 28, 2001);

(10)   Protocol Additional (I) to the Geneva Conventions of 12 August 1949, and Relating to the Protection of Victims of International Armed Conflict, June 8, 1977, 1125 U.N.T.S. 3;

(11)   Protocol Additional (II) to the Geneva Conventions of 12 August 1949, and Relating to the Protection of Victims of Non-International Armed Conflicts, June 8, 1977, 1125 U.N.T.S. 609;

(12)   Statute of the International Criminal Tribunal for the Former Yugoslavia (ICTY), in Report of the Secretary-General pursuant to paragraph 2 of S.C. Res.808, May 3, 1993, U.N. Doc. 8/25704, adopted unanimously by S.C. Res. 827, U.N. SCOR, 48th Sess., 3217th mtg., 16, U.N. Doc. S/PV.3217 (1993);

(13)   The Convention on the Prevention and Punishment of Crimes Against International Protected Persons, Including Diplomatic Agents, 28 U.S.T. 1975, T.I.A.S. No. 8532 (1977), implemented in 18 U.S.C. § 112l;

(14)   The General Assembly Resolutions on Measures to Prevent International Terrorism, G.A. Res. 40/61 (1985) and G.A. Res. 42/159 (1987); and

(15)   The Convention on the High Seas, April 29, 1958, arts. 14-22 (piracy), 13 U.S.T. 2312, 450 U.N.T.S. 11.

360.    As a result and proximate cause of the Kingdom of Saudi Arabia's activities set forth above in violation of the law of nations, the alien plaintiffs suffered injury and damages as set forth herein.

361.    As a result and proximate cause of the Kingdom of Saudi Arabia's sponsorship of terrorism in violation of the law of nations and customary principles of international law, the plaintiffs suffered injury and damages as set forth herein.

362.    Pursuant to 28 U.S.C. § 1350, the plaintiffs herein who are alien nationals; and estates, heirs, and survivors of alien nationals who are not themselves U.S. nationals who were injured or killed in the September 11th attacks are entitled to recover damages they have sustained by reason of the Kingdom of Saudi Arabia's actions in furtherance of this crime against humanity.

**WHEREFORE**, plaintiffs who are alien nationals; and estates, heirs, and survivors of alien nationals who are not themselves U.S. nationals who were injured or killed in the September 11th attacks, demand judgment against defendant Kingdom of Saudi Arabia for an amount authorized by governing law to be determined at trial, together with punitive damages, pre- and post-judgment interest, and such other and further relief as the Court may deem appropriate under the circumstances.

## COUNT VII

## ASSAULT AND BATTERY

## ON BEHALF OF ALL PLAINTIFFS BRINGING WRONGFUL DEATH AND PERSONAL INJURY CLAIMS

363.    Plaintiffs incorporate all previous allegations by reference.

364.    As a result of the intentional, malicious, reckless, conspiratorial, criminal, unprivileged, nonconsensual, grossly negligent and negligent acts of defendant Kingdom of Saudi Arabia as described herein, which culminated in the September 11th attacks, plaintiff decedents and/or personal injury plaintiffs were placed in apprehension of harmful and/or offensive bodily contact, and suffered harmful, offensive bodily contact, from which they ultimately died or suffered serious permanent personal injury.

365.    By reason of all of the foregoing, plaintiffs were killed, seriously and severely injured, shocked, bruised and wounded and suffered great physical, mental, and emotional pain and injury, and they were rendered sick, sore, lame and disabled, and were otherwise injured or

killed, and/or were confined to a hospital, and/or to bed and home for a period of time by reason thereof, and/or required and received medical care and treatment, and/or incurred medical expenses and will continue to incur future expenses therefor, and were prevented from attending to the duties of their employment and prevented from pursuing the furthering their careers and lost salary and earnings and will lose future salary and earnings thereby.

   **WHEREFORE**, plaintiffs demand judgment against defendant Kingdom of Saudi Arabia for an amount authorized by governing law to be determined at trial, together with punitive damages, pre- and post-judgment interest, and such other and further relief as the Court may deem appropriate under the circumstances.


## COUNT VIII

## CONSPIRACY

## ON BEHALF OF ALL PLAINTIFFS

366.   Plaintiffs incorporate all previous allegations by reference.

367.   As set forth above, defendant Kingdom of Saudi Arabia unlawfully, willfully and knowingly combined, conspired, confederated, aided and abetted, tacitly and/or expressly agreed to participate, cooperate and engage in unlawful and tortious acts pursuant to a common course of conduct, namely the promotion and sponsoring of international terrorism, resulting in the death and injury of plaintiffs and/or their insureds.

368.   As set forth above, defendant Kingdom of Saudi Arabia conspired with; encouraged; and furthered and agreed to provide material support, funding, sponsorship, aiding and abetting and/or other material resources to al Qaeda, Osama bin Laden, and the hijackers in furtherance of this conspiracy.

369.   As set forth above, defendant Kingdom of Saudi Arabia engaged in commonly motivated, organized, concerted and conspiratorial acts, efforts, transactions, material support,

and activities designed, intended, and foreseeably to cause acts of international terrorism including the terrorist attack on the United States, its citizens and society on September 11, 2001. Co-conspirators herein continue in their quest to attack the United States, resulting in the harm to plaintiffs, which was done pursuant to and in furtherance of this concert of action, agreement, enterprise, civil and criminal conspiracy and common scheme.

370.    The Kingdom of Saudi Arabia's concert of action, scheme, enterprise and conspiracy to support and promote Osama bin Laden, al Qaeda, the hijackers and international terrorism was a proximate cause of the September 11, 2001, terrorist attacks that killed and injured plaintiffs and/or their insureds.

371.    As a result of the Kingdom of Saudi Arabia's concert of action and conspiracy to further international terrorism, plaintiffs have suffered damages as will be shown at trial.

**WHEREFORE**, plaintiffs demand judgment against defendant Kingdom of Saudi Arabia for an amount authorized by governing law to be determined at trial, together with punitive damages, pre- and post-judgment interest, and such other and further relief as the Court may deem appropriate under the circumstances.

## COUNT IX

## AIDING AND ABETTING

## ON BEHALF OF ALL PLAINTIFFS

372.    Plaintiffs incorporate all previous allegations by reference.

373.    As set forth above, defendant Kingdom of Saudi Arabia knowingly and substantially assisted in the sponsorship of Osama bin Laden, al Qaeda, international terrorism and the September 11, 2001 terrorist attacks that killed and injured plaintiffs and/or their insureds.

374.    At the time of such aiding and abetting, defendant Kingdom of Saudi Arabia knew or should have known that its role was part of an overall and ongoing illegal, criminal and/or tortious activity.

375.    As set forth above, defendant Kingdom of Saudi Arabia aided and abetted in concerted efforts, transactions, acts and activities designed to cause the attacks of September 11, 2001, on the United States, its citizens, foreign citizens, its liberties and freedoms.

376.    The Kingdom of Saudi Arabia's aiding and abetting of international terrorism through material sponsorship of al Qaeda was a proximate cause of the September 11, 2001 terrorist attacks that killed and injured plaintiffs.

377.    As a direct and proximate result of the Kingdom of Saudi Arabia's aiding and abetting activities, plaintiffs have suffered damages as set forth herein.

**WHEREFORE**, plaintiffs demand judgment against defendant Kingdom of Saudi Arabia for an amount authorized by governing law to be determined at trial, together with punitive damages, pre- and post-judgment interest, and such other and further relief as the Court may deem appropriate under the circumstances.

## COUNT X

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

## ON BEHALF OF ALL INDIVIDUAL PLAINTIFFS

378.    Plaintiffs incorporate all previous allegations by reference.

379.    Defendant Kingdom of Saudi Arabia intended or knew or should have known, that its conduct and actions would lead to the killing of or injury to innocent persons and resulting severe emotional distress.

380.    Defendant Kingdom of Saudi Arabia intended, knew or should have known that the September 11, 2001, suicide hijackings and intended mass murder would kill, maim, and/or permanently injure innocent people, leaving devastated family members to grieve for their losses with ongoing physical, psychological and emotional injuries and ongoing post-traumatic stress disorder on a horrific and massive scale.

381.    The actions of defendant Kingdom of Saudi Arabia were unconscionable, extreme, outrageous, and done with an intentional, malicious, and willful disregard for the rights and lives of those murdered, those injured, and the surviving loved ones.

382.    As a direct and proximate cause of the Kingdom of Saudi Arabia's intentional misconduct and reckless disregard for human life, plaintiffs have suffered and will forever continue to suffer severe, debilitating, permanent emotional, physical and psychiatric disorders, ongoing emotional distress and anxiety, physical and mental distress, and significant mental injury and impairment causing ongoing and long-term expenses for medical treatment, services, and counselling and long-term care, particularly for all minor plaintiffs.

383.    The acts and conduct of defendant Kingdom of Saudi Arabia were undertaken in an intentional manner intended to or reasonably foreseeable to result in the killing and injuring of innocent people.  These criminal and tortious acts culminated in the murder and maiming of

innocent people on September 11, 2001, and beyond, causing continuing, permanent emotional, mental and physical suffering to the families and heirs of the decedents.

384.     Defendant Kingdom of Saudi Arabia, by engaging in this intentional, and unlawful conduct, intentionally inflicted emotional distress upon the plaintiffs.

**WHEREFORE**, plaintiffs demand judgment against defendant Kingdom of Saudi Arabia for an amount authorized by governing law to be determined at trial, together with punitive damages, pre- and post-judgment interest, and such other and further relief as the Court may deem appropriate under the circumstances.

## COUNT XI

### LIABILITY PURSUANT TO RESTATEMENT (SECOND) OF TORTS § 317 AND RESTATEMENT (THIRD) OF AGENCY § 7.05: SUPERVISING EMPLOYEES AND AGENTS

### ON BEHALF OF ALL PLAINTIFFS

385.     Plaintiffs incorporate all previous allegations by reference.

386.     Defendant Kingdom of Saudi Arabia was reckless in its supervision of its agents or employees, including Fahad al Thumairy, Omar al Bayoumi, Osama Bassnan, Saleh al Hussayen, Mohammed al Qudhaeein, Muhammed Jaber al Fakihi and others, in that the Kingdom of Saudi Arabia knew of these employees' and agents' propensity for the conduct that caused injury to plaintiffs prior to the injuries' occurrence, and the Kingdom of Saudi Arabia failed to exercise due care in supervising its employees and agents.

387.     The ability of the above-referenced agents or employees to provide wide-ranging material support to al Qaeda, Osama bin Laden, and the September 11th hijackers, referenced above, and the resulting injuries to plaintiffs, were caused by reason of the reckless supervision by the Kingdom of Saudi Arabia of its agents or employees.

388.     Due to the reckless supervision on the part of defendant Kingdom of Saudi Arabia, plaintiffs sustained injuries.

389.     The injuries sustained by plaintiffs, as a result of the recklessness of defendant Kingdom of Saudi Arabia, were foreseeable and defendant Kingdom of Saudi Arabia knew or should have known of the risk of injury to the plaintiffs.

390.     The torts committed by the above-referenced employees and agents of defendant Kingdom of Saudi Arabia were committed, among other places, on the premises of the Kingdom of Saudi Arabia or with the chattels of the Kingdom of Saudi Arabia, as these employees and agents provided wide-ranging material support to al Qaeda and the September 11th hijackers from, among other places, facilities owned and operated by the Kingdom of Saudi Arabia using money and resources of the Kingdom.

**WHEREFORE**, plaintiffs demand judgment against defendant Kingdom of Saudi Arabia for an amount authorized by governing law to be determined at trial, together with punitive damages, pre- and post-judgment interest, and such other and further relief as the Court may deem appropriate under the circumstances.

## COUNT XII

### LIABILITY PURSUANT TO RESTATEMENT (SECOND) OF TORTS § 317 AND RESTATEMENT (THIRD) OF AGENCY § 7.05: HIRING, SELECTING, AND RETAINING EMPLOYEES AND AGENTS

### ON BEHALF OF ALL PLAINTIFFS

391.     Plaintiffs incorporate all previous allegations by reference.

392.     Defendant Kingdom of Saudi Arabia was reckless in hiring, selecting, and retaining as and for its employees and agents individuals, including Fahad al Thumairy, Omar al Bayoumi, Osama Bassnan, Saleh al Hussayen, Mohammed al Qudhaeein, Muhammed Jaber al

Fakihi and others, in that the Kingdom of Saudi Arabia knew of these employees' and agents' propensity for the conduct that caused injury to plaintiffs prior to the injuries' occurrence.

393.    Defendant Kingdom of Saudi Arabia hired, selected, and retained the above-referenced agents and employees and placed them in a situation where they could create an unreasonable risk of harm to others.

394.    The ability of the above-referenced agents and employees to provide wide-ranging material support to al Qaeda and the September 11th hijackers, referenced above, and the resulting injuries to plaintiffs, were caused by reason of the reckless hiring, selecting, and/or retention by defendant Kingdom of Saudi Arabia.

395.    The injuries sustained by plaintiffs, as a result of the recklessness of defendant Kingdom of Saudi Arabia, were foreseeable and defendant Kingdom of Saudi Arabia knew or should have known of the risk of injury to the plaintiffs.

396.    The torts committed by the above-referenced employees and agents of defendant Kingdom of Saudi Arabia were committed, among other places, on the premises of the Kingdom of Saudi Arabia or with the chattels of the Kingdom of Saudi Arabia, as these employees and agents provided wide-ranging material support to al Qaeda and the September 11th hijackers from, among other places, facilities owned and operated by the Kingdom of Saudi Arabia using money and resources of the Kingdom.

**WHEREFORE**, plaintiffs demand judgment against defendant Kingdom of Saudi Arabia for an amount authorized by governing law to be determined at trial, together with punitive damages, pre- and post-judgment interest, and such other and further relief as the Court may deem appropriate under the circumstances.

## COUNT XIII

## 18 U.S.C. § 1962(a)-(d) – CIVIL RICO

## ON BEHALF OF ALL PLAINTIFFS

397.    Plaintiffs incorporate all previous allegations by reference.

398.    Defendant Kingdom of Saudi Arabia constitutes a "person" as such term is used in 18 U.S.C. § 1961(3).

399.    Defendant Kingdom of Saudi Arabia, as principal, agent and co-conspirator, performed "racketeering activity" as defined in 18 U.S.C. § 1961(1) by knowingly providing material support to Osama bin Laden and al Qaeda prior to the September 11th attacks, as described above.

400.    Defendant Kingdom of Saudi Arabia, including the agents, officials, officers, and employees of defendant Kingdom of Saudi Arabia whose attributable conduct in support of al Qaeda is discussed above, and Osama bin Laden and al Qaeda, were associated in fact with a common purpose of spreading extremist Wahhabi doctrine and rule, including through acts of jihad, and constituted an "enterprise" as that term is defined in 18 U.S.C. § 1961(4), which enterprise was engaged in, and the activities of which affected, interstate and foreign commerce (the "RICO Enterprise").

401.    The RICO Enterprise constitutes an "enterprise" because all members thereof, including but not limited to defendant Kingdom of Saudi Arabia, had the same goal of spreading Wahhabi doctrine and rule, including through acts of jihad, and in fact worked together to achieve that goal.

402.    Defendant Kingdom of Saudi Arabia committed two or more of the aforesaid acts of racketeering activity within ten years of one another by continuously participating in the sponsorship of al Qaeda, and thereby committed a "pattern" of racketeering activity as defined in 18 U.S.C. § 1961(5).

403.    Defendant Kingdom of Saudi Arabia, as principal, agent of, and co-conspirator with Osama bin Laden and al Qaeda, used and invested, both directly and indirectly, the income

and the proceeds of the pattern of racketeering activity, to establish the RICO Enterprise in violation of 18 U.S.C. § 1962(a).

404.    Defendant Kingdom of Saudi Arabia, as principal, agent of, and co-conspirator with Osama bin Laden and al Qaeda, maintained, directly and indirectly, an interest in and control of the RICO Enterprise through a pattern of racketeering activity in violation of 18 U.S.C. § 1962(b).

405.    Defendant Kingdom of Saudi Arabia, as principal, agent of, and co-conspirator with Osama bin Laden and al Qaeda, conducted and participated, directly and indirectly, in the conduct of the affairs of the RICO Enterprise through a pattern of racketeering activity in violation of 18 U.S.C. § 1962(c).

406.    Defendant Kingdom of Saudi Arabia, as a person associated with the RICO Enterprise, which engaged in acts of racketeering activity which affected interstate and foreign commerce, did conspire with other persons known and unknown, to violate 18 U.S.C. § 1962(d). It was part of the conspiracy that defendant Kingdom of Saudi Arabia and co-conspirators devised, intended to devise, and participated in a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and material omissions.  It was a further part of the conspiracy that defendant Kingdom of Saudi Arabia and others would and did misrepresent, conceal and hide, and cause to be misrepresented, concealed and hidden the purposes of, and acts done, in furtherance of the conspiracy.

407.    Defendant Kingdom of Saudi Arabia violated 18 U.S.C. § 1962(a-d) by investing in, maintaining an interest in, conducting and participating, directly and indirectly, or by conspiring to do the same, in the RICO Enterprise through a pattern of racketeering activity, that is, through multiple acts indictable under the laws of the United States, including but not limited to:

(a)   18 U.S.C. § 1341 (mail fraud);

(b)   18 U.S.C. § 1343 (wire fraud);

(c)   18 U.S.C. § 1503 (obstruction of justice);

(d)   18 U.S.C. § 1956 (money laundering);

(e)   18 U.S.C. § 2339A (material support to organizations engaged in violent activities); and

(f)   18 U.S.C. § 2339B (material support to designated foreign terrorist organizations).

408.   The damages suffered by plaintiffs, as described herein, were the direct and proximate result of the aforesaid pattern of racketeering activity by defendant Kingdom of Saudi Arabia, acting individually and in concert with other members of the RICO Enterprise.

409.   The loss of business and property by plaintiffs included loss of tangible and intangible personal property, loss of employment, personal effects, pecuniary losses, past and future wages and profits, business opportunities, personal property, support, funeral and burial expenses, prospective inheritance, and the other economic contributions that plaintiffs' decedents would have made to plaintiffs' households ("losses").  Such losses were a direct and proximate result of the racketeering activities of defendant Kingdom of Saudi Arabia.

**WHEREFORE**, plaintiffs demand judgment against defendant Kingdom of Saudi Arabia for an amount authorized by governing law to be determined at trial, together with treble damages, punitive damages, pre- and post-judgment interest, attorney's fees, costs of this action and such other and further relief as the Court may deem appropriate under the circumstances.

## COUNT XIV

## VIOLATIONS OF INTERNATIONAL LAW

## ON BEHALF OF ALL PLAINTIFFS

410.   Plaintiffs incorporate all previous allegations by reference.

411.   Defendant Kingdom of Saudi Arabia is liable for plaintiffs' injuries under the principles of international law.

412.   It is long settled that the law of nations is part of federal common law, and that federal courts are empowered to address claims against those that commit, aid, or abet violations of international law.

413.   The terrorist attacks of September 11, 2001 involved the hijacking of four airplanes.  Aircraft hijacking is widely recognized as a violation of international law of the type that gives rise to liability against the hijackers and those who aided or abetted the aircraft hijacking.

414.   Through the tortious acts in support of al Qaeda described above, defendant Kingdom of Saudi Arabia aided and abetted, and conspired with, al Qaeda in the commission of a violation of international law, aircraft hijacking, because their conduct substantially assisted al Qaeda's commission of the September 11th attacks.

415.   In addition, and in the alternative, the tortious conduct of the Kingdom of Saudi Arabia aided and abetted the violation of the following additional conventions, agreements, U.N. declarations, resolutions, and principles of international law:

(1)   Charter of the International Military Tribunal, Aug. 8, 1945, 59 Stat. 1544, 82 U.N.T.S. 279;

(2)   Allied Control Council Law No. 10 (Dec. 20, 1945);

(3)   Convention on the Prevention and Punishment of the Crime of Genocide, Dec. 9 1948, 78 U.N.T.S. 277;

(4)   Geneva Convention (IV) Relative to the Protection of Civilian Persons in Time of War, Aug. 12, 1949, 75 U.N.T.S. 287;

(5)   Hague Convention for the Suppression of Unlawful Seizure of Aircraft (Hijacking), Dec. 16, 1970, 22 U.S.T. 1641, 860 U.N.T.S. 105;

(6)   International Convention for the Suppression of Terrorist Bombings, Dec. 15, 1997, 2149 U.N.T.S. 284 (entered into force May 23, 2001);

431

(7)    International Convention for the Suppression of the Financing of Terrorism, Dec. 9, 1999, 2178 U.N.T.S. 229 (entered into force Apr. 10, 2002);

(8)    U.N. Security Council Resolution 1267, U.N. Doc. S/RES/1267 (Oct. 15, 1999);

(9)    U.N. Security Council Resolution 1373, U.N. Doc. S/RES/1373 (Sept. 28, 2001);

(10)   Protocol Additional (I) to the Geneva Conventions of 12 August 1949, and Relating to the Protection of Victims of International Armed Conflict, June 8, 1977, 1125 U.N.T.S. 3;

(11)   Protocol Additional (II) to the Geneva Conventions of 12 August 1949, and Relating to the Protection of Victims of Non-International Armed Conflicts, June 8, 1977, 1125 U.N.T.S. 609;

(12)   Statute of the International Criminal Tribunal for the Former Yugoslavia (ICTY), in Report of the Secretary-General pursuant to paragraph 2 of S.C. Res.808, May 3, 1993, U.N. Doc. 8/25704, adopted unanimously by S.C. Res. 827, U.N. SCOR, 48th Sess., 3217th mtg., 16, U.N. Doc. S/PV.3217 (1993);

(13)   The Convention on the Prevention and Punishment of Crimes Against International Protected Persons, Including Diplomatic Agents, 28 U.S.T. 1975, T.I.A.S. No. 8532 (1977), implemented in 18 U.S.C. § 112l;

(14)   The General Assembly Resolutions on Measures to Prevent International Terrorism, G.A. Res. 40/61 (1985) and G.A. Res. 42/159 (1987); and

(15)   The Convention on the High Seas, April 29, 1958, arts. 14-22 (piracy), 13 U.S.T. 2312, 450 U.N.T.S. 11.

416.   Plaintiffs suffered injuries by reason of the above conduct for which defendant the Kingdom of Saudi Arabia is responsible.

**WHEREFORE**, plaintiffs demand judgment against defendant Kingdom of Saudi Arabia for an amount authorized by governing law to be determined at trial, together with punitive damages, pre- and post-judgment interest, attorney's fees, costs of this action and such other and further relief as the Court may deem appropriate under the circumstances.

## JURY DEMAND

Plaintiff demands a trial by jury as to all claims so triable.

432

Dated:  March 17, 2017                        Respectfully submitted,


                                              /s/ Jodi Westbrook Flowers
                                              Jodi Westbrook Flowers, Esq.
                                              Donald A. Migliori, Esq.
                                              Michael Elsner, Esq.
                                              Robert T. Haefele, Esq.
                                              John Eubanks, Esq.
                                              MOTLEY RICE LLC
                                              Mount Pleasant, SC 29464
                                              Tel. (843) 216-9000
                                              Fax (843) 216-9450
                                              jflowers@motleyrice.com
                                              dmigliori@motleyrice.com
                                              melsner@motleyrice.com
                                              rhaefele@motleyrice.com
                                              jeubanks@motleyrice.com


                                              /s/ Paul Hanly
                                              Paul Hanly, Esq.
                                              Jayne Conroy, Esq.
                                              Andrea Bierstein, Esq.
                                              SIMMONS HANLY CONROY
                                              112 Madison Avenue
                                              7th Floor
                                              New York, NY 10016
                                              Tel: (212) 784-6400
                                              Fax: (212) 213-5949
                                              phanly@simmonsfirm.com
                                              jconroy@simmonsfirm.com
                                              abierstein@simmonsfirm.com


                                              /s/ Allan Gerson
                                              Allan Gerson, Esq.
                                              AG INTERNATIONAL LAW, PLLC
                                              2131 S Street NW
                                              Washington, DC 20008
                                              Tel: (202) 234-9717
                                              Fax: (202) 234-9727
                                              AG@AG-IL.com


                                              Harry Huge
                                              HARRY HUGE LAW FIRM LLP
                                              25 East Battery Street
                                              Charleston, SC 29401

Tel: (843) 722-1628
Fax: (843) 720-8794
harry@theharryhugelawfirm.com