```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON              Civil Action No.
SEPTEMBER 11, 2001                      03 MDL 1570 (GBD) (SN)

------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

This document relates to:
    *Burnett, et al v. Al Baraka Investment & Development Corp., et al*, No. 03-cv-9849 (S.D.N.Y.)

### ORDER ON PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Upon consideration of Plaintiffs' motion to permit the substitution of parties to name individuals as Plaintiffs in their given names who were previously identified as "DOE" plaintiffs in their prior pleadings, it is hereby:

**ORDERED** that the *Burnett* Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the *Burnett* case in their given names; and it is

**ORDERED** that the *Burnett* Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of these plaintiffs to the *Burnett* action in the Court's ECF and docketing system.

**SO ORDERED.**

November 19, 2019
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

| EXHIBIT A | | | | |
|---|---|---|---|---|
| **Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent)** | **State of Residency at Filing** | **Reference to Plaintiff in Current Caption (ECF#3477 - 3/23/2017)** | **Decedent's Name** | **Paragraph of Complaint Discussing Decedent** |
| CAROL ANN ASHLEY, individually as the Parent and as the Co-Administrator of the Estate of Janice Marie Ashley, Deceased and on behalf of all survivors of Janice Marie Ashley | NY | DOE 15, individually as parent and as the Co-Administrator of the Estate of DOE 15, Deceased and on behalf of all survivors of DOE | Ashley, Janice Marie | ECF#3477, ¶126 |
| WILLIAM ASHLEY, individually as the Parent and as the Co-Administrator of the Estate of Janice Marie Ashley, Deceased and on behalf of all survivors of Janice Marie Ashley | NY | DOE 15, individually as parent and as the Co-Administrator of the Estate of DOE 15, Deceased and on behalf of all survivors of DOE 15 | Ashley, Janice Marie | ECF#3477, ¶127 |
| MICHAEL ASHLEY, individually as the Sibling of Janice Marie Ashley, Deceased | NJ | DOE 15, individually as the Sibling of DOE 15, Deceased | Ashley, Janice Marie | ECF#3477, ¶128 |
| LORI S. BARZVI, individually as the Sibling of Guy Barzvi, Deceased | FL | DOE 35, individually as the Sibling of DOE 35, Deceased | Barzvi, Guy | ECF#3477, ¶200 |
| JOY BENNETT, individually as the Parent and as the Co-Administrator of the Estate of Oliver Duncan Bennett, Deceased and on behalf of all survivors of Oliver Duncan Bennett | UK | DOE 125, individually as spouse and as the Co-Administrator of the Estate of DOE 125, Deceased and on behalf of all survivors of DOE 125 | Bennett, Oliver Duncan | ECF#3477, ¶253 |
| ADRIAN JOHN MOBERLY BENNETT, individually as the Parent and as the Co-Administrator of the Estate of Oliver Duncan Bennett, Deceased and on behalf of all survivors of Oliver Duncan Bennett | UK | DOE 125, individually as parent and as the Co-Administrator of the Estate of DOE 125, Deceased and on behalf of all survivors of DOE 125 | Bennett, Oliver Duncan | ECF#3477, ¶254 |
| JUSTIN MICHAEL BENNETT, individually as the Sibling of Oliver Duncan Bennett, Deceased | ME | DOE 125, individually as the Sibling of DOE 125, Deceased | Bennett, Oliver Duncan | ECF#3477, ¶255 |
| JILL ELLEN BERNARD LUDMAR, individually as the Child of David W. Bernard, Deceased | MA | DOE 29, individually as the Child of DOE 29, Deceased | Bernard, David W. | ECF#3477, ¶265 |
| NANCY M. BERNARD, individually as the Spouse and as the Personal Representative of the Estate of David W. Bernard, Deceased and on behalf of all survivors of David W. Bernard | MA | DOE 29, individually as spouse and as the Personal Representative of the Estate of DOE 29, Deceased and on behalf of all survivors of DOE 29 | Bernard, David W. | ECF#3477, ¶266 |
| MARK ANDREW BERNARD, individually as the Child of David W. Bernard, Deceased | MA | DOE 29, individually as the Child of DOE 29, Deceased | Bernard, David W. | ECF#3477, ¶267 |
| NEDA BOLOURCHI, individually as the Child of Touri Hamzavi Bolourchi, Deceased | CA | DOE 118, individually as the Child of DOE 118, Deceased | Bolourchi, Touri Hamzavi | ECF#3477, ¶313 |
| JULIA ANN BONDARENKO, individually as the Spouse and as the Personal Representative of the Estate of Alan Bondarenko, Deceased and on behalf of all survivors of Alan Bondarenko | FL | DOE 20, individually as spouse and as the Personal Representative of the Estate of DOE 20, Deceased and on behalf of all survivors of DOE 20 | Bondarenko, Alan | ECF#3477, ¶314 |
| VIGDIS VAKA BURKE, individually and as the Personal Representative of the Estate of J. Howard Boulton, Jr., Deceased, and on behalf of minor child F.T.B. | OR | Personal Representative of the Estate of DOE 119, Deceased and on behalf of all survivors of DOE 119 and on behalf of minor child DOE 119 | Boulton, Jr., J. Howard | ECF#3477, ¶339 |
| WINIFRED BRISTOW, individually as the Parent of Paul Gary Bristow, Deceased | UK | DOE 127, individually as the Parent of Paul Gary Bristow, Deceased | Bristow, Paul Gary | ECF#3477, ¶386 |
| DEREK EDWARD BRISTOW, individually as the Parent and as the Personal Representative of the Estate of Paul Gary Bristow, Deceased and on behalf of all survivors of Paul Gary Bristow | UK | DOE 127, individually as Parent and as the Personal Representative of the Estate of DOE 127, Deceased and on behalf of all survivors of DOE 127 | Bristow, Paul Gary | ECF#3477, ¶387 |

| | | | | |
|---|---|---|---|---|
| **EXHIBIT A** | | | | |
| **Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent)** | **State of Residency at Filing** | **Reference to Plaintiff in Current Caption (ECF#3477 - 3/23/2017)** | **Decedent's Name** | **Paragraph of Complaint Discussing Decedent** |
| MERCEDES C. CHAVEZ, individually as the Sibling of Cecile Marella Caguicla, Deceased | PHILIPPINES | DOE 105 individually as the Sibling of DOE 105, Deceased | Caguicla, Cecile Marella | ECF#3477, ¶449 |
| MARIA LOURDES C. RODRIGUEZ, individually as the Sibling of Cecile Marella Caguicla, Deceased | PHILIPPINES | DOE 105 individually as the Sibling of DOE 105, Deceased | Caguicla, Cecile Marella | ECF#3477, ¶450 |
| ASUNCION CHONA CAGUICLA SORIANO, individually as the Sibling of Cecile Marella Caguicla, Deceased | PHILIPPINES | DOE 105 individually as the Sibling of DOE 105, Deceased | Caguicla, Cecile Marella | ECF#3477, ¶451 |
| BERNARDINE GERIE C. RANA, individually as the Sibling of Cecile Marella Caguicla, Deceased | AUSTRALIA | DOE 105 individually as the Sibling of DOE 105, Deceased | Caguicla, Cecile Marella | ECF#3477, ¶452 |
| NATIVIDAD MARELLA CRUZ, individually as the Sibling and as the Personal Representative of the Estate of Cecile Marella Caguicla, Deceased and on behalf of all survivors of Cecile Marella Caguicla | NJ | DOE 105 individually as the Sibling and as the Personal Representative of the Estate of DOE 105, Deceased and on behalf of all survivors of DOE 105 | Caguicla, Cecile Marella | ECF#3477, ¶453 |
| ANTONIO M. CAGUICLA, individually as the Sibling of Cecile Marella Caguicla, Deceased | PHILIPPINES | DOE 105 individually as the Sibling of DOE 105, Deceased | Caguicla, Cecile Marella | ECF#3477, ¶454 |
| DEBORAH CALANDRILLO, individually as the Spouse and as the Personal Representative of the Estate of Joseph M. Calandrillo, Deceased and on behalf of all survivors of Joseph M. Calandrillo | NY | DOE 67, individually as spouse and as the Personal Representative of the Estate of DOE 67, Deceased and on behalf of all survivors of DOE 67 | Calandrillo, Joseph M. | ECF#3477, ¶461 |
| MICHAEL R. CARRINGTON, individually as the Parent of Jeremy Mark Carrington, Deceased | UK | DOE 128, individually as the Parent of DOE 128, Deceased | Carrington, Jeremy Mark | ECF#3477, ¶532 |
| PATRICIA DENISE CASAZZA, individually as the Spouse and as the Personal Representative of the Estate of John Francis Casazza, Deceased and on behalf of all survivors of John Francis Casazza | NY | DOE 06, individually as the spouse and as the Personal Representative of the Estate of DOE 06, Deceased and on behalf of all survivors of DOE 06 | Casazza, John Francis | ECF#3477, ¶545 |
| ALICIA RUTH BUSH, individually as the Sibling of Jeffrey M. Chairnoff, Deceased | PA | DOE 50 individually as the Sibling of DOE 50, Deceased | Chairnoff, Jeffrey M. | ECF#3477, ¶569 |
| DEBORAH SHERMAN, individually as the Sibling of Jeffrey M. Chairnoff, Deceased | PA | DOE 50 individually as the Sibling of DOE 50, Deceased | Chairnoff, Jeffrey M. | ECF#3477, ¶570 |
| HELAINE K. CHAIRNOFF, individually as the Spouse and Personal Representative of the Estate of Jeffrey M. Chairnoff, Deceased, and on behalf of all survivors of Jeffrey M. Chairnoff | NJ | DOE 50, individually as the Spouse and as the Personal Representative of the Estate of DOE 50, Deceased and on behalf of all survivors of DOE 50 and on behalf of minor children DOE 50 and DOE 50 | Chairnoff, Jeffrey M. | ECF#3477, ¶571 |
| ELAINE CHEVALIER, individually as the Parent and as the Personal Representative of the Estate of Swede Joseph Chevalier, Deceased and on behalf of all survivors of Swede Joseph Chevalier | NJ | DOE 55, individually as the Parent and as the Personal Representative of the Estate of DOE 55, Deceased and on behalf of all survivors of DOE 55 | Chevalier, Swede Joseph | ECF#3477, ¶601 |
| TYLIA FURGAL, individually as the Sibling of Swede Joseph Chevalier, Deceased | NY | DOE 55 individually as the Sibling of DOE 55, Deceased | Chevalier, Swede Joseph | ECF#3477, ¶602 |
| BRITTANY CHEVALIER, individually as the Sibling of Swede Joseph Chevalier, Deceased | NJ | DOE 55 individually as the Sibling of DOE 55, Deceased | Chevalier, Swede Joseph | ECF#3477, ¶603 |

| Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent) | State of Residency at Filing | Reference to Plaintiff in Current Caption (ECF#3477 - 3/23/2017) | Decedent's Name | Paragraph of Complaint Discussing Decedent |
|---|---|---|---|---|
| ELODIE COLEMAN, individually as the Spouse and as the Personal Representative of the Estate of Keith Eugene Coleman, Deceased and on behalf of all survivors of Keith Eugene Coleman | NJ | DOE 60 individually as the Spouse and as the Personal Representative of the Estate of DOE 60, Deceased and on behalf of all survivors of DOE 60 and on behalf of minor children DOE 60 and DOE 60 | Coleman, Keith Eugene | ECF#3477, ¶677 |
| WENDY E. COSGROVE, individually as the Spouse and as the Personal Representative of the Estate of Kevin M. Cosgrove, Deceased and on behalf of all survivors of Kevin M. Cosgrove | NY | DOE 21, individually as the Spouse and as the Personal Representative of the Estate of DOE 21, Deceased and on behalf of all survivors of DOE 21 | Cosgrove, Kevin | ECF#3477, ¶739 |
| JOHN CREAMER, individually as the Spouse and as the Personal Representative of the Estate of Tara Kathleen Creamer, Deceased and on behalf of all survivors of Tara Kathleen Creamer | MA | DOE 33, individually as the Spouse and as the Personal Representative of the Estate of DOE 33, Deceased and on behalf of all survivors of DOE 33, and on behalf of minor children DOE 33 and DOE 33 | Creamer, Tara Kathleen | ECF#3477, ¶764 |
| LORI ANN CROTTY, individually as the Spouse and as the Personal Representative of the Estate of Kevin Raymond Crotty, Deceased and on behalf of all survivors of Kevin Raymond Crotty | NJ | DOE 14, individually as the Spouse and as the Personal Representative of the Estate of DOE 14, Deceased and on behalf of all survivors of DOE 14, and on behalf of minor children DOE 14, DOE 14, and DOE 14 | Crotty, Kevin Raymond | ECF#3477, ¶774 |
| SHEILA MORGAN, individually as the Parent of Neil James Cudmore, Deceased | UK | DOE 129, individually as the Parent of DOE 129, Deceased | Cudmore, Neil James | ECF#3477, ¶801 |
| JOANNE HADJ-AISSA, individually as the Sibling of Neil James Cudmore, Deceased | UK | DOE 129, individually as the Sibling of DOE 129, Deceased | Cudmore, Neil James | ECF#3477, ¶802 |
| JAMES CUDMORE, individually as the Parent and as the Personal Representative of the Estate of Neil James Cudmore, Deceased and on behalf of all survivors of Neil James Cudmore | UK | DOE 129, individually as the Parent and as the Personal Representative of the Estate of DOE 129, Deceased and on behalf of all survivors of DOE 129 | Cudmore, Neil James | ECF#3477, ¶803 |
| PAUL CUDMORE, individually as the Sibling of Neil James Cudmore, Deceased | UK | DOE 129, individually as the Sibling of DOE 129, Deceased | Cudmore, Neil James | ECF#3477, ¶804 |
| KEITH CUDMORE, individually as the Sibling of Neil James Cudmore, Deceased | UK | DOE 129, individually as the Sibling of DOE 129, Deceased | Cudmore, Neil James | ECF#3477, ¶805 |
| GERALDINE M. SWEENEY, individually as the Sibling of Paul Dario Curioli, Deceased | NY | DOE 93, individually as the Sibling of DOE 93, Deceased | Curioli, Paul Dario | ECF#3477, ¶826 |
| KATHI S. CURIOLI, individually as the Spouse and as the Personal Representative of the Estate of Paul Dario Curioli, Deceased and on behalf of all survivors of Paul Dario Curioli | CT | DOE 93, individually as the Spouse and as the Personal Representative of the Estate of DOE 93, Deceased and on behalf of all survivors of DOE 93 and on behalf of minor children DOE 93 and DOE 93 | Curioli, Paul Dario | ECF#3477, ¶827 |
| ABIGAIL J. CARTER, individually as the Spouse and as the Personal Representative of the Estate of Caleb Arron Dack, Deceased and on behalf of all survivors of Caleb Arron Dack. | WA | DOE 84, individually as the Spouse and as the Personal Representative of the Estate of DOE 84, Deceased and on behalf of all survivors of DOE 84 and on behalf of minor children DOE 84 and DOE 84 | Dack, Caleb Arron | ECF#3477, ¶838 |
| DENISE DEANGELIS, individually as the Spouse of Robert J. DeAngelis, Jr., Deceased | FL | DOE 43, individually as the Spouse of DOE 43, Deceased | DeAngelis, Jr., Robert J. | ECF#3477, ¶885 |
| ASUNCION M. DECHAVEZ, individually as the Parent and as the Co-Administrator of the Estate of Jayceryll Malabuyoc de Chavez, Deceased and on behalf of all survivors of Jayceryll Malabuyoc Dechavez | NJ | DOE 32 individually as the Parent and as the Co-Administrator of the Estate of DOE 32, Deceased and on behalf of all survivors of DOE 32 | Dechavez, Jayceryll Malabuyoc | ECF#3477, ¶896 |

| | | | | |
|---|---|---|---|---|
| **EXHIBIT A** | | | | |
| **Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent)** | **State of Residency at Filing** | **Reference to Plaintiff in Current Caption (ECF#3477 - 3/23/2017)** | **Decedent's Name** | **Paragraph of Complaint Discussing Decedent** |
| BIBIANO M. DECHAVEZ, individually as the Parent and as the Co-Administrator of the Estate of Jayceryll Malabuyoc de Chavez, Deceased and on behalf of all survivors of Jayceryll Malabuyoc Dechavez | NJ | DOE 32 individually as the Parent and as the Co-Administrator of the Estate of DOE 32, Deceased and on behalf of all survivors of DOE 32 | Dechavez, Jayceryll Malabuyoc | ECF#3477, ¶897 |
| MARGARET A. RICHARDSON, individually as the Sibling of DOE 30, Deceased | MA | DOE 30, individually as the Sibling of DOE 30, Deceased | DOE 30 | ECF#3477, ¶553 |
| ROSALEEN CLAIRE SHEA, individually as the Sibling of Mary Yolanda Dowling, Deceased | NY | DOE 78, individually as the Sibling of DOE 78, Deceased | Dowling, Mary Yolanda | ECF#3477, ¶1003 |
| GAIL M. SILKE, as as Personal Representative of the Estate of LETITIA DRISCOLL, deceased, Parent of Stephen Patrick Driscoll, Deceased | NY | REPRESENTATIVE of the Estate of DOE 97, Deceased, Parent of decedent DOE 97 | Driscoll, Stephen Patrick | ECF#3477, ¶1010 |
| MICHELLE EILEEN TIERNEY, individually as the Sibling of Stephen Patrick Driscoll, Deceased | NY | DOE 97, individually as the Sibling of DOE 97, Deceased | Driscoll, Stephen Patrick | ECF#3477, ¶1011 |
| SHEILA MARY DRISCOLL, individually as the Sibling of Stephen Patrick Driscoll, Deceased | NY | DOE 97, individually as the Sibling of DOE 97, Deceased | Driscoll, Stephen Patrick | ECF#3477, ¶1012 |
| GAIL MARIE SILKE, individually as the Sibling of Stephen Patrick Driscoll, Deceased | NY | DOE 97, individually as the Sibling of DOE 97, Deceased | Driscoll, Stephen Patrick | ECF#3477, ¶1013 |
| JEAN PATRICIA DRISCOLL, individually as the Sibling of Stephen Patrick Driscoll, Deceased | NY | DOE 97, individually as the Sibling of DOE 97, Deceased | Driscoll, Stephen Patrick | ECF#3477, ¶1014 |
| GAIL M. SILKE, as Personal Representative of the Estate of Patrick Joseph Driscoll, deceased, Parent of Stephen Patrick Driscoll, Deceased | NY | REPRESENTATIVE of the Estate of DOE 97, Deceased, Parent of decedent DOE 97 | Driscoll, Stephen Patrick | ECF#3477, ¶1016 |
| MICHAEL CORNELIUS DRISCOLL, individually as the Sibling of Stephen Patrick Driscoll, Deceased | NY | DOE 97, individually as the Sibling of DOE 97, Deceased | Driscoll, Stephen Patrick | ECF#3477, ¶1017 |
| RAYMOND DUGER, individually as the Spouse and as Personal Representative of the Estate of Antoinette Duger, Deceased and on behalf of all survivors of Antoinette Duger | NJ | the Personal Representative of the Estate of DOE 86, Deceased and on behalf of all survivors of DOE 86, and on behalf of minor child DOE 86 | Duger, Antoinette | ECF#3477, ¶1022 |
| ELIZABETH EMERY, individually as the Spouse and as the Personal Representative of the Estate of Edgar H. Emery, Jr., Deceased and on behalf of all survivors of Edgar H. Emery, Jr. | NJ | DOE 68, individually as the Spouse and as the Personal Representative of the Estate of DOE 68, Deceased and on behalf of all survivors of DOE 68 | Emery, Jr., Edgar H. | ECF#3477, ¶1060 |
| CORAZON FERNANDEZ, individually as the Parent and as the Personal Representative of the Estate of Judy Hazel Fernandez, Deceased and on behalf of all survivors of Judy Hazel Fernandez | NJ | DOE 09, individually as Parent and as the Personal Representative of the Estate of DOE 09, Deceased and on behalf of all survivors of DOE 09 | Fernandez, Judy Hazel | ECF#3477, ¶1141 |
| CIRILO FLORES FERNANDEZ, individually as the Parent of Judy Hazel Fernandez, Deceased | NJ | DOE 09, individually as the Parent of DOE 09, Deceased | Fernandez, Judy Hazel | ECF#3477, ¶1142 |
| MARY ANN FETCHET, individually as the Parent of Bradley James Fetchet, Deceased | CT | DOE 103, individually as the Parent of DOE 103, Deceased | Fetchet, Bradley James | ECF#3477, ¶1146 |

| | | | | |
|---|---|---|---|---|
| **EXHIBIT A** | | | | |
| **Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent)** | **State of Residency at Filing** | **Reference to Plaintiff in Current Caption (ECF#3477 - 3/23/2017)** | **Decedent's Name** | **Paragraph of Complaint Discussing Decedent** |
| FRANK JAMES FETCHET, individually as the Parent and as the Personal Representative of the Estate of Bradley James Fetchet, Deceased and on behalf of all survivors of Bradley James Fetchet | CT | DOE 103, individually as the Parent and as the Personal Representative of the Estate of DOE 103, Deceased and on behalf of all survivors of DOE 103 | Fetchet, Bradley James | ECF#3477, ¶1147 |
| SUSAN HUNTINGTON FISHER, individually as the Spouse and as the Personal Representative of the Estate of Bennett Lawson Fisher, Deceased and on behalf of all survivors of Bennett Lawson Fisher | CT | DOE 107, individually as the Spouse and as the Personal Representative of the Estate of DOE 107, Deceased and on behalf of all survivors of DOE 107 | Fisher, Bennett Lawson | ECF#3477, ¶1161 |
| NANCY B. FOX, individually as the Spouse and as the Personal Representative of the Estate of Jeffrey L. Fox, Deceased and on behalf of minor children A.F., J.F. and G.F. and on behalf of all survivors of Jeffrey L. Fox | FL | DOE 94, individually as the Spouse and as the Personal Representative of the Estate of DOE 94, Deceased and on behalf of all survivors of DOE 94 and on behalf of minor children DOE 94, DOE 94, and DOE 94 | Fox, Jeffrey L. | ECF#3477, ¶1197 |
| PETER GADIEL, individually as the Parent and as the Personal Representative of the Estate of James Andrew Gadiel, Deceased and on behalf of all survivors of James Andrew Gadiel | CT | DOE 40, individually as the Parent and as the Personal Representative of the Estate of DOE 40, Deceased and on behalf of all survivors of DOE 40 | Gadiel, James Andrew | ECF#3477, ¶1219 |
| ROBIN MARIE WADE, individually as the Spouse and as the Personal Representative of the Estate of Claude Michael Gann, Deceased and on behalf of minor children and on behalf of all survivors of Claude Michael Gann | GA | the Personal Representative of the Estate of DOE 117, Deceased and on behalf of all survivors of DOE 117, and on behalf of minor children DOE 117, DOE 117, and DOE 117 | Gann, Claude Michael | ECF#3477, ¶1238 |
| RICHARD GARY, individually as the Child of Bruce Henry Gary, Deceased | NY | DOE 145, individually as the Child of DOE 145, Deceased | Gary, Bruce Henry | ECF#3477, ¶1260 |
| JESSICA GARY, individually as the Child of Bruce Henry Gary, Deceased | NY | DOE 145, individually as the Child of DOE 145, Deceased | Gary, Bruce Henry | ECF#3477, ¶1261 |
| MARIO JOSEPH GIORDANO, JR., individually as the Parent of Jeffrey Giordano, Deceased | NY | DOE 95, individually as the Parent of DOE 95, Deceased | Giordano, Jeffrey | ECF#3477, ¶1318 |
| SUZANNE MARIE PITZAL, individually as the Sibling of James Michael Gray, Deceased | NJ | DOE 49, individually as the Sibling of DOE 49, Deceased | Gray, James Michael | ECF#3477, ¶1382 |
| JEAN MARIE GRAY, individually as the Spouse and as the Personal Representative of the Estate of James Michael Gray, Deceased, and on behalf of all survivors of James Michael Gray | NY | DOE 49, individually as the Spouse and as the Personal Representative of the Estate of DOE 49, Deceased and on behalf of all survivors of DOE 49 and on behalf of minor children DOE 49 and DOE 49 | Gray, James Michael | ECF#3477, ¶1383 |
| PATRICK GRAY, individually as the Parent of James Michael Gray, Deceased | FL | DOE 49, individually as the Parent of DOE 49, Deceased | Gray, James Michael | ECF#3477, ¶1384 |
| MELANIE WOLCOTT SALISBURY, individually as the Spouse and as the Personal Representative of the Estate of Edward R. Hennessy, Jr., Deceased and on behalf of all survivors of Edward R. Hennessy, Jr. | MA | DOE 11, individually as the Spouse and as the Personal Representative of the Estate of DOE 11, Deceased and on behalf of all survivors of DOE 11 | Hennessy, Jr., Edward R. | ECF#3477, ¶1531 |
| SHARON M. REAGAN, individually as the Child of Patrick Aloysius Hoey, Deceased | CT | DOE 03, individually as the Child of DOE 03, Deceased | Hoey, Patrick Aloysius | ECF#3477, ¶1595 |
| LUCILLE HOEY, individually as the Parent of Patrick Aloysius Hoey, Deceased | NJ | DOE 03, individually as the Parent of DOE 03, Deceased | Hoey, Patrick Aloysius | ECF#3477, ¶1596 |
| KATHLEEN HIGGINS, individually as the Sibling of Patrick Aloysius Hoey, Deceased | NJ | DOE 03, individually as the Sibling of DOE 03, Deceased | Hoey, Patrick Aloysius | ECF#3477, ¶1597 |
| THERESA A. KOMLO, individually as the Sibling of Patrick Aloysius Hoey, Deceased | VA | DOE 03, individually as the Sibling of DOE 03, Deceased | Hoey, Patrick Aloysius | ECF#3477, ¶1598 |

| **EXHIBIT A** | | | | |
|---|---|---|---|---|
| **Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent)** | **State of Residency at Filing** | **Reference to Plaintiff in Current Caption (ECF#3477 - 3/23/2017)** | **Decedent's Name** | **Paragraph of Complaint Discussing Decedent** |
| EILEEN BYRNE, individually as the Sibling of Patrick Aloysius Hoey, Deceased | NJ | DOE 03, individually as the Sibling of DOE 03, Deceased | Hoey, Patrick Aloysius | ECF#3477, ¶1599 |
| EILEEN T. HOEY, individually as the Spouse and as the Personal Representative of the Estate of Patrick Aloysius Hoey, Deceased and on behalf of all survivors of Patrick Aloysius Hoey | NJ | DOE 03, individually as the Spouse and as the Personal Representative of the Estate of DOE 03, Deceased and on behalf of all survivors of DOE 03 | Hoey, Patrick Aloysius | ECF#3477, ¶1600 |
| BRIAN P. HOEY, individually as the Child of Patrick Aloysius Hoey, Deceased | MD | DOE 03, individually as the Child of DOE 03, Deceased | Hoey, Patrick Aloysius | ECF#3477, ¶1602 |
| ROBERT T. HOEY, individually as the Child of Patrick Aloysius Hoey, Deceased | VA | DOE 03, individually as the Child of DOE 03, Deceased | Hoey, Patrick Aloysius | ECF#3477, ¶1603 |
| TIMOTHY JOSEPH HOEY, individually as the Sibling of Patrick Aloysius Hoey, Deceased | MA | DOE 03, individually as the Sibling of DOE 03, Deceased | Hoey, Patrick Aloysius | ECF#3477, ¶1604 |
| JOHN V. HOEY, III, individually as the Sibling of Patrick Aloysius Hoey, Deceased | FL | DOE 03, individually as the Sibling of DOE 03, Deceased | Hoey, Patrick Aloysius | ECF#3477, ¶1605 |
| JEAN L. HOFFMAN, individually as the Parent of Stephen G. Hoffman, Deceased | NY | DOE 76, individually as the Parent of DOE 76, Deceased | Hoffman, Stephen G. | ECF#3477, ¶1611 |
| KATHRYNE L. HAYDE, individually as the Sibling of Stephen G. Hoffman, Deceased | PA | DOE 76, individually as the Sibling of DOE 76, Deceased | Hoffman, Stephen G. | ECF#3477, ¶1612 |
| HELEN HOFFMAN, individually as the Sibling of Stephen G. Hoffman, Deceased | NY | DOE 76, individually as the Sibling of DOE 76, Deceased | Hoffman, Stephen G. | ECF#3477, ¶1613 |
| LOUISE N. HEEREY, individually as the Sibling of Stephen G. Hoffman, Deceased | NY | DOE 76, individually as the Sibling of DOE 76, Deceased | Hoffman, Stephen G. | ECF#3477, ¶1614 |
| MARY L. HOFFMAN, individually as the Sibling of Stephen G. Hoffman, Deceased | NY | DOE 76, individually as the Sibling of DOE 76, Deceased | Hoffman, Stephen G. | ECF#3477, ¶1616 |
| GABRIELLE HOFFMAN, individually as the Spouse and as the Personal Representative of the Estate of Stephen G. Hoffman, Deceased and on behalf of all survivors of Stephen G. Hoffman | NY | DOE 76, individually as the Spouse and as the Personal Representative of the Estate of DOE 76, Deceased and on behalf of all survivors of DOE 76 and on behalf of minor child DOE 76 | Hoffman, Stephen G. | ECF#3477, ¶1617 |
| JOE HOFFMAN, individually as the Sibling of Stephen G. Hoffman, Deceased | CA | DOE 76, individually as the Sibling of DOE 76, Deceased | Hoffman, Stephen G. | ECF#3477, ¶1619 |
| JAMES A. HOFFMAN, individually as the Sibling of Stephen G. Hoffman, Deceased | NY | DOE 76, individually as the Sibling of DOE 76, Deceased | Hoffman, Stephen G. | ECF#3477, ¶1621 |
| FRANCIS M. HOFFMAN, individually as the Sibling of Stephen G. Hoffman, Deceased | NY | DOE 76, individually as the Sibling of DOE 76, Deceased | Hoffman, Stephen G. | ECF#3477, ¶1622 |
| GREGORY A. HOFFMAN, individually as the Sibling of Stephen G. Hoffman, Deceased | NY | DOE 76, individually as the Sibling of DOE 76, Deceased | Hoffman, Stephen G. | ECF#3477, ¶1624 |
| DIANE J. HORNING, individually as the Parent of Matthew D. Horning, Deceased | NJ | DOE 108, individually as the Parent of DOE 108, Deceased | Horning, Matthew D. | ECF#3477, ¶1660 |
| KURT DOUGLAS HORNING, individually as the Parent and as the Personal Representative of the Estate of Matthew D. Horning, Deceased and on behalf of all survivors of Matthew D. Horning | NJ | DOE 108, individually as the Parent and as the Personal Representative of the Estate of DOE 108, Deceased and on behalf of all survivors of DOE 108 | Horning, Matthew D. | ECF#3477, ¶1662 |
| GLYN JOHN, individually as the Parent and as the Co-Administrator of the Estate of Nicholas John, Deceased and on behalf of all survivors of Nicholas John | UK | DOE 131, individually as the Parent and as the Co-Administrator of the Estate of DOE 131, Deceased and on behalf of all survivors of DOE 131 | John, Nicholas | ECF#3477, ¶1768 |
| ANDREW JOHN, individually as the Sibling of Nicholas John, Deceased | UK | DOE 131, individually as the Sibling of DOE 131, Deceased | John, Nicholas | ECF#3477, ¶1769 |
| TIMOTHY JOHN, individually as the Sibling and as the Co-Administrator of the Estate of Nicholas John, Deceased and on behalf of all survivors of Nicholas John | UK | DOE 131, individually as the Parent and as the Co-Administrator of the Estate of DOE 131, Deceased and on behalf of all survivors of DOE 131 | John, Nicholas | ECF#3477, ¶1770 |

| **EXHIBIT A** | | | | |
|---|---|---|---|---|
| **Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent)** | **State of Residency at Filing** | **Reference to Plaintiff in Current Caption (ECF#3477 - 3/23/2017)** | **Decedent's Name** | **Paragraph of Complaint Discussing Decedent** |
| TAMARA SUSAN KANTER, individually as the Spouse and as the Personal Representative of the Estate of Sheldon Robert Kanter, Deceased and on behalf of all survivors of Sheldon Robert Kanter | NJ | DOE 27, individually as the Spouse and as the Personal Representative of the Estate of DOE 27, Deceased and on behalf of all survivors of DOE 27 | Kanter, Sheldon Robert | ECF#3477, ¶1808 |
| EVAN MORGAN KANTER, individually as the Child of Sheldon Robert Kanter, Deceased | NJ | DOE 27, individually as the Child of DOE 27, Deceased | Kanter, Sheldon Robert | ECF#3477, ¶1809 |
| ADAM BRENT KANTER, individually as the Child of Sheldon Robert Kanter, Deceased | NJ | DOE 27, individually as the Child of DOE 27, Deceased | Kanter, Sheldon Robert | ECF#3477, ¶1810 |
| DEBRA FOXX, individually as the Sibling of Alan D. Kleinberg, Deceased | NJ | DOE 05, individually as the Sibling of DOE 05, Deceased | Kleinberg, Alan D. | ECF#3477, ¶1885 |
| ROBERT ANTHONY LANZA, JR., individually as the Spouse and as the Personal Representative of the Estate of Michele Lanza, Deceased and on behalf of minor child N.J.L. and on behalf of all survivors of Michele Lanza | VA | DOE 65, individually as the Spouse and as the Personal Representative of the Estate ofDOE 65, Deceased and on behalf of all survivors of DOE 65 and on behalf of minor child DOE 65 | Lanza, Michele | ECF#3477, ¶1966 |
| KELLIE LEE, individually as the Spouse and as the Personal Representative of the Estate of Daniel John Lee, Deceased and on behalf of all survivors of Daniel John Lee | NV | DOE 138, individually as the Spouse and as the Personal Representative of the Estate of DOE 138, Deceased and on behalf of all survivors of DOE 138 and on behalf of minor children DOE 138 and DOE 138 | Lee, Daniel John | ECF#3477, ¶2108 |
| ANGELA LEE, individually as the Spouse and as the Personal Representative of the Estate of David S. Lee, Deceased and on behalf of minor child R.L. and on behalf of all survivors of David S. Lee | NJ | DOE 90, individually as the Spouse and as the Personal Representative of the Estate of DOE 90, Deceased and on behalf of all survivors of DOE 90 and on behalf of minor child DOE 90 | Lee, David S. | ECF#3477, ¶2026 |
| MARK LICHTSCHEIN, individually as the Sibling and as the Personal Representative of the Estate of Edward Lichtschein, Deceased and on behalf of all survivors of Edward Lichtschein | NJ | DOE 44, individually as the Sibling and as the Personal Representative of the Estate of DOE 44, Deceased and on behalf of all survivors of Edward Lichtschein | Lichtschein, Edward | ECF#3477, ¶2085 |
| JULIA LIZZUL, individually as the Parent of Martin Lizzul, Deceased | NY | DOE 123, individually as the Parent of DOE 123, Deceased | Lizzul, Martin | ECF#3477, ¶2105 |
| SUSAN LAURIA, individually as the Sibling of Martin Lizzul, Deceased | NY | DOE 123, individually as the Sibling of DOE 123, Deceased | Lizzul, Martin | ECF#3477, ¶2106 |
| LAURA A. MALER, individually as the Spouse and as the Personal Representative of the Estate of Alfred Russell Maler, Deceased and on behalf of all survivors of Alfred Russell Maler and on behalf of minor child J.W.M. | NJ | DOE 59, individually as the Spouse and as the Personal Representative of the Estate of DOE 59, Deceased and on behalf of all survivors of DOE 59 and on behalf of minor children DOE 59 and DOE 59 | Maler, Alfred Russell | ECF#3477, ¶2243 |
| JANE B. MALTBY, individually as the Spouse and as the Personal Representative of the Estate of Christian H. Maltby, Deceased and on behalf of minor child S.K.M, and on behalf of all survivors of Christian H. Maltby | NJ | DOE 58, individually as the Spouse and as the Personal Representative of the Estate of DOE 58, Deceased and on behalf of all survivors of DOE 58 and on behalf of minor children DOE 58, DOE 58, AND DOE 58 | Maltby, Christian H. | ECF#3477, ¶2248 |
| JONATHAN DODGE, individually as the Spouse and as the Personal Representative of the Estate of Vita Marino, Deceased and on behalf of all survivors of Vita Marino | NY | DOE 38, individually as the Spouse and as the Personal Representative of the Estate of DOE 38, Deceased and on behalf of all survivors of DOE 38 | Marino, Vita | ECF#3477, ¶2270 |
| AIDA MARTINEZ, individually as the Spouse and as the Personal Representative of the Estate of Jose Angel Martinez, Jr., Deceased and on behalf of all survivors of Jose Angel Martinez, Jr. | NY | the Personal Representative of the Estate of DOE 124, Deceased and on behalf of all survivors of DOE 124 and behalf of minor children DOE 124, DOE 124, DOE 124, and DOE 124 | Martinez, Jr., Jose Angel | ECF#3477, ¶2283 |

| | | **EXHIBIT A** | | |
|---|---|---|---|---|
| **Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent)** | **State of Residency at Filing** | **Reference to Plaintiff in Current Caption (ECF#3477 - 3/23/2017)** | **Decedent's Name** | **Paragraph of Complaint Discussing Decedent** |
| SHERRY MCHEFFEY, individually as the Parent and as the Personal Representative of the Estate of Keith McHeffey, Deceased and on behalf of all survivors of Keith McHeffey | NJ | DOE 56, individually as Parent and as the Personal Representative of the Estate of DOE 56, Deceased and on behalf of all survivors of DOE 56 | McHeffey, Keith | ECF#3477, ¶2386 |
| AMANDA KENNEDY (NEE MCHEFFEY), individually as the Sibling of Keith McHeffey, Deceased | NJ | DOE 56, individually as the Sibling of DOE 56, Deceased | McHeffey, Keith | ECF#3477, ¶2387 |
| LEIGH MCHEFFEY SQUILLANTE, individually as the Sibling of Keith McHeffey, Deceased | NJ | DOE 56, individually as the Sibling of DOE 56, Deceased | McHeffey, Keith | ECF#3477, ¶2388 |
| LISA CORRINE GOLDBERG-MCWILLIAMS, individually as the Domestic Partner and as the Personal Representative of the Estate of Martin Edward McWilliams, Deceased and on behalf of minor child S.R.M. and on behalf of all survivors of Martin Edward McWilliams | NY | DOE 85, individually as the domestic partner as the Personal Representative of the Estate of DOE 85, Deceased and on behalf of all survivors of DOE 85 and on behalf of minor child S.R.M. | McWilliams, Martin Edward | ECF#3477, ¶2416 |
| CAREN A. MONTANO, individually as the Spouse and as the Personal Representative of the Estate of Craig D. Montano, Deceased and on behalf of all survivors of Craig D. Montano | MA | DOE 75, individually as the Spouse and as the Personal Representative of the Estate of DOE 75, Deceased and on behalf of all survivors of DOE 75 and behalf of minor children DOE 75, DOE 75, and DOE 75 | Montano, Craig D. | ECF#3477, ¶2514 |
| CATHERINE M. MORGAN, individually as the Sibling of Richard J. Morgan, Deceased | IL | DOE 48, individually as the Sibling of DOE 48, Deceased | Morgan, Richard J. | ECF#3477, ¶2534 |
| MAUREEN A. MORRISON, individually as the Parent of Christopher Martel Morrison, Deceased | MA | DOE 91, individually as the Parent of DOE 91, Deceased | Morrison, Christopher Martel | ECF#3477, ¶2547 |
| CARA A. MORRISON, individually as the Sibling of Christopher Martel Morrison, Deceased | MA | DOE 91, individually as the Sibling of DOE 91, Deceased | Morrison, Christopher Martel | ECF#3477, ¶2548 |
| MARIANNE C. MERRITT as the Personal Representative of the Estate of Joseph Edward Morrison, Deceased, Parent of Christopher Martel Morrison, Deceased | MA | DOE 91, individually as the Parent of DOE 91, Deceased | Morrison, Christopher Martel | ECF#3477, ¶2550 |
| MARY M. BELDING, individually as the Spouse and as the Personal Representative of the Estate of Peter C. Moutos, Deceased and on behalf of all survivors of Peter C. Moutos | NJ | DOE 89, individually as the Spouse and as the Personal Representative of the Estate of DOE 89, Deceased and on behalf of all survivors of DOE 89 | Moutos, Peter C. | ECF#3477, ¶2558 |
| PAMELA MOZZILLO-YAROSZ, individually as the Sibling of Christopher Mozzillo, Deceased | NJ | DOE 80, individually as the Sibling of DOE 80, Deceased | Mozzillo, Christopher | ECF#3477, ¶2560 |
| JANE C. WILSON, individually as the Sibling of Jeffrey James Olsen, Deceased | NY | DOE 82, individually as the Sibling of DOE 82, Deceased | Olsen, Jeffrey James | ECF#3477, ¶2707 |
| NEIL OLSEN, individually as the Sibling of Jeffrey James Olsen, Deceased | NY | DOE 82, individually as the Sibling of DOE 82, Deceased | Olsen, Jeffrey James | ECF#3477, ¶2709 |
| AGNES L. PALMER, individually as the Parent of Orio Joseph Palmer, Deceased | NY | DOE 54, individually as the Parent of DOE 54, Deceased | Palmer, Orio Joseph | ECF#3477, ¶2758 |
| AGNES MARIE MCCAFFREY, individually as the Sibling of Orio Joseph Palmer, Deceased | NY | DOE 54, individually as the Sibling of DOE 54, Deceased | Palmer, Orio Joseph | ECF#3477, ¶2759 |
| MARY F. PALMER-MURPHY, individually as the Sibling of Orio Joseph Palmer, Deceased | NY | DOE 54, individually as the Sibling of DOE 54, Deceased | Palmer, Orio Joseph | ECF#3477, ¶2760 |

| | | | | |
|---|---|---|---|---|
| **EXHIBIT A** | | | | |
| **Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent)** | **State of Residency at Filing** | **Reference to Plaintiff in Current Caption (ECF#3477 - 3/23/2017)** | **Decedent's Name** | **Paragraph of Complaint Discussing Decedent** |
| MARY F. PALMER-MURPHY, as Personal Representative of the Estate of Orio A. Palmer, Deceased, Parent of Orio Joseph Palmer, Deceased | NY | REPRESENTATIVE of the Estate of DOE 54, Deceased, Parent of decedent DOE 54 | Palmer, Orio Joseph | ECF#3477, ¶2762 |
| VINCENT A. PALMER, individually as the Sibling of Orio Joseph Palmer, Deceased | NY | DOE 54, individually as the Sibling of DOE 54, Deceased | Palmer, Orio Joseph | ECF#3477, ¶2763 |
| STEPHEN PALMER, individually as the Sibling of Orio Joseph Palmer, Deceased | NY | DOE 54, individually as the Sibling of DOE 54, Deceased | Palmer, Orio Joseph | ECF#3477, ¶2764 |
| DHIRAJLAL PARMAR, individually as the Sibling of Hashmukhrai C. Parmar, Deceased | UK | DOE 141, individually as the Sibling of DOE 141, Deceased | Parmar, Hashmukhrai C. | ECF#3477, ¶2798 |
| MARTA E. PETERSON, individually as the Parent of Davin N. Peterson, Deceased | NY | DOE 16, individually as the Parent of DOE 16, Deceased | Peterson, Davin N. | ECF#3477, ¶2871 |
| ANNELISE PETERSON, individually as the Sibling of Davin N. Peterson, Deceased | NY | DOE 16, individually as the Sibling of DOE 16, Deceased | Peterson, Davin N. | ECF#3477, ¶2872 |
| MICHAEL J. PUCKETT, individually as the Child and Personal Representative of the Estate of John F. Puckett, Deceased and on behalf of all survivors of John F. Puckett | NY | Personal Representative of the Estate of DOE 42, Deceased and on behalf of all survivors of DOE 42 and on behalf of minor child DOE 42. | Puckett, John F. | ECF#3477, ¶2952 |
| JACQUELINE A. PYKON, individually as the Spouse and as the Personal Representative of the Estate of Edward R. Pykon, Deceased and on behalf of all survivors of Edward R. Pykon | NY | the Personal Representative of the Estate of DOE 45, Deceased and on behalf of all survivors of DOE 45 and on behalf of minor child DOE 45 | Pykon, Edward R. | ECF#3477, ¶2960 |
| DAVID ALAN PYKON, individually as the Sibling of Edward R. Pykon, Deceased | NY | DOE 45, individually as the Sibling of DOE 45, Deceased | Pykon, Edward R. | ECF#3477, ¶2962 |
| YURIY SEMENOVICH RAPOPORT, individually as the Spouse of Faina Aronovna Rapoport, Deceased | NY | DOE 46, individually as the Spouse of DOE 46, Deceased | Rapoport, Faina Aronovna | ECF#3477, ¶3022 |
| JULIA S.W. RATHKEY, individually as the Spouse and as the Personal Representative of the Estate of David A.J. Rathkey, Deceased and on behalf of all survivors of David A.J. Rathkey | CT | DOE 104, individually as the Spouse and as the Personal Representative of the Estate of DOE 104, Deceased and on behalf of all survivors of DOE 104 and on behalf of minor children DOE 104, DOE 104, and DOE 104 | Rathkey, David A.J. | ECF#3477, ¶3030 |
| SUSAN ELIZABETH PROTHERO, individually as the Parent of Sarah Anne Redheffer, Deceased | UK | DOE 133, individually as the Parent of DOE 133, Deceased | Redheffer, Sarah Anne | ECF#3477, ¶3032 |
| DAVID JOHN PROTHERO, individually as the Parent of Sarah Anne Redheffer, Deceased | UK | DOE 133, individually as the Parent of DOE 133, Deceased | Redheffer, Sarah Anne | ECF#3477, ¶3034 |
| JEANNE FATTORI REINIG-SMITH, individually as the Spouse and as the Personal Representative of the Estate of Thomas Barnes Reinig, Deceased and on behalf of all survivors of Thomas Barnes Reinig | FL | DOE 24, individually as Spouse and as the Personal Representative of the Estate of DOE 24, Deceased and on behalf of all survivors of DOE 24 | Reinig, Thomas Barnes | ECF#3477, ¶3051 |
| DEBORAH J. POPADIUK, individually as the Sibling of Claude Daniel Richards, Deceased | TN | DOE 102, individually as the Sibling of DOE 102, Deceased | Richards, Claude Daniel | ECF#3477, ¶3070 |
| LINDA ZUPO, individually as the Sibling of Claude Daniel Richards, Deceased | NY | DOE 102, individually as the Sibling of DOE 102, Deceased | Richards, Claude Daniel | ECF#3477, ¶3071 |
| HELEN ROCHLER, individually as the Sibling of Claude Daniel Richards, Deceased | NY | DOE 102, individually as the Sibling of DOE 102, Deceased | Richards, Claude Daniel | ECF#3477, ¶3072 |
| CARROLL THOMAS RICHARDS, individually as the Sibling of Claude Daniel Richards, Deceased | TN | DOE 102, individually as the Sibling of DOE 102, Deceased | Richards, Claude Daniel | ECF#3477, ¶3073 |

| **EXHIBIT A** | | | | |
|---|---|---|---|---|
| **Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent)** | **State of Residency at Filing** | **Reference to Plaintiff in Current Caption (ECF#3477 - 3/23/2017)** | **Decedent's Name** | **Paragraph of Complaint Discussing Decedent** |
| JIM D. RICHARDS, individually as the Sibling and as the Personal Representative of the Estate of Claude Daniel Richards, Deceased and on behalf of all survivors of Claude Daniel Richards | NY | DOE 102, individually as Sibling and as the Personal Representative of the Estate of DOE 102, Deceased and on behalf of all survivors of DOE 102 | Richards, Claude Daniel | ECF#3477, ¶3074 |
| EILEEN S. ROGER, individually as the Parent of Jean Destrehan Roger, Deceased | NY | DOE 133, individually as the Parent of DOE 133, Deceased | Roger, Jean Destrehan | ECF#3477, ¶3124 |
| THOMAS HARVEY ROGER, individually as the Parent and as the Personal Representative of the Estate of Jean Destrehan Roger, Deceased and on behalf of all survivors of Jean Destrehan Roger | NY | DOE 133, individually as the Parent and as the Personal Representative of the Estate of DOE 133, Deceased and on behalf of all survivors of DOE 133 | Roger, Jean Destrehan | ECF#3477, ¶3125 |
| JAMES M. ROGER, individually as the Sibling of Jean Destrehan Roger, Deceased | NY | DOE 133, individually as the Sibling of DOE 133, Deceased | Roger, Jean Destrehan | ECF#3477, ¶3126 |
| ANGELA ELIZABETH ROGERS, individually as the Parent and as the Co-Administrator of the Estate of Karlie Barbara Rogers, Deceased and on behalf of all survivors of Karlie Barbara Rogers | IRELAND | DOE 140, individually as the Parent and as the Co-Administrator of the Estate of DOE 140, Deceased and on behalf of all survivors of DOE 140 | Rogers, Karlie Barbara | ECF#3477, ¶3127 |
| KEITH ROGERS, individually as the Parent and as the Co-Administrator of the Estate of Karlie Barbara Rogers, Deceased and on behalf of all survivors of Karlie Barbara Rogers | UK | DOE 140, individually as the Parent and as the Co-Administrator of the Estate of DOE 140, Deceased and on behalf of all survivors of DOE 140 | Rogers, Karlie Barbara | ECF#3477, ¶3129 |
| ESTER SANTILLAN, individually as the Parent of Maria Theresa Santillan, Deceased | NJ | DOE 10, individually as the Parent of DOE 10, Deceased | Santillan, Maria Theresa | ECF#3477, ¶3235 |
| EXPEDITO C. SANTILLAN, individually as the Parent and as the Personal Representative of the Estate of Maria Theresa Santillan, Deceased and on behalf of all survivors of Maria Theresa Santillan | NJ | DOE 10, individually as the Parent and as the Personal Representative of the Estate of DOE 10, Deceased and on behalf of all survivors of DOE 10 | Santillan, Maria Theresa | ECF#3477, ¶3236 |
| ELLEN SCHERTZER, individually as the Parent of Scott Mitchell Schertzer, Deceased | NJ | DOE 28, individually as the Parent of DOE 28, Deceased | Schertzer, Scott Mitchell | ECF#3477, ¶3268 |
| LORI SCHERTZER, individually as the Sibling of Scott Mitchell Schertzer, Deceased | CA | DOE 28, individually as the Sibling of DOE 28, Deceased | Schertzer, Scott Mitchell | ECF#3477, ¶3269 |
| PAUL SCHERTZER, individually as the Parent and as the Personal Representative of the Estate of Scott Mitchell Schertzer, Deceased | NJ | DOE 28, individually as the Parent and as the Personal Representative of the Estate of DOE 28, Deceased and on behalf of all survivors of DOE 28 | Schertzer, Scott Mitchell | ECF#3477, ¶3270 |
| REBECCA ELIZABETH SCOTT, individually as the Child of Randolph Scott, Deceased | CT | DOE 34, individually as the Child of DOE 34, Deceased | Scott, Randolph | ECF#3477, ¶3289 |
| JESSICA FRANCES SCOTT, individually as the Child of Randolph Scott, Deceased | CT | DOE 34, individually as the Child of DOE 34, Deceased | Scott, Randolph | ECF#3477, ¶3290 |
| DENISE M. SCOTT, individually as the Spouse and as the Personal Representative of the Estate of Randolph Scott, Deceased and on behalf of minor child A.N.S. and on behalf of all survivors of Randolph Scott | CT | DOE 34, individually as the Spouse and as the Personal Representative of the Estate of DOE 34, Deceased and on behalf of all survivors of DOE 34 and on behalf of minor child DOE 34 | Scott, Randolph | ECF#3477, ¶3291 |
| WILLIAM G. DIETRICH, individually as the Domestic Partner and as the Personal Representative of the Estate of Karen Lynn Semour, Deceased and on behalf of all survivors of Karen Lynn Seymour and on behalf of minor child S.E.D. | NJ | DOE 73, individually as the Domestic Partner and as the Personal Representative of the Estate of DOE 73, Deceased and on behalf of all survivors of DOE 73 and on behalf of minor children DOE 73 and DOE 73 | Seymour, Karen Lynn | ECF#3477, ¶3308 |

| Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent) | State of Residency at Filing | Reference to Plaintiff in Current Caption (ECF#3477 - 3/23/2017) | Decedent's Name | Paragraph of Complaint Discussing Decedent |
|---|---|---|---|---|
| MARY ANN SHERRY, individually as the Parent of John Anthony Sherry, Deceased | NY | DOE 71, individually as the Parent of DOE 71, Deceased | Sherry, John Anthony | ECF#3477, ¶3329 |
| MICHELE S. MOSCA, individually as the Sibling of John Anthony Sherry, Deceased | NY | DOE 71, individually as the Sibling of DOE 71, Deceased | Sherry, John Anthony | ECF#3477, ¶3330 |
| DENISE M. HOLMES, individually as the Sibling of John Anthony Sherry, Deceased | WA | DOE 71, individually as the Sibling of DOE 71, Deceased | Sherry, John Anthony | ECF#3477, ¶3332 |
| DEBRA SHERRY, individually as the Sibling of John Anthony Sherry, Deceased | NY | DOE 71, individually as the Sibling of DOE 71, Deceased | Sherry, John Anthony | ECF#3477, ¶3333 |
| MAUREEN SHERRY, individually as the Spouse and as the Personal Representative of the Estate of John Anthony Sherry, Deceased and on behalf of all survivors of John Anthony Sherry | NY | DOE 71, individually as the Spouse and as the Personal Representative of the Estate of DOE 71, Deceased and on behalf of all survivors of DOE 71 and on behalf of minor children DOE 71 and DOE 71 | Sherry, John Anthony | ECF#3477, ¶3334 |
| DEANNA J. WHORISKEY, individually as the Child of George W. Simmons, Sr., Deceased | FL | DOE 57, individually as the Child of DOE 57, Deceased | Simmons, Sr., Geroge W. | ECF#3477, ¶3344 |
| ELLEN S. BAKALIAN, individually as the Spouse and as the Personal Representative of the Estate of Jeffrey R. Smith, Deceased, and on behalf of all survivors of Jeffrey R. Smith | NJ | DOE 61, individually as the Spouse and as the Personal Representative of the Estate of DOE 61, Deceased and on behalf of all survivors of DOE 61 and on behalf of minor children DOE 61 and DOE 61 | Smith, Jeffrey R. | ECF#3477, ¶3376 |
| GEORGEANN M. SMITH, individually as the Sibling of Rosemary Ann Smith, Deceased | NY | DOE 52, individually as the Sibling of DOE 52, Deceased | Smith, Rosemary Ann | ECF#3477, ¶3388 |
| CHARLES A. SMITH, individually as the Sibling of Rosemary Ann Smith, Deceased | NY | DOE 52, individually as the Sibling of DOE 52, Deceased | Smith, Rosemary Ann | ECF#3477, ¶3389 |
| JOANNE E. SMITH, individually as the Spouse and as the Personal Representative of the Estate of Karl T. Smith, Sr., Deceased and on behalf of all survivors of Karl T. Smith, Sr. | NJ | the Personal Representative of the Estate of DOE 87, Deceased and on behalf of all survivors of DOE 87 and on behalf of minor child DOE 87 | Smith, Sr., Karl T. | ECF#3477, ¶3381 |
| PHILIP TRUMBULL SMITH, III, individually as the Sibling of Karl T. Smith, Sr., Deceased | FL | DOE 87, individually as the Sibling of DOE 87, Deceased | Smith, Sr., Karl T. | ECF#3477, ¶3384 |
| KARL TRUMBULL SMITH, JR., individually as the Child of Karl T. Smith, Sr., Deceased | NJ | DOE 87, individually as the Child of DOE 87, Deceased | Smith, Sr., Karl T. | ECF#3477, ¶3386 |
| TARA RAE ALLISON, individually as the Child of Robert S. Speisman, Deceased | NY | DOE 136, individually as the Child of DOE 136, Deceased | Speisman, Robert S. | ECF#3477, ¶3409 |
| BRITTANY BELLE KUGLER, individually as the Child of Robert S. Speisman, Deceased | NY | DOE 136, individually as the Child of DOE 136, Deceased | Speisman, Robert S. | ECF#3477, ¶3410 |
| HAYLEY ROSE SPEISMAN, individually as the Child of Robert S. Speisman, Deceased | NY | DOE 136, individually as the Child of DOE 136, Deceased | Speisman, Robert S. | ECF#3477, ¶3409 |
| RENA T. SPEISMAN, individually as the Spouse and as the Personal Representative of the Estate of Robert S. Speisman, Deceased, and on behalf of all survivors of Robert S. Speisman | NY | DOE 136, individually as the Spouse and as the Personal Representative of the Estate of DOE 136, Deceased, and on behalf of all survivors of DOE 136 and on behalf of minor child DOE 136 | Speisman, Robert S. | ECF#3477, ¶3411 |
| KAREN ELLEN RENZO, individually as the Sibling of Kenneth Warren Van Auken, Deceased | NC | DOE 08, individually as the Sibling of DOE 08, Deceased | Van Auken, Kenneth Warren | ECF#3477, ¶3695 |
| JANICE LYNNE BOOTH, individually as the Sibling of Kenneth Warren Van Auken, Deceased | NJ | DOE 08, individually as the Sibling of DOE 08, Deceased | Van Auken, Kenneth Warren | ECF#3477, ¶3696 |
| BRIAN P. VITALE, individually as the Sibling of Joshua S. Vitale, Deceased | NY | DOE 112, individually as the Sibling of DOE 112, Deceased | Vitale, Joshua S. | ECF#3477, ¶3755 |
| BRIAN WEAVER, individually as the Sibling of Walter Weaver, Deceased | FL | DOE 74, individually as the Sibling of DOE 74, Deceased | Weaver, Walter | ECF#3477, ¶3815 |

| | | **EXHIBIT A** | | |
|---|---|---|---|---|
| **Identification of Party to be Substituted** (Plaintiff's name and relationship to Decedent) | **State of Residency at Filing** | **Reference to Plaintiff in Current Caption (ECF#3477 - 3/23/2017)** | **Decedent's Name** | **Paragraph of Complaint Discussing Decedent** |
| JOANNA KATHLEEN WELLS, individually as the Sibling of Vincent Michael Wells, Deceased | UK | DOE 137 individually as the Sibling of DOE 137, Deceased | Wells, Vincent Michael | ECF#3477, ¶3837 |
| Patricia M. Greene-Wotton, individually as the Spouse and as the Personal Representative of the Estate of Rodney James Wotton, Deceased and on behalf of all survivors of Rodney James Wotton | NJ | DOE 01, individually as the Spouse and as the Personal Representative of the Estate of DOE 01, Deceased and on behalf of all survivors of DOE 01 and on behalf of minor children DOE 01 and DOE 01 | Wotton, Rodney James | ECF#3477, ¶3948 |