UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THOMAS E. BURNETT, SR., et al.,

                                     **Plaintiffs,**                        **03-CV-09849 (GBD)(SN)**

        -against-                                                **ORDER**

AL BARAKA INVESTMENT AND DEVELOPMENT
CORPORATION, et al.,
                                     **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Pursuant to Federal Rule of Civil Procedure 5(d)(3)(B)(ii), the Court recently ordered *pro se* plaintiff Charlene Talarico to register with the Electronic Case Filing system ("ECF") to file submissions in this case. The Court also ordered Ms. Talarico to consent to electronic service or submit a letter to the Court by November 25, 2020, showing cause for declining to do so. Ms. Talarico has not consented to ECF nor filed a letter stating why she is unable to do so.

       Given the highly dynamic docket(s) in this multidistrict litigation, which encompasses hundreds of member cases and parties, and in light of the fact that Ms. Talarico is not an active litigant in this case (the Plaintiffs' Executive Committee represents her interest, for example), the Court finds that it is not practical to copy Ms. Talarico on every filing. Absent explanation to the contrary, the Court further assumes that Ms. Talarico can access ECF and ORDERS her to closely monitor the docket in this case, as well as the docket in Case No. 03-MD-1570, <u>In re Terrorist Attacks on Sept. 11, 2001</u> (S.D.N.Y.), to keep apprised of all pertinent activity.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     December 10, 2020
                New York, New York