# JOSEPH GIARAMITA
TRIAL ATTORNEY SINCE 1984

LAW OFFICES
8215 FIFTH AVENUE
BROOKLYN, NEW YORK 11209
TELEPHONE: 718 748-4440
718 236-4747
FACSIMILE: 718 748-4272
EMAIL: nytriallawyer@aol.com
WEBSITE: www.nytriallawyer.org

February 19, 2021

Magistrate Judge Sarah Netburn
U.S. District Court Southern District of New York
40 Foley Square
New York, New York 10007

Re: In Re Terrosist attacks on September 11, 2001
1:03 – md- 01570-GBD – SN

Plaintiff: Michael Cioffi

Dear Honorable Magistrate Netburn:

This letter is intended to be a motion to be substituted as counsel for Michael Cioffi.

I sent the enclosed letters and consents to Motley, Rice without response. I apologize for contacting the Court but I have been unable to resolve it without Court intervention. Copies of my prior correspondence is enclosed.

Sincerely,

Joseph Giaramita,
Attorney at Law

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

File No.: 1:03-md-d570-GBO-SN

In Re: Terrorist Attacks on September 11, 2001

**CONSENT TO CHANGE ATTORNEY**

_____X

IT IS HEREBY CONSENTED that MICHAEL CIOFFI, is now represented by attorney(s) JOSEPH GIARAMITA, ESQ., 8215 Fifth Avenue, Brooklyn, New York 11209 in the above entitled action in place and instead of MOTLEY, RICE as of the date hereof.

Dated: February 28, 2019

_____
JOSEPH GIARMITA, ESQ.
Incoming Attorney

_____
MICHAEL CIOFFI

STATE OF NEW YORK   )
COUNTRY OF KINGS    ) ss.:

On the 28th day of February, 2019 before me, the undersigned, personally appeared MICHAEL CIOFFI, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledge to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

MICHAEL ANTHONY CACCIAPUOTI
Notary Public - State of New York
NO. 01CA6345339
Qualified in Richmond County
My Commission Expires Jul 25, 2020

f. 017

# JOSEPH GIARAMITA
## TRIAL ATTORNEY SINCE 1984

LAW OFFICES
8215 FIFTH AVENUE
BROOKLYN, NEW YORK 11209
TELEPHONE: 718 748-4440
　　　　　　718 236-4747
FACSIMILE: 718 748-4272
EMAIL: nytriallawyer@aol.com

July 20, 2020

Motley, Rice
28 Bridgeside Blvd.
Mount Pleasant, South Carolina 29464

Re: Michael Cioffi

Counselors:

Enclosed please find a consent to change attorney for Michael Cioffi. A previous consent was sent to you on May 21, 2019, a copy is enclosed for your reference. Please immediately execute the consent to prevent a motion.

Please contact my office if you have any questions and thank you for your assistance.

Sincerely,

Joseph Giaramita
Attorney at Law

BY REGULAR MAIL
AND EMAIL www.motleyrice.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) ECF Case |
|---|---|

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, Michael Cioffi, substitutes Joseph Giaramita, Esq., 8215 Fifth Avenue, Brooklyn, New York 11209 as counsel of records in place.

Contact information for new counsel is as follows:

JOSEPH GIARAMITA, ESQ.
8215 Fifth Avenue
Brooklyn, New York 11209
718/748-4440
718/748-4272

I consent to the above substitution.

Date: July 20, 2020

_____
MICHAEL CIOFFI

I consent to being substituted.

Date:

_____
MOTLEY, RICE
28 Bridgeside, Blvd.
Mount Pleasant, SC 29464

I, Joseph Giaramita, Esq., hereby consent to the above substitution of counsel.

Date: July     , 2020

_____
JOSEPH GIARAMITA, ESQ.
8215 Fifth Avenue
Brooklyn, New York 11209
Tel: 718/748-4440
Fax: 718/748-4272
Email: nytriallawyer@aol.com

The substitution of attorney is hereby approved and so **ORDERED**.

Date:

_____
UNITED STATES DISTRICT JUDGE

f.049

# JOSEPH GIARAMITA
TRIAL ATTORNEY SINCE 1984

LAW OFFICES
8215 FIFTH AVENUE
BROOKLYN, NEW YORK 11209
TELEPHONE: 718 748-4440
718 236-4747
FACSIMILE: 718 748-4272
EMAIL: nytriallawyer@aol.com

May 1, 2019

Motley, Rice
28 Bridgeside Blvd.
Mount Pleasant, South Carolina 29464

Re: Michael Cioffi

Counselors:

Enclosed please find a consent to change attorney for Michael Cioffi.

Please contact my office if you have any questions.

Sincerely,

Joseph Giaramita
Attorney at Law

BY REGULAR MAIL
AND EMAIL www.motleyrice.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

File No.: 1:03-md-d570-GBO-SN

In Re: Terrorist Attacks on September 11, 2001        **CONSENT TO CHANGE ATTORNEY**

_____X

    IT IS HEREBY CONSENTED that MICHAEL CIOFFI, is now represented by attorney(s) JOSEPH GIARAMITA, ESQ., 8215 Fifth Avenue, Brooklyn, New York 11209 in the above entitled action in place and instead of MOTLEY, RICE as of the date hereof.

Dated: February 28, 2019

_____
JOSEPH GIARMITA, ESQ.
Incoming Attorney

_____
MICHAEL CIOFFI


STATE OF NEW YORK    )
COUNTRY OF KINGS    ) ss.:

    On the 26th day of February, 2019 before me, the undersigned, personally appeared MICHAEL CIOFFI, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledge to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

MICHAEL ANTHONY CACCIAPUOTI
Notary Public - State of New York
NO. 01CA6345339
Qualified in Richmond County
My Commission Expires Jul 25, 2020

_____
Notary Public

f. 017