UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

**03-MDL-01570 (GBD)(SN)**

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    This document relates to: <u>Burnett v. Al Baraka Inv. & Dev. Corp.</u>, No. 03–CV–9849.

    On February 23, 2021, plaintiff Michael Cioffi ("Plaintiff") in the member case identified above filed a motion for substitution of counsel through proposed new counsel, Joseph Giaramita. ECF No. 892. Within five days of this Order, Plaintiff's current counsel, Motley Rice, LLC shall: (1) notify the Court whether it intends to assert a lien over the matter, and (2) either consent to the substitution by signing the relevant form or inform the Court of the basis for its refusal to do so.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     March 11, 2021
              New York, New York