**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)(FM) |

This document relates to:

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.,* Case No. 03-cv-9849 (GBD)(SN)

## DECLARATION OF JOHN M. EUBANKS IN SUPPORT OF PLAINTIFFS' MOTION TO ADD PARTIES AGAINST THE TALIBAN

JOHN M. EUBANKS, Esquire, hereby states under penalty of perjury that:

1. I am a Member Attorney with the law firm of Motley Rice LLC, attorneys for the Plaintiffs in the above-captioned matter. I submit this Declaration in support of Plaintiffs' Motion to Add Parties Against the Taliban in the action titled *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN).

2. The sources of my information and the basis for my belief in my statements contained herein are my personal involvement in this matter, my firm's representation of the *Burnett* Plaintiffs in connection with their claims arising out of the terrorist attacks on September 11, 2001, and conversations with these plaintiffs and other family members of these plaintiffs. Any matters about which I lack Personal knowledge are asserted herein upon information and belief.

3. Attached hereto as Exhibit A is a list of the plaintiffs to be added to the pending litigation in this case against the Taliban.

4. Each of the plaintiffs listed on Exhibit A have claims in this case against the Kingdom of Saudi Arabia and/or have claims against the Islamic Republic of Iran in other litigation within this MDL being pursued by Motley Rice LLC.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion to Add Parties Against the Taliban by amendment or supplementation or in the alternative, intervention.

Dated: October 25, 2022             /S/ *John M. Eubanks*
      Mount Pleasant, SC             John M. Eubanks, Esq.
                                            MOTLEY RICE LLC
                                            28 Bridgeside Blvd.
                                            Mount Pleasant, SC 29464
                                            jeubanks@motleyrice.com
                                            Phone: (843) 216-9218
                                            Fax: (843) 216-9450