# EXHIBIT A

*Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)
Motion to Add Parties Against the Taliban

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Name of Personal Representative (for new 9/11 Decedent claims and deceased solatium claimants) | Relationship to 9/11 decedent | Domicile State | Country | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Antonio | | Agnello | | | Sibling | NY | United States | Joseph | | Agnello | |
| 2 | Monique | Bottrill | Bird | | | Sibling | CA | United States | Joao | A. | Aguiar | Jr. |
| 3 | Barbara | Louise | Werner | | | Child | CO | United States | Kermit | C. | Anderson | |
| 4 | Deborah | Jane | Anderson | | | Child | PA | United States | Kermit | C. | Anderson | |
| 5 | Marianne | | Salisbury | | | Sibling | NY | United States | Michael | Rourke | Andrews | |
| 6 | Jeanne | Marie | Jamin | | | Sibling | NY | United States | Michael | Rourke | Andrews | |
| 7 | Mary | Elizabeth | Andrews | | | Sibling | NY | United States | Michael | Rourke | Andrews | |
| 8 | Paul | M. | Andrews | | | Sibling | NJ | United States | Michael | Rourke | Andrews | |
| 9 | Edward | Joseph | Andrews | | | Sibling | NJ | United States | Michael | Rourke | Andrews | |
| 10 | Theresa | | Arias | | Lucchini, Lauren Arias | Parent | FL | United States | Adam | P. | Arias | |
| 11 | Thomas | Sydney | Arias | | Arias, Thomas Vincent | Parent | FL | United States | Adam | P. | Arias | |
| 12 | Jeremy | Ross | Asher | | | Child | CA | United States | Michael | Edward | Asher | |
| 13 | Humberto | Tomas | Tous | | | Child | GA | United States | Eustace | Patrick | Bacchus | |
| 14 | Rita | | Baeszler | | | Parent | NY | United States | Jane | Ellen | Baeszler | |
| 15 | Edith | del Mar | Behr | | | Sibling | PA | United States | Maria | | Behr | |
| 16 | Gabriel | Michael | Behr | | | Sibling | CO | United States | Maria | | Behr | |
| 17 | Carlos | Pio | Behr | | | Sibling | PA | United States | Maria | | Behr | |
| 18 | Lillian | Maria | O'Malley | | | Sibling | CT | United States | Bryan | Craig | Bennett | |
| 19 | Steven | A. | Bernstein | | | Sibling | NY | United States | William | H. | Bernstein | |
| 20 | Christopher | D. | Betterly | | | Sibling | PA | United States | Timothy | D. | Betterly | |
| 21 | Nancy | Joan | Booms | | | Parent | OH | United States | Kelly | Ann | Booms | |
| 22 | Matthew | H. | Booms | | | Sibling | OH | United States | Kelly | Ann | Booms | |
| 23 | Thomas | Edward | Booms | | | Sibling | NC | United States | Kelly | Ann | Booms | |
| 24 | Richard | Lavern | Booms | Jr. | | Sibling | IL | United States | Kelly | Ann | Booms | |
| 25 | Maureen | Frances | Bosco | | | Parent | FL | United States | Richard | E. | Bosco | |
| 26 | Maria | F. | Losito | | | Parent | FL | United States | Andrew | C. | Brunn | |
| 27 | Christina | Brunn | Thomas | | | Sibling | NY | United States | Andrew | C. | Brunn | |
| 28 | Andrew | William | Brunn | | | Parent | NY | United States | Andrew | C. | Brunn | |
| 29 | Lindsay | S. | Buchanan | | | Sibling | OR | United States | Brandon | J. | Buchanan | |
| 30 | Kelsey | Coventry | Buchanan | | | Sibling | NY | United States | Brandon | J. | Buchanan | |
| 31 | Charles | Gavin | McNulty | | | Sibling | NY | United States | Nancy | Clare | Bueche | |
| 32 | Alicia | Ann | Fitzgerald | | | Sibling | NY | United States | Matthew | J. | Burke | |
| 33 | Terence | Patrick | Burke | | | Sibling | NY | United States | Matthew | J. | Burke | |
| 34 | Kevin | Michael | Burke | | | Sibling | NY | United States | Matthew | J. | Burke | |
| 35 | Paul | Kevin | Burke | | | Sibling | NY | United States | Matthew | J. | Burke | |
| 36 | John | Joseph | Burke | Jr. | | Sibling | NY | United States | Matthew | J. | Burke | |
| 37 | Michael | Albert | Caggiano | | | Sibling | NY | United States | Richard | M. | Caggiano | |
| 38 | Albert | E. | Caggiano | Jr. | | Parent | NY | United States | Richard | M. | Caggiano | |

# EXHIBIT A

*Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)
Motion to Add Parties Against the Taliban

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Name of Personal Representative (for new 9/11 Decedent claims and deceased solatium claimants) | Relationship to 9/11 decedent | Domicile State | Country | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | Nancy | Kathryn | Nee | | | Sibling | NY | United States | George | C. | Cain | |
| 40 | Erin | Mary | Cain | | | Sibling | CO | United States | George | C. | Cain | |
| 41 | Daniel | Aloysius | Cain | III | | Sibling | NY | United States | George | C. | Cain | |
| 42 | Siobhan | Patricia | Berga | | | Sibling | NY | United States | Liam | | Callahan | |
| 43 | Christopher | Randolph | Campbell | | | Child | NY | United States | David | Otey | Campbell | |
| 44 | Jan | Mikael | Carstanjen | | | Sibling | AZ | United States | Christoffer | Mikael | Carstanjen | |
| 45 | Lynsey | Marie | Heffernan | | | Sibling | MA | United States | Neilie | Anne Heffernan | Casey | |
| 46 | Eileen | Josephine | Heffernan | | | Sibling | MA | United States | Neilie | Anne Heffernan | Casey | |
| 47 | Neil | Thomas | Heffernan | III | | Sibling | MA | United States | Neilie | Anne Heffernan | Casey | |
| 48 | Donnalee | Margaret | Charette | | | Parent | RI | United States | Mark | L. | Charette | |
| 49 | Lawrence | Royal | Charette | | | Parent | RI | United States | Mark | L. | Charette | |
| 50 | Jennifer | Joy | Cherry | | | Sibling | NV | United States | Stephen | Patrick | Cherry | |
| 51 | Maria | Barsanti | Cirri | | | Parent | NJ | United States | Robert | D. | Cirri | Sr. |
| 52 | Rhonda | | McCleary | | | Step-Child | AZ | United States | James | Durward | Cleere | |
| 53 | Neil | Laurence | Cohen | | | Sibling | MA | United States | Kevin | Sanford | Cohen | |
| 54 | Christine | Kathryn | Cochet | | | Sibling | NJ | United States | Robert | Joseph | Coll | II |
| 55 | Susan | Clancy | Conlon | | Conlon, Kimberly Patrice | 9/11 Decedent | NY | | Susan | Clancy | Conlon | |
| 56 | John | Patrick | Conlon | | Conlon, Kimberly Patrice | Spouse | WV | United States | Susan | Clancy | Conlon | |
| 57 | Cathleen | | Dodge | | | Sibling | NY | United States | James | L. | Connor | |
| 58 | Sheila | Connors | LeDuc | | | Sibling | MA | United States | Kevin | P. | Connors | |
| 59 | Daniella | | Peters-Nylen | | | Step-Child | MA | United States | Kevin | P. | Connors | |
| 60 | Davina | | Aryeh | | | Step-Child | FL | United States | Kevin | P. | Connors | |
| 61 | Karim | | Aryeh | | | Step-Child | FL | United States | Kevin | P. | Connors | |
| 62 | William | Michael | Coombs | | | Sibling | MA | United States | Jeffrey | W. | Coombs | |
| 63 | Douglas | Glenn | Coombs | | | Sibling | MA | United States | Jeffrey | W. | Coombs | |
| 64 | Charles | Bunker | Coombs | III | | Parent | MA | United States | Jeffrey | W. | Coombs | |
| 65 | Charles | Bunker | Coombs | IV | | Sibling | MA | United States | Jeffrey | W. | Coombs | |
| 66 | Patricia | Paula | Schlosser | | | Sibling | NY | United States | Kevin | M. | Cosgrove | |
| 67 | Joseph | John | Cosgrove | | | Sibling | NY | United States | Kevin | M. | Cosgrove | |
| 68 | Maryjane | | Jones | | | Sibling | NY | United States | Kevin | M. | Cosgrove | |
| 69 | Susan | Elizabeth | Cosgrove Janssen | | | Sibling | AL | United States | Kevin | M. | Cosgrove | |
| 70 | Christine | | Brooks | | | Sibling | NY | United States | Kevin | M. | Cosgrove | |
| 71 | Edward | Augustine | Cosgrove | | | Sibling | NY | United States | Kevin | M. | Cosgrove | |
| 72 | Frank | | Barbosa | | | Sibling | FL | United States | Dolores | M. | Costa | |
| 73 | Isiah | RaShon | Batey | | | Sibling | MD | United States | Asia | SiVon | Cottom | |
| 74 | James | | Coughlan | | | Sibling | | Ireland | Martin | John | Coughlan | |
| 75 | Finbarr | Mary | Coughlan | | | Sibling | | Ireland | Martin | John | Coughlan | |
| 76 | David | Gerard | Crotty | | | Sibling | MD | United States | Kevin | Raymond | Crotty | |
| 77 | Brian | George | Crotty | | | Sibling | MD | United States | Kevin | Raymond | Crotty | |

# EXHIBIT A

*Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al.* , Case No. 03-cv-9849 (GBD)(SN)
Motion to Add Parties Against the Taliban

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Name of Personal Representative (for new 9/11 Decedent claims and deceased solatium claimants) | Relationship to 9/11 decedent | Domicile State | Country | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 78 | Michael | Joseph | Cummins | | | Sibling | TX | United States | Brian | T. | Cummins | |
| 79 | Troy | Michael | Barrett | | | Step-Child | CA | United States | Brian | T. | Cummins | |
| 80 | John | Lawrence | Cummins | | | Sibling | NJ | United States | Brian | T. | Cummins | |
| 81 | Brendan | William | Cummins | | | Sibling | FL | United States | Brian | T. | Cummins | |
| 82 | Martin | James | Cummins | III | | Sibling | FL | United States | Brian | T. | Cummins | |
| 83 | Martin | James | Cummins | Jr. | | Parent | NJ | United States | Brian | T. | Cummins | |
| 84 | Mischele | Ann | Crew-Williams | | | Sibling | PA | United States | Beverly | L. | Curry | |
| 85 | Clinton | | Davis | Jr. | | Child | TX | United States | Clinton | | Davis | Sr. |
| 86 | Jalin | Danielle | Debeuneure | | | Child | MD | United States | James | D. | Debeuneure | |
| 87 | Wilfred | | DeJesus | | | Parent | FL | United States | Jennifer | | DeJesus | |
| 88 | Carol | Ann | D'Esposito | | | Parent | NY | United States | Michael | Jude | D'Esposito | |
| 89 | Robert | Anthony | D'Esposito | | | Sibling | OR | United States | Michael | Jude | D'Esposito | |
| 90 | George | A. | Sayegh | Jr. | | Sibling | FL | United States | Jackie | Sayegh | Duggan | |
| 91 | Adina | Debra | Eisenberg | | | Sibling | CO | United States | Eric | Adam | Eisenberg | |
| 92 | Carl | Jonas | Eisenberg | | | Parent | OR | United States | Eric | Adam | Eisenberg | |
| 93 | Russell | Marc | Eisenberg | | | Sibling | OR | United States | Eric | Adam | Eisenberg | |
| 94 | Martha | Elizabeth | Emery | | | Parent | PA | United States | Edgar | Hendricks | Emery | Jr. |
| 95 | Dona | Mae | Wallich | | | Sibling | WV | United States | Edgar | Hendricks | Emery | Jr. |
| 96 | Brian | Keith | Emery | | | Child | PA | United States | Edgar | Hendricks | Emery | Jr. |
| 97 | Richard | Lee | Emery | | | Sibling | PA | United States | Edgar | Hendricks | Emery | Jr. |
| 98 | Wayne | Alan | Emery | | | Sibling | CA | United States | Edgar | Hendricks | Emery | Jr. |
| 99 | Yvette | Maria | Thomas-Huang | | | Sibling | NY | United States | Bridget | Ann | Esposito | |
| 100 | Michael | Anthony | Thomas | | | Sibling | GA | United States | Bridget | Ann | Esposito | |
| 101 | Robert | Scott | Evans | | | Sibling | MA | United States | Eric | Brian | Evans | |
| 102 | Gary | Michael | Evans | | | Sibling | TX | United States | Eric | Brian | Evans | |
| 103 | Charles | Reggie | Evans | Jr. | | Sibling | CT | United States | Eric | Brian | Evans | |
| 104 | Laura | Denise | Bittel | | | Child | VT | United States | Bernard | | Favuzza | |
| 105 | Donna | Michelle | Posta | | | Child | NY | United States | Bernard | | Favuzza | |
| 106 | Andrea | | Wanner | | | Sibling | MD | United States | David | Francis | Ferrugio | |
| 107 | Jacqueline | | DiVirgilio | | | Child | NJ | United States | David | Francis | Ferrugio | |
| 108 | Minnie | Domenica | Ferro | | | Parent | NJ | United States | Louis | V. | Fersini | Jr. |
| 109 | Frieda | | Green | | | Sibling | NJ | United States | Louis | V. | Fersini | Jr. |
| 110 | Josephine | Nancy | Fersini | | | Sibling | NJ | United States | Louis | V. | Fersini | Jr. |
| 111 | Joseph | Vito | Fersini | Sr. | | Sibling | NJ | United States | Louis | V. | Fersini | Jr. |
| 112 | Craig | Scott | Fiedel | | | Sibling | NY | United States | Kristen | Nicole | Fiedel | |
| 113 | Shantell | Renee | Fields | | | Child | WI | United States | Amelia | V. | Fields | |
| 114 | Ophelia | | Waters | | | Sibling | MD | United States | Amelia | V. | Fields | |
| 115 | Donzell | Elizabeth | Walker | | | Sibling | NJ | United States | Amelia | V. | Fields | |

# EXHIBIT A

*Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)
Motion to Add Parties Against the Taliban

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Name of Personal Representative (for new 9/11 Decedent claims and deceased solatium claimants) | Relationship to 9/11 decedent | Domicile State | Country | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116 | Gregory | Anthony | Waters | | | Sibling | MD | United States | Amelia | V. | Fields | |
| 117 | William | Howard | Fields | Jr. | | Child | MD | United States | Amelia | V. | Fields | |
| 118 | Jeffrey | Thomas | Filipov | | | Child | MA | United States | Alexander | M. | Filipov | |
| 119 | Allan | James | Filipov | | | Child | MA | | Alexander | M. | Filipov | |
| 120 | David | Michael | Filipov | | | Child | MA | United States | Alexander | M. | Filipov | |
| 121 | Louisa | Huntington | Fisher | | | Child | NH | United States | Bennett | Lawson | Fisher | |
| 122 | Linda | Marie | Fanene | | | Sibling | NY | United States | Thomas | Joseph | Fisher | |
| 123 | Elsa | Sue | Fisher | | | Sibling | CA | United States | Gerald | Paul | Fisher | |
| 124 | Bertha | Mary | Bracken-Gennaro | | | Sibling | NY | United States | Lucy | A. | Fishman | |
| 125 | Lucy | A. | Fishman | | Springer, Eugene Robert | 9/11 Decedent | NY | | Lucy | A. | Fishman | |
| 126 | Jeanene | | McGregor | | | Sibling | NY | United States | Lucy | A. | Fishman | |
| 127 | Mary | | Dwyer | | | Sibling | NY | United States | Lucy | A. | Fishman | |
| 128 | Samantha | Beth | Fishman | | | Child | NY | United States | Lucy | A. | Fishman | |
| 129 | Jason | Robert | Springer | | | Child | NY | United States | Lucy | A. | Fishman | |
| 130 | Eugene | Robert | Springer | | | Spouse | NY | United States | Lucy | A. | Fishman | |
| 131 | Caroline | | Parks | | | Sibling | NY | United States | Ryan | D. | Fitzgerald | |
| 132 | Elizabeth | | Parks | | | Sibling | NY | United States | Ryan | D. | Fitzgerald | |
| 133 | Marcus | Wilson | Flagg | | | Child | TX | United States | Darlene | Embree | Flagg | |
| 134 | Wilson | Falor | Flagg | | Flagg, Marcus Wilson | 9/11 Decedent | NV | | Wilson | Falor | Flagg | |
| 135 | Marcus | Wilson | Flagg | | | Child | TX | United States | Wilson | Falor | Flagg | |
| 136 | Augland | | Forbes | | | Sibling | CT | United States | Del Rose | | Forbes-Cheatham | |
| 137 | Eleanor | | Fox | | | Parent | NY | United States | Jeffrey | L. | Fox | |
| 138 | Brian | Reginald | Daniels | | | Child | NY | United States | Lillian | | Frederick-Lambert | |
| 139 | Anna | Mae | Froehner | | | Parent | NJ | United States | Gregg | J. | Froehner | |
| 140 | Dorell | Froehner | McNamara | | | Sibling | NJ | United States | Gregg | J. | Froehner | |
| 141 | Kenneth | Henry | Froehner | | McNamara, Dorell Froehner | Parent | NJ | | Gregg | J. | Froehner | |
| 142 | Kenneth | Arthur | Froehner | | | Sibling | NJ | United States | Gregg | J. | Froehner | |
| 143 | Janice | Warner | Gadiel | | | Step-Parent | CT | United States | James | Andrew | Gadiel | |
| 144 | Kirstin | Warner | Gadiel | | | Sibling | CA | United States | James | Andrew | Gadiel | |
| 145 | Brian | Thomas | Clendenin | Jr. | | Step-sibling | CT | United States | James | Andrew | Gadiel | |
| 146 | Judith | Ann | Torea | | | Parent | FL | United States | Harvey | Joseph | Gardner | III |
| 147 | Joseph | W. | Gardner | | | Sibling | NJ | United States | Harvey | Joseph | Gardner | III |
| 148 | Harvey | Joseph | Gardner | III | Torea, Judith Ann | 9/11 Decedent | NJ | | Harvey | Joseph | Gardner | III |
| 149 | Richard | Matthew | Gary | | | Child | NY | United States | Bruce | Henry | Gary | |
| 150 | Alice | | Gary | | | Parent | NY | | Bruce | Henry | Gary | |
| 151 | Jessica | Katherine | Kostaris | | | Child | NY | United States | Bruce | Henry | Gary | |
| 152 | Donna | | Struzzieri | | | Sibling | NY | United States | Bruce | Henry | Gary | |
| 153 | Bruce | Henry | Gary | | Gary, Alice | 9/11 Decedent | NY | | Bruce | Henry | Gary | |
| 154 | Debra | Lynn | Gibbon | | Zaccaria, Karen Anne | 9/11 Decedent | NJ | | Debra | Lynn | Gibbon | |

# EXHIBIT A

*Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)
Motion to Add Parties Against the Taliban

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Name of Personal Representative (for new 9/11 Decedent claims and deceased solatium claimants) | Relationship to 9/11 decedent | Domicile State | Country | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 155 | Joan | Elizabeth | Fischer | | | Parent | NJ | United States | Debra | Lynn | Gibbon | |
| 156 | Karen | Anne | Zaccaria | | | Sibling | NJ | United States | Debra | Lynn | Gibbon | |
| 157 | Adam | | Fischer | III | | Sibling | NJ | United States | Debra | Lynn | Gibbon | |
| 158 | Adam | | Fischer | Jr. | | Parent | NJ | United States | Debra | Lynn | Gibbon | |
| 159 | Hanifa | | Djonbalic | | | Spouse | NY | United States | Mon | | Gjonbalaj | |
| 160 | Shkurta | | Nikaj | | | Child | NY | United States | Mon | | Gjonbalaj | |
| 161 | Bekim | | Gjonbalaj | | | Child | NY | United States | Mon | | Gjonbalaj | |
| 162 | Selim | | Gjonbalaj | | | Child | NY | United States | Mon | | Gjonbalaj | |
| 163 | Lee | Alexandra | Wright | | | Sibling | MD | United States | Keith | Alexander | Glascoe | |
| 164 | Jean | Faith | Neufeld | | | Child | NJ | United States | Barry | H. | Glick | |
| 165 | Jeremy | Matthew | Glick | | | Child | NY | United States | Barry | H. | Glick | |
| 166 | Gwen | | Opfell | | | Sibling | NC | United States | Jeffrey | Grant | Goldflam | |
| 167 | Dawn | Marie | Megyeri | | | Child | NY | United States | Ronald | Franklin | Golinski | |
| 168 | Michelle | Lynn | Bevevino | | | Child | NY | United States | Ronald | Franklin | Golinski | |
| 169 | Kristine | Ann | Reynolds | | | Child | PA | United States | Ronald | Franklin | Golinski | |
| 170 | Paula | Mary | Carucci | | | Step-Child | NY | United States | Ronald | Franklin | Golinski | |
| 171 | David | Eugene | Eschenbaum | | | Step-Child | NY | United States | Ronald | Franklin | Golinski | |
| 172 | Gary | S. | Graifman | | | Sibling | NJ | United States | David | Martin | Graifman | |
| 173 | Vaughn | Ann Catuzzi | Lohec | | | Sibling | TX | United States | Lauren | C. | Grandcolas | |
| 174 | Barbara | Vaughn | Catuzzi | | | Parent | TX | United States | Lauren | C. | Grandcolas | |
| 175 | Dara | Ann | Near | | | Sibling | NJ | United States | Lauren | C. | Grandcolas | |
| 176 | Lawrence | Richard | Catuzzi | | | Parent | TX | United States | Lauren | C. | Grandcolas | |
| 177 | Timothy | Walker | Gray | | | Sibling | NJ | United States | Christopher | Stewart | Gray | |
| 178 | James | Thomas | Gray | | | Sibling | NJ | United States | Christopher | Stewart | Gray | |
| 179 | Janet | Walker | Gray | | | Parent | NJ | United States | Christopher | Stewart | Gray | |
| 180 | Doreen | Julia | Gray | | | Step-Parent | FL | United States | James | Michael | Gray | |
| 181 | Michael | Christopher | Grimner | | | Child | NY | United States | David | Joseph | Grimner | |
| 182 | Christine | Marie | Galard | | | Sibling | NY | United States | Joseph | | Grzelak | |
| 183 | Kristie | Lynn | Perrotta | | | Child | NY | United States | Joseph | | Grzelak | |
| 184 | Debra | Ann | Lauro | | | Child | NY | United States | Joseph | | Grzelak | |
| 185 | Philip | | Haentzler | | Luisi, John V.; Leavitt, Marc Crawford | 9/11 Decedent | NY | | Philip | | Haentzler | |
| 186 | Michael | | Halderman | | | Sibling | NY | United States | David | | Halderman | |
| 187 | Christine | | Olsen | | | Sibling | NY | United States | David | | Halderman | |
| 188 | Steve | | Halderman | | | Sibling | NY | United States | David | | Halderman | |
| 189 | Robert | David | Halligan | | | Child | | United Kingdom | Robert | John | Halligan | |
| 190 | Carl | Max | Hammond | Sr. | Sumner, Cynthia Sue | Parent | AZ | United States | Carl | Max | Hammond | Jr. |
| 191 | Stanley | Hyun Ki | Kim | | | Sibling | CA | United States | Sue | Ju | Hanson | |
| 192 | Colleen | Marie | Hardacre | | | Child | IL | United States | Gerald | | Hardacre | |

# EXHIBIT A

*Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)
Motion to Add Parties Against the Taliban

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Name of Personal Representative (for new 9/11 Decedent claims and deceased solatium claimants) | Relationship to 9/11 decedent | Domicile State | Country | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 193 | Jeffrey | Scott | Hart | | | Child | OH | United States | John | P. | Hart | |
| 194 | Joseph | Paul | Hashem | | | Sibling | NC | United States | Peter | Paul | Hashem | |
| 195 | Helmut | W. | Haub | | Corey, Dana M. | Parent | MD | United States | Michael | Helmut | Haub | |
| 196 | Elizabeth | Kaitlin | Klucznik | | | Child | MA | United States | James | Edward | Hayden | |
| 197 | Annemarie | | D'Emic | | | Sibling | NY | United States | Charles | F.X. | Heeran | |
| 198 | Bernadette | Francine | McCann | | | Sibling | NY | United States | Charles | F.X. | Heeran | |
| 199 | William | Daniel Kevin | Heeran | | | Sibling | NC | United States | Charles | F.X. | Heeran | |
| 200 | Sean | Bernard | Heeran | | | Sibling | NY | United States | Charles | F.X. | Heeran | |
| 201 | Alison | Mary | Coffey | | | Child | SC | United States | Michele | M. | Heidenberger | |
| 202 | Matthew | | Herencia | | | Child | MD | United States | Mary | | Herencia | |
| 203 | Mark | | Herencia | | | Child | MD | United States | Mary | | Herencia | |
| 204 | Nathan | Jay | Hersch | | | Child | NJ | United States | Jeffrey | A. | Hersch | |
| 205 | Charles | Howard | Horn | Jr. | | Sibling | NY | United States | Michael | Joseph | Horn | |
| 206 | Debra | Lynn | Brown | | | Sibling | FL | United States | Michael | Robert | Horrocks | |
| 207 | Linda | Jane | Horrocks | | | Parent | FL | United States | Michael | Robert | Horrocks | |
| 208 | Christian | John | Horrocks | | | Sibling | NY | United States | Michael | Robert | Horrocks | |
| 209 | William | Lawrence | Horrocks | Jr. | | Sibling | NJ | United States | Michael | Robert | Horrocks | |
| 210 | William | Lawrence | Horrocks | Sr. | | Parent | FL | United States | Michael | Robert | Horrocks | |
| 211 | Jamie | Elizabeth | Jackson | | | Sibling | MD | United States | Angela | Marie | Houtz | |
| 212 | Tina | Marie | Wasielewski | | | Step-sibling | MD | United States | Angela | Marie | Houtz | |
| 213 | Joseph | Noel | Shontere | | | Step-Parent | MD | United States | Angela | Marie | Houtz | |
| 214 | Lynn | Marie | Hill | | | Sibling | NY | United States | Paul | Rexford | Hughes | |
| 215 | Donald | William | Hughes | | | Sibling | NC | United States | Paul | Rexford | Hughes | |
| 216 | Sargam | | Jain | | | Child | NY | United States | Yudh | V. | Jain | |
| 217 | Richard | Allen | Johnson | | | Sibling | WI | United States | Dennis | Michael | Johnson | |
| 218 | James | | Hagan | | | Sibling | NY | United States | Jane | Eileen | Josiah | |
| 219 | Mary | Denise | Lum | | | Sibling | AK | United States | Richard | Michael | Keane | |
| 220 | Daniel | Mark | Keane | | Keane, Judith Ann | Child | CT | United States | Richard | Michael | Keane | |
| 221 | Susan | K. | Keasler | | | Sibling | NV | United States | Karol | Ann | Keasler | |
| 222 | Patricia | Ann | Keating | | | Child | CA | United States | Barbara | A. | Keating | |
| 223 | Jason | A. | Kershaw | | | Child | MA | United States | Ralph | Francis | Kershaw | |
| 224 | Kristin | D. | Kershaw | | | Child | NH | United States | Ralph | Francis | Kershaw | |
| 225 | Matthew | A. | Kershaw | | | Child | MA | United States | Ralph | Francis | Kershaw | |
| 226 | Ruth | Ellen | Ketler | | Ketler, Richard Keith | 9/11 Decedent | NY | | Ruth | Ellen | Ketler | |
| 227 | John | David | Ketler | | | Sibling | FL | United States | Ruth | Ellen | Ketler | |
| 228 | Richard | Keith | Ketler | | | Sibling | FL | United States | Ruth | Ellen | Ketler | |
| 229 | Surujpattie | | Persaud | | | Sibling | NY | United States | Sarah | | Khan | |
| 230 | Sybil | | Ramsaran | | | Parent | NY | United States | Sarah | | Khan | |

# EXHIBIT A

*Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)
Motion to Add Parties Against the Taliban

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Name of Personal Representative (for new 9/11 Decedent claims and deceased solatium claimants) | Relationship to 9/11 decedent | Domicile State | Country | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 231 | Angad | | Budram | | | Sibling | NY | United States | Sarah | | Khan | |
| 232 | Kanhai | | Boodram | | | Sibling | NY | United States | Sarah | | Khan | |
| 233 | Dhanpaul | Budram | Takoor | | | Sibling | NY | United States | Sarah | | Khan | |
| 234 | Elizabeth | Cristina | Kondratenko | | | Sibling | IL | United States | Suzanne | | Kondratenko | |
| 235 | George | Panagiotes | Kousoulis | | | Parent | NJ | United States | Danielle | | Kousoulis | |
| 236 | Florela | S. | Yancey | | | Parent | CO | United States | Kathryn | | Laborie | |
| 237 | Harlan | Gene | Yancey | | | Parent | CO | United States | Kathryn | | Laborie | |
| 238 | Mark | Anthony | Yancey | | | Sibling | CO | United States | Kathryn | | Laborie | |
| 239 | Kevin | Michael | Yancey | | | Sibling | CO | United States | Kathryn | | Laborie | |
| 240 | Barbara | Ann | Laurencin | | | Spouse | NY | United States | Charles | Augustus | Laurencin | |
| 241 | Jacqueline | Yvonne | Steed | | | Step-Child | NY | United States | Charles | Augustus | Laurencin | |
| 242 | Francine | Michelle | Roman | | | Child | OH | United States | Charles | Augustus | Laurencin | |
| 243 | Camille | Nicole | Martin | | | Grandchild | NY | United States | Charles | Augustus | Laurencin | |
| 244 | Charles | Augustus | Laurencin | | Laurencin, Barbara Ann | 9/11 Decedent | NY | | Charles | Augustus | Laurencin | |
| 245 | Kerri | | Kelly | | | Step-Child | CA | United States | Joseph | Gerard | Leavey | |
| 246 | Michael | Sebastian | Licciardi | | | Child | NY | United States | Ralph | Michael | Licciardi | |
| 247 | Jo-Ann | | Licciardi | | | Parent | NY | United States | Ralph | Michael | Licciardi | |
| 248 | Jennifer | Dawn | Licciardi | | | Spouse | NY | United States | Ralph | Michael | Licciardi | |
| 249 | Ralph | Michael | Licciardi | | Licciardi, Jennifer Dawn | 9/11 Decedent | NY | | Ralph | Michael | Licciardi | |
| 250 | Ralph | Rocco | Licciardi | | | Child | NY | United States | Ralph | Michael | Licciardi | |
| 251 | Margit | | Lichtschein | | | Parent | NJ | United States | Edward | | Lichtschein | |
| 252 | Vera | | Glatt | | | Sibling | NJ | United States | Edward | | Lichtschein | |
| 253 | Rosanne | L. | Spirito | | | Sibling | NJ | United States | Catherine | Lisa | LoGuidice | |
| 254 | Margaret | Anne | Pettus | | | Sibling | NM | United States | Laura | M. | Longing | |
| 255 | Daniel | Jeremy | Lopez | | | Child | NY | United States | Daniel | | Lopez | |
| 256 | Martha | | Lopez | | | Parent | CO | United States | Maclovio | | Lopez | Jr. |
| 257 | Libbet | Ann | Ward | | | Sibling | CO | United States | Maclovio | | Lopez | Jr. |
| 258 | Susie | Levet | Lopez | | | Sibling | CO | United States | Maclovio | | Lopez | Jr. |
| 259 | Rosa | Maria | Ramirez | | | Sibling | CA | United States | Maclovio | | Lopez | Jr. |
| 260 | Dannette | Nicole | Fortin | | | Child | CA | United States | Maclovio | | Lopez | Jr. |
| 261 | Cindy | Lou | Carlson | | | Sibling | CO | United States | Maclovio | | Lopez | Jr. |
| 262 | Francisco | Miguel | Lopez | | | Sibling | CO | United States | Maclovio | | Lopez | Jr. |
| 263 | John | Martin | Lopez | | | Sibling | IN | United States | Maclovio | | Lopez | Jr. |
| 264 | Joseph | Juaquin | Lopez | | | Child | CO | United States | Maclovio | | Lopez | Jr. |
| 265 | Kristen | Marie | Lugano | | | Sibling | NY | United States | Sean | Thomas | Lugano | |
| 266 | Robert | J. | Lunder | | | Sibling | NY | United States | Christopher | Edmund | Lunder | |
| 267 | Thomas | Christopher | Lynch | | | Sibling | NY | United States | Michael | Francis | Lynch | |
| 268 | Patrick | Gerard | Lynch | | | Sibling | NY | United States | Michael | Francis | Lynch | |

# EXHIBIT A

*Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)
Motion to Add Parties Against the Taliban

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Name of Personal Representative (for new 9/11 Decedent claims and deceased solatium claimants) | Relationship to 9/11 decedent | Domicile State | Country | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 269 | Kevin | Thomas | Lynch | | | Sibling | NY | United States | Michael | Francis | Lynch | |
| 270 | Noelle | Robin | Tully | | | Child | PA | United States | Robert | H. | Lynch | Jr. |
| 271 | Mark | Loomis | Madden | | | Sibling | ME | United States | Richard | B. | Madden | |
| 272 | Robert | Twining | Madden | Sr. | Madden, Mark Loomis | Parent | ME | United States | Richard | B. | Madden | |
| 273 | Michael | Alfred | Maler | Jr. | | Sibling | NY | United States | Alfred | Russell | Maler | |
| 274 | Lisa | | Mahon | | | Child | NJ | United States | Joseph | | Mangano | |
| 275 | Rosemarie | | Hoesly | | | Sibling | PA | United States | Joseph | | Mangano | |
| 276 | Michael | | Mangano | | | Child | PA | United States | Joseph | | Mangano | |
| 277 | Philip | | Mangano | | | Sibling | NC | United States | Joseph | | Mangano | |
| 278 | Laura | Louise | Manley | | | Sibling | NJ | United States | Sara | Elizabeth | Manley | |
| 279 | Christine | Marie | Marlo-Triemstra | | | Sibling | MN | United States | Kevin | D. | Marlo | |
| 280 | Dorothy | | Martinez | | | Sibling | SC | United States | Jose | Angel | Martinez | Jr. |
| 281 | Denise | Ann | Glaser | | | Child | NY | United States | Jose | Angel | Martinez | Jr. |
| 282 | Michele | Carrie | Melendez | | | Child | NC | United States | Jose | Angel | Martinez | Jr. |
| 283 | JoAnne | | Martinez | | | Child | NY | United States | Jose | Angel | Martinez | Jr. |
| 284 | Diane | Lynn | Martinez | | | Child | NY | United States | Jose | Angel | Martinez | Jr. |
| 285 | Wilson | | Martinez | | | Sibling | NY | United States | Jose | Angel | Martinez | Jr. |
| 286 | David | | Martinez | | | Sibling | NY | United States | Jose | Angel | Martinez | Jr. |
| 287 | Dawn | Marie | Curry | | | Step-Child | FL | United States | Stephen | F. | Masi | |
| 288 | Theresa | Lynne | Bevilacqua | | | Step-Child | FL | United States | Stephen | F. | Masi | |
| 289 | Karen | Ann | Toomey | | | Sibling | MA | United States | Kevin | Michael | McCarthy | |
| 290 | MaryEllen | McCarthy | Rice | | | Sibling | MA | United States | Kevin | Michael | McCarthy | |
| 291 | Maureen | Rose | Baumgartel | | | Sibling | MA | United States | Kevin | Michael | McCarthy | |
| 292 | Blayney | Peter | McEneaney | | | Sibling | NY | United States | Eamon | James | McEneaney | |
| 293 | Maureen | McEneaney | Eckman | | | Sibling | NY | United States | Eamon | James | McEneaney | |
| 294 | Susan | Mary | Lum | | | Sibling | MA | United States | Eamon | James | McEneaney | |
| 295 | Patrick | Bernard | McEneaney | | | Sibling | CT | United States | Eamon | James | McEneaney | |
| 296 | Kevin | Edward | McEneaney | | | Sibling | NY | United States | Eamon | James | McEneaney | |
| 297 | Kathleen | McGovern | DeCasper | | DeCasper, Raymond John | Sibling | AZ | | William | Joseph | McGovern | |
| 298 | John | Vincent | Cuccinello | | | Step-Child | NJ | United States | William | Joseph | McGovern | |
| 299 | Olivia | Mary | McHugh | | Kinsella, Nancy Bohan | Parent | NY | | Dennis | P. | McHugh | |
| 300 | Michael | | McHugh | | Kinsella, Nancy Bohan | Parent | NY | | Dennis | P. | McHugh | |
| 301 | Michael | J. | McHugh | | | Sibling | NY | United States | Dennis | P. | McHugh | |
| 302 | Darby | Anne | McHugh | | | Sibling | NY | United States | Michael | E. | McHugh | Jr. |
| 303 | Eileen | Higgins | McHugh | | | Parent | NY | United States | Michael | E. | McHugh | Jr. |
| 304 | Michael | Edward | McHugh, Sr. | | | Parent | NY | United States | Michael | E. | McHugh | Jr. |
| 305 | Kathleen | McNeal | Sheeler | | | Sibling | MD | United States | Daniel | Walker | McNeal | |
| 306 | Michelle | Ann | McNulty | | | Sibling | NY | United States | Sean | Peter | McNulty | |
| 307 | Richard | Thomas | McNulty | | | Sibling | NY | United States | Sean | Peter | McNulty | |

# EXHIBIT A

*Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)
Motion to Add Parties Against the Taliban

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Name of Personal Representative (for new 9/11 Decedent claims and deceased solatium claimants) | Relationship to 9/11 decedent | Domicile State | Country | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 308 | Sara | Ann | Schultz | | | Sibling | MA | United States | Sean | Peter | McNulty | |
| 309 | Bridgette | Ann | McNulty | | | Sibling | FL | United States | Sean | Peter | McNulty | |
| 310 | Sean | Peter | McNulty | | McNulty, Richard Thomas | 9/11 Decedent | NY | | Sean | Peter | McNulty | |
| 311 | Nancy | Jo | Menchaca | | | Sibling | TX | United States | Dora | Marie | Menchaca | |
| 312 | Jacqueline | Menchaca | Karastamatis | | | Sibling | FL | United States | Dora | Marie | Menchaca | |
| 313 | Ignacia | R. | Menchaca | | | Parent | TX | United States | Dora | Marie | Menchaca | |
| 314 | Imani | Marie | Dorsey | | | Child | | Norway | Dora | Marie | Menchaca | |
| 315 | Mark | Anthony | Menchaca | | | Sibling | TX | United States | Dora | Marie | Menchaca | |
| 316 | John | J. | Menchaca | | | Sibling | CA | United States | Dora | Marie | Menchaca | |
| 317 | Jose | | Menchaca | Jr. | | Sibling | TX | United States | Dora | Marie | Menchaca | |
| 318 | Genevieve | | Mercurio | | | Child | NY | United States | Ralph | | Mercurio | |
| 319 | Margaret | Quinn | Metz | | | Parent | MA | United States | Raymond | Joseph | Metz | III |
| 320 | David | Scott | Miller | | | Half-sibling | CO | United States | Nicole | Carol | Miller | |
| 321 | Wayne | S. | Stefani | Jr. | | Half-sibling | CA | United States | Nicole | Carol | Miller | |
| 322 | Kelly | Suzanne | Mladenik | | | Child | IL | United States | Jeffrey | P. | Mladenik | |
| 323 | Joshua | J. | Mladenik | | | Child | IL | United States | Jeffrey | P. | Mladenik | |
| 324 | Timothy | | Monahan | | | Child | NY | United States | Franklyn | | Monahan | |
| 325 | James | | Monahan | | | Sibling | NJ | United States | Franklyn | | Monahan | |
| 326 | Kevin | Brian | Monahan | | | Sibling | NJ | United States | Franklyn | | Monahan | |
| 327 | Richard | Louis | Montano | Jr. | | Sibling | NY | United States | Craig | D. | Montano | |
| 328 | George | R. | Montesi | | Montesi-Lauria, Maria E. (Putative) | Parent | NY | | Michael | G. | Montesi | |
| 329 | Jessica | Ann | Moskal | | | Child | OH | United States | William | David | Moskal | |
| 330 | Mark | Eugene | Murphy | | | Sibling | MA | United States | James | Thomas | Murphy | |
| 331 | Joan | Patricia | Murphy-Wolf | | | Sibling | NJ | United States | James | Thomas | Murphy | |
| 332 | Diane | Virginia | Murphy-Boiven | | | Sibling | NJ | United States | James | Thomas | Murphy | |
| 333 | Sean | Patrick | Murphy | | | Sibling | NJ | United States | James | Thomas | Murphy | |
| 334 | Michael | Thomas | Murphy | | | Sibling | NJ | United States | James | Thomas | Murphy | |
| 335 | Francis | Gerard | Murphy | | | Sibling | NJ | United States | James | Thomas | Murphy | |
| 336 | Robert | Edward | Murphy | | | Sibling | CA | United States | Raymond | E. | Murphy | Sr. |
| 337 | Kenneth | George | Murphy | | | Sibling | NY | United States | Raymond | E. | Murphy | Sr. |
| 338 | Edward | Joseph | Murphy | | | Sibling | NY | United States | Raymond | E. | Murphy | Sr. |
| 339 | Marilyn | | Niederer | | | Parent | VA | United States | Martin | Stewart | Niederer | |
| 340 | Brian | Charles | Niederer | | | Sibling | VA | United States | Martin | Stewart | Niederer | |
| 341 | Denise | M. | Tracey | | | Sibling | NY | United States | Alfonse | J. | Niedermeyer | |
| 342 | Jack | Edward | Niedermeyer | | | Sibling | NY | United States | Alfonse | J. | Niedermeyer | |
| 343 | Richard | John | Niedermeyer | | | Sibling | NY | United States | Alfonse | J. | Niedermeyer | |
| 344 | Abigail | Michelle | Noel | | | Sibling | NY | United States | Curtis | T. | Noel | |
| 345 | Michael | Thomas | Noel | Jr. | | Sibling | NY | United States | Curtis | T. | Noel | |

# EXHIBIT A

*Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)
Motion to Add Parties Against the Taliban

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Name of Personal Representative (for new 9/11 Decedent claims and deceased solatium claimants) | Relationship to 9/11 decedent | Domicile State | Country | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 346 | Heather | Elizabeth | Ferreira | | | Child | NY | United States | James | A. | Oakley | |
| 347 | Dennis | Christopher | O'Brien | | | Sibling | NY | United States | Michael | P. | O'Brien | |
| 348 | Sean | Patrick | O'Brien | | | Sibling | NC | United States | Timothy | M. | O'Brien | |
| 349 | Kevin | | O'Brien | | | Sibling | NY | United States | Timothy | M. | O'Brien | |
| 350 | Teri | Schuler | Oelschlager | | DeSoto, Courtney | Parent | CA | | Douglas | E. | Oelschlager | |
| 351 | Dolores | Carol | Quigley | | | Sibling | FL | United States | John | Alexander | Ogonowski | |
| 352 | Bernadette | M. | Hart | | Hart, Sr., Thomas James | Sibling | NY | United States | Thomas | Gerard | O'Hagan | |
| 353 | Clare | Regina | Mayer | | | Sibling | NY | United States | Thomas | Gerard | O'Hagan | |
| 354 | John | Joseph | O'Hagan | | | Sibling | NY | United States | Thomas | Gerard | O'Hagan | |
| 355 | Tara | O'Keefe | Kurella | | | Child | NJ | United States | William | S. | O'Keefe | |
| 356 | Jill | Stefanie | Olcott | | | Child | FL | United States | Gerald | M. | Olcott | |
| 357 | Graig | Aaron | Olcott | | | Child | FL | United States | Gerald | M. | Olcott | |
| 358 | Todd | Keith | Olsen | | | Sibling | NC | United States | Eric | Taube | Olsen | |
| 359 | Mary | Olsen | Olesky | | | Sibling | NJ | United States | Jeffrey | James | Olsen | |
| 360 | Cynthia | A. | Olsen-Dinkins | | | Sibling | NY | United States | Jeffrey | James | Olsen | |
| 361 | Maria | R. | Alfano | | | Sibling | NY | United States | Richard | A. | Palazzolo | |
| 362 | Ronald | J. | Palazzolo | | | Sibling | NY | United States | Richard | A. | Palazzolo | |
| 363 | Michelle | Rivera | Papa | | | Child | NY | United States | Edward | J. | Papa | |
| 364 | Elizabeth | Papa | Simons | | | Child | NY | United States | Edward | J. | Papa | |
| 365 | Margaret | Kathleen | Papa | | | Child | NY | United States | Edward | J. | Papa | |
| 366 | Catherine | Mary | Papa | | | Sibling | NY | United States | Edward | J. | Papa | |
| 367 | Marianne | Katherine | Carpenter | | | Sibling | NY | United States | Edward | J. | Papa | |
| 368 | Michael | J. | Papa | | | Sibling | MA | United States | Edward | J. | Papa | |
| 369 | Michael | | Gritsipis | | | Parent | NY | United States | George | | Paris | |
| 370 | Elizabeth | Anne | Parks | | | Sibling | NJ | United States | Robert | Emmet | Parks | Jr. |
| 371 | David | S. | Peterson | | | Child | TX | United States | Donald | A. | Peterson | |
| 372 | John | | Piskadlo | | | Sibling | PA | United States | Joseph | | Piskadlo | |
| 373 | Edward | S. | Piskadlo | | | Sibling | FL | United States | Joseph | | Piskadlo | |
| 374 | Erika | Leigh | Piver | | | Sibling | CT | United States | Joshua | Michael | Piver | |
| 375 | Phyllis | Frances | Volpe | | | Sibling | NY | United States | Joseph | | Plumitallo | |
| 376 | Joan | | Pecoraro | | | Sibling | NY | United States | Joseph | | Plumitallo | |
| 377 | Nancy | | Brady | | | Sibling | NJ | United States | Joseph | | Plumitallo | |
| 378 | Louis | Joseph | Plumitallo | Jr. | | Sibling | NY | United States | Joseph | | Plumitallo | |
| 379 | Doreen | Patricia | Noone Wheeler | | | Not Related | NY | United States | Kevin | M. | Prior | |
| 380 | Diane | Frances | Majtan | | | Sibling | PA | United States | Christopher | | Quackenbush | |
| 381 | Whitney | Strine | Quackenbush | | | Child | NY | United States | Christopher | | Quackenbush | |
| 382 | Kelsey | Newsome | Quackenbush | | | Child | NY | United States | Christopher | | Quackenbush | |
| 383 | Traci | Lee | Viklund | | | Spouse | NY | United States | Christopher | | Quackenbush | |

# EXHIBIT A

*Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)
Motion to Add Parties Against the Taliban

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Name of Personal Representative (for new 9/11 Decedent claims and deceased solatium claimants) | Relationship to 9/11 decedent | Domicile State | Country | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 384 | Christopher | James | Quackenbush | | | Child | NY | United States | Christopher | | Quackenbush | |
| 385 | Marykutty | | Thomas | | | Sibling | PA | United States | Valsa | | Raju | |
| 386 | Sagil | | George | | George, Jessy Sagi | Sibling | NJ | | Valsa | | Raju | |
| 387 | Sunny | | George | | | Sibling | NY | United States | Valsa | | Raju | |
| 388 | Marie | Le Jeune | Scott | | | Sibling | CA | United States | William | Ralph | Raub | |
| 389 | Alice | R. | Regan | | Regan, Eileen; Regan, Maureen | Parent | NY | | Donald | | Regan | |
| 390 | Joseph | William | Regan | | | Sibling | PA | United States | Donald | | Regan | |
| 391 | Ann | | Curti | | | Sibling | NJ | United States | Gregg | | Reidy | |
| 392 | Maureen | | Yetman | | | Sibling | NJ | United States | Gregg | | Reidy | |
| 393 | Dana | Henry | Gargano | | | Sibling | CT | United States | Karen | | Renda | |
| 394 | Lynnette | | Rivera | | | Child | NJ | United States | Isaias | | Rivera | |
| 395 | Isaias | | Rivera | Jr. | | Child | NY | United States | Isaias | | Rivera | |
| 396 | Christine | | Nippes | | | Sibling | NJ | United States | Paul | V. | Rizza | |
| 397 | Giuseppe | Salvatore | Rizzo | | | Child | NY | United States | John | Frank | Rizzo | |
| 398 | Hunter | Everett | Roberts | | | Sibling | FL | United States | Leo | A. | Roberts | |
| 399 | Lisa | Ann | Roberts | | | Sibling | NY | United States | Michael | E. | Roberts | |
| 400 | Elizabeth | A. | Soudant | | | Spouse | NY | United States | Gregory | E. | Rodriguez | |
| 401 | Gregory | E. | Rodriguez | | Soudant, Elizabeth | 9/11 Decedent | NY | | Gregory | E. | Rodriguez | |
| 402 | Ruth | Anne | Rosenblum | | | Sibling | CA | United States | Joshua | M. | Rosenblum | |
| 403 | Adam | Mark | Rosenblum | | | Sibling | NY | United States | Joshua | M. | Rosenblum | |
| 404 | Lawrence | A. | Rosenblum | | | Sibling | FL | United States | Joshua | M. | Rosenblum | |
| 405 | Rachel | Susan | Rothenberg | | | Child | RI | United States | Mark | D. | Rothenberg | |
| 406 | Sara | Jan | Rothenberg | | | Child | MA | United States | Mark | D. | Rothenberg | |
| 407 | Virginia | Ann | Gecewicz | | | Sibling | NY | United States | Wayne | J. | Saloman | |
| 408 | Craig | William | Saloman | | Royer-Saloman, Cynthia Ann | Sibling | AZ | | Wayne | J. | Saloman | |
| 409 | Jay | Charles | Saloman | | | Sibling | NY | United States | Wayne | J. | Saloman | |
| 410 | Robert | | Giallombardo | | | Step-Parent | NY | United States | Paul | Richard | Salvio | |
| 411 | Pamela | Rae | Salvo | | | Sibling | NY | United States | Samuel | Robert | Salvo | Jr. |
| 412 | Susan | Salvo | Glick | | | Child | NY | United States | Samuel | Robert | Salvo | Jr. |
| 413 | David | Robert | Salvo | | | Child | NY | United States | Samuel | Robert | Salvo | Jr. |
| 414 | Maria | Jose | San Pio | | | Parent | NY | United States | Sylvia | | San Pio | |
| 415 | Laura | | Perez | | | Sibling | NY | United States | Sylvia | | San Pio | |
| 416 | Joseph | Francis | Perez | | | Sibling | NY | United States | Sylvia | | San Pio | |
| 417 | Edward | Jack | San Pio | | | Sibling | | Spain | Sylvia | | San Pio | |
| 418 | Emiliano | | Perez | | | Sibling | NY | United States | Sylvia | | San Pio | |
| 419 | Maria | Mercedes | Sanchez Declet | | | Sibling | PR | United States | Jesus | | Sanchez | |
| 420 | Lourdes | | Sanchez | | | Sibling | PR | United States | Jesus | | Sanchez | |
| 421 | Maria | Mercedes | Declet | | | Parent | PR | United States | Jesus | | Sanchez | |
| 422 | Jesus | Manuel | Sanchez Declet | | | Sibling | FL | United States | Jesus | | Sanchez | |

# EXHIBIT A

*Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)
Motion to Add Parties Against the Taliban

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Name of Personal Representative (for new 9/11 Decedent claims and deceased solatium claimants) | Relationship to 9/11 decedent | Domicile State | Country | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 423 | Miguel | Angel | Sanchez | | | Sibling | PR | United States | Jesus | | Sanchez | |
| 424 | Jesus | Francisco | Sanchez-Declet | | | Sibling | PR | United States | Jesus | | Sanchez | |
| 425 | Pamela | | Sandler | | | Child | NY | United States | Herman | Samuel | Sandler | |
| 426 | Jordana | Sandler | Manzano | | | Child | NY | United States | Herman | Samuel | Sandler | |
| 427 | Karen | Ann | Miller | | | Sibling | NY | United States | John | A. | Santore | |
| 428 | Steven | | Scarpitta | | | Sibling | NY | United States | Michelle | | Scarpitta | |
| 429 | Catherine | Jean | Seymour | | | Parent | MD | United States | Karen | Lynn | Seymour | |
| 430 | Debra | J. | Anderson | | | Sibling | MD | United States | Karen | Lynn | Seymour | |
| 431 | Brian | Patrick | Shaw | | | Sibling | NJ | United States | Jeffrey | James | Shaw | |
| 432 | Geraldine | T. | Tobia | | | Sibling | NJ | United States | Jeffrey | James | Shaw | |
| 433 | Richard | Charles | Shaw | | | Sibling | NY | United States | Jeffrey | James | Shaw | |
| 434 | Robert | | Sherry | | | Sibling | FL | United States | John | Anthony | Sherry | |
| 435 | Christopher | Walter | Simmons | | | Child | FL | | George | W. | Simmons | Sr. |
| 436 | George | Washington | Simmons | Jr. | | Child | FL | United States | George | W. | Simmons | Sr. |
| 437 | Jerrald | | Smith | | | Sibling | NJ | United States | Jeffrey | R. | Smith | |
| 438 | Maria | S. | Spagnoletti | | Spagnoletti, Paul Andrew | Parent | CT | United States | Gregory | T. | Spagnoletti | |
| 439 | Richard | | Spagnoletti | | Spagnoletti, Paul Andrew | Parent | CT | United States | Gregory | T. | Spagnoletti | |
| 440 | Mark | Anthony | Spagnoletti | | | Sibling | NJ | United States | Gregory | T. | Spagnoletti | |
| 441 | Christopher | Richard | Spagnoletti | Sr. | | Sibling | CT | United States | Gregory | T. | Spagnoletti | |
| 442 | Edward | | Sparacio | | | Sibling | DE | United States | Thomas | | Sparacio | |
| 443 | Jack | | Sparacio | Jr. | | Sibling | PA | United States | Thomas | | Sparacio | |
| 444 | Bryant | Taylor | Mitchell | | | Step-Child | NJ | United States | Richard | J. | Stadelberger | |
| 445 | Kathy | Roseann | Stahlman | | | Sibling | FL | United States | Eric | Adam | Stahlman | |
| 446 | Edward | C. | Stajk | | | Sibling | FL | United States | Gregory | | Stajk | |
| 447 | Barbara | H. | Stern | | | Parent | NY | United States | Andrew | Jay | Stern | |
| 448 | Lisa | S. | Burch | | | Sibling | NY | United States | Andrew | Jay | Stern | |
| 449 | Michael | H. | Stern | | | Sibling | NY | United States | Andrew | Jay | Stern | |
| 450 | Kathleen | | O'Hara | | | Sibling | NJ | United States | James | J. | Straine | Jr. |
| 451 | Anne | Elizabeth | Sweeney | | | Sibling | MA | United States | Brian | D. | Sweeney | |
| 452 | Luise | Anne | Sweeney | | | Parent | MA | United States | Brian | D. | Sweeney | |
| 453 | Leonard | Hugh | Sweeney | | Sweeney, Anne Elizabeth; Sweeney, | Parent | MA | | Brian | D. | Sweeney | |
| 454 | John | Patrick | Sweeney | | | Sibling | MA | United States | Brian | D. | Sweeney | |
| 455 | Eleanor | | Stice | | | Parent | NH | United States | Madeline | Amy | Sweeney | |
| 456 | William | Addison | Todd | III | | Sibling | NH | United States | Madeline | Amy | Sweeney | |
| 457 | Julia | Deborah | LaFlamme | | | Child | MA | United States | Gina | | Sztejnberg | |
| 458 | Laura | Rachel | Sztejnberg | | | Child | NY | United States | Gina | | Sztejnberg | |
| 459 | George | Elias | Talhami | | | Sibling | IL | United States | Robert | R. | Talhami | |
| 460 | John | Paul | Talty | | | Sibling | NY | United States | Paul | | Talty | |
| 461 | Jennifer | Teague | Ayers | | | Sibling | NC | United States | Sandra | D. | Teague | |

# EXHIBIT A

*Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)
Motion to Add Parties Against the Taliban

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Name of Personal Representative (for new 9/11 Decedent claims and deceased solatium claimants) | Relationship to 9/11 decedent | Domicile State | Country | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 462 | James | Stephen | Teague | | | Parent | NC | United States | Sandra | D. | Teague | |
| 463 | Christopher | Lee | Teague | | | Sibling | NC | United States | Sandra | D. | Teague | |
| 464 | Maureen | | Tipping-Lipshie | | | Sibling | NY | United States | John | J. | Tipping | II |
| 465 | Arlene | A. | Tipping-Cestari | | | Sibling | NY | United States | John | J. | Tipping | II |
| 466 | Sean | Smiley | Tirado | | | Sibling | FL | United States | Hector | Luis | Tirado | Jr. |
| 467 | Shanoa | Dawn | Titus-Poston | | | Sibling | OH | United States | Alicia | Nicole | Titus | |
| 468 | Elijah | Zane | Titus | | | Sibling | MI | United States | Alicia | Nicole | Titus | |
| 469 | Zachery | Ian | Titus | | | Sibling | CA | United States | Alicia | Nicole | Titus | |
| 470 | Heather | Beth | Toyen | | | Sibling | CT | United States | Amy | E. | Toyen | |
| 471 | Dorine | Ellen | Toyen | | | Parent | CT | United States | Amy | E. | Toyen | |
| 472 | Doreen | | Cortez-Trinidad | | | Sibling | TN | United States | Michael | A. | Trinidad | |
| 473 | Gail | Marie | Callahan | | | Parent | MA | United States | Michael | A. | Uliano | |
| 474 | Michele | Teresa | Piper | | | Sibling | MA | United States | Michael | A. | Uliano | |
| 475 | Marianne | | Krueger | | | Sibling | MA | United States | Michael | A. | Uliano | |
| 476 | Martha | Marie | King | | | Sibling | MA | United States | Michael | A. | Uliano | |
| 477 | Melissa | Ann | McGrath | | | Sibling | MA | United States | Michael | A. | Uliano | |
| 478 | Mark | Thomas | Uliano | | | Sibling | QC | Canada | Michael | A. | Uliano | |
| 479 | Matthew | P. | Uliano | | | Sibling | MA | United States | Michael | A. | Uliano | |
| 480 | Nathan | Detroit | Uliano | | | Sibling | MA | United States | Michael | A. | Uliano | |
| 481 | Edward | Joseph | Callahan | II | | Sibling | MA | United States | Michael | A. | Uliano | |
| 482 | Constance | Myer | Taylor | | | Parent | CT | United States | Bradley | Hodges | Vadas | |
| 483 | Melissa | Mary | Prevey | | | Sibling | LA | United States | Bradley | Hodges | Vadas | |
| 484 | Christopher | Scott | Vadas | | | Sibling | CT | United States | Bradley | Hodges | Vadas | |
| 485 | Carmen | | Quintana | | | Half-sibling | PR | United States | Felix | Antonio | Vale | |
| 486 | Rubencio | | Quintana | | | Half-sibling | CA | United States | Felix | Antonio | Vale | |
| 487 | Jose | Ruben | Quintana | | | Half-sibling | FL | United States | Felix | Antonio | Vale | |
| 488 | Carmen | | Quintana | | | Half-sibling | PR | United States | Ivan | | Vale | |
| 489 | Rubencio | | Quintana | | | Half-sibling | CA | United States | Ivan | | Vale | |
| 490 | Jose | Ruben | Quintana | | | Half-sibling | FL | United States | Ivan | | Vale | |
| 491 | Douglas | | Vialonga | | | Sibling | NJ | United States | Christopher | | Vialonga | |
| 492 | Nicolette | Maria | Vigiano | | | Child | NY | United States | John | Thomas | Vigiano | II |
| 493 | Maria | | Vigiano-Trapp | | | Spouse | NY | United States | John | Thomas | Vigiano | II |
| 494 | Ariana | | Vigiano | | | Child | NY | United States | John | Thomas | Vigiano | II |
| 495 | John | Thomas | Vigiano | II | Vigiano-Trapp, Maria | 9/11 Decedent | NY | | John | Thomas | Vigiano | II |
| 496 | Michael | B. | Vitale | | Vitale, Brian Peter (Putative) | Parent | NY | | Joshua | S. | Vitale | |
| 497 | Phillip | Andrew | Wahlstrom | | | Child | NV | United States | Mary | Alice | Wahlstrom | |
| 498 | Norman | Oliver | Wahlstrom | Jr. | | Child | UT | United States | Mary | Alice | Wahlstrom | |
| 499 | Amy | Sarah | Warchola | | | Child | NY | United States | Michael | | Warchola | |

# EXHIBIT A

*Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)
Motion to Add Parties Against the Taliban

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Name of Personal Representative (for new 9/11 Decedent claims and deceased solatium claimants) | Relationship to 9/11 decedent | Domicile State | Country | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500 | Aaron | Scott | Warchola | | | Child | FL | United States | Michael | | Warchola | |
| 501 | Catherine | Mary | Waring | | Feola, Helen Jean | Parent | NY | United States | James | Arthur | Waring | |
| 502 | Helen | Jean | Feola | | | Sibling | NY | United States | James | Arthur | Waring | |
| 503 | Mary | Jane | Edgar | | | Sibling | FL | United States | James | Arthur | Waring | |
| 504 | Anne | Rose | Thompson | | | Child | CO | United States | Steven | George | Weinstein | |
| 505 | Donna | Marie | McEwan | | | Sibling | FL | United States | Eugene | Michael | Whelan | |
| 506 | Barbara | Ann | Arthur | | | Sibling | FL | United States | Eugene | Michael | Whelan | |
| 507 | Robert | Thomas | Whelan | | | Sibling | NY | United States | Eugene | Michael | Whelan | |
| 508 | Thomas | Michael | Whelan | | | Sibling | FL | United States | Eugene | Michael | Whelan | |
| 509 | William | Kenneth | Whelan | | | Sibling | NY | United States | Eugene | Michael | Whelan | |
| 510 | John | Andrew | Whelan | | | Sibling | NY | United States | Eugene | Michael | Whelan | |
| 511 | Christopher | Michael | Whelan | | | Sibling | NY | United States | Eugene | Michael | Whelan | |
| 512 | Alfred | Lawrence | Whelan | Jr. | | Sibling | MA | United States | Eugene | Michael | Whelan | |
| 513 | Debra | Ann | Cameron | | | Sibling | VA | United States | James | Patrick | White | |
| 514 | Rachel | W. | Glavis | | | Sibling | PA | United States | James | Patrick | White | |
| 515 | Gregory | John | White | | | Sibling | MA | United States | James | Patrick | White | |
| 516 | William | Allison | Osterholm | | | Sibling | FL | United States | Kristin | Olga | White-Gould | |
| 517 | Corey | Gregory | Gaudioso | | | Sibling | CT | United States | Candace | Lee | Williams | |
| 518 | Kelly | Ann | Abrams | | | Sibling | NY | United States | Kevin | Michael | Williams | |
| 519 | James | Patrick | Williams | | | Sibling | NY | United States | Kevin | Michael | Williams | |
| 520 | Sigrid | Charlotte | Wiswe | | Turcios, Victor M. | 9/11 Decedent | NY | | Sigrid | Charlotte | Wiswe | |
| 521 | Melissa | Ann | Barrett | | | Sibling | NY | United States | John | Wayne | Wright | Jr. |
| 522 | Jennifer | Lynn | Yamnicky | | | Child | MD | United States | John | David | Yamnicky | Sr. |
| 523 | Mark | S. | Yamnicky | | | Child | CA | United States | John | David | Yamnicky | Sr. |
| 524 | John | David | Yamnicky | Jr. | | Child | VA | United States | John | David | Yamnicky | Sr. |
| 525 | John | David | Yamnicky | Sr. | Yamnicky, Jr., John David | 9/11 Decedent | MD | | John | David | Yamnicky | Sr. |
| 526 | Brian | Eric | Yarnell | | | Sibling | NY | United States | Matthew | David | Yarnell | |
| 527 | Lindsey | Marissa | Hill | | | Sibling | OR | United States | Matthew | David | Yarnell | |
| 528 | Jeffrey | | Pearl | | Nachmany, Gay | Sibling | NY | | Myrna | | Yaskulka | |
| 529 | Joseph | R. | Zarba | | | Sibling | MA | United States | Christopher | Rudolph | Zarba | Jr. |