**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Burnett, et al. v Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-9849 (GBD)(SN)

SO ORDERED:

*George B. Daniels*, U.S.D.J.

Dated: **OCT 3 1 2023**

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. Civ. P. 41(a)(1)(A)(i), the following Plaintiffs hereby voluntarily dismiss

without prejudice their claims against all Defendants in *Burnett, et al. v. Al Baraka Inv. & Dev.*

*Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN):

1. **John Edward Gorman**, Individually, as Sibling of Thomas E. Gorman, Deceased (initially filed: ECF No. 155; 1:02-cv-01616-JR; P2913, May 23, 2003);

2. **Charlene Talarico**, Individually, as Fiance of Paul Laszczynski, Deceased (initially filed: ECF No. 77; 1:02-cv-01616-JR; P2716, February 21, 2003);

3. **Joseph A. Varriano** (DOE53), Individually, as Parent of (DOE 53), Frank A. Varriano, Deceased (initially filed: ECF No. 26, 29; 1:02-cv-01616-JR; 4774, November 22, 2002);

4. **Madeline Varriano** (DOE53), Individually, as Spouse of (DOE53) Frank Angelo Varriano, Deceased (initially filed: ECF No. 3; 1:02-cv-01616-JR; 1805, September 4, 2002);

5. **Mary Varriano** (DOE#53) (AP179), Individually, as Parent of (DOE 53) Frank A. Varriano, Deceased (initially filed: ECF No. 26, 29; 1:02-cv-01616-JR; 4778, November 22, 2002);

6. **Ronald Varriano** (DOE#53) (AP180), Individually, as Sibling of (DOE 53) Frank A. Varriano, Deceased (initially filed: ECF No. 26, 29; 1:02-cv-01616-JR; 4779, November 22, 2002); and

7. **Wilmer Mejia**, Individually, as Step-Child of Manual Asitimbay, Deceased (initially filed: ECF No. 3477; 1:03-md-1570; ¶133, March 23, 2017).

This Notice of Voluntary Dismissal is limited only to dismissing the claims as noted above from this action. All other Plaintiffs maintain and continue to prosecute their claims against the Defendants in the above-captioned case.

Dated: October 5, 2023

Respectfully submitted,

MOTLEY RICE LLC

By:   /s/ John M. Eubanks
Jodi Westbrook Flowers, Esq.
Donald A. Migliori, Esq.
Michael Elsner, Esq. (SDNY Bar #ME8337)
Robert T. Haefele, Esq. (SDNY Bar #RH2811)
John M. Eubanks, Esq.
MOTLEY RICE LLC
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
jflowers@motleyrice.com
dmigliori@motleyrice.com
melsner@motleyrice.com
rhaefele@motleyrice.com
jeubanks@motleyrice.com

*Attorneys for the* Burnett *Plaintiffs*

2