UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| _____ )<br>IN RE: TERRORIST ATTACKS ON                )<br>SEPTEMBER 11, 2001                                    )<br>_____ ) | Civil Action No. 03 MDL 1570 (GBD)(SN)<br>ECF Case |

**This document relates to:**

*Burnett, et al. v. Al Baraka Investment and Development Corp., et al.*,
    Case No. 03-CV-9849 (GBD)(SN)
*Euro Brokers Inc., et al. v. Al Baraka Investment and Development Corp., et al.*,
    Case No. 04-CV-7279 (GBD)(SN)
*Burnett, et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)
*Adams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11493 (GBD)(SN)
*Actisdano, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11504 (GBD)(SN)
*Anderson, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11509 (GBD)(SN)
*Abraham, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11515 (GBD)(SN)
*Abrahams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11519 (GBD)(SN)
*Arias, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11582 (GBD)(SN)
*Agri, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11619 (GBD)(SN)
*Barrera, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11624 (GBD)(SN)
*Ando, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11664 (GBD)(SN)
*Aepelbacher, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12030 (GBD)(SN)
*Adam, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12118 (GBD)(SN)
*Abreu, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12318 (GBD)(SN)
*Parks, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12322 (GBD)(SN)
*Odland, et al. v. Kingdom of Saudi Arabia*, Case No. 19-CV-26 (GBD)(SN)
*Arias, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-41 (GBD)(SN)
*Prior, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-44 (GBD)(SN)

**DECLARATION IN SUPPORT OF NOTICE OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

I, C. Ross Heyl, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. The facts herein are based upon my personal knowledge.

2. I was admitted *pro hac vice* into the MDL proceeding (03 MD 1570) by Order dated March 17, 2021.

      3.      My withdrawal is necessary because I will be departing the law firm of Motley Rice LLC on December 29, 2023.

      4.      My withdrawal will not occasion a request for an extension of any deadlines in the case.

      5.      I am not asserting a retaining or charging lien in connection with my departure. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 28, 2023                Respectfully submitted,

                                              /s/ *Charles Ross Heyl*

                                              C. Ross Heyl
                                              MOTLEY RICE LLC
                                              28 Bridgeside Blvd.
                                              Mount Pleasant, SC 29464
                                              Telephone: (843) 216-9066
                                              Facsimile: (843) 216-9450
                                              Email: rheyl@motleyrice.com