UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks of September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.*, Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065
*Euro Brokers, Inc. et al. v. Al Baraka, et al.*, Case No. 04-cv-07279

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF JUSTIN D. RATTEY PRO HAC VICE

I, Justin D. Rattey, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned litigation and individual cases as counsel Pro Hac Vice for Dubai Islamic Bank.

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me in any court.

4. My current certificates of good standing from Maryland and Washington, D.C. are attached.

I certify and attest, under the penalty of perjury as prescribed in 28 U.S.C. § 1746, that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Date: January 5, 2024

Respectfully submitted,

Justin D. Rattey
JONES DAY
51 Louisiana Ave., NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3722
Facsimile: (202) 626-1700
Email: jrattey@jonesday.com

District of Columbia
Signed and sworn to (or affirmed) before me on
Jan. 5 by Justin Rattey
Date    Name(s) of Individual(s) making statement

Kathy Robinson
Signature of Notarial Officer

Notary
Title of Office
My commission expires: May 14, 2027