**EXHIBIT A**

*Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al.,* Case No. 03-cv-9849 (GBD)(SN)
Motion to Add Parties Against the Taliban

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Name of Personal Representative (for new 9/11 Decedent claims and deceased solatium claimants) | Relationship to 9/11 decedent | Domicile State | Country of citizenship | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Joseph | T. | Afflitto | Jr. | | Sibling | NJ | | Daniel | Thomas | Afflitto | |
| 2 | Joseph | T. | Afflitto | Sr. | | Parent | NJ | | Daniel | Thomas | Afflitto | |
| 3 | James | Lawrence | Hopper | | | Child | NY | United States | James | P. | Hopper | |
| 4 | Marianne | Halderman | Tangel | | Daniel F. Tangel | Sibling | NY | United States | David | | Halderman | |