**EXHIBIT A**

*Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al.,* Case No. 03-cv-9849 (GBD)(SN)
Motion to Add Parties Against the Taliban

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Name of Personal Representative (for new 9/11 Decedent claims and deceased solatium claimants) | Relationship to 9/11 decedent | Domicile State | Country of citizenship | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ryan | Michael | Pescherine | | | Child | NY | USA | Michael | John | Pescherine | |
| 2 | Brian | J. | Murphy | | Judith Bram Murphy | 9/11 Decedent | NY | USA | Brian | J. | Murphy | |
| 3 | Judith | Bram | Murphy | | | Spouse | NY | USA | Brian | J. | Murphy | |
| 4 | Ann | M. | Murphy | | | Sibling | MA | USA | Brian | J. | Murphy | |
| 5 | Cynthia | L. | Murphy | | | Sibling | MA | USA | Brian | J. | Murphy | |
| 6 | Harold | A. | Murphy | | | Sibling | MA | USA | Brian | J. | Murphy | |
| 7 | Richard | A. | Aronow | | Laura Weinberg | 9/11 Decedent | NJ | USA | Richard | A. | Aronow | |
| 8 | Laura | | Weinberg | | | Spouse | NJ | USA | Richard | A. | Aronow | |
| 9 | William | J. | Aronow | | Laura Weinberg (Legal Guardian) | Child | NJ | USA | Richard | A. | Aronow | |
| 10 | Grace | S. | Aronow | | Vera Aronow | Parent | NY | USA | Richard | A. | Aronow | |
| 11 | Martin | L. | Aronow | | Vera Aronow | Parent | NY | USA | Richard | A. | Aronow | |
| 12 | Gil | | Aronow | | | Sibling | NY | USA | Richard | A. | Aronow | |
| 13 | Vera | K. | Aronow | | | Sibling | NY | USA | Richard | A. | Aronow | |