# DEFAULT JUGDMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

    Motion: ECF No. __9544__

    Memorandum of law: ECF No. __9545__

    Declaration & supporting exhibits: ECF No. __9546__

**PLAINTIFFS**
Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
| B-1 | PRs of US-national decedents w/ prior judgments | ATA, 18 U.S.C. Sec. 2333 |
| B-2 | PRs of US-national decedents w/o prior judgments | ATA, 18 U.S.C. Sec. 2333 |
| | | |
| | | |
| | | |
| | | |

**DEFENDANTS**
Please list all defendants the plaintiffs are moving against:

    The Taliban

**COMPLIANCE**

    As stated in ECF No. __9546__ at ¶ __13__, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

    As stated in ECF No. __9546__ at ¶ __14__, these plaintiffs have not previously received judgments against these defendants.

    Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on _01_ / _18_ / _2024_.

**SUBJECT MATTER JURISDICTION**

    ☐ The Court previously addressed subject matter jurisdiction over these claims in ECF No. _____

    ☒ The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**

    ☐ The Court previously addressed personal jurisdiction over these defendants in ECF No. _____

    ☒ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**

    ☐ This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☐ resolution of a new issue: _____

    ☒ This motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions  *list entries relevant to moving plaintiffs* | Alternative Service Order  *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment  *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| 03-CV-9849 (GBD)(SN) (previously 02-cv-01616-JR (D.D.C.)) | In 02-cv-01616-JR: 1, 3, 26, 29, 77, 155, 232, 305, 313, 432  In 03-md-01570: hand-filed (3/10/2004), | 445 | 709 | 1756 | 1756 |
| | 432, 602, 4318, 4327, 5296, 6903, 6904, 6955, 7131, 7267, 7980, 8433, 8434, 8487, 8696, 9532, 9533 (pending motion) | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |