# DEFAULT JUGDMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

Motion: ECF No. __9553__

Memorandum of law: ECF No. __9554__

Declaration & supporting exhibits: ECF No. __9555__

**PLAINTIFFS**
Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
| B | ATA Personal Injury Claims w/ prior judgments | ATA, 18 U.S.C. Sec. 2333 |
| C | ATA Personal Injury Claims w/o prior judgments | ATA, 18 U.S.C. Sec. 2333 |
| | | |
| | | |
| | | |
| | | |

**DEFENDANTS**
Please list all defendants the plaintiffs are moving against:

The Taliban

**COMPLIANCE**

As stated in ECF No. __9555__ at ¶ __13__, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

As stated in ECF No. __9555__ at ¶ __14__, these plaintiffs have not previously received judgments against these defendants.

Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on __01__ / __19__ / __2024__.

**SUBJECT MATTER JURISDICTION**
☐ The Court previously addressed subject matter jurisdiction over these claims in ECF No. _____.
☒ The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**
☐ The Court previously addressed personal jurisdiction over these defendants in ECF No. _____.
☒ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**
☐ This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☐ resolution of a new issue: _____
☒ This motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**
For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions  *list entries relevant to moving plaintiffs* | Alternative Service Order  *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment  *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| 03-CV-9849 (GBD)(SN) (previously 02-cv-01616-JR (D.D.C.)) | In 02-cv-01616-JR: 1, 3, 26, 29, 77, 155, 232, 305, 313, 432 In 03-md-01570: hand-filed (3/10/2004), | 445 | 709 | 1756 | 1756 |
| | 432, 602, 4318, 4327, 5296, 6903, 6904, 6955, 7131, 7267, 7980, 8433, 8434, 8487, 8696, 9532, 9533 (pending motion) | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |