USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/2024

**UNITED STATES DISTRICT C(**
**SOUTHERN DISTRICT OF NEW**

-------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civ

-------------------------------------------------------x

This document relates to:

*Burnett, et al. v. Al Baraka, et al.,* Case No. 03-cv-9849 (GBD)(SN)

## SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties as identified on Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representative of family members of individuals killed as a result of the terrorist attacks on September 11, 2001, who have passed away since their claims were initially filed in this litigation.

Exhibit A identifies the individuals to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency at the time the complaint was filed, the existing pleading that refers to the plaintiff, and the decedent for whom the substituted plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as a Plaintiff into the Court's ECF system by Plaintiffs' counsel to ease the burden on the Clerk of the Court's Office due to the size of this MDL.

Dated: March 4, 2024

Respectfully submitted,

/s/ John M. Eubanks
Jodi Westbrook Flowers, Esq.
Donald A. Migliori, Esq.
Michael Elsner, Esq. (SDNY Bar #ME8337)

Robert T. Haefele, Esq. (SDNY Bar #RH2811)
Elizabeth Smith, Esq.
John M. Eubanks, Esq.
MOTLEY RICE LLC
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
jflowers@motleyrice.com
dmigliori@motleyrice.com
melsner@motleyrice.com
rhaefele@motleyrice.com
esmith@motleyrice.com
jeubanks@motleyrice.com

*COUNSEL FOR PLAINTIFFS*

The Burnett Plaintiffs' request is GRANTED. As set out in Exhibit A, attached, Barbara A. Geidel will be substituted as personal representative for Ralph William Geidel Sr.; Patricia McKenna as personal representative for Agnes Jane McKenna; Severino Rogan Tamayo Jr. as personal representative for Severino Yabut Tamayo Sr.; and Jason Reed Tieste as personal representative for Ronald Bruce Tieste in No. 03-cv-09849. Counsel shall update the ECF system accordingly; future requests should be filed as motions in ECF and may be filed in multiple member cases.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 7, 2024
        New York, New York

2

**EXHIBIT A**

| Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent) | State of Residence at Filing | Reference to Plaintiff in pleadings | 9/11 Decedent's Name | Paragraph of Complaint Discussing Decedent |
|---|---|---|---|---|
| Barbara A. Geidel as Representative of the Estate of Ralph William Geidel, Sr., Deceased | CA | 1:02-cv-1616 (JR) (D.D.C.), Dkt. 3 at 1157 | Gary Paul Geidel | 1:02-cv-1616 (JR) (D.D.C.), Dkt. 26, 29 at 1981 |
| Patricia McKenna as Representative of the Estate of Agnes Jane McKenna, Deceased | NY | 1:02-cv-1616 (JR) (D.D.C.), Dkt. 26, 29 at 3860 | Stephanie Marie McKenna | 1:02-cv-1616 (JR) (D.D.C.), Dkt. 26, 29 at 2174; MDL ECF No. 8393-1 at 76, 8487 |
| Severino Rogan Tamayo, Jr., as Representative of the Estate of Severino Yabut Tamayo, Sr., Deceased | NY | 1:02-cv-1616 (JR) (D.D.C.), Dkt. 232 at P3974 | Hector R. Tamayo | 1:02-cv-1616 (JR) (D.D.C.), Dkt. 77 at P2717; MDL ECF No. 8393-1 at 28, 8487 |
| Jason Reed Tieste as Representative of the Estate of Ronald Bruce Tieste, Deceased | DE | 1:02-cv-1616 (JR) (D.D.C.), Dkt. 305 at P4552 | William R. Tieste | 1:02-cv-1616 (JR) (D.D.C.), Dkt. 26, 29 at 4548 |