**EXHIBIT A**
*Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al.,* Case No. 03-cv-9849 (GBD)(SN)
Motion to Add Parties Against the Taliban

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Relationship to 9/11 decedent | Domicile State | Country of citizenship | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Mark | James | Gardner | | Sibling | FL | USA | Harvey | Joseph | Gardner | III |
| 2 | Ian | L. | Pescaia | | Domestic Partner | UT | USA | Christine | Ann | Snyder | |
| 3 | Shane | K. | Connors | | Child | CA | USA | Kevin | P. | Connors | |