UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        )
                                                        )  No. 03 MDL 1570 (GBD/SN)
                                                        )
*In re Terrorist Attacks on September 11, 2001*         )  ECF Case
                                                        )
                                                        )  **AUDREY A. BECK'S APPLICATION**
                                                        )  **FOR LEAVE TO WITHDRAW AS**
                                                        )  **ATTORNEY OF RECORD**
                                                        )
                                                        )
                                                        )
------------------------------------------------------- x

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279

Consistent with Local Rule 1.4, and upon the accompanying declaration, Audrey A. Beck hereby moves this Court for an Order granting this motion to withdraw as counsel for Defendant Dubai Islamic Bank in the above-captioned actions. In connection with Ms. Beck's withdrawal, the Clerk is requested to remove Ms. Beck's name from the CM/ECF service list.

As set forth in the attached declaration, Ms. Beck's withdrawal is necessary because, effective April 13, 2024, she will no longer be associated with the law firm of Jones Day. All other counsel of record representing Dubai Islamic Bank remain in this case, including other Jones Day attorneys. Ms. Beck's withdrawal will not occasion a request for an extension of any deadlines in the case, nor is she asserting a retaining or charging lien in connection with her departure.

April 11, 2024

                                        */s/ Audrey A. Beck*
                                        Audrey A. Beck (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
(202) 879-3939
abeck@jonesday.com

*Counsel for Defendant Dubai Islamic Bank*