UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*In re Terrorist Attacks on September 11, 2001*

No. 03 MDL 1570 (GBD/SN)

ECF Case

**DECLARATION IN SUPPORT OF AUDREY A. BECK'S APPLICATION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD**

---

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279

### DECLARATION OF AUDREY A. BECK

I, Audrey A. Beck, state as follows:

(1) The facts herein are based upon my personal knowledge.

(2) Withdrawal as attorney of record in the above-captioned actions is necessary because I will no longer be associated with the law firm of Jones Day effective April 13, 2024.

(3) My withdrawal will not occasion a request for an extension of any deadlines in this case.

(4) I am not asserting a retaining or charging lien in connection with my departure.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| April 11, 2024 | <u>*/s/ Audrey A. Beck*</u><br>Audrey A. Beck (admitted *pro hac vice*)<br>JONES DAY<br>51 Louisiana Ave., N.W.<br>Washington, D.C.  20001<br>(202) 879-3939<br>abeck@jonesday.com<br><br>*Counsel for Defendant Dubai Islamic Bank* |

- 2 -