UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp.*, et al., No. 03-cv-9849 (GBD)(SN)

## NOTICE OF MOTION TO CORRECT

PLEASE TAKE NOTICE that Plaintiffs in the above-captioned matter who are represented by Motley Rice LLC, by undersigned counsel and in accordance with Fed. R. Civ. P. 60(a) and the inherent powers of this Court, respectfully request that this Court grant Plaintiffs' Motion to Correct Exhibit B-2 (ECF No. 9546-3 (ECF No. 1120-3 in 03-cv-9849)) to the January 18, 2024 Declaration of John M. Eubanks; Exhibit B-1 (at ECF No. 9550-2 (ECF No. 1124-2 in 03-cv-9849)) to the January 19, 2024 Declaration of John M. Eubanks; Exhibit B-2 (at ECF No. 9550-3 (ECF No. 1124-3 in 03-cv-9849)) to the January 19, 2024 Declaration of John M. Eubanks; and Exhibit C (ECF No. 9550-4 (ECF No. 1124-4 in 03-cv-9849)) to the January 19, 2024 Declaration of John M. Eubanks in addition to Exhibit B-2 to the Proposed Final Judgment filed January 18, 2024 (ECF No. 9547-3 (ECF No. 1121-3 in 03-cv-9849)); Exhibit B-1 to the Proposed Final Judgment filed January 19, 2024 (ECF No. 9551-2 (ECF No. 1125-2 in 03-cv-9849)); and Exhibit B-2 to the Proposed Final Judgment filed January 19, 2024 (ECF No. 9551-3 (ECF No. 1125-3 in 03-cv-9849)), to correct certain clerical errors. The adverse party to the pending motion, the Taliban, has not appeared in this proceeding, and the Clerk issued Certificates of Default on April 7, 2006. In support of this motion, Plaintiffs submit the Declaration of John M. Eubanks, with corrected exhibits, and Proposed Order.

Dated: April 23, 2024                                   Respectfully submitted,

        MOTLEY RICE LLC

        */S/ John M. Eubanks*
        John M. Eubanks, Esq.
        Donald A. Migliori, Esq.
        Jodi Westbrook Flowers, Esq.
        Robert T. Haefele, Esq.
        Jade Haileselassie, Esq.
        28 Bridgeside Boulevard
        Mount Pleasant, SC 29464
        Tel: (843) 216-9000
        Fax: (843) 216-9450
        Email: jeubanks@motleyrice.com