UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |

**This Document relates to:**
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp.*, et al., No. 03-cv-9849 (GBD)(SN)

**[PROPOSED] ORDER**

The Plaintiffs' motion to correct exhibits is granted. Their proposed default judgments and supporting declaration exhibits for the motions for default judgment at ECF Nos. 9544 and 9548 are substituted as provided in Table 1.

| Table 1: Substitutions | |
|---|---|
| **Original Document (ECF No. of MDL/Burnett)** | **Substitute Document** |
| 9546-3/1120-3 | [Exhibit 1 ECF No. 9716] |
| 9547-3/1121-3 | [Exhibit 1 ECF No. 9716] |
| 9550-2/1124-2 | [Exhibit 2 ECF No. 9716] |
| 9551-2/1125-2 | [Exhibit 2 ECF No. 9716] |
| 9550-3/1124-3 | [Exhibit 3 ECF No. 9716] |
| 9551-3/1125-3 | [Exhibit 3 ECF No. 9716] |
| 9550-4/1124-4 | [Exhibit 4 ECF No. 9716] |

The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 9715, and the related motion in Burnett, No. 03-cv-9849, ECF No. 1155.

**SO ORDERED.**

Dated: April ___, 2024              _____
       New York, New York           SARAH NETBURN
                                    United States Magistrate Judge