UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2024

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD)(SN)
ECF Case

This document relates to:
*Burnett, et al. v. Al Baraka Investment & Development Corp.*, 1:03-cv-09849 (GBD)(SN)
*Burnett, et al. v. Islamic Republic of Iran*, 1:15-cv-09903 (GBD)(SN)

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, Plaintiff Kai Thompson Hernandez substitutes Jerry S. Goldman, State Bar No. 1302454, as counsel of record in place of The Law Office of John F. Schutty, P.C. and Motley Rice LLC. Contact information for new counsel is as follows:

Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000
Facsimile: 212-278-1733
Email: jgoldman@andersonkill.com

I consent to the above substitution.

Date: ~~March 7, 2024~~ KTH
February 7, 2024    Feb 7, 2024

I consent to be substituted.

Date: 3/14/24

Signature of Plaintiff Kai Thompson Hernandez
February 7, 2024

John F. Schutty
Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Floor
New York, NY 10022
john@johnschutty.com

docs-100668155.1

I consent to be substituted.

Dated: 6/13/2024

John Eubanks
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
jeubanks@motleyrice.com

_____
Signature of New Attorney

I consent to the above substitution.

Date: 6/13/20__

The substitution of attorney is hereby approved and so ORDERED.

Date: _____        _____
                                                    Judge

> The proposed substitution of counsel is granted.
> **SO ORDERED.**
>
> _____
> SARAH NETBURN
> United States Magistrate Judge
>
> Dated: June 20, 2024
>         New York, New York

2

docs-100668155.1