UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON         Civil Action No.
SEPTEMBER 11, 2001        03 MDL 1570

-----------------------------------------------------------x

This document relates to:

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN) (S.D.N.Y.)

## MOTION TO SUBSTITUTE PARTIES
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties as identified on Exhibit A in the above-referenced action. The individuals being substituted into the case were minors at the time that the case was initially instituted; were identified as such in the initial pleading; and have since attained the age of majority. They have executed contracts with counsel in their individual capacities and now seek inclusion in the caption of the case in their individual capacities.

Exhibit A identifies each of the former minor plaintiffs to be substituted in the pleading including the capacity in which they seek to be substituted; identifies location in the existing pleading and the existing test that refers to each plaintiff; and identifies the decedent who was the parent of each plaintiff.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted party would be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated: August 29, 2024        Respectfully submitted,

MOTLEY RICE LLC

*/s/* John C. Duane
John C. Duane, Esq.
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
jduane@motleyrice.com
Counsel for Plaintiffs

| | **EXHIBIT A** | | | | |
|---|---|---|---|---|---|
| **Number** | **Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent)** | **Reference to Plaintiff in Current Caption** | **Paragraph of Complaint Discussing Decedent** | **9/11 Decedent Name** | **Nature of Claim** |
| 1 | Camila Grehan, Individually as Child of Pedro Grehan, Deceased | Victoria Blaksley, on behalf of C.G., Child of Pedro Grehan, Deceased | 1:02-cv-01616, 26, 29, at 3314, 8393-1, at 65, 8487 | Pedro Grehan | WD |
| 2 | Patricio B. Grehan, Individually as Child of Pedro Grehan, Deceased | Victoria Blaksley, on behalf of P.G., Child of Pedro Grehan, Deceased | 1:02-cv-01616, 26, 29, at 3314, 8393-1, at 65, 8487 | Pedro Grehan | WD |
| 3 | Sofia Grehan, Individually as Child of Pedro Grehan, Deceased | Victoria Blaksley, on behalf of S.G., Child of Pedro Grehan, Deceased | 1:02-cv-01616, 26, 29, at 3314, 8393-1, at 65, 8487 | Pedro Grehan | WD |
| 4 | Terence T. Connors, Individually as Child of Kevin P. Connors, Deceased | Sylvia L. Connors, on behalf of T.C., Child of Kevin P. Connors, Deceased | 1:02-cv-01616, 3, at 1006, 8466-1, at 2, 8487 | Kevin P. Connors | WD |
| 5 | Christopher Higgins, Individually as Child of Timothy Higgins, Deceased | Caren Higgins on behalf of C.H., Child of Timothy Higgins, Deceased | 1:02-cv-01616, 313, at P4658, 8393-1, at 82, 8487 | Timothy Higgins | WD |
| 6 | Victoria Marie Carstensen, Individually as Child of Jeffrey Giordano, Deceased | Marie Scotto Giordano, on behalf of V.M.G., Child of Jeffrey Giordano, Deceased | 1:02-cv-01616, 26, 29, at 4818, 8393-1, at 33, 8487 | Jeffrey Giordano | WD |
| 7 | Lauren Vargha Colasanti, Individually as Child of Christopher Michael Colasanti, Deceased | Kelly Ann Colasanti on behalf of L.V.C., Child of Christopher Colasanti, Deceased | 1:02-cv-01616, 232, at P4050, 8466-1, at 2, 8487 | Christopher Michael Colasanti | WD |
| 8 | Cara Elizabeth Colasanti, Individually as Child of Christopher Michael Colasanti, Deceased | Kelly Ann Colasanti on behalf of C.E.C., Child of Christopher Colasanti, Deceased | 1:02-cv-01616, 232, at P4050, 8466-1, at 2, 8487 | Christopher Michael Colasanti | WD |
| 9 | James Henry Connor, II, Individually as Child of James L. Connor, Deceased | Jaymel E. Connor on behalf of J.H.C., Child of James L. Connor, Deceased | 1:02-cv-01616, 26, 29, at 1893, 8466-1, at 1, 8487 | James L. Connor | WD |
| 10 | John P. Connor, Individually as Child of James L. Connor, Deceased | Jaymel E. Connor on behalf of J.C.P., Child of James L. Connor, Deceased | 1:02-cv-01616, 26, 29, at 1893, 8466-1, at 1, 8487 | James L. Connor | WD |
| 11 | Terence Thaddeus Connors, Individually as Child of Kevin P. Connors, Deceased | Sylvia L. Connors on behalf of T.C., Child of Kevin P. Connors, Deceased | 1:02-cv-01616, 3, at 1006, 8466-1, at 2, 8487 | Kevin P. Connors | WD |
| 12 | Robert E. Dolan, III, Individually as Child of Robert E. Dolan, Jr., Deceased | Lisa T. Dolan on behalf of R.D., Child of Robert E. Dolan, Deceased | 1:02-cv-01616, 432, at P4831, 8393-1, at 69, 8487 | Robert E. Dolan, Jr. | WD |

| | | | | | |
|---|---|---|---|---|---|
| 13 | Rebecca Leigh Dolan, Individually as Child of Robert E. Dolan, Jr., Deceased | Lisa T. Dolan on behalf of R.L.D., Child of Robert E. Dolan, Deceased | 1:02-cv-01616, 432, at P4831, 8393-1, at 69, 8487 | Robert E. Dolan, Jr. | WD |
| 14 | Michael James Gardner, Individually as Child of Douglas B. Gardner, Deceased | Jennifer Radding Gardner on behalf of M.J.G., Child of Douglas B. Gardner, Deceased | 1:02-cv-01616, 432, at P4844, 8393-1, at 21, 8487 | Douglas B. Gardner | WD |
| 15 | Alexandra Camille Giordano, Individually as Child of Jeffrey Giordano, Deceased | Marie Scotto Giordano, on behalf of A.C.G., Child of Jeffrey Giordano, Deceased | 1:02-cv-01616, 26, 29, at 4818, 8393-1, at 33, 8487 | Jeffrey Giordano | WD |
| 16 | Nicholas Jesse Giordano, Individually as Child of Jeffrey Giordano, Deceased | Marie Scotto Giordano, on behalf of N.J.G., Child of Jeffrey Giordano, Deceased | 1:02-cv-01616, 26, 29, at 4818, 8393-1, at 33, 8487 | Jeffrey Giordano | WD |
| 17 | Antonio Jose Guadalupe, Individually as Child of Jose Antonio Guadalupe, Deceased | Elise S. Guadalupe on behalf of A.J.G., Child of Jose Antonio Guadalupe, Deceased | 1:02-cv-01616, 305, at P4303, 8393-1, at 40, 8487 | Jose Antonio Guadalupe | WD |
| 18 | Stephanie Marie Hernandez, Individually as Child of Claribel Hernandez, Deceased | Eslyn Hernandez, Sr., on behalf of S.M.H., Child of Claribel Hernandez, Deceased | 1:02-cv-01616, 3, at 1232, 8393-1, at 61, 8487 | Claribel Hernandez | WD |
| 19 | Matthew Anthony Jovic, Individually as Child of Anthony Jovic, Deceased | Sentija Jovic on behalf of M.A.J., Child of Anthony Jovic, Deceased | 1:03-cv-9849, HAND FILED, at P5107, 8393-1, at 4, 8487 | Anthony Jovic | WD |
| 20 | Peter Thomas Jovic, Individually as Child of Anthony Jovic, Deceased | Sentija Jovic on behalf of P.T.J., Child of Anthony Jovic, Deceased | 1:03-cv-9849, HAND FILED, at P5107, 8393-1, at 4, 8487 | Anthony Jovic | WD |
| 21 | Kristen M. Keene, on behalf of Mazalee Morgan Keene, Individually as Child of Leo Russell Keene, III, Deceased | Kristen M. Keene on behalf of M.M.K., Child of Leo Russel Keene, III, Deceased | 1:02-cv-01616, 155, at P2965, 8393-1, at 49, 8487 | Leo Russell Keene, III | WD |
| 22 | Carolyn Alysa Koestner, Individually as Child of Frank J. Koestner, Deceased | Irene Smolicz on behalf of C.K., Child of Frank J. Koestner, Deceased | 1:02-cv-01616, 232, at P3755, 8393-1, at 25, 8487 | Frank J. Koestner | WD |
| 23 | Patrick Mate Lyons, Individually as Child of Patrick John Lyons, Deceased | Irene Sofia Lyons-Loeffler, on behalf of P.M.L., Child of Patrick John Lyons, Deceased | 1:02-cv-01616, 26, 29, at 3682, 8393-1, at 62, 8487 | Patrick John Lyons | WD |
| 24 | Megan K. Maloney, Individually as Child of Joseph Edward Maloney, Deceased | Kathleen Maloney on behalf of M.K.M., Child of Joseph Maloney, Deceased | 1:02-cv-01616, 432, at P4888, 8393-1, at 42, 8487 | Joseph Edward Maloney | WD |
| 25 | Joseph Eric Maloney, Individually as Child of Joseph Edward Maloney, Deceased | Kathleen Maloney on behalf of J.E.M., Child of Joseph Maloney, Deceased | 1:02-cv-01616, 432, at P4888, 8393-1, at 42, 8487 | Joseph Edward Maloney | WD |

| | | | | | |
|---|---|---|---|---|---|
| 26 | Sara Ryan McWilliams, Individually as Child of Martin Edward McWilliams, Deceased | Lisa Corrine Goldberg-McWilliams, individually as the Domestic Partner and as the Personal Representative of the Estate of Martin Edward McWilliams, Deceased and on behalf of minor child S.R.M. and on behalf of all survivors of Martin Edward McWilliams | 1:02-cv-01616, 26, 29, at 4786, 5284-1, at 8, 5296 | Martin Edward McWilliams | WD |
| 27 | Antonio Isaias Rivera, Individually as Child of Isaias Rivera, Deceased | Nilsa Milagros Rivera, on behalf of A.I.R., Child of Isaias Rivera, Deceased | 1:02-cv-01616, 1, at 515, 8393-1, at 29, 8487 | Isaias Rivera | WD |
| 28 | Alexander Jordan Selwyn Rosenblum, Individually as Child of Howard Selwyn, Deceased | Frances Ruth Selwyn, on behalf of A.J.S.R., Child of Howard Selwyn, Deceased | 1:02-cv-01616, 1, at 563, 8393-1, at 29, 8487 | Howard Selwyn | WD |
| 29 | Nicole Jean Sabella, Individually as Child of Thomas E. Sabella, Deceased | Diana Sabella, on behalf of N.S., Child of Thomas E. Sabella, Deceased | 1:02-cv-01616, 26, 29, at 4338, 8393-1, at 80, 8487 | Thomas E. Sabella | WD |
| 30 | James Edward Sabella, Individually as Child of Thomas E. Sabella, Deceased | Diana Sabella, on behalf of J.S., Child of Thomas E. Sabella, Deceased | 1:02-cv-01616, 26, 29, at 4338, 8393-1, at 80, 8487 | Thomas E. Sabella | WD |
| 31 | Kelsie Marie Scofield, Individually as Child of Glenn E. Wilkinson, Deceased | Margaret E. Wilkinson on behalf of K.M.W., Child of Glenn E. Wilkinson, Deceased | 1:02-cv-01616, 26, 29, at 4724, 8466-1, at 1, 8487 | Glenn E. Wilkinson | WD |