# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)(FM) |

This document relates to:

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.,* Case No. 03-cv-9849 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties to name individuals as Plaintiffs in their given names who were previously identified as minors by their initials only in their prior pleadings, it is hereby:

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10273 in 03-MDL-1570 (GBD)(SN) and ECF No. 1178 in 03-cv-9849 (GBD)(SN).

**SO ORDERED.**

Dated:   August ___, 2024  
         New York, New York

_____  
SARAH NETBURN  
United States Magistrate Judge