03-md-1570; 02-cv-6977; 03-cv-6978; 03-cv-9849;
04-cv-1922; 04-cv-5970; 18-cv-12114; 20-cv-07733;
20-cv-10615; 20-cv-10657; 20-cv-10720

## *In re Terrorist Attacks on September 11, 2001,* No. 23-1319(L)
## Errata Found in Slip Opinion

| Page | Delete | Insert |
|------|--------|--------|
| 1    |        | After "23-7261" insert ", 23-7243." |

Distribution:

_____Panel Members

_____West Publishing

\_\_X\_\_Clerk of Court

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 24 2024

**SO ORDERED:**

[signature]