| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identificiation of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name or 9/11 Injured Party |
| 1 | Kelton M. Burgess, as Representative of the Estate of Wendy D. Burlingame, Deceased Child of Charles F. Burlingame, III, Deceased | Wendy Burlingame | 1:02-cv-01616, 305, at P4154 | Charles F. Burlingame, III |
| 2 | Carol A. Ogonowski, as Representative of the Estate of Theresa D. Ogonowski, Deceased Parent of John A. Ogonowski, Deceased | Theresa Ogonowski | 1:02-cv-01616, 432, at P4909 | John A. Ogonowski |
| 3 | Rosaria Martingano, and Antonio Agnello as Co-Personal Representatives of the Estate of Salvatore Agnello, Deceased Parent of Joseph Agnello, Deceased | Salvatore Agnello (P1319), in his own right as the Father of Joseph Agnello, Deceased | 1:02-cv-01616,26, 29, at 2543 | Joseph Agnello |
| 4 | Kevin M. Moran as the Personal Representative of the Estate of Betty E. Moran, Deceased Parent Parent of John Christopher Moran, Deceased | Betty E. Moran (P3852) | 1:02-cv-01616, 232, at P3852 | John Christopher Moran |
| 5 | Nicholas Paul Chiofalo, Jr. as Personal Representative of the Estate of Nicholas Paul Chiofalo, Deceased | Joan Nardello Chiofalo as the Representative of the Estate of Nicholas Paul Chiofalo, Deceased | 1:02-cv-01616, 155, at P2847, 8393-1, at 61, 8487 | Nicholas Paul Chiofalo |
| 6 | Eslyn J. Hernandez, Jr. as Personal Representative of the Estate of Alejandrina Feliciano Hernandez, Deceased Parent of Norberto Hernandez, Deceased | Alejandrina Feliciano (P1802), in her own right as the Mother of Norberto Hernandez, Deceased | 1:02-cv-01616, 26, 29 at 3438 | Norberto Hernandez |
| 7 | Arvette Denise Harris as Personal Representative of the Estate of Robert E. Harris, Jr., Deceased Parent of Aisha Ann Harris, Deceased | Robert Harris, Jr. (P4862) | 1:02-cv-01616, 432, at P4862 | Aisha Ann Harris |
| 8 | Mindy Eisenberg Stark as Representative of the Estate of Eugenia Sayre Singer, Deceased | Jane Doe #77 (AP167), in her own right as an Injured Party | 1:02-cv-01616, 26, 29 at 2510 | Eugenia Sayre Singer (9/11 Injured Party) |
| 9 | Katherine Carrozza as Representative of the Estate of Mary Ellen Barbieri, Deceased | Mary Barbieri, in her own right as an Injured Party | 1:02-cv-01616, 1, at 50 | Mary Ellen Barbieri (9/11 Injured Party) |
| 10 | Thomas Nicholas Barbaro and Jacqueline A. Venezia as Co-Representativse of the Estate of Carol Barbaro, Deceased Parent of Paul Vincent Barbaro, Deceased | Thomas Nicholas Barbaro, as Personal Representative of the Estate of Carol Barbaro, Deceased | 1:02-cv-01616,3, at 896, 8397-1, at 2, 8433 | Paul Vincent Barbaro |
| 11 | Nicholas J. Chiarchiaro as Personal Representative of the Estate of Dorothy J. Chiarchiaro, Deceased | Nicholas M. Chiarchiaro, Sr., in this own right and as Representative of the Estate of Dorothy J. Chiarchiaro, Deceased | 1:02-cv-01616, 1, at 125 | Dorothy J. Chiarchiaro |

| # | | | | |
|---|---|---|---|---|
| 12 | Adele Milanowycz as Personal Representative of the Estate of Gregory Milanowycz, Deceased | Joseph M. Milanowycz (P2046), in his own right and as the Representative of the Estate of Gregory Milanowycz, Deceased | 1:02-cv-01616, 26, 29 at 3899 | Gregory Milanowycz |
| 13 | Adele Milanowycz as Personal Representative of the Estate of Joseph Michael Milanowycz, Deceased Parent of Gregory Milanowycz, Deceased | Joseph M. Milanowycz (P2046), in his own right and as the Representative of the Estate of Gregory Milanowycz, Deceased | 1:02-cv-01616, 26, 29 at 3899 | Gregory Milanowycz |