UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON			Civil Action No.
SEPTEMBER 11, 2001				03 MDL 1570

----------------------------------------------------------x

This document relates to:
    *Burnett, et al. vs. Al Baraka Investment & Development Corp.*, Case No. 03-CV-9849

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individual included on Exhibit A is to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10419 in 03-MDL-1570 (GBD)(SN) and ECF No. 1186 in 03-cv-9849 (GBD)(SN).

**SO ORDERED.**

_____

October ___, 2024				SARAH NETBURN
New York, New York				United States Magistrate Judge