IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:*<br><br>*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-9849 | |

**SUDAN'S NOTICE OF ITS MOTION
TO SET ASIDE CERTIFICATE OF DEFAULT**

PLEASE TAKE NOTICE that, pursuant to Rule 55(c) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, the Republic of the Sudan ("Sudan"), by and through undersigned counsel, hereby appears for the purpose of moving the Court, before the Honorable George B. Daniels, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an order setting aside the Certificate of Default (ECF No. 10506) entered in *Burnett v. Al Baraka Inv. & Dev. Corp.*, No. 03-cv-9849. A memorandum of law in support of this Motion is filed herewith.

Dated: November 6, 2024
Washington, DC

Respectfully submitted,

**WHITE & CASE**

 /s/ *Christopher M. Curran*
Christopher M. Curran
Nicole Erb
Claire A. DeLelle
Nicolle Kownacki (*pro hac vice*)
Celia A. McLaughlin
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005

–2–

       Telephone: + 1 202 626 3600
       Facsimile: + 1 202 639 9355
       ccurran@whitecase.com
       nerb@whitecase.com
       cdelelle@whitecase.com
       nkownacki@whitecase.com
       cmclaughlin@whitecase.com

       *Counsel for the Republic of the Sudan*