| # | Identificiation of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name or 9/11 Injured Party |
|---|---|---|---|---|
| | EXHIBIT B | | | |
| 1 | Virginia LaTouche, individually as Spouse and as Personal Representative of the Estate of Jeffrey LaTouche, Deceased | Virginia LaTouche, in her own right as the Wife of Jeffrey LaTouche, Deceased | 1:02-cv-01616, 26, at 2124 | Jeffrey LaTouche |
| 2 | Tina Roberson Yarrow, individually as Spouse and as Personal Representative of the Estate of Stephen V. Long, Deceased | Spouse Doe #66, in her own right as the Wife of Decedent Doe #66, Deceased | 1:02-cv-01616, 26, at 2462 | Stephen V. Long |
| 3 | Bernadette Marie McHugh, individually as Sibling and as Personal Representative of Denise J. McHugh, III, Deceased | Sister Doe #31, in her own right as Representative of the Estate of Decedent Doe #31, Deceased | 1:02-cv-01616, 26, at 811 | Denise J. McHugh, III |
| 4 | Grissel Rodriguez Valentin, individually as Spouse and as Personal Representative of the Estate of Benito Valentin, Deceased | Grissel Rodriguez Valentin, in her own right and on behalf of the Minor Children of Benito Valentin, Deceased | 1:02-cv-01616, 26, at 4606 | Benito Valentin |
| 5 | Janice Ann Waters, individually as Spouse and as Personal Representative of the Estate of Patrick J. Waters, Deceased | Janice Waters, in her own right and on behalf of the Minor Children of Patrick J. Waters, Deceased | 1:02-cv-01616, 26, at 4672 | Patrick J. Waters |
| 6 | Julia Boryczewski, individually as Sibling and as Co-Representative of the Estate of Martin Boryczewski, Deceased | Julia Boryczewski, in her own right as the Sister of Martin Boryczewski, Deceased | 1:02-cv-01616, 26, at 84 | Martin Boryczewski |
| 7 | Michele Boryczewski, individually as Sibling and as Co-Representative of the Estate of Martin Boryczewski, Deceased | Michele Boryczewski, in her own right as the Sister of Martin Boryczewski, Deceased | 1:02-cv-01616, 26, at 82 | Martin Boryczewski |
| 8 | Michelle Dorf, individually as Sibling and as Personal Representative of the Estate of Stephen Scott Dorf, Deceased | Michelle Dorf, in her own right as the Sister of Stephen Scott Dorf, Deceased | 1:02-cv-01616, 26, at 3046 | Stephen Scott Dorf |
| 9 | Elza Marie McGowan, individually as Child and as Personal Representative of the Estate of Rosa Marie Chapa, Deceased | Jose Javier Chapa as the Personal Representative of the Estate of Rosa Marie Chapa, Deceased | 1:02-cv-01616, 26, 29, at 2837, 8408, at 1, 8434, 8393-1, at 73, 8487 | Rosa Marie Chapa |
| 10 | Paul DeAngelis, individually as Sibling and as Personal Representative of the Estate of Robert J. DeAngelis, Jr., Deceased | Denise DeAngelis as the Personal Representative of the Estate of Robert J. DeAngelis, Jr., Deceased | 1:02-cv-01616, 232, at P3671, 8393-1, at 69, 8487 | Robert J. DeAngelis, Jr. |
| 11 | Douglas Craig Edwards, individually as Child and as Personal Representative of the Estate of Barbara Gollan Edwards, Deceased | Frank Michael Edwards as the Representative of the Estate of Barbara Gollan Edwards, Deceased | 1:02-cv-01616, 155, at P2885, 8393-1, at 5, 8487 | Barbara Gollan Edwards |
| 12 | David Mechanic as the Personal Representative of the Estate of Barry H. Glick, Deceased | Judith Mechanic Glick as the Personal Representative of the Estate of Barry H. Glick, Deceased | 1:02-cv-01616, 305, at P4297, 8393-1, at 5, 8487 | Barry H. Glick |
| 13 | Harlan Gene Yancey, individually as Parent and as Personal Representative of the Estate of Kathryn Laborie, Deceased | Eric Laborie as the Personal Representative of the Estate of Kathryn Laborie, Deceased | 1:02-cv-01616, 305, at P4365, 8393-1, at 45, 8487 | Kathryn L. Laborie |
| 14 | Rufus J. McDay, Jr., individually as Parent and as Personal Representative of the Estate of Tonyell F. McDay, Deceased | Cynthia Elaine McDay as the Personal Representative of the Estate of Tonyell F. McDay, Deceased | 1:02-cv-01616, 305, at P4414, 8393-1, at 83, 8487 | Tonyell F. McDay |
| 15 | Mathilda Geidel, individually as Spouse and as Personal Representative of Gary Paul Geidel, Deceased | Mathilda Geidel, in her own right and on behalf of the Minor Child of Gary Paul Geidel, Deceased | 1:02-cv-01616, 26, 29, at 1981 | Gary Paul Geidel |
| 16 | William J. Nielsen as the Personal Representative of the Estate of Michel P. Colbert, Deceased | Raymond Colbert, in his own right and as the Representative of the Estate of Michel P. Colbert, Deceased | 1:02-cv-01616, 3, at 995 | Michel P. Colbert |
| 17 | Lakshmi Chalasani, individually as Parent and as Co-Representative of the Estate of Swarna Chalasani, Deceased | Lakshmi Chalasani, in her own right as the Mother of Swarna Chalasani, Deceased | 1:02-cv-01616, 26, at 971 | Swarna Chalasani |

| # | | | | |
|---|---|---|---|---|
| 18 | Nageswararao Chalasani, individually as Parent and as Co-Representative of the Estate of Swarna Chalasani, Deceased | Nageswararao Chalasani (P70), in his own right as the Father of Swarna Chalasani, Deceased | 1:02-cv-01616, 26, at 117 | Swarna Chalasani |
| 19 | Robert D. Kovic as Co-Representative of the Estate of Bojan Kostic, Deceased | Nina Kostic, in her own right and as the Representative of the Estate of Bojan Kostic, Deceased | 1:02-cv-01616, 26, 29, at 2109 | Bojan Kostic |
| 20 | Richard R. Rio as Co-Representative of the Estate of Bojan Kostic, Deceased | Nina Kostic, in her own right and as the Representative of the Estate of Bojan Kostic, Deceased | 1:02-cv-01616, 26, 29, at 2109 | Bojan Kostic |
| 21 | Susan Ballestero as Co-Representative of the Estate of Loretta A. Vero, Deceased | Catherine Pedersen, in her own right and as the Representative of the Estate of Loretta A. Vero, Deceased | 1:02-cv-01616, 26, 29, at 2413 | Loretta A. Vero |
| 22 | Catherine Louise Pedersen as Co-Representative of the Estate of Loretta A. Vero, Deceased | Catherine Pedersen, in her own right and as the Representative of the Estate of Loretta A. Vero, Deceased | 1:02-cv-01616, 26, 29, at 2413 | Loretta A. Vero |