UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No.<br>03 MDL 1570 |

------------------------------------------------------------x

This document relates to:

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibits A and B are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10609 in 03-MDL-1570 (GBD)(SN) and ECF No. 1196 in 03-cv-9849 (GBD)(SN).

**SO ORDERED.**

December ___, 2024                                  _____
New York, New York                                  SARAH NETBURN
                                                    United States Magistrate Judge