| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Joseph A. Fava, as Personal Representative of the Estate of Shannon Marie Fava, Deceased | Frank Joseph Fava as the Personal Representative of the Estate of Shannon Marie Fava, Deceased | 1:02-cv-01616, 1, at 210, 8393-1, at 1213, 8487 | Shannon M. Fava |
| 2 | Crystal Scott, as Co-Representative of the Estate of Abraham Scott, Deceased Spouse of Janice Marie Scott | Abraham Scott (P4515) | 1:02-cv-01616, 305, at P4515 | Abraham Scott |
| 3 | Angel Scott, as Co-Representative of the Estate of Abraham Scott, Deceased Spouse of Janice Marie Scott | Abraham Scott (P4515) | 1:02-cv-01616, 305, at P4515 | Abraham Scott |
| 4 | Gordon Huie, as Co-Representative of the Estate of Tennyson Huie, Deceased Parent of Susan Huie | Tennyson Huie (P4660) | 1:02-cv-01616, 313, at P4660 | Tennyson Huie |
| 5 | William John Allingham, Jr., as Personal Representative of the Estate of William J. Allingham, Sr., Deceased Parent of Christopher Edward Allingham | William J. Allingham (P1326), in his own right as the Father of Christopher Edward Allingham, Deceased | 1:02-CV-01616, 26, 29, at 2555 | Christopher Edward Allingham |
| 6 | Katherine Agnes Bailey, as Personal Representative of the Estate of Todd Garnet Bailey, Deceased | Todd G. Bailey (P2815) | 1:02-cv-01616, 155, at P2815 | Todd Garnet Bailey |
| 7 | Christopher D. Betterly, as Personal Representative of the Estate of Joan Carol Betterly, Deceased Parent of Timothy D. Betterly | Joan C. Betterly (P1385), in her own right as the Mother of Timothy D. Betterly, Deceased | 1:02-cv-01616, 26, 29, at 2660 | Joan Carol Betterly |
| 8 | Laverne Booker, as Co-Representative of the Estate of Rose Ann Booker, Deceased Parent of Sean Booker | Rose Booker, in her own right as the Mother of Sean Booker, Deceased | 1:02-cv-01616, 3, at 929 | Rose Ann Booker |
| 9 | Stacey Booker, as Co-Representative of the Estate of Rose Ann Booker, Deceased Parent of Sean Booker | Rose Booker, in her own right as the Mother of Sean Booker, Deceased | 1:02-cv-01616, 3, at 929 | Rose Ann Booker |
| 10 | Paul A. Bowden, as Personal Representative of the Estate of Shielah L. Bowden, Deceased | Sheilah L. Bowden (P4614) | 1:02-cv-01616, 313, at P4614 | Shielah L. Bowden |
| 11 | Gina Marie Grassi, as Personal Representative of the Estate of Laura Maria Alessi, Deceased | Laura Alessi (P4777) | 1:02-cv-01616, 432, at P4777 | Laura Maria Alessi |

| | | | | |
|---|---|---|---|---|
| 12 | Ina Lorraine Barnes, as Personal Representative of the Estate of Roy J. Barnes, Deceased | Ina Barnes (P4769) | 1:02-cv-01616, 432, at P4769 | Roy J. Barnes |
| 13 | Carmen Bridgeforth, as Personal Representative of the Estate of David Allen Bridgeforth, Deceased | David Allen Bridgeforth (P987), in his own right as an Injured Party | 1:02-cv-01616, 26, 29, at 1866 | David Allen Bridgeforth |
| 14 | Alice Anne Henry, as Co-Representative of the Estate of Edward Henry, Deceased | Edward Henry (P2925) | 1:02-cv-01616, 155, at P2925 | Edward Henry |
| 15 | Edward Henry, Jr., as Co-Representative of the Estate of Edward Henry, Deceased | Edward Henry (P2925) | 1:02-cv-01616, 155, at P2925 | Edward Henry |
| 16 | Michael Henry, as Co-Representative of the Estate of Edward Henry, Deceased | Edward Henry (P2925) | 1:02-cv-01616, 155, at P2925 | Edward Henry |
| 17 | Lisa Ortiz, as Personal Representative of the Estate of Angel R. Ortiz, Deceased | Angel R. Ortiz, in his own right as an Injured Party | 1:02-cv-01616, 3, at 1506 | Angel R. Ortiz |
| 18 | Kathleen Shagi, as Personal Representative of the Estate of Michael Shagi, Deceased | Michael Shagi (P4524) | 1:02-cv-01616, 305, at P4524 | Michael Shagi |
| 19 | Peggy J. Waters, as Personal Representative of the Estate of Gregory Allen Waters, Deceased | Greg Waters (P5300) | 1:03-cv-9849 | Gregory Allen Waters |
| 20 | Mary Ann Leach, as Personal Representative of the Estate of Dolores Ladley, Deceased Parent of James Patrick Ladley, Deceased | Dolores Ladley (P1133), in her own right as the Mother of James Patrick Ladley, Deceased | 1:02-cv-01616, 26, 29, at 2119 | James Patrick Ladley |
| 21 | Ronald Patrick Cregan, as Co-Representative of the Estate of Ronald Bernard Cregan, Deceased | Ronald B. Cregan (P4209) | 1:02-cv-01616, 305, at P4209 | Ronald Bernard Cregan |
| 22 | Grace Elizabeth Friend, as Co-Representative of the Estate of Ronald Bernard Cregan, Deceased | Ronald B. Cregan (P4209) | 1:02-cv-01616, 305, at P4209 | Ronald Bernard Cregan |
| 23 | Joseph Michael Esposito, as Personal Representative of the Estate of Salvatore Thomas Esposito, Deceased Sibling of Michael Esposito | Sal Esposito, in his own right as the Brother of Michael Esposito, Deceased | 1:02-cv-01616, 1, at 207 | Salvatore Thomas Esposito |
| 24 | Devin Frederick Farrelly, as Personal Representative of the Estate of Stacey Ellen Farrelly, Deceased Spouse of Joseph Farrelly | Stacey Farrelly, in her own right, on behalf of the Minor Child, and as the Representative of the Estate of Joseph Farrelly, Deceased | 1:02-cv-01616, 3, at 1094 | Stacey Ellen Farrelly |
| 25 | Susan Gilligan, as Personal Representative of the Estate of Colin Vincent Gilligan, Deceased | Colin Vincent Gilligan (P3701) | 1:02-cv-01616, 232, at P3701 | Colin Vincent Gilligan |

| # | Personal Representative | Claimant | Citation | Decedent |
|---|---|---|---|---|
| 26 | Diane Frances Antolos, as Personal Representative of the Estate of Frances Vignola, Deceased | Frances Vignola (P4003) | 1:02-cv-01616, 232, at P4003 | Frances Vignola |
| 27 | William J. McLaughlin, as Personal Representative of the Estate of Catherine Cecilia McLaughlin, Deceased Sibling of Peter Matthew West | Catherine C. McLaughlin (P2478), in her own right as the Sister of Peter Matthew West, Deceased | 1:02-cv-01616, 26, 29, at 4693 | Catherine Cecilia McLaughlin |
| 28 | Angel Marie Scott, as Co-Representative of the Estate of Abraham Scott, Deceased | Abraham Scott (P4515) | 1:02-cv-01616, 305, at P4515 | Abraham Scott |
| 29 | Crystal Scott, as Co-Representative of the Estate of Abraham Scott, Deceased | Abraham Scott (P4515) | 1:02-cv-01616, 305, at P4515 | Abraham Scott |
| 30 | Nathan J. Hersch, as Personal Representative of the Estate of Leslie Sue Hersch, Deceased Spouse of Jeffrey A. Hersch, Deceased | Leslie Sue Hersch (P1085), in her own right and as the Representative of the Estate of Jeffrey A. Hersch, Deceased | 1:02-cv-01616, 26, 29, at 2036 | Jeffrey A. Hersch |
| 31 | Maria Lipari, as Personal Representative of the Estate of Geraldine Luparello, Deceased Spouse of Anthony Luparello | Geraldine Luparello (P3801) | 1:02-cv-01616, 232, at P3801 | Anthony Luparello |