| | | | **EXHIBIT A** | | | | | |
|---|---|---|---|---|---|---|---|---|
| Number | 9/11 Decedent Name | Plaintiff's Name Currently named in Complaint | Plaintiff's Additional Capacity in Amended Caption | Plaintiff's Relationship to 9/11 Decedent | Plaintiff Citizenship | 9/11 Decedent's Citizenship/Nationality on 9/11/01 | Nature of Claim | Reference to Plaintiff in Complaint |
| 1 | Lynch, James Francis | Lynch, Peter John | Peter John Lynch, individually as Sibling and as Personal Representative of the Estate of James Francis Lynch, Deceased | Sibling/Personal Representative | U.S. | U.S. | WD | 1:02-cv-01616, 155, at P3009 |