UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                             03 MDL 1570

-------------------------------------------------------x

This document relates to:
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   January 29, 2025              Respectfully submitted,

                                        MOTLEY RICE LLC

                                        */s/ John C. Duane*
                                        John C. Duane, Esq.
                                        Mount Pleasant, SC 29464
                                        Telephone: (843) 216-9000
                                        Facsimile: (843) 216-9450
                                        jduane@motleyrice.com

                                        Counsel for Plaintiffs

| | | EXHIBIT A | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Joseph A. Fava, as Personal Representative of the Estate of Shannon Marie Fava, Deceased | Frank Joseph Fava as the Personal Representative of the Estate of Shannon Marie Fava, Deceased | 1:02-cv-01616, 1, at 210, 8393-1, at 1213, 8487 | Shannon M. Fava |
| 2 | Crystal Scott, as Co-Representative of the Estate of Abraham Scott, Deceased Spouse of Janice Marie Scott | Abraham Scott (P4515) | 1:02-cv-01616, 305, at P4515 | Abraham Scott |
| 3 | Angel Scott, as Co-Representative of the Estate of Abraham Scott, Deceased Spouse of Janice Marie Scott | Abraham Scott (P4515) | 1:02-cv-01616, 305, at P4515 | Abraham Scott |
| 4 | Gordon Huie, as Co-Representative of the Estate of Tennyson Huie, Deceased Parent of Susan Huie | Tennyson Huie (P4660) | 1:02-cv-01616, 313, at P4660 | Tennyson Huie |
| 5 | William John Allingham, Jr., as Personal Representative of the Estate of William J. Allingham, Sr., Deceased Parent of Christopher Edward Allingham | William J. Allingham (P1326), in his own right as the Father of Christopher Edward Allingham, Deceased | 1:02-CV-01616, 26, 29, at 2555 | Christopher Edward Allingham |
| 6 | Katherine Agnes Bailey, as Personal Representative of the Estate of Todd Garnet Bailey, Deceased | Todd G. Bailey (P2815) | 1:02-cv-01616, 155, at P2815 | Todd Garnet Bailey |
| 7 | Christopher D. Betterly, as Personal Representative of the Estate of Joan Carol Betterly, Deceased Parent of Timothy D. Betterly | Joan C. Betterly (P1385), in her own right as the Mother of Timothy D. Betterly, Deceased | 1:02-cv-01616, 26, 29, at 2660 | Joan Carol Betterly |
| 8 | Laverne Booker, as Co-Representative of the Estate of Rose Ann Booker, Deceased Parent of Sean Booker | Rose Booker, in her own right as the Mother of Sean Booker, Deceased | 1:02-cv-01616, 3, at 929 | Rose Ann Booker |
| 9 | Stacey Booker, as Co-Representative of the Estate of Rose Ann Booker, Deceased Parent of Sean Booker | Rose Booker, in her own right as the Mother of Sean Booker, Deceased | 1:02-cv-01616, 3, at 929 | Rose Ann Booker |
| 10 | Paul A. Bowden, as Personal Representative of the Estate of Shielah L. Bowden, Deceased | Sheilah L. Bowden (P4614) | 1:02-cv-01616, 313, at P4614 | Shielah L. Bowden |
| 11 | Gina Marie Grassi, as Personal Representative of the Estate of Laura Maria Alessi, Deceased | Laura Alessi (P4777) | 1:02-cv-01616, 432, at P4777 | Laura Maria Alessi |

| | | | | |
|---|---|---|---|---|
| 12 | Ina Lorraine Barnes, as Personal Representative of the Estate of Roy J. Barnes, Deceased | Ina Barnes (P4769) | 1:02-cv-01616, 432, at P4769 | Roy J. Barnes |
| 13 | Carmen Bridgeforth, as Personal Representative of the Estate of David Allen Bridgeforth, Deceased | David Allen Bridgeforth (P987), in his own right as an Injured Party | 1:02-cv-01616, 26, 29, at 1866 | David Allen Bridgeforth |
| 14 | Alice Anne Henry, as Co-Representative of the Estate of Edward Henry, Deceased | Edward Henry (P2925) | 1:02-cv-01616, 155, at P2925 | Edward Henry |
| 15 | Edward Henry, Jr., as Co-Representative of the Estate of Edward Henry, Deceased | Edward Henry (P2925) | 1:02-cv-01616, 155, at P2925 | Edward Henry |
| 16 | Michael Henry, as Co-Representative of the Estate of Edward Henry, Deceased | Edward Henry (P2925) | 1:02-cv-01616, 155, at P2925 | Edward Henry |
| 17 | Lisa Ortiz, as Personal Representative of the Estate of Angel R. Ortiz, Deceased | Angel R. Ortiz, in his own right as an Injured Party | 1:02-cv-01616, 3, at 1506 | Angel R. Ortiz |
| 18 | Kathleen Shagi, as Personal Representative of the Estate of Michael Shagi, Deceased | Michael Shagi (P4524) | 1:02-cv-01616, 305, at P4524 | Michael Shagi |
| 19 | Peggy J. Waters, as Personal Representative of the Estate of Gregory Allen Waters, Deceased | Greg Waters (P5300) | 1:03-cv-9849 | Gregory Allen Waters |
| 20 | Mary Ann Leach, as Personal Representative of the Estate of Dolores Ladley, Deceased Parent of James Patrick Ladley, Deceased | Dolores Ladley (P1133), in her own right as the Mother of James Patrick Ladley, Deceased | 1:02-cv-01616, 26, 29, at 2119 | James Patrick Ladley |
| 21 | Ronald Patrick Cregan, as Co-Representative of the Estate of Ronald Bernard Cregan, Deceased | Ronald B. Cregan (P4209) | 1:02-cv-01616, 305, at P4209 | Ronald Bernard Cregan |
| 22 | Grace Elizabeth Friend, as Co-Representative of the Estate of Ronald Bernard Cregan, Deceased | Ronald B. Cregan (P4209) | 1:02-cv-01616, 305, at P4209 | Ronald Bernard Cregan |
| 23 | Joseph Michael Esposito, as Personal Representative of the Estate of Salvatore Thomas Esposito, Deceased Sibling of Michael Esposito | Sal Esposito, in his own right as the Brother of Michael Esposito, Deceased | 1:02-cv-01616, 1, at 207 | Salvatore Thomas Esposito |
| 24 | Devin Frederick Farrelly, as Personal Representative of the Estate of Stacey Ellen Farrelly, Deceased Spouse of Joseph Farrelly | Stacey Farrelly, in her own right, on behalf of the Minor Child, and as the Representative of the Estate of Joseph Farrelly, Deceased | 1:02-cv-01616, 3, at 1094 | Stacey Ellen Farrelly |
| 25 | Susan Gilligan, as Personal Representative of the Estate of Colin Vincent Gilligan, Deceased | Colin Vincent Gilligan (P3701) | 1:02-cv-01616, 232, at P3701 | Colin Vincent Gilligan |

| # | | | | |
|---|---|---|---|---|
| 26 | Diane Frances Antolos, as Personal Representative of the Estate of Frances Vignola, Deceased | Frances Vignola (P4003) | 1:02-cv-01616, 232, at P4003 | Frances Vignola |
| 27 | William J. McLaughlin, as Personal Representative of the Estate of Catherine Cecilia McLaughlin, Deceased Sibling of Peter Matthew West | Catherine C. McLaughlin (P2478), in her own right as the Sister of Peter Matthew West, Deceased | 1:02-cv-01616, 26, 29, at 4693 | Catherine Cecilia McLaughlin |
| 28 | Angel Marie Scott, as Co-Representative of the Estate of Abraham Scott, Deceased | Abraham Scott (P4515) | 1:02-cv-01616, 305, at P4515 | Abraham Scott |
| 29 | Crystal Scott, as Co-Representative of the Estate of Abraham Scott, Deceased | Abraham Scott (P4515) | 1:02-cv-01616, 305, at P4515 | Abraham Scott |
| 30 | Nathan J. Hersch, as Personal Representative of the Estate of Leslie Sue Hersch, Deceased Spouse of Jeffrey A. Hersch, Deceased | Leslie Sue Hersch (P1085), in her own right and as the Representative of the Estate of Jeffrey A. Hersch, Deceased | 1:02-cv-01616, 26, 29, at 2036 | Jeffrey A. Hersch |
| 31 | Maria Lipari, as Personal Representative of the Estate of Geraldine Luparello, Deceased Spouse of Anthony Luparello | Geraldine Luparello (P3801) | 1:02-cv-01616, 232, at P3801 | Anthony Luparello |

The motion to substitute is GRANTED. The Clerk of Court is respectfully directed to close the motions at ECF No. 10682 in 03-md-01570 and ECF No. 1205 in 03-cv-09849.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: January 31, 2025
New York, New York