# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In re: Terrorist Attacks on September 11, 2001

03 **MD** 1570 (GBD)(SN)

<u>**RULE 54(b) JUDGMENT**</u>

This document relates to:
Federal Insurance Co., et al. v. Al Qaida, et al., 03-cv-06978
Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev.
Corp., et al., 03-cv-09849
Estate of John P. 0 'Neill, Sr., et al. v. Al Baraka Inv. &
Dev. Corp., et al., 04-cv-01923
Continental Casualty Co., et al. v. Al Qaeda, et al.,
04-cv-05970
Cantor Fitzgerald & Co., et al. v. Akida Bank Private
Ltd., et al., 04-cv-07065
Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev.
Corp., et al., 04-cv-07279
-------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated January 6, 2025, the Court's dismissal of Dubai Islamic Bank in

the Court's Order of March 9, 2023, is certified as final pursuant to Federal Rule of Civil Procedure

54(b). Partial final judgment in favor of Defendant Dubai Islamic Bank in the above-captioned

actions.

**Dated:** New York, New York
      January 6, 2025

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:**     _K. Mango_
_____
**Deputy Clerk**