**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------**x**

IN RE TERRORIST ATTACKS ON                    **Civil Action No.**
SEPTEMBER 11, 2001                            **03 MDL 1570**


-----------------------------------------------------------**x**

This document relates to:

   *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03-cv-9849 (GBD)(SN)*

### [PROPOSED] ORDER

   Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from

the death of certain plaintiffs; it is hereby

   **ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit

A are to be substituted into the above-captioned case.

   Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion

at ECF No. 10735 in 03-MDL-1570 (GBD)(SN) and ECF No. 1220 in 03-cv-9849 (GBD)(SN).

**SO ORDERED.**


February ___, 2025                    _____
New York, New York                    SARAH NETBURN
                                      United States Magistrate Judge