USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)(FM) |

This document relates to:

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)

## PLAINTIFFS' NOTICE OF MOTION TO AMEND

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Exhibit A attached hereto, the plaintiffs identified on Exhibit A respectfully move this Court pursuant to Fed. R. Civ. P. 15 and 17 for an Order permitting them to amend the caption of Plaintiffs' Amended Complaint to incorporate the multiple capacities in which the plaintiffs identified on Exhibit A seek to proceed in this action. This motion does not add the claims of any new real parties in interest but rather more appropriately identifies those real parties in interest who are already named in Plaintiffs' Amended Complaint who are proceeding in multiple capacities that may not have previously been clear in the pleadings.

Dated:  February 24, 2025

Respectfully submitted,

s/*John C. Duane*
John C. Duane, Esq. (SC No. 15930)
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone:  (843) 216-9000
Email: jduane@motleyrice.com

*Attorney for the Burnett Plaintiffs*

| | | EXHIBIT A | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Sandra L. Racaniello, as Personal Representative of the Estate of Frank V. Racaniello, Deceased Parent of Christopher Anthony Peter Racaniello, Deceased | Frank V. Racaniello (P3917) | 1 02-cv-01616, 232, at P3917 | Christopher Anthony Peter Racaniello |
| 2 | Cecile M. Apollo, as Personal Representative of the Estate of Peter Apollo, Jr., Deceased Parent of Peter Paul Apollo, Deceased | Peter Apollo (P3585) | 1 02-cv-01616, 232, at P3585 | Peter Paul Apollo |
| 3 | Teri D. Fields, as Personal Representative of the Estate of Adolfo Martin Arzu, Deceased | Adolfo Martin Arzu (P5314) | 1 03-md-01570, 432, at P5314 | Adolfo Martin Arzu |
| 4 | Michael Thomas Bavis, as Personal Representative of the Estate of Mary Bavis, Deceased Parent of Mark Lawrence Bavis, Deceased | Mary Bavis (P4043) | 1 02-cv-01616, 232, at P4043 | Mark Lawrence Bavis |
| 5 | Eileen M. Bertorelli-Zangrillo, as Personal Representative of the Estate of Alice Mary Bertorelli, Deceased Sibling of John Marcy Talignani, Deceased | Alice Bertorelli (P3114) | 1 02-cv-01616, 155, at P3114 | John Marcy Talignani |
| 6 | Keith Andrew Blass, as Personal Representative of the Estate of Barbara Blass, Deceased Parent of Craig Michael Blass, Deceased | Barbara Blass (P3600) | 1 02-cv-01616, 232, at P3600 | Craig Michael Blass |
| 7 | Paul A. Bowden, as Personal Representative of the Estate of Sheilah L. Bowden, Deceased Parent of Thomas H. Bowden, Jr., Deceased | Sheilah L. Bowden (P4614) | 1 02-cv-01616, 313, at P4614 | Thomas H. Bowden, Jr. |
| 8 | Peter Matthew Canty, as Personal Representative of the Estate of Kathryn Frey Canty, Deceased Parent of Michael R. Canty, Deceased | Kathryn F. Canty (P2839) | 1 02-cv-01616, 155, at P2839 | Michael R. Canty |
| 9 | Peter Matthew Canty, as Personal Representative of the Estate of Edward James Canty, Deceased Parent of Michael R. Canty, Deceased | Edward J. Canty (P2837) | 1 02-cv-01616, 155, at P2837 | Michael R. Canty |
| 10 | Joyce Conner, as Personal Representative of the Estate of Michael Anthony Conner, Deceased Spouse of Margaret Mary Conner, Deceased | Michael Conner (P3658) | 1 02-cv-01616, 232, at P3658 | Margaret Mary Conner |
| 11 | Nancy Eileen Costello, as Personal Representative of the Estate of James P. Costello, Deceased Parent of Michael S. Costello, Deceased | James P. Costello (P3659) | 1 02-cv-01616, 232, at P3659 | Michael S. Costello |

| # | Representative | Decedent | Citation | Related |
|---|---|---|---|---|
| 12 | Grace Elizabeth Friend, as Co-Representative of the Estate of Ronald B. Cregan, Deceased Parent of Joanne Mary Cregan, Deceased | Ronald B. Cregan (P4209) | 1 02-cv-01616, 305, at P4209 | Joanne Mary Cregan |
| 13 | Ronald Patrick Cregan, as Co-Representative of the Estate of Ronald B. Cregan, Deceased Parent of Joanne Mary Cregan, Deceased | Ronald B. Cregan (P4209) | 1 02-cv-01616, 305, at P4209 | Joanne Mary Cregan |
| 14 | Deirdre Dickinson Sullivan, as Personal Representative of the Estate of Helene F. Dickinson, Deceased Parent of Lawrence Patrick Dickinson, Deceased | Helene Dickinson (P2875) | 1 02-cv-01616, 155, at P2875 | Lawrence Patrick Dickinson |
| 15 | Carole Lynn Ricci, as Personal Representative of the Estate of Ruth M. Fangman, Deceased Parent of Robert John Fangman, Deceased | Ruth M. Fangman (P4835) | 1 02-cv-01616, 432, at P4835 | Robert John Fangman |
| 16 | Mary F. Waterman, as Personal Representative of the Estate of Beverly F. Faragher, Deceased Parent of Kathleen Faragher, Deceased | Beverly Faragher (P4262) | 1 02-cv-01616, 305, at P4262 | Kathleen Faragher |
| 17 | Daniel Aaron Gerlich, as Personal Representative of the Estate of Rochelle Gerlich, Deceased Spouse of Robert J. Gerlich, Deceased | Rochelle Gerlich (P4293) | 1 02-cv-01616, 305, at P4293 | Robert J. Gerlich |
| 18 | Philip G. Geyer, as Personal Representative of the Estate of Jo Ann S. Geyer, Deceased Parent of James G. Geyer, Deceased | Jo Ann S. Geyer (P2598) | 1 02-cv-01616, 77, at P2598 | James G. Geyer |
| 19 | Susan Gilligan, as Personal Representative of the Estate of Colin Vincent Gilligan, Deceased Sibling of Ronald L. Gilligan, Deceased | Colin Vincent Gilligan (P3701) | 1 02-cv-01616, 232, at P3701 | Ronald L. Gilligan |
| 20 | Hillary Katzman, as Personal Representative of the Estate of Howard Katzman, Deceased | Howard Katzman (P5380) | 1 03-md-01570, 432, at P5380 | Howard Katzman |
| 21 | Darlene Marie Keohane, as Personal Representative of the Estate of Donald Edward Keohane, Deceased Parent of John Richard Keohane, Deceased | Donald Keohane (P2971) | 1 02-cv-01616, 155, at P2971 | John Richard Keohane |
| 22 | Dominick R. LaFalce, as Personal Representative of the Estate of Dominick Vincent LaFalce, Jr., Deceased Sibling of Joseph A. LaFalce, Deceased | Dominick V. LaFalce (P2982) | 1 02-cv-01616, 155, at P2982 | Joseph A. LaFalce |
| 23 | Michelle Luchetti, as Personal Representative of the Estate of Alfred Luchetti, Deceased | Alfred Luchetti (P5394) | 1 03-md-01570, 432, at P5394 | Alfred Luchetti |

| # | Personal Representative | Decedent | Prior Complaint | 9/11 Decedent |
|---|---|---|---|---|
| 24 | Maria Lipari, as Personal Representative of the Estate of Geraldine Luparello, Deceased Spouse of Anthony Luparello, Deceased | Geraldine Luparello (P3801) | 1 02-cv-01616, 232, at P3801 | Anthony Luparello |
| 25 | Barbara Ann McManus, as Personal Representative of the Estate of Catherine Theresa Lynch, Deceased Parent of Michael Francis Lynch, Deceased | Catherine T. Lynch (P3012) | 1 02-cv-01616, 155, at P3012 | Michael Francis Lynch |
| 26 | Daniel John Lynch, as Personal Representative of the Estate of Daniel Francis Lynch, Deceased Parent of Michael Francis Lynch, Deceased | Daniel F. Lynch (P3013) | 1 02-cv-01616, 155, at P3013 | Michael Francis Lynch |
| 27 | James E. Martin, as Personal Representative of the Estate of Mary C. Martin, Deceased Sibling of Kevin W. Donnelly, Deceased | Mary Cay Martin (P2281) | 1 02-cv-01616, 155, at P2881 | Kevin W. Donnelly |
| 28 | Darlene Thomas, as Personal Representative of the Estate of Jaysen Jeffrey Mayo, Deceased | Jaysen J. Mayo (P5401) | 1 03-md-01570, 432, at P5401 | Jaysen Jeffrey Mayo |
| 29 | Catherine Francese, as Personal Representative of the Estate of Agnes Marie McErlean, Deceased Parent of John T. McErlean, Jr., Deceased | Agnes M. McErlean (P4418) | 1 02-cv-01616, 305, at P4418 | John T. McErlean, Jr. |
| 30 | Catherine Francese, as Personal Representative of the Estate of John Thomas McErlean, Sr., Deceased Parent of John T. McErlean, Jr., Deceased | John T. McErlean (P4417) | 1 02-cv-01616, 305, at P4417 | John T. McErlean, Jr. |
| 31 | Lynn McKnight, as Personal Representative of the Estate of Roger J. McKnight, Deceased | Roger J. McKnight (P3031) | 1 02-cv-01616, 155, at P3031 | Roger J. McKnight |
| 32 | Carol Ann Niedermeyer, as Personal Representative of the Estate of Alfonse Niedermeyer, Deceased | Alfonse Niedermeyer (P3052) | 1 02-cv-01616, 155, at P3052 | Alfonse J. Niedermeyer |
| 33 | Stella Olender, as Personal Representative of the Estate of John Casimir Olender, Deceased Parent of Christine Olender, Deceased | John Olender (P4914) | 1 02-cv-01616, 432, at P4914 | Christine Olender |
| 34 | Andrea Lee Ouida, as Personal Representative of the Estate of Herbert Ouida, Deceased Parent of Todd Joseph Ouida, Deceased | Herbert Ouida (P3876) | 1 02-cv-01616, 232, at P3876 | Todd Joseph Ouida |
| 35 | Michael N. Delgass, as Personal Representative of the Estate of Rekha D. Packer, Deceased Spouse of Michael B. Packer, Deceased | Rekha D. Packer (P3879) | 1 02-cv-01616, 232, at P3879 | Michael B. Packer |

| # | Personal Representative | Decedent (ID) | Citation | Decedent Name |
|---|---|---|---|---|
| 36 | Devora Wolk Kirschner, as Personal Representative of the Estate of Darin Howard Pontell, Deceased | Devora Wolk Pontell (P4703) | 1 02-cv-01616, 313, at P4703 | Darin Howard Pontell |
| 37 | Sabine Sadocha, as Personal Representative of the Estate of Norma Teresa Sadocha, Deceased Parent of Francis John Sadocha, Deceased | Norma T. Sadocha (P4509) | 1 02-cv-01616, 305, at P4509 | Francis John Sadocha |
| 38 | Sabine Sadocha, as Personal Representative of the Estate of Susan T. Sadocha, Deceased Sibling of Francis John Sadocha, Deceased | Susan T. Sadocha (P4511) | 1 02-cv-01616, 305, at P4511 | Francis John Sadocha |
| 39 | George A. Sayegh, Jr., as Personal Representative of the Estate of Diana Jean Sayegh, Deceased Parent of Jackie Sayegh Duggan, Deceased | Diana J. Sayegh (P2698) | 1 02-cv-01616, 77, at P2698 | Jackie Sayegh Duggan |
| 40 | Richard J. Sullivan, as Personal Representative of the Estate of Kathleen Marie Sullivan, Deceased Sibling of Kevin Michael McCarthy, Deceased | Kathleen M. Sullivan (P3828) | 1 02-cv-01616, 232, at P3828 | Kevin Michael McCarthy |
| 41 | Diane Frances Antolos, as Personal Representative of the Estate of Frances Vignola, Deceased Parent of Frank J. Vignola, Jr., Deceased | Frances Vignola (P4003) | 1 02-cv-01616, 232, at P4003 | Frank J. Vignola, Jr. |
| 42 | Martin N. Youngberg, as Personal Representative of the Estate of Margaret L. Walsh, Deceased | Jane Doe # 113 (AP241) | 1 02-cv-01616, 232, at AP241 | Margaret L. Walsh |
| 43 | Thomas D. Duling, as Personal Representative of the Estate of Marion Morvet Ward, Deceased | Marion M. Ward (P3144) | 1 02-cv-01616, 155, at P3144 | Marion Morvet Ward |

The motion to amend is GRANTED.
SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 4, 2025
New York, New York