USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                             03 MDL 1570

-----------------------------------------------------------x

This document relates to:
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03-cv-9849 (GBD)(SN)*

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   February 24, 2025                       Respectfully submitted,

                                                 MOTLEY RICE LLC

                                                 */s/ John C. Duane*
                                                 John C. Duane, Esq.
                                                 Mount Pleasant, SC 29464
                                                 Telephone: (843) 216-9000
                                                 Facsimile: (843) 216-9450
                                                 jduane@motleyrice.com

                                                 Counsel for Plaintiffs

| | | EXHIBIT A | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Kenneth May, as Personal Representative of the Estate of Ronald F. May, Deceased Parent of Renee A. May, Deceased | Ronald F. May, in his own right and as Representative of the Estate of Renee A. May, Deceased | 1:02-cv-01616, 1, at 376;10609-1, 31, 10613 | Renee A. May |
| 2 | Raymond Edward Walz, as Co-Representative of the Estate of Raymond G. Walz, Deceased Parent of Jeffrey P. Walz, Deceased | Raymond G. Walz, in his own right as the Father of Jeffrey P. Walz, Deceased | 1:02-cv-01616, 3, at 1724 | Jeffrey P. Walz |
| 3 | Karen L. Ciaccio, as Co-Representative of the Estate of Raymond G. Walz, Deceased Parent of Jeffrey P. Walz, Deceased | Raymond G. Walz, in his own right as the Father of Jeffrey P. Walz, Deceased | 1:02-cv-01616, 3, at 1724 | Jeffrey P. Walz |
| 4 | Alexandra Klenovich, as Personal Representative of the Estate of Gerard Helmut Iken, Deceased Sibling of Michael Patrick Iken, Deceased | Gerard Iken, in his own right as the Brother of Michael Patrick Iken, Deceased | 1:02-cv-01616, 3, at 1260 | Michael Patrick Iken |
| 5 | Jacqueline Pickering, as Personal Representative of the Estate of Maureen Pickering, Deceased Sibling of Joann Tabeek, Deceased | Maureen Pickering, in her own right as the Sister of Joann Tabeek, Deceased | 1:02-cv-01616, 1, at 607 | Joann Tabeek |
| 6 | Dorine Anita Hetzel-Dand, as Personal Representative of the Estate of Egon Hetzel, Deceased Parent of Thomas J. Hetzel, Deceased | Egon Hetzel (P1087), in his own right as the Father of Thomas J. Hetzel, Deceased | 1:02-cv-01616, 26, 29, at 2040 | Thomas J. Hetzel |
| 7 | Christopher D. Betterly, as Personal Representative of the Estate of Joan C. Betterly, Deceased Parent of Timothy D. Betterly, Deceased | Joan C. Betterly (P1385), in her own right as the Mother of Timothy D. Betterly, Deceased | 1:02-cv-01616, 26, 29, at 2660 | Timothy D. Betterly |
| 8 | Stacey Marie Booker, as Co-Representative of the Estate of Rose Booker, Deceased Parent of Sean Booker, Deceased | Rose Booker in her own right as the Mother of Sean Booker, Deceased | 1:02-cv-01616, 3, at 929 | Sean Booker |
| 9 | Laverne Booker, as Co-Representative of the Estate of Rose Booker, Deceased Parent of Sean Booker, Deceased | Rose Booker in her own right as the Mother of Sean Booker, Deceased | 1:02-cv-01616, 3, at 929 | Sean Booker |

| # | Personal Representative | Own Right Party | Citation | Decedent/Injured |
|---|---|---|---|---|
| 10 | Paula Boyle, Individually, as Spouse and Personal Representative of the Estate of James R. Boyle, Deceased | James R. Boyle (P5003) | 1:03-cv-9849, HAND FILED, at P5003 | James R. Boyle (PI) |
| 11 | Mary Margaret Jurgens, as Personal Representative of the Estate of Beverly Burnett, Deceased Parent of Thomas E. Burnett, Jr., Deceased | Beverly Burnett, in her own right as the Mother of Thomas E. Burnett, Jr., Deceased | 1:02-cv-01616, 1, at 5 | Thomas E. Burnett, Jr. |
| 12 | Mary Margaret Jurgens, as Personal Representative of the Estate of Thomas Burnett, Sr., Deceased Parent of Thomas E. Burnett, Jr., Deceased | Thomas Burnett, Sr., in his own right as the Father of Thomas E. Burnett, Jr., Deceased | 1:02-cv-01616, 1, at 4 | Thomas E. Burnett, Jr. |
| 13 | Thomas Michael Byrne, as Personal Representative of the Estate of Anne Patricia Byrne, Deceased Parent of Patrick D. Byrne, Deceased | Michael Cain (P1446), in his own right as an Injured Party | 1:02-cv-01616, 26, 29, at 2755 | Patrick D. Byrne |
| 14 | Joni Jane Carlo, as Personal Representative of the Estate of Robert D. Carlo, Deceased Parent of Michael Scott Carlo, Deceased | Robert D. Carlo (P1463), in his own right as the Father of Michael Scott Carlo, Deceased | 1:02-cv-01616, 26, 29, at 2805 | Michael Scott Carlo |
| 15 | Brendan K. Cawley, as Personal Representative of the Estate of John J. Cawley, Deceased Parent of Michael Joseph Cawley, Deceased | John J. Cawley (P1472), in his own right as the Father of Michael J. Cawley, Deceased | 1:02-cv-01616, 26, 29, at 2823 | Michael Joseph Cawley |
| 16 | Suzanne Mary Valentino, as Co-Representative of the Estate of Edward Coll, Jr., Deceased Parent of Robert Joseph Coll, II, Deceased | Suzanne Mary Valentino, as Personal Representative of the Estate of Edward Coll, Jr., Deceased | 1:02-cv-01616, 155, at P2851, 8397-1, at 6, 8433 | Robert Joseph Coll, II |
| 17 | Edward Aloysius Coll, III, as Co-Representative of the Estate of Edward Coll, Jr., Deceased Parent of Robert Joseph Coll, II, Deceased | Suzanne Mary Valentino, as Personal Representative of the Estate of Edward Coll, Jr., Deceased | 1:02-cv-01616, 155, at P2851, 8397-1, at 6, 8433 | Robert Joseph Coll, II |
| 18 | Kimberly Smith, as Personal Representative of the Estate of Carmen Michael D'Auria, Deceased Parent of Michael D'Auria, Deceased | Carmen D'Auria (P1541), in his own right as the Father of Michael D'Auria, Deceased | 1:02-cv-01616, 26, 29, at 2949 | Michael D'Auria |
| 19 | Rose Ann DeFazio, as Personal Representative of the Estate of James Christopher DeFazio, Deceased Parent of Jason DeFazio, Deceased | James DeFazio, in his own right as the Father of Jason DeFazio, Deceased | 1:02-cv-01616, 1, at 175 | Jason DeFazio |
| 20 | Michael Deleo, as Personal Representative of the Estate of Lillian Rita Deleo, Deceased Parent of Vito Joseph Deleo, Sr., Deceased | Lillian Deleo (P1558), in her own right as the Mother of Vito Joseph Deleo, Deceased | 1:02-cv-01616, 26, 29, at 2983 | Vito Joseph Deleo, Sr. |

| # | Personal Representative | Claimant | Case Reference | Decedent/Injured |
|---|---|---|---|---|
| 21 | Joseph Michael Esposito, as Personal Representative of the Estate of Salvatore Thomas Esposito, Deceased Sibling of Michael Esposito, Deceased | Sal Esposito, in his own right as the Brother of Michael Esposito, Deceased | 1:02-cv-01616, 1, at 207 | Michael Esposito |
| 22 | Devin Frederick Farrelly, as Personal Representative of the Estate of Stacey Ellen Farrelly, Deceased Spouse of Joseph Dennis Farrelly, Deceased | Stacey Farrelly, in her own right, on behalf of the Minor Child, and as the Representative of the Estate of Joseph Farrelly, Deceased | 1:02-cv-01616, 3, at 1094 | Joseph Dennis Farrelly |
| 23 | Andrew Charles Fialko, as Personal Representative of the Estate of Evelyn L. Fialko, Deceased Parent of Jennifer Louise Fialko, Deceased | Evelyn L. Fialko (P1648), in her own right and as the Co-Representative of the Estate of Jennifer L. Fialko, Deceased | 1:02-cv-01616, 26, 29, at 3153 | Jennifer Louise Fialko |
| 24 | Andrew Charles Fialko, as Personal Representative of the Estate of Robert John Fialko, Deceased Parent of Jennifer Louise Fialko, Deceased | Robert J. Fialko (P1647), in his own right and as the Co-Representative of the Estate of Jennifer L. Fialko, Deceased | 1:02-cv-01616, 26, 29, at 3152 | Jennifer Louise Fialko |
| 25 | John Alfred Foster, as Personal Representative of the Estate of Marion Rosette Foster, Deceased Parent of Noel John Foster, Deceased | Marion Rosette Foster, in her own right as the Mother of Noel John Foster, Deceased | 1:02-cv-01616, 3, at 1129 | Noel John Foster |
| 26 | Denise E. Kelly, Individually, as Spouse and Personal Representative of the Estate of Thomas J. Kelly, Deceased | Thomas J. Kelly (P1855), in his own right as an Injured Party | 1:02-cv-01616, 26, 29, at 3531 | Thomas J. Kelly |
| 27 | Robert Ksido, as Personal Representative of the Estate of Felix Ksido, Deceased Spouse of Lyudmila Ksido, Deceased | Felix Ksido, in his own right, on behalf of the Minor Child, and as the Representative of the Estate of Lyudmila Ksido, Deceased | 1:02-cv-01616, 3, at 1310 | Lyudmila Ksido |
| 28 | Edward James Colligan, as Personal Representative of the Estate of Eileen Ladley, Deceased Sibling of James Patrick Ladley, Deceased | Eileen Spina (P1136), in her own right as the Sister of James Patrick Ladley, Deceased | 1:02-cv-01616, 26, 29, at 2122 | James Patrick Ladley |
| 29 | Thomas A. LaVerde, as Personal Representative of the Estate of Dolores Mary LaVerde, Deceased Parent of Jeannine M. LaVerde, Deceased | Delores LaVerde, in her own right, on behalf of the Minor Child, and as the Representative of the Estate of Jeannine LaVerde, Deceased | 1:02-cv-01616, 3, at 1324 | Jeannine M. LaVerde |
| 30 | Theresann Lostrangio, Individually, as Spouse and Personal Representative of the Estate of Joseph Lostrangio, Deceased | Theresann Lostrangio, in her own right and as Executrix of the Estate of Joseph Lostrangio, Deceased | 1:02-cv-01616, 1, at 715 | Joseph Lostrangio |
| 31 | Deborah Rusin, as Personal Representative of the Estate of James P. McAneney, Deceased Sibling of Patricia A. McAneney, Deceased | James McAneney (P1981), in his own right and as the Representative of the Estate of Patricia A. McAneney, Deceased | 1:02-cv-01616, 26, 29, at 3776 | Patricia A. McAneney |

| # | Personal Representative | In Own Right | Case Reference | Decedent/Injured |
|---|---|---|---|---|
| 32 | Alicia A. Arancibia, as Personal Representative of the Estate of Ann Claire McDonnell, Deceased Parent of Brian Grady McDonnell, Deceased | Ann Claire McDonnell (P2001), in her own right as the Mother of Brian McDonnell, Deceased | 1:02-cv-01616, 26, 29, at 3812 | Brian Grady McDonnell |
| 33 | Patricia McKenna, as Personal Representative of the Estate of Eugene Francis McKenna, Deceased Parent of Stephanie Marie McKenna, Deceased | Eugene McKenna (P2026), in his own right as the Father of Stephanie McKenna, Deceased | 1:02-cv-01616, 26, 29, at 3859 | Stephanie Marie McKenna |
| 34 | William J. McLaughlin, as Personal Representative of the Estate of Catherine Cecilia McLaughlin, Deceased Sibling of Peter Matthew West, Deceased | Catherine C. McLaughlin (P2478), in her own right as the Sister of Peter Matthew West, Deceased | 1:02-cv-01616, 26, 29, at 4693 | Peter Matthew West |
| 35 | Lynn Anne Mullin, as Personal Representative of the Estate of Fredric John Mullin, Deceased Parent of Michael Joseph Mullin, Deceased | Fredric Mullin (P2085), in his own right as the Father of Michael Joseph Mullin, Deceased | 1:02-cv-01616, 26, 29, at 3979 | Michael Joseph Mullin |
| 36 | Joan Virginia Murphy, as Personal Representative of the Estate of William Charles Murphy, Jr., Deceased Parent of James Thomas Murphy, Deceased | William C. Murphy, Jr. (P2088), in his own right as the Father of James Thomas Murphy, Deceased | 1:02-cv-01616, 26, 29, at 3985 | James Thomas Murphy |
| 37 | Jenette Carole Nelson, as Co-Representative of the Estate of Gary Stanley Nelson, Deceased Parent of Ann Nicole Nelson, Deceased | Gary Stanley Nelson, Individually, as Parent and Personal Representative of the Estate of Ann Nicole Nelson, Deceased | 1:02-cv-01616, 232, at P3868, 8393-1, at 3, 8487 | Ann Nicole Nelson |
| 38 | Scott Travis Nelson, as Co-Representative of the Estate of Gary Stanley Nelson, Deceased Parent of Ann Nicole Nelson, Deceased | Gary Stanley Nelson, Individually, as Parent and Personal Representative of the Estate of Ann Nicole Nelson, Deceased | 1:02-cv-01616, 232, at P3868, 8393-1, at 3, 8487 | Ann Nicole Nelson |
| 39 | Suzanne Oelschlager, Individually, as Spouse and Personal Representative of the Estate of Douglas E. Oelschlager, Deceased | Spouse Doe #22, in her own right, on behalf of the Minor Children, and as Representative of the Estate of Decedent Doe #22, Deceased | 1:02-cv-01616, 1, at 821 | Douglas E. Oelschlager |
| 40 | Renato Olaes, Individually, and Spouse and Personal Representative of the Estate of Dalisay Saenz Olaes, Deceased | Dalisay Saenz Olaes (P2147), in her own right as an Injured Party | 1:02-cv-01616, 26, 29, at 4085 | Dalisay Saenz Olaes |
| 41 | Clifford Irving Olsen, as Personal Representative of the Estate of Barbara Anne Olsen, Deceased Parent of Eric Taube Olsen, Deceased | Barbara Olsen (P1197), in her own right as the Mother of Eric Taube Olsen, Deceased | 1:02-cv-01616, 26, 29, at 2238 | Eric Taube Olsen |
| 42 | Mary Frances Palmer-Murphy, as Personal Representative of the Estate of Agnes Louise Palmer, Deceased Parent of Orio Joseph Palmer, Deceased | Agnes L. Palmer, individually as the Parent of Orio Joseph Palmer, Deceased | 1:02-cv-01616, 3, at 1808, 5284-1, at 8, 5296 | Orio Joseph Palmer |

| # | Personal Representative | Decedent / Injured Party | Case Reference | 9/11 Decedent |
|---|---|---|---|---|
| 43 | Helen Olga Carlucci, as Personal Representative of the Estate of Juana Olga Pappageorge, Deceased Parent of James N. Pappageorge, Deceased | Juana Olga Pappageorge (P2158), in her own right as the Mother of James N. Pappageorge, Deceased | 1:02-cv-01616, 26, 29, at 4108 | James N. Pappageorge |
| 44 | Irene Provenzano, Individually, as Spouse and Personal Representative of the Estate of Salvatore Provenzano, Deceased | Salvatore Provenzano, in his own right as an Injured Party | 1:02-cv-01616, 3, at 1540 | Salvatore Provenzano |
| 45 | Cecilia Riccoboni, as Personal Representative of the Estate of John Riccoboni, Deceased Spouse of Ann Marie Riccoboni, Deceased | John Riccoboni (P2234), in his own right as the Husband of Ann Marie Riccoboni, Deceased | 1:02-cv-01616, 26, 29, at 4253 | Ann Marie Riccoboni |
| 46 | Brian W. Saber, as Co-Representative of the Estate of Elaine P. Saber, Deceased Parent of Scott Howard Saber, Deceased | Elaine Saber (P1247), in her own right as the Mother of Scott Saber, Deceased | 1:02-cv-01616, 26, 29, at 2328 | Scott Howard Saber |
| 47 | Bruce David Saber, as Co-Representative of the Estate of Elaine P. Saber, Deceased Parent of Scott Howard Saber, Deceased | Elaine Saber (P1247), in her own right as the Mother of Scott Saber, Deceased | 1:02-cv-01616, 26, 29, at 2328 | Scott Howard Saber |
| 48 | Carolyn A. Shay, as Personal Representative of the Estate of Maureen Shay, Deceased Parent of Robert J. Shay, Jr., Deceased | Maureen Shay (P1256), in her own right as the Mother of Robert J. Shay, Jr., Deceased | 1:02-cv-01616, 26, 29, at 2348 | Robert J. Shay, Jr. |
| 49 | Brenda Smith Clark, as Co-Representative of the Estate of Madeline W. Smith, Deceased Parent of Jeffrey R. Smith, Deceased | Madeline W. Smith, in her own right as the Mother of Jeffrey R. Smith, Deceased | 1:02-cv-01616, 3, at 1660 | Jeffrey R. Smith |
| 50 | Jerrald Smith, as Co-Representative of the Estate of Madeline W. Smith, Deceased Parent of Jeffrey R. Smith, Deceased | Madeline W. Smith, in her own right as the Mother of Jeffrey R. Smith, Deceased | 1:02-cv-01616, 3, at 1660 | Jeffrey R. Smith |
| 51 | Brenda Smith Clark, as Co-Representative of the Estate of Arthur A. Smith, Deceased Parent of Jeffrey R. Smith, Deceased | Arthur A. Smith, in his own right as the Father of Jeffrey R. Smith, Deceased | 1:02-cv-01616, 3, at 1659 | Jeffrey R. Smith |
| 52 | Jerrald Smith, as Co-Representative of the Estate of Arthur A. Smith, Deceased Parent of Jeffrey R. Smith, Deceased | Arthur A. Smith, in his own right as the Father of Jeffrey R. Smith, Deceased | 1:02-cv-01616, 3, at 1659 | Jeffrey R. Smith |
| 53 | Matthew G. Smith, as Co-Representative of the Estate of Georgia K. Smith, Deceased Parent of Karl T. Smith, Deceased | Georgia Smith (P2334), in her own right as the Mother of Karl T. Smith, Sr., Deceased | 1:02-cv-01616, 26, 29, at 4431 | Karl T. Smith |

|  | | | | |
|---|---|---|---|---|
| 54 | Philip Trumbull Smith, III, as Co-Representative of the Estate of Georgia K. Smith, Deceased Parent of Karl T. Smith, Deceased | Georgia Smith (P2334), in her own right as the Mother of Karl T. Smith, Sr., Deceased | 1:02-cv-01616, 26, 29, at 4431 | Karl T. Smith |
| 55 | Alan Shimel, as Personal Representative of the Estate of Ina Stanley, Deceased Sibling of Myrna Yaskulka, Deceased | Ina Stanley (P2517), in her own right as the Sister of Myrna Yaskulka, Deceased | 1:02-cv-01616, 26, 29, at 4757 | Myrna Yaskulka |
| 56 | Christine Verzosa Trotta, as Personal Representative of the Estate of Estrella V. Sumaya, Deceased Parent of Hilario Soriano Sumaya, Jr., Deceased | Estrella Sumaya, in her own right as the Mother of Hilario Soriano Sumaya, Jr., Deceased | 1:02-cv-01616, 3, at 1692 | Hilario Soriano Sumaya, Jr. |
| 57 | Danielle Cioffi, as Personal Representative of the Estate of William Tracy, Deceased | William Tracy (P2405), in his own right as an Injured Party | 1:02-cv-01616, 26, 29, at 4564 | William Tracy |
| 58 | Madeline Varriano, Individually as Spouse and Personal Representative of the Estate of Frank Angelo Varriano, Deceased | Spouse Doe #53, in her own right, and as Representative of the Estate of Decedent Doe #53, Deceased | 1:02-cv-01616, 3, at 1805 | Frank Angelo Varriano |
| 59 | Phyllis Woods, as Personal Representative of the Estate of Chris Woods, Deceased Sibling of Patrick Woods, Deceased | Chris Woods, in his own right as the Brother of Patrick Woods, Deceased | 1:02-cv-01616, 3, at 1746 | Patrick Woods |
| 60 | Katherine Agnes Bailey, individually as Parent and as Personal Representative of the Estate of Todd Garnet Bailey, Deceased Child of Garnet Edward Bailey, Deceased | Todd G. Bailey (P2815) | 1:02-cv-01616, 155, at P2815 | Garnet Edward Bailey |
| 61 | Lauri T. Isbrandtsen, as Co-Representative of the Estate of Erik Hans Isbrandtsen, Deceased | Lauri T. Isbrandtsen, Individually, as Parent and Personal Representative of the Estate of Erik Hans Isbrandtsen, Deceased | 1:02-cv-01616, 305, at P4335, 8393-1, at 24, 8487 | Erik Hans Isbrandtsen |
| 62 | David McEachern, as Co-Representative of the Estate of Erik Hans Isbrandtsen, Deceased | Lauri T. Isbrandtsen, Individually, as Parent and Personal Representative of the Estate of Erik Hans Isbrandtsen, Deceased | 1:02-cv-01616, 305, at P4335, 8393-1, at 24, 8487 | Erik Hans Isbrandtsen |
| 63 | Kara Kasper, as Co-Representative of the Estate of Charles Lewis Kasper, Deceased | Laureen Kasper, Individually, as Spouse and as the Personal Representative of the Estate of Charles Kasper, Deceased | 1:03-cv-9849, HAND FILED, at P5108, 1:02-cv-01616, 1, at 363 | Charles Lewis Kasper |
| 64 | Melissa Kasper, as Co-Representative of the Estate of Charles Lewis Kasper, Deceased | Laureen Kasper, Individually, as Spouse and as the Personal Representative of the Estate of Charles Kasper, Deceased | 1:03-cv-9849, HAND FILED, at P5108, 1:02-cv-01616, 1, at 363 | Charles Lewis Kasper |

| # | | | | |
|---|---|---|---|---|
| 65 | Michael Roman Kasper, as Co-Representative of the Estate of Charles Lewis Kasper, Deceased | Laureen Kasper, Individually, as Spouse and as the Personal Representative of the Estate of Charles Kasper, Deceased | 1:03-cv-9849, HAND FILED, at P5108, 1:02-cv-01616, 1, at 363 | Charles Lewis Kasper |
| 66 | Susan Tighe, as Personal Representative of the Estate of Timothy J. Tighe, Deceased Sibling of Stephen Edward Tighe, Deceased | Timothy J. Tighe (P1288), in his own right as the Brother of Stephen E. Tighe, Deceased | 1:02-cv-01616, 26, 29, at 2399 | Stephen Edward Tighe |
| 67 | Gina Maria Grassi, as Personal Representative of the Estate of Laura Alessi, Deceased Parent of Pamela J. Boyce, Deceased | Laura Alessi (P4777) | 1:02-cv-01616, 432, at P4777 | Pamela J. Boyce |
| 68 | Nicholas Paul Chiofalo, Jr., as Personal Representative of the Estate of Nicholas Paul Chiofalo, Deceased | Joan Nardello Chiofalo, Individually, as Spouse and Personal Representative of Nicholas Paul Chiofalo, Deceased | 1:02-cv-01616, 155, at P2847, 8393-1, at 61, 8487 | Nicholas Paul Chiofalo |
| 69 | Maria Lipari, as Personal Representative of the Estate of Geraldine Luparello, Deceased Spouse of Anthony Luparello, Deceased | Geraldine Luparello (P3801) | 1:02-cv-01616, 232, at P3801 | Anthony Luparello |
| 70 | Gina Grassi, as Personal Representative of the Estate of Pamela J. Boyce, Deceased | Laura Maria Alessi, Individually, as Parent and Personal Representative of Pamela J. Boyce, Deceased | 1:02-cv-01616, 432, at P4777, 8393-1, at 62, 8487 | Pamela J. Boyce |

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 4, 2025
New York, New York