| | | EXHIBIT A | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Ryan David Lee, individually as Child and as Personal Representative of the Estate of David S. Lee, Deceased | Angela F. Lee, individually as Spouse and as the Personal Representative of the Estate of David S. Lee, Deceased and on behalf of minor child R.L. and on behalf of all survivors of David S. Lee | 1:02-cv-01616, 26, 29, at 4802, 5284-1, at 7, 5296 | David S. Lee |
| 2 | Michael Margiotta, as Personal Representative of the Estate of Amelia Janine Margiotta, Deceased Parent of Charles Joseph Margiotta, Deceased | Amelia J. Margiotta in their own right as the Mother of Charles Joseph Margiotta, Deceased | 1:02-cv-01616, 1, at 364 | Charles Joseph Margiotta |
| 3 | Mary F. Waterman, as Personal Representative of the Estate of Beverly A. Faragher, Deceased Parent of Kathleen Faragher, Deceased | Beverly Faragher (P4262) | 1:02-cv-01616, 305, at P4262 | Kathleen Faragher |
| 4 | Dominic J. Puopolo, Sr., as Personal Representative of the Estate of Dominic J. Puopolo, Jr., Deceased Child of Sonia Morales Puopolo, Deceased | Dominic J. Puopolo, Jr. (P5500) | 1:03-md-01570, 602, at P5500 | Sonia Morales Puopolo |
| 5 | Martin J. Cummins, III, as Personal Representative of the Estate of Maureen Ellen Cummins, Deceased Parent of Brian Thomas Cummins, Deceased | Maureen Cummins, in her own right and as the Representative of the Estate of Brian Cummins, Deceased | 1:02-cv-01616, 3, at 1044 | Brian Thomas Cummins |
| 6 | Martin J. Cummins, III, as Personal Representative of the Estate of Brian Thomas Cummins, Deceased | Maureen Cummins, in her own right and as the Representative of the Estate of Brian Cummins, Deceased | 1:02-cv-01616, 3, at 1044 | Brian Thomas Cummins |
| 7 | Thomas J. Cangialosi, Jr., as Personal Representative of the Estate of Helen J. Cangialosi, Deceased Parent of Stephen Jeffrey Cangialosi, Deceased | Helen J. Cangialosi in their own right as the Mother of Stephen J. Cangialosi, Deceased | 1:02-cv-01616, 3, at 967 | Stephen Jeffrey Cangialosi |
| 8 | Claire Gorayeb, as Co-Representative of the Estate of Joseph G. Gorayeb, Deceased Parent of Catherine C. Gorayeb, Deceased | Joseph Gorayeb (P3703) | 1:02-cv-01616, 232, at P3703 | Catherine C. Gorayeb |

| # | | | | |
|---|---|---|---|---|
| 9 | Raymond J. Dowd, as Co-Representative of the Estate of Joseph G. Gorayeb, Deceased Parent of Catherine C. Gorayeb, Deceased | Joseph Gorayeb (P3703) | 1:02-cv-01616, 232, at P3703 | Catherine C. Gorayeb |
| 10 | John J. Roberts, as Personal Representative of the Estate of Veronica M. Roberts, Deceased Parent of Michael Edward Roberts, Deceased | Veronica M. Roberts (P1237), in her own right as the Mother of Michael Edward Roberts, Deceased | 1:02-cv-01616, 26, 29, at 2309 | Michael Edward Roberts |
| 11 | James Michael Harlin, as Personal Representative of the Estate of Caroline Anna Harlin, Deceased Parent of Daniel Edward Harlin, Deceased | Caroline Harlin (P1765), in her own right as the Mother of Daniel Edward Harlin, Deceased | 1:02-cv-01616, 26, 29, at 3379 | Daniel Edward Harlin |
| 12 | Christine Marie Marlo-Triemstra, as Personal Representative of the Estate of Rosemary Claire Meyer, Deceased Parent of Kevin D. Marlo, Deceased | Rosemary Meyer (P1962), in her own right as the Mother of Kevin D. Marlo, Deceased | 1:02-cv-01616, 26, 29, at 3739 | Kevin D. Marlo |
| 13 | Stephen Frank Jezycki, Jr., as Personal Representative of the Estate of Catherine Frances Jezycki, Deceased Parent of Margaret Alario, Deceased | Catherine Jezycki, in her own right as the Mother of Margaret Alario, Deceased | 1:02-cv-01616, 1, at 34 | Margaret Alario |
| 14 | Jeffrey Michael May, as Personal Representative of the Estate of Ronald Francis May, Deceased Parent of Renee A. May, Deceased | Kenneth May, as Personal Representative of the Estate of Ronald F. May, Deceased Parent of Renee A. May, Deceased | 1:02-cv-01616, 1, at 376;10609-1, 31, 10613, 10735-1, 1, 10758 | Renee A. May |