UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                           Civil Action No.
SEPTEMBER 11, 2001                                         03 MDL 1570

------------------------------------------------------------x

This document relates to:

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03-cv-9849 (GBD)(SN)*

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10836 in 03-MDL-1570 (GBD)(SN) and ECF No. 1229 in 03-cv-9849 (GBD)(SN).

**SO ORDERED.**

April ___, 2025                                      _____
New York, New York                                   SARAH NETBURN
                                                     United States Magistrate Judge