| | | EXHIBIT A | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Diane B. Aguiar, as Personal Representative of the Estate of Joao A. Aguiar, Sr., Deceased Parent of Joao A. Aguiar, Jr., Deceased | Joao A. Aguiar (P3576) | 1:02-cv-01616, 232, at P3576 | Joao A. Aguiar, Jr. |
| 2 | Darlene M. Keohane, individually and as the Personal Representative of the Estate of John Richard Keohane, Deceased | Darlene Keohane (P2970) | 1:02-cv-01616, 155, at P2970 | John Richard Keohane |
| 3 | Laura D. Fornuff, as Personal Representative of the Estate of Janet A. Dunstan, Deceased Spouse of Richard Anthony Dunstan, Deceased | Janet A. Dunstan, in her own right, on behalf of the Minor Child, and as the Representative of the Estate of Richard A. Dunstan, Deceased | 1:02-cv-01616, 3, at 1085 | Richard Anthony Dunstan |
| 4 | Daniel T. Kirwin, as Personal Representative of the Estate of Barbara Davis Kirwin, Deceased Parent of Glenn Davis Kirwin, Deceased | Barbara Kirwin (P1864), in her own right as the Mother of Glenn Davis Kirwin, Deceased | 1:02-cv-01616, 26, 29, at 3551 | Glenn Davis Kirwin |
| 5 | Antonio Temple, as Co-Representative of the Estate of Jacqueline Faye Temple, Deceased Sibling of Dorothy Pearl Temple, Deceased | Jacklyn Temple (P1283), in her own right as the Sister of Dorothy Temple, Deceased | 1:02-cv-01616, 26, 29, at 2392 | Dorothy Pearl Temple |
| 6 | Valencia Temple, as Co-Representative of the Estate of Jacqueline Faye Temple, Deceased Sibling of Dorothy Pearl Temple, Deceased | Jacklyn Temple (P1283), in her own right as the Sister of Dorothy Temple, Deceased | 1:02-cv-01616, 26, 29, at 2392 | Dorothy Pearl Temple |
| 7 | Robert J. Fox, as Co-Representative of the Estate of Arthur S. Wildman, Jr., Deceased Parent of Alison M. Wildman, Deceased | Arthur S. Wildman, Jr. (P3151) | 1:02-cv-01616, 155, at P3151 | Alison M. Wildman |
| 8 | George T. Wildman, as Co-Representative of the Estate of Arthur S. Wildman, Jr., Deceased Parent of Alison M. Wildman, Deceased | Arthur S. Wildman, Jr. (P3151) | 1:02-cv-01616, 155, at P3151 | Alison M. Wildman |
| 9 | Richard Edward DelleFemine, Sr., as Personal Representative of the Estate of Hope Louise DelleFemine, Deceased Parent of Carol Marie Bouchard, Deceased | Kenneth E. DelleFemine, as Personal Representative of the Estate of Hope Louise DelleFemine, Deceased | 1:02-cv-01616, 26, 29, at 2701, 8397-1, at 7, 8433 | Carol Marie Bouchard |
| 10 | Kelly Grady, as Personal Representative of the Estate of Brendan M. Grady, Deceased Sibling of Christopher Michael Grady, Deceased | Brendan M. Grady (P4851) | 1:02-cv-01616, 432, at P4851 | Christopher Michael Grady |