**EXHIBIT A**

*Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al.,* Case No. 03-cv-9849 (GBD)(SN)
Motion to Add Parties Against the Taliban

| # | Plaintiff Name | Relationship to 9/11 decedent | State of Domicile | Country of citizenship | 9/11 Decedent Name |
|---|---|---|---|---|---|
| 1 | Theordore S. Beck, as Representative of the Estate of Susan Beck, Deceased | Parent | NY | United States | Lawrence Ira Beck |
| 2 | Scott David Beck | Sibling | NY | United States | Lawrence Ira Beck |
| 3 | Laura Mary Bilcher-Steffensen | Sibling | NY | United States | Brian Bilcher |
| 4 | Janine Ashley Birt | Child | FL | United States | Angela Susan Scheinberg |
| 5 | Anna Marie Bocchino | Sibling | NJ | United States | Edward Frank Pullis |
| 6 | Stacey Marie Booker | Sibling | NJ | United States | Sean Booker |
| 7 | Laverne Booker | Sibling | DE | United States | Sean Booker |
| 8 | Sonya Booker | Sibling | PA | United States | Sean Booker |
| 9 | Bradley Blakeslee Bullis | Sibling | CT | United States | Dianne Bullis Snyder |
| 10 | John Andrew Bullis | Sibling | CT | United States | Dianne Bullis Snyder |
| 11 | Elizabeth Frances Bullis-Wiese | Sibling | CT | United States | Dianne Bullis Snyder |
| 12 | Maureen Lucille Campbell | Parent | United Kingdom | United Kingdom | Geoffrey Thomas Campbell |
| 13 | Robert Benjamin Campbell | Sibling | United Kingdom | United Kingdom | Geoffrey Thomas Campbell |
| 14 | Matthew Ian Campbell | Sibling | United Kingdom | United Kingdom | Geoffrey Thomas Campbell |
| 15 | Russell B. Connors | Sibling | ME | United States | Kevin P. Connors |
| 16 | Teresa Veling Czark | Sibling | SC | United States | Lawrence Gerard Veling |
| 17 | Lisa Ann DeAngelis | Child | CT | United States | Robert Joseph DeAngelis, Jr. |
| 18 | Jenna Marie DeAngelis | Child | NY | United States | Robert Joseph DeAngelis, Jr. |
| 19 | Joan Marie DeAngelis | Sibling | NY | United States | Robert Joseph DeAngelis, Jr. |
| 20 | Michael David Fiedel | Sibling | NY | United States | Kristen Nicole Fiedel |
| 21 | Diane Lorraine Hunt | Parent | MA | United States | William Christopher Hunt |
| 22 | Daniel Walter Hunt | Sibling | MA | United States | William Christopher Hunt |
| 23 | Keith King | Half-sibling | MA | United States | Sean Booker |
| 24 | Peter John Lynch, as Representative of the Estate of James Francis Lynch, Deceased | 911D | NJ | United States | James Francis Lynch |
| 25 | May-Lis Manley | Sibling | MD | United States | Sara Elizabeth Manley |
| 26 | John Edward Manley, Jr. | Sibling | NJ | United States | Sara Elizabeth Manley |
| 27 | Lisa Caroline Miller-Kelly | Child | NJ | United States | Robert Cromwell Miller, Jr. |
| 28 | Lauren Coombs Murphy | Sibling | MA | United States | Jeffrey W. Coombs |
| 29 | Mary Elizabeth Platek | Sibling | NY | United States | Robert Joseph DeAngelis, Jr. |
| 30 | Tina Gaetana Pullis | Parent | NJ | United States | Edward Frank Pullis |
| 31 | Josephine Anne Pullis | Sibling | PA | United States | Edward Frank Pullis |
| 32 | Paige Jenna Tipaldi | Half-sibling | NJ | United States | Robert Frank Tipaldi |
| 33 | Erica Zimmerman-Basnicki | Step-Child | United Kingdom | Canada | Kenneth William Basnicki |