# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)(FM) |

This document relates to:

   *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.,* Case No. 03-cv-9849 (GBD)(SN)

## [PROPOSED] ORDER

Plaintiffs in *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-9849 (the "*Burnett* Plaintiffs"), move to amend their complaint under Federal Rule of Civil Procedure 15. ECF No. 10955.[1] They also request certain additional considerations to facilitate amendment.

Federal Rule of Civil Procedure 15(a)(2) permits a party to amend its complaint with the court's leave. Courts are directed to "freely give leave when justice so requires." *Id.* This decision is committed to the discretion of the court, *McCarthy v. Dun & Bradstreet Corp.*, 482 F.3d 184, 200 (2d Cir. 2007), but granting "leave to amend is the 'usual practice,'" *Bank v. Gohealth, LLC*, No. 21-cv1287, 2022 WL 1132503, at *1 (2d Cir. Apr. 18, 2022) (quoting *Hayden v. Cnty. Of Nassau*, 180 F.3d 42, 53 (2d Cir. 1999)). *See Foman v. Davis*, 371 U.S. 178, 182 (1962) (finding that leave to amend should be granted "[i]n the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment . . . ."). These claims are not futile, will not unduly delay these proceedings or prejudice the Taliban, and were not filed in bad faith or with a dilatory motive. The *Burnett* Plaintiffs' motion is therefore GRANTED, and it is further ORDERED that:

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, 03-md-01570.

- The underlying complaint in *Burnett*, No. 03-cv-09849, is amended to include the thirty-three (33) parties identified in the *Burnett* Plaintiffs' exhibit at ECF No. 10957-1 as parties in the action against the Taliban;

- These amendments supplement, but do not displace, the underlying operative complaint in *Burnett*, No. 03-cv-9849;

- Prior rulings, orders, and judgments entered in this case remain in effect as to all parties; and

- Further service on the Taliban is not required as a result of these amendments, and prior service orders apply, including the Court's order on service by publication at ECF Nos. 445, 488.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 10955 and the related motion at ECF No. 1235 in *Burnett*, No. 03-cv-9849.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: _____, 2025
New York, New York

# EXHIBIT A

*Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al.,* Case No. 03-cv-9849 (GBD)(SN)
Motion to Add Parties Against the Taliban

| # | Plaintiff Name | Relationship to 9/11 decedent | State of Domicile | Country of citizenship | 9/11 Decedent Name |
|---|---|---|---|---|---|
| 1 | Theordore S. Beck, as Representative of the Estate of Susan Beck, Deceased | Parent | NY | United States | Lawrence Ira Beck |
| 2 | Scott David Beck | Sibling | NY | United States | Lawrence Ira Beck |
| 3 | Laura Mary Bilcher-Steffensen | Sibling | NY | United States | Brian Bilcher |
| 4 | Janine Ashley Birt | Child | FL | United States | Angela Susan Scheinberg |
| 5 | Anna Marie Bocchino | Sibling | NJ | United States | Edward Frank Pullis |
| 6 | Stacey Marie Booker | Sibling | NJ | United States | Sean Booker |
| 7 | Laverne Booker | Sibling | DE | United States | Sean Booker |
| 8 | Sonya Booker | Sibling | PA | United States | Sean Booker |
| 9 | Bradley Blakeslee Bullis | Sibling | CT | United States | Dianne Bullis Snyder |
| 10 | John Andrew Bullis | Sibling | CT | United States | Dianne Bullis Snyder |
| 11 | Elizabeth Frances Bullis-Wiese | Sibling | CT | United States | Dianne Bullis Snyder |
| 12 | Maureen Lucille Campbell | Parent | United Kingdom | United Kingdom | Geoffrey Thomas Campbell |
| 13 | Robert Benjamin Campbell | Sibling | United Kingdom | United Kingdom | Geoffrey Thomas Campbell |
| 14 | Matthew Ian Campbell | Sibling | United Kingdom | United Kingdom | Geoffrey Thomas Campbell |
| 15 | Russell B. Connors | Sibling | ME | United States | Kevin P. Connors |
| 16 | Teresa Veling Czark | Sibling | SC | United States | Lawrence Gerard Veling |
| 17 | Lisa Ann DeAngelis | Child | CT | United States | Robert Joseph DeAngelis, Jr. |
| 18 | Jenna Marie DeAngelis | Child | NY | United States | Robert Joseph DeAngelis, Jr. |
| 19 | Joan Marie DeAngelis | Sibling | NY | United States | Robert Joseph DeAngelis, Jr. |
| 20 | Michael David Fiedel | Sibling | NY | United States | Kristen Nicole Fiedel |
| 21 | Diane Lorraine Hunt | Parent | MA | United States | William Christopher Hunt |
| 22 | Daniel Walter Hunt | Sibling | MA | United States | William Christopher Hunt |
| 23 | Keith King | Half-sibling | MA | United States | Sean Booker |
| 24 | Peter John Lynch, as Representative of the Estate of James Francis Lynch, Deceased | 911D | NJ | United States | James Francis Lynch |
| 25 | May-Lis Manley | Sibling | MD | United States | Sara Elizabeth Manley |
| 26 | John Edward Manley, Jr. | Sibling | NJ | United States | Sara Elizabeth Manley |
| 27 | Lisa Caroline Miller-Kelly | Child | NJ | United States | Robert Cromwell Miller, Jr. |
| 28 | Lauren Coombs Murphy | Sibling | MA | United States | Jeffrey W. Coombs |
| 29 | Mary Elizabeth Platek | Sibling | NY | United States | Robert Joseph DeAngelis, Jr. |
| 30 | Tina Gaetana Pullis | Parent | NJ | United States | Edward Frank Pullis |
| 31 | Josephine Anne Pullis | Sibling | PA | United States | Edward Frank Pullis |
| 32 | Paige Jenna Tipaldi | Half-sibling | NJ | United States | Robert Frank Tipaldi |
| 33 | Erica Zimmerman-Basnicki | Step-Child | United Kingdom | Canada | Kenneth William Basnicki |