USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)(FM) |

This document relates to:

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.,* Case No. 03-cv-9849 (GBD)(SN)

**PLAINTIFFS' NOTICE OF MOTION TO ADD PARTIES AGAINST THE TALIBAN**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declaration of John C. Duane ("Duane Declaration"), along with the exhibit attached thereto, the *Burnett* Plaintiffs, by and through their counsel, respectfully move that this Court:

1. Order that the underlying complaint is deemed amended to add the plaintiffs listed on Exhibit A to the Duane Declaration as a party against the Taliban;

2. Order that the addition of these plaintiffs supplements by incorporation into, but does not displace, the underlying operative complaint;

3. Order, in the alternative to amendment, that the plaintiffs listed on Exhibit A to the Duane Declaration are added as plaintiffs to the *Burnett* case against the Taliban through Fed. R. Civ. P. 24 intervention;

4. Order that prior service, orders, and judgments entered in the case remain in effect as to all parties;

5. Order that all parties are bound by all prior rulings made in this case, including the Court's prior order on service by publication, ECF Nos. 445, 488;

6. Order that Case Management Order #2, ECF No. 247, ¶ 12 applies to the plaintiffs listed on Exhibit A to the Duane Declaration such that re-service of the Taliban is not required;

7. Order that upon granting the *Burnett* Plaintiffs' motion, Plaintiffs' counsel shall add the plaintiffs listed on Exhibit A to the Duane Declaration as a Plaintiff in this case in the Court's CM/ECF system; and

8. Granting such other and further relief that the Court deems just and proper.

Dated: May 15, 2025

Respectfully submitted,

MOTLEY RICE LLC

*/s/ John C. Duane*
John C. Duane, Esq.
Donald A. Migliori, Esq.
Jodi Westbrook Flowers, Esq.
Robert T. Haefele, Esq.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450
Email: jduane@motleyrice.com

Attorneys for the *Burnett* Plaintiffs

---

The motion to add parties is GRANTED. The underlying complaint is deemed amended to add the parties listed at ECF No. 10957-1. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 10955.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: May 16, 2025
New York, New York

2