UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                 Civil Action No.
SEPTEMBER 11, 2001                         03 MDL 1570

---------------------------------------------------------x

This document relates to:

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11025 in 03-MDL-1570 (GBD)(SN) and ECF No. 1246 in 03-cv-9849 (GBD)(SN).

**SO ORDERED.**

June ___, 2025                             _____
New York, New York                         SARAH NETBURN
                                           United States Magistrate Judge

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Susan S. Stewart as Personal Representative of the Estate of Joan B. Stewart, Deceased Parent of Richard H. Stewart, Deceased | Joan B. Stewart (P3097) | 1:02-cv-01616, 155, at P3097 | Richard H. Stewart, Jr. |
| 2 | Tiffany M. Lynch as Personal Representative of the Estate of Jacqueline E. Lynch, Deceased Spouse of Terence M. Lynch, Deceased | Jacqueline E. Lynch P3811 | 1:02-cv-01616, 232, at P3811 | Terence M. Lynch |
| 3 | Nathan Jay Hersch as the Personal Representative of the Estate of Jeffrey A. Hersch, Deceased | Leslie Sue Hersch (P1085), in her own right and as the Representative of the Estate of Jeffrey A. Hersch, Deceased | 1:02-cv-01616, 26, 29, at 2036 | Jeffrey A. Hersch |
| 4 | John Francis Weinberg, as Co-Personal Representative of the Estate of Mary P. Weinberg, Deceased Parent of Michael T. Weinberg, Deceased | John Francis Weinberg, as Personal Representative of the Estate of Mary P. Weinberg, Deceased | 1:02-cv-01616, 1, at 646, 8397-1, at 366, 8433 | Michael T. Weinberg |
| 5 | Morton Weinberg, as Co-Personal Representative of the Estate of Mary P. Weinberg, Deceased Parent of Michael T. Weinberg, Deceased | John Francis Weinberg, as Personal Representative of the Estate of Mary P. Weinberg, Deceased | 1:02-cv-01616, 1, at 646, 8397-1, at 366, 8433 | Michael T. Weinberg |
| 6 | Linda Marie Perrone as Personal Representative of the Estate of Marie Anne Palombo, Deceased Sibling of Frank Palombo, Deceased | Marie Perrone (P1202), in her own right as the Sister of Frank Palombo, Deceased | 1:02-cv-01616, 26, 29, at 2247 | Frank Palombo |