UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON         Civil Action No.
SEPTEMBER 11, 2001         03 MDL 1570

-----------------------------------------------------------x

This document relates to:
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent[1] related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:  June 17, 2025         Respectfully submitted,

MOTLEY RICE LLC

*/s/ John C. Duane*
John C. Duane, Esq.

---

[1] As noted in Exhibit A, Plaintiffs previously filed a motion to substitute parties related to the estate of Mary P. Weinberg in which Plaintiffs incorrectly referenced the 9/11 decedent's last name as "Washington". *See* ECF No. 11007, at Exhibit A, lines 48 and 49, dated 6/6/2024, and the Order at ECF No. 11016, at Exhibit A, lines 48 and 49. The instant motion to substitute includes the correct references to 9/11 decedent Michael T. Weinberg's last name in the attached Exhibit A.

Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
jduane@motleyrice.com

Counsel for Plaintiffs

| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|
| | **EXHIBIT A** | | | |
| 1 | Susan S. Stewart as Personal Representative of the Estate of Joan B. Stewart, Deceased Parent of Richard H. Stewart, Deceased | Joan B. Stewart (P3097) | 1:02-cv-01616, 155, at P3097 | Richard H. Stewart, Jr. |
| 2 | Tiffany M. Lynch as Personal Representative of the Estate of Jacqueline E. Lynch, Deceased Spouse of Terence M. Lynch, Deceased | Jacqueline E. Lynch P3811 | 1:02-cv-01616, 232, at P3811 | Terence M. Lynch |
| 3 | Nathan Jay Hersch as the Personal Representative of the Estate of Jeffrey A. Hersch, Deceased | Leslie Sue Hersch (P1085), in her own right and as the Representative of the Estate of Jeffrey A. Hersch, Deceased | 1:02-cv-01616, 26, 29, at 2036 | Jeffrey A. Hersch |
| 4 | John Francis Weinberg, as Co-Personal Representative of the Estate of Mary P. Weinberg, Deceased Parent of Michael T. Weinberg, Deceased | John Francis Weinberg, as Personal Representative of the Estate of Mary P. Weinberg, Deceased | 1:02-cv-01616, 1, at 646, 8397-1, at 366, 8433 | Michael T. Weinberg |
| 5 | Morton Weinberg, as Co-Personal Representative of the Estate of Mary P. Weinberg, Deceased Parent of Michael T. Weinberg, Deceased | John Francis Weinberg, as Personal Representative of the Estate of Mary P. Weinberg, Deceased | 1:02-cv-01616, 1, at 646, 8397-1, at 366, 8433 | Michael T. Weinberg |
| 6 | Linda Marie Perrone as Personal Representative of the Estate of Marie Anne Palombo, Deceased Sibling of Frank Palombo, Deceased | Marie Perrone (P1202), in her own right as the Sister of Frank Palombo, Deceased | 1:02-cv-01616, 26, 29, at 2247 | Frank Palombo |

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: June 18, 2025
      New York, New York