# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

**IN RE TERRORIST ATTACKS ON**               **Civil Action No.**
**SEPTEMBER 11, 2001**                        **03 MDL 1570**

----------------------------------------------------------x

This document relates to:

    *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03-cv-9849 (GBD)(SN)*

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11100 in 03-MDL-1570 (GBD)(SN) and ECF No. 1249 in 03-cv-9849 (GBD)(SN). **SO ORDERED.**

August ___, 2025                              _____
New York, New York                           SARAH NETBURN
                                             United States Magistrate Judge

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Janine Passelis, as Co-Administrator of the Estate of Ann Marie Ricconboni, Deceased | John Ricconboni (P2234), in his own right as the Husband of Ann Marie Ricconboni, Deceased | 1:02-cv-01616, 26, 29, at 4253 | Ricconboni, Ann Marie |
| 2 | Maria-Elena Santorelli, as Co-Administrator of the Estate of Ann Marie Ricconboni, Deceased | John Ricconboni (P2234), in his own right as the Husband of Ann Marie Ricconboni, Deceased | 1:02-cv-01616, 26, 29, at 4253 | Ricconboni, Ann Marie |
| 3 | Kathy Roseann Stahlman as Personal Representative of the Estate of Renee Stahlman, Deceased Parent of Eric Adam Stahlman, Deceased | Renee Stahlman (P4744) | 1:02-cv-01616, 313, at P4744 | Stahlman, Eric Adam |
| 4 | Dorothy Nancy Hoey as Personal Representative of the Estate of John Vincent Hoey, III, Deceased Sibling of Patrick Aloysius Hoey, Deceased | John V. Hoey, III, individually as the Sibling of Patrick Aloysius Hoey, Deceased | 1:02-cv-01616, 3, at 710, 5284-1, at 6, 5296 | Hoey, Patrick Aloysius |
| 5 | Zara Khan Yedvarb as Personal Representative of the Estate of Taimour Khan, Deceased | Tahira Khan (P1860), in her own right and as the Representative of the Estate of Taimour Khan, Deceased | 1:02-cv-01616, 26, 29, at 3544 | Khan, Taimour |
| 6 | Bryan Murtagh as Personal Representative of the Estate of Robert E. Sutcliffe, Jr., Deceased | Margaret Sutcliffe as the Representative of the Estate of Robert E. Sutcliffe, Jr., Deceased | 1:02-cv-01616, 232, at P3967, 8393-1, at 69, 8487 | Sutcliffe, Jr., Robert E. |
| 7 | Sandra Lusardi Racaniello as Personal Representative of the Estate of Christopher Anthony Peter Racaniello, Deceased | Frank Vincent Racaniello as the Representative of the Estate of Christopher Anthony Peter Racaniello, Deceased | 1:02-cv-01616, 232, at P3917, 8393-1, at 10, 8487 | Racaniello, Christopher Anthony Peter |
| 8 | Edith Del Mar Behr as Personal Representative of the Estate of Maria Behr, Deceased | George Behr as the Personal Representative of the Estate of Maria Behr, Deceased | 1:02-cv-01616, 305, at P4140, 8393-1, at 52, 8487 | Behr, Maria |
| 9 | Edith Del Mar Behr as Personal Representative of the Estate of George Behr, Deceased Parent of Maria Behr, Deceased | George Behr (P4140) | 1:02-cv-01616, 305, at P4140 | Behr, Maria |
| 10 | Allison D. Hall as Personal Representative of the Estate of Margaret Regan, Deceased Sibling of Donald Regan, Deceased | Margaret Regan (P4936) | 1:02-cv-01616, 432, at P4936 | Regan, Donald |
| 11 | Paul M. Spina as Personal Representative of the Estate of Irene Spina, Deceased Parent of Lisa L. Spina-Trerotola, Deceased | Irene Spina, in her own right as the Mother of Lisa L. Spina-Trerotola, Deceased | 1:02-cv-01616, 1, at 592 | Spina-Trerotola, Lisa L |