Exhibit A

| # | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to 9/11 decedent | State of Domicile | Country of citizenship | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Kenneth | Anthony | Angell | | Sibling | VT | U.S. | David | Lawrence | Angell | |