UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON　　　　　　　Civil Action No.
SEPTEMBER 11, 2001　　　　　　　　　　　　03 MDL 1570

-----------------------------------------------------------x

This document relates to:

 *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)

## [PROPOSED] ORDER

 Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

 **ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

 Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11175 in 03-MDL-1570 (GBD)(SN) and ECF No. 1258 in 03-cv-9849 (GBD)(SN).

**SO ORDERED.**

August ___, 2025　　　　　　　　　　　　_____
New York, New York　　　　　　　　　　　SARAH NETBURN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Maureen P. Kennedy, Deceased Spouse of Robert C. Kennedy, Deceased | Maureen Kennedy (P5382) | 1:03-md-01570, 432, at P5383 | Kennedy, Robert C. |
| 2 | Catherine M. Miller as the Co-Representative of the Estate of Maureen P. Kennedy, Deceased Spouse of Robert C. Kennedy, Deceased | Maureen Kennedy (P5382) | 1:03-md-01570, 432, at P5383 | Kennedy, Robert C. |
| 3 | Mario F. Spina as Personal Representative of the Estate of Irene Spina, Deceased Parent of Lisa L. Spina-Trerotola, Deceased | Irene Spina, in her own right as the Mother of Lisa L. Spina-Trerotola, Deceased | 1:02-cv-01616, 1, at 592 | Spina-Trerotala, Lisa L. |
| 4 | James M. Roger as Personal Representative of the Estate of Jean Destrehan Roger, Deceased | Thomas Harvey Roger, individually as the Parent and as the Personal Representative of the Estate of Jean Destrehan Roger, Deceased and on behalf of all survivors of Jean Destrehan Roger | 1:02-cv-01616, 1, at 790, 5284-1, at 10, 5296 | Roger, Jean D |
| 5 | Kathryn L. Barrere as Personal Representative of the Estate of Eunice K. Hanson, Deceased Parent of Peter B. Hanson, Deceased | Eunice K. Hanson (P3713) | 1:02-cv-01616, 232, at P3713 | Hanson, Peter B |
| 6 | Maria Emilia Riverso as Personal Representative of the Estate of Domenico Riverso, Deceased Parent of Joseph R. Riverso, Deceased | Domenico Riverso, in his own right as the Father of Joseph R. Riverso, Deceased | 1:02-cv-01616, 3, at 1573 | Riverso, Joseph R. |
| 7 | Chelsea L. Thompson as Personal Representative of the Estate of Perry Thompson, Deceased | Charlette Thompson as the Personal Representative of the Estate of Perry Thompson, Deceased | 1:02-cv-01616, 305, at P4550, 8393-1, at 65, 8487 | Thompson, Perry |
| 8 | Mark L. Madden as Personal Representative of the Estate of Michelle Marie Madden, Deceased Parent of Richard B. Madden, Deceased | Michelle M. Madden (P4393) | 1:02-cv-01616, 305, at P4393 | Madden, Richard B. |
| 9 | Alfonso Cubas, Jr. as Personal Representative of the Estate of Dorothy P. Cubas, Deceased Parent of Kenneth J. Cubas, Deceased | Dorothy Cubas, in her own right as the Mother of Kenneth J. Cubas, Deceased | 1:02-cv-01616, 1, at 148 | Cubas, Kenneth J. |
| 10 | Dorothy G. McGrath as Personal Representative of the Estate of Harold L. Polhemus, Deceased Parent of Thomas H. Polhemus, Deceased | Harold L. Polhemus (P4490) | 1:02-cv-01616, 305, at P4490 | Polhemus, Thomas H. |