UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2025
```

-----------------------------------------------------------X

IN RE TERRORIST ATTACKS ON           Civil Action No.
SEPTEMBER 11, 2001                   03 MDL 1570

-----------------------------------------------------------X

This document relates to:
   *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)

### MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   August 27, 2025                 Respectfully submitted,

                                         MOTLEY RICE LLC

---

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: August 28, 2025
       New York, New York

## EXHIBIT A

| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|
| 1 | Maureen P. Kennedy, Deceased Spouse of Robert C. Kennedy, Deceased | Maureen Kennedy (P5382) | 1:03-md-01570, 432, at P5383 | Kennedy, Robert C. |
| 2 | Catherine M. Miller as the Co-Representative of the Estate of Maureen P. Kennedy, Deceased Spouse of Robert C. Kennedy, Deceased | Maureen Kennedy (P5382) | 1:03-md-01570, 432, at P5383 | Kennedy, Robert C. |
| 3 | Mario F. Spina as Personal Representative of the Estate of Irene Spina, Deceased Parent of Lisa L. Spina-Trerotola, Deceased | Irene Spina, in her own right as the Mother of Lisa L. Spina-Trerotola, Deceased | 1:02-cv-01616, 1, at 592 | Spina-Trerotala, Lisa L. |
| 4 | James M. Roger as Personal Representative of the Estate of Jean Destrehan Roger, Deceased | Thomas Harvey Roger, individually as the Parent and as the Personal Representative of the Estate of Jean Destrehan Roger, Deceased and on behalf of all survivors of Jean Destrehan Roger | 1:02-cv-01616, 1, at 790, 5284-1, at 10, 5296 | Roger, Jean D |
| 5 | Kathryn L. Barrere as Personal Representative of the Estate of Eunice K. Hanson, Deceased Parent of Peter B. Hanson, Deceased | Eunice K. Hanson (P3713) | 1:02-cv-01616, 232, at P3713 | Hanson, Peter B |
| 6 | Maria Emilia Riverso as Personal Representative of the Estate of Domenico Riverso, Deceased Parent of Joseph R. Riverso, Deceased | Domenico Riverso, in his own right as the Father of Joseph R. Riverso, Deceased | 1:02-cv-01616, 3, at 1573 | Riverso, Joseph R. |
| 7 | Chelsea L. Thompson as Personal Representative of the Estate of Perry Thompson, Deceased | Charlette Thompson as the Personal Representative of the Estate of Perry Thompson, Deceased | 1:02-cv-01616, 305, at P4550, 8393-1, at 65, 8487 | Thompson, Perry |
| 8 | Mark L. Madden as Personal Representative of the Estate of Michelle Marie Madden, Deceased Parent of Richard B. Madden, Deceased | Michelle M. Madden (P4393) | 1:02-cv-01616, 305, at P4393 | Madden, Richard B. |
| 9 | Alfonso Cubas, Jr. as Personal Representative of the Estate of Dorothy P. Cubas, Deceased Parent of Kenneth J. Cubas, Deceased | Dorothy Cubas, in her own right as the Mother of Kenneth J. Cubas, Deceased | 1:02-cv-01616, 1, at 148 | Cubas, Kenneth J. |
| 10 | Dorothy G. McGrath as Personal Representative of the Estate of Harold L. Polhemus, Deceased Parent of Thomas H. Polhemus, Deceased | Harold L. Polhemus (P4490) | 1:02-cv-01616, 305, at P4490 | Polhemus, Thomas H. |