UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No.<br>03 MDL 1570 |

---------------------------------------------------------x

This document relates to:

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03-cv-9849 (GBD)(SN)*

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11192 in 03-MDL-1570 (GBD)(SN) and ECF No. 1261 in 03-cv-9849 (GBD)(SN).

**SO ORDERED.**

September ___, 2025  
New York, New York

_____  
SARAH NETBURN  
United States Magistrate Judge

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Frank Mingione as Personal Representative of the Estate of Antonina Mingione, Deceased Parent of Thomas Mingione, Deceased | Antonina Mingione (P1169), in her own right as the Mother of Thomas Mingione, Deceased | 1:02-cv-01616, 26, 29, at 2185 | Thomas Mingione |
| 2 | Hans J. Gerhardt as Co-Representative of the Estate of of Ralph Gerhardt, Deceased | Hans J. Gerhardt as the Personal Representative of the Estate of Ralph Gerhardt, Deceased | 1:02-cv-01616, 305, at P4292, 8393-1, at 66, 8487 | Ralph Gerhardt |
| 3 | Marc J. Gottridge as Co-Representative of the Estate of of Ralph Gerhardt, Deceased | Hans J. Gerhardt as the Personal Representative of the Estate of Ralph Gerhardt, Deceased | 1:02-cv-01616, 305, at P4292, 8393-1, at 66, 8487 | Ralph Gerhardt |
| 4 | Mary E. Andrews as Personal Representative of the Estate of Michael Rourke Andrews, Deceased | Edward S. Andrews as the Personal Representative of the Estate of Michael Rourke Andrews, Deceased | 1:02-cv-01616, 232, at P4042, 8393-1, at 59, 8487 | Michael Rourke Andrews |
| 5 | Corrine E. Bounty as Personal Representative of the Estate of Margaret M. Conner, Deceased | Michael Anthony Conner as the Personal Representative of the Estate of Margaret Mary Conner, Deceased | 1:02-cv-01616, 232, at P3658, 8393-1, at 51, 8487 | Margaret M. Conner |
| 6 | Cecilia Goldstein as Personal Representative of the Estate of Monica Goldstein, Deceased | Morris Sonny Goldstein as the Representative of the Estate of Monica Goldstein, Deceased | 1:02-cv-01616, 1, at 255, 8408, at 1, 8434, 8393-1, at 60, 8487 | Monica Goldstein |

| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|
| 7 | Virginia Ann Hindy as Personal Representative of the Estate of Mark D. Hindy, Deceased | George V. Hindy (P1092), in his own right and as the Representative of the Estate of Mark D. Hindy, Deceased | 1:02-cv-01616, 26, 29, at 2048 | Mark D. Hindy |
| 8 | Ashley N. Lynch as Personal Representative of the Estate of Terence M. Lynch, Deceased | Jacqueline E. Lynch as the Personal Representative of the Estate of Terence M. Lynch, Deceased | 1:02-cv-01616, 232, at P3811, 8393-1, at 79, 8487 | Terence M. Lynch |
| 9 | Meredith C. Andrews as Co-Representative of the Estate of Maureen P. Kennedy, Deceased Spouse of Robert C. Kennedy, Deceased[1] | Maureen Kennedy (P5382) | 1:03-md-01570, 432, at P5383 | Robert C. Kennedy |

---

[1] The identification of this party was previously included in Plaintiff's Motion to Substitute Parties, ECF 11175, filed August 27, 2025, but the full text with the Plaintiff's Name and relationship to Decedent was inadvertently omitted in that prior motion.