# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)(FM) |

This document relates to:

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)

## [PROPOSED] ORDER ON PLAINTIFFS' NOTICE OF MOTION TO AMEND

Upon consideration of the arguments submitted by Plaintiffs identified in Exhibit A to this Order, it is hereby:

**ORDERED** that Plaintiffs' Amended Complaint is amended to include the capacities of Plaintiffs set forth in Exhibit A; and it is

**ORDERED** that the *Burnett* Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of these plaintiffs to the *Burnett* action in the Court's ECF and docketing system.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11199 in 03-MDL-1570 (GBD)(SN) and ECF No. 1263 in 03-cv-9849 (GBD)(SN).

**SO ORDERED.**

Dated:   September _____, 2025         _____
         New York, New York            SARAH NETBURN
                                       United States Magistrate Judge

| | **EXHIBIT A** | | | |
|---|---|---|---|---|
| **#** | **Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent)** | **Reference to Plaintiff in Current Caption** | **Paragraph of Complaint Discussing Decedent** | **9/11 Decedent Name** |
| 1 | Naoemi P. Gullickson as Personal Representative of the Estate of Joseph P. Gullickson, Deceased | Naoemi P. Gullickson (P1740), in her own right as the Wife of Joseph P. Gullickson, Deceased | 1:02-cv-01616, 26, 29, at 3328 | Joseph P. Gullickson |