UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2025
```

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON             Civil Action No.
SEPTEMBER 11, 2001                     03 MDL 1570

-----------------------------------------------------------x

This document relates to:
    *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   September 5, 2025                    Respectfully submitted,

MOTLEY RICE LLC

---

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: September 8, 2025
      New York, New York

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Frank Mingione as Personal Representative of the Estate of Antonina Mingione, Deceased Parent of Thomas Mingione, Deceased | Antonina Mingione (P1169), in her own right as the Mother of Thomas Mingione, Deceased | 1:02-cv-01616, 26, 29, at 2185 | Thomas Mingione |
| 2 | Hans J. Gerhardt as Co-Representative of the Estate of of Ralph Gerhardt, Deceased | Hans J. Gerhardt as the Personal Representative of the Estate of Ralph Gerhardt, Deceased | 1:02-cv-01616, 305, at P4292, 8393-1, at 66, 8487 | Ralph Gerhardt |
| 3 | Marc J. Gottridge as Co-Representative of the Estate of of Ralph Gerhardt, Deceased | Hans J. Gerhardt as the Personal Representative of the Estate of Ralph Gerhardt, Deceased | 1:02-cv-01616, 305, at P4292, 8393-1, at 66, 8487 | Ralph Gerhardt |
| 4 | Mary E. Andrews as Personal Representative of the Estate of Michael Rourke Andrews, Deceased | Edward S. Andrews as the Personal Representative of the Estate of Michael Rourke Andrews, Deceased | 1:02-cv-01616, 232, at P4042, 8393-1, at 59, 8487 | Michael Rourke Andrews |
| 5 | Corrine E. Bounty as Personal Representative of the Estate of Margaret M. Conner, Deceased | Michael Anthony Conner as the Personal Representative of the Estate of Margaret Mary Conner, Deceased | 1:02-cv-01616, 232, at P3658, 8393-1, at 51, 8487 | Margaret M. Conner |
| 6 | Cecilia Goldstein as Personal Representative of the Estate of Monica Goldstein, Deceased | Morris Sonny Goldstein as the Representative of the Estate of Monica Goldstein, Deceased | 1:02-cv-01616, 1, at 255, 8408, at 1, 8434, 8393-1, at 60, 8487 | Monica Goldstein |

| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|
| 7 | Virginia Ann Hindy as Personal Representative of the Estate of Mark D. Hindy, Deceased | George V. Hindy (P1092), in his own right and as the Representative of the Estate of Mark D. Hindy, Deceased | 1:02-cv-01616, 26, 29, at 2048 | Mark D. Hindy |
| 8 | Ashley N. Lynch as Personal Representative of the Estate of Terence M. Lynch, Deceased | Jacqueline E. Lynch as the Personal Representative of the Estate of Terence M. Lynch, Deceased | 1:02-cv-01616, 232, at P3811, 8393-1, at 79, 8487 | Terence M. Lynch |
| 9 | Meredith C. Andrews as Co-Representative of the Estate of Maureen P. Kennedy, Deceased Spouse of Robert C. Kennedy, Deceased[1] | Maureen Kennedy (P5382) | 1:03-md-01570, 432, at P5383 | Robert C. Kennedy |

---

[1] The identification of this party was previously included in Plaintiff's Motion to Substitute Parties, ECF 11175, filed August 27, 2025, but the full text with the Plaintiff's Name and relationship to Decedent was inadvertently omitted in that prior motion.