UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON           Civil Action No.
SEPTEMBER 11, 2001                           03 MDL 1570

-----------------------------------------------------------x

This document relates to:
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties identified in Exhibit A in the above-referenced action. Plaintiffs were identified as a "DOE" plaintiff at the time that this case was initially instituted, were identified as such in the initial pleadings, and have since consented to being named according to their legal name. Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   September 15, 2025              Respectfully submitted,

                                         MOTLEY RICE LLC

                                         */s/* John C. Duane
                                         John C. Duane, Esq.
                                         Mount Pleasant, SC 29464
                                         Telephone: (843) 216-9000
                                         Facsimile: (843) 216-9450
                                         jduane@motleyrice.com

                                         Counsel for Plaintiffs

---

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: September 16, 2025
       New York, New York

| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | State of Residency at Filing | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|---|
| | | | **EXHIBIT A** | | |
| 1 | Maria Garbarino as Sibling of Laura Angilletta, Deceased | NY | SISTER DOE # 39, in her own right as the Sister of DECEDENT DOE # 39, Deceased | 1:02-cv-01616, 1, at 892 | Laura Angilletta |
| 2 | Alberto Angilleta as Sibling of Laura Angilletta, Deceased | NY | BROTHER DOE # 39, in his own right as the Brother of DECEDENT DOE # 39, Deceased | 1:02-cv-01616, 1, at 889 | Laura Angilletta |
| 3 | Lee A. Barnes, Jr. as an Injured Party | NJ | JOHN DOE # 72 (AP149), in his own right as an Injured Party | 1:02-cv-01616, 26, 29, at 2484 | Lee A. Barnes, Jr. |
| 4 | David W. Bernard, Jr. as Child of David William Bernard, Deceased | MA | SON DOE # 29, in his own right as the Son of DECEDENT DOE # 29, Deceased | 1:02-cv-01616, 1, at 855 | David William Bernard |
| 5 | Renata Szokoloczi as Parent of J. Hoiward Boulton, Jr., Deceased | Venezuala | MOTHER DOE # 126(AP261) | 1:02-cv-01616, 313, at AP261 | J. Howard Boulton, Jr. |
| 6 | Renata Szokoloczi as Sibling of J. Hoiward Boulton, Jr., Deceased | Venezuala | BROTHER DOE # 126(AP262) | 1:02-cv-01616, 313, at AP262 | J. Howard Boulton, Jr. |
| 7 | Kevin T. Brennan as an Injured Party | NY | DOE 142 as an Injured Person | 1:03md-01570, 3477, at 4108 | Kevin T. Brennan |
| 8 | Lori S. Brody as an Injured Party | CA | SISTER DOE # 28, in her own right as an Injured Party | 1:02-cv-01616, 1, at 849 | Lori Stacey Brody |
| 9 | Edwina Carrington as Sibling of Jeremy Mark Carrington, Deceased | UK | SISTER DOE # 128(AP274) | 1:02-cv-01616, 313, at AP274 | Jeremy Mark Carrington |
| 10 | Daniel D'Allara as Sibling of John D'Allara, Deceased | NY | BROTHER DOE # 88 (AP188), in his own right as the Brother of DECEDENT DOE # 88, Deceased | 1:02-cv-01616, 26, 29, at 4796 | John D'Allara |
| 11 | Ruth de Vere as Sibling of Melanie Louise De Vere, Deceased | UK | SISTER DOE # 130(AP287) | 1:02-cv-01616, 313, at AP287 | Melanie Louise De Vere |
| 12 | John Drapas, Jr. as an Injured Party | VA | JOHN DOE # 18, in his own right as an Injured Party | 1:02-cv-01616, 1, at 810 | John Drapas, Jr. |
| 13 | Ryan W. Duffy as Child of Thomas W. Duffy, Deceased | NY | CHILD DOE # 121(AP253) | 1:02-cv-01616, 305, at AP253 | Thomas W. Duffy |
| 14 | Jason T. Duffy as Child of Thomas W. Duffy, Deceased | NY | CHILD DOE # 121(AP252) | 1:02-cv-01616, 305, at AP252 | Thomas W. Duffy |

| # | Plaintiff | State | Capacity | Case Cite | Decedent |
|---|---|---|---|---|---|
| 15 | Megan Michelle Duger as Child of Antoinette Duger | NJ | SPOUSE DOE # 86 (AP184), in his own right, on behalf of the Minor Child, and as the Representative of the ESTATE OF DECEDENT DOE # 86, Deceased | 1:02-cv-01616, 26, 29, at 4789 | Antoinette Duger |
| 16 | Alice Gary as Parent of Bruce Henry Gary, Deceased | NY | DOE 145, individually as the Parent and as the Personal Representative of the Estate of DOE 145, Deceased and on behalf of all survivors of DOE 145 | 1:03md-01570, 3477, at 1262 | Bruce Henry Gary |
| 17 | Cynthia M. Casserly as Sibling of Harvey L. Harrell, Deceased | NY | SISTER DOE # 37, in her own right as the Sister of DECEDENT DOE # 37, Deceased | 1:02-cv-01616, 1, at 884 | Harvey L. Harrell |
| 18 | Cynthia M. Casserly as Sibling of Stephen G. Harrell, Deceased | NY | SISTER DOE # 36, in her own right as the Sister of DECEDENT DOE # 36, Deceased | 1:02-cv-01616, 1, at 882 | Stephen G. Harrell |
| 19 | Michael T. Hoey as Child of Patrick Aloysius Hoey, Deceased | NJ | SON DOE # 3, in his own right as the Son of DECEDENT DOE # 3, Deceased | 1:02-cv-01616, 1, at 757 | Patrick Aloysius Hoey |
| 20 | Neel Jerath as Child of Prem N. Jerath, Deceased | NJ | SON DOE # 17, in his own right as the Son of DECEDENT DOE # 17, Deceased | 1:02-cv-01616, 1, at 808 | Prem N. Jerath |
| 21 | Enfys John as Parent of Nicholas John, Deceased | UK | Mother DOE # 131 (AP280) | 1:02-cv-01616, 313, at AP280 | Nicholas John |
| 22 | Robert Ksido as Child of Lyudmila Ksido, Deceased | NY | Son DOE # 51, in his own right as the Son of Decedent DOE #51, Deceased | 1:02-cv-01616, 3, at 1799 | Lyudmila Ksido |
| 23 | Barry Ksido as Child of Lyudmila Ksido, Deceased | CA | Son DOE # 51, in his own right as the Son of Decedent DOE #51, Deceased | 1:02-cv-01616, 3, at 1798 | Lyudmila Ksido |
| 24 | Dana Mary Lizzul as Sibling of Martin Lizzul, Deceased | NY | Sister DOE # 123 (AP259) | 1:02-cv-01616, 305, at AP259 | Martin Lizzul |
| 25 | Bernadette Marie McHugh as Parent of Denis J. McHugh, III, Deceased | NY | MOTHER DOE # 31, in her own right as the Mother of DECEDENT DOE # 31, Deceased | 1:02-cv-01616, 1, at 867 | Denis J. McHugh, III |
| 26 | Timothy S. McHugh as Sibling of Denis J. McHugh, III, Deceased | NY | BROTHER DOE # 31, in his own right as the Brother of DECEDENT DOE # 31, Deceased | 1:02-cv-01616, 1, at 866 | Denis J. McHugh, III |
| 27 | Trudi Jean Venditi as Sibling of Carl Eugene Molinaro, Deceased | NY | SISTER DOE # 41 in her own right as the Sister of DECEDENT DOE # 41, Deceased | 1:02-cv-01616, 1, at 898 | Carl Eugene Molinaro |
| 28 | Lisa Jean Hojnacki as Sibling of Carl Eugene Molinaro, Deceased | AZ | SISTER DOE # 41 in her own right as the Sister of DECEDENT DOE # 41, Deceased | 1:02-cv-01616, 1, at 899 | Carl Eugene Molinaro |

| | | | | | |
|---|---|---|---|---|---|
| 29 | Robert Harry Nussberger as an Injured Party | NY | John Doe # 23, in his own right as an Injured Party | 1:02-cv-01616, 1, at 824 | Robert Harry Nussberger |
| 30 | Katherine Ann Palmer as Sibling of Orio Joseph Palmer, Deceased | CT | Sister DOE # 54, in her own right as the Sister of Decedent DOE # 54, Deceased | 1:02-cv-01616, 3, at 1813 | Orio Joseph Palmer |
| 31 | Revakuvar Parmar as Parent of Hashmukhrai C. Parmar, Deceased | UK | Mother Doe # 141 (AP924) | 1:03-cv-9849, HAND FILED, at AP924 | Hashmukhrai C. Parmar |
| 32 | Manoj Parmar as Sibling of Hashmukhrai C. Parmar, Deceased | UK | Brother DOE # 132 (AP269) | 1:02-cv-01616, 313, at AP269 | Hashmukhrai C. Parmar |
| 33 | Derek Earle Peterson as Sibling of Davin N. Paterson, Deceased | ID | BROTHER DOE # 16, in his own right as the Brother of DECEDENT DOE # 16, Deceased | 1:02-cv-01616, 1, at 804 | Davin N. Peterson |
| 34 | Sharon Premoli as an Injured Party | NH | JANE DOE # 19, in her own right as an Injured Party | 1:02-cv-01616, 1, at 812 | Sharon Premoli |
| 35 | Elena Yuryevna Rapoport as Child of Faina Aronovna Rapoport, Deceased | NJ | Daughter DOE # 46, in her own right as the Daughter of Decedent DOE # 46, Deceased | 1:02-cv-01616, 3, at 1783 | Faina Aronovna Rapoport |
| 36 | Scott Thomas Reinig as Child of Thomas Barnes Reinig, Deceased | MA | SON DOE # 24, in his own right as the Son of DECEDENT DOE # 24, Deceased | 1:02-cv-01616, 1, at 831 | Thomas Barnes Reinig |
| 37 | Julia Emilia Rodriguez as Sibling of Gregory E. Rodriguez, Decased | NH | Sister DOE # 98 (AP209) | 1:02-cv-01616, 77, at AP209 | Gregory E. Rodriguez |
| 38 | Kristie Rogers as Sibling of Karlie Barbara Rogers, Deceased | UK | Sister DOE # 140 (AP292) | 1:02-cv-01616, 432, at AP292 | Karlie Barbara Rogers |
| 39 | Kristine Camille DiLullo as Sibling of John Anthony Sherry, Deceased | NY | Sister DOE # 71, (AP148), in her own right as the Sister of Decedent DOE # 71, Deceased | 1:02-cv-01616, 26, 29, at 2482 | John Anthony Sherry |
| 40 | Roy Hudson as Sibling of Joyce Patricia Smith, Deceased | UK | Brother DOE # 135 (AP284) | 1:02-cv-01616, 313, at AP284 | Joyce Patricia Smith |
| 41 | John Lewis Thurman as an Injured Party | DE | John DOE # 92 (AP195), in his own right as an Injured Party | 1:02-cv-01616, 26, 29, at 4809 | John Lewis Thurman |
| 42 | William Charles Wells as Sibling of Vincent Michael Wells, Deceased | UK | Brother DOE # 137 (AP277) | 1:02-cv-01616, 313, at AP277 | Vincent Michael Wells |
| 43 | Benjamin C. Wong as Parent and as Personal Representative of the Estate of Jennifer Y. Wong, Deceased | NY | FATHER DOE # 26, in his own right and as Representative of the ESTATE OF DECEDENT DOE # 26, Deceased | 1:02-cv-01616, 1, at 836 | Jennifer Y. Wong |