UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2025
```

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570

-----------------------------------------------------------x

This document relates to:
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties identified in Exhibit A in the above-referenced action. Plaintiffs were identified as a "DOE" plaintiff at the time that this case was initially instituted, were identified as such in the initial pleadings, and have since consented to being named according to their legal name. Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   September 17, 2025

Respectfully submitted,

MOTLEY RICE LLC

/s/ John C. Duane
John C. Duane, Esq.
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
jduane@motleyrice.com

Counsel for Plaintiffs

---

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: September 18, 2025
       New York, New York

| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | State of Residency at Filing | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|---|
| | | | **EXHIBIT A** | | |
| 1 | Alice Gary as Personal Representative of the Estate of Bruce Henry Gary, Deceased | NY | DOE 145, individually as the Parent and as the Personal Representative of the Estate of DOE 145, Deceased and on behalf of all survivors of DOE 145 | 1:03md-01570, 3477, at 1262 | Bruce Henry Gary |
| 2 | Alfred Boulton as Sibling of J. Howard Boulton, Jr., Deceased[1] | Venezuela | BROTHER DOE # 126(AP262) | 1:02-cv-01616, 313, at AP262 | J. Howard Boulton, Jr. |

---

[1] The identification of this party was previously included in Plaintiff's Motion to Substitute Parties, ECF 11230 (11230-1 at 6) filed September 15, 2025, but the Plaintiff's Name was incorrectly identified in that prior motion.