UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp.*, et al., No. 03-cv-9849 (GBD)(SN)

### *BURNETT* PLAINTIFFS' NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENTS FOR DEATH CLAIMS UNDER 18 U.S.C. § 2333 AGAINST THE TALIBAN

PLEASE TAKE NOTICE that upon the accompanying declaration of John C. Duane (hereinafter "Duane Decl."), with exhibits, and the accompanying memorandum of law, and in accordance with this Court's November 14, 2023 Order setting forth such information the Court requires to adjudicate this motion (*see* ECF No. 9435), the *Burnett* Moving Plaintiffs herein respectfully request Final Default Judgments Against The Taliban for pecuniary and non-pecuniary loss (including, but not limited to, economic-loss damages, conscious pain-and-suffering damages, pre-judgment interest, and trebled damages under 18 U.S.C. § 2333(a)) in favor of the *Burnett* Moving Plaintiffs.

The *Burnett* Moving Plaintiffs included in Exhibit A seek conscious pain and suffering damages against the Taliban. All but one of the Plaintiffs listed in Exhibit A have previously obtained a judgment entered by this Court for conscious pain-and-suffering damages for 9/11 decedents within this MDL against *inter alia* the Islamic Republic of Iran and seek the same damages awards against the Taliban[1]. Further, the Plaintiffs included in Exhibit B are the personal representatives of estates of individuals who were killed in the terrorist attacks on September 11,

---

[1] As noted in Exhibit A, Plaintiff Jungmi Suh Lee as the Personal Representative of Dong Chul Lee has not previously obtained a judgment for conscious pain and suffering against the Iran Defendants or any other Defendant in this MDL, and now seeks to spread this Court's prior orders and judgments regarding the appropriate value of conscious pain and suffering awards for 9/11 decedents to his case.

2001, and who are now seeking economic loss damages under the ATA against the Taliban in the amounts identified in Exhibit B for each estate. As noted in Exhibit B, some of these Plaintiffs included in Exhibit B have previously received an economic loss judgment entered by this Court within this MDL against *inter alia* the Islamic Republic of Iran and seek the same damages awards against the Taliban. For those Plaintiffs included in Exhibit B in which this Court has not previously awarded economic loss damages against any Defendant in this MDL (as noted in Exhibit B), these Plaintiffs have included an economic loss expert report for the Court's review as attached at Exhibit C.

      All of the *Burnett* Moving Plaintiffs herein included on Exhibits A and B are those personal representatives of the estates of individuals killed on September 11, 2001 in the terrorist attacks for whom counsel has determined were—either based on documentation obtained or based on other evidence available to them—American citizens at the time of their deaths.

      These *Burnett* Moving Plaintiffs further seek prejudgment interest in the amount of 4.96%, compounded annually as noted in Exhibits A and B, and in compliance with the format detailed in Magistrate Judge Netburn's recent Orders regarding revised default judgment worksheets. *See* ECF Nos. 11036 and 11105 (noting the required content and format to be used with all future default judgment motions). Further, these Plaintiffs seek trebled damages as permitted by the ATA, as well as leave to file for such other and further relief that may be appropriate at a later date including, but not limited to, punitive damages.

Dated: September 24, 2025

Respectfully submitted,

MOTLEY RICE LLC

*/s/ John C. Duane*
John C. Duane, Esq.

2

        Donald A. Migliori, Esq.
        Jodi Westbrook Flowers, Esq.
        John M. Eubanks, Esq.
        Robert T. Haefele, Esq.
        28 Bridgeside Boulevard
        Mount Pleasant, SC 29464
        Tel: (843) 216-9000
        Fax: (843) 216-9450
        Email: jduane@motleyrice.com