UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp.*, et al., No. 03-cv-9849 (GBD)(SN)

### *BURNETT* PLAINTIFFS' NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENTS AGAINST THE TALIBAN UNDER 18 U.S.C. § 2333 FOR PERSONAL INJURY PLAINTIFFS WHO DO NOT HAVE PRIOR IRAN DAMAGES JUDGMENTS

PLEASE TAKE NOTICE that upon the accompanying declaration of John C. Duane (hereinafter "Duane Decl."), with exhibits, and the accompanying memorandum of law, and in accordance with this Court's November 14, 2023, Order setting forth such information the Court requires to adjudicate this motion (*see* ECF No. 9435), the *Burnett* Moving Plaintiffs included on Exhibit A respectfully request Final Default Judgments Against The Taliban for pecuniary and non-pecuniary loss (including, but not limited to pain and suffering damages, pre-judgment interest, and trebled damages under 18 U.S.C. § 2333(a)) in favor of the *Burnett* Moving Plaintiffs. The *Burnett* Moving Plaintiffs included in Exhibit A seek pain and suffering damages against The Taliban in amounts commensurate with the injuries these individuals sustained during the Terrorist Attacks on September 11, 2001, and in accordance with this Court's prior orders addressing damages for those who sustained physical injuries on September 11, 2001, pursuant to the framework established by Magistrate Judge Netburn (*see* ECF No. 5879) and adopted by Judge Daniels (*see* ECF No. 5946).

The *Burnett* Moving Plaintiffs on Exhibit A further move that such damages be trebled under the ATA and include prejudgment interest at the rate of 4.96 percent, compounded annually, from the period from September 11, 2001, until the date of the judgment for damages entered

against The Taliban. In addition, the *Burnett* Moving Plaintiffs on Exhibit A move for permission to seek punitive damages economic loss damages, and/or other damages at a later date to the extent appropriate. Finally, the *Burnett* Moving Plaintiffs seek permission from the Court for all other *Burnett* Personal Injury Plaintiffs not appearing on Exhibit A to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed.

Plaintiffs' request is made in connection with the judgment on default as to liability entered against The Taliban on April 7, 2006. *See* 03-cv-9849 (ECF No. 1756).

Dated:  September 24, 2025                                   Respectfully submitted,

                                                             MOTLEY RICE LLC

                                                             */s/ John C. Duane*
                                                             John C. Duane, Esq.
                                                             Donald A. Migliori, Esq.
                                                             Jodi Westbrook Flowers, Esq.
                                                             John M. Eubanks, Esq.
                                                             Robert T. Haefele, Esq.
                                                             28 Bridgeside Boulevard
                                                             Mount Pleasant, SC 29464
                                                             Tel: (843) 216-9000
                                                             Fax: (843) 216-9450
                                                             Email: jduane@motleyrice.com

                                                             Attorneys for the *Burnett* Plaintiffs