## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp.*, et al., No. 03-cv-9849 (GBD)(SN)

### *BURNETT* PLAINTIFFS' NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENTS ON BEHALF OF NON-NATIONAL IMMEDIATE FAMILY MEMBERS OF NON-NATIONAL 9/11 DECEDENTS AGAINST THE TALIBAN

PLEASE TAKE NOTICE that upon the accompanying declaration of John C. Duane (hereinafter "Duane Decl."), with Exhibit A attached, and the accompanying memorandum of law, and in accordance with this Court's November 14, 2023 Order setting forth such information the Court requires to adjudicate this motion (*see* ECF No. 9435), the *Burnett* Moving Plaintiffs herein who are the immediate family members who were non-U.S. nationals on September 11, 2001 (in this instance spouses, parents, children, and siblings, or the estate of a spouse, parent, child, or sibling) of non-U.S. national 9/11 decedents killed in New York and Virginia respectfully request Final Default Judgments Against The Taliban for intentional infliction of emotional distress and solatium damages under state law, on behalf of the Plaintiffs included in Exhibit A, and pre-judgment interest under the common law in favor of the *Burnett* Moving Plaintiffs.

The *Burnett* Moving Plaintiffs included in this motion in Exhibit A are the non-United States national family members who are moving for entry of final judgment against The Taliban under the common law for solatium damages. As noted in Exhibit A, many of these Plaintiffs have previously received a default damages judgment from the Court within this MDL against the Islamic Republic of Iran under the common law, and they now seek to have those prior awards applied against The Taliban by way of the instant motion. The remaining group of Plaintiffs on

Exhibit A are the immediate family members who were non-U.S. nationals on September 11, 2001, who have not previously obtained judgments against the Iran Defendants or any other Defendant. These family members move for entry of final partial default judgment against The Taliban under the common law for solatium damages for each non-United States-national family member for whom the Court has not previously entered judgment within this MDL against the Islamic Republic of Iran or any other Defendant.

These *Burnett* Moving Plaintiffs further move that the above requests for damages include prejudgment interest at the rate of 4.96 percent, compounded annually, from the period from September 11, 2001, until the date of the judgment for damages entered against the Taliban. In addition, the *Burnett* Moving Plaintiffs move for permission to seek punitive damages at a later date to the extent appropriate.

Dated: September 25, 2025          Respectfully submitted,

                                       MOTLEY RICE LLC

                                       */s/ John C. Duane*
                                       John C. Duane, Esq.
                                       Donald A. Migliori, Esq.
                                       Jodi Westbrook Flowers, Esq.
                                       John M. Eubanks, Esq.
                                       Robert T. Haefele, Esq.
                                       28 Bridgeside Boulevard
                                       Mount Pleasant, SC 29464
                                       Tel: (843) 216-9000
                                       Fax: (843) 216-9450
                                       Email: jduane@motleyrice.com