# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp.*, et al., No. 03-cv-9849 (GBD)(SN)

### [PROPOSED] ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS AGAINST THE TALIBAN ON BEHALF OF NON-NATIONAL IMMEDIATE FAMILY MEMBERS OF NON-NATIONAL 9/11 DECEDENTS UNDER COMMON LAW

Upon consideration of the evidence and arguments submitted by Plaintiffs in *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN), whose claims arise from the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against *inter alia* The Taliban entered on April 7, 2006 in this Multi-District Litigation (ECF No. 1756), together with the entire record in this case, it is hereby:

**ORDERED** that this Court possesses personal jurisdiction over Defendant The Taliban by virtue of its conduct supporting the terrorist activities of Al-Qaeda including but not limited to the Terrorist Attacks on September 11, 2001 which involved terrorist attacks conducted on American soil in New York, Pennsylvania, and Virginia;

**ORDERED** that this Court possesses subject-matter jurisdiction over Defendant The Taliban as thousands of United States nationals and non-United States nationals were injured by reason of the terrorist attacks on September 11, 2001 which constituted acts of international terrorism resulting in significant harm including injury and death;

**ORDERED** that the prior judgments entered against the Islamic Republic of Iran and certain of its agencies and instrumentalities be extended against The Taliban as jointly and

severally liable for the compensatory damages amounts previously awarded to the *Burnett* Moving Plaintiffs as identified on Exhibit A who are the immediate family members who were non-U.S. nationals on September 11, 2001 (in this instance spouses, parents, children, and siblings, or the estate of a spouse, parent, child, or sibling) of non-U.S. national 9/11 decedents who were killed in the terrorist attacks on September 11, 2001 under the common law; and it is

**ORDERED** that the Plaintiffs set forth on Exhibit A to this Order who have not received a prior award of solatium damages against the Islamic Republic of Iran and certain of its agencies and instrumentalities be awarded judgment for solatium damages for each immediate family member in the amounts set forth on Exhibit A under the common law and which are consistent with the established framework previously developed by this Court for solatium claims; and it is

**ORDERED** that the Plaintiffs set forth on Exhibit A be awarded prejudgment interest at the rate of 4.96%, compounded annually, from September 11, 2001 through the date of the judgment entered in the amount of $_____; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A may submit an application for punitive damages or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue, and it is

**ORDERED** that any default judgments issued by this Court against The Taliban as a Defendant in this MDL are not binding on the determination of damages for any other Defendant within this MDL.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11309 in 03-MDL-1570 (GBD)(SN) and ECF No. 1293 in 03-cv-9849 (GBD)(SN).

Dated: New York, New York                           **SO ORDERED:**

_____, 2025                              _____
                                                    GEORGE B. DANIELS
                                                    United States District Judge