**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                            03 MDL 1570

----------------------------------------------------------x

This document relates to:

    *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03-cv-9849 (GBD)(SN)*

**[PROPOSED] ORDER**

    Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

    **ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

    Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11384 in 03-MDL-1570 (GBD)(SN) and ECF No. 1309 in 03-cv-9849 (GBD)(SN).

**SO ORDERED.**


November ___, 2025                    _____
New York, New York                    SARAH NETBURN
                                    United States Magistrate Judge

| | | EXHIBIT A | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Douglas M. Rochler as Personal Representative of the Estate of Helen K. Rochler, Deceased Sibling of Claude Daniel Richards, Deceased | Helen Rochler, individually as the Sibling of Claude Daniel Richards, Deceased | 1:02-cv-01616, 155, at AP215, 5284-1, at 9, 5296 | Claude Daniel Richards |
| 2 | Jessica Kostaris as Personal Representative of the Estate of Bruce H. Gary, Deceased | Alice Gary as Personal Representive of the Estate of Bruce Henry Gary, Deceased | 1:03md-01570, 3477, at 1262; 1:03-md-01570, 8679-1, at 153, 8696; 11237-1, at 1, 11244 | Bruce H. Gary |
| 3 | Julia Yamnicky as Co-Personal Representative of the Estate of John David Yamnicky, Jr., Deceased Child of John David Yamnicky, Sr., Deceased | John David Yamnicky, Jr., individually and as the Personal Representative of the Estate of John David Yamnicky, Sr., Deceased and on behalf of all survivors of John David Yamnicky, Sr. | 1:03-md-01570, 3477, at 3956 | John David Yamnicky, Sr. |
| 4 | Devin Best as Co-Personal Representative of the Estate of John David Yamnicky, Jr., Deceased Child of John David Yamnicky, Sr., Deceased | John David Yamnicky, Jr., individually and as the Personal Representative of the Estate of John David Yamnicky, Sr., Deceased and on behalf of all survivors of John David Yamnicky, Sr. | 1:03-md-01570, 3477, at 3956 | John David Yamnicky, Sr. |
| 5 | Joseph J. Bedigian as Co-Personal Representative of the Estate of Dolores Bedigian, Deceased Parent of Carl Bedigian, Deceased | Dolores Bedigan (P4137) | 1:02-cv-01616, 305, at P4137 | Carl Bedigian |
| 6 | Robert J. Bedigian as Co-Personal Representative of the Estate of Dolores Bedigan, Deceased Parent of Carl Bedigian, Deceased | Dolores Bedigan (P4137) | 1:02-cv-01616, 305, at P4137 | Carl Bedigian |
| 7 | Patricia M. Nussberger as Personal Representative of the Estate of Robert H. Nussberger, Deceased Injured Party | Robert Harry Nussberger as an Injured Party | 1:02-cv-01616, 1, at 824; 11230-1, at 29, 11233 | Robert H. Nussberger |
| 8 | Kara Hadfield as Personal Representative of the Estate of Josephine M. Acquaviva, Deceased Parent of Paul Andrew Acquaviva, Deceased | Josephine Acquaviva, in her own right as the Mother of Paul Andrew Acquaviva, Deceased | 1:02-cv-01616, 1, at 26 | Paul Andrew Acquaviva |
| 9 | Sarah Jane Carrington as Personal Representative of the Estate of Catherine Mary Ross, Deceased Parent of Jeremy Mark Carrington, Deceased | Catherine Mary Ross (P3629) | 1:02-cv-01616, 232, at P3629 | Jeremy Mark Carrington |
| 10 | Lourdes Pimentel as Personal Representative of the Estate of Ruben Dario Pimental, Deceased injured party | Ruben Pimentel (P1214), in his own right as an Injured Party | 1:02-cv-01616, 26, 29, at 2268 | Ruben Dario Pimental |
| 11 | Devin Frederick Farrelly as Personal Representative of the Estate of Joseph Dennis Farrelly, Deceased | Stacey Farrelly, in her own right, on behalf of Minor Child, and as the Representative of the Estate of Joseph Farrelly, Deceased | 1:02-cv-01616, 3, at 1094 | Joseph Dennis Farrelly |
| 12 | Susan S. Tillier as Personal Representative of the Estate of Richard H. Stewart, Jr., Deceased | Joan Bernard Stewart as the Co-Personal Representative of the Estate of Richard M. Stewart, Jr., Deceased; Richard M. Stewart, Sr. as the Co-Personal Representative of the Estate of Richard M. Stewart, Jr., Deceased | 1:02-cv-01616, 155, at P3097, 8393-1, at 68, 8487 | Richard H. Stewart, Jr. |
| 13 | Winnie Chingyee Chung as Personal Representative of the Estate of Pui Lin Chung, Deceased Parent of Wai C. Chung, Deceased | Pui Lin Chung (P1490), in her own right as the Mother of Wai C. Chung, Deceased | 1:02-cv-01616, 26, 29, at 2854 | Wai C. Chung |

| | | | | |
|---|---|---|---|---|
| 14 | Gary Michael Low as Personal Representative of the Estate of Bobbie Jean Low, Deceased Parent of Sara Elizabeth Low, Deceased | Bobbie Jean Low, in her own right as the Mother of Sara Elizabeth Low, Deceased | 1:02-cv-01616, 1, at 351 | Sara Elizabeth Low |
| 15 | Thomas M. Byrne as Personal Representative of the Estate of Patrick D. Byrne, Deceased | Robert Guy Byrne, Sr., as the Personal Representative of the Estate of Patrick D. Byrne, Deceased | 1:02-cv-01616, 26, 29, at 2754, 8393-1, at 62, 8487 | Patrick D. Byrne |
| 16 | Andrew M. Rice as Co-Representative of the Estate of David H. Rice, Deceased | Hugh D. Rice (P2237), in his own right and as the Representative of the Estate of David H. Rice, Deceased | 1:02-cv-01616, 26, 29, at 4258 | David H. Rice |
| 17 | Amy Elizabeth Rice as Co-Representative of the Estate of David H. Rice, Deceased | Hugh D. Rice (P2237), in his own right and as the Representative of the Estate of David H. Rice, Deceased | 1:02-cv-01616, 26, 29, at 4258 | David H. Rice |
| 18 | Thomas A. Schaefer as Personal Representative of the Estate of Christine Ann Snyder, Deceased | Charles O'Neal Snyder as the Representative of the Estate of Christine Ann Snyder, Deceased | 1:02-cv-01616, 432, at P4954, 8393-1, at 10, 8487 | Christine Ann Snyder |
| 19 | Denise DeAngelis as Personal Representative of the Estate of Robert Joseph DeAngelis, Jr., Deceased | Paul DeAngelis, individually as Sibling and as Personal Representative of the Estate of Robert J. DeAngelis, Jr., Deceased | 1:02-cv-01616, 232, at P3671, 8393-1, at 69, 8487; 10609, 10, 10613 | Robert Joseph DeAngelis, Jr. |
| 20 | Kevin Casey as Personal Representative of the Estate of James Richard Vacccacio, Deceased Parent of John Damien Vaccacio, Deceased | James R. Vaccacio (P2428), in his own right as the Father of John Damien Vaccacio, Deceased | 1:02-cv-01616, 26, 29, at 4603 | John Damien Vaccacio |
| 21 | Cathy G. D'Alessandro as Personal Representative of the Estate of Rocco Nino Gargano, Deceased | Antonia Gargano as the Personal Representative of the Estate of Rocco Nino Gargano, Deceased | 1:02-cv-01616, 432, at P4845, 8393-1, at 72, 8487 | Rocco Nino Gargano |
| 22 | Mary A. Horn as Personal Representative of the Estate of Charles H. Horn, Deceased Parent of Michael Joseph Horn, Deceased | Charles H. Horn (P3728) | 1:02-cv-01616, 232, at P3728 | Michael Joseph Horn |