UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON           Civil Action No.
SEPTEMBER 11, 2001          03 MDL 1570

-----------------------------------------------------------x

This document relates to:

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11420 in 03-MDL-1570 (GBD)(SN) and ECF No. 1312 in 03-cv-9849 (GBD)(SN).

**SO ORDERED.**

December ___, 2025          _____
New York, New York          SARAH NETBURN
         United States Magistrate Judge

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Kara Hadfield as Personal Representative of the Estate of Alfred Thomas Acquaviva, Deceased Parent of Paul Andrew Acquaviva, Deceased | Josephine M. Acquaviva, as Personal Representative of the Estate of Alfred Thomas Acquaviva, Deceased | 1:02-cv-01616, 1, at 24, 8397-1, at 1, 8433 | Paul Andrew Acquaviva |
| 2 | John G. Atwood as Co-Administrator of the Estate of Gerald Atwood, Deceased Parent of Gerald T. Atwood, Deceased | Gerald Atwood (P4601) | 1:02-cv-01616, 313, at P4601 | Gerald T. Atwood |
| 3 | Jane M. Duffy as Co-Administrator of the Estate of Gerald Atwood, Deceased Parent of Gerald T. Atwood, Deceased | Gerald Atwood (P4601) | 1:02-cv-01616, 313, at P4601 | Gerald T. Atwood |
| 4 | Gregory P. Atwood as Co-Administrator of the Estate of Gerald Atwood, Deceased Parent of Gerald T. Atwood, Deceased | Gerald Atwood (P4601) | 1:02-cv-01616, 313, at P4601 | Gerald T. Atwood |
| 5 | Debra Ann Jensen as Personal Representative of the Estate of Frank Gerald Jensen, Deceased Spouse of Suzanne M. Calley, Deceased | Frank Jensen (P4783) | 1:02-cv-01616, 432, at P4783 | Suzanne M. Calley |
| 6 | Nancy Lennon Frain as Co-Administrator of the Estate of Lucille Lennon, Deceased Parent of John J. Lennon, Jr., Deceased | Lucille Lennon (P2996) | 1:02-cv-01616, 155, at P2996 | John J. Lennon, Jr. |
| 7 | James L. Lennon as Co-Administrator of the Estate of Lucille Lennon, Deceased Parent of John J. Lennon, Jr., Deceased | Lucille Lennon (P2996) | 1:02-cv-01616, 155, at P2996 | John J. Lennon, Jr. |
| 8 | Lena Pesce as Personal Representative of the Estate of Joseph G. Pesce, Deceased | Joseph G. Pesce (P3064) | 1:02-cv-01616, 155, at P3064 | Joseph G. Pesce |
| 9 | Maureen Yetman as Personal Representative of the Estate of Thomas J. Reidy, Deceased Parent of Gregg Reidy, Deceased | Thomas Reidy (P3924) | 1:02-cv-01616, 232, at P3924 | Gregg Reidy |
| 10 | Gloria E. Machado as Co-Administrator of the Estate of Gloria E. Rivera-Gonzalez, Deceased Sibling of Isaias Rivera, Deceased | Gloria Gonzalez, in her own right as the Sister of Isaias Rivera, Deceased | 1:02-cv-01616, 1, at 518 | Isaias Rivera |
| 11 | Obed A. Gonzalez as Co-Administrator of the Estate of Gloria E. Rivera-Gonzalez, Deceased Sibling of Isaias Rivera, Deceased | Gloria Gonzalez, in her own right as the Sister of Isaias Rivera, Deceased | 1:02-cv-01616, 1, at 518 | Isaias Rivera |
| 12 | Zachary S. Stone as Personal Representative of the Estate of Douglas J. Stone, Deceased | Charles Parker, III (P5504) | 1:03-md-01570, 602, at P5504, 8393-1, at 21, 8487 | Douglas J. Stone |