UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        )
                                                        )   No. 03 MDL 1570 (GBD/SN)
                                                        )
*In re Terrorist Attacks on September 11, 2001*         )   ECF Case
                                                        )
                                                        )   **JUSTIN D. RATTEY'S APPLICATION**
                                                        )   **FOR LEAVE TO WITHDRAW AS**
                                                        )   **ATTORNEY OF RECORD**
                                                        )
                                                        )
                                                        )
------------------------------------------------------- x

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279

Consistent with Local Rule 1.4, and upon the accompanying declaration, Justin D. Rattey hereby moves this Court for an Order granting this motion to withdraw as counsel for Defendant Dubai Islamic Bank in the above-captioned actions. In connection with Mr. Rattey's withdrawal, the Clerk is requested to remove Mr. Rattey's name from the CM/ECF service list.

As set forth in the attached declaration, Mr. Rattey's withdrawal is necessary because, effective February 27, 2026, he will no longer be associated with the law firm of Jones Day. All other counsel of record representing Dubai Islamic Bank remain in this case, including other Jones Day attorneys. Mr. Rattey's withdrawal will not occasion a request for an extension of any deadlines in the case, nor is he asserting a retaining or charging lien in connection with his departure.

February 24, 2026

                             - 2 -

*/s/ Justin D. Rattey*

Justin D. Rattey (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
(202) 879-3939
jrattey@jonesday.com

*Counsel for Defendant Dubai Islamic Bank*

## CERTIFICATE OF SERVICE

  I, Justin D. Rattey, hereby certify that a copy of the foregoing Application for Leave to Withdraw as Attorney of Record was emailed to Dubai Islamic Bank and is being electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

Dated: February 24, 2026

              */s/ Justin D. Rattey*
              Justin D. Rattey
              JONES DAY
              51 Louisiana Avenue, N.W.
              Washington, D.C.  20001
              (202) 879-3939
              jrattey@jonesday.com

              *Counsel for Defendant Dubai Islamic Bank*