**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                            03 MDL 1570


---------------------------------------------------------x

This document relates to:

    *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03-cv-9849 (GBD)(SN)*

### [PROPOSED] ORDER

    Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

    **ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

    Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 12077 in 03-MDL-1570 (GBD)(SN) and ECF No. 1328 in 03-cv-9849 (GBD)(SN).

**SO ORDERED.**


May \_\_\_, 2026                          _____
New York, New York                        SARAH NETBURN
                                          United States Magistrate Judge

**EXHIBIT A**

| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|
| 1 | Meredith C. Andrews as Co-Administrator of the Estate of Robert C. Kennedy, Deceased | Maureen Kennedy as the Personal Representative of the Estate of Robert C. Kennedy, Deceased | 1:03-md-01570, 432, at P5383, 8393-1, at 69, 8487 | Robert C. Kennedy |
| 2 | Catherine M. Miller as Co-Administrator of the Estate of Robert C. Kennedy, Deceased | Maureen Kennedy as the Personal Representative of the Estate of Robert C. Kennedy, Deceased | 1:03-md-01570, 432, at P5383, 8393-1, at 69, 8487 | Robert C. Kennedy |
| 3 | Agnes Esposito as Administrator of the Estate of Simone Esposito, Deceased Sibling of Michael Esposito, Deceased | Simone Esposito, in his own right as the Brother of Michael Esposito, Deceased | 1:02-cv-01616, 1, at 205 | Michael Esposito |
| 4 | Robert Edward Wildman as Administrator of the Estate of Alison M. Wildman, Deceased | Arthur S. Wildman | 1:02-cv-01616, 155, at P3151 | Alison M. Wildman |
| 5 | Patricia Mary Deechan as Administrator of the Estate of Hannah E. O'Rourke, Deceased Parent of Kevin M. O'Rourke, Deceased | Hannah O'Rourke (P2144), in her own right as the Mother of Kevin M. O'Rourke, Deceased | 1:02-cv-01616, 26, 29, at 4080 | Kevin M. O'Rourke |
| 6 | Kathryn Lee Barrere as Co-Administrator of the Estate of C. Lee Hanson, Deceased Parent of Peter Burton Hanson, Deceased | Eunice Katherine Hanson, as Personal Representative of the Estate of C. Lee Hanson, Deceased | 1:02-cv-01616, 232, at P3712, 8397-1, at 12, 8433 | Peter B. Hanson |
| 7 | Halima Tiffany as Co-Administrator of the Estate of C. Lee Hanson, Deceased Parent of Peter Burton Hanson, Deceased | Eunice Katherine Hanson, as Personal Representative of the Estate of C. Lee Hanson, Deceased | 1:02-cv-01616, 232, at P3712, 8397-1, at 12, 8433 | Peter B. Hanson |
| 8 | Gerald Sullivan as Personal Representative of the Estate of Patrick Sullivan, Deceased | Patrick Sullivan, in his own right and as the Representative of the Estate of Patrick Sullivan, Deceased | 1:02-cv-01616, 3, at 1687 | Patrick Sullivan |
| 9 | Michael Jay Fox as Personal Representative of the Estate of Eleanor Fox, Deceased Parent of Jeffrey L. Fox, Deceased | Eleanor Fox | 1:03-cv-09849, 839, at 5 | Jeffrey L. Fox |
| 10 | Julia DiLullo as Co-Administrator of the Estate of Kristine Camille DiLullo, Deceased Sibling of John Anthony Sherry, Deceased | Kristine Camille Dilullo as Sibling of John Anthony Sherry, Deceased | 1:02-cv-01616, 26, 29, at 2482; 11230-1, at 39, 11233 | John Anthony Sherry |
| 11 | Michael DiLullo as Co-Administrator of the Estate of Kristine Camille DiLullo, Deceased Sibling of John Anthony Sherry, Deceased | Kristine Camille Dilullo as Sibling of John Anthony Sherry, Deceased | 1:02-cv-01616, 26, 29, at 2482; 11230-1, at 39, 11233 | John Anthony Sherry |
| 12 | Kathryn Taylor Teare as Personal Representative of the Estate of Clara Shute Taylor, Deceased Parent of Michael M. Taylor, Deceased | Clara S. Taylor (P4092) | 1:02-cv-01616, 232, at P4092 | Michael M. Taylor |
| 13 | Meredith C. Andrews as Co-Administrator of the Estate of Robert C. Kennedy, Deceased | Maureen Kennedy, as the Personal Representative of the Estate of Robert C. Kennedy, Deceased | 1:03-md-01570, 432, at P5383, 8393-1, at 69, 8487 | Robert C. Kennedy |
| 14 | Catherine M. Miller as Co-Administrator of the Estate of Robert C. Kennedy, Deceased | Maureen Kennedy, as the Personal Representative of the Estate of Robert C. Kennedy, Deceased | 1:03-md-01570, 432, at P5383, 8393-1, at 69, 8487 | Robert C. Kennedy |
| 15 | Joseph Furmato, Jr. as Co-Administrator of the Estate of Margaret Furmato, Deceased Parent of Paul James Furmato, Deceased | Margaret Furmato in her own right as the mother of Paul Furmato, Deceased | 1:02-cv-01616, 3, at 1142 | Paul James Furmato |
| 16 | Carol M. DeBenedictis as Co-Administrator of the Estate of Margaret Furmato, Deceased Parent of Paul James Furmato, Deceased | Margaret Furmato in her own right as the mother of Paul Furmato, Deceased | 1:02-cv-01616, 3, at 1142 | Paul James Furmato |
| 17 | Alexandra Brzezinski as Representative of the Estate of Christine Olender, Deceased | Stella Olender (P4457) | 1:02-cv-01616, 305, at P4457, 8393-1, at 10, 8487 | Christine Olender |
| 18 | Gregory Paul Atwood as Co-Administrator of the Estate of Elaine M. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Elaine M. Atwood, Deceased | 1:02-cv-01616, 313, at P4606, 8397-1, at 2, 8433 | Gerald T. Atwood |
| 19 | John Gerald Atwood as Co-Administrator of the Estate of Elaine M. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Elaine M. Atwood, Deceased | 1:02-cv-01616, 313, at P4606, 8397-1, at 2, 8433 | Gerald T. Atwood |
| 20 | Jane Marie Duffy as Co-Administrator of the Estate of Elaine M. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Elaine M. Atwood, Deceased | 1:02-cv-01616, 313, at P4606, 8397-1, at 2, 8433 | Gerald T. Atwood |
| 21 | Gregory Paul Atwood as Co-Administrator of the Estate of Raymond J. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Raymond J. Atwood, Deceased | 1:02-cv-01616, 313, at P4604, 8397-1, at 2, 8433 | Gerald T. Atwood |
| 22 | John Gerald Atwood as Co-Administrator of the Estate of Raymond J. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Raymond J. Atwood, Deceased | 1:02-cv-01616, 313, at P4604, 8397-1, at 2, 8433 | Gerald T. Atwood |
| 23 | Jane Marie Duffy as Co-Administrator of the Estate of Raymond J. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Raymond J. Atwood, Deceased | 1:02-cv-01616, 313, at P4604, 8397-1, at 2, 8433 | Gerald T. Atwood |
| 24 | Cornelius Patrick Clancy, III as Representative of the Estate of Vera Clancy, Deceased Parent of Susan Clancy Conlon, Deceased | Vera Clancy in their own right as the Mother of Susan Clancy Conlon, Deceased | 1:02-cv-01616, 1, at 145 | Susan Clancy Conlon |

| | | | |
|---|---|---|---|
| Regina Fiumefreddo as Representative of the Estate of Anthony D. Fiumefreddo, Deceased Child of Salvatore A. Fiumefreddo, Deceased | Anthony D. Fiumefreddo, individually as Child of Salvatore A. Fiumefreddo, Deceased, and previously included as minor child of Joan Fiumefreddo | 1:02-cv-01616, 432, at P4841, 8393-1, at 1183, 8487 | Salvatore A. Fiumefreddo |
| Virginia M. Kwiatkoski as Representative of the Estate of Charles Gregory Grimner, Deceased Sibling of David Joseph Grimner, Deceased | Charles G. Grimner in his own right as the Brother of David Joseph Grimner, Deceased | 1:02-cv-01616, 3, at 1187 | David Joseph Grimner |
| Elizabeth Ruthmansdorfer as Representative of the Estate of George Arnold Holmes, Sr., Deceased Sibling of Janice Marie Scott, Deceased | Kelly Holmes as Personal Representative of the Estate of George Arnold Holmes, Deceased | 1:02-cv-01616, 305, at P4518, 8397-1, at 13, 8433 | Janice Marie Scott |
| Autumn Arbet as Representative of the Estate of Paul B. Ingrassia, Deceased Sibling of Christopher Noble Ingrassia, Deceased | Paul B. Ingrassia in his own right as the Brother of Christopher Noble Ingrassia, Deceased | 1:02-cv-01616, 1, at 308 | Christopher Noble Ingrassia |
| Nancy L. Frain as Co-Administrator of the Estate of John J. Lennon, Sr., Deceased Parent of John J. Lennon, Jr., Deceased | Lucille Lennon, as Personal Representative of the Estate of John J. Lennon, Sr., Deceased | 1:02-cv-01616, 155, at P2995, 8397-1, at 16, 8433 | John J. Lennon, Jr. |
| James L. Lennon as Co-Administrator of the Estate of John J. Lennon, Sr., Deceased Parent of John J. Lennon, Jr., Deceased | Lucille Lennon, as Personal Representative of the Estate of John J. Lennon, Sr., Deceased | 1:02-cv-01616, 155, at P2995, 8397-1, at 16, 8433 | John J. Lennon, Jr. |
| Karen Randlett as Representative of the Estate of Vernon Alfred Randlett, Deceased Sibling of Marie Pappalardo, Deceased | Vernon A. Randlett (P4465) | 1:02-cv-01616, 305, at P4465 | Marie Pappalardo |
| Mary L. Reidy as Representative of the Estate of Gregg Reidy, Deceased | Thomas Reidy, as the Representative of the Estate of Gregg Reidy, Deceased | 1:02-cv-01616, 232, at P3924, 8393-1, at 28, 8487 | Gregg Reidy |
| Michael John Reina as Representative of the Estate of Rosemarie Reina, Deceased Parent of Joseph Reina, Jr., Deceased | Rosemarie Reina in her own right as the Mother of Joseph Reina, Jr., Deceased | 1:02-cv-01616, 1, at 500 | Joseph Reina, Jr. |
| Michael John Reina as Representative of the Estate of Joseph Reina, Sr., Deceased Parent of Joseph Reina, Jr., Deceased | Joseph Reina, Sr. in his own right as the Father of Joseph Reina, Jr., Deceased | 1:02-cv-01616, 1, at 501 | Joseph Reina, Jr. |
| Kathy R. Stahlman as Representative of the Estate of Samuel Stahlman, Deceased Parent of Eric Adam Stahlman, Deceased | Samuel Stahlman (P4743) | 1:02-cv-01616, 313, at P4743 | Eric Adam Stahlman |
| Thomas F. Wainio as Representative of the Estate of Mary Louise White, Deceased Parent of Honor Elizabeth Wainio, Deceased | Mary Louise White (P4560) | 1:02-cv-01616, 305, at P4560 | Honor Elizabeth Wainio |
| Jill Karen Saladino as Co-Administrator of the Estate of June M. Wildman, Deceased Parent of Alison M. Wildman, Deceased | Arthur Stephen Wildman, Jr., as Personal Representative of the Estate of June M. Wildman, Deceased | 1:02-cv-01616, 155, at P3153, 8397-1, at 29, 8433 | Alison M. Wildman |
| Robert Edward Wildman as Co-Administrator of the Estate of June M. Wildman, Deceased Parent of Alison M. Wildman, Deceased | Arthur Stephen Wildman, Jr., as Personal Representative of the Estate of June M. Wildman, Deceased | 1:02-cv-01616, 155, at P3153, 8397-1, at 29, 8433 | Alison M. Wildman |
| Christopher A. Wildman as Representative of the Estate of Arthur S. Wildman, III, Deceased Sibling of Alison M. Wildman, Deceased | Arthur S. Wildman, Jr. as Personal Representative of the Estate of Arthur S. Wildman, III, Deceased | 1:02-cv-01616, 155, at P3152, 8397-1, at 29, 8433 | Alison M. Wildman |
| Edward C. Williams as Representative of the Esate of Brandice Renee Williams, Deceased Child of Manette M. Beckles, Deceased | Brandice Williams, Individually as Child of Manette M. Beckles, Deceased, and previously included as minor child of Edward C. Williams | 1:02-cv-01616, 232, at P3592, 8393-1, at 51, 8487 | Manette M. Beckles |
| Kevin Michael Yancey as Co-Administrator of the Estate of Florela S. Yancey, Deceased Parent of Kathryn L. Laborie, Deceased | Florela S. Yancey | 1:03-cv-09849, 841, at 6 | Kathryn L. Laborie |
| Mark Anthony Yancey as Co-Administrator of the Estate of Florela S. Yancey, Deceased Parent of Kathryn L. Laborie, Deceased | Florela S. Yancey | 1:03-cv-09849, 841, at 6 | Kathryn L. Laborie |
| Meryl Zucker as Representative of the Estate of Stuart Craig Zucker, Deceased Sibling of Andrew Steven Zucker, Deceased | Stuart C. Zucker (P2524), in his own right as the Brother of Andrew Steven Zucker, Deceased | 1:02-cv-01616, 26, 29, at 4769 | Andrew Steven Zucker |