**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/22/2026___

------------------------------------------------------------X

**IN RE TERRORIST ATTACKS ON**
**SEPTEMBER 11, 2001**

Civil Action No.
**03 MDL 1570**

------------------------------------------------------------X

This document relates to:
   *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03-cv-9849 (GBD)(SN)*

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   May 15, 2026

Respectfully submitted,

MOTLEY RICE LLC

---

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: May 22, 2026
      New York, New York

| | **EXHIBIT A** | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Meredith C. Andrews as Co-Administrator of the Estate of Robert C. Kennedy, Deceased | Maureen Kennedy as the Personal Representative of the Estate of Robert C. Kennedy, Deceased | 1:03-md-01570, 432, at P5383, 8393-1, at 69, 8487 | Robert C. Kennedy |
| 2 | Catherine M. Miller as Co-Administrator of the Estate of Robert C. Kennedy  Deceased | Maureen Kennedy as the Personal Representative of the Estate of Robert C. Kennedy, Deceased | 1:03-md-01570, 432, at P5383, 8393-1, at 69 8487 | Robert C. Kennedy |
| 3 | Agnes Esposito as Administrator of the Estate of Simone Esposito, Deceased Sibling of Michael Esposito, Deceased | Simone Esposito, in his own right as the Brother of Michael Esposito, Deceased | 1:02-cv-01616, 1, at 205 | Michael Esposito |
| 4 | Robert Edward Wildman as Administrator of the Estate of Alison M. Wildman, Deceased | Arthur S. Wildman | 1:02-cv-01616, 155, at P3151 | Alison M. Wildman |
| 5 | Patricia Mary Deechan as Administrator of the Estate of Hannah E. O'Rourke, Deceased Parent of Kevin M. O'Rourke, Deceased | Hannah O'Rourke (P2144), in her own right as the Mother of Kevin M. O'Rourke, Deceased | 1:02-cv-01616, 26, 29, at 4080 | Kevin M. O'Rourke |
| 6 | Kathryn Lee Barrere as Co-Administrator of the Estate of C. Lee Hanson  Deceased Parent of Peter Burton Hanson  Deceased | Eunice Katherine Hanson, as Personal Representative of the Estate of C. Lee Hanson  Deceased | 1:02-cv-01616, 232, at P3712, 8397-1, at 12 8433 | Peter B. Hanson |
| 7 | Halima Tiffany as Co-Administrator of the Estate of C. Lee Hanson, Deceased Parent of Peter Burton Hanson, Deceased | Eunice Katherine Hanson, as Personal Representative of the Estate of C. Lee Hanson, Deceased | 1:02-cv-01616, 232, at P3712, 8397-1, at 12, 8433 | Peter B. Hanson |
| 8 | Gerald Sullivan as Personal Representative of the Estate of Patrick Sullivan, Deceased | Patrick Sullivan, in his own right and as the Representative of the Estate of Patrick Sullivan, Deceased | 1:02-cv-01616, 3, at 1687 | Patrick Sullivan |
| 9 | Michael Jay Fox as Personal Representative of the Estate of Eleanor Fox, Deceased Parent of Jeffrey L. Fox, Deceased | Eleanor Fox | 1:03-cv-09849, 839, at 5 | Jeffrey L. Fox |
| 10 | Julia DiLullo as Co-Administrator of the Estate of Kristine Camille DiLullo, Deceased Sibling of John Anthony Sherry, Deceased | Kristine Camille Dilullo as Sibling of John Anthony Sherry, Deceased | 1:02-cv-01616, 26, 29, at 2482; 11230-1, at 39, 11233 | John Anthony Sherry |
| 11 | Michael DiLullo as Co-Administrator of the Estate of Kristine Camille DiLullo, Deceased Sibling of John Anthony Sherry, Deceased | Kristine Camille Dilullo as Sibling of John Anthony Sherry, Deceased | 1:02-cv-01616, 26, 29, at 2482; 11230-1, at 39, 11233 | John Anthony Sherry |
| 12 | Kathryn Taylor Teare as Personal Representative of the Estate of Clara Shute Taylor, Deceased Parent of Michael M. Taylor, Deceased | Clara S. Taylor (P4092) | 1:02-cv-01616, 232, at P4092 | Michael M. Taylor |
| 13 | Meredith C. Andrews as Co-Administrator of the Estate of Robert C. Kennedy, Deceased | Maureen Kennedy, as the Personal Representative of the Estate of Robert C. Kennedy, Deceased | 1:03-md-01570, 432, at P5383, 8393-1, at 69, 8487 | Robert C. Kennedy |
| 14 | Catherine M. Miller as Co-Administrator of the Estate of Robert C. Kennedy, Deceased | Maureen Kennedy, as the Personal Representative of the Estate of Robert C. Kennedy, Deceased | 1:03-md-01570, 432, at P5383, 8393-1, at 69, 8487 | Robert C. Kennedy |
| 15 | Joseph Furmato, Jr. as Co-Administrator of the Estate of Margaret Furmato, Deceased Parent of Paul James Furmato, Deceased | Margaret Furmato in her own right as the mother of Paul Furmato, Deceased | 1:02-cv-01616, 3, at 1142 | Paul James Furmato |
| 16 | Carol M. DeBenedictis as Co-Administrator of the Estate of Margaret Furmato, Deceased Parent of Paul James Furmato, Deceased | Margaret Furmato in her own right as the mother of Paul Furmato, Deceased | 1:02-cv-01616, 3, at 1142 | Paul James Furmato |
| 17 | Alexandra Brzezinski as Representative of the Estate of Christine Olender, Deceased | Stella Olender (P4457) | 1:02-cv-01616, 305, at P4457, 8393-1, at 10, 8487 | Christine Olender |
| 18 | Gregory Paul Atwood as Co-Administrator of the Estate of Elaine M. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Elaine M. Atwood, Deceased | 1:02-cv-01616, 313, at P4606, 8397-1, at 2, 8433 | Gerald T. Atwood |
| 19 | John Gerald Atwood as Co-Administrator of the Estate of Elaine M. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Elaine M. Atwood, Deceased | 1:02-cv-01616, 313, at P4606, 8397-1, at 2, 8433 | Gerald T. Atwood |
| 20 | Jane Marie Duffy as Co-Administrator of the Estate of Elaine M. Atwood  Deceased Sibling of Gerald T. Atwood  Deceased | Gerald Atwood, as Personal Representative of the Estate of Elaine M. Atwood  Deceased | 1:02-cv-01616, 313, at P4606, 8397-1, at 2 8433 | Gerald T. Atwood |
| 21 | Gregory Paul Atwood as Co-Administrator of the Estate of Raymond J. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Raymond J. Atwood, Deceased | 1:02-cv-01616, 313, at P4604, 8397-1, at 2, 8433 | Gerald T. Atwood |
| 22 | John Gerald Atwood as Co-Administrator of the Estate of Raymond J. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Raymond J. Atwood, Deceased | 1:02-cv-01616, 313, at P4604, 8397-1, at 2, 8433 | Gerald T. Atwood |
| 23 | Jane Marie Duffy as Co-Administrator of the Estate of Raymond J. Atwood, Deceased Sibling of Gerald T. Atwood, Deceased | Gerald Atwood, as Personal Representative of the Estate of Raymond J. Atwood, Deceased | 1:02-cv-01616, 313, at P4604, 8397-1, at 2, 8433 | Gerald T. Atwood |
| 24 | Cornelius Patrick Clancy, III as Representative of the Estate of Vera Clancy, Deceased Parent of Susan Clancy Conlon, Deceased | Vera Clancy in their own right as the Mother of Susan Clancy Conlon, Deceased | 1:02-cv-01616, 1, at 145 | Susan Clancy Conlon |

| | | | |
|---|---|---|---|
| 25 | Regina Fiumefreddo as Representative of the Estate of Anthony D. Fiumefreddo, Deceased Child of Salvatore A. Fiumefreddo, Deceased | Anthony D. Fiumefreddo, individually as Child of Salvatore A. Fiumefreddo, Deceased, and previously included as minor child of Joan Fiumefreddo | 1:02-cv-01616, 432, at P4841, 8393-1, at 1183, 8487 | Salvatore A. Fiumefreddo |
| 26 | Virginia M. Kwiatkoski as Representative of the Estate of Charles Gregory Grimner, Deceased Sibling of David Joseph Grimner, Deceased | Charles G. Grimner in his own right as the Brother of David Joseph Grimner, Deceased | 1:02-cv-01616, 3, at 1187 | David Joseph Grimner |
| 27 | Elizabeth Ruthmansdorfer as Representative of the Estate of George Arnold Holmes, Sr., Deceased Sibling of Janice Marie Scott, Deceased | Kelly Holmes as Personal Representative of the Estate of George Arnold Holmes, Deceased | 1:02-cv-01616, 305, at P4518, 8397-1, at 13, 8433 | Janice Marie Scott |
| 28 | Autumn Arbet as Representative of the Estate of Paul B. Ingrassia, Deceased Sibling of Christopher Noble Ingrassia, Deceased | Paul B. Ingrassia in his own right as the Brother of Christopher Noble Ingrassia, Deceased | 1:02-cv-01616, 1, at 308 | Christopher Noble Ingrassia |
| 29 | Nancy L. Frain as Co-Administrator of the Estate of John J. Lennon, Sr., Deceased Parent of John J. Lennon, Jr., Deceased | Lucille Lennon, as Personal Representative of the Estate of John J. Lennon, Sr., Deceased | 1:02-cv-01616, 155, at P2995, 8397-1, at 16, 8433 | John J. Lennon, Jr. |
| 30 | James L. Lennon as Co-Administrator of the Estate of John J. Lennon, Sr., Deceased Parent of John J. Lennon, Jr., Deceased | Lucille Lennon, as Personal Representative of the Estate of John J. Lennon, Sr., Deceased | 1:02-cv-01616, 155, at P2995, 8397-1, at 16, 8433 | John J. Lennon, Jr. |
| 31 | Karen Randlett as Representative of the Estate of Vernon Alfred Randlett, Deceased Sibling of Marie Pappalardo, Deceased | Vernon A. Randlett (P4465) | 1:02-cv-01616, 305, at P4465 | Marie Pappalardo |
| 32 | Mary L. Reidy as Representative of the Estate of Gregg Reidy, Deceased | Thomas Reidy, as the Representative of the Estate of Gregg Reidy, Deceased | 1:02-cv-01616, 232, at P3924, 8393-1, at 28, 8487 | Gregg Reidy |
| 33 | Michael John Reina as Representative of the Estate of Rosemarie Reina, Deceased Parent of Joseph Reina, Jr., Deceased | Rosemarie Reina in her own right as the Mother of Joseph Reina, Jr., Deceased | 1:02-cv-01616, 1, at 500 | Joseph Reina, Jr. |
| 34 | Michael John Reina as Representative of the Estate of Joseph Reina, Sr., Deceased Parent of Joseph Reina, Jr., Deceased | Joseph Reina, Sr. in his own right as the Father of Joseph Reina, Jr., Deceased | 1:02-cv-01616, 1, at 501 | Joseph Reina, Jr. |
| 35 | Kathy R. Stahlman as Representative of the Estate of Samuel Stahlman, Deceased Parent of Eric Adam Stahlman, Deceased | Samuel Stahlman (P4743) | 1:02-cv-01616, 313, at P4743 | Eric Adam Stahlman |
| 36 | Thomas F. Wainio as Representative of the Estate of Mary Louise White, Deceased Parent of Honor Elizabeth Wainio, Deceased | Mary Louise White (P4560) | 1:02-cv-01616, 305, at P4560 | Honor Elizabeth Wainio |
| 37 | Jill Karen Saladino as Co-Administrator of the Estate of June M. Wildman, Deceased Parent of Alison M. Wildman, Deceased | Arthur Stephen Wildman, Jr., as Personal Representative of the Estate of June M. Wildman, Deceased | 1:02-cv-01616, 155, at P3153, 8397-1, at 29, 8433 | Alison M. Wildman |
| 38 | Robert Edward Wildman as Co-Administrator of the Estate of June M. Wildman, Deceased Parent of Alison M. Wildman, Deceased | Arthur Stephen Wildman, Jr., as Personal Representative of the Estate of June M. Wildman, Deceased | 1:02-cv-01616, 155, at P3153, 8397-1, at 29, 8433 | Alison M. Wildman |
| 39 | Christopher A. Wildman as Representative of the Estate of Arthur S. Wildman, III, Deceased Sibling of Alison M. Wildman, Deceased | Arthur S. Wildman, Jr. as Personal Representative of the Estate of Arthur S. Wildman, III, Deceased | 1:02-cv-01616, 155, at P3152, 8397-1, at 29, 8433 | Alison M. Wildman |
| 40 | Edward C. Williams as Representative of the Esate of Brandice Renee Williams, Deceased Child of Manette M. Beckles, Deceased | Brandice Williams, Individually as Child of Manette M. Beckles, Deceased, and previously included as minor child of Edward C. Williams | 1:02-cv-01616, 232, at P3592, 8393-1, at 51, 8487 | Manette M. Beckles |
| 41 | Kevin Michael Yancey as Co-Administrator of the Estate of Florela S. Yancey, Deceased Parent of Kathryn L. Laborie, Deceased | Florela S. Yancey | 1:03-cv-09849, 841, at 6 | Kathryn L. Laborie |
| 42 | Mark Anthony Yancey as Co-Administrator of the Estate of Florela S. Yancey, Deceased Parent of Kathryn L. Laborie, Deceased | Florela S. Yancey | 1:03-cv-09849, 841, at 6 | Kathryn L. Laborie |
| 43 | Meryl Zucker as Representative of the Estate of Stuart Craig Zucker, Deceased Sibling of Andrew Steven Zucker, Deceased | Stuart C. Zucker (P2524), in his own right as the Brother of Andrew Steven Zucker, Deceased | 1:02-cv-01616, 26, 29, at 4769 | Andrew Steven Zucker |