**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

IN RE: **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON SEPTEMBER 11, 2001

**PARTIAL JUDGMENT**

---------------------------------------------------------X

This document relates to:

*Burnett v. Al Baraka Inv. & Dev. Corp., No. 03-cv-09849 (GBD) (SN)*

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision & Order dated August 20, 2026, Magistrate Judge Netburn's Order is ADOPTED in its entirety. The motion for partial default judgment brought on behalf of the Plaintiffs in ECF No. 11299 is GRANTED; and the motion for partial default judgment on behalf of the Plaintiffs in ECF No. 11295 is GRANTED as to Plaintiffs Cacchioli and Malcolm, but DENIED as to Plaintiffs De Witt, Singleton, Benjamin, Bernsten, and Gong without prejudice to their refiling with complete documentation.

It is ORDERED that partial default judgments are entered against the Taliban and on behalf of the Plaintiffs listed in the attached Appendix (see generally Appendix ( compiling exhibits to Plaintiffs' proposed orders in ECF Nos. 11298-2, 11302-2)), and it is ORDERED that each Plaintiff listed in the Appendix, (see ECF Nos. 11298-2, 11302-2), is awarded pain and suffering damages for their personal injuries in the amounts set forth therein; and it is further ORDERED that the pain and suffering damages awarded to the Plaintiffs in the attached Appendix be trebled in accordance with the ATA, 18 U,S,C, § 2333, as listed in the Appendix; and it is further ORDERED that the Plaintiffs identified in the attached Appendix be awarded prejudgment interest at a rate of

4.96% per annum, compounded anually for the period from September 11, 2001, through the date of judgment; and it is further ORDERED that the Plaintiffs identified in the attached Appendix may submit applications for punitive damages, or other damages (to the extent such awards have not previously been ordered and such damages were not sought in this motion), at a later date, consistent with any future rulings made by this Court on this issue; and it is further ORDERED that Burnett plaintiffs not identified in the attached Appendix may submit applications for punitive, compensatory, economic, or other damages (to the extent such awards have not been previously ordered or addressed) at later stages of this litigation.

**Dated:** New York, New York

August 21, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** ______________________

**Deputy Clerk**

# APPENDIX

Personal & Latent Injuries

| | Personal Representative | | | | Claimant | | | | | | Claim Information | | | Pain & Suffering Damages | | | | Judgment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | Documentation | Prior Award | Amount | Treble | Principal | Start Date | End Date | Notes |
| 1 | | | | | Louie | D. | Cacchioli | | United States | NY | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 2764 | | | None | $ 5,000,000.00 | $ 15,000,000.00 | $ 5,000,000.00 | 9/11/2001 | | Motion 11295 |
| 2 | | | | | Llewellyn | | Malcolm | | United States | NY | 03-cv-9849 | 1:02-cv-01616, 3, at 1400 | | | None | $ 5,000,000.00 | $ 15,000,000.00 | $ 5,000,000.00 | 9/11/2001 | | Motion 11295 |
| 3 | Katherine | | Carrozza | | Mary | Ellen | Barbieri | | United States | NY | 03-cv-9849 | 1:02-cv-01616, 1, at 50 | 10419-1,9,10429 | | 5946 | $ 10,000,000.00 | $ 30,000,000.00 | $ 10,000,000.00 | 9/11/2001 | | Motion 11299 |
| 4 | | | | | Scott | R. | Beloten | | United States | NY | 03-cv-9849 | 1:02-cv-01616, 77, at P2583 | | | 10780 | $ 7,000,000.00 | $ 21,000,000.00 | $ 7,000,000.00 | 9/11/2001 | | Motion 11299 |
| 5 | | | | | Maria | E. | Castillo | | United States | NY | 03-cv-9849 | 1:02-cv-01616, 3, at 980 | | | 10780 | $ 5,000,000.00 | $ 15,000,000.00 | $ 5,000,000.00 | 9/11/2001 | | Motion 11299 |
| 6 | | | | | Anthony | | Ciarnella | | United States | NY | 03-cv-9849 | 1:03-md-01570, 602, at P5479 | | | 10780 | $ 5,000,000.00 | $ 15,000,000.00 | $ 5,000,000.00 | 9/11/2001 | | Motion 11299 |
| 7 | | | | | John | Philip | Cretella | | United States | NY | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 1897 | | | 10780 | $ 5,000,000.00 | $ 15,000,000.00 | $ 5,000,000.00 | 9/11/2001 | | Motion 11299 |
| 8 | | | | | James | John | Csorny | | United States | NY | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 2929 | | | 10780 | $ 5,000,000.00 | $ 15,000,000.00 | $ 5,000,000.00 | 9/11/2001 | | Motion 11299 |
| 9 | | | | | Jeremy | Brandon | Davids | | United States | NY | 03-cv-9849 | 1:02-cv-01616, 313, at P4635 | | | 10780 | $ 5,000,000.00 | $ 15,000,000.00 | $ 5,000,000.00 | 9/11/2001 | | Motion 11299 |
| 10 | | | | | Hipolito | | D'Oleo | | United States | NY | 03-cv-9849 | 1:02-cv-01616, 3, at 1053 | | | 10780 | $ 5,000,000.00 | $ 15,000,000.00 | $ 5,000,000.00 | 9/11/2001 | | Motion 11299 |
| 11 | | | | | Barbara | Ellen | Einzig | | United States | NY | 03-cv-9849 | 1:02-cv-01616, 432, at P4834 | | | 10780 | $ 5,000,000.00 | $ 15,000,000.00 | $ 5,000,000.00 | 9/11/2001 | | Motion 11299 |
| 12 | | | | | Fausto | Antonio | Gomez | | United States | NY | 03-cv-9849 | 1:02-cv-01616, 3, at 1180 | | | 10780 | $ 5,000,000.00 | $ 15,000,000.00 | $ 5,000,000.00 | 9/11/2001 | | Motion 11299 |
| 13 | | | | | Manuel | | Gonzalez | | United States | NY | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 3295 | | | 10988 | $ 5,000,000.00 | $ 15,000,000.00 | $ 5,000,000.00 | 9/11/2001 | | Motion 11299 |
| 14 | | | | | Thomas | Joseph | Grogan | | United States | NY | 03-cv-9849 | 1:02-cv-01616, 432, at P4856 | | | 10780 | $ 5,000,000.00 | $ 15,000,000.00 | $ 5,000,000.00 | 9/11/2001 | | Motion 11299 |
| 15 | Renato | | Olaes | | Dalisay | Saenz | Olaes | | United States | VA | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 4085 | 10735-1, 40, 10758 | | 10988 | $ 7,000,000.00 | $ 21,000,000.00 | $ 7,000,000.00 | 9/11/2001 | | Motion 11299 |
| 16 | Lisa | | Ortiz | | Angel | R. | Ortiz | | United States | NY | 03-cv-9849 | 1:02-cv-01616, 3, at 1506 | 10682-1, 17, 10696 | | 10780 | $ 5,000,000.00 | $ 15,000,000.00 | $ 5,000,000.00 | 9/11/2001 | | Motion 11299 |
| 17 | | | | | Vincent | J. | Panaro | | United States | NY | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 4102 | | | 10780 | $ 5,000,000.00 | $ 15,000,000.00 | $ 5,000,000.00 | 9/11/2001 | | Motion 11299 |
| 18 | | | | | Milcia | C. | Pena | | United States | NY | 03-cv-9849 | 1:02-cv-01616, 3, at 1526 | | | 10780 | $ 5,000,000.00 | $ 15,000,000.00 | $ 5,000,000.00 | 9/11/2001 | | Motion 11299 |
| 19 | Mindy | Eisenberg | Stark | | Eugenia | Sayre | Singer | | United States | NY | 03-cv-9849 | 1:02-cv-01616, 26, 29, at 2510 | 10419-1,8,10429 | | 5946 | $ 10,000,000.00 | $ 30,000,000.00 | $ 10,000,000.00 | 9/11/2001 | | Motion 11299 |