**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**-------------------------------------------------------x**

**IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

**Civil Action No. 03 MDL 1570**

**-------------------------------------------------------x**

This document relates to:

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03-cv-9849 (GBD)(SN)*

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 12266 in 03-MDL-1570 (GBD)(SN) and ECF No. 1334 in 03-cv-9849 (GBD)(SN).

**SO ORDERED.**

August ___, 2026
New York, New York

______________________________
SARAH NETBURN
United States Magistrate Judge

| EXHIBIT A | | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | George M. Bergin as Co-Administrator of the Estate of George R. Bergin, Deceased Parent of John P. Bergin, Deceased | Agnes Theresa Bergin, as Personal Representative of the Estate of George R. Bergin, Deceased | 1:02-cv-01616, 26, 29, at 1849, 8397-1, at 2, 8433 | John P. Bergin |
| 2 | Mary Ellen O'Rourke, as Co-Administrator of the Estate of George R. Bergin, Deceased Parent of John P. Bergin, Deceased | Agnes Theresa Bergin, as Personal Representative of the Estate of George R. Bergin, Deceased | 1:02-cv-01616, 26, 29, at 1849, 8397-1, at 2, 8433 | John P. Bergin |
| 3 | Jessica Schrader as Personal Representative of the Estate of Francis Xavier Byrne, Deceased Sibling of Patrick D. Byrne, Deceased | Francis X. Byrne (P1436), in his own right as the Brother of Patrick Byrne, Deceased | 1:02-cv-01616, 26, 29, at 2758 | Patrick D. Byrne |
| 4 | Michelle Miller as Personal Representative of the Estate of Rita Wallace, Deceased Parent of Mitchell Scott Wallace, Deceased | Rita Wallace (P4974), in her own right as the Parent of Mitchell Scott Wallace, Deceased | 1:02-cv-01616, 432, at P4974 | Mitchell Scott Wallace |
| 5 | Matthew Arnall as Personal Representative of the Estate of Lucille C. Willett, Deceased Parent of John Charles Willett, Deceased | Lucille C. Willett, in her own right as the Mother of John Charles Willett, Deceased | 1:02-cv-01616, 1, at 656 | John Charles Willett |
| 6 | James G. Crotty as Personal Representative of the Estate of Patricia M. Crotty, Deceased Parent of Thomas G. Crotty, Deceased | Patricia M. Crotty (P1007), in her own right as the Mother of Thomas G. Crotty, Deceased | 1:02-cv-01616, 26, 29, at 1902 | Thomas G. Crotty |
| 7 | William Kenneth Sumner as Personal Representative of the Estate of Carl Max Hammond, Sr., Deceased Parent of Carl Max Hammond, Jr., Deceased | Cynthia Sue Sumner as Personal Representative of the Estate of Carl Max Hammond, Sr., Deceased Parent of Carl Max Hammond, Jr. | 1:03-md-01570, 3477, at 1454; 10609-1, 23, 10613; 1:03-md-01570, 8679-1, at 190, 8696 | Carl Max Hammond, Jr. |
| 8 | William Kenneth Sumner as Personal Representative of the Estate of Sue M. Hammond, Deceased Parent of Carl Max Hammond, Jr., Deceased | Cynthia Sue Sumner, as Personal Representative of the Estate of Sue M. Hammond, Deceased | 1:02-cv-01616, 77, at P2623, 8397-1, at 12, 8433 | Carl Max Hammond, Jr. |