USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

**IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

**Civil Action No. 03 MDL 1570**

-------------------------------------------------------x

This document relates to:
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03-cv-9849 (GBD)(SN)*

**MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)**

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated: August 25, 2026

Respectfully submitted,

MOTLEY RICE LLC

The motion to substitute is GRANTED.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: August 26, 2026
New York, New York

**EXHIBIT A**

| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|
| 1 | George M. Bergin as Co-Administrator of the Estate of George R. Bergin, Deceased Parent of John P. Bergin, Deceased | Agnes Theresa Bergin, as Personal Representative of the Estate of George R. Bergin, Deceased | 1:02-cv-01616, 26, 29, at 1849, 8397-1, at 2, 8433 | John P. Bergin |
| 2 | Mary Ellen O'Rourke, as Co-Administrator of the Estate of George R. Bergin, Deceased Parent of John P. Bergin, Deceased | Agnes Theresa Bergin, as Personal Representative of the Estate of George R. Bergin, Deceased | 1:02-cv-01616, 26, 29, at 1849, 8397-1, at 2, 8433 | John P. Bergin |
| 3 | Jessica Schrader as Personal Representative of the Estate of Francis Xavier Byrne, Deceased Sibling of Patrick D. Byrne, Deceased | Francis X. Byrne (P1436), in his own right as the Brother of Patrick Byrne, Deceased | 1:02-cv-01616, 26, 29, at 2758 | Patrick D. Byrne |
| 4 | Michelle Miller as Personal Representative of the Estate of Rita Wallace, Deceased Parent of Mitchell Scott Wallace, Deceased | Rita Wallace (P4974), in her own right as the Parent of Mitchell Scott Wallace, Deceased | 1:02-cv-01616, 432, at P4974 | Mitchell Scott Wallace |
| 5 | Matthew Arnall as Personal Representative of the Estate of Lucille C. Willett, Deceased Parent of John Charles Willett, Deceased | Lucille C. Willett, in her own right as the Mother of John Charles Willett, Deceased | 1:02-cv-01616, 1, at 656 | John Charles Willett |
| 6 | James G. Crotty as Personal Representative of the Estate of Patricia M. Crotty, Deceased Parent of Thomas G. Crotty, Deceased | Patricia M. Crotty (P1007), in her own right as the Mother of Thomas G. Crotty, Deceased | 1:02-cv-01616, 26, 29, at 1902 | Thomas G. Crotty |
| 7 | William Kenneth Sumner as Personal Representative of the Estate of Carl Max Hammond, Sr., Deceased Parent of Carl Max Hammond, Jr., Deceased | Cynthia Sue Sumner as Personal Representative of the Estate of Carl Max Hammond, Sr., Deceased Parent of Carl Max Hammond, Jr. | 1:03-md-01570, 3477, at 1454; 10609-1, 23, 10613; 1:03-md-01570, 8679-1, at 190, 8696 | Carl Max Hammond, Jr. |
| 8 | William Kenneth Sumner as Personal Representative of the Estate of Sue M. Hammond, Deceased Parent of Carl Max Hammond, Jr., Deceased | Cynthia Sue Sumner, as Personal Representative of the Estate of Sue M. Hammond, Deceased | 1:02-cv-01616, 77, at P2623, 8397-1, at 12, 8433 | Carl Max Hammond, Jr. |