**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Burnett, et al. v Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-9849 (GBD)(SN))

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the following Plaintiffs hereby voluntarily dismiss without prejudice their claims against all Defendants in *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849 (GBD)(SN):

1. **Anna Mae Froehner** (1:03-md-01570-GBD, 8679-1, at 139, 8696);

2. **Dorell Froehner McNamara as Personal Representative of the Estate of Kenneth Henry Froehner, Deceased** (1:03-md-01570-GBD, 8679-1, at 141, 8696);

This Notice of Voluntary Dismissal is limited only to dismissing the claims as noted above from this action. The opposing party in these actions has not served either an answer or a motion for summary judgment. All other Plaintiffs maintain and continue to prosecute their claims against the Defendant in the above-captioned case.

Dated: September 10, 2026

Respectfully submitted,

MOTLEY RICE LLC
/s/ *John C. Duane*
John C. Duane, Esq.
John M. Eubanks, Esq.
Robert T. Haefele, Esq.
28 Bridgeside Blvd.
Mount Pleasant, South Carolina 29464
Tel: 843-216-9000
Fax: 843-216-9450
jduane@motleyrice.com
jeubanks@motleyrice.com
rhaefele@motleyrice.com

Attorneys for the *Burnett* Plaintiffs