**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

**IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

**Civil Action No. 03 MDL 1570**

---------------------------------------------------------x

This document relates to:

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03-cv-9849 (GBD)(SN)*

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 12360 in 03-MDL-1570 (GBD)(SN) and ECF No. 1343 in 03-cv-9849 (GBD)(SN).

**SO ORDERED.**

October ___, 2026
New York, New York

__________________________________
SARAH NETBURN
United States Magistrate Judge

**EXHIBIT A**

| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent or Injured Party |
|---|---|---|---|---|
| 1 | Christian John Horrocks as Representative of the Estate of William Lawrence Horrocks, Sr., Deceased Parent of Michael Robert Horrocks, Deceased | William Lawrence Horrocks, Sr. | 1:03-md-01570, 8679-1, at 210, 8696 | Michael Robert Horrocks |
| 2 | Debra Ann Jensen as Personal Representative of the Estate of Suzanne M. Calley, Deceased | Frank Gerald Jensen as the Personal Representative of the Estate of Suzanne M. Calley, Deceased | 1:02-cv-01616, 432, at P4783, 8393-1, at 79, 8487 | Suzanne M. Calley |
| 3 | Denise M. Tracey as Personal Representative of the Estate of Alfonse Niedermeyer, Deceased Parent of Alfonse J. Niedermeyer, Deceased | Carol Ann Niedermeyer, as Personal Representative of the Estate of Alfonse Niedermeyer, Deceased | 1:02-cv-01616, 155, at P3052; 10737-1, 32, 10757 | Alfonse J. Niedermeyer |
| 4 | Denise M. Tracey as Personal Representative of the Estate of Carol Niedermeyer, Deceased Parent of Alfonse J. Niedermeyer, Deceased | Carol Niedermeyer (P3053) | 1:02-cv-01616, 155, at P3053 | Alfonse J. Niedermeyer |
| 5 | Kathleen M. Grinley as Personal Representative of the Estate of Claire Angell Miller, Deceased Sibling of David Lawrence Angell, Deceased | Claire Angell Miller (P4110) | 1:02-cv-01616, 305, at P4110 | David Lawrence Angell |
| 6 | Gary Bronn as Personal Representative of the Estate of Boris Bronshteyn, Deceased | Boris Bronshteyn (P5005) | 1:03-cv-9849, HAND FILED, at P5005 | Boris Bronshteyn |
| 7 | George M. Bergin as Personal Representative of the Estate of Agnes Bergin, Deceased Parent of John P. Bergin, Deceased | Agnes Bergin (P978), in her own right as the Mother of John P. Bergin, Deceased | 1:02-cv-01616, 26, 29, at 1850 | John P. Bergin |
| 8 | Bertrand Arthur Barry as Personal Representative of the Estate of Audriene Barry, Deceased Parent of Arthur T. Barry, Deceased | Audriene Barry (P1364), in her own right and as the Co-Representative of the Estate of Arthur Barry, Deceased | 1:02-CV-01616, 26, 29, at 2620 | Arthur T. Barry |
| 9 | Bertrand Arthur Barry as Personal Representative of the Estate of Bertrand Barry, Deceased Parent of Arthur T. Barry, Deceased | Bertrand Barry (P1363), in his own right and as the Co-Representative of the Estate of Arthur Barry, Deceased | 1:02-CV-01616, 26, 29, at 2619 | Arthur T. Barry |
| 10 | Thomas Cahill as Personal Representative of the Estate of Evelyn Cahill, Deceased Parent of Michael Cahill, Deceased | Evelyn Cahill (P5329) | 1:03-md-01570, 432, at P5329 | Michael Cahill |
| 11 | Clifford Russell as Personal Representative of the Estate of Marie Russell, Deceased Parent of Stephen P. Russell, Deceased | Marie Russell (P4942) | 1:02-cv-01616, 432, at P4942 | Stephen P. Russell |
| 12 | Elizabeth Mindlin as Personal Representative of the Estate of Brigitte Day, Deceased Spouse of Edward Day, Deceased | Brigitte Day in her own right and as the Representative of the Estate of Edward Day, Deceased | 1:02-cv-01616, 3, at 1056 | Edward Day |
| 13 | Christopher D. Betterly as Personal Representative of the Estate of Donald A. Betterly, Deceased Parent of Timothy Betterly, Deceased | Joan Carol Betterly, as Personal Representative of the Estate of Donald A. Betterly, Deceased | 1:02-cv-01616, 26, 29, at 2659, 8397-1, at 2, 8433 | Timothy Betterly |
| 14 | Dwight D. Adams as Personal Representative of the Estate of Marjorie Jean Adams, Deceased Parent of Donald L. Adams, Deceased | Jean Adams, in her own right as the Mother of Donald L. Adams, Deceased | 1:02-cv-01616, 3, at 864 | Donald L. Adams |
| 15 | Robert J. Goldstein as Personal Representative of the Estate of Alyce Goldstein, Deceased Parent of Steven Ian Goldstein, Deceased | Alyce Goldstein (P1055), in her own right as the Mother of Steven Ian Goldstein, Deceased | 1:02-cv-01616, 26, 29, at 1989 | Steven Ian Goldstein |
| 16 | Michael Thompson as Personal Representative of the Estate of Ashley Nicole Thompson, Deceased Child of Perry Thompson, Deceased | Ashley Nicole Thompson, Individually as Child of Perry Thompson, Deceased, and previously included as minor child of Charlette Thompson; | 1:02-cv-01616, 305, at P4550, 8393-1, at 1048, 8487 | Perry Thompson |
| 17 | Adam P. Dubeck as Personal Representative of the Estate of Thomas Francis Pescherine, Sr., Deceased Parent of Michael John Pescherine, Deceased | Anne Marie Pescherine, as Personal Representative of the Estate of Thomas Francis Pescherine, Sr., Deceased | 1:02-cv-01616, 3, at 1530, 8397-1, at 23, 8433 | Michael John Pescherine |
| 18 | Grace A. Friend as Personal Representative of the Estate of Joanne Mary Cregan, Deceased | Ronald Bernard Cregan as the Personal Representative of the Estate of Joanne Mary Cregan, Deceased | 1:02-cv-01616, 305, at P4209, 8393-1, at 35, 8487 | Joanne Mary Cregan |