USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

**IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

**Civil Action No. 03 MDL 1570**

-------------------------------------------------------x

This document relates to:

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03-cv-9849 (GBD)(SN)*

**MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)**

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated: October 12, 2026

Respectfully submitted,

MOTLEY RICE LLC

The motion to substitute parties is GRANTED.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: October 14, 2026
New York, New York

| EXHIBIT A | | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent or Injured Party |
| 1 | Christian John Horrocks as Representative of the Estate of William Lawrence Horrocks, Sr., Deceased Parent of Michael Robert Horrocks, Deceased | William Lawrence Horrocks, Sr. | 1:03-md-01570, 8679-1, at 210, 8696 | Michael Robert Horrocks |
| 2 | Debra Ann Jensen as Personal Representative of the Estate of Suzanne M. Calley, Deceased | Frank Gerald Jensen as the Personal Representative of the Estate of Suzanne M. Calley, Deceased | 1:02-cv-01616, 432, at P4783, 8393-1, at 79, 8487 | Suzanne M. Calley |
| 3 | Denise M. Tracey as Personal Representative of the Estate of Alfonse Niedermeyer, Deceased Parent of Alfonse J. Niedermeyer, Deceased | Carol Ann Niedermeyer, as Personal Representative of the Estate of Alfonse Niedermeyer, Deceased | 1:02-cv-01616, 155, at P3052; 10737-1, 32, 10757 | Alfonse J. Niedermeyer |
| 4 | Denise M. Tracey as Personal Representative of the Estate of Carol Niedermeyer, Deceased Parent of Alfonse J. Niedermeyer, Deceased | Carol Niedermeyer (P3053) | 1:02-cv-01616, 155, at P3053 | Alfonse J. Niedermeyer |
| 5 | Kathleen M. Grinley as Personal Representative of the Estate of Claire Angell Miller, Deceased Sibling of David Lawrence Angell, Deceased | Claire Angell Miller (P4110) | 1:02-cv-01616, 305, at P4110 | David Lawrence Angell |
| 6 | Gary Bronn as Personal Representative of the Estate of Boris Bronshteyn, Deceased | Boris Bronshteyn (P5005) | 1:03-cv-9849, HAND FILED, at P5005 | Boris Bronshteyn |
| 7 | George M. Bergin as Personal Representative of the Estate of Agnes Bergin, Deceased Parent of John P. Bergin, Deceased | Agnes Bergin (P978), in her own right as the Mother of John P. Bergin, Deceased | 1:02-cv-01616, 26, 29, at 1850 | John P. Bergin |
| 8 | Bertrand Arthur Barry as Personal Representative of the Estate of Audriene Barry, Deceased Parent of Arthur T. Barry, Deceased | Audriene Barry (P1364), in her own right and as the Co-Representative of the Estate of Arthur Barry, Deceased | 1:02-CV-01616, 26, 29, at 2620 | Arthur T. Barry |
| 9 | Bertrand Arthur Barry as Personal Representative of the Estate of Bertrand Barry, Deceased Parent of Arthur T. Barry, Deceased | Bertrand Barry (P1363), in his own right and as the Co-Representative of the Estate of Arthur Barry, Deceased | 1:02-CV-01616, 26, 29, at 2619 | Arthur T. Barry |
| 10 | Thomas Cahill as Personal Representative of the Estate of Evelyn Cahill, Deceased Parent of Michael Cahill, Deceased | Evelyn Cahill (P5329) | 1:03-md-01570, 432, at P5329 | Michael Cahill |
| 11 | Clifford Russell as Personal Representative of the Estate of Marie Russell, Deceased Parent of Stephen P. Russell, Deceased | Marie Russell (P4942) | 1:02-cv-01616, 432, at P4942 | Stephen P. Russell |
| 12 | Elizabeth Mindlin as Personal Representative of the Estate of Brigitte Day, Deceased Spouse of Edward Day, Deceased | Brigitte Day in her own right and as the Representative of the Estate of Edward Day, Deceased | 1:02-cv-01616, 3, at 1056 | Edward Day |
| 13 | Christopher D. Betterly as Personal Representative of the Estate of Donald A. Betterly, Deceased Parent of Timothy Betterly, Deceased | Joan Carol Betterly, as Personal Representative of the Estate of Donald A. Betterly, Deceased | 1:02-cv-01616, 26, 29, at 2659, 8397-1, at 2, 8433 | Timothy Betterly |
| 14 | Dwight D. Adams as Personal Representative of the Estate of Marjorie Jean Adams, Deceased Parent of Donald L. Adams, Deceased | Jean Adams, in her own right as the Mother of Donald L. Adams, Deceased | 1:02-cv-01616, 3, at 864 | Donald L. Adams |
| 15 | Robert J. Goldstein as Personal Representative of the Estate of Alyce Goldstein, Deceased Parent of Steven Ian Goldstein, Deceased | Alyce Goldstein (P1055), in her own right as the Mother of Steven Ian Goldstein, Deceased | 1:02-cv-01616, 26, 29, at 1989 | Steven Ian Goldstein |
| 16 | Michael Thompson as Personal Representative of the Estate of Ashley Nicole Thompson, Deceased Child of Perry Thompson, Deceased | Ashley Nicole Thompson, Individually as Child of Perry Thompson, Deceased, and previously included as minor child of Charlette Thompson; | 1:02-cv-01616, 305, at P4550, 8393-1, at 1048, 8487 | Perry Thompson |
| 17 | Adam P. Dubeck as Personal Representative of the Estate of Thomas Francis Pescherine, Sr., Deceased Parent of Michael John Pescherine, Deceased | Anne Marie Pescherine, as Personal Representative of the Estate of Thomas Francis Pescherine, Sr., Deceased | 1:02-cv-01616, 3, at 1530, 8397-1, at 23, 8433 | Michael John Pescherine |
| 18 | Grace A. Friend as Personal Representative of the Estate of Joanne Mary Cregan, Deceased | Ronald Bernard Cregan as the Personal Representative of the Estate of Joanne Mary Cregan, Deceased | 1:02-cv-01616, 305, at P4209, 8393-1, at 35, 8487 | Joanne Mary Cregan |